CO-386-online
10/03

# United States District Court
# For the District of Columbia

KNOWLEDGEPLEX, INC.

      vs   Plaintiff

METONYMY, INC. d/b/a
PLACEBASE, INC.

      Defendant

Civil Action No. _____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __KnowledgePlex, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __KnowledgePlex, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ B. Coleman_
Signature

DC Bar No. 459201
BAR IDENTIFICATION NO.

Brian A. Coleman
Print Name

Drinker Biddle & Reath LLP, 1500 K St. N.W.
Address

Washington, DC   20005-1209
City     State     Zip Code

(202) 842-8800
Phone Number