UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNOWLEDGEPLEX, INC.<br><br>      Plaintiff,<br><br>v.<br><br>METONYMY, INC. D/B/A PLACEBASE, INC.<br><br>      Defendant. | Case No.:<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

I, Brian A. Coleman, a member in good standing of the Bar of the United States District Court for the District of Columbia, hereby move for admission into this Court *pro hac vice* for the purpose of representing Plaintiff KnowledgePlex, Inc. in the above captioned action of my colleagues:

| | |
|---|---|
| Richard W. Young<br>Drinker Biddle & Reath LLP<br>191 N. Wacker Dr., Suite 3700<br>Chicago, IL 60606-1698<br>(312) 569-1000 | David J. Moorhead<br>Drinker Biddle & Reath LLP<br>191 N. Wacker Dr., Suite 3700<br>Chicago, IL 60606-1698<br>(312) 569-1000 |

Attached are declarations from each of them pursuant to Local Rule 83.2(d).

Dated: December 21, 2007

Respectfully submitted,

/s/ Brian A. Coleman

Brian A. Coleman (Bar No. 459201)
Brian.Coleman@dbr.com
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, D.C. 20005-1209
Tel: (202) 842-8800
Fax: (202) 842-8465

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KNOWLEDGEPLEX, INC.

      Plaintiff,

v.

METONYMY, INC. D/B/A PLACEBASE, INC.

      Defendant.

Case No.:

DECLARATION OF RICHARD W. YOUNG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard W. Young, do hereby declare as follows:

1. I am a partner at the law of firm of:

   Drinker Biddle & Reath LLP
   191 N. Wacker Dr., Suite 3700,
   Chicago, Illinois
   (312) 569-1000

2. I am a member in good standing of the bar of the State of Illinois. I am also admitted to practice before the Bars of the United States District Courts for the Northern District of Illinois, the Central District of Illinois, and the District of Colorado, the Courts of Appeals for the Federal Circuit, the Third Circuit, Seventh Circuit, and Tenth Circuit, and the United States Supreme Court.

3. I hereby certify that I have not been disciplined by any Bar

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, though my firm has an office in Washington, D.C. I am not a member of the District of Columbia Bar, and no application for my membership before the District of Columbia Bar is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 21, 2007

Richard W. Young

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNOWLEDGEPLEX, INC.<br><br>      Plaintiff,<br><br>v.<br><br>METONYMY, INC. D/B/A PLACEBASE, INC.<br><br>      Defendant. | Case No.:<br><br>DECLARATION OF DAVID J. MOORHEAD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

I, David J. Moorhead, do hereby declare as follows:

1. I am an attorney with the law of firm of:

   Drinker Biddle & Reath LLP
   191 N. Wacker Dr., Suite 3700,
   Chicago, Illinois
   (312) 569-1000

2. I am a member in good standing of the bar of the State of Illinois. I am also admitted to practice before the Bars of the United States District Court for the Northern District of Illinois and the Court of Appeals for the Seventh Circuit.

3. I hereby certify that I have not been disciplined by any Bar

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, though my firm has an office in Washington, D.C. I am not a member of the District of Columbia Bar, and no application for my membership before the District of Columbia Bar is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 21, 2007

                                                             David J. Moorhead