| Attorney or Party without Attorney:<br>BRIAN A. COLEMAN, Bar #459201<br>DRINKER BIDDLE & REATH LLP<br>1500 K ST. N.W.<br>WASHINGTON, DC 20005<br>Telephone No: 202-842-8800 | | For Court Use Only |
|---|---|---|
| Attorney for: Defendant | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, COURT OF COLUMBIA | | |
| Plaintiff: KNOWLEDGEPLEX, INC. | | |
| Defendant: METONYMY, INC., ETC. | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:07-CV-02315 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; INITIAL ELECTRONIC CASE FILING ORDER; STANDING ORDER FOR CIVIL CASES; CERTIFICATE RULE LCVR 7.1

3. a. Party served:         METONYMY, INC. D/B/A PLACEBASE, INC.
   b. Person served:        JARON WALDMAN, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    821 TRACTION AVENUE
                                          SUITE 103
                                          LOS ANGELES, CA 90013

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 15, 2008 (2) at: 3:53PM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES          e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                     (i) Independent Contractor
      LOS ANGELES, CA 90071                    (ii) Registration No.:    5141
   c. 213-250-1111                             (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jan. 16, 2008

Judicial Council Form                    PROOF OF SERVICE              (DOUG FORREST)
Rule 982.9,(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                       3996398.bricol.107789