IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KNOWLEDGEPLEX, INC.<br>560 S. Winchester Blvd., Suite 500<br>San Jose, CA  95128<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>METONYMY, INC.,<br>d/b/a PLACEBASE, INC.<br>821 Traction Ave., Suite 103<br>Los Angeles, CA  90013<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:07-CV-02315-RMU |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

　　　　Defendant Metonymy, Inc., d/b/a/ Placebase, Inc. ("Placebase"), through its counsel, respectfully requests a twenty (20) day extension of time in which to respond to Plaintiff Knowledgeplex, Inc.'s complaint.  The response currently is due on February 4, 2008.  Plaintiff's counsel has consented to this request.

　　　　No previous extensions of time have been granted.

　　　　Placebase requests an extension so that it may conduct a thorough investigation of potential counterclaims.  This investigation may involve third parties not involved in this civil action and not within Placebase's control.

　　　　Granting this motion will not impact any existing deadlines.

　　　　A proposed order is attached.

2

WHEREFORE, Placebase respectfully request that the Court extend the schedule as specified herein.

Dated:  January 29, 2008                     Respectfully submitted,

/s/ Kenneth W. Brothers
_____
Kenneth W. Brothers (D.C. Bar No. 441113)
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  20006
(202) 420-2200

*Attorney for Metonymy, Inc., d/b/a Placebase, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008 a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, PROPOSED ORDER and CERTIFICATE OF DISCLOSURE were served on the following as indicated:

| **Via First Class Mail** <br> **Via Electronic Delivery** <br> Brian A. Coleman <br> Lead Attorney <br> Drinker Biddle & Reath LLP <br> 1500K Street., N.W. <br> Washington, D.C. 20005 | |
|---|---|

_____
Armands Chagnon
Paralegal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNOWLEDGEPLEX, INC. | ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 1:07-CV-02315-RMU <br> ) <br> ) <br> ) |
| METONYMY, INC., <br> d/b/a PLACEBASE, INC. | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

PROPOSED ORDER

Upon consideration of Defendant Metonymy, Inc.'s, d/b/a/ Placebase, Inc. ("Placebase") Unopposed Motion for an Extension of Time:

**ACCORDINGLY**, it is hereby **ORDERED** that Placebase is granted an extension to file its response to Plaintiff's complaint until February 25, 2008.

_____
RICARDO M. URBINA
United States District Judge

Dated: _____