CO-386-online
10/03

# United States District Court
# For the District of Columbia

KNOWLEDGEPLEX, INC. )
)
)
)
vs    Plaintiff )    Civil Action No. 1:07-CV-02315-RMU
)
METONYMY, INC., d/b/a )
PLACEBASE, INC. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Metonymy, Inc., d/b/a Placebase, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Metonymy, Inc., d/b/a Placebase, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 441113
BAR IDENTIFICATION NO.

Kenneth W. Brothers
Print Name

Dickstein Shapiro, LLP, 1825 Eye St., N.W.
Address

Washington, DC  20006
City        State        Zip Code

(202) 420-2200
Phone Number