IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNOWLEDGEPLEX, INC.<br><br>Plaintiff,<br><br>v.<br><br>METONYMY, INC. d/b/a PLACEBASE<br><br>Defendant. | Civil Action No. 1:07-CV-02315-RMU |

## METONYMY, INC. D/B/A PLACEBASE'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12 and LCvR 7, Defendant Metonymy, Inc. d/b/a Placebase ("Placebase") hereby moves the Court to dismiss the Complaint of Plaintiff KnowledgePlex, Inc. ("KPI") pursuant to: (1) Fed. R. Civ. P. 12(b)(2) because this Court does not have personal jurisdiction over defendant Placebase; (2) Fed. R. Civ. P.12(b)(3) for improper venue; (3) Fed. R. Civ. P. 12(b)(7) because KPI refuses to include an indispensable party under Rule 19; (4) Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction over the defective copyright claim; and (5) Fed. R. Civ. P. 12(b)(6) because KPI's trade secret claims failed to state a claim for which relief can be granted.

This motion is based on the accompanying Memorandum and all exhibits thereto. Oral argument is requested.

A Proposed Order is attached.

Dated: February 25, 2008               Respectfully submitted,


                                       /s/ Kenneth W. Brothers
                                       ─────────────────────────────
                                       Kenneth W. Brothers (D.C. Bar No. 441113)
                                       Rebecca L. Barbisch (D.C. Bar No. 500641)
                                       Dickstein Shapiro LLP
                                       1825 Eye Street, N.W.
                                       Washington, D.C. 20006
                                       (202) 420-2200

                                       *Attorneys for Metonymy, Inc. d/b/a Placebase*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNOWLEDGEPLEX, INC. )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>METONYMY, INC. )<br>D/B/A PLACEBASE )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-CV-02315-RMU |

PROPOSED ORDER

Upon consideration of Defendant Metonymy, Inc.'s d/b/a/ Placebase's ("Placebase") Motion to Dismiss:

**ACCORDINGLY**, it is hereby **ORDERED** that Placebase's Motion to Dismiss is granted.

_____
RICARDO M. URBINA
United States District Judge

Dated: _____

CC: Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005-1209
Telephone: (202) 842-8800
Facsimile: (202) 842-8465

Richard W. Young
David J. Moorhead
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3460

*Attorneys for Plaintiff*

CC: Kenneth W. Brothers
Rebecca L. Barbisch
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

*Attorneys for Defendant*