CO-386-online
10/03

# United States District Court
# For the District of Columbia

KNOWLEDGEPLEX, INC. )
)
)
)
vs    Plaintiff )    Civil Action No. 1:07-cv-02315 RMU
)
METONYMY, INC. D/B/A )
PLACEBASE )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Metonymy, Inc. d/b/a Placebase  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Metonymy, Inc. d/b/a Placebase  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Kenneth W Brothers*
Signature

441113
BAR IDENTIFICATION NO.

Kenneth W. Brothers
Print Name

1825 Eye Street, NW
Address

Washington, DC    20006
City         State        Zip Code

(202) 420-2200
Phone Number