<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| KNOWLEDGEPLEX, INC. | |
| Plaintiff, | |
| | Civil Action No. 1:07-CV-02315-RMU |
| v. | |
| METONYMY, INC. D/B/A PLACEBASE, INC. | Hon. Ricardo M. Urbina |
| Defendant. | |

<div align="center">

**KNOWLEDGEPLEX'S MEMORANDUM IN OPPOSITION TO**
**METONYMY'S MOTION TO DISMISS**

</div>

Brian A. Coleman (Bar No. 459201)
Brian.Coleman@dbr.com
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, D.C.  20005-1209
Tel: (202) 842-8800
Fax: (202) 842-8465

Richard W. Young (*pro hac* pending)
Richard.Young@dbr.com
David J. Moorhead (*pro hac* pending)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Tel: (312) 569-1000
Fax: (312) 569-3460

March 10, 2008                    *Attorneys for Plaintiff KnowledgePlex, Inc.*

## TABLE OF CONTENTS

**Page**

INTRODUCTION .................................................................................................................1

FACTUAL BACKGROUND .............................................................................................1

GOVERNING CONTRACTUAL PROVISIONS ...........................................................5

ARGUMENT .......................................................................................................................7

I.      THIS COURT HAS JURISDICTION OVER PLACEBASE ...........................7

        A.      Placebase Consented to Jurisdiction In The District of Columbia .......7

        B.      Specific Jurisdiction Exists Under the District of Columbia's Long-Arm
                Statute ...............................................................................................................8

II.     THIS COURT IS A PROPER VENUE...............................................................9

III.    VINQ IS NOT A NECESSARY PARTY UNDER RULE 19, BUT IT COULD
        BE JOINED IF IT WERE.................................................................................10

        A.      Vinq Has No Interest In This Litigation and Is Not a Necessary Party
                Under Rule 19.................................................................................................10

        B.      Vinq Could Be Joined If It Were a Necessary Party So This Case Cannot
                Be Dismissed .................................................................................................11

IV.     THERE IS NO BASIS FOR DISMISSING KNOWLEDGEPLEX'S
        COPYRIGHT CLAIM .......................................................................................12

        A.      This Court Has Subject Matter Jurisdiction Over KnowledgePlex's
                Copyright Infringement Claim ..................................................................12

        B.      Placebase Seeks To Dismiss Claims Not Alleged In the Complaint...................12

        C.      KnowledgePlex's Copyright Registration Covers the Entire Code for
                DataPlace.........................................................................................................13

        D.      Even if KnowledgePlex's Copyright Registration Covers Only 25 Original
                Pages, KnowledgePlex Has Still Stated a Valid Claim For Copyright
                Infringement ...................................................................................................14

V.      KNOWLEDGEPLEX'S STATUTORY trade secret claim satisfies rule 12(b)(6).........14

VI.     KNOWLEDGEPLEX'S COMMON LAW TRADE SECRET CLAIM .......................17

## **<u>TABLE OF CONTENTS</u>**
(continued)

**Page**

VII.    LEAVE TO AMEND IF NECESSARY ........................................................................17

CONCLUSION ............................................................................................................18

## <u>TABLE OF AUTHORITIES</u>

<u>Cases</u>

*Accuimage Diagnostics Corp. v. Terarecon, Inc.*,
  260 F. Supp.2d 941 (N.D. Cal. 2003) .................................................................. 17

*Asia N. Am. Eastbound Rate Agt. v. BJI Indus.*, 900 F. Supp. 507 (D.D.C. 1995) ........................ 7

*Bell Atl. Corp. v. Twombly*, 127 S.Ct. 1955 (2007) ............................................. 14, 15

*Corsi v. Eagle Publ'g, Inc.*, No. 1:07-cv-02004-ESH,
  2008 WL 239581 (D.D.C. Jan. 30, 2008) ................................................................ 11

*DSMC, Inc. v. Convera Corp.*, 479 F. Supp.2d 68 (D.D.C. 2007) ............................................. 15

*Erickson v. Pardus*, 127 S.Ct. 2197 (2007) ................................................................ 15

*Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340 (1991) .......................................... 12

*In re Sealed Case*, 494 F.3d 139 (D.C. Cir. 2007) ...................................................... 15

*Janmark, Inc. v. Reidy*, 132 F.3d 1200 (7th Cir. 1997) ..................................................... 10

*John F. Harkins Co. v. Waldinger Corp.*,  796 F.2d 657 (3rd Cir. 1986)....................................... 8

*Kroger v. Legalbill.com LLC*, 436 F. Supp.2d 97 (D.D.C. 2006) ......................................... 8, fn 4

*Lewis v. District of Columbia*, No. 07-0429,
  --- F. Supp.2d ---, 2008 WL 190397 (D.D.C. Jan. 24, 2008)................................................. 15

*Magnaro Corp. v. Jefferson at Penn Quarter*,
  2005 WL 3273979 (D.D.C. Aug. 9, 2005)................................................................ 8

*Montgomery v. Noga*, 168 F.3d 1282 (11th Cir. 1999)............................................... 14

*Monument Realty LLC v. Washington Metro. Transit Auth.*, No. 07-01821, --- F. Supp.2d ---,
  2008 WL 510333 (D.D.C. Feb. 27, 2008)........................................................ 15, 16

*National Equip. Rental, Ltd. v. Szukhent*, 375 U.S. 311 (1964)........................................... 7

*Primax Recoveries, Inc. v. Lee*, 260 F. Supp.2d 43 (D.D.C. 2003)....................................... 10, 11

*Prunte v. Univ. Music Group*, 484 F. Supp.2d 32 (D.D.C. 2007) ............................................. 12

*Schwartz v. CDI Japan, Ltd.*, 938 F. Supp. 1 (D.D.C. 1996) ........................................... 9

## <u>Constitutions and Statutes</u>

17 U.S.C. § 106 ......................................................................... 14

17 U.S.C. § 501(a) ................................................................................................... 14

28 U.S.C. § 1338(a) ................................................................................................... 12

28 U.S.C. § 1400(a) ................................................................................................ 9, 10

28 U.S.C. §1391(b) ...................................................................................................... 9

D.C. Code § 13-423 ..................................................................................................... 8

D.C. Code § 36-407(a) ............................................................................................... 17

D.C. Code § 36-401 ................................................................................................... 15

U.S. Const. art. I § 8, cl. 8 ......................................................................................... 12

U.S. Const. art. III § 2, cl. 1 ...................................................................................... 12

## **Regulations**

37 C.F.R. § 20.20(c)(A)(2) ........................................................................................ 13

## **Federal Rules**

Fed. R. Civ. P. 19(a)(1)(A) ........................................................................................ 11

Fed. R. Civ. P. 19(a)(1)(B)(i) ..................................................................................... 11

Fed. R. Civ. P. 19(a)(1)(B)(ii) .................................................................................... 11

Fed. R. Civ. P. 19(b) .................................................................................................. 12

Fed. R. Civ. P. 19 ....................................................................................................... 11

Fed. R. Civ. P. 12(b)(7) .............................................................................................. 12

## **Other Authorities**

H.R. Rep. No. 94-1476 *reprinted in* 1976 U.S.C.C.A.N. 5659 (1976) ....................... 14

16 James Wm. Moore et al., Moore's Federal Practice ¶ 108.53[3] (3d ed. 2007)............. 7

17 James Wm. Moore et al., Moore's Federal Practice ¶ 110.01[4][b] (3d ed. 2007) ......... 9

2 Melville B. Nimmer, Nimmer on Copyrights § 7.16[A][1] (2007) .................................... 14

14 Uniform Laws Annotated Master Edition 531 (West 2005)........................................... 17

**TABLE OF EXHIBITS**

| Exhibit No. | Exhibit Description |
|---|---|
| Ex. 1 | Subcontract |
| Ex. 1 (A) | Prime Contract |
| Ex. 2 | Declaration of David J. Moorhead |
| Ex. 2 (A) | Materials Deposited December 14, 2007 |
| Ex. 2 (B) | December 17, 2007 Email From Janet Fries to David Fernandez with United States Copyright Office |
| Ex. 2 (C) | December 14, 2007 Transmittal Letter from Janet Fries |
| Ex. 2 (D) | United States Copyright Office Filing Receipt |
| Ex. 2 (E) | First 25 Pages of DataPlace Code |
| Ex. 2 (F) | Last 25 Pages of DataPlace Code |

**TABLE OF ABBREVIATIONS**

| Term | Abbreviation |
|---|---|
| Metonymy, Inc. d/b/a Placebase, Inc. | Placebase |
| Complaint Against Metonymy, Inc. [Dkt. # 1] | Complaint |
| Memorandum of Points and Authorities in Support of Metonymy, Inc. d/b/a Placebase's Motion to Dismiss [Dkt. # 9] | Plaintiff's Memo. |

## INTRODUCTION

Placebase admits that it was a subcontractor to KnowledgePlex.  What Placebase fails to acknowledge in its Motion to Dismiss, however, is the prime contract.  Indeed, Placebase fails to include the prime contract as an exhibit to its Memorandum, even though the prime contract was attached to the subcontract and its terms ***expressly incorporated*** into the subcontract.  Placebase would hide the prime contract and run from its terms.  But the terms of the prime contract are expressly binding on Placebase and defeat the multiple different grounds on which Placebase seeks to dismiss KnowledgePlex's Complaint.

## FACTUAL BACKGROUND

In 2000, Fannie Mae Foundation, a philanthropic organization based in the District of Columbia, launched KnowledgePlex, an innovative initiative to gather and make available online relevant news, reliable demographic data, timely research, and tools for collaboration for the affordable housing and community development fields.  Through improved methods of information gathering, reporting, and distribution, KnowledgePlex seeks to help transform disadvantaged communities and neighborhoods by driving markets and empowering individuals and communities alike.

To better meet the needs of the affordable housing community, KnowledgePlex began developing a national data system for sharing information.  In 2003 it requested proposals for the creation of the software necessary for such a system.  KnowledgePlex ultimately selected a proposal submitted by Community Informatics, but work on the project never began in earnest – and a contract was never executed – because Community Informatics lacked the rights necessary to create and deliver the system.

The false start with Community Informatics cost KnowledgePlex several months but the experience underscored for KnowledgePlex the importance of securing ownership and intellectual property rights in the system.  KnowledgePlex issued a new request for proposal that specifically required that the work be owned exclusively by KnowledgePlex.  The request sought development of a new, proprietary web-based data system that would enable users to identify specific geographic areas, at levels ranging from a neighborhood to the entire nation, and obtain the area's relevant housing, demographic, and other community data.  The system would be called "DataPlace."

KnowledgePlex understood the value of this pioneering effort, including the concept, the project, and the software and products that had to be developed.  At each step, beginning with the request for proposal, KnowledgePlex worked to ensure that the system would be proprietary.  It required strict confidentiality throughout the proposal and development process.  Most importantly, KnowledgePlex required that all work produced or created by the successful bidder be entirely original and belong solely to KnowledgePlex.

KnowledgePlex accepted the proposal submitted by Vinq, LLC.  Vinq's proposal identified Placebase as Vinq's subcontractor.  In negotiating the contract with Vinq, KnowledgePlex ensured that it would own all rights to all works created or developed under the contract (including under all subcontracts) and required confidentiality of everyone involved.  With the terms agreed upon, Fannie Mae Foundation on behalf of KnowledgePlex and Vinq executed the Prime Contract.  Vinq subsequently executed a subcontract with Placebase.  The Subcontract incorporated the applicable provisions of the Prime Contract, which was attached.  A copy of the Subcontract, with the Prime Contract appended as Exhibit A, is attached hereto as Exhibit 1.

The parties began immediately to develop the DataPlace system.  The development process was not easy.  Nothing like it had ever been created before, and numerous hurdles required exhaustive trial-and-error efforts to overcome.  The national scope of the system presented numerous challenges unique to a system of such a scale.  While modifications could be made manually to small scale systems like those previously developed, a national geospatial information system presented complications and difficulties that required a new set of heuristics.  When those issues arose, solutions were developed through careful strategizing and thorough trial-and-error experimentation.

KnowledgePlex, Vinq, and Placebase labored together for more than three years to develop DataPlace, the embodiment of KnowledgePlex's vision for a web-based hub for geospatially related information for the affordable housing and community development industry.  The project required the continuous efforts of more than 20 full-time, dedicated individuals and 50 part-time staffers who logged more than 50,000 hours.  For its part, Placebase assigned more than 10 people who devoted more than 24,000 billable hours to the project.  KnowledgePlex paid $3 million for Placebase's part of the development work.

In 2007, KnowledgePlex's vision was realized.  Users can now visit www.dataplace.org to gather important information about individual communities or virtually any geographic area throughout the United States.  Through DataPlace, KnowledgePlex is able to deliver key tools to policymakers, activists, grantors, scholars, and investors to help revitalize disadvantaged communities across the United States.

As DataPlace became a reality, the Fannie Mae Foundation spun off KnowledgePlex into KnowledgePlex, Inc., an independent non-profit organization, to continue its work in affordable

housing and community development.  At the same time, the Fannie Mae Foundation assigned its rights in the DataPlace project to KnowledgePlex, Inc.

While the DataPlace system was available and could be accessed online, there were parts of the project that still required completion.  In particular, Placebase had not yet delivered to KnowledgePlex all of the information and tools necessary to operate and maintain DataPlace.  KnowledgePlex could not add new data sets, correct bugs in the code, improve the usability of the site, or update the system to function with new browsers and operating systems.

KnowledgePlex also envisioned further development and enhancement of the system.  KnowledgePlex sought to work directly with Placebase as a stand-alone vendor for the future development work instead of under marked-up rates through Vinq.  Because Placebase was unwilling to continue under the terms of the existing contract, including that all rights in further development work would be owned by KnowledgePlex, it declined.  KnowledgePlex required those provisions, and their absence was a deal-breaker.  With a future contract out of the question, Placebase ceased work under the existing contract.  It stopped working on DataPlace and failed to complete delivery of the system to KnowledgePlex.  KnowledgePlex had to invest significant resources to "reverse engineer" its own DataPlace system software so that the system could be de-bugged, maintained, and kept up to date.

Then KnowledgePlex learned that even before Placebase stopped working on DataPlace, it was developing a nearly identical system for The Reinvestment Fund.  That system, which is called PolicyMap, is also a web-based product that delivers community demographic information for geographic areas on scales ranging from local neighborhoods to the entire nation.  It is the same system with many of the same innovative functionalities delivered to the same customer base as KnowledgePlex's DataPlace system.  It tiles maps and generates and organizes thematic,

point, and cartographic data just as in the system developed exclusively for the DataPlace site.
While DataPlace required three years of intensive effort, exhaustive trial-and-error, and the
ingenuity of numerous individuals all working together, Placebase developed PolicyMap in less
than eight months. This lawsuit ensued.

## GOVERNING CONTRACTUAL PROVISIONS

KnowledgePlex ensured that its investment and hard work that went into DataPlace was
protected. Before any work on the system began, KnowledgePlex protected both its vision for
DataPlace and the fruits of the development work that would be required to make its vision a
reality. It did so through all of the contracts for development of the system, and it did so under
patent, copyright, and trade secret law. It demanded that all contracts ensure both its ownership
of DataPlace and guarantee the confidentiality of the project. The Prime Contract and
Subcontract do just that.

The Prime Contract expressly states that all work produced or created, whether produced
by KnowledgePlex, Vinq, or a subcontractor, will be owned by KnowledgePlex, and that
KnowledgePlex will own all intellectual property rights associated with the project, including
copyright and trade secret rights. Ex. 1(A), § 6(a). The Prime Contract expressly states that
DataPlace is a work-made-for-hire under U.S. copyright law and also irrevocably transfers,
conveys, and assigns in perpetuity all right, title, and interest in the work to KnowledgePlex. Ex.
1(A), § 6(a).[1]

The Prime Contract does not stop there. It also requires that each deliverable furnished as
part of the project be originally developed for KnowledgePlex and not be derived from any pre-
existing proprietary material. Ex. 1(A), § 8(c). KnowledgePlex insisted that all work be original
to ensure that the final product would be both "ownable" and owned by KnowledgePlex. To

---

[1] The Prime Contract was renewed and continued throughout the development of DataPlace.

guarantee that KnowledgePlex could protect the value of its vision and the valuable trade secrets developed during the project, the contract establishes KnowledgePlex's ownership of the confidential information and sets strict confidentiality requirements.  Ex. 1(A), § 7.  Finally, under the Prime Contract all subcontractors are to be bound by the same provisions.  Ex. 1(A), §§ 3(b) & 6(a).

Since the Fannie Mae Foundation and KnowledgePlex were both based in the District of Columbia,[2] KnowledgePlex chose the District of Columbia as the governing law and exclusive forum for disputes.  Ex. 1(A), 15(h)-(i).  Specifically, the Prime Contract states:

> The parties hereto consent to the jurisdiction and venue of the District of Columbia courts or federal courts sitting in the District of Columbia.  The parties agree further that all disputes or controversies which may arise out of or in connection with this Agreement, its construction, interpretation, effect, performance, non-performance, or consequences thereof, shall be determined exclusively by said courts of the District of Columbia sitting without jury.

Ex. 1(A), § 15(i).

Placebase agreed to be bound by and comply with the applicable provisions of the Prime Contract.  The Prime Contract was attached to the Subcontract that Placebase executed.  Ex. 1, § 2.[3]  Section 2 of the Subcontract states:

> The Prime Contract.  This Agreement is subject to those terms of the Prime Contract, attached hereto as Exhibit A, applicable to [Placebase] or the Services (as defined below), which terms are incorporated by reference as if fully set forth herein.  All applicable provisions contained in the Prime Contract shall be binding upon [Placebase], and [Placebase] hereby agrees to comply with such provisions [in] the Prime Contract.

Ex. 1, §2.  Placebase executed the Subcontract with knowledge that the contract would directly benefit KnowledgePlex.  In fact, as KnowledgePlex required, the Subcontract includes several

---

[2]  KnowledgePlex, Inc. relocated to Maryland in August, 2007, and then California in November, 2007.
[3]  When it submitted its Memorandum in support of its Motion to Dismiss, Placebase attached a copy of the Subcontract but omitted Exhibit A to the Subcontract – the Prime Contract.

specific provisions for KnowledgePlex's benefit. It requires Placebase to maintain confidentiality, acknowledge that the work is exclusively owned by KnowledgePlex, assign any rights in the work to KnowledgePlex, and warrant that all of its work is originally developed for the project. *See* Ex. 1, §§ 13(b), 14(b), 14(c), and 15(b); Ex. 1(A), §§ 6-7, 8(c).

In April 2007, the Fannie Mae Foundation transferred and assigned its rights, title and interests in and to each asset of the KnowledgePlex unit within Fannie Mae Foundation to KnowledgePlex, Inc. KnowledgePlex now stands in Fannie Mae Foundation's place.

## ARGUMENT

## I.    THIS COURT HAS JURISDICTION OVER PLACEBASE.

### A.    Placebase Consented to Jurisdiction In The District of Columbia

Parties may consent to personal jurisdiction in a particular forum. *Asia N. Am. Eastbound Rate Agt. v. BJI Indus.*, 900 F. Supp. 507, 512 (D.D.C. 1995). *See also National Equip. Rental, Ltd. v. Szukhent*, 375 U.S. 311, 315-16 (1964) ("[P]arties to a contract may agree in advance to submit to the jurisdiction of a given court"); 16 JAMES WM. MOORE ET AL., MOORE'S FEDERAL PRACTICE ¶ 108.53[3] (3d ed. 2007) ("A defendant may consent by contract to the court's jurisdiction. Courts generally find an adequate jurisdictional basis in such contractual consents, even in the absence of other contacts and even if no official steps are taken to notify the defendant, other than those specified in the agreement.").

Placebase consented to jurisdiction in the District of Columbia. Ex. 1, § 2; Ex. 1(A), §15(i). Not only did Placebase consent to jurisdiction here, the Prime Contract provides that the District of Columbia is the ***only*** forum for resolving disputes arising out of the contract. Ex. 1(A), § 15(i). The Subcontract incorporated those provisions. In view of Fannie Mae Foundation's and KnowledgePlex's connection to the District of Columbia, the choice of forum is reasonable.

KnowledgePlex had to bring this suit in the District of Columbia. The forum selection clause unambiguously states that the parties consent to jurisdiction in the District of Columbia and that all disputes that arise out of or in connection with it "shall be determined **exclusively by** said courts of the District of Columbia. . . ." Ex. 1(A), § 15(i) (emphasis added). Placebase ignores this contractual requirement. Vinq and Placebase lacked the capacity to alter the choice of forum or to force KnowledgePlex to a different forum to resolve this dispute. *Magnaro Corp. v. Jefferson at Penn Quarter*, 2005 WL 3273979, at *3 (D.D.C. Aug. 9, 2005). *See also John F. Harkins Co. v. Waldinger Corp.,* 796 F.2d 657 (3rd Cir. 1986).

## B.    Specific Jurisdiction Exists Under the District of Columbia's Long-Arm Statute.

Placebase is also subject to specific personal jurisdiction in the District of Columbia under the District of Columbia Long-Arm Statute, D.C. Code § 13-423.[4]  Under the statute, a court sitting in the District of Columbia may exercise personal jurisdiction over an entity for claims arising from the entity "transacting any business in the District of Columbia" or "contracting to supply services in the District of Columbia."  D.C. Code § 13-423(a)(1)-(2).  To establish personal jurisdiction under the long-arm statute, KnowledgePlex "must show: (1) that the defendant transacted business in the District; (2) that the claim arose from the business transacted in the District; and (3) that the defendant had minimum contacts with the District such that the Court's exercise of jurisdiction would not offend traditional notions of fair play and

---

[4] In addition to selecting a forum in which to resolve disputes, parties to a contract may also specify the applicable law. Placebase agrees with this basic tenet of contract law. *Memorandum of Points and Authorities in Support of Metonymy, Inc. d/b/a Placebase's Motion to Dismiss* ("*Plaintiff's Memo.*"), pp. 4-5 (*citing Kroger v. Legalbill.com LLC*, 436 F. Supp.2d 97, 103 (D.D.C. 2006)). Here, the Prime Contract unambiguously states that it "shall be governed by and construed in accordance with the laws of the District of Columbia." Ex. 1(A), § 15(h). Placebase agreed to be bound by this term. Ex. 1, § 2. This choice of law provision is reasonable because of KnowledgePlex's relationship with the District of Columbia. When the contract was formed and most of the work on the project was done, KnowledgePlex was based in the District of Columbia as a unit within the D.C.-based Fannie Mae Foundation. KnowledgePlex, Inc. was based in District of Columbia until August 2007.

substantial justice." *Schwartz v. CDI Japan, Ltd.*, 938 F. Supp. 1, 4-5 (D.D.C. 1996) (internal citations omitted).

Placebase contracted to provide services in the District of Columbia when it entered into the Subcontract and agreed to provide services to KnowledgePlex.  The Prime Contract, which was appended to and incorporated into the Subcontract, prominently identified on its very first page that Fannie Mae Foundation was based in the District of Columbia.  KnowledgePlex was a unit within D.C.-based Fannie Mae Foundation and was based in the District of Columbia for most of the contract term.  It is Placebase's breach of that agreement to provide services in the District of Columbia, namely, assisting in the development of DataPlace, that is the basis for this suit.  *Schwartz*, 938 F. Supp. at 5-6 ("Although [the defendant] did not develop, solicit or negotiate the contract entered into by [non-parties], the fact that he negotiated the assignment of the Smithsonian contract and contemplated future consequences in addition to the parties' course of dealing constitutes transacting business in this forum.").

## II.    THIS COURT IS A PROPER VENUE.

The contract also provides for venue in the District of Columbia.  Parties to a contract may consent to and designate a venue for resolution of disputes.  17 JAMES WM. MOORE ET AL., MOORE'S FEDERAL PRACTICE ¶ 110.01[4][b] (3d ed. 2007) ("[D]efendants may waive objection to venue.").  The Prime Contract contains an explicit provision providing for venue in the District of Columbia.  Ex. 1(A), §15(i).  The Subcontract incorporated that provision.  Ex. 1, § 2.

Even if Placebase had not consented to venue in the District of Columbia, 28 U.S.C. 1391(b) provides for venue in this district "in which a substantial part of the events or omissions giving rise to the claim occurred."  28 U.S.C. § 1391(b).

Placebase incorrectly asserts that 28 U.S.C. § 1400(a) provides the only basis for venue in a copyright infringement action.  It does not.  Section 1400(a) expressly states that copyright

infringement actions "**may** be instituted" in particular districts.  28 U.S.C. § 1400(a) (emphasis

added).  The venue provisions of Section 1400(a) are *in addition to* those of Section 1391(b).

*Janmark, Inc. v. Reidy*, 132 F.3d 1200, 1203 (7th Cir. 1997) (jurisdiction proper in a copyright

case "under either § 1400(a) or § 1391(b)….").  Moreover, a defendant "may be found" under

Section 1400(a) in a district that can assert personal jurisdiction over it.  *Janmark*, 132 F.3d at

1203.

III.    **VINQ IS NOT A NECESSARY PARTY UNDER RULE 19, BUT IT COULD BE JOINED IF IT WERE.**

A.    **Vinq Has No Interest In This Litigation and Is Not a Necessary Party Under Rule 19.**

Placebase's actions have directly and solely harmed KnowledgePlex.  As a result, both

the party that caused the harms and the party that suffered the harms are present here.  No other

parties are necessary.  Under Rule 19, a party should be joined if the court cannot grant complete

relief in its absence or if the party has a substantial interest in the litigation that must be protected

or may be asserted in the future.  Determining whether someone is a necessary party is a "fact-

specific inquiry."  *Primax Recoveries, Inc. v. Lee*, 260 F. Supp.2d 43, 50 (D.D.C. 2003).

Only KnowledgePlex is harmed by Placebase's actions.  The plain language of the

contract was intended to protect KnowledgePlex and its DataPlace system.  That language is

found in both the Prime Contract and the Subcontract.  Both contracts assign all rights to

KnowledgePlex, not Vinq.  Both create exclusive ownership rights in KnowledgePlex, not Vinq.

Both contain confidentiality obligations for KnowledgePlex's benefit, not Vinq's.  Placebase's

breach of those provisions harms KnowledgePlex, not Vinq.  Placebase misappropriated

KnowledgePlex's trade secrets, not Vinq's.  Placebase infringed KnowledgePlex's copyright, not

Vinq's.  Vinq has no interest to protect in this litigation.

Despite the fact-specific requirements of this inquiry, Placebase provides no facts to

support its claim that Vinq is a necessary party.  While Placebase repeats broad platitudes about Vinq's "interest," it never identifies that interest.  It instead offers only a fact-less repetition of conclusory statements.  It offers no reason why the Court cannot accord complete relief.  Vinq is not a necessary party under Rule 19(a)(1)(A) because this Court can accord complete relief between Placebase, the breaching party, and KnowledgePlex, the injured party.

Because Vinq has no interest in this dispute, it has no interests that might be impaired or impeded.  Rule 19(a)(1)(B)(i) therefore does not apply.  Vinq's lack of an interest similarly obviates any risk of multiple or inconsistent obligations for Placebase or KnowledgePlex in Vinq's absence.  Rule 19(a)(1)(B)(ii) is therefore inapplicable as well.

Placebase's reliance on *Corsi v. Eagle Publ'g, Inc.*, No. 1:07-cv-02004-ESH, 2008 WL 239581 (D.D.C. Jan. 30, 2008) is likewise misplaced because KnowledgePlex is seeking relief for Placebase's actions, not those of Vinq.  In *Corsi*, the plaintiffs sued for breach of a contract between the plaintiffs and the defendant's subsidiary.  There was no allegation that the defendant had breached any contract.  The plaintiffs sued the defendant rather than the subsidiary merely to avoid the contract's arbitration provision that prevented suits against the subsidiary.  As a result, the court dismissed the complaint for failure to join the subsidiary – the party that had allegedly breached the contract.  *Corsi*, 2008 WL 239581, at *3 ("Each of the claims, regardless of the legal labels attached to it, involves [the absent party's] conduct under the contracts").  That is simply not the case here.  Placebase is the breaching party and is present.

### B.    Vinq Could Be Joined If It Were a Necessary Party So This Case Cannot Be Dismissed.

If Vinq was a necessary party, it could be joined.  Vinq consented to jurisdiction and venue in the District of Columbia.  Ex. 1(A), § 15(i).  Dismissal is not appropriate when an absent but necessary party may be joined.  Fed. R. Civ. P. 19.  *Primax Recoveries,*, 260 F.

Supp.2d at 50 ("Should the Court determine that any of Rule 19(a)'s criteria are met, it must

order that the absent party be joined.").  Because joinder is possible, there is no basis for

dismissing this suit under Rule 12(b)(7) or Rule 19(b).

**IV.    THERE IS NO BASIS FOR DISMISSING KNOWLEDGEPLEX'S COPYRIGHT
CLAIM.**

   **A.    This Court Has Subject Matter Jurisdiction Over KnowledgePlex's
   Copyright Infringement Claim.**

As a federal court, this Court has exclusive subject matter jurisdiction over copyright

infringement claims.  28 U.S.C. § 1338(a).  *See also U.S. Const.* art. I, § 8, cl. 8; art. III, § 2,

cl. 1.

        To state a claim for copyright infringement under the copyright laws, a plaintiff must

allege that it owns a valid copyright and that the infringer copied original or protectable aspects

of that copyrighted work.  *Prunte v. Univ. Music Group*, 484 F. Supp.2d 32, 38 (D.D.C. 2007)

(denying a motion to dismiss a copyright claim) (*quoting Feist Publ'ns, Inc. v. Rural Tel. Serv.

Co.*, 499 U.S. 340, 361 (1991)).

        KnowledgePlex has stated a valid claim for copyright infringement.  It alleged that it

owns United States Copyright Registration No. TXu 1-570-162 for the original code in

DataPlace.  *Complaint*, ¶ 26.  It alleged that Placebase copied and created derivative works of

KnowledgePlex's protectable, copyrighted code without authorization.  *Complaint*, ¶¶ 35-36, 40.

There is no basis for dismissing the copyright infringement claim for lack of subject matter

jurisdiction.

   **B.    Placebase Seeks To Dismiss Claims Not Alleged In the Complaint.**

        Placebase has asked this Court to dismiss claims that are not alleged in the Complaint.

The only claim of copyright infringement alleged in the Complaint is for infringement of United

States Copyright Registration No. TXu 1-570-162.  There are no claims for infringement of any

other copyright registration or any unregistered work. Placebase is seeking to dismiss claims of infringement based on works not covered by the pled Copyright Registration. But there are no such claims. There is nothing to dismiss. Placebase's motion to dismiss the copyright claim must be denied.

### C.    KnowledgePlex's Copyright Registration Covers the Entire Code for DataPlace.

KnowledgePlex's copyright registration protects the entire code for DataPlace. To register the copyright in a computer program that contains trade secrets and exceeds 50 pages, a copyright owner must submit the first and last 25 pages of source code. The owner may redact portions of the code to avoid disclosure of trade secrets. 37 C.F.R. § 20.20(c)(A)(2).

While KnowledgePlex encountered some technical problems with the deposit for its copyright registration, *see* Declaration of David J. Moorhead attached hereto as Exhibit 2, those problems were corrected on the next business day after the initial filing of its application. Both the original deposit and the corrected deposit made the next day had 50 pages of redacted source code. Why the copy of the deposit submitted by Placebase with its motion is only 42 pages is a mystery. KnowledgePlex currently is investigating with the Copyright Office why the copy provided by Placebase has only 42 pages and why seventeen of those pages are duplicates. *See* Moorhead Decl., ¶ 10. KnowledgePlex will obtain a certified copy of the correct deposit and provide it to this Court immediately upon receipt.

KnowledgePlex's deposit satisfies the requirements for registering the copyright in an entire computer program that contains trade secrets. 37 C.F.R. § 20.20(c)(A)(2).

The Copyright Office's error has not harmed Placebase nor does it limit KnowledgePlex's rights to the DataPlace code. KnowledgePlex owns a protectable copyright in the DataPlace code with or without a registration and those rights extend to the entire work.

*Montgomery v. Noga*, 168 F.3d 1282, 1288 (11th Cir. 1999) ("For original computer programs and other original works of authorship created after 1977, copyright automatically inheres in the work at the moment it is created without regard to whether it is ever registered."). *See also* 2 MELVILLE B. NIMMER, NIMMER ON COPYRIGHTS § 7.16[A][1] (2007) ("Copyright automatically inheres in a work the moment it is 'created'….").

> **D.    Even if KnowledgePlex's Copyright Registration Covers Only 25 Original Pages, KnowledgePlex Has Still Stated a Valid Claim For Copyright Infringement.**

Even if KnowledgePlex's copyright registration were limited to the deposit attached to Placebase's motion, KnowledgePlex has still stated a valid claim for copyright infringement. At a minimum, KnowledgePlex has a valid copyright registration for the originally deposited 25 pages of the work. KnowledgePlex has alleged that Placebase copied and created derivatives of that work. KnowledgePlex has therefore stated a valid claim of copyright infringement. 17 U.S.C. § 501(a) ("Anyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 121 . . . is an infringer of the copyright. . . ."); 17 U.S.C. § 106 ("the owner of copyright under this title has the exclusive rights . . . (2) to prepare derivative works based on the copyrighted work…."). *See also* H.R. Rep. No. 94-1476, at 61 (1976), *reprinted in* 1976 U.S.C.C.A.N. 5659, 5675 ("[T]o constitute a violation of section 106(2), the infringing work must incorporate *a portion of* the copyrighted work in some form."). KnowledgePlex's copyright claim creates federal subject matter jurisdiction and therefore cannot be dismissed for lack of subject matter jurisdiction.

**V.    KNOWLEDGEPLEX'S STATUTORY TRADE SECRET CLAIM SATISFIES RULE 12(b)(6).**

KnowledgePlex's claim for statutory trade secret misappropriation satisfies the pleading requirements set forth by the Supreme Court in *Bell Atl. Corp. v. Twombly*, 127 S.Ct. 1955

(2007). The Supreme Court has made clear that its *Bell Atlantic* decision did not change the federal court's requirement of notice pleading. *Erickson v. Pardus*, 127 S.Ct. 2197, 2200 (2007) ("Specific facts are not necessary…"). Instead, the Federal Rules require only that a plaintiff provide a "short and plain statement of the claim that will give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Monument Realty LLC v. Washington Metro. Transit Auth.*, No. 07-01821, --- F. Supp.2d ---, 2008 WL 510333, at *5 (D.D.C. Feb. 27, 2008) (*quoting Erickson*, 127 S.Ct. at 2200). It is not necessary for the plaintiff to plead all elements of his prima facie case in the complaint or plead law or match facts to every element of a legal theory. *Lewis v. District of Columbia*, No. 07-0429, --- F. Supp.2d ---, 2008 WL 190397, at *6 (D.D.C. Jan. 24, 2008). Moreover, on a motion to dismiss, a complaint is to be liberally construed in the plaintiff's favor with the benefit of all reasonable inferences. *Monument Realty*, 2008 WL 510333, at *5, (*citing In re Sealed Case*, 494 F.3d 139, 145 (D.C. Cir. 2007)).

To establish a claim for trade secret misappropriation under the District of Columbia Uniform Trade Secrets Act, D.C. Code §§ 36-401 *et seq.*, KnowledgePlex must allege the existence of a trade secret and improper use or disclosure of the trade secret by one under a duty not to disclose it. *DSMC, Inc. v. Convera Corp.*, 479 F. Supp.2d 68, 77 (D.D.C. 2007) (*citing* D.C. Code § 36-401).

The Complaint alleges that DataPlace, the DataPlace software and the innovative solutions achieved during its development, are confidential, valuable, and the subject of reasonable efforts to protect their confidentiality. *Complaint*, §§ 11, 14, 20, 30, and 35. The Complaint alleges that KnowledgePlex undertook efforts to protect the confidentiality of the development and prevent its improper use and disclosure. *Complaint*, ¶ 11 ("From the very

beginning, [KnowledgePlex] worked to protect its proprietary system and maintain

confidentiality throughout the proposal and development process."). The Complaint alleges that

KnowledgePlex required contractors and subcontractors to comply with the obligations of

confidentiality. *Complaint*, ¶ 11-15.

Emblematic of Placebase's mischaracterization of the allegations of the Complaint is its

claim that no trade secrets exist because KnowledgePlex "admits that 'Vinq, Placebase, and

KnowledgePlex worked together and *freely shared ideas and information* to further the

development process." *Placebase Memo.*, p. 22 (*quoting Complaint*, ¶ 19). Placebase omitted

any mention of the very next paragraph of the Complaint which states:

> While the parties freely shared information within the group, they also
> worked confidentially to protect and preserve the innovations of the
> DataPlace system. Because it was anticipated that this system would one
> day have to stand on its own, outside the largest affordable housing
> foundation in the country, provisions, security, and code was done behind
> firewalls and to a large extent through a web site with limited, restricted
> access.

*Complaint*, ¶ 20.

KnowledgePlex's Complaint also properly alleges the second element of a trade secret

misappropriation claim, namely, improper use or disclosure of a trade secret by one under a duty

not to disclose it. The Subcontract contains and incorporates provisions requiring that Placebase

keep KnowledgePlex's trade secrets confidential, Ex. 1, §§ 2 and 13; Ex. 1(A), § 3(b) and 7, and

the Complaint alleges that Placebase breached those provisions by misappropriating and using

the trade secrets for its own and its other customer's benefit. *Complaint*, ¶¶ 35-36, 44-48.[5]

---

[5] KnowledgePlex has a valid right to enforce the contract against Placebase. *Monument Realty*, 2008 WL 510333, at *7 ("District of Columbia law recognizes that one who is not a party to a contract may nonetheless sue to enforce the contract's provisions if the contracting parties intend the third party to benefit directly thereunder."). There can be no doubt that the relevant provisions of the Subcontract, including those incorporated from the Prime Contract, were intended to benefit KnowledgePlex.

## VI.    KNOWLEDGEPLEX'S COMMON LAW TRADE SECRET CLAIM.

The District of Columbia Uniform Trade Secrets Act is a codification of the common law of trade secret misappropriation.  14 UNIFORM LAWS ANNOTATED MASTER EDITION 531 (West 2005) ("The Uniform Act codifies the basic principles of common law trade secret protection. . . ."）.  The Act does not conflict with the common law of trade secret misappropriation.  The statute, by its terms, only "supersedes conflicting" laws of the District of Columbia.  D.C. Code § 36-407(a).  *Accuimage Diagnostics Corp. v. Terarecon, Inc.*, 260 F. Supp.2d 941, 952-54 (N.D. Cal. 2003), the case on which Placebase relies for its claim of preemption, is inapposite.  In *Accuimage*, the Northern District of California was interpreting a different statute with different provisions regarding common law trade secrets and was applying the provisions to the *California* common law.  KnowledgePlex's claims of common law trade secret misappropriation do not conflict with the District of Columbia Uniform Trade Secret Act and are well-stated.  Placebase does not allege otherwise.

## VII.    LEAVE TO AMEND IF NECESSARY

Should the Court determine that any aspect of the Complaint is insufficient or in need of clarification, KnowledgePlex requests leave to file an amended complaint to redress any such issues.

## <u>CONCLUSION</u>

Plaintiff KnowledgePlex, Inc. believes that Placebase's Motion to Dismiss has no merit and respectfully requests that it be denied.


March 10, 2008                                  Respectfully submitted,

                                               **KNOWLEDGEPLEX, INC.**


                                               _____*/s/ Brian A. Coleman*_____
                                               Brian A. Coleman (Bar No. 459201)
                                               Brian.Coleman@dbr.com
                                               DRINKER BIDDLE & REATH LLP
                                               1500 K Street, N.W.
                                               Washington, D.C.  20005-1209
                                               Tel: (202) 842-8800
                                               Fax: (202) 842-8465

                                               Richard W. Young (*pro hac* pending)
                                               Richard.Young@dbr.com
                                               David J. Moorhead (*pro hac* pending)
                                               David.Moorhead@dbr.com
                                               DRINKER BIDDLE & REATH LLP
                                               191 N. Wacker Drive, Suite 3700
                                               Chicago, IL  60606-1698
                                               Tel: (312) 569-1000
                                               Fax: (312) 569-3460

                                               *Attorneys for Plaintiff KnowledgePlex, Inc.*

## PROOF OF SERVICE

The undersigned attorney certifies that on 10 March 2008:

a copy of the following was served via ECF and hand-delivery:

- *Knowledgeplex's Memorandum in Opposition to Metonymy's Motion to Dismiss*

on the following counsel for Defendant Metonymy, Inc. d/b/a PlaceBase, Inc.:

Kenneth W. Brothers
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403

/s/ Brian A. Coleman
Counsel for Plaintiff KnowledgePlex, Inc.

Brian A. Coleman (Bar No. 459201)
Brian.Coleman@dbr.com
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, D.C.  20005-1209
Tel: (202) 842-8800
Fax: (202) 842-8465

Richard W. Young (*pro hac* pending)
Richard.Young@dbr.com
David J. Moorhead (*pro hac* pending)
David.Moorhead@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Tel: (312) 569-1000
Fax: (312) 569-3460

CH02/ 22514815

# EXHIBIT 1

## PROFESSIONAL SERVICES SUBCONTRACT AGREEMENT

THIS PROFESSIONAL SERVICES SUBCONTRACT AGREEMENT ("Agreement") is entered into as of the effective date marked below (the "Effective Date"), by and between Vinq, LLC, 2025 Park Royal Drive, San Jose, California 95125-4649 ("Vinq") and Metonymy, Inc. d/b/a place base, 8559 Higuera St. Suite B, Culver City, CA 90232 ("Subcontractor").

## BACKGROUND

Vinq provides software development and integration professional services, focusing in particular on the design and implementation of highly interactive public web sites to support communities of experts and professionals. Vinq has entered into a prime contract (the "Prime Contract") with the Fannie Mae Foundation ("End Client") for the design and implementation of the Community Data System and its several web sites.

Subcontractor provides professional services, and has the capability of assisting Vinq in the performance of the Prime Contract by delivering to Vinq certain deliverables for ultimate delivery to the End Client. Vinq desires to enter into a subcontract under the Prime Contract with Subcontractor, and Subcontractor desires to enter into such subcontract, all under the terms and conditions of this Agreement.

## AGREEMENT

NOW, THEREFORE, in consideration of the mutual promises in this Agreement, Vinq and Subcontractor agree as follows:

1. Relationship of Vinq and Subcontractor. Subcontractor and its employees and/or contractors shall perform the provisions of this Agreement as independent contractors and shall not be considered agents of Vinq, nor shall Subcontractor's personnel be considered employees of Vinq. Nothing contained in this Agreement shall be construed to (i) constitute the parties as partners, joint venturers, co-owners, or otherwise as participants in a joint or common undertaking, or (ii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever. No law, agreement, or other arrangement that has the effect of conferring benefits upon officers or employees of End Client shall be applicable to Subcontractor or any Subcontractor employee in connection with the Services rendered pursuant to this Agreement. Subcontractor's personnel are, and will remain at all times, employees of Subcontractor and shall not be deemed to be employees of Vinq or the End Client for any purpose whatsoever. Subcontractor shall be solely responsible (i) for the safety and supervision of its employees, (ii) for the payment of wages, salaries and other amounts due its employees in connection with this Agreement, (iii) for all reports and obligations respecting Subcontractor employees relating to social security, Federal, State and local personal income tax and withholding, payroll taxes, unemployment and disability insurance, worker's compensation, and similar matters.

2. The Prime Contract. This Agreement is subject to those terms of the Prime Contract, attached hereto as Exhibit A, applicable to Subcontractor or the Services (as defined below), which terms are incorporated by reference as if fully set forth herein. All applicable

provisions contained in the Prime Contract shall be binding upon the Subcontractor, and Subcontractor hereby agrees to comply with such provisions the Prime Contract.

3.  Subcontractor's Professional Services.  Subcontractor shall perform professional and/or technical services, including all labor, materials, expertise, and supplies necessary for such services, under this Agreement (collectively, "Services") on a project-by-project basis. Subcontractor shall perform the Services in accordance with the highest professional standards and in conformance with all written instructions provided by Vinq (including written instructions provided by Vinq on behalf of the End Client).  The scope of work for each project of work (a "Project") shall be set forth in an addendum to this Agreement (a "Statement of Work") that describes the Project and is executed by each party. Subcontractor's Services shall consist of the development of various items of software code and/or documentation (collectively, "Deliverables") as described more particularly in a Statement of Work.  Services shall also include advice, counseling, training, and support relating to the Deliverables for a Project to the extent specified in the Project's Statement of Work.  Subcontractor shall all perform all of its obligations under this Agreement in a timely fashion in accordance will any and all deadlines that may be specified in a Statement of Work.

4.  Subcontractor Personnel.

a.  Management.  Subcontractor shall be responsible for the management of its personnel in the performance of Services, the integrity and quality of all Services, and periodic reporting to Vinq and/or the End Client, as required, on the status of Services. Subcontractor shall require its employees, servants, and agents to abide by all reasonable written directives issued by Vinq or the End Client, including, without limitation, all on-site rules of behavior, work schedules, security procedures, and other standards and procedures established by Vinq or the End Client from time to time and provided to Subcontractor in writing.

b.  Qualifications.  Vinq and the End Client reserve the right to review the qualifications of personnel selected by Subcontractor to perform Services pursuant to this Agreement. Subcontractor agrees to remove, at Vinq's or the End Client's request at any time, any person who, in Vinq's or the End Client's reasonable opinion, is unacceptable, uncooperative, not qualified to perform Services, or has performed Services in an unsatisfactory manner.  If Vinq or the End Client so requests, Subcontractor will promptly provide a qualified replacement who is reasonably satisfactory to Vinq and the End Client for any person so removed.

5.  Interim Review.  At each milestone ("Milestone") in the Statement of Work, Vinq is entitled to review the progress of the Project, provide written direction for any revisions that may be desired by Vinq to the Statement of Work, any such revisions being subject to Subcontractor's reasonable approval, and, if appropriate, authorize Subcontractor, in writing, to proceed to the next stage of the Project.  If Vinq notifies Subcontractor that the Services, as of the date of a Milestone, do not conform to the Statement of Work,

Subcontractor shall, at its expense, make any revisions requested by Vinq that are necessary to make the Services conform to the Statement of Work.

6.   Acceptance Testing. Within fifteen (15) days following receipt of the Deliverables for a Project, Vinq and/or the End Client shall conduct acceptance tests in accordance with the specifications set forth in the Statement of Work corresponding to such Deliverables (the "Specifications") and, to the extent applicable, a test plan set forth in the Statement of Work or otherwise mutually agreed to in writing by the parties. The acceptance test period shall be fifteen (15) calendar days. If the Deliverables perform in accordance with the Specifications and the test plan, Vinq shall accept the Deliverables in writing. If the Deliverables fail to so perform, Vinq shall deliver to Subcontractor a notice stating in reasonable detail the respects in which the Deliverables failed to conform and Subcontractor shall exercise its best efforts to correct any errors or omissions and resubmit the Deliverables for acceptance testing. If Vinq fails to provide Subcontractor with such notice within fifteen (15) calendar days after receipt of any Deliverables, Vinq shall be deemed to have accepted such Deliverables. Subcontractor agrees to correct errors or omissions identified by Vinq within thirty (30) calendar days following such notice; provided, however, that if Subcontractor is unable to correct such errors and omissions to the reasonable satisfaction of Vinq, Vinq shall be entitled, at its sole option, to terminate the applicable Statement of Work immediately upon written notice to Subcontractor.

7.   Change Orders. Vinq may, from time to time, request in writing changes in the Services under a Statement of Work. Upon receipt of any such request, Subcontractor shall, as soon as practical but in any event no less than seven (7) calendar days prior to the intended commencement of a proposed change, submit a proposal of changes in cost and schedule of Milestones. Such changes may be authorized by a change order ("Change Order") signed by the parties, and upon execution, Subcontractor shall effect the changes provided in the Change Order. Subcontractor will not begin performance of any additional or modified Services until Vinq has executed and delivered the Change Order. All proposals hereunder shall be provided on a time and materials basis at Subcontractor's then-current hourly rates, unless Vinq should request (and Subcontractor should agree to) an alternative fee structure.

8.   Insurance Coverage. Prior to commencement of any Services under this Agreement, Subcontractor shall provide to Vinq, who shall be entitled to provide a copy to the End Client, certificates of insurance from companies reasonably acceptable to Vinq, evidencing:

   a.   Workers' Compensation — in accordance with the laws of all jurisdictions (state, local, provincial, or federal) which may apply to the Services provided hereunder and/or any applicable premises, including coverage for employers' liability, with limits of not less than:

         $1,000,000    Each Accident
         $1,000,000    Disease Each Employee
         $1,000,000    Disease Policy Limit

   b.   Commercial General Liability — with bodily injury, including personal injury, and property damage limits of not less than:

| $1,000,000 | Per occurrence |
| $1,000,000 | Personal Injury/Advertising Injury |
| $2,000,000 | General Aggregate |
| $2,000,000 | Products/Completed Operations Aggregate |

c. <u>Automobile Liability</u> (applicable only if Subcontractor owns, rents, or leases automobiles) — with a limit of not less than $500,000.00 per accident

Such insurance will include the following hazards and the certificates will so indicate:

(i) <u>Independent Contractors</u> — covering Subcontractor for any Services performed by its subcontractors

(ii) <u>Contractual</u> — covering any indemnity obligations specified in this Agreement

(iii) <u>Products</u> — covering any Deliverables provided under this Agreement

(iv)<u>Completed Operations</u> — covering any Services rendered under this Agreement.

Each such certificate will state that (1) this insurance is primary to other insurance in the event of a covered loss; (2) Vinq will be advised not less than 30 calendar days prior to any change or cancellation; and (3) insurer's rights of subrogation against the End Client and Vinq are waived. Such insurance will be maintained for the duration of this Agreement. "Completed Operations" coverage, when applicable, will be maintained for not less than one year after the end of operations under this Agreement.

The above limits may be shown as a combination of primary and excess umbrella limits.

9. <u>Support</u>. Subcontractor shall exercise commercially reasonable efforts to cooperate with Vinq and/or End Client to facilitate the transfer of ownership registration and the transfer of warranty protection to the End Client for any hardware or software purchased or licensed on behalf of the End Client for purposes of a Project. Subcontractor shall make arrangements with Vinq and/or End Client for the shipment of such hardware and software to such facility or address as the End Client may specify, and for the installation of such hardware and software at such facility and/or on the End Client's systems; provided, however, that unless expressly set forth in a Statement of Work, Subcontractor shall have no obligation to perform such installation on behalf of the End Client.

10. <u>Fee</u>. In consideration of the Services, Vinq shall pay Subcontractor fees ("Fees") for each Project as set forth in the Statement of Work for such Project. Unless otherwise stated in the Statement of Work, Fees shall be paid to Subcontractor on a time and materials basis in accordance with Subcontractor's then-current hourly rates.

-4-

11. Payment Terms.

    a. Turn-Around of Invoices and Payments. "Business Day" means any day except for any Saturday, Sunday, or any U.S. federal holiday. Within five (5) Business Days of receiving an invoice for Subcontractor's Services, Vinq shall send an invoice to the End Client for such Services. Within five (5) Business Days of receiving a payment from the End Client on account of an invoice for Subcontractor's Services, Vinq shall send payment to End Client for such Services. Subcontractor acknowledges and agrees that payment of its invoices depends on the when the End Client pays Vinq, and that Vinq cannot guarantee that the End Client will make payment within any certain time period. Accordingly, if an invoice remains unpaid, Subcontractor shall not assess any interest, carrying charge, or any other penalty on the unpaid balance. Notwithstanding the foregoing, Vinq agrees to exercise commercially reasonable efforts to obtain payment for Subcontractor within thirty (30) calendar days after receipt of each Subcontractor invoice hereunder, and Vinq further agrees that, in the event that any Subcontractor invoice has not been paid within forty five (45) calendar days after receipt by Vinq, and Vinq does not make payment within ten (10) calendar days after receipt of a written notice of delinquency from Subcontractor, Subcontractor shall be entitled to terminate all Statements of Work applicable to such invoice upon written notice to Vinq.

    b. Final Payments. Any balance due from Vinq to Subcontractor at the termination or expiration of this Agreement shall be paid only upon (a) Subcontractor's returning all Vinq or End Client property as provided for herein, and (b) Subcontractor submitting to Vinq such final job status report as Vinq or the End Client may reasonably request. Payment of any outstanding balance shall be made within five (5) Business Days following Subcontractor's compliance with this paragraph.

    c. Tax Exemption. Subcontractor acknowledges that the End Client is a tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code ("Code") and a private foundation described in Section 509(a) of the Code. Consequently, the End Client is not responsible for any federal, state, and local taxes paid on its behalf, and Subcontractor will not bill or charge Vinq or the End Client for said taxes. Subcontractor is responsible for requesting and obtaining all tax exemption numbers as required; provided, however, that Vinq and the End Client shall promptly provide Subcontractor with all such tax exemption and related documentation as Subcontractor may reasonably request.

12. Expenses. In addition to the Fees, Vinq shall reimburse Subcontractor for the reasonable out-of-pocket expenses actually incurred by Subcontractor ("Expenses"), subject to Vinq's then-current expense reimbursement policy. Except as otherwise provided in the Statement of Work, Vinq will not be responsible for postage, telephone, telegram, fax, computer support, photocopying, shipping, courier service, travel, legal, accounting, outside research, or any other costs incurred by Subcontractor. Subcontractor shall not incur travel expenses under this Agreement without Vinq's prior written approval, and Vinq will in no event reimburse Subcontractor for mark-up on any hardware, other goods, or software purchased or licensed by Subcontractor from third parties, or for costs or expenses allocated on a group-basis method of accounting.

13. <u>Confidentiality</u>.

    a. <u>Confidential Information</u>. "Confidential Information" shall mean confidential or other proprietary information that is disclosed by one party (the "Disclosing Party" with respect to such information) to the other party (the "Receiving Party" with respect to such information) under this Agreement, including without limitation, hardware and software designs and code, schematics, drawings, product specification and documentation, business and product plans, forecasts, information about potential customers, customer lists, and other confidential business information. "Confidential Information" also includes any information disclosed by a Disclosing Party to a Receiving Party that is considered to be Confidential Information in a nondisclosure agreement with a third party, including without limitation the End Client, after the Receiving Party is notified of such nondisclosure agreement. Confidential Information shall not include information that: (i) is in the Receiving Party's possession without restrictions of confidentiality prior to receipt from the Disclosing Party, (ii) is or becomes public knowledge other than due to disclosure by the Receiving Party, (iii) became known to the Receiving Party from a source other than the Disclosing Party other than by the breach of an obligation of confidentiality owed to the Disclosing Party; or (iv) is independently developed by the Receiving Party, if such development was accomplished without the use of the Disclosing Party's Confidential Information.

    b. <u>Disclosure and Use of Confidential Information</u>. The Receiving Party shall (i) not disclose, directly or indirectly, to any third party any portion of the Confidential Information it receives from the Disclosing Party without the prior written consent of the Disclosing Party; (ii) not use or exploit the Confidential Information in any way except for the purpose of evaluating and providing Services hereunder and drafting Statements of Work and Change Orders; (iii) promptly return or destroy, at the Disclosing Party's option, all materials and documentation comprising or containing the Confidential Information received from the Disclosing Party within ten (10) days after termination of this Agreement or upon request of the Disclosing Party; (iv) take all reasonably necessary precautions to protect the confidentiality of the Confidential Information received hereunder and exercise at least the same degree of care in safeguarding the Confidential Information as the Receiving Party would with its own confidential information, but in no event less than a reasonable degree of care; (v) disclose Confidential Information to employees only if they have a need to know the Confidential Information; (vi) cause its employees who receive access to Confidential Information to abide by the restrictions and terms of this Agreement; and (vii) promptly advise the Disclosing Party in writing upon learning of any unauthorized use or disclosure of the Confidential Information. All Confidential Information is and shall remain the property of the Disclosing Party or the third party that disclosed the Confidential Information to the Disclosing Party. The Receiving Party shall not reverse engineer, decompile, or disassemble any software disclosed to the Receiving Party.

    c. <u>Injunctive Relief</u>. The Receiving Party acknowledges that breach of this Section 13 shall cause irreparable harm to the Disclosing Party that is inadequately compensable in damages, and acknowledges that the Disclosing Party is entitled to injunctive relief for such breach.

14. Intellectual Property Ownership.

    a. Preexisting Technology. "Preexisting Technology" means the technology owned by a party and/or whose intellectual property rights are held by such party, prior to the Effective Date, together with any and all enhancements, alterations and modifications thereto, and derivative works thereof. Each party acknowledges and agrees that, as between the parties, each party is and shall remain the sole and exclusive owner of all right, title, and interest in and to its own Preexisting Technology and associated intellectual property rights. This Agreement does not affect such ownership. Each party acknowledges that it acquires no rights under this Agreement to the other party's Preexisting Technology, except as may be necessary to such party's performance of this Agreement or Services hereunder, or to the use by such party of any Deliverables.

    b. Exclusive Property Rights of the End Client. All Deliverables produced or created pursuant to this Agreement, whether individually by Subcontractor (or its employees, agents, or its permitted subcontractors), or jointly with one or both of the End Client or Vinq ("Work"), shall belong solely and exclusively to the End Client, which will possess all ownership rights in and to such Work and any intellectual property rights associated therewith, including without limitation, patent, trademark, copyright and trade secret rights. Subcontractor agrees that it shall include and enforce such provisions in all permitted subcontracts to ensure the exclusivity of the End Client's ownership as set forth herein. The End Client, its successors and assigns, shall have the right to obtain and to hold in its own name all patents, copyrights, registrations, and such other intellectual property rights and protection as may be appropriate.

    c. Assignment. To effectuate the foregoing, it is expressly understood and acknowledged that, to the extent applicable, all Work produced hereunder shall be works made for hire under the U.S. copyright laws. In addition, Subcontractor hereby irrevocably transfers, conveys, and assigns in perpetuity to the End Client, its successors, and assigns, any and all rights, title, and interest which Subcontractor may have in or to Work, including, without limitation, rights under copyright, patent and trademark law.

    d. Assistance. Subcontractor agrees to execute applications, assignments, and other documents and to render all other reasonable assistance requested by the End Client, at End Client's expense, to enable it to obtain and enforce domestic and foreign patents, copyrights and other intellectual property rights for the Work.

    e. No License. Except as may be necessary for Subcontractor's performance of this Agreement, no license to Subcontractor under any trademark, patent or copyright, or other intellectual property right which is now or may hereafter be owned by Vinq or the End Client is either granted or implied by this Agreement.

15. Warranty, Disclaimer of Warranties and Limitations of Liability.

    a. Subcontractor's General Warranties. Subcontractor is duly organized and authorized to enter into this Agreement and perform all obligations set forth herein and is not a party to any agreement which would restrict its ability to perform its obligations hereunder.

Subcontractor warrants that it will perform the Services promptly, diligently, in a workmanlike and professional fashion by qualified Subcontractor personnel with suitable training, education, experience and skills to perform the Services. During the term of this Agreement, Subcontractor warrants that the Deliverables, following Acceptance, meet the Specifications. If the Deliverables, following Acceptance but during the term of this Agreement, fail to meet the requirements in the Specifications, Subcontractor shall use commercially reasonable efforts to repair, correct, or replace the Deliverables so that they perform in accordance with the Specifications.

b. <u>Subcontractor's Intellectual Property Warranties</u>. Except to the extent of any Preexisting Technology of Vinq or the End Client that may be incorporated into a Deliverable, Subcontractor warrants that each Deliverable has been originally developed for Vinq and the End Client and was not derived from any copyrighted or property material of any third party. Subcontractor warrants that it has all intellectual property rights necessary to perform the Services and develop and license the Deliverables as provided in this Agreement. Subcontractor warrants that, to Subcontractor's knowledge, the Deliverables will not violate the intellectual property rights of any third party, including trademark, patent, copyright, and trade secrets, or proprietary and non-disclosure rights.

c. <u>Liens</u>. Subject to all applicable provisions of Section 14 above, the End Client shall receive all right, title, and interest in and to the Services furnished hereunder, including the Deliverables, free from all liens, security interests, or other encumbrances.

d. <u>Compliance</u>. No Services performed or goods delivered under this Agreement shall infringe upon or violate any applicable laws, rules, or regulations, and Subcontractor will obtain all permits, licenses, or other certifications required to comply with such laws, rules, or regulations prior to performing such Services or delivering the Deliverables.

e. <u>Limitation of Liability</u>. NEITHER PARTY IS LIABLE TO THE OTHER FOR LOST PROFITS, LOST DATA, OR SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

f. <u>Infringement</u>. Should any Deliverable or the results of any Services become, or in the opinion of Subcontractor be likely to become, the subject of an infringement or misappropriation claim or proceeding, Subcontractor shall, at its option: (i) procure, at no cost to Vinq, the right to continue to use the Deliverable or other item which is the subject of the claim (ii) replace or modify the Deliverable or other item, or part thereof, subject to such claim with a substitute product of at least comparable functionality, at no cost to Vinq, or (iii) if neither of the forgoing alternatives are feasible, as determined by Subcontractor in its sole discretion, remove the Deliverable or component thereof that is the subject of the claim, and refund to Vinq those fees applicable to the removed Deliverable or component thereof. This paragraph states Subcontractor's sole obligation (and the sole remedy of Vinq and the End Client) for any claim of infringement asserted against Vinq or the End Client that related to any Deliverable or other product developed and delivered by Subcontractor hereunder. In addition, the terms of this paragraph shall not apply, and Subcontractor shall not have any liability for, any claim that is based on

-8-

(1) use or combination of any Deliverable with a product not provided or authorized by Subcontractor, if infringement would not have occurred without the combination; (2) use of any Deliverable more than ten (10) days after Vinq or the End Client receives notice from a third party alleging infringement, unless prompt written notice is given to Subcontractor, in which case Subcontractor shall perform any obligations it may have under Section 5; (3) Vinq, End Client or third-party modifications made to Deliverables without Subcontractor's prior written approval; or, (4) any Deliverable, or any portion thereof which has been misused, improperly installed, improperly repaired, altered, or damaged by Vinq or the End Client or by any third party.

5. <u>Indemnity</u>. Each party (an "Indemnifying Party") shall indemnify, hold harmless, and defend the other party, its affiliates, and any of their respective officers, directors, members, employees, and agents (each of whom is referred to as an "Indemnified Party") against all third-party claims, demands, suits, losses, damages, liability costs, actions, judgments, and expenses (including reasonable attorney's fees) arising from or in connection with:

a. The Indemnifying Party's breach of any provision of this Agreement;

b. Any injuries to persons (including death) or property caused by the acts or omissions of the Indemnifying Party, its employees, agents, or subcontractors;

c. The Indemnifying Party's breach, unauthorized disclosure, or unauthorized use of any Confidential Information, trademarks, copyrights, or patent rights of the Indemnified Party, or any third party;

d. any and all claims by third parties against the Indemnified Party, or any of their respective its officers, directors, employees, or agents that the Indemnified Party, or any of its officers, directors, employees, or agents, have breached the proprietary rights, trademarks, copyrights, or patent rights of any third party as a direct result of the Indemnifying Party's performance hereunder; and

e. any negligent or intentional acts or omissions of the Indemnifying Party that give rise to claims alleging libelous or slanderous material or material that constitutes invasion of the privacy of any third person.

The Indemnified Party may, at its option, conduct the defense in any third party action arising as described above, and the Indemnifying Party shall cooperate fully with such defense. For purposes of this Section 5, the definition of "Indemnified Party," as applied to Vinq, shall be deemed to include the End Client and its officers, directors, employees, and agents.

An Indemnified Party seeking indemnification under this Section 5 agrees to provide the Indemnifying Party with: (i) prompt notice of any claim for which indemnification is being sought; (ii) the right to control and direct the investigation, defense, resolution and settlement of such claim; and (iii) reasonable cooperation upon the Indemnifying Party's reasonable request at no cost to the indemnified party.

16. <u>Termination</u>.

a. <u>When this Agreement Terminates</u>.  This Agreement shall continue in force until the earlier of (a) the parties' agreement in writing that all Deliverables under all outstanding Statements of Work are complete, (b) thirty (30) days after the completion of all Services in all outstanding Statements of Work, provided that the parties are not then negotiating the terms of a new Statement of Work, or (c) the expiration or termination of the Prime Contract, provided that Vinq agrees to inform Subcontractor of the anticipated termination date of the Prime Contract, or to provide Subcontractor with prompt notice of its expiration or early termination.  Vinq may terminate this Agreement for convenience upon seven (7) days written notice; provided, however, that in exercising such termination right, Vinq agrees to pay Subcontractor for all Services rendered through the effective date of termination.  Either party may terminate this Agreement upon thirty (30) days' written notice to the other party in the event that the other party materially breaches, defaults, or fails to comply with any term or provision of this Agreement, provided that the other party fails to cure the same within such thirty (30) day period.  Vinq may terminate this Agreement if Subcontractor is adjudged insolvent or bankrupt; is the subject of a bankruptcy petition or other proceedings by or against Subcontractor seeking relief, reorganization, or arrangement under the laws relating to insolvency, or upon Subcontractor's liquidation, dissolution, or winding up of its business, whether voluntarily or not.

b. <u>Effect of Termination</u>.  The provisions of Sections 1, 13, 14, 15(e), 15(f), 16, 17(b), 18, 19, 20, 21, and 22 shall survive the expiration or termination of this Agreement.  Upon early termination of this Agreement for any reason, Vinq shall pay Subcontractor for, and only for, Services performed up to the effective date of termination in accordance with the applicable Statement of Work.

17. <u>No Solicitation or Employment of Personnel</u>.  During the term of this Agreement and for a period of six (6) months after its expiration or termination, neither party nor any of its employees, agents, or subcontractors will, without the other party's prior written consent, directly or indirectly (a) solicit any employee of such other party to seek employment or other contractual arrangements with such party or any of such party's employees, agents, or subcontractors or (b) employ or otherwise engage the services of any employee of such other party.  The foregoing restrictions shall not prevent either party from placing general employment solicitation in any generally circulated periodical, or from hiring any candidates who may respond to such solicitation.

18. <u>Use of Name</u>.  Except with the End Client's express written permission, Subcontractor shall not publish, cause to have published, or use the End Client's name or any information about its relationship with the End Client, including but not limited to, the inclusion of End Client's name in reference lists or for advertising and other promotional purposes.

19. <u>Examination of Books and Records</u>.  During the term of this Agreement and for a period of one (1) year thereafter, Vinq and the End Client shall have the right to examine Subcontractor's books, records, and other documentation relating to the account relating to the Services performed hereunder.  Subcontractor shall make such information available to Vinq or the End Client during normal business hours upon five (5) Business Days prior written notice to Subcontractor.

20. Notices. All notices and communications required or permitted under this Agreement shall be in writing and sent to the postal address, e-mail address, or facsimile set forth on the signature pages hereto (which may be changed by a party by notice to the other party). Notices via e-mail shall not be effective unless receipt is acknowledged by the other party via a return e-mail or return receipt. Notices shall be deemed to be given (a) on the date of service if served by e-mail or facsimile, (b) on the third business day after mailing if mailed by certified or registered mail, postage prepaid and properly addressed, or (c) on the immediately following business day if sent overnight by a nationally-known courier service.

21. Miscellaneous. This Agreement, the Prime Contract (when available and only to the extent applicable), the Statements of Work, Change Orders (if any), and the documents incorporated by reference in this writing constitute the entire agreement and understanding between the parties and supersede all prior agreements, whether oral or written, between the parties with respect to the subject matter of this Agreement. No amendment, modification, or waiver of any provision of this Agreement shall be effective unless the same shall be in writing and signed by an authorized representative of each party. The failure of a party at any time to require performance of any obligation of the other party shall not affect its right to enforce any provision of this Agreement at a later time, and the waiver of any rights arising out of any breach shall not be construed as a waiver of any rights arising out of any prior or subsequent breach. Neither party may assign this Agreement, delegate the duties hereunder, or subcontract for the performance of obligations hereunder without the prior written consent of the other party, except that Subcontractor shall be entitled to engage independent contractors in connection with Subcontractor's performance of this Agreement, subject to all and the terms and conditions hereof. Subject to the foregoing, this Agreement shall be binding upon, and inure to the benefit of, the parties and their permitted successors or assigns. The unenforceability of any provision or provisions of this Agreement shall not render unenforceable or impair its remainder. If any provision of this Agreement is deemed invalid or unenforceable in whole or in part, this Agreement shall be deemed amended to delete or modify, as necessary, the offending provision to render it valid, enforceable, and, insofar as possible, consistent with the original intent of the parties. The headings in this Agreement are solely for the convenience of reference and shall not be given any effect in the construction or interpretation of this Agreement. This Agreement may be executed in any number of counterparts, each of which shall be an original as against any party whose signature appears thereon and all of which together shall constitute one and the same instrument. This Agreement shall be governed by the internal laws of the State of California exclusive of its conflicts-of-law principles. All disputes relating to or arising out of this Agreement shall be resolved in a state or federal court located in Santa Clara County, California, and the parties consent to the jurisdiction of such courts.

IN WITNESS WHEREOF, the parties have entered into this Agreement as of the day and year first above written.

VINQ, LLC

SUBCONTRACTOR:
Metonymy, Inc., d/b/a place base

By: _Mark Torrance_

Name: Mark Torrance
Title: Principal
Address: 2025 Park Royal Drive
San Jose, California 95125-4649
Voice: (408) 265-9239
Fax: (408) 516-9479
E-Mail: mark@vinq.com

By: _Jaron W_

Name: Jaron Waldman
Title: President
Address: 8559 Higuera St. Suite B
Culver City, California 90232
Voice: (310) 836-3886
Fax: (310) 836-3556
E-Mail: jwaldman@place-base.com

STATEMENT OF WORK NO. 1

This STATEMENT OF WORK NO. 1 ("Statement of Work") is incorporated by reference and made a part of the Professional Services Subcontract Agreement ("Agreement") dated August ____, 2004 between Vinq, LLC ("Vinq") and Metonymy, Inc. d/b/a place base ("Subcontractor"). This Statement of Work is effective as of the following date: _____ ("Effective Date"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

## SCOPE OF SERVICES

Subcontractor shall contribute to the design, development, implementation, maintainance, and integration of Web applications and user interfaces for the KnowledgePlex® Community Data System (CDS). CDS is a web-based central clearinghouse that maintains a variety of housing and demographic data from multiple sources and provides multiple means of accessing, displaying, and downloading data at geographic scales ranging from the neighborhood to the nation.

More specifically, Subcontractor shall work with Vinq to perform the following Services:

- Design, develop, implement, maintain, and integrate web applications and user interfaces for the CDS.
- Produce and maintain a CDS administrative interface that will allow non-technical administrative staff to control certain site features, add content, and monitor site usage statistics and user feedback provided through the CDS site.
- Produce and maintain a web-based tool for entering, editing, and outputting metadata that is integrated with the CDS administrative interface.
- Integrate metadata, user guides, and analytic briefs with the CDS user interface.
- Prepare functional specifications, technical specifications, screen mockups or prototypes, and database schema.
- Conduct unit and integration tests for site components.
- Develop and implement a security and digital rights access plan for the CDS that prevents massive spidering and other unauthorized acquisition of the CDS site data.

### Meetings and Reporting

- In conjunction with other vendors, develop and submit to an End Client representative identified in writing by Vinq (the "Authorized Foundation Representative") a consolidated project work plan at the end of each quarter unless the parties mutually agree to a different date for submittal. The work plan shall set forth a reasonably detailed schedule of the Services to be performed, deliverables, key project dependencies, and decision points for each project phase. Subcontractor shall revise such work plans as needed.

- Attend status meetings, as requested by Vinq, with Vinq project managers, the End Client's project managers, and work with Vinq to prepare Vinq's submission to the Authorized Foundation Representative weekly status reports containing the following information:

-1-

    a. major work performed,
    b. major tasks accomplished,
    c. issues encountered,
    d. expected tasks for the following week,
    e. significant risks that have emerged during the week, and
    f. risk mitigation plans.

- Consult and meet with any third-party vendors who may also be involved with the Project, as reasonably requested by Vinq, on various tasks related to the CDS, database design, data display design, metadata design, and user feedback and testing.

## NOTIFICATIONS
Subcontractor shall promptly notify the Authorized Foundation Representative upon the occurrence of (a) impending deadlines and tasks that require End Client action and (b) resource needs, schedule modifications, and budgetary issues.

## MATERIAL CHANGES
Subcontractor shall prepare and submit to the Authorized Foundation Representative a Work Breakdown Schedule (WBS) describing any material change to this Agreement. The WBS shall be approved by both parties. The WBS shall contain the following information:

    a. a description of events, issues, or problems that have altered or will alter the original schedule and Services as set forth in this Statement of Work, and
    b. detailed schedules for the performance of the new or modified service.

Subcontractor shall submit the WBS on the dates and times mutually agreed upon by the parties or, if the parties do not agree on specific dates or times, at the beginning of each calendar quarter during the term of this Statement of Work.

## DELIVERABLES TO VINQ:
Subcontractor shall work with Vinq to prepare the following Deliverables on or before the following prescribed dates:

| Description of Deliverable | Due Date |
| --- | --- |
| Project kickoff meeting in Washington, D.C. | July 16, 2004 |
| Present initial results of evaluating ESRI ARC IMS vs. Mapserver for GIS engine | July 16, 2004 |
| Project work plan. | August 1, 2004 |
| CDS Version 1.0 (a): Proposed database schema | August 8, 2004 |
| CDS Version 1.0 (b): Draft functional and technical specifications for version 1.0 | August 30, 2004 |
| CDS Version 1.0 (c): Beta of Version 1.0 ready for public testing | November 30, 2004 |
| CDS Version 1.0 (d): Program/system code, | November 30, 2004 |

-2-

| | |
|---|---|
| and technical manuals/guides for site administrators | |
| **CDS Version 1.0 (e):** In-person training session at Fannie Mae Foundation | November 30, 2004 |
| **CDS Version 1.1 (a):** Updated project work plan | December 10, 2004 |
| **CDS Version 1.1 (b):** Functional and technical specifications | January 31, 2005 |
| **CDS Version 1.1 (c):** Version 1.1 ready for public release | April 11, 2005 |
| **CDS Version 1.1 (d):** Updates to program/system code, and technical manuals/guides for site administrators | April 11, 2005 |
| **CDS Version 1.1 (e):** Online/telephonic training session | April 25, 2005 |
| **CDS Version 1.1 (f):** Classroom training materials | April 25, 2005 |
| **CDS Version 1.2 (a):** Updated project work plan | May 2, 2005 |
| **CDS Version 1.2 (b):** Functional and technical specifications | May 16, 2005 |
| **CDS Version 1.2 (c):** Version 1.2 ready for public release | August 8, 2005 |
| **CDS Version 1.2 (d):** Updates to classroom training material, program/system code, and technical manuals/guides for site administrators | August 8, 2005 |
| **CDS Version 1.2 (e):** Online/telephonic training session | August 22, 2005 |
| **CDS Version 1.3 (a):** Updated project work plan | August 29, 2005 |
| **CDS Version 1.3 (b):** Functional and technical specifications | September 16, 2005 |
| **CDS Version 1.3 (c):** Version 1.3 ready for public release | December 5, 2005 |
| **CDS Version 1.3 (d):** Updates to classroom training material, program/system code, and technical manuals/guides for site administrators | December 5, 2005 |
| **CDS Version 1.3 (e):** Online/telephonic training session | December 16, 2005 |
| **Process documentation.** Process documentation covering updates to work plan, project decisions, management documents such as status reports and meeting minutes, and implementation documents and plans outlining | Ongoing. |

| the business processes, roles, responsibilities, and maintenance procedures associated with the solution | |
|---|---|

## LOCATION
Subcontractor shall perform work at Subcontractor's offices in California.

## COMPENSATION
Upon the Vinq's approval of monthly invoices, Vinq shall pay Subcontractor at the rate of **$105** per hour, *provided however*, that the total amount paid shall not exceed **$415,000** (including payment for reimbursable expenses) for Services rendered during 7/16/2004 through 6/30/2006. Each such invoice shall specify Services rendered, the number of hours worked, and reimbursable expenses.    Invoice descriptions of Services provided shall reference the descriptions of Services included in the "Scope of Services" section of this Statement of Work.

*The schedule of compensation shall be as follows:*

### 2004
For Services rendered during 7/16/2004 through 12/31/2004, Vinq shall pay Subcontractor at a rate of **$105.00** per hour for work performed by each individual programmer, *provided, however,* that the total amount paid shall not exceed **$220,000** (including payment for reimbursable expenses) for Services rendered during such period.

### 2005
For Services rendered during 1/1/2005 through 12/31/2005, Vinq shall pay Subcontractor at a rate of **$105.00** per hour for work performed by each individual programmer, *provided, however,* that the total amount paid shall not exceed **$185,000** (including payment for reimbursable expenses) for Services rendered during such period.

### 2006
For Services rendered during 1/1/2006 through 6/30/2006, Vinq shall pay Subcontractor at a rate of **$105.00** per hour, *provided, however,* that the total amount paid shall not exceed **$10,000** (including payment for reimbursable expenses) for Services rendered during such period.

## REIMBURSABLE EXPENSES:
Subject to the foregoing limitations on the total amount to be paid each year and Section 12 of the Agreement, Vinq shall pay Subcontractor for reasonable out-of-pocket expenses approved by Vinq or the Authorized Foundation Representative.    Before submitting an invoice for reimbursable expenses, Subcontractor shall obtain approval from Vinq or from the Authorized Foundation Representative.

ACCEPTED AND AGREED TO:

VINQ, LLC

SUBCONTRACTOR:
Metonymy, Inc., d/b/a place base

By: _Mark C. Torrance_
Name:  Mark Torrance
Title: Principal
Address:  2025 Park Royal Drive
San Jose, California 95125-4649
Voice: (408) 265-9239
Fax: (408) 516-9479
E-Mail: mark@vinq.com

By: _Jaron Wal_
Name:  Jaron Waldman
Title: President
Address:  8559 Higuera St. Suite B
Culver City, California 90232
Voice: (310) 836-3886
Fax: (310) 836-3556
E-Mail: jwaldman@place-base.com

# EXHIBIT 1(A)

# ANNIE MAE FOUNDATION
## PROFESSIONAL SERVICES AGREEMENT

**THIS PROFESSIONAL SERVICES AGREEMENT ("Agreement"), dated as of Thursday, July 15, 2004 ("Effective Date"), is entered into by and between:**

**FANNIE MAE FOUNDATION**            and            **VINQ, LLC**
4000 Wisconsin Avenue, N.W.                                2025 Park Royal Dr.
North Tower, Suite One                                          San Jose, CA 95125
Washington, DC 20016-2804

Attn:  Stacey D. Stewart,                                      Attn:  Mark Torrance
President & Chief Executive Officer                        Principal

(hereinafter "Foundation")                                   (hereinafter "Contractor")

WHEREAS, Foundation desires to retain Contractor's professional services to enhance the Foundation's KnowledgePlex® web site ("Site"), and integrate new technology with the existing configuration of the Site;

WHEREAS, the parties desire that the Contractor perform professional services for Foundation, subject to the terms and conditions of this Agreement;

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, agree as follows:

## 1. PURPOSE OF AGREEMENT

Foundation's payments to Contractor pursuant to this Agreement are only for the Services described in Section 2 and ADDENDUM A hereto. No portion of any such payment is for the purpose of (a) carrying on propaganda, or otherwise attempting to influence legislation (within the meaning of section 4945(d)(1) of the Internal Revenue Code, as amended ("Code")); (b) influencing the outcome of any specific public election, or carrying on, directly or indirectly, any voter registration drive (within the meaning of section 4945(d)(2) of the Code); or (c) making a "taxable expenditure" described in section 4945(d)(3) of the Code.

In addition, no portion of any Foundation payment to Contractor under this Agreement shall be used (i) for payment of any kind to the Fannie Mae Corporation or (ii) in any other manner to promote the products, services, or other business interests of the Fannie Mae Corporation.

Contract No.:  20040516
20050517
20060518

## 2.    SERVICES AND DELIVERABLES

(a)    <u>Services and Deliverables</u>.  Contractor agrees to provide all labor, materials, expertise, and supplies necessary to perform services for Foundation, which may include, without limitation, support, consulting, and other professional and technical services ("Services"), beginning as of the Effective Date hereof, as set forth herein and detailed in ADDENDUM A attached hereto.

(b)    <u>Performance and Professional Quality</u>.  Contractor shall furnish and complete all Services hereunder promptly, diligently, in accordance with the highest professional standards, and to Foundation's reasonable satisfaction. Contractor shall use commercially reasonable efforts in the timely performance of all its obligations under this Agreement.

(c)    <u>Management</u>. Contractor shall be responsible for the management of its personnel in the performance of Services, the integrity and quality of all Services, and periodic reporting to Foundation, as required, on the status of Services.  Contractor shall ensure that its employees, servants, and agents abide by all reasonable directives issued by Foundation, including, without limitation, all on-site rules of behavior, work schedules, security procedures, and other standards and procedures established by Foundation from time to time.

(d)    <u>Foundation's Obligations</u>.  The Foundation shall perform all tasks assigned to it set forth in this Agreement or Addendum A, and to provide all reasonable assistance and cooperation to Contractor in order to complete the Work (as defined below) in a timely and efficient manner. Contractor shall not be deemed in breach of this Agreement in the event Contractor's failure to meet its responsibilities and time schedules is caused by the Foundation's failure to meet (or delay in) its responsibilities and time schedules set forth in this Agreement or Addendum A.

## 3.    QUALIFICATIONS OF PERSONNEL; SUBCONTRACTING

(a)    <u>Qualifications</u>. Foundation reserves the right to review the qualifications of personnel selected by Contractor to perform Services pursuant to this Agreement.  Contractor agrees to remove, at Foundation's request at any time, any person who, in Foundation's reasonable opinion, is unacceptable, uncooperative, not qualified to perform Services, or has performed Services in an unsatisfactory manner.  If Foundation so requests, Contractor will, within thirty (30) days, provide a reasonably qualified replacement satisfactory to Foundation, in its reasonable discretion, for any person so removed.  Foundation's approval of such replacement shall not be unreasonably withheld or delayed.

(b)    <u>Subcontracting</u>.  The unique abilities, knowledge, and skills of Contractor and its employees constitute material consideration for this Agreement.  Contractor agrees that it shall not

2

Contract No.:    20040516
20050517
20060518

employ any agent or subcontractor in connection with the performance of Services without the prior written consent of Foundation, which may be withheld for any reason, provided that the Foundation shall not unreasonably withhold or delay such consent. Contractor shall provide Foundation with evidence of any said agent's or subcontractor's compliance with the provisions of this Agreement (including, but not limited to, the sections on "Rights of Title," "Confidential and Proprietary Information," "Warranties," and "Liability Insurance") prior to the disclosure of Confidential Information to, or the performance by, any such agent or subcontractor in connection with or pursuant to this Agreement. The Foundation hereby grants written permission for Contractor to use Metonymy, Inc. based in Los Angeles, CA as a subcontractor due to their participation as part of the proposed team and expertise in community statistical systems and GIS software.

(c)    Background Checks. Contractor shall perform, and provide to the Foundation the results of, a Criminal Background Check on each of its employees who will have access to Foundation facilities for more than five consecutive days. Each such Background Check shall (i) extend to all counties in which the Contractor's employee has resided at any time during the past 10 years and (ii) cover 10 years for felony convictions and three years for misdemeanor convictions in each such county. The Foundation shall provide Contractor a form by which Contract shall record the information required by the foregoing sentence.

4.    **COMPENSATION AND INVOICING**

(a)    Compensation

(i)    Foundation shall pay Contractor for Services rendered hereunder as provided in ADDENDUM A hereto. Based on the nature and scope of Services described in ADDENDUM A, Foundation shall compensate Contractor in an amount not to exceed **$490,063.**$^{00}$ during the initial term hereof for Services rendered.

(ii)    Except as otherwise provided herein, Foundation will not be responsible for postage, telephone, telegram, fax, computer support, photocopying, shipping, courier service, travel, legal, accounting, outside research, or any other costs incurred by Contractor. Reimbursement of Contractor expenses will be made only for those reasonable out-of-pocket expenses that have been approved at the reasonable discretion of the Authorized Foundation Representative. Such approval shall not be unreasonably withheld or delayed. Foundation will in no event reimburse Contractor for mark-up on any goods or services purchased by Contractor from third parties, or for costs or expenses allocated on a group-basis method of accounting. Notwithstanding the foregoing, the parties may from time to time negotiate for labor services to be performed by subcontractors and in such instances, Contractor shall provide such labor as Services to the Foundation at such negotiated rate and, if Contractor is able to obtain such labor at a lower cost than the negotiated rate, Contractor

3

Contract No.:  20040516
20050517
20060518

shall be entitled to retain the difference between Contractor's actual out-of-pocket cost for such services and the negotiated rate.

(b)  Invoices. Invoices shall be payable by Foundation within thirty (30) days after receipt of Contractor's invoice and all required supporting documentation (the "Payment Period"). Contractor shall be paid upon Foundation's determination that each such invoice is proper and complete and that all Services and deliverables, if any, specified therein have been received and accepted. Foundation shall promptly notify Contractor of any deficiencies in the invoice, Services, or deliverables that Foundation claims. All invoices must be addressed and sent to:

> Fannie Mae Foundation
> 4000 Wisconsin Avenue, N.W.
> North Tower, Suite One
> Washington, DC 20016-2804,
> Attention: Accounts Payable

To ensure prompt payment, each of Contractor's invoices must specify:

- Contractor's name and address
- Contract Number 20040516, 20050517, and 20060518
- a full description of the Services provided and invoiced, including sufficient detail to allow Foundation to determine that each such Service has been properly performed
- any applicable charges
- the legend "SALE TO NON-PROFIT FOUNDATION"
- confirmation that any amount invoiced includes pass through of all discounts received from third parties.

Payments not made within the Payment Period shall be subject to late charges equal to the lesser of (a) one and one-half percent (1.5%) per month of the overdue amount, or (b) the maximum amount permitted under applicable law. Contractor shall be entitled to suspend the performance of Services if payment is not made within the Payment Period, upon seven (7) days' written notice, until the amounts due and owing are paid in full.

(c)  Proposed Additional Work. Any proposed work not specified and priced in ADDENDUM A must be separately approved in advance and in writing by the Authorized Foundation Representative identified in Section 5(a) below. Contractors proposed price estimate for any such work shall be submitted to Foundation for approval at least five (5) days prior to intended commencement of any such proposed work; approval of any such estimate shall be given only in writing by the Contract Administrator, designated below.

4

Contract No.:  20040516
20050517
20060518

    (d)    <u>Final Payment</u>. Any balance due from Foundation to Contractor at the termination or expiration of this Agreement shall be paid only upon (i) Contractor's returning all Foundation property as provided for herein and (ii) Contractor's submitting to Foundation such final job status report as Foundation may reasonably request.

## 5.    CONTRACT ADMINISTRATION

    (a)    All work performed by Contractor under this Agreement shall be under the technical direction of **Troy Anderson, Director, Knowledge Initiatives & KnowledgePlex** (202-274-1078) ("Authorized Foundation Representative").

    (b)    Communications pertaining to contractual administrative matters shall be directed to **Derek Smith, Senior Manager, Administration and Operations** (202-274-8022) ("Contract Administrator"). All Contractor correspondence pertaining to contractual administrative matters shall be addressed to the Contracts Administrator. No changes in or deviations from this Agreement shall be effective without the Contract Administrator's prior written approval.

## 6.    RIGHTS OF TITLE

    (a)    <u>Exclusive Property Rights of Foundation</u>. All work produced or created pursuant to this Agreement, whether individually by Contractor (or its employees, agents, or subcontractors), or by Foundation, or jointly ("Work"), shall belong solely and exclusively to Foundation, which will possess all ownership rights in and to such Work and any Intellectual Property Rights associated therewith, including without limitation, patent, trademark, copyright and trade secret rights. Contractor agrees that it shall include and enforce such provisions in all subcontracts to ensure the exclusivity of Foundation ownership as set forth herein. Foundation, its successors and assigns, shall have the right to obtain and to hold in its own name all patents, copyrights, registrations, and such other Intellectual Property Rights and protection as may be appropriate.

    (c)    <u>Assignment</u>. To effectuate the foregoing, it is expressly understood and acknowledged that all Work produced hereunder shall be works made for hire under the U.S. copyright laws. In addition, Contractor hereby irrevocably transfers, conveys, and assigns in perpetuity to Foundation, its successors, and assigns, any and all rights, title, and interest which Contractor may have in or to Work, including, without limitation, rights under copyright, patent and trademark law.

    (d)    <u>Assistance</u>. Contractor agrees to execute applications, assignments, and other documents and to render all other reasonable assistance requested by Foundation, at Foundation's

5

Contract No.:    20040516
                 20050517
                 20060518

expense, to enable it to obtain and enforce domestic and foreign patents, copyrights and other Intellectual Property Rights for the Work. These obligations to assist and execute shall survive termination of this Agreement.

(e)    <u>No License</u>.  No license to Contractor under any trademark, patent or copyright, or other intellectual property right which is now or may hereafter be owned by Foundation is either granted or implied by this Agreement; provided, however, that during the term of this Agreement, Contractor shall have a royalty-free, nonexclusive license to use, reproduce, modify, distribute, and perform any software, photographs, illustrations, graphics, audio clips, video clips, text, data, or any other information, content, display, or material (whether written, graphic, sound, or otherwise) provided by the Foundation to Contractor (collectively, "Foundation Content") to the extent necessary for Contractor to provide the Services under this Agreement.

(f)    <u>Third Party Code</u>.  The parties acknowledge that some of the software used to operate the Work will be licensed open source software, including, but not limited to, Apache, Perl, PHP, Mason, and Linux (collectively, "Third Party Code"), and that the Third Party Code is subject to a variety of open source licenses.  Contractor shall provide notice of any terms, conditions, or other notices required by such licenses ("Third Party Terms") to the Foundation, and the Foundation agrees that this Agreement is subject to Third Party Terms, which shall be incorporated by reference herein as if fully set forth.  To the extent not covered in the Third Party Terms, Contractor hereby grants the Foundation a worldwide, royalty-free, nonexclusive, transferable, and perpetual right and license to use, reproduce, modify, distribute, and perform the Third Party Code, subject to any restrictions in the Third Party Terms.

## 7.    CONFIDENTIAL AND PROPRIETARY INFORMATION

(a)    <u>Non-Disclosure and Limitation of Use of Confidential and Proprietary Information</u>.  Each party (the "Receiving Party") agrees (i) not to use, copy or disclose, directly or indirectly, to any party any confidential or proprietary information of the other party (the "Disclosing Party") or any affiliate thereof (including confidential or proprietary information received by the Disclosing Party or any affiliate from any third party) ("Confidential Information") without the prior written consent of a duly authorized representative of the Disclosing Party (which, in the case of the Foundation, is its General Counsel), (ii) to use Confidential Information solely for the purpose of performing this Agreement, and (iii) to take all necessary and reasonable action by instruction, agreement, or otherwise with its employees, agents, and subcontractors to satisfy its obligations under this Agreement with respect to confidentiality, non-disclosure, and limitation of use of all such Confidential Information.

6

Contract No.:   20040516
                20050517
                20060518

(b)     Ownership of Confidential Information.  Each Receiving Party agrees (i) that all Confidential Information of the Disclosing Party is and shall remain the property solely of the Disclosing Party, and/or its affiliate or third parties that have provided Confidential Information to the Disclosing Party , and (ii) to deliver to the Disclosing Party, upon the earlier of the Disclosing Party's request or termination of this Agreement, all Confidential Information and any other Disclosing Party property then in its possession or control, directly or indirectly, in whatever form it may be.

(c)     Exceptions.  Except as specifically provided herein, the Receiving Party shall not have any obligation with respect to any Confidential Information or any portion thereof which the Receiving Party can establish: (i) is or becomes publicly available through no wrongful act of the Receiving Party; (ii) was lawfully obtained by the Receiving Party from a third party without any obligation to maintain said Confidential Information as proprietary or confidential; (iii) was previously known to the Receiving Party without any obligation to keep it confidential; or (iv) was independently developed by the Receiving Party.

## 8.     WARRANTIES

Contractor hereby represents and warrants to Foundation as follows:

(a)     Authorization.  Contractor is duly organized and authorized to enter into this Agreement and perform all obligations set forth herein and is not a party to any agreement which would restrict its ability to perform its obligations hereunder.

(b)     Personnel.  All Services to be provided under this Agreement shall be performed in a timely and professional manner by reasonably qualified Contractor employees, agents, and/or approved subcontractors with reasonably suitable training, education, experience, and skill to perform the Services.

(c)     Originality.  Except for Third Party Code incorporated into the Work described in Section 6(f) above, each deliverable furnished by Contractor hereunder shall be originally developed for Foundation and shall not be derived from any copyrighted or proprietary material, or otherwise subject to or infringing upon, any proprietary interest or work of any third party.

(d)     Liens.  Foundation shall receive all rights, title, and interest in and to the Services furnished hereunder, including any deliverables relating thereto, free from all liens, security interests, and other encumbrances.

7

Contract No.:  20040516
20050517
20060518

(e)    <u>Compliance</u>.  No Services performed or goods delivered under this Agreement shall infringe upon or violate any applicable laws, rules, or regulations, and Contractor will obtain all permits, licenses, or other certifications required to comply with such laws, rules, or regulations prior to performing such Services or delivering such goods.

(f)    <u>Products</u>.  Any rights, title, or interest in or to the Work do not and will not violate or infringe upon third-party Intellectual Property Rights, including trademark, patent, copyright, and trade secret rights, or proprietary and non-disclosure rights.

(g)    <u>Third Party Project Vendors</u>.  "Third Party Project Vendors" shall mean Urban Institute, BCT Partners, and any other entity, exclusive of Contractor's subcontractors, that Foundation requests Contractor to collaborate with in connection with the performance of this Agreement."

(h)    <u>DISCLAIMER</u>. EXCEPT FOR THE WARRANTIES SPECIFICALLY STATED IN THIS SECTION 8, CONTRACTOR HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CONTRACTOR MAKES NO WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, WITH REGARD TO ANY THIRD PARTY PRODUCTS, THE PRODUCTS OR SERVICES OF THIRD PARTY PROJECT VENDORS, THIRD PARTY CONTENT, OR SOFTWARE OBTAINED FROM THIRD PARTIES.  CONTRACTOR DISCLAIMS ANY AND ALL LIABILITY FOR, FAILURES CAUSED BY THIRD PARTY HARDWARE OR SOFTWARE (INCLUDING THE FOUNDATION'S OWN SYSTEMS), MISUSE OF THE SITE, OR THE NEGLIGENCE OR WILLFUL MISCONDUCT OF THE FOUNDATION.

## 9.    LIMITATION OF LIABILITY

NEITHER PARTY HERETO SHALL BE LIABLE FOR LOSS OF PROFITS, LOST DATA, OR INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED, ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, TORT, OR OTHERWISE, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  EXCEPT AS SET FORTH IN SECTION 10, CONTRACTOR'S LIABILITY ARISING OUT OF THIS AGREEMENT, PROVIDING SERVICES, OR PROVIDING THIRD PARTY SERVICES, HARDWARE, OR SOFTWARE WILL BE LIMITED, AT ANY GIVEN TIME, TO THE TOTAL AMOUNTS PAID OR DUE TO CONTRACTOR UNDER THIS AGREEMENT UP UNTIL SUCH TIME.

8

Contract No.:   20040516
20050517
20060518

## 10.   INDEMNIFICATION

10.1    Contractor agrees to indemnify, hold harmless, and defend Foundation, its officers, directors, employees, and agents (each of whom is referred to as a "Foundation Indemnified Party") against all claims, demands, suits, losses, damages, liability costs, actions, judgments, and expenses (including reasonable attorney's fees) arising from or in connection with:

(a)    Contractor's breach of any provision of this Agreement;

(b)    any injuries to persons (including death) or property caused by the acts or omissions of Contractor, its employees, agents, or subcontractors;

(c)    Contractor's breach, unauthorized disclosure, or unauthorized use of any Confidential Information, trademarks, copyrights, or patent rights of Foundation or any third party;

(d)    any and all claims by third parties against a Foundation Indemnified Party alleging that a Foundation Indemnified Party has breached the Intellectual Property Rights of any third party in connection with Contractor's performance hereunder; and

(e)    any and all claims arising out of the acts or omissions of Contractor alleging libelous or slanderous material or material that constitutes invasion of the privacy of any third person.

10.2    The Foundation agrees to indemnify, hold harmless, and defend Contractor, its officers, members, employees, and agents (each of whom is referred to as a "Contractor Indemnified Party") against all claims, demands, suits, losses, damages, liability costs, actions, judgments, and expenses (including reasonable attorney's fees) arising from or in connection with:

(a)    The Foundation's breach of any provision of this Agreement;

(b)    any injuries to persons (including death) or property caused by the acts or omissions of the Foundation, its employees, agents, or subcontractors;

(c)    The Foundation's breach, unauthorized disclosure, or unauthorized use of any Confidential Information, trademarks, copyrights, or patent rights of Contractor or any third party;

(d)    any and all claims by third parties against a Contractor Indemnified Party alleging that a Contractor Indemnified Party has breached the Intellectual Property Rights of

9

Contract No.:   20040516
                20050517
                20060518

any third party in connection with the Foundation's performance hereunder, including without limitation the Foundation's providing the Foundation Content to Contractor for use in providing the Services hereunder; and

(e)     any and all claims arising out of the Foundation Content or acts or omissions of Foundation alleging libelous or slanderous material or material that constitutes invasion of the privacy of any third person.

10.3    "Indemnified Party" means a Foundation Indemnified Party with respect to indemnity under Section 10.1 or a Contractor Indemnified Party with respect to indemnity under Section 10.2. The "Indemnifying Party" shall mean the party having the obligation of indemnification, namely Contractor with respect to Section 10.1 and the Foundation with respect to Section 10.2. An Indemnifying Party's indemnity obligations under this Section 10 (i) will survive the expiration or termination of this Agreement by either party for any reason, and (ii) are contingent on the Indemnified Party's prompt notice of any action, claim, demand, or suit, the Indemnified Party permitting the Indemnifying Party to defend, compromise, or settle the action, claim, demand, or suit, and the Indemnified Party providing at the Indemnifying Party's expense, all reasonably necessary information and assistance regarding such action, claim, demand, or suit. An Indemnified Party may, at its option, conduct the defense in any third party action, claim, or suit arising as described above using counsel approved by the Indemnifying Party, which consent shall not be unreasonably withheld or delayed, and the Indemnifying Party will cooperate fully with such defense.

## 11.    LIABILITY INSURANCE

Prior to commencement of any work under this Agreement, Contractor shall provide to Foundation certificates of insurance from companies acceptable to it, evidencing:

(a)     Workers' Compensation – in accordance with the laws of all jurisdictions (state, local, provincial, or federal) which may apply to the Services provided hereunder and/or any applicable premises, including coverage for employers' liability, with limits of not less than:

|  |  |
|---|---|
| $1,000,000 | Each Accident |
| $1,000,000 | Disease Each Employee |
| $1,000,000 | Disease Policy Limit |

(b)     Commercial General Liability – with bodily injury, including personal injury, and property damage limits of not less than:

|  |  |
|---|---|
| $1,000,000 | Per occurrence |

10

Contract No.:  20040516
20050517
20060518

$1,000,000  Personal Injury/Advertising Injury
$2,000,000  General Aggregate
$2,000,000  Products/Completed Operations Aggregate

(c)    Automobile Liability (applicable only if Contractor owns, rents, or leases automobiles) – with a limit of not less than $500,000.00 per accident

Such insurance will include the following hazards and the certificates will so indicate:

(i)    Independent Contractors – covering Contractor for any work performed by subcontractors

(ii)    Contractual – covering any indemnity obligations specified in this Agreement

(iii)    Products – covering any products provided under this Agreement

(iv)    Completed Operations – covering any Services rendered or other work performed under this Agreement.

Each such certificate will state that **(1) this insurance is primary to other insurance in the event of a covered loss; (2) Foundation will be advised not less than 30 calendar days prior to any change or cancellation; and (3) insurer's rights of subrogation against Foundation are waived**. Such insurance will be maintained for the duration of this Agreement. "Completed Operations" coverage, when applicable, will be maintained for not less than one year after the end of operations under this Agreement.

The above limits may be shown as a combination of primary and excess umbrella limits.

## 12.    TERM AND CONTRACT EXTENSION

(a)    Term. This Agreement shall commence on the Effective Date and shall continue and remain in force through **July 1, 2006 (Termination Date)**, unless terminated sooner as provided herein.

(b)    Option. Foundation may extend the term of this Agreement for successive one-year term, by written notice to Contractor within thirty (30) days prior to the Termination Date, which shall extend the Termination Date for an additional one (1) year period. If Foundation exercises this option, the extended Agreement shall be considered to contain this option provision.

11

Contract No.:   20040516
20050517
20060518

13.  **TERMINATION**

(a)   <u>Termination</u>.  This Agreement may be terminated:

(i)   by either party, upon thirty (30) days written notice of termination to the other party, due to the occurrence of an Event of Default (as defined hereinafter) or such other party's failure to comply with any term or condition of this Agreement after having been so notified and given a reasonable opportunity, not to exceed five (5) days, to cure such Event of Default or non-compliance;

(ii)   by a written agreement executed by the parties; or

(iii)   by either party for its convenience, upon thirty (30) days written notice to the other party at any time, without cause, and without prejudice to any other right or remedy which the terminating party may have.

(b)   <u>Events of Default</u>.  The following shall constitute Events of Default hereunder:

(i)   Contractor's failure to supply a sufficient number of skilled workers, a sufficient quantity of materials of the specified quality, or a sufficient amount of equipment, parts, and systems of the specified quantity and performance requirements;

(ii)   a material act or omission by Contractor which stops, delays, interferes with, or damages Services;

(iii)   the filing by or against either party of a petition under the Bankruptcy Code, or for other debtor or insolvency relief, or for proceedings in furtherance of liquidation or dissolution, or such party's acknowledgment of insolvency;

(iv)   Foundation's failure to make payment of the compensation due and owing to Contractor under this Agreement;

(v)   failure to comply with applicable laws, regulations, ordinances, or the like; and

(vi)   Foundation's reasonable determination that Contractor has been acting in a manner evidencing financial difficulties.

12

Contract No.:   20040516
20050517
20060518

(c)   Upon Termination.  Foundation shall be responsible to pay only for Services rendered and charges actually incurred by Contractor prior to the effective date of termination.

(i)   Upon termination of this Agreement, Contractor shall immediately (a) comply with any Foundation request to stop the Services hereunder, except as necessary to complete any portion thereof that is not terminated, and except as the Foundation directs to assure that termination does not cause unnecessary waste or duplicate work or cost, and (b) take all action necessary, or as the Foundation may direct, for the reasonable protection and preservation of any property related to this Agreement in Contractor's possession.

(ii)   Within two (2) days of termination of this Agreement, Contractor shall (a) terminate all contracts, subcontracts, purchase orders, and rental contracts to the extent that they relate to the performance of Services terminated, unless otherwise directed by Foundation, and (b) assign to Foundation, as directed by Foundation, all of Contractor's rights, title, and interest under any contract, subcontract, or purchase order for Services.  Contractor shall, within a reasonable time, settle all outstanding liabilities and all claims, if any, arising out of termination of purchase orders and subcontracts.

(iii)   Within ten (10) days of termination of this Agreement, Contractor shall provide or return to Foundation (or to a place designated by Foundation in writing): (a) all Services or work in progress; (b) all Foundation property, including materials containing or embodying Confidential Information and products; and (c) assignments relating to any product produced or created pursuant hereto.  Similarly, Foundation shall return all Contractor-owned property to Contractor within ten (10) days of termination of this Agreement, including without limitation its Confidential Information.

(d)   Remedies.

(i)   Termination of this Agreement by Foundation shall not limit in any manner Foundation's rights or remedies, either then-existing or which may thereafter accrue, including but not limited to, recovering any payments to Contractor in excess of the value of Services actually rendered.

(ii)   The prevailing party in any legal action brought by one party against the other and arising out of this Agreement shall be entitled, in addition to any other rights and remedies it may have, to reimbursement for its expenses, including without limitation court costs and reasonable attorneys' fees.  "Deficient Portion of Services" as used hereinafter shall mean any portion of the Services performed by Contractor that are materially defective and for which Contractor failed within a reasonable period after receipt of written notice from Foundation to commence and continue

13

Contract No.:   20040516
20050517
20060518

correction of such material defects in such portions of the Services with diligence and promptness. "Nonperformance" as used hereinafter shall mean any portion of the Services on which Contractor defaulted or altogether neglected to carry out and for which Contractor failed within a reasonable period after receipt of written notice from Foundation to commence and continue performance of such portions of the Services with diligence and promptness. In addition to any other rights and remedies that Foundation may have under this Agreement in law or in equity, if there is any Deficient Portion of Services or Nonperformance, then Foundation may, without prejudice to any other remedies that Foundation may have, correct any such Deficient Portion of Services or Nonperformance. In such case, the costs incurred by Foundation to correct any such Deficient Portion of Services or Nonperformance ("Correction Costs") shall be deducted from any payments then or thereafter due to Contractor; *provided, however*, that the amounts deducted as Correction Costs shall be limited to a reasonable amount. In addition, the amounts that Foundation deducts as Correction Costs for any Deficient Portion of Services for which Contractor has invoiced Foundation shall in no event exceed the amount invoiced by Contractor for such Deficient Portion of Services. Subject to the foregoing limitations on the amount of Correction Costs due to the Foundation, Contractor will reimburse Foundation to the extent that these Correction Costs exceed the amount then or thereafter due to Contractor for Services.

## 14.   NON-SOLICITATION AND NON-EMPLOYMENT OF EMPLOYEES

During the term of this Agreement and for a period of six (6) months after its expiration or termination, neither party nor any of its employees, agents, or subcontractors will, without the other party's prior written consent, directly or indirectly (a) solicit any employee of the other party to seek employment or other contractual arrangements with such party or any of such party's employees, agents, or subcontractors or (b) employ or otherwise engage the services of any employee of the other party.

## 15.   GENERAL TERMS AND CONDITIONS

(a)   <u>Independent Contractor</u>. Contractor shall at all times be and act as an independent contractor of Foundation and, as such, no law, agreement, or other arrangement that has the effect of conferring benefits upon officers or employees of Foundation shall be applicable to Contractor or any Contractor employee in connection with the Services rendered pursuant to this Agreement. Contractor's personnel are, and will remain at all times, employees of Contractor and shall not be deemed to be employees of Foundation for any purpose whatsoever. Contractor shall be solely responsible (i) for the safety and supervision of its employees, (ii) for the payment of wages, salaries and other amounts due its employees in connection with this Agreement, (iii) for all reports and obligations respecting Contractor employees relating to social security, Federal, State and local

14

Contract No.:  20040516
                      20050517
                      20060518

personal income tax and withholding, payroll taxes, unemployment and disability insurance, worker's compensation, and similar matters.

(b)    Tax Exemption.  Foundation is a tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code ("Code") and a private foundation described in Section 509 (a) of the Code.  Foundation is not responsible for any federal, state, and local taxes paid on its behalf, and Contractor will not bill or charge the Foundation for said taxes.  Contractor is responsible for requesting and obtaining all tax exemption numbers as required.

(c)    Non-Exclusive Agreement.  Neither this Agreement nor any of its provisions shall preclude or restrict (i) Foundation from engaging other entities to provide services of any kind during the term of this Agreement, or (ii) Contractor from providing services to other persons or entities during the term of this Agreement.  This Agreement does not grant any rights of exclusivity to Contractor or the Foundation.

(d)    No Assignments.  No assignment of rights or obligations under this Agreement to any third party is permitted or authorized without the prior written consent of both parties.

(e)    Force Majeure.  Except with respect to payment obligations, neither party shall be liable for any damages or penalty for any delay in performance of, or failure to perform, any obligation hereunder or for failure to give the other party prior notice thereof, if such delay or failure is due to civil disturbances, military or national emergencies, natural disasters, acts of God, or other similar causes beyond that party's reasonable control.

(f)    Headings.  All Section and subsection headings are for the convenience of the parties and shall not affect the construction or interpretation of this Agreement.

(g)    No Implied Waiver.  No term, provision, or clause of this Agreement shall be deemed waived and no breach excused unless such waiver or consent shall be in writing and executed by a duly authorized representative of each party.  Any consent by any party to, or waiver of, a breach by the other, whether express or implied, shall not constitute a consent to, waiver of, or excuse for any other different or subsequent breach.

(h)    Governing Law; Severability.  This Agreement shall be governed by and construed in accordance with the laws of the District of Columbia.  In the event that any provision of this Agreement shall be invalid and legally unenforceable, the same shall not affect in any respect whatsoever the validity and enforceability of the remainder of this Agreement. In the event that the provisions of any Section of this Agreement shall be held to be invalid or unenforceable in any

15

Contract No.:  20040516
20050517
20060518

respect, such Section shall nevertheless be construed and applied so as to be valid and enforceable to the maximum extent permitted by law or in equity.

(i)     <u>Jurisdiction and Venue.</u>  The parties hereto consent to the jurisdiction and venue of the District of Columbia courts or federal courts sitting in the District of Columbia.  The parties agree further that all disputes or controversies which may arise out of or in connection with this Agreement, its construction, interpretation, effect, performance, non-performance, or consequences thereof, shall be determined exclusively by said courts of the District of Columbia sitting without jury.

(j)     <u>Injunctive Relief.</u>  Each party understands and agrees that the other party will suffer irreparable harm in the event that such breaches any of the obligations imposed by the "Confidential and Proprietary Information" provisions of this Agreement or such party's infringement upon the Intellectual Property Rights of a third party, and that monetary damages will be inadequate to compensate the other party for any such breach.  Accordingly, each party agrees that, in the event of a breach or threatened breach of any of the provisions of the "Confidential and Proprietary Information" provisions of this Agreement or violation of a third party's Intellectual Property Rights, the other party shall, in addition to and not in limitation of any other rights, remedies, or damages available to it at law or in equity, be entitled to injunctive relief in order to prevent or restrain any such breach.

(k)     <u>Notice</u>.  All notices, requests, demands, and other communications required or permitted hereunder shall be in writing and shall be deemed to have been received by a party when actually received in the case of hand, confirmed fax, or overnight delivery, or five (5) days after mailing by first class mail, postage paid, to the other party at the address on page 1 hereof, or to such other address as a party may designate in writing.

(l)     <u>Use of Name</u>.  The Foundation hereby grants Contractor the right to use the name and logo of the Foundation in its print or web-based marketing materials or other oral, electronic, or written promotions, which may include naming the Foundation as a client of Contractor, providing the name of a contact at the Foundation as a reference, and a brief description of the scope of Services provided.  Foundation hereby grants Contractor the right to display its name and logo (or other identifying information) and a link to Contractor's web site on the home page of the Site, the size and format of which shall be subject to the Foundation's approval, which approval shall not unreasonably be withheld or delayed.  Subject to the foregoing, except with Foundation's express written permission, Contractor shall not publish, cause to have published, or use Foundation's name or any information about its relationship with Foundation.

16

Contract No.:  20040516
               20050517
               20060518

(m)    <u>Amendment</u>.  Any changes or modifications to this Agreement must be made in writing and signed by both parties.

(n)    <u>Examination of Books and Records</u>:  Foundation shall have the right to examine Contractor's books, records, and other documentation relating to its account.  Contractor shall make such information available to the Foundation during normal business hours, provided that the Foundation provides reasonable notice to Contractor.

(o)    <u>Survival</u>.   The terms and provisions of the "Rights of Title," "Warranties," "Confidential and Proprietary Information," "Indemnification," and "Limitation of Liability" provisions of this Agreement shall survive the termination or expiration of this Agreement by any party for any reason, Termination or expiration of this Agreement shall not relieve either party of any obligation incurred prior to termination or expiration.

(p)    <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which taken together shall constitute a single contract.

THE   REMAINDER   OF   THIS   PAGE   INTENTIONALLY   LEFT   BLANK

Contract No.:  20040516
20050517
20060518

q)    Entire Agreement.  This Agreement, together with any addenda and amendments relating hereto and documents incorporated by reference herein, sets forth the entire understanding between Foundation and Contractor concerning the subject matter of this Agreement and supersedes all prior or contemporaneous agreements, representations, and understandings between the parties with respect to the subject matter hereof.  The recitals to this Agreement are incorporated by reference as if fully set forth herein.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the Effective Date first written above.

AGREED TO AND ACCEPTED BY:

**FANNIE MAE FOUNDATION**                    **VINQ, LLC**

By: _____              By: _____

Stacey D. Stewart                         Name:  Mark Torrance

President & Chief Executive Officer        Title:   Principal

Date: 7/16/04                             Date: 7-15-2004

18

Contract No.:  20040516
20050517
20060518

**ADDENDUM A**
**STATEMENT OF SERVICES AND COMPENSATION**

**SCOPE OF SERVICES**
Contractor shall design, develop, implement, maintain, and integrate Web applications and user interfaces for the KnowledgePlex® Community Data System (CDS). CDS is a web-based central clearinghouse that maintains a variety of housing and demographic data from multiple sources and provides multiple means of accessing, displaying, and downloading data at geographic scales ranging from the neighborhood to the nation.

More specifically, Contractor shall perform the following Services:

- Design, develop, implement, maintain, and integrate web applications and user interfaces for the CDS.
- Produce and maintain a CDS administrative interface that will allow non-technical administrative staff to control certain site features, add content, and monitor site usage statistics and user feedback provided through the CDS site.
- Produce and maintain a web-based tool for entering, editing, and outputting metadata that is integrated with the CDS administrative interface.
- Integrate metadata, user guides, and analytic briefs with the CDS user interface.
- Prepare functional specifications, technical specifications, screen mockups or prototypes, and database schema.
- Integrate CDS and KnowledgePlex® in a visually and functionally consistent manner.
- Conduct unit and integration tests for site components.
- Develop and implement a security and digital rights access plan for the CDS that prevents massive spidering and other unauthorized acquisition of the CDS site data.
- Update and revise the DotProject management tool to meet the project management needs of the CDS. DotProject is a web-based software application that tracks certain information about the status of an assignment, including, but not limited to, the time spent on each assignment, the start and end date for each assignment, a description of each assignment, and who worked on the assignment.

*Meetings and Reporting*
- In conjunction with other vendors, develop and submit to the Authorized Foundation Representative a consolidated project work plan at the end of each quarter unless the parties mutually agree to a different date for submittal. The work plan shall set forth a detailed schedule of the Services to be performed, deliverables, key project dependencies, and decision points for each project phase. Contractor shall revise such work plans as needed.

A-1

Contract No.:  20040516
              20050517
              20060518

- Attend status meetings, as requested by the Authorized Foundation Representative, with the Foundation's project managers and Contractor's DM (or his designee) and submit to the Authorized Foundation Representative weekly status reports containing the following information:

  a.  major work performed,
  b.  major tasks accomplished,
  c.  issues encountered,
  d.  expected tasks for the following week,
  e.  significant risks that have emerged during the week, and
  f.  risk mitigation plans.

- Consult and meet with other Third Party Project Vendors, as requested by the Authorized Foundation Representative, on various tasks related to the CDS, database design, data display design, metadata design, and user feedback and testing.

*Training*
- Conduct training for Foundation staff and other interested parties for the CDS. The Authorized Foundation Representative and Contractor shall mutually agree, in writing, to a training schedule identifying the dates, times and location for such training.
- Provide on-line assistance and classroom training materials for the CDS site.
- Provide one half-day, in-person training to approximately 20 users on CDS Version 1.0. Such users shall be selected by the Foundation.
- Provide approximately two hours of on-line and telephonic training for subsequent versions of the CDS. The Authorized Foundation Representative and Contractor shall mutually agree, in writing, to a training schedule identifying the dates, times, and location for such training.

*Technical Support*
- Provide technical support to designated Foundation staff for the CDS 24 hours a day/7 days per week.

## NOTIFICATIONS
Contractor shall immediately notify the Authorized Foundation Representative upon the occurrence of (a) impending deadlines and tasks that require Foundation action and (b) resource needs, schedule modifications, and budgetary issues.

## MATERIAL CHANGES
Contractor shall prepare and submit to the Authorized Foundation Representative a Work Breakdown Schedule (WBS) describing any material change to this Agreement. The WBS shall be approved by both parties. The WBS shall contain the following information:

A-2

Contract No.:  20040516
20050517
20060518

    a.  a description of events, issues, or problems that have altered or will alter the original schedule and Services as set forth in this Addendum A, and

    b.  detailed schedules for the performance of the new or modified service.

Contractor shall submit the WBS on the dates and times mutually agreed upon by the parties or, if the parties do not agree on specific dates or times, at the beginning of each quarter.

**DELIVERABLES TO THE FOUNDATION:**

Contractor shall submit to the Authorized Foundation Representative the following deliverables on or before the following prescribed dates:

| Description of Deliverable | Due Date |
|---|---|
| Project kickoff meeting in Washington, D.C. | July 16, 2004 |
| Present results of evaluating ESRI ARC IMS vs. Mapserver for GIS engine | July 16, 2004 |
| Project work plan. | August 1, 2004 |
| **CDS Version 1.0 (a):**  Screenmockups or functioning prototype, and proposed database schema | August 8, 2004 |
| **CDS Version 1.0 (b):**  Functional and technical specifications for version 1.0 | August 30, 2004 |
| **CDS Version 1.0 (c):**  Beta of Version 1.0 ready for public testing | November 30, 2004 |
| **CDS Version 1.0 (d):** Program/system code, and technical manuals/guides for site administrators | November 30, 2004 |
| **CDS Version 1.0 (e):** In-person training session at Fannie Mae Foundation | November 30, 2004 |
| **CDS Version 1.1 (a):**  Updated project work plan | December 10, 2004 |
| **CDS Version 1.1 (b):**  Functional and technical specifications | January 31, 2005 |
| **CDS Version 1.1 (c):**  Version 1.1 ready for public release | April 11, 2005 |
| **CDS Version 1.1 (d):** Updates to program/system code, and technical manuals/guides for site administrators | April 11, 2005 |
| **CDS Version 1.1 (e):** Online/telephonic training session | April 25, 2005 |

A-3

Contract No.: 20040516
20050517
20060518

| | |
|---|---|
| **CDS Version 1.1 (f)**:  Classroom training materials | April 25, 2005 |
| **CDS Version 1.2 (a)**:  Updated project work plan | May 2, 2005 |
| **CDS Version 1.2 (b)**:  Functional and technical specifications | May 16, 2005 |
| **CDS Version 1.2 (c)**:  Version 1.2 ready for public release | August 8, 2005 |
| **CDS Version 1.2 (d)**: Updates to classroom training material, program/system code, and technical manuals/guides for site administrators | August 8, 2005 |
| **CDS Version 1.2 (e)**: Online/telephonic training session | August 22, 2005 |
| **CDS Version 1.3 (a)**:  Updated project work plan | August 29, 2005 |
| **CDS Version 1.3 (b)**:  Functional and technical specifications | September 16, 2005 |
| **CDS Version 1.3 (c)**:  Version 1.3 ready for public release | December 5, 2005 |
| **CDS Version 1.3 (d)**: Updates to classroom training material, program/system code, and technical manuals/guides for site administrators | December 5, 2005 |
| **CDS Version 1.3 (e)**: Online/telephonic training session | December 16, 2005 |
| **Process documentation**.  Process documentation covering updates to work plan, project decisions, management documents such as status reports and meeting minutes, and implementation documents and plans outlining the business processes, roles, responsibilities, and maintenance procedures associated with the solution | Ongoing. |

## LOCATION

Contractor shall perform work at Contractor's offices in California.

A-4

Contract No.:  20040516
                    20050517
                    20060518

## INCORPORATION OF DOCUMENTS

The Request for Proposal, dated March 30, 2004 ("Proposal"), Contractor's Response, dated April 13, 2004, ("Response"), and work plans shall be incorporated by reference into this Agreement. Any amendment to any of the aforementioned documents shall be made in writing and signed by both parties. In the event of any inconsistency between any provision of the Proposal, Response and work plans and any provision of this Agreement, such inconsistency shall be resolved consistent with the provisions of this Agreement.

## COMPENSATION

Upon the Authorized Foundation Representative's approval of monthly invoices, the Foundation shall pay Contractor at the rate of **$145.$^{03}$** per hour, *provided however*, that the total amount paid shall not exceed **$490,063.$^{00}$** (including payment for reimbursable expenses) for Services rendered during 7/16/2004 through 6/30/2006. Each such invoice shall specify Services rendered, the number of hours worked, reimbursable expenses, and the appropriate contract number as provided in the following schedule of compensation. Invoice descriptions of Services provided shall reference the descriptions of Services included in the "Scope of Services" section of this Addendum A.

*The schedule of compensation shall be as follows:*

### 2004

For Services rendered during 7/16/2004 through 12/31/2004, Foundation shall pay Contractor at a rate of **$145.$^{03}$** per hour, *provided, however,* that the total amount paid shall not exceed **$259,222.$^{00}$** (including payment for reimbursable expenses) for Services rendered during such period.

Contractor shall use **Contract No.: 20040516** on all invoices submitted during such period.

### 2005

For Services rendered during 1/1/2005 through 12/31/2005, Foundation shall pay Contractor at a rate of **$145.$^{03}$** per hour, *provided, however,* that the total amount paid shall not exceed **$218,341.$^{00}$** (including payment for reimbursable expenses) for Services rendered during such period.

Contractor shall use **Contract No.: 20050517** on all invoices submitted during such period.

### 2006

For Services rendered during 1/1/2006 through 6/30/2006, Foundation shall pay Contractor at a rate of **$145.$^{03}$** per hour, *provided, however,* that the total amount paid shall not exceed **$12,500.$^{00}$** (including payment for reimbursable expenses) for Services rendered during such period.

Contractor shall use **Contract No.: 20060518** on all invoices submitted during such period.

A-5

Contract No.:  20040516
20050517
20060518

**REIMBURSABLE EXPENSES:**

Subject to the foregoing limitations on the total amount to be paid each year, the Foundation shall pay Contractor for reasonable out-of-pocket expenses approved by the Authorized Foundation Representative.  Before submitting an invoice for reimbursable expenses, Contractor shall obtain approval from the Authorized Foundation Representative.

A-6

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KNOWLEDGEPLEX, INC.

        Plaintiff,

v.

METONYMY, INC. D/B/A PLACEBASE,
INC.

        Defendant.

Civil Action No. 1:07-CV-02315-RMU

Hon. Ricardo M. Urbina

## DECLARATION OF DAVID J. MOORHEAD

I, David J. Moorhead, hereby declare under penalty of perjury under the laws of the

United States:

    1.     I am an attorney with Drinker Biddle & Reath LLP.  I am admitted to practice in

the State of Illinois and practice in my firm's Chicago office.  I have personal knowledge of the

facts stated herein, and, if called to testify, I would testify as stated herein.

    2.     I assisted KnowledgePlex with its copyright registration.

    3.     In compliance with the copyright registration requirements, KnowledgePlex

identified the first and last 25 pages of the code for KnowledgePlex's DataPlace system and

provided them to me.

    4.     With the assistance of support staff at my firm, the first and last 25 pages were

copied using a device that redacted less than half of the code appearing on the pages as permitted

under Copyright Office regulations, 37 C.F.R. § 20.20(c)(A)(2).  This process employed

diagonal redactions to protect KnowledgePlex's trade secrets within the DataPlace code. The redacted pages were then scanned to create .pdf files.

5.      I personally reviewed the .pdf files of the first and last 25 pages and determined that they were correct and properly redacted. I then copied and pasted the .pdf files into an email that I sent to a paralegal, Bonita Farrall, in my firm's Washington, D.C. office for filing with the Copyright Office. The .pdf files were printed and, on Friday afternoon, December 14, 2007, hand-delivered to the Copyright Office together with the copyright application and a transmittal letter signed by Janet Fries, a copyright lawyer from my firm's Washington, D.C. office who was assisting with the registration.

6.      On Monday, December 17, 2007, I received from Ms. Farrall a copy of the deposit that had been filed with the Copyright Office. I reviewed it and immediately noticed that the first 25 pages had been submitted twice. A copy of what was actually but incorrectly submitted to the Copyright Office on December 14, 2007 is attached as Exhibit A. It appeared that the last 25 pages had not been submitted. I reviewed the .pdf files attached to the email that I sent to the paralegal and discovered that, although the .pdf files were named "First-25.pdf" and "Second-25.pdf," the pages within the files were identical and included only the first 25 pages. I immediately arranged for Ms. Fries to submit the correct first and last 25 pages to the Copyright Office.

7.      That same day, Ms. Fries telephoned David Fernandez-Barrial, Lead Copyright Information Specialist with the Copyright Office, and explained what had happened. Mr. Fernandez-Barrial works within the Public Information Office of the Information & Records Division. This Office handles post-registration matters and coordinates with the Records, Research, and Certification Section. In accordance with their conversation, Ms. Fries submitted

the correct first and last 25 pages, along with the original cover letter and filing receipt, by email

to Mr. Fernandez-Barrial on Monday afternoon, December 17, 2007.   A copy of her email is

attached as Exhibit B.  Its attachments, namely, the original transmittal letter, the original filing

receipt, the correct first 25 pages, and the correct last 25 pages, are attached as Exhibits C, D, E,

and F, respectively.

8.    Four days after receiving the correct first and last 25 pages, the Copyright Office

issued the Certificate of Copyright Registration, a copy of which is attached as Exhibit A to the

Complaint.

9.    Although a technological glitch resulted in the first 25 pages of the deposit being

submitted twice on December 14, 2007, I, with the assistance of Ms. Fries, promptly corrected

the error the next business day.

10.    We are currently investigating why the Copyright Office failed to provide

Placebase with a complete, correct copy of the 50 pages that KnowledgePlex submitted as its

deposit.

I hereby declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed this 10th day of March, 2008
At Chicago, Illinois.

David J. Moorhead

CH02/ 22515735.1

EXHIBIT 2(A)

# DrinkerBiddle&Reath
### L L P

Janet Fries
202-354-1333
janet.fries@dbr.com

*Law Offices*

1500 K Street, N.W.
Washington, DC
20005-1209

202-842-8800 phone
202-842-8465 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 14, 2007

***VIA HAND DELIVERY***
***EXPEDITED SERVICE REQUESTED***

Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, D.C. 20559-6000

RECEIVED

DEC 1 4 2007

COPYRIGHT OFFICE
PUBLIC OFFICE

RE:    *Copyright Application for Fannie Mae Foundation/KnowledgePlex, Inc.*
Our Reference: 201023/411640

Dear Sir or Madam:

Enclosed please find a Form TX application and accompanying deposit for registration of a copyright with the U.S. Copyright Office on behalf of Fannie Mae Foundation and KnowledgePlex, Inc. We are requesting that this application be processed on an expedited basis because litigation is anticipated. The application is for the work entitled, *DataPlace.*

We note that we are providing fifty (50) pages of code which we have redacted because the code contains trade secrets throughout.

As our firm maintains a deposit account with your office, please deduct the necessary fees (which we calculate to be $45.00 basic fee plus the $685.00 special handling fee for a total of $730.00) from our deposit account (#DA080 780).

Should you have any questions, please contact Richard W. Young by telephone at (312) 569-1460 or by e-mail at richard.young@dbr.com. Thank you for your kind assistance.

Sincerely,

Janet Fries

JF:bdf:vdh
Enclosures

*Established 1849*

201023/411640
DC\62396911

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

| TX | | TXU |
|---|---|---|

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
DataPlace

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Fannie Mae Foundation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
○ Yes
○ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ○ Yes  ● No
Pseudonymous?  ○ Yes  ● No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
○ Yes
○ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ○ Yes  ○ No
Pseudonymous?  ○ Yes  ○ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
○ Yes
○ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ○ Yes  ○ No
Pseudonymous?  ○ Yes  ○ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007    ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
KnowledgePlex, Inc.,
560 S. Winchester Blvd., Suite 500, San Jose, CA  95128

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment of all rights.

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  | FORM TX |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                    **Account Number** ▼

Drinker Biddle & Reath LLP                          DA 080780

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Richard W. Young, Drinker Biddle & Reath, LLP, 191 N. Wacker Drive, Suite 3700, Chicago, IL  60606

**b**

Area code and daytime telephone number ▶ (312) 569-1460                    Fax number ▶ (312) 569-3460

Email ▶     richard.young@dbr.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☑ owner of exclusive right(s)

☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KnowledgePlex, Inc., by Troy Anderson                    Date▶ December 13, 2007

Handwritten signature ▶

---

|  |  |  |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | **Name** ▼  Richard W. Young | **9** |
| | **Number/Street/Apt** ▼  Drinker Biddle & Reath, LLP, 191 N. Wacker Dr., Suite 3700 | |
| | **City/State/Zip** ▼  Chicago, IL  60606 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full  Rev: 11/2006  Print: 11/2006 —30,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/60,xxx

```
          ">Show          </a></ .       >
                            +;
     \          }
     %         ac) = s      '\t/);
     <TR>
     %  my        );
     %  fore     c) {
          n style     ding-r    px; bor     ttom: 1       id #f0     ertica.    n:top;
          -family   ; fon    :10px"       =~ m/\.       ? 'ali    ht' :
          if ($f    egion.    nd $co    ) {
     %      First    s dp_b     d: disp    t as a
     %      my $p =    Place-    romDpBi    $_);
     %        (ref
     %        = "$    TD sty   font-si    x\">($p    e})</TD.
          }
          %>

     %        ol++;
     %  }
     </TR>
          }
       ABLE>
          close

     %
     </d
     # aja    .html

       args>

       results   n
     </    >
     <%o.
     use A     :Const.   w(OK);
     use JS
     y $what_    ength   ;
       %once>
       it>
          at = $s,
     d     UT TOO    "  .       $what       > '  .       max_len    f lengt.
     $wh       $what_    ngth;
     $m->c.    uffer;
     r->con    ype('te.    in');
     ->send    header;
       output
         son = n    N(prett    , auto.   > 0);
     my      ut = su    $what, i    ($what,     + 1); .     up str    ter la
     sem.
     $inpu.    <@\ s*(.    -*$@$1@;
     if( $in      {

          my @.    okens     t ' ', .    ;

       v $quer,    lt_cou.    :
          %unique     = ();
          ord_pa    oin ' o.    ap {          '*    input_t
       h.     ish_cma    o->{sc    sePath},     e -f .   geoSwis.   Path} -
          open     TS, "-    exec(s.    ', $s     d )) .   "ERROR    TSHING
     \n";
          for my .    <RESUL     {
          chomp
          next u.    line =    d+)\si    \s"id=    "\s(\d+,    *)"$/;
          v ( $i      d, $id.    , $desc    n ) =    $2, $.    $5 );
```

Copyright © 2007 KnowledgePlex, Inc.

```
            ip = 0;
    fo    token(      t_token
            $token,
        u     $descr      n =~ /$     i ) {
              n = 1;
        }

    ne      $skip;

    if( a     $uniq     t{$desc     n} &&      e_what      iption,     )
{
        next,
        lse {
          unique_    $descr      = 1;
        }
    las      +$quer     lt_cou     $max_re
    push    out, [     iption     ,  i

    RESUL
#        STDERR      ->objTo     @outpu

  init>
    ison->o    on(\@o    %>
    nt/aut    esugges
```

```
/**
 * An a    gest t     contro
 * @class
   scope

fu    n AutoS    Contro
/*:H     tEleme                              xtbox
                      oPr     /*:Sug      nProvi
                                    )

    /**
     * The cu    v sele     uggest
       scope p

    t      r /*:in     -1;

    /**
     * The     own lis     r.
     * @scop    ate

        layer =     :

    /*
     * S     ion pr     for th     sugges     ure.
     * @sc     ivate.
     */
     is.prov.    /*:Sugge    Provide    oProvi

    ·     textbox    ture.
     *      privat
     */
this.te    /*:HTM    Element    Textbo

     nitial     contro
        init();
```

```
 *    suggest    or more    estions    hat the    has ty
 *  1    suggest    are pas    , then    osugges    urs.
 *  @su    rivate
 *  @par    ggesti    array    ngestio   ngs.
 *  @param   eAhead    e contr    uld pro    type a    suggest
 */
    ggestC    .proto   utosugg    functi    uggesti    *:Array
                                  eAhead    lean*/,
    cur =    sure t    at le    e sugge
    if    gestion   th > 0
         ypeAhe
         typeAh   uggest    ]);
    }
    this.   ggestic    ggest
    se {
         his.hide    stions(
    }
 ;


    ates t    odown i    to disp    ltiple    stions.
 *  e priv
 */
AutoS    Contro    otype.c    ropDow    nction
    var u    = this;

    /create    layer a    ign sty
      s.laye    cument   eElemen   ");
      layer.   ame =    stions",
      l    ayer.st   sibili   hidden
    th    er.sty   th = th   tbox.o   idth;

    //when    ser c   n the    estion   he text   erHTML)
    //and p    t into    tbox
     his.laye   ousedow
      s.layer   seup =
     layer.o   over =    ion (oE    {
        vent = o   || win    ent;
         et = o   target   vent.sr   nt;

     if    nt.type   ousedo     r
         textbox    = oTa   firstCh   deValue,
          o   ideSugge   s();
     else    vent.ty   mouse    {
         oThis    ightSug   n(oTar
     se {
          his.te   focus(),
     }
 ;


    nt.body   ndChil    layer),
};

 *
    ets the    coordi   f the    x.
    ope pr
    urn The    coordi   f the t   in pi
 */
AutoS    tContro   otype.g    = func    () /*:    f
```

```
    ar oNo      his.tex
        iLeft

        oNode.     e != "B       {
            t += o   ffsetLe
            = oNo    setPare

        }

        turn iL
};

/**
 * Gets    op coo     e of t   tbox.
 * @scope    te
 * return     op coor    n of th   box in   s.
 A   gestCon   prototy   Top = .     on () /     */ {
    v   de = t   xtbox;
    va    = 0;

    while    tagNam    "BODY")
        iTo    Node.ot   p;
        oNode    de.offs    nt;

    re     Top;

        dles t   eydown
 *    e priv
 *      oEvent     vent o    for the    wn eve
 */
AutoSug   ontrol.   ype.han   Down =    ion (o   /*:Even
    switch   t.keyC
        case    /up ar
            th    viouss   ion();
            brea
        se 40: ,    arrow
        this.ne   estion
            reak;
        c    : //ent
            hideSug   ns();

};

/*
    andles       events
    cope pr.
    am oEve   event   t for t   up eve
 */
Autos   Contro   otype.   KeyUp =    ion (o   /*:Even
    var    de = o   keyCode.

    '/for b   ce (8)    lete (   hows su   ons w   typeahe
        (iKey    8 || de == 4
        this.p   reque   estions     false,

    /,   sure no   interfe   h non-c   er keys
```

```
    } els      iKeyCo        ? || (i        e >= 33        eyCode        || (iK        >=
    && iKey    <= 123),     ? || (i        e >= 33                   || (iK        >=
        //ig
        se {
            /reques        estions        the su        on prov    ith ty
            s.prov    equestS    ions(th      ue);
    }


 *        s the s    ion dr
 * (        privat
 */
AutoSug    ontrol.    ype.hi    estions      ction (
    this.    style.    lity =      en";


/ *
 *      ights t      en node      he sugg    s dropu
 * @      orivate
 * @pa    Suggest      e The n    oresen      sugges      in the o      n.
 */
  oSugge    rol.pro    .highl      gestic    nction      estion      {
      for (va      i < th    ver.chi    s.leng      +) {
          var o      this.      childNo
          if (oN      oSugge    ode) {
              oNod      sName =    ent"
          lse if    .class      = "curre    {
              Node.c      me = "",
      }
  }


/**
 * In      zes th      box wit      t hand      or
 * auto      st fun    lity.
 * @scop      ate

  Suggest      .proto    init =      n () {

      ve a re      e to t      ject
        his = t

    //a      the onke      vent h
    this.    x.onke      functio      ent) {

        //ch      the p    locatio      the eve      ect
        if (!o        {
            oEve      indow.e


        /      the ha      yUp() m      with t      nt obje
        oT      ndleKey      ent);


      ign onk      n event      er
        extbox.      own =      n (oEv

        k for        per lo      of the      obje
    i      vent) {
          t = win      ent;
    }

        call t      dleKey      method      the eve      ect
        is.han      own(oE
```

```
    };

        //assign    r event    ler (hi    ngestio.
            .textb     lur = .    n () {
                this.h    estions
        };

        //cre    e sugg     s drop
        this.c    ropDown.


/**
 * H    ts the    sugges    n the o    n and
 * plac    e sugge    into t.    tbox.
 * @scop    ate

        uggest    .proto    extSug    n = fun    () {
            cSugg    Nodes =    layer.    odes;

            uggest    es.leng    && th    < cSug    nNodes.    h-1) {
                oNode    gestion    ++this
                highlig    estion    );
            t    xtbox.v    = oNode.    Child.    lue;
        }


/**
 * Hi    ts the    us sug    n in th    ndown a.
 * plac    ts sugge    into th    box.
 * @scope    ate

        uggest    .proto    revious.    tion =    ion ()
            cSugg    Nodes =    layer.    odes;
            Sugges    des.len    0 && t.    r > 0)
                oNode    ggestic    s[--th    ];
                highl    gestio    e);
            extbox.    = oNoc    stChild.    alue;
        }


/*
 * S    a rang    text i    textbox.
 * @s    ublic
 * @par    art The    index    0) of    election.
 * @param    th The    r of ch    ers to
        uggest    .protot    lectRa.    functio    tart /*.    iLeng
        ) {

        if    ext ra    for Inte.    xplore.
        if    textb    teText    {
            range =    textbox.    eTextR    ;
            oR    oveSta    aracter    art);
            oRan    veEnd(    ter",    h - th    tbox.va    ngth);
            oRange    ct();

        }    setSele    Range()    ozilla
            if (thi    box.se    tionRan
                textbox    lection    (iStart    gth);
        }

        /set fo    ck to t.    tbox
        s.textb    us();
    };
```

```
 *
 *     uilds u    uggestio.       r conte.    oves i.      positi.
 *        displ.    e layer.
 *       e priv.
 * (.     aSugge.    s An ar.    suggest   for the    rol.
 */
 AutoSug   ntrol.   ype.sho   stions    ction (   stions    ray*/)
      var oDi     ll;
      his.laye    erHTML       //cle    tents    layer

        var i=t     aSugge   s.length     ) {
          iv = doc      .create    nt("div
             appen      docume.   ateTex.     aSugges.   i]));
      }         ayer.ap   hild(ou
```

```
    is.laye    e.left      s.getL.      "px";
         layer..    top = .     etTop.    s.textb.    setHei.   "px";
         ayer.s.   sibili.   visibl.
```

```
      erts a    stion i.   e text.    ighlig.    the
 *     sted p.    the te.
 *       privat.
 * @p.    Suggest    e sugg.    for t.   tbox.
 */
   toSugge    trol.pr.   e.type.    = funct.    Sugges.   *:Strin.
      //che.    support    ypeahea    tional.
        (this.    box.cre   tRange     s.textu   tSelect    nge){
          var i.    this.te.    value..
          his.te.    value =    estion,
          is.sel.   e(iLen,    gestion.   h);
      }
```

```
   *******.   ******.    *******    *******.   *******   ******.    *****
      **/
 /.
 *      utoremo.   est ho.    mmon co.
 */
 functio.    AutoSug.   ntrol(   tbox, o.    er, sel.   Callba.
   ableTy.    ) {

        var .    new A.     estCon    oTextbo   rovider

        elf.pr.    Text =

         e defa.   llback     l if n.     is sup.
           electi.   back =    ionCal.

        //O.    den to    selecti.   hack
        self.    ggesti.   function
            Sugges.   odes = t.   ayer.ch   des;
               uggesti.   s.leng.   && th.     <
   cSugge.   Nodes.    ) {
             r oNo.    uggesti.   s[++th.   r];
               s.high.   ggesti.   de);
               textbo.    e = oNo.   stChil.   value;
                  s.sele.   allback
               this.se.   nCallba.   Node.d.
```

```
//...dden to      selecti...    ...back
self.    ...ousSugg...    = func...() {
         ...cSugges...des = ...ayer.ch...des;
             ...Suggest...es.leng... && th...    > 0) {
             var oN...  cSugges...des[--...ur];
             ...his.hig...    ...Sugges...Node);
             ...is.text...lue = o...firstch...devalue,
                 this.se...nCallba...
                 this...ionCal...    oNode...    );
    };

    ...enable...head = ...TypeAh...
    ...ajax ...roblem    ...oid rep...ent...xt.
    se...ndleKey...function    ...ent) {
         var curs...his.te...value;
             curSt...his.pre...
                 retu...
         ...his.pre...curSt.

         var ...ode = o...keyCode...
         if( i...e == 32
                 ...ore spa...
         else it...Code =...iKeyC...   46) {
             th...vider.r...Sugges...this, i...
             ...a if (i...e < 32...eyCode...& iKe...   < 46) {
(iKey...   = 112 a...vCode <...) {    ...yCode
         } els...    //ignore
         ...provi...uestSug...ns(thi...
    };

    ...erride...support    data n...n this    we can    reuse
    se...ent_ty...d = se...eAhead;
    sel...head = ...tion (s...tion)
th...xtbox.va...sSugge...toLowe...).index
    ...Lower...) < 0 ,
             retu...
             th...ent_ty...d( sSug...n );

    //...dden to ...e json    result...he firs...estion
...t is a    selecte...
    self.a...ngest = ...ion( a...tions, ...head )
         thi...= -1;
         if (a...tions &...ngestio...ngth > ...
             if    ...eAhead ,
                 ...is.type...aSugge...[0][0]),
         }

             ...all se...nCallba...the fi...ggestio...
             this.se...nCallba...
                 this...ionCal...aSugge...s[0] );
         ...wSugges...aSugge...);
         ...e {
             this.h...ngestio...
         }
};

    //Overr...to hand...n array ...ts - e...ggesti...l carry
addi...    data
```

```
    s_.  owSugge_   _ = func   (aSugge_  _) {
         var oDiv     ll;
         is.laye_  rHTML =        //clea_    ents o_      layer
           (var i=   aSugge_   _.length_      ) {
             oDiv    ment.c_   lement(       ;
   _Div.ap_   ild(do_   .create.  _de(aSug_  ns[i][_

                 _ke eac_  _estion _ data
               _  _ata = a_  _tions[_
              this   _.appen_  _(oDiv);
         }
         thi_  _r.styl_   = this   _ft() +
         this._    style._  (this.g  _()+this._   _ox.offs  _ht) +
  _";
         _his.lay_  _le.vis._   _v = "v1_   _";
    };

    _Overri__   _ call__   _ionCal._   _ there  _mething   _with t_
    _his func_  must be   _d aga_.    _.
    _reatedD_  _n = fun_    () {
         var o_   this;
         //create_   _layer a_  _ign st_
         _is.laye_  _cument._  _eElemen_   _");
         _.layer._  _ame =    _stions
         _layer.st_  _isibili_  _hidden
     th_  _er.sty._  _th = th_   _rtbox.o_  _width;

         //whe_   _user c_  _on the _ _estion,     the tex_  _erHTML,
         //and p_   _it into   _tbox
         _his.laye_  _ousedow_
         _.layer._  _seup =
         _layer.o._  _pover =   _ion (oE_   {
             oEven_  _vent ||  _w.event
             _Target    _ent.tar_  _ oEven_   _lement_
             _(oEven_  _ _ == "m_  _n") {
                 _oT_  _xtbox.v_  _oTarge_  _tChil_   _alue;
                 oThi_  _Suggest_
                 if( o1_  _lection_   _ck ) {
                     select_  _lback(o_   _.data _

             _ else    _Event.t_   _"mouse_   _) {
                 _ highl_  _estion_  _et);
             _se {
                 oTh_  _tbox.fo_
             }

         _ent.body_  _ndChil_  _.layer),
    _  create_  _wn();
    _  _ self;

    _*******_    _*******    _*******_     _******_      _*******_      _*******      _****
    _*/
    /*._
     * 1_  _ersion_   _oremot_  _st
     */
    functio_.  _utoSug_  _ntrol(   _box, oP_,  _r, sel_  _Callbac_
        _  _f = new   _utoSug_  _ntrol(   _box, o_  _er,
         _ctionCa_  _);
         retu_  _f;
    }
    /**
    _*****_   _*******_   _*******.   _*******_   _*******.   _*******.   _*******_   _
```

```
this.      style.v.     ity = ',     ";
this.la     vle.wi      this.tex    offsetw.

      en the      clicks      a sugg      , get      xt (inn     )
            place     o a tex
         t   ver.onm      wn =
      thi    r.onmou
      this.    onmouse    = funct.   Event)
                 nt = oEv     || windo     nt;
             ol      = oTarg     rrentNode.
                 f (oEve    e == "m    wn") {
oTarget    ntNode.        l];           ol.     xtbox.v
                         //oTh.    eSugges.     );
                      if    s.selec    llback
      t.paren    data );        this.se    nCallba
                 } e.      (oEve     e == "m     er") {
            } else     vent.t     Sugges   arget.     Node);
                         re this   "mouse     {
            se {    oTh.    box.fo.
      }
         nt.body    ndChil    layer),

      create    wn();

se.   hlights    tion = .    ion (oSu     ionNode
      r (var     i < thi    r.chil     lengt      ) {
            va.     e = th     r.chil     [i];
            if    == oSu     onNode)
            de.clas    == "cur
      } else .    ode.cla    == "cu     ") {
            o.    lassNa.     ";

};

   //Overri    call     tionCal.
   f.nextS     tion = .    on () {
         var    stionN     = this.    hildNo
         if (cs    tionNo    ngth > c    this.cur
gestio.   .length
         v    de = c     tionNo     this.cu
         th    hlights    tion(oN
         this.    ox.val    Node.da
         if( th    ection    ck )
                 select    llback( c     data );
   };

   //Ove    n to ca     lection    ck
self.pr.    Sugges    funct.    {
      v    uggest    s = th    r.chi    s;
      if    estion.    length    & this.      0) {
            r oNode    uggest    s[--th     ];
            s.high.    ggestic    de);
            textbox    = oN     a[0];
         1.    s.sele    allback
                 this.se    nCallba    Node.da
```

```
            ret.    lf;
    J

/**          *******    *******.     *******     *******.    *******    *******.
*****
/**
    Policy.      such        toRemot    est der.    es must      he sam
      ocol be
       is one     s from      riginal      the ad    of a c    k to a
ac    when re      turned    fore a    ngest is    ed.
 * @c
 * @sc    lic
 */
    ction R    uggest    emoteu     lection    ck ) {
      if (type    HttpRe    != "un    d") {
         this.      new XM.    Request
       se if (.    Active    t !=    ined")
         is.http    Active    ct("MS.    mlHttp
      }
               ("No XM    equest    avai.    This t.    nality.    ot
 k.");

      is.remo    = remo.
      .reque    = 0;
         selecti    back =    tionCal.
}

  *
    equest        stions    he give.    suggest    ol.
      ope pr    d
       am OAut    estCont.    he autos    t contr    rovide    estions
 */
Remot    stions.    type.r    Suggest.    funct
         Sugges    ol /*:.    ggestCo.    */,
         head /    ean*/)

    r oHttp    Reques    : // th    p;
      request.    Reques    ++this.    stNum;

    /,    the UR
      var    hString    toSugg    ntrol.te    value.    e(/^\s.    \s*$/,
 l");
      var su    this.rem    + enc    Compone.    rchStr

        nen co    n to s    txt fi
         .open(    sURL ,    :
      v.    = this.
    oH    readyst.    nge = 1    n () {
         questN    me.reque    ) { //    e recen.    est has    made,
 ing thi    back o    e
            ttp.abo.

      c (oHttp    vState .    {
         //eval.    he retu    text Ja    ot (an    )
         ar aSug    ns = e    ttp.res,    ext);
         me.se    nCallba
         me.sele    allba    estion.
      ,    ide sug    ns to    ntrol
       OA.    gestCo.    utosug    Suggest    bType    :

  J.
```

```perl
    oHttp      (null);

/, '        `******      `*******.      *******.     *******      `******.      `*******      ****
**   ,
# b)       import.    table_s     tor_hma.

#! /usr,      )/bin/p.

    strict,
        9I qw(:      oes);
u.      dBin qw          ;
use    "$Bin/..     ib";
use    )   )in/../.    kp2/li.
use Tex      V_XS;

    Vinq::.
    hata::Du
L      nq::C2;
us.    ot::Lon.

our (.   ame, $a.    'e, $tab    e, $sta    e, $end.

    GIN {
        $confNa.    'dpigho_
        ataFil.      ':
            h1eName
}

use con.       SCRIPT_    WS => (    Name=s'      confNa.
                           ta    e=s' =.    taFile,
                           ta    e=s' =>      h1eName
                           star    s' =>       tDate,
                           endDa       => \$en.     ;

use c      nt USAG.     <<EOF;
$0 - U.      system      in DP

    TIONS:
    onfName.     > REQU.    Use th    nfigura.    n deter.    he dat.
    taFile=<.    REQUI.    se this      file to     into da    .
-    eName=<.      REQUIR    ad the      into th.    h1eName
EOF

use lik      )/../..,    )/bin";
e comm.      n;

#      he con.   tion re.    o use.
##*
my S.     inq::C.       $confNa.

f (! Sc.
    my $e.       = "Unab    create      uratio    ect for      ame: '..    me'";
    fie($er.
.

my .    h = Vin.    >new(c.    ct=>$c.    abase=.    atabase
my $csv     t::CSV_    w;
.  ($curr.     $gscin      $sth.    gsc, %.    fields,    ds, $po.    .
    r_idfi.      firstli    fieldty.
        ind_dat.    d, $dp.      id, $b.    v_type_    houndar      t_id, %.    ds,
.   scid, .    olumn_i.     splay_n.     $value,    mat_id.      name);

# ge.     ll fie.    s from    irst li.    the dp.    da_sum.    4.dat
```

```
  osition
       (IN1,          aFile"),
     h    (<IN1>,
          no $_;
          ds = sp       /, $_),
       fc    my $f.    @fields
             field.   field), osition,
        }
        last;

 c.      N1;

#get    he posi.    of the   lds in    ta file
$first.       1;
  pen(IN2,    da_kpi_.    txt"),
     le (<IN.
       if ($fi    e) {
          $firs.    = 0;
       se {
          homp $_,
             rr_gsc
             csv->pa.   curr_g
             ields =    >fields
                inforet  elds[1,   igsci     fields[
                foref->.  ds[1]}-   nositi    $data_t.   'Sfields
             $i    s{$fie    1 = 1;

     }
 .
    ose IN2
     fields{,    leid} =
      elds{ye    1;
$.     ds{stus    1;

#prep.    the ha.   contai.   cator n   nd the.   els wh.   ll be u.
to pop.    display.    in ino    n table
$firstli.    ;
    en(IN2,    x_meta.   hmda.da
     e (<IN2>
        c ($firs.    { {
          $firsti    0;
        e {
           mp $_;
             csv->pa.   '_)) {
             ields =    >fields
             olay_na.   (fiel   } = $f.   9];
             lay_name.   fields   =~ s/,,
             $,   ids{lc   ds[3]),
          if    fieldsl.   m/^Apc.   | (lc(s   [7]) =   ercent ,
(lc(s    s[7]) =    ercent
             $fc    ids{lc(.   s[3])}
          elsif    fieldsl.   m/^Ado   ) || (i.   lds[7],   / dolla
 || (lc.    ds[7])    income
             format_    (fiel   t = 2;
          }    c (lc($.   7]) =~   tio /)
             at_ids    fields[3   3;
          }

       }

   }

  e IN2;

  aring a    to cont.   ndicato.   s and t    types w.    will be    to
c.   the di
$f1.   e = 1;
open.   "<hmda_.   oes.dat
```

```
ile (<                    {
    if ($f         ne) {
        $fir        = 0;
    lse {
        homp $_
        ($csv-         ($_))
            3fields      v->fie
            fieldtyp  fields[0,    fieldsl

    }
}
clo        ;
# Rea        the dat        and g      ing the     script       at file.     data t
and in      mn tab
  firstl
    n(IN1,       aFile
      OUT1        leName.
     JT2, ">,     ighosh,      /hmda/       Name.da
  op       3, ">/h     nhosh/lc     mda/inc    leName.
whil       11>) {
# Gene      n the C     TABLE s     ent for      table
    if (     tline")
        p.     OUT1 "D    BLE $sta    re;\n";
        pr     1 "CRE    BLE $sta    ne (\n
        prin              ndary_      d   cha       r varyi    ,\n";
        print             dary_ty     inte       ";
        rint O               nd_id      er";
        mp $_;
            = $geo      prepare    T NEXT    ind_da     seq')");
            execute
        $i    aset_i    th->fet    arrayre      0];
        if (    parse    {
            @     = $csv    lds ();
            for    y $fie   ields)
                 ($field,   geosca       {
                t OUT1
            } el    lc($fie    coun         ($field,    inte        ))
                pr     T1 ",\       "       eld)    haracte
    ing(100,          lsif (   field) e   fid') |    $field)    nsapma9
(    eld) eq          d')             |    field) e   unty')     ($field    uplace
|| (1    ld) eq      05') |,   $field)    netrod0
                OUT1    .   $field)    charac
  rying(          } else
                print        ",\n       " . lc(    d) . "
$.    vpes{l      ld)};

# Gen      ng the      file for      olumn
            $su    eodbh->      re("SEL    XTVAL   column_      ");
            $sth-    ute();
            $ind_c     id = $s     tchrow     ref()->
            f (not     ($idfi     ($fie     {
                $db_n    lc($fie
                rint O
"$in      mn_id,         ataset_    h_name,      ay_name    $field),    1,$form
s{lc(       )}\n"     }

                t OUT1       ";

    }
    $first       = 0;
    e {
        ($csv-      ($_))
```

```
                    elds = .        fields
    .pping .     .oscale.       and 12      .ro0S a.      .ro0Sd a     .t there
e.    .g data.        if      fields[.     .1) || .   .ds[0] =   .) {
$fiel..     .infore.    .fields[.    .ldposi.    .
                $bou.     type_i.    .scinfor.    .fields.    .kpigsc.
            $sth = .dbh->pr.   ."SELEC.   .ound_id       .boundar.   .ntifier
  . bound..    .it_id .    .d bound.   ..pe_id =
                  .h->exe.    .boundar.   .t_id, $.   .ry_type.
                  .e = $.   .etchrow.   .ef();
                  .und_ia    .lue->{o.   .d_id};
        i.   .lds[0.    .) {
                  .ound_i.
        }
      .nless    .bound_.
            prin.         .n't f.   .n_bound.   .r geosc.     $fields
b.   .v type .  .ary_typ.   .bounda.   .t id $b.   .y_unit_     .
        }   .xt;
        pr..    .2 $bou.   .unit_i.    ";
        prin.       $bound.   .oe_id .
        print .    .dp_boun.
          .oreach   .eld (@.    ) {
              if ($.   .q ".")
                  $fi.    ."0";
              .t OUT2    .ld";
        }
        print    "\n";

}
print      "COPY .     .ame FR.   .ome/ig.   .ocal/hm.   .bleNam.   . DELIM1
    .,.;\n",
    .rint OU.   .SERT IN   .d_datas.   .d_datas.   .series.   .table_.
    .play_nan.  .eation_    .publis.   .ata_fi.   .lpath,
    .OUT1.   .
    .a_file.   .th, st.   .options   .te )\n".
pr.   .T1 "   .UES (.   .ataset_.   ., '$tab.   .', 'Ho.   .tgage
Disc.   .Act (Fe.   . Finan.   .nstitut   .xaminat.   .uncil)   .(), 't
'/usr/   .shared/.   .ing/da    .s/$datar   .\n";
    .rint Ou   .to_date   .artDate   .vy-mm-o.   .o_date.   .Date',
    .vy-mm-.   .Federa.   .ncial .   .utions .   .ation .   T',
    .-/local.   .d/dpsta.   .dataset   .x_meta.   .da.dat   .ta impo.
    .delim   .'Impo.   .);\n";
pr.   .T1 "CO.   .COLUMN   .column_   .nd_data.   ., db_na.   .isplay_.
for.   .y, for.   .for_cha.   .rmat_.   .M
'/home.   .sh/loca.   ./ind_$.   .ame.dat   .MITER   ";
.lose I.
.ose OU.
    .e OUT2.
    .OUT3;

# c.   ./js/co.   .ism

.<flag.
    .t => '.   .nexpir.   .ler'

    .flags>
    .r>
.   .enab   .Cache .
</.

/* ---       -------       --------       --------       -------       ----his
```

```
art---    -------    --------    -------    --------    '
ese tw    are re    d to sy    tory/co    '
istoryb    ndPres    false;
va    toryCa    Trigger    false;
win    load =    ryInit;
funct    istoryl    {
    lHisto    tialize
    history.    istener    oryCall    );

ion his    xtract    omLocat    location.
    var m    /^h_(    ePage|    e|chart.    .exec(    ion );
    return    h && l    length    ch[0].    >= 2 )
matc    ubstri    : '';
}
function    ryExt    aFrom    on( loc    ) {
    v    a = Ob
    var    string    tion.s    ing( lo    .indexc    ) + 1 ),
    var    = key_s    split
    for( i    i < pa    ngth;    {
        air = p    ].spl    );
        d    ir[0]]    r[1];

    data;

ion his    et( pag    a ) {
    if( p    '    false;
    var anc    '#' +
    r pairs    ray();
    ( var    ta ) {
        if(    i] !=
        s.push(    '=' + a    );
    }
    var    tra = p    ioin('&
    if( ur    a !=
        += '    l_extr

    lHistor    ancho    e );
    ar i i    )
        if( da    == ''    a[i] ==    fined'
            ryStora    ove( i
        e
            his    orage.    data
    istorySt    put(    page
    urn tru

nction    ryCallba    ocation    ation_o    {
    his    allback    red =
    if(    YDPCobr    sent =    se ) //    reset    k here
dp    nd wil    ll this    ion wh    obrand    tialize
        n;
    locat    '' )    t
        DPC    .showP    orofil    ' );
        hist    lbackTr    d = fa
        return,
    }
    var p    history    ctPage    ation    tion );
    if( pag    '' ) {
        and.sh    ( DPCob    default.    );
        hi    allback    ered =
        retu
    }
    va    = hist    ractDa    Locatic    cation
    swit    ge ) {
        e 'prot    e':
            hist    splayPr    age( l    n_data,    );
```

```
                    ak;
        case 'ma          :
                    h.        Display.    ne( loca      data,  u
                    bre.
                    'chartP.
                    histor,     ayChart.     locatic    a, data
                    reak;
            defau
                    brand.s.    ne( DPCo.      default   );
        }
        istoryc    kTrigg    = false,
    }
    functio    toryDis,   ofileF.   locatio,    data ,
            .    Cobranc    ntPage       && DP      d.curre.    != 'p      age' )
                    Cobranc    Page( D.   nd.curi    ne ).hi.
            }
        DPCobra.    lePage(      lePage(
            r p = b    nd.get.   profil    ');
            typeof   'places    undei     ) {
                    var   Cobranc    age('p    age');
                    var c,    s = p._   dget.g.   s();
                    var h_p.   = new S.  datal    s] );
                    laces.   laces.s.   ');

                    ve
                va   places    ay();
                for,    i = 0;    places.    h; ++i
                    h_plac    dexOf(    es[i]        )
                    exp    s.push,   ces[i

            exp_pl.    length )
                var   = p._pr.  able.ge   ns();
                for(      = 0; i    .lengti,   ) {
                    xp_plac    dexOf(     ].name    0 ) {
                        p._pr.   able.re.   lumn(     ].name
                        _areawn.   oldRem.   a( cols    ame
            }
            o._pro.   ble.ret.   );
        }

        //Add
        r new_p    = Arra.
            ( var i(   i < h_    .length,    )
                if(    $/.tes.   laces[1    c_plac    dexOf(
    h_pla.    1 ) < 0
                    laces.le.    laces.p    h_places.    :
        if( n   aces.le.    laces {
                    var i    < new.   s.lengi    )
                    p._a.  et._o.   rea( ne.   es[i] ),
                    p.   Widget.   Area(),
    }

    nction .   yDispl.   age( lo.   _data,    ) {
        if,    brand.c.   Page !=    DPCob.   urrent.   '= 'mapP.    {
            Cobranc    age( DP   d.curre    ) ).hi.
        }
        //Place   ndicato.   ired
        ( type.   a['ind.   '] ==      ined')
```

```
                || (ty,     data['p,      ] == 'u,    ed')
                || (!/^\,     test( a,     indicato      )
                    (!/^x\.    est( da     laces']
         ) {
                 ,     and.shu       ( DPCob,    efault,
                   re
             e {
                 DPCob,      howPage      Page');
         }
         var p   Cobran,     Page('ma,    ');
         var ma,      getMap
         ar  lege,    n.lege,      et._dpL,

      ,      dicator
        ,     dicator        v DPInu       r( data,    cators
        DP.    addLis    indica,    dataloa    nction,
           f( typeo    a['per     ] != 'un   ed' && ,    !$/.tes,
  ,    neriods     {
                    ind,      setAc     ar( data    riods']
            if,      of data,    r'] !=    fined'
                      ndicato,    ctiveC    data['c      ] );
            }

               f( typeo,     ['nbran      != 'un      ed' ) {
                    ino     .setAc    Ranges      ['nbran      );
               i     eof data,    ndary']     ndefin       {
                     indicato,    ActiveT,     Bounda    ata['bo      '] );
               }
            map.se     ator(in     r)
              ,   egend.s    icator(i     or);
         });
        '/Map t,     ings o     ,
            ,
                (ty,     data['z,     under     )
                && (,     data[,       != 'un     d')
                && (ty,     data['l,     = 'unde.     ')
         )
                ,    cente,   om( new     Lng( da     t'], a     ng'] ),
  da     '] );
         } else {
                var,     e = ne,     ace( da     laces'],     tion(p)
                    p.cent,    lace(p);
           } );

               f( typeo,     ['z']'      ndefine
                      map,    To( dat       '] );
      }
function,    toryDis,     hartPag,    ation_,      data )
        Cobran,     entPage       && DP,    d.curre,    != 'ch      e' )
        DPCobr,    tPage(,    and.cu,     Page ).h
      }
      DPCob,    howPage,    artPage
      if( typ,    ata['pl,      == 'un     d'
            eof data,    icators     unde
            f data,    nds'] =     efine,
        aler,    ramete,    be mis,     places,    icators,    nds )',
        return,
      }
      var p   Cobran,     qe( 'c,    qe' );
      var pl,     new Su    data['p,      '] );
      laces =     s.spli,    ;
        u_pla,    new Obj,
```

```
for     i = 0;        laces.l      ++i )
           /^x\d      st( pla     ) )
                u_p    r places     = 1;

     r_pla    Array(),
        var i    laces )
        r_pla    sh( i )

if( i.    es.len       {
        c_pla      ._area      getArea
           ve pla
        va     places    ray();
        for    i = 0;     _places     th; ++i
              r_pla    ndexOf(    ces[i]    )
                 ol    es.push    aces[i]
        f( old_+    .lengt
           va.     = p.      getColu    :
           for    i = 0;     ls.len    +i ) {
                 old_p    indexOt    [i].nam    ) >= 0 ,
                     p.r    rea( co    name[0
                     p._a    net._re    ea( col    name[0]
                     _table.    eColum    s[i].na
              }
           }
           p._ta    efresh(
        }
        //Au    ces
        var n    ces = A    );
        for( va.    0; i <    ces.len    +i ) {
              places.    of( r_p    i] ) <
                 new_pla    sh( r_+    [i] );
        }
        if(    places..    ) {
              clearAr
              var i    i < new_    s.lengt    i )
                 p.ad    new_pl    ] );
              p.    sh();

/*
        indicato    ew Str    data['in    rs'] ),
        ors = 1.    ors.sp    );
     va  icators    w Obje
     for(    = 0; i    icator    th; ++i
           /^\d+$/    indic    i] ) )
              u_ind    rs[ in    rs[i] ]
        r_ind    s = Arr
        var i    indicato
           r_ind    rs.push
     it.    dicato    gth ) {

        c_ind    s = Arr
        var i    indicat
           if( p.    cators    true )
                 icators    ( i );

        //rem

        r( var    i <    cators.    ; ++i
           if(    icator    xof( c    ators[    0 ) {
                 removel    or( c    tors[i
                 able.re    w(1);
```

```
                'd
                    var i =        < r_ind.      s.lengt.    i )
                        if( c_.    tors.in      r_ind.   s[i] )
                                    ndicat.      indicat.   );
        }


    ar per.      new S.    data['.    's'] );
        iods =      ds.spl.   );
        _period.   ew Obj.
            ar i =      perio.   ngth; ++
            if( /^.    /.test.    ds[i]
    }
                    ods[ p.    [i] ] =
    var r_p.    = Arra.
        r( var    _perio.
                r_.   s.push(
            period.   th ) {

            ar c_p.      = Arra.
                r( var   _perio.
                    c_p.   .push(

            //. Perio.
            var    eriods    .y();
            for(     = 0; i     eriods..       : ++i
                    _period.   exOf( c   ds[i]   )
                        old_p.   .push(    iods[i
            old_pe.   length
                    var    p._ta.   tColumn.
                    for(    = 0; i    eriods    th; ++
                            var i =    < cols.   h; ++j
                                if( c.   name[1.   ld_per.   '] ) {
                                    ovePer.   ld_peri.   );
                                    p.   e.remov.   mn( co.   name

                    }
                    _table.   sh();
        }

        'Add Per.
            new_pe.   = Array
                var i =    < r_pe.   length;
                if( c.   ds.inde.   _perio.   < 0 )
                        eriods..   r_perio.   );
        if( .   riods.l.   ) {
                    var i    < new_   ds.leng    i )
                        p.ad.   ( new_   ds[i] ),
                    p.   sh();

*/


        //b.    image
        if( .   f data.   By'] !=   efined.   typeo.   'colorb.   =
'.   ned') &   eof dat.   itBy']   ndefin.
                /^x\d+$,   ( data.   By'] )   \d/.t.
data.   By'] )
```

```
            $('char   ').src         $co->{u   } %>a}       rtImage
                                      ?column     + data        ators
                                      laceKey        data['   ']
                                 +    iods=         [peri
                                 +    nBy=' +       groupb
                                 + '&u   v=' + a     olorBy
                                 + '&li   ' + dau    itBy'],
            }

    }
    /* --    -------    ------     --------    --------      ----hi
    end---    -------    -------    --------    --------         */

      DPCob      {
      s : {},
         ntPage
    a     Page :       lePage

    load      tion()
        DPCob   ddPage(    ge', ne    apPage    age', '    ');
        PCobra   tPage('   ePage',    PProfi   ('prof   a', 'Ne   hoods
        iles')
        brand   e('char   ', new u   tPage(   age', '   nd Char
         and.ao   ranks   new DP   age('r  ge', 'k   s'));
    //     rand.p   w Peri   Execute   ction(
    DPCob   andlePe   nk(); },   50);

             /    -------    --------    -------       ory
      t----    -------    --------    -------- */
              hist   obrand   t = tru
              var cu   locati   new Str   htmlHis   etCurr   ation()
              if( his   llback   ed ==   {
                 h       Callbac   rrent_   n );
              se if(   nt_loca   length >   f //boo   access
                 hist   lback(   nt_loca
              }
         }
              Cobran   wPage(   and.de   ge );
    }
         /* ----    -------    --------    ----- *,
    end-    -------    -------    --------    ----his

      $('me    ').appe    d(DPCol   etMenu

    .     permal    functio
    //     ath = u   locati   hname   '/');
    //  v   e = pa   h.lengt   oLower   ;
    swit   e) {
    case
    case 'p     ':
        PCobran   wPage(   lePage',
         eak;
          'map':
         and.sh   ('mapPa
    ,
         br
    case     ts':
        DPCob   howPage   tPage',
         break;
          se 'ran   ':
         obrand   ge('ran   e');
         ':
        de
```

```
        DPCob.        showPage        filePag
        break;

}.

addP      functi    eName,         {
    DPCob.    ages[p    e] = pa

    ap : fu     () {
        n DPCob    ages[    e'].ge       ':
},

showP      functio   eName)
    if (DP   d.curre    e == p      e) retu.
      or(var      PCobra     es) it      pageNa
        PCobran    s[p].h
          rand.cu      Page =      me;
        D    nd.page    eName]..    ;
} ca      {
    thro
}


g    : fun    pageNa
    r   PCobra   es[page     :
},

etMenu    ction()
    r ul =      ent.cr    ement('
          lassNa.      DPMenu
          ar p il    brand.p      {
          = doc     create    t('li'),
    l      HTML =      rand.p   ].getCa,      ();
    li.     ame =     uItem';
    li.on     = DPCo    _makeMe    (p);
    ul.appe      d(li);

        rn ul;

}

_mak   tem : t    n(page
    retu    tion()
    DPCob   howPage     :

},

var L   age = C    reate()
Object.   d(DPMa   prototy    Page.p    e);
bject.e.    DPmapP   rototype,
    Widget        l,
    ndWidg    ull,

i.    ize : n   n(id)
    DP   rototyp   tialize   (this,    ents);
    var    new DP   cument.    ementBy   p));
    map.a   ure(DP_   RE_LAYE,    DARY_DY        ;
    map.ad   e(DP_F   LAYER    DYNAMIC
      p.addc   new DP   oomCon      ;
        addCon    new DPCo    entCon    );

/,    ide ma    er for    y
va    rySeto      = func    oomdir
```

```
var     ation =      'History    urrentL      n();
if(     ion ) {
        data =     oryExtr     aFromL      ( loca      );
        (typeo      places       'undef
        && (      /.test      'place
        && (ty      ata['in     rs'] !=      efined'
        (/\d     st( dat    icators
        (typeo      'perio     = 'unde      )
        /\d{4}       data[    ds'] ))
                {
            va     ms = Ob      );
        para   aces']       a['place    rs'];
        params    icators    data['in     rs'];
        params[    ds'] =     periods
        typeo     [`color     undef      )
            par    color']    a['colo
        eof da    branges     'undef      )
            params    nges']     a['nbra    :
        if(      data    ary'] :    defined
            ams['b    v'] = a     boundary
        params[    = map.    mLevel
        cente.    p.get    atLng(
        ms['la    center.
        s['lng    nter.l
        h     set( 'h    ge', p      );

};

var kaN     ap.kaN
    r zc = .    etZoomC     ();
    sc = z    erConta

ka    ldOnMou     = kaNav.    seup;
kaN    ouseup     ction(e     );
        rySeto     );
        k    oldOnM      (e);


    ldOnMous     sc.onm      n;
    ouseup     tion(e,
        .oldonh     n(e);
        torySet     );
}

    oldzoo     zc.zoom     lick;
    oomIn.    k = fun     map,      {
        zc.old     ( map,
        istoryS    oom();
}

zc.old     t = zc.    t.oncl
    .zoomo     lick =    ion( ma      ) {
        .c.oldzo    map,
        toryse     m();
}

this.     map;
var se     this;
PEvent.    stener(    ap, 'i    orchang    nction      {
        sel    ndwidge    ndicat      );
        self.    widget.    );

D     addLis    self.ma    emovein    r', fu    (ind)
        f.legen    t.hide
```

```
         roject,        import.

    St        id => 0
  $ds
  $cid
  $all =>
     %args>
         it>
         h = '';
             d and n      ble_io
       m        0 = $ge
  ind_c        id=?")
     $sth      cute($c
     if (my      $sth0-    hrow_a    f()) {
        $dsid     ->[0];
        rint "      t ID: S    R>\n";
        se {
           t "No 1.    lumn ava    e with      id<BR>\.
     }
  }
   f ($ds        not $t      d) {
     y $sth      eodbh->      re("SEL      from o.      table.      datase       ");
        th1->ex       ($dsid);
        $tb        fetchr    href(),
        le_id      >{table
     } e.       "Table      table_.    \n";
       pr      uploa      taset t.    vailab.    datase    $dsid<B.

        able_1
        th2 =       h->prep.    SELECT       offlin    e WHER.     e_id=?.
  S_        execute    le_id);
  $tb      h2->fe.    hashr
    prim      le: $tt    me}<BR>

     $base =     ~/loca'.    d/dp/ta      $table_

      tes = (     s.outp    Resul       import.    r addr.    or ino.
  ro.     nore er.    bout    or table    existi    NOTICE    t impl
  sequ      or index
             regi    tput'    sults o.    rting y    egions    Ignor.
  errors      indexes    ble d.    $table_      t do no    t");
       at for      t into t    tabase

  inc.     any \"     .dat" =    ions c    ed from    origina    table.    s
  geogr.     .");    up\" d    at has     aggrega.    higher    1

   v $MAXL.     ($all     00 : 10,
     init>

       tyle="p.    :10 20
  %      h my $t    ints.ou    'region.    ut','p    dat','    dat')
  %         en(IN,    e/$f"))    ine=0;
  %
  <P>
     ./com,    r, tit    f, leve    >
     notes{
         >
  %        hile (<.    r
  %        if ($l      $MAXL.    {
  <TR><      span=3.    vle="te.    oratio.    rline"    "<% se    (r,all=
```

```
      project,       import.

      $t.      id => 0
      $ds          n
      $cid =
      $all =>
        %args>
        it>
        h = '';
   i    d and n   ble_ia
      m,     0 = $ge       prepa    LECT in    set_id       nd_col       ere
   ind_c      id=?")
      $sth  cute($c
      if (my    $sth0    hrow_a   f()) {
        $dsid   [0];
        print "L    ID: $     R>\n";
       se {
        t "No    umn av    e with       id<BR>\.
    }
   }
   f ($ds.    not $t.    id) {
      my $sth.   eodbh->    e("SEL    from o.    _table    dataset    ");
      h1->ex    /$dsid),
        $tb =    fetch    href(),
        le_id   {table
      } e.     "Table    $table_    \n";
      } pr.    uploa    taset t.    vailab.    datase    $dsid<B.

      table_r
      th2 =    h->prep.    ELECT    offlin    e WHER    e_id=?
   $.    execut    le_id);
      $tb    h2->fe.    _hashr
   prin    le: $t    me}<BR>

   $base =    /local,    d/dp/t    $table_

   tes = (    s.outp    Resu    r addr    or ina    l
   ro.    nore er.    bout    or table    existi    NOTICE    t impl
   sequ    or index       sults o
   errors    indexes    ble d    table_    rting y   egions    Ignor
         points.    "You    do no    t"
   at for    t into    tabase    inal da    le, con    'to a    parate

   inc.    any \",    .dat' =    ions c    ed from    origina    table.    s
   geogr.    .");    up\" d.    at has    aggrega,    higher    l

   v $MAXL.    ($all    00 : 10,
      init>

   s    tyle="p    :10 20
   %    h my $t    nts.ou    region.    ut','p    dat','    dat')
   %    en(IN,    e/$f"))
   %    en    ine=0;
   <P>
      ./com,    r, tit.    f, leve.
      notes{\
      >
   %    hile (<.
   %    if ($1    $MAXL.    {
   <TR><    span=3.    vle="te.    oratio.    rline"    "<% se    $r,all=
```

```
        ">Show          </a></i.       >
                }              +;
%          )c) = s      '\t/);
<TR>
%   my         );
%   fore.    )c) {
    p style   ding-r.     x; bor.      ttom: 1.        id #f0.        vertica.    n:top;
      -famil.     ; font    :10px"       =~ m/^.    ? 'alig     ht' :  .
        if ($f    egion.    nd $co.  {
%      First     s dp_b.     d: disp.     t as a .
%      my $p. =    Place-    romDpBi.       $_);
%      (ref +
%             = "$.        TD sty  font-si.    x\">($p.    e})</TD.
      }
      %>

%       )l++;
%   }
</TR>
       }
   TABLE>
       close

%
</d.
# aja.     .html

  args>

     results    .
</
<%o.
use A.   .:Const.      w(OK);
use JS.
my $what.    ength .
   %once>
      it>
.      at = $s.
d.       UT TOO .    " .    . $what      > ' .    max_le. .   f lengt.
$wha.       $what_.    ngth;
$m->c. .  uffer;
$r->co.    ype('te.    in');
   ->send.     header;
    output
.    on = n.    N(prett.    ., auto.   > 0);
my.      t = su.    $what, .   ($what,    + 1); .    up str.   ter la.
sem.
$inpu.      <@^\s*(.   -*$@$1@;
if( $i.   {

   my @.    okens .   t ' ',   .;

   v $quer.    lt_cou.    :
      %unique_    = ();
      word_pa.   oin ' o.    ap { '        * input_t.
.      ish_cma    o->{sc.   sePath},        e -f .   input_t.
display.  asc -p .   y_name   word_pa.       geoSwis.   Path} .
    open      TS, "-.    exec(s,     ', $s.   nd )) .    "ERROR      TSHING
\n";
   for my .   <RESUL   {
      chomp     ;
      next u.    $line =    d+)\si.    \s"id=.       \s(\d+.    *)"$/;
      v ( $ia.   d, $id.   , $des.   on ) =       $2, $.       $5 );
```

```
              ip = 0;
        fo.    token(        t_token.
                $token,
            u.      $descr.      = ~ /$.    i ) {
                    . = 1;
            }

        ne.    $skip;

        if( .    $uniq.   t{$desc.    on} && .   e_what.   iption,   )
            next,
        lse {
            unique_.   $descr.   = 1;
        }
        las    +$quer.   lt_cou.   $max_re.
        push.   ut, [.   iption.   .,  .

#       RESUL.
        STDERR      ->objTo.   @outpu
    init>
    ison->o.   on(\@o.   %>
.   t/auto.   esugges.


/**
 * An a.   gest t.   contro
 * @class
 * scope .

fu.   n AutoS.   Contro.

/*:H.   tEleme.                   xtbox
                oPr.      /*:Su.   nProvi.
                            ) .

    /**
    * The cu.   v sele.   uggest.
    * scope p.   .

    t.   r /*:in.   -1;

    /**
    * The     own lis.   r.
    * @scop.   ate
    layer .   :

    /*
    * S.   ion pr.   for the   sugges.   ure.
    * sc.   ivate.
    */
    is.prov.   *:Sugge   rovide.   oProvi.

    .
    * .   textbox   nture.
    * .   privat.   nture.
    */
    this.te.   /*:HTM.   Element   nTextbo.

    nitial.   contro
        init();
```

```
 /*
  * suggest       or more   estions    hat the    has ty
  * .     suggest     are pas      , then .    osugges    urs.
  * @s      rivate
  * @par   uggesti    array   ngestio    ngs.
  * @param    eAhead    e contr    uld pro    type a   suggest
  */
     uggestC      .proto.    utosugg    functio   uggesti     *:Array
        cur =                                    eAhead    lean*/
   if    sure t    at le   e sugge
        gestio   th > 0
            TypeAhe
            typeAh   uggest.   ]);
        }
        this..   ggesti   uggest.
      se {
        his.hide   stions(
    }
  ;


     ates t    odown i    o disp.   ltiple     stions.
 */
AutoS.    Contro.   otype.c.   ropDown.   nction

    var u    = this;

      //create    layer a    ign sty
      s.layer    cument.    eElemen    ");
        ayer.    ame =     stions",
        ayer.st    isibili    hidden
   th.    er.sty    th = th    tbox.o    idth;

   //when    ser c    n the a    estion,    he tex    erHTML
   //and p.    t into    tbox
   his.laye    usedow.
      s.layer    eup =
      layer.o    over =    ion (oE.    {
      ent = o    || win    ent;
          et = o    arget    vent.sr    nt;

      it   nt.type   ousedo    r
           textbox   = oTa    firstCh    deValue,
        o     ideSugge   s();
      else    vent.ty    "mouse    {
      oThis   lightSug   n(oTar
      se {
        his.te   focus(),
      }
  ;


};
     ent.body   ndChild   layer),

  *
   ets the   coordi.   f the u   x.
     cope pr.
   urn The   coordi.   f the t   in pi
 */
AutoS   tContro.   otype.g   = func    () /*:    {
```

```
    ar oNode    this.tex
        = iLeft

    ,    oNode.     e != "B      {
          t += o    ffsetLe
               = oNod    setParei.
    }

        turn iL.
};

/**
 * Gets     op coor    e of ti.   tbox.
 * @scope    te
   @return      op coor    n of th.   tbox in    s.

A.   gestCon     prototyp    Top = .   on () /    */ {

    v    de = t.   xtbox;
    va    = 0;

    while    tagName   "BODY")
        iTo    Node.ot    p;
        oNode   de.offs   nt;

    re    Top;

    dles t.    eydown    .
 *    e priv.
 * (,    oEvent    vent o.    for the    wn evel.
 */
AutoSug    ntrol.    ype.har   Down =    ion (o.    /*:Even.    (
    switch    t.keyCc
        case    /up ar,
            th    viouss.   tion();
            brea
     se 40: ,    arrow
         this.ne.   hestion
            reak;
        c,    : //ent.
               hideSug.   ns();
            L

};

    **
    Handles     events
        cope pr.
        am oEve.    event    t for t.   up eve.
 */
Autos    tContro.    otype.    KeyUp =    ion (o.    /*:Even.    (

    var    de = o.    keyCode.

    //for b.   ce (8)    lete (.   hows su.   ons w.   typeahe.
       (ikeyc.   8 ||    de == 4,
          this.p    r.reque.   estions    false,

    /,    sure no.   interfer   h non-c.   er keys
```

```
} else    iKeyCo      ? || (iK    e >= 33       eyCode       || (iK     >=
  && iKey    <= 123),
       //ig
       se {
         request     estions    the su    on prov    ith ty    d
         s.prov    equestSu    ions(th.    ue);
  }


  .     s the s    ion dr    .
 *      privat
 */
AutoSug   ntrol.    ype.hi    estions    ction
    this.    style.    lity =    en";


 /
 *     ights t   en node    he sugg    s drop
 * @   rivate
 * @pa.    Suggesti    e The n    resen    sugges.    n the o    n.
 */
   oSugge    rol.pro    .highly   ngestic   nction    estion    {
     for (va    i < th    er.chi    s.leng    +) {
        var o    this.    childNo    :
        if (oN    oSugge    ode) {
           oNod    sName =    ent"
           lse if    .classN    "curr    {
           Node.c    me = "",
        }
     }


/**
 * In    zes the    box wit    t hand    or
 * auto    st fun    lity.
 * @scop    ate
 */
   Suggest    .proto    init =    n () {

      ve a re    e to t    ject
      his = t.

    //a    the onk    vent ha
    this.    x.onkey    functio    ent) {

        //ch    the p    locatio    the eve    ect
        if (!o    {
           oEve    indow.e

        /   the ha    yUp() m    with t    nt obje
           oTh    ndleKey    ent);
    :

        ign on    event    er
        textbox.    own =    n (oEve
           k for    per lo    of the    object
           vent) {
              t = wi    ent;
        }

        /call t    dleKeyD    method    the eve    ect
           is.hand    own(oEv
```

```
        };

        //assign       r event       ler (hio       ngestio.
              .textb      lur = 1.       n () {
              this.h.     estions
        };

        //cre     he sugg      ns drop
        this.cr     ropDown.


/**
 * Hi      ts the       sugges       n the o.       m and
 * plac    e sugge      into t.      tbox.
 * @scope     ate

      uggestc       l.proto.     extSug      n = fur      () {
          cSugg     Nodes =        layer.     Nodes;

        uggesti      s.leng     && th       < cSug      nnNodes.     h-1) {
             oNode      gestion.     ++this
             highlig     gestion     );
         t.  xtbox.v      = oNode.    Child.    lue;
        }
      }

/**
 * Hi      ts the      ous sug       n in th      ndown a.
 * plac     sugge      into th.     box.
 * @scope     ate

      ggestc.      l.proto.     revious.     tion =      ion ()
          cSugge     Nodes =        layer.     des;
          Suggest     des.len      0 && tu       r > 0)
            oNode       ggestic     s[--thi       ;
            highl.     ngestio     e);
        c.  extbox.     = oNoc      tChild.     alue;
      }


/*
 *       s a rang      text i.       textbox.
 * @s.     ublic
 * @par.      art The       index      0) of       election.
 * @paran.      th The      r of ch      ers to       .

      uggestc       l.protot      lectRa.     functio      tart /*.     . iLeng
/*      7) {

      //      text ra      or Inte.     xplore.
      if      .textbo.     teTextb      {
          ange =       textbox.     eTextR      ;
          oR.   oveSta.    aracter      art);
          oRan.   veEnd(     ter", 1      h - th.     tbox.va.     ngth);
          oRange      ct();

          setSele      Range()     ozilla
      }       if (thi.     box.se     ionRan.
          textbox.     lectio.     (iStart      ngth);
      }

      //set fo     ck to t.      tbox
        s.textb     us();
};
```

```
//o     dden to      selecti     back
self.     ousSugg       n = func        les) {
          cSugges      des = u       ayer.ch    des;
          Suggest.    es.leng      h && th     > 0) {
              var on    cSugge   des[--     ur];
              this.hig   +Sugges    Node);
              is.text   lue = o      irstCh    evalue,
                 this.se    nCallba
                    this.    tionCal     oNode.     ;

      ;

      .enable    head =      TypeAhe
      ajax s   roblem     nid rep   xt.
  se    ndleKey    functio    ent) {
            ar curS.    his.te    value;
            curSt   his.pre
                 retu
          t   his.pre    curSt.

              var     de = o    keyCode
              if( i   e == 32
                  ore spa.
              else it     Code ==      iKeyC    46) {
                  th    vider.r   Sugges    this, i
              if (i   e < 32       eyCode    && iKe     < 46)
  (iKey    = 112 a    vCode <     ) {
                  '/ignore
          } els.
                  provid   uestSug    ns(th
  enable    ad);

      ;

      erride    support    data nu    n this    we can    reuse
 arent's        ion.
      se   ent_ty,   d = se.   eAhead;
      sel   ahead =   tion (s   tion) {
              sSugg   .toLowe    ).index
  th    xtbox.va   nLower.    ) < 0 )
                  retu
          th.   ent_ty    d( sSug    n );

      //o   dden to    e json    resu.   he firs    uestion
 st is a    selecte.
      self.a   ngest =    ion( a   tions, t   head )
          thi    = -1;
          if (a   tions &   gestio.   ngth > t.
              if    eAhead
                  is.type    aSugge    [0][0]),
          }
                  all se.   nCallba    the fi.   ggestio.
              this.se    nCallba.
                  this.    tionCal    aSugge    s[0] );
              th.   wSugges    aSugge    );
          e {
              this.h   ngestio.
          }
      };

      '/Overr    to hand.   n array    ts - e   ggestic   l carry
 addit    data
```

```
s       owSugge         = func       (aSugge      ) {
          ar oDiv       ll;
        is.laye    rHTML =        //clea      ents ot        layer
           (var i          aSugge        .lengt      ) {
                oDiv        ment.c    lement(       );

oDiv.ap     ild(doc      .create     de(aSug      ns[i][

                ke eac    estion         data
                ata = a.        tions[

                this      .appen      (oDiv);
          thi       r.styl     = this      ft() +
          this.      style.   (this.       ()+this.   ox.offs    ht) +
     ;
          his.laye   le.vis.     v = "vi      ";
       };

     Overri      call    ionCal.    - there      ething     with t
       is func    must be    d agai      .
         createD     n = fur      () {
           var o     this;
          //create      layer a     ign st
          is.laye    cument.     Elemen    ");
          layer.    ame =      tions
          layer.s    isibili      hidden
         th    ver.sty     th = th      tbox.o      width;

         //whe    user c    n the     estion,      the tex.    erHTML
         //and p     it into    tbox
         is.laye    ousedow
         s.layer.    seup =
         layer.o     over =      ion (oE      {
               oEven    vent ||   w.event
               Target    ent.tar    oEvent    lement;
               (oEven        == "m    wn") {
                   oT      xtbox.v      oTarge    stchil    alue;
                   oThi    Suggest     );
                   if( o    lection    ck ) {
                       select.    lback(o     .data

               } else      Event.t    "mouse      {
                     highli    estion     et);
                 se {
                     oTh    tbox.fo

                 }

       ent.body    ndchil       .layer),

         create     wn();
           self;

**********     ******      *******       ******      *******      *******     ****
        */
/*.
   *  1      ersion     oremot     st
   */
function.     AutoSug     ntrol(     box, oP.    r, sel    Callbac.
        v     f = new     AutoSug     ntrol(     box, ol     er,
     ctionca      )
           retu     f;
}
/**      *******      *******.      *******      *******.      *******.     *******
*****
```

```
/*
    Place v_____ of aut_____tesugge____
        genera____ differs _____ Topics _____ e of th_____ ____lation ____lay
func_____ hereAu_____ _____estCont_____ _____nTextbox_____ _____ovider, _____tionCa._____  ) {
        self = _____ _____aseAuto_____ stContr_____ _____extbox, _____ vider,
    _____electi_____ _____back, _____ :

        //o_____ _____dden to _____ populat_____
        self._____ _____uggesti_____ functi_____ _____uggesti_____ _____ _____
            _____layer.]._____ _____ML = " _____ _____clear c_____ _s of th_____ _____er
                fo_____ _____ i=0; _____ Suggest._____ _____length;
                    _____Div = _____ _____nt.crea_____ _____ment("d_____
                    _____iv.data _____ _____uggesti_____
                    _____nSpan = _____ment.cr_____ _____ement('_____ );
            \_____ _____eft = _____ _____nt.crea_____ _____ment("sp_____
            va._____ _____ht = o_____ _____nt.crea_____ _____ent("spa_____
            oSpa._____ _____sSName _____ _____an";
            sLeft._____ _____Name = _____ _____t";
            _____sRight._____ _____ame = _____ _____t";
                _____eft.inn_____ _____ = aSu_____ _____ons[i]_____
                _____ht.inne_____ = aSu_____ _____ons[i]L_____
                    _____ append_____ _____sLeft),
                o_____ _____ppendCh_____ _____ight);
                oD1._____ _____ndChil_____ _____n);
                this._____ _____appand_____ _____oDiv);
            }
            this._____ _____r.style._____ = this._____ _____ft() +
            this._____ _____style._____ _____this.g_____ _____)+this._____ _____ox.offs_____ _____ht) +
    _____:              _____is.laye_____ _____le.visi_____ _____ = "vis_____ _____.
        };

        _____verrid_____ _____ call _____ _____ionCall_____
            nextSu_____ _____on = fu_____ _____n () {
                var _____ _____stionNo_____ _____this.la_____ _____hildNod_____
                if (cS_____ _____ionNode_____ _____th > 0 _____ _____is.cur_____
    _____estionN._____ _____length-_____
                    va_____ _____de = cS_____ _____ionNode_____ _____his.cur_____
                    thi_____ _____lightSu_____ _____ion(oNo_____ _____
                    this._____ _____x.value _____ _____ode.fir_____ _____d.node_____
                    if( th_____ _____ection_____ _____k )
                        _____ _____electio_____ _____hack( o_____ _____ata );
            }
        };

        //Over_____ _____ to ca_____ _____ction_____ _____k
        _____elf.pr_____ _____Suggest_____ functi_____ _____ {
                v_____ _____ggestio_____ _____ = thi_____ _____r.chil_____
                if _____ _____estionN._____ _____length _____ _____ this._____ _____) {
                    _____nNode _____ _____ggestio_____ _____s[--thi_____ _____:
                    _____.highli_____ _____gestio_____ _____de);
                    _____extbox._____ = oNo_____ _____stChild._____ _____alue;
                    i_____ _____s.selec_____ _____llback
                        _____his.sel_____ _____Callba_____ _____ode.dat_____
                _____

        /_____ _____idden t_____ _____ selec_____ _____llback _____ _____re's s_____ _____ng wrong _____ _____this
        se_____ _____teDrop_____ _____functi_____ _____ {
                _____ oThis _____ _____s;
                _____eate th._____ _____r and _____ _____styles
                    _____layer = _____ _____ent.cre_____ _____ment("_____
                t_____ _____ver.cla_____ _____ = "sug_____ _____ons";
```

```
        this.         style.v       ity = '        ";
        this.lay    vle.wia    this.tex      offsetw

        ...en the      clicks        a sugg        , get       xt (inn        )
            place        a tex
            t.    ver.onm      wn =
        thi.     r.onmou
    this.        onmouse      = funct.      Event)
                    nt = oE      | window      nt;
            c      t = oEv      rget ||      nt.srcE      ;
            o       = oTarg     rentNode
                f (oEve      e == "m      wn") {
oTarget      ntNode      ]];
                        //oTh      eSugges      );
                    if      s.selec      llback
                    his.se      nCallba
c      t.paren      data );
            } e       (oEve      e == "m      er") {
            } else      is.hig      Suggest      Target.     Node);
            Ise {       nt.t     "mouse      {
                    re this
            }           oThi      box.fo
        }

        nt.body      ndChil      layer),

    create     wn();

se    hlights      tion =     ion (oSu      ionNode
        r (var      i < thi      r.chil      lengt      ) {
            va.     e = th      r.chil      [i];
            if      e == oSu      onNode)
                de.clas      = "curi
            } else      ode.cla      == "cu      ") {
                o.      lassNa       ";

};

    //Overri      call      tionCal.
    f.nextSu      ion =      ion () {
        var      stionN      this.      hildNo
        if (cs      tionNo      ngth >      this.cur
gestio      .length
            v      de = c      stionNo      this.cu
            th      hlights      tion(oNc
            this.     ox.val      Node.da
            if( th      lection      ck )
                    selecti      lback(      data );
    }

};

    //Ove      n to ca      lection      ck
    self.pr      Sugges      funct      {
        v      uggesti      s = th      r.chi      s;
        if      gestion      length      & this.      0) {
            r oNode      uggesti      s[--th      ];
            s.high      uggestic      de);
            textbox      = oNo      a[0];
            1.     s.selec      allback
                    this.se      nCallba      Node.da
```

```
        ret.    ﹒lf;
    ﹐

/***    ******    ******.    ﹒******    ﹒******﹒    ******    ******.
******﹒
/**
    Policy.      such      toRemou    est der.    es must     the sam
       ocol be
        is one u     s from     riginal    the adc    of a cc    k to a
ac    when re
    *    turned    fore a    ngest i    ﹒'ed.
    * @c
    * @sco﹒   ﹒blic
    */
    ﹒tion R      uggesti    emoteu    lection     ck ) {
        ﹒f (type    'HttpRe﹒    != "un﹒   d") {
            this﹒    new XM﹒    equest
            se if (﹒  c Active    t !=         ined")
        ﹒is.http    v Active    ct("MS﹒    mlHttp﹒
        }              ("No XM﹒   equest    t avai﹒    This t    nality﹒    not
    ﹒k.");
        ﹒is.remo    = remo﹒
        ﹒.reque﹒    = 0;
        ﹒elect﹒    back =       tionCal﹒
}

    ﹒
    equest      stions    he give﹒    suggest    ﹒ol.
       ﹒ope pr﹒   d
        ﹒m oAut﹒   estCont﹒    e autos﹒  t contr﹒  provid﹒    estions
    */
Remot﹒    stions.     type.r﹒    Suggest.    funct﹒
            ﹒Sugges    ﹒ol /*:﹒   ﹒ggestCo﹒   */,
            ﹒  head /﹒   ﹒ean*/

    ﹒r oHttp    Reques﹒    ': // th    ﹒p;
        request﹒    ++this﹒    stNum;

    /, ﹒  ﹒ the UR﹒
    ﹒var    ﹒hString    toSugg﹒   ﹒ntrol.te    value﹒    e(/^\s﹒    \s*$/,
    ﹒l");
        var su﹒   his.rem﹒    + enc﹒   ﹒Compone﹒   ﹒rchStr﹒

    ﹒nen con﹒   n to st    ﹒xt fi﹒
        ﹒.open(    SURL ,    :
    v﹒   = this﹒
    oH﹒   readyst﹒    ﹒nge = ﹒    ﹒on () ﹒
        ﹒questN﹒   ﹒me.requ﹒   ) { //    e recen﹒    est has    made,
    ﹒ing thi﹒    ﹒back o﹒    ﹒ttp.abo﹒
            r﹒
    }
        ﹒ (oHttp﹒   ﹒vState ﹒    {
            //eval﹒   he retu﹒  ﹒ext Ja﹒  ﹒ot (an    ﹒)
            ﹒ar aSug﹒   ﹒ns = e﹒   ﹒ttp.res﹒  ﹒ext);
            ﹒me.se﹒   ﹒nCallba﹒
            ﹒me.selec﹒   ﹒allback    ﹒estion﹒
        ,    ﹒ide sug﹒   ﹒ns to ﹒   ﹒ntrol
        ,    oA﹒    ﹒gestCon﹒   ﹒utosug﹒   ﹒Sugges﹒    bType﹒    :
    ﹒.
```

```perl
oHttp      (null);

/     ******     *******     *******     *******     *******     *******     ****
**        /
# b        import      table_       tor_hma

#! /usr,     /bin/p

    strict,
        9I qw(:      oes);
u       dBin qw       );
use     "$bin/..    ib";
use     9in/../.    kp2/li
use Tex      V_XS;

    Vinq::.
        ata::Du
u       nq::C2;
us     ot::Lon

our (      ame, Sa      e, Stab      e, $sta      e, $end

    GIN {
        $confNa      'dpigho
        ataFil      ':
        bleName
}

Ise con      SCRIPT     WS => t      Name=s'      confNa
                        le=s' =.      taFile
                        ta      e=s' =>      bleName
                        star      s' =>
                        endDa      => \$en      ;

use c      nt USAG     <<EOF;
$0 - U      system      in DP

TIONS:
    onfName=      > REQU      Use th      nfigura      n deter.      he dat
    aFile=<      REQU1.     se this      file to      into da
        Name=<r      REQUIK     nad the      into th.      bleName
EOF

Ise lit      v/../..      ?/bin";
    e comm      n;

#        he com      tion re      o use.
###
my $c      inq::C      $confNa

f (! $c
    my $er      = "Unab      create      nuratic      ect for      ame: '$      me'";
    hie($er
}

my $      h = Vinq      >new(co      ect=>$c      abase=      atabase

my $csv      t::CSV_     w;
    ($curr      $gscim      $sth,      gsc, %      fields,      ds, $po
    r_idfi      firstli      fieldty
    ind_dat      id, $dp      id, $b      v_type_      houndar      t_id, %      ds,
$      scid, >      lumn_i      splay_n      $value,      mat_i      name);

# ge      all fie      s from      irst li      the dp      da_summ      4.dat
```

```
    osition
        (IN1,        aFile"),
  ,    (<IN1>,
          o $_;
          ds = s     /, $_),
    fc   ds my $f.    @fields,
          _field   field);    sition,
    }
    last;

c.    N1;

#get    he posi.    of the    lds in    ata file
$first      1;
  nen(IN2,    da_kpi_   .txt"),
    le (<IN.
    if ($fi.    e) {
        $firs     = 0;
        se {
        homp $_,
          r_gsc
          csv->pa.    curr_g.
          fields =    >fields
            inforef   elds[1]    nigscio   fields[_
            foref->    ds[1]-    nositic   $data_t   $fields
          $i   s{$fie.    } = 1;
      }
    }
    ose IN.
    fields{s    leid} =
      lds{ye     1;
$.   ds{stus     1;

#prep.   the ha.    contai.   cator n.   and the.   els wh.   ll be u.
to pop.   display.   in ino.   n table
$firstli.   ;
    n(IN2,    x_meta.   hmda.da.
    e (<IN2>
    c ($firs.   { {
        $firsti    0;
        e {
    mp $_;
        csv->pa.   _)) {
        fields =    >field.
          olay_na.   ($fiel.   } = $f1.   9];
          lay_name.    $fields    =~ s/,/
        $i    ids{lc.   ds[3]),
        if    fieldsl.   m/^pc.   | (lc($.    [7]) =.   ercent
(lc($.   [7]) =   ercent
          $fc    ids{lc(.   s[3])}
        elsif .   fieldsl.   m/^ado   ) || (i.   lds[7],    / dolla
  || (lc.   ds[7])    income
          format.   ($fiel.   } = 2;
      }    c (lc($.   [7]) =~   tio /)
          at_ids.   fields[3.   3;
      }

    }

  e IN2;
    aring a    to cont.   ndicato.   s and t   types w   will be    to
c.   the di
$f1.   e = 1;
open.   "<hmda_.   oes.dat
```

```perl
ile (<1.        r
    if ($f,     ne) {
        $fir.       = 0;
        lse {
        homp $_
            ($csv-.     ($_))
                $fields    v->fie
                fieldtyp   ields[0,     fieldsl.
        }
    }
}
clo.    ;
# Rea    the dat.     and g    ing the    script   at file.    data t
and in    mn tab
    firstl.    ;
    n(IN1,    aFile
        OUT1,    leName.
        JT2, ">,     ighosh/     hmda/    Name.da.
op    3, ">/h    hosh/l    mda/in    leName.
whi    11>) {
# Gene    the c     TABLE s    nt fo    table
    if     tline)
        p.    OUT1 "D   9LE Sta    e;\n";
            pr   1 "CRE   BLE Sta    e (\n
        print           ndary_   d   cha    r varyi   .\n";
        print           dary_ty    inte    .\n";
        rint OU           nd_id    er";
            mp $_;
            = $geo   repare   T NEXT    ind_da   seq')").
            execute
        $i,   aset_i    th->fet   arrayre    r0];
        if     parse      {
            @    ds ();
            for    v $fie   ields)
                    $field   geoscar    {
                    OUT1     $fielo,    inte
                } el    lc($fie    'coun    || (lc    ) eq   )) {
                    pr    T1 ",\n        .    eld) .   haracte
    ing(100,    lsif (   field) e   fid') |   $field)   nsapmaS.
(   eld) eq    cd')       |   field) e   unty')   ($fiel    uplace
|| (   ld) eq    05') |    field)   netrod0;
            OUT1    $field)   chara.
    rying(.
            } else
            print    ",\n    " . lc(   d) . "
$.    vpes{l    ld)};

# Ger    ng the    ile for    olumn
        $su    eodbh->   e("SE   EXTVAL   column_    ");
        $sth-   ute();
        $ind_c    id = $s   tchrow.   ref()->
        f (not   s($idfi   c($fie    {
            $db_n    lc($fie.
                print O
"$in.    mn_id,   ataset_   h_name,   ay_name   $field),    l,$form.
s{lc(   )}\n";
            }
        t OUT1       ;
    }
$first    = 0;
e {
    ($csv-.     ($_))
```

```
               elds = .        fields
   pping              scale         and 12        ro05 a        ro05d a       t there
e.    g data       if       fields[      1) ||    ds[0] =    ()   } {
$field    infore.      ary_uni
$field    infore.      fields[   fldposi
              $sth       type_i     scinfor      fields     kpigsc
              $sth =  dbh->pr     "SELEC      bound_id      boundar    ntifier
  = bound     it_id     d bound    pe_id =
              h->exe       boundar       t_id, $    ry_type
              e = $s     etchrow     ef();
              und_id     lue->{o,     nd_id};
       it   lds[0]    {
              bound_id
       nless     ound_1
           prin        n't f    h_bound    r geosc      $fields
b    v type     ary_typ     boundar    t id $b    y_unit_
           ext;
       }
       pr       2 $bou    unit_i        ";
       prin        $bound    pe_id .
       print u     dp_boun
       oreach     eld (@     ) {
           if ($     q ".")
               $fi     "0";
       }
            t OUT2       ld";
       print     "\n";

   }

}
print       "COPY        Name FR      ome/igh    cal/hm    bleNam     DELIM1
 ,  ;\n";
  rint OU     SERT IN    d_datas    d_datas     series     table
  play_nam    eation    publis    data_fi    path,
    OUT1
m    a_file    th, st    options     te )\n
pr     T1 "    UES (    ataset_     $tab     Ho    tgage
Disc    Act (F    Finan    Institut    xaminal    uncil)    (), t
'/usr/    shared/    ing/da    /$datar    \n";
 rint ou         to_date    artDate     vy-mm-a    to_date    Date',
    vy-mm-    Federa    ncial    utions    ation    1',
'/local    d/dpsta    dataset.     x_metad    nda.dat    ta impo
    delim        Impo   );\n";
pr     T1 "CO    COLUMN    column_    nd_data.    db_na    isplay_
for     y, for    for_cha    rmat_1,   M
'/home    sh/loca    /ind_$    ame.da    TMITER       ";
 lose I
 ose OU
    e OUT2;
       OUT3;

# c     /js/col    ism

<%flag
        t => '.    inexpir    ler'
   %flags>
     r>
       enab    Cache
</

/* ---       -------       --------      -------       -------        ----his
```

```
art----     -------    ---------    -------    --------
 ese tw      are re      d to sy     tory/c
   istory     ndPres      false;
va    toryCa    Trigger    false;
win    load =    ryInit;
funct   istory   {
         Histo    tialize
   istory.  istener   oryCall    );

   ion his  xtract   omLocat    location
      var m   /^h     ePage|h   e|chart.   .exec(   ion );
      return    h && h    length   ch[0].    >= 2 )
matc   ubstrin   : '';
}
function   oryExtr   aFrom   on( loc    ) {
   v   a = Ob    :
   var   string   tion.s   ing( loc   .indexo   ) + 1 ),
   var    = key_    split
   for(   i < pa   ngth;    {
           air = p    ].spl   );
         d   ir[0]]   r[1];

         data;

   ion his   et( pag   a ) {
      if( p    )      false;
      var anc   '#' +
     r pairs   ray();
        var   ta ) {
         if(    i] !=
              s.push(   '=' + a   );
      }
      var   tra = p   ioin('&
      if( ur   a !=
              += '   l_extr

      History   ancho   e );
       r i i   )
           if( da    == ''   a[i] ==   fined'
                 ryStora   ove( i
            e
            his   orage.   data
      istorySt   put(    page
      urn tru

  ction   ryCallba   ocation   ation_a   {
      his   allback.    red =   ation_a
      if(   YDPCobr   sent =   e ) //   reset c    k here
dp   nd wil   ll this   ion wh   obrand   tialize
          n;
      locat   '' )
         DP     d.showP   orofil   );
         hist   lbackTr   d = fa
         return
      }
      var p   histor   ctPageh   ation   tion );
      if( pag   '' ) {
          L   and.sho   ( DPCob   default   );
          hi   allback   ered =
          retu
      }
      va   = hist   ractDa   Locati   ation
      swit   ge ) {
         'prot   e":
             hist   splayPr   Page( l   n_data,   );
```

```
                                    ak;
                    case 'ma          :
                        h.          Display.      ne( loca      data,
                        bre
                        'chartPa
                        histor,     layChart.      locatio      a, data
                        break;
                    defau
                        brand.s.    e( DPCo.      default      );
            }
        istoryc      kTrigg      = false,
    }
    functio      toryDis    ofileL      location      data
            Cobran    entPage      && DP      d.curre    != 'p      age' )
                Cobran      Page( D.      nd.curr      e ).hi
    }
        DPCobra.    wPage(      lePage
        r p = b      and.get.      orofil      ');
        typeof      places      unde      {
            var      Cobran      age('p      age');
            var c      s = p.      dget.g      s();
            var h_p.    = new S      data      s'] );
            places = laces.sp      ');

        ve
            va      places      ay();
            for      i = 0;      places.      h; ++i
                h_plac      dexOf(      es[i]      )
                    exp      s.push(    aces[i

        exp_pla      length
            var      p.pr      able.ge      ns();
            for(      = 0; i      lengt.      .lengt      ) {
                xp_plac      dexOf(      ].name      0 ) {
                    p._pr      able.re      lumn(      ].name
                        areaWh      oldRem      a( col      ame

            }
            o._pro.      ble.re      ble.ret      );
        }

        //Add
        r new_p      = Arra
            ( var i      i < h_      .length,
                if(      $/.tes      laces[1      c_plac      dexof(
h_pla      1 ) < 0
                    laces.      h_place      :
            if( t    aces.le      {
                    var i      < new      s.lengt      i )
                        p._a      et._o      rea( new      es[i] ),
                        p..      idget.      Area(),

    }

    nction      yDispla      age( lo      _data,      ) {
        if(      brand..      Page !=      & DPCob.      urrent.      '= 'mapP      ) {
            Cobran.      age( DP      d.curre      ).hi
        }
        //Place      ndicato      ired
        r (type      a['ind      '] ==      ined')
```

```
       || (ty.      data['p.      ] == 'u.      ed')
       (!/^.       test( a.      ndicato        ))
       (!/^x\.     est( da      laces']
  ) {
            and.sh      ( DPCob.      efaultr.  .
     e {
          DPCob.      howPage      age');
  }
  var      Cobran      age('ma,    ');
  var ma,      getMap
  ar lege.      .lege.      et._dpl.

       dicator
      dicato.       DPIn      r( data,      cators'
  DP.      addLis.      indic.       dataloa.      nction.
       f( type      a['per      != 'un      d' &&      }$/.tes.
  eriods      {
              ind.      setAc      ar( dat.      iods']
            if.      of data.      r'] !=      fined'
            }      dicato.      ctiveC      data['c      );

          ( typeo.      '['nbran.      != 'un      d' ) {
              in      .setAc      Ranges      ['nbran      );
          i      eof dat.      ndary'      ndefi.      {
              indicato.      ctiveT.      Bounda      data['bo      ']);
          }
          map.se.      ator(in.      r)
  });      gend.s.      cator(.      or);
  //Map t.      ings o      .

         (ty.      data['z      'unde      )
         && (.      data[      != 'un      d')
         && (ty,      data['l.      = 'unde.      ')
  )      u
  da      ']);      .cente.      om( new      Lng( da      t], o      ng'] ),
       else {
          va.      e = ne.      ace( da      aces'],      tion(p)
          p.cent.      ace(p);
      } );

         ( typeo      '['z']      ndefine
              ma.      To( da      ']);
  }
  functi.      toryDis.      hartPage      ation_      data )
       Cobran      entPage      && DP.      d.curre      != 'ch      ne' )
  }      DPCobr      tPage(.      and.cu      Page ).h
  DPCob.      howPage      artPage
  if( typ.      ta['pl.      == 'un      d'
         eof dat.      dicators      unde
         ||      f data      nds'] =      efine.
         aler      ramete.      be mis.      places,      icators,      nds )',
  }      return.
  var      Cobran.      age ('c.      e');
  var pl.      new s.      data['      ']);
  laces =      es.spli.
       u_pla.      new Ob.      .
```

```
for(    i = 0;     laces.l       ++i )
        ( /\x\d    st( pla    ) )
              u_p      r places    = 1;

    r_plac    Array(),
        var i    laces )
        r_pla    sh( i )

if(    es.leng   {
        c_plac       .area     getAre
          ove pla
        va    places    ray();
        for   i = 0;    places    h; ++i
              r_pla   ndexof(    es[i]      )
              old   es.push    aces[i]
        f( old+    lengt
              va    = p._    getColu   :
              for    i = 0;   ols.leng    +i ) {
                    old_p.    indexo   s[i].nam    ) >= 0
                    p.r   rea( cu    name[0
                    p._ar   et._re   rea( col   name[0]
                    _table.   eColumn   s[i].na
                }
            }
            p._ta    efresh(
        }
    //Au    ces
    var n    ces = A   );
    for( va    0; i <    ces.len     +i ) {
              nlaces.    f( r_p   i) ) <
                  new_pla    sh( r_+   [i] );
        }
    if(    nlaces..   ) {
            clearAr
              var i    i < new_    s.leng    i )
                  p.ad    new_pl   ] );
              p.   sh();

/*    .
        indicato.   ew Str   data['in   rs'] ),
    .    tors = .   tors.sp      );
    va    dicators   w Obje
    for(    = 0; i    dicator    th; ++i
          /\\d+$/   indic    i] ) )
              u_inc   rs[ in    rs[i] ]
    r_ind   s = Arr
        var i    indicato
          r_inc   rs.push
    it    dicato.   qth ) {

            c_ind   s = Arr
            var i    indicat
              if( p.   cators   true
                  ticator   ( i );

        //rem

          r( var    i < c   cators.   h; ++i
              if(    dicator   xOf( c_    ators[   0 ) {
                  removel.   or( c_.   tors[i
                  able.re   w(1);
```

```
            'd
              var i =        < r_ind    s.lengt    i )
                if( c_      tors.in     r_ind     s[i] )
                       indicato    indicato     );
    }

        ar peri    new St    data['      s'] );
        iods =     ds.spl    ');
        _perio    ew Obj
          ar i =       perio    ngth; +
            if( /^     /.test    ods[i]
                   ods[     [i] ] =
        }
      var r_p        = Arra
        r( var    _perio
              r_    s.push(
            perioa    th ) {

            ar c_pe       = Arra
              r( var     _perio
                  c_p     .push(

            //    e Perio
            var    eriods     y();
            for(      = 0; i     eriods.     : ++i
                _perio    exOf( c    ds[i]       )
                      old_p    .push(    iods[i
              old_pe    length
                  var    p._ta    tColumn
                  for(     = 0; i     periods    h; ++
                      var j =     < cols.    h; ++j
                        if( co    name[1     ld_per    ] ) {
                             ovePeri    ld_per    );
                          p    le.remo    mn( co    name

              }
                  }        _table    sh();
        }

        'Add Per
            new_pe    = Array
            var i =     < r_pe    length;
              if( c    ds.inde    _perio      < 0 )
                   eriods.    r_perio    );
          if( t    riods.l      ) {
                   var      < new    ds.leng    i )
                      p.ad    ( new_    ds[i] ),
            p.    sh();


    */

        //b    image
          if( f data    By'] !=    efined    typeo    'colorb
    '    ned') &    eof dat    itBy']    ndefine
              /^x\d+$/    ( data    By'] )    \d+/.t
    data    By'] )
```

```
            )
            $('char      ').src      $co->{       .} %>a];      rtImage
                                 ?column      + data      ators
                                    laceKey,   data['       ]
                            +      riods='      a['peri       ]
                            +      nBy='  +      groupe
                            + '&      v=' +  o      olorBy
                            + '&li       ' + dau      nitBy'],
            }

}
/* --     ---------    ------    --------     --------     ----hi
end---     -------    --------    --------    --------      */

     DPCobr       {
      s : {},
         ntPage
ad     Page :     lePage

    load      ction()
    DPCob      ddPage(      ge', ne      apPage      age', '      ');
    PCobra      Page('      ePage',      PProfi      ('profi      , 'Ne      hoods
      iles')
      brand     e('char      , new l      tPage(      Page', '      nd Char
      rand.ac      ranksh      new DP      age('r      ge', 'k      ns'));
//      rand.p      w Peri      Execute.      ction(
DPCob      andlePe      nk(); },      0);

          /     -------    -------    -------    -------      ory
   t-----    --------    --------      */
         hist      obrand       t = tru
         var cu      locati      new Str      htmlHis      etCurre      ation()
         f( his      llback      ed ==      {
            h      Callba      rrent_l      n );
          se if(      nt_loca      ength >      //boo      access
              hist      llback(      nt_loca      );
         }
      }           Cobra      wPage(      and.de      age );
      }
      /* ----     -------    --------     ----his
end-      --------    -------    ----- */

    $('me      ').appe      d(DPCo      etMenu

      permali      functio
//        ath = w      locati      hname      '/');
// v      ne = pa      h.lengt      oLower      ;
  switc      e) {
    case
    case 'p      ':
      PCobran      wPage('      lePage',
         eak;
         'map':
         and.sh      ('mapPa
      b
    case       ts':
      DPCob      howPage      tPage',
      break;
      se 'ran      :
         obrand      ge('ran      ');
         :
      de
```

```
        DPCob.    showPage    filePag.
          break;

    },

    addP.    functi.   eName,     {
      DPCob.    ages[p.   ne] = pa.
        .

        ap : fu.    () {
         n DPCob.    ages[   ne].get    :
    },

    showP.    functio.   eName)
      if (DP.   d.curre   e == p.   e) retu.
        or(var   .  DPCobra   es) it   . pageNa.
         ?PCobranc   s[p].hi.
            {
          rand.cu   Page = t   me;
        b.  nd.page   eName]..   ;
      } ca   {
        thro.
    }

      g.   . : fun.   pageNam.
      r.    PCobra   es[page   :
    },

    etMenu    ction()
      r ul =    ent.cr.   ement('.
        ClassNa.    DPMenu
        ar p i.    brand.p.   {
        .  = doc.   create.   t('li'),
      l.   rHTML =   brand.p.   l.getCa,   );
      li.c   ame =   uItem'
      li.on.  = DPCo.   makeMe   m(p);
      ul.appe   d(li);

       rn ul;
    }

    _mak.   tem : t.   n(page,
      retu.   ction()
        DPCob.   howPage.   :

    },

    var L   age = C.   create(.
    Object.   d(DPMap.   prototy.   Page.p.   ne);
    ject.e.   DPMapP.   rototype,
      Widget   ,
      ndWidg.   ull,

    i.   ize : .   n(id)
      DP.   prototy.   tialize   (this,   ents);
      var   new DP.   cument.   ementBy.   p'));
      map.a.   ture(DP_   RE_LAYE.   DARY_D.   );
      map.ad.   e(DP_F.   LAYER.   DYNAMIC
      p.addC.   (new DP.   oomCon.   );
      addCon.   new DPC.   entCon.   );

    /.   ide ma.   er for .   y
    va.   rySetO.   = funct.   oomdir
```

```
va    ation =        History    urrentL    n();
if(    ion )  {
           data =      oryExtr    aFromL    n( loca.    );
       (typeo    places    'undef.
        && (/    /.test    l'place.
        && (typ    ata['in    rs'] !=    fined'
        & (/\d    st( dat    icators
        (typeo    'perio    = 'unde.    )
          /\d{4},    ( data[    ds'] ))
    {
       va.    ms = Ob    ;
       para    aces']    a['place
       params    icators    ata['in    rs'];
       params[    ds'] =    'periods
       (typeo    n['colo    'undef.    )
           pa    color']    a['colo.
       neof d    branges    'undef.    )
           oarams    nges']    a['nbra.    :
       if(    data    ary'] :    defined
           ams['b    v'] = d    oundary
       narams[    = map.    mLevel
       r cente.    p.get    atLng(,
       ms['la    center.
       s['lng'    nter.l.
       h.    set( h    ge', p    );
};

var kaN    map.kaN
    r zc =     tZoomC    '();
    sc = z    erConta

ka    dOnMou    = kaNav    seup;
kaN    ouseup    ction(e
        rySeto    );
    k    dOnM    e);
.

    dOnMous    sc.onn    n;
    ouseup    tion(e
       -.oldonN    (e);
       torySet    );
}

    oldZo    zc.zoo    click;
    oomIn.    k = fun    map,     {
        zc.ola    ( map,
       istorys    oom();
}

zc.old    t = zc.    t.oncl
 c.zoomO    lick =    ion( ma    ) {
    c.oldZo    ( map,
       torySe    ();
.

this.    map;
var se.    this;
PEvent.    stener(    ap, 'i    orchang    nction    {
    sel.    ndwidge    ndicat    );
    self.    widget.    );

D    .addLis.    self.ma    moveir    r', fur    (ind) 
       f.leger    t.hide.
```

# EXHIBIT 2(B)

## Moorhead, David J.

| | |
|---|---|
| **From:** | Farrall, Bonita D. |
| **Sent:** | Monday, December 17, 2007 3:02 PM |
| **To:** | Moorhead, David J. |
| **Subject:** | FW: KnowlegePlex - Corrected Deposit for DataPlace |
| **Importance:** | High |

-----Original Message-----
**From:** Fries, Janet
**Sent:** Monday, December 17, 2007 1:58 PM
**To:** 'CopyInfo@loc.gov'
**Cc:** Farrall, Bonita D.
**Subject:** KnowlegePlex - Corrected Deposit for DataPlace
**Importance:** High

ATTENTION:  DAVID FERNANDEZ

Following up on telephone call with David Fernandez.

On Friday December 14, 2007 a Form TX application for registration of copyright in the work DataPlace was submitted on behalf of our client KnowledgePlex.  See attached copy of the Filing Receipt and the date-stamped cover letter.  Please note that special handling on an expedited basis was requested.

Unfortunately, we did not provide the correct deposit material with the application - we inadvertently provided the first 25 pages twice.

Attached please find the correct deposit material, i.e., the first 25 and the last 25 pages of source code, redacted because the code contains trade secrets.

Thanks very much.

Regards,
**Janet Fries**
**Drinker Biddle & Reath LLP**
**1500 K Street, NW**
**Suite 1100**
**Washington, DC 20005**
**202.842.8800 (main) 202.354.1333 (direct)**
**202.842.8465 (fax)**
**Janet.Fries@dbr.com**

# EXHIBIT 2(C)

# DrinkerBiddle&Reath
L L P

Janet Fries
202-354-1333
janet.fries@dbr.com

*Law Offices*

1500 K Street, N.W.
Washington, DC
20005-1209

202-842-8800 phone
202-842-8465 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 14, 2007

**VIA HAND DELIVERY**
**EXPEDITED SERVICE REQUESTED**

RECEIVED
DEC 1 4 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, D.C. 20559-6000

RE:    *Copyright Application for Fannie Mae Foundation/KnowledgePlex, Inc.*
       Our Reference:  201023/411640

Dear Sir or Madam:

Enclosed please find a Form TX application and accompanying deposit for registration of a copyright with the U.S. Copyright Office on behalf of Fannie Mae Foundation and KnowledgePlex, Inc.  We are requesting that this application be processed on an expedited basis because litigation is anticipated.  The application is for the work entitled, *DataPlace.*

We note that we are providing fifty (50) pages of code which we have redacted because the code contains trade secrets throughout.

As our firm maintains a deposit account with your office, please deduct the necessary fees (which we calculate to be $45.00 basic fee plus the $685.00 special handling fee for a total of $730.00) from our deposit account (#DA080 780).

Should you have any questions, please contact Richard W. Young by telephone at (312) 569-1460 or by e-mail at richard.young@dbr.com.  Thank you for your kind assistance.

Sincerely,

Janet Fries

Janet Fries

JF:bdf:vdh
Enclosures

*Established 1849*

201023/411640
DC\623969\1

# EXHIBIT 2(D)



# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



**No.   1-FH2AP**

**Date: 12/14/2007 2:11:35 PM**

## Received

| | |
|---|---|
| Form(s): | TX (1) |
| Deposit Count: | 1 |
| Piece Count: | |
| Type of Deposit: | Source code: redacted |
| Other Enclosures: | Request for Special Handling |
| Title: | DATAPLACE |
| # of Additional Titles: | |
| Priority: | |
| Received By: | DAFE |
| # Of Documents: | |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☐ Additional Certificate
☐ Certification
☐ Secure Test Exam
Other:

**Received From:**  Drinker Biddle & Reath
191 North Wacker Drive
Suite 3700
Chicago, IL 60606

Phone:

**Representing:**  KnowledgePlex, Inc.

Phone:

**Corresponding Id:**

## Fees

| | |
|---|---|
| No Fee: | ☐ |
| Fee to be Determined: | ☐ |
| Base Fee: | $45.00 |
| Special Handling Fee: | $685.00 |
| Secure Test Exam Fee: | $ |
| Total Due: | $730.00 |

**Method of Payment**          **Amount**

Check:
Money Order:
Deposit Account: 1-697GD          $730.00
Deposit Account Name:          Drinker Biddle & Reath LLP

| | |
|---|---|
| **Total Payment:** | $730.00 |

## Special Handling

Delivery Method:   Hold for Pick-Up

Contact:   Janet Fries
Organization:
(202) 354-1333

## Notes

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

# EXHIBIT 2(E)

```
                project,         import.

$t         d => 0
$ds
$cid
$all =>
    %args>
       it>
       h = '';
i     d and n   ble_io
      m,    0 = $ge      prepa   ECT in   set_id     ind_colu      ere
ind_c      id=?"
    $sth   ute($c
    if (my    $sth0-  hrow_a   f()) {
       $dsid      ->[0];
       print "      t ID: $   R>\n";
          se {
          t "No        lumn ava    e with     id<BR>\.
      }
    }
    f ($ds.      not $t      d) {
       y $sth   eodbh->     e("SEL      from o.    _table    datase     ");
          th1->ex     ($dsid),
           $tb =     >fetchr   href(),
             le_id      >{table
             "Table     $table_    \n";
       } e.
          pri      upload    taset t   vailab.   datase    $dsid<B.
       }

          table_1
          th2 = $    h->prep   SELECT     offlin    e WHER    e_id=?
       $      execute    le_id);
       $tb     h2->fe    hashr
       prin   le: $t    me}<BR>

       $base =   /local,     d/dp/ta   $table_

       tes = (     s.outp    Resu    import    r addr    or in      l
ro     nore er.    bout 1.   r table     existi    NOTICE    t impl
sequ      r index

           regi    tput'    sults o.   rting y   egions     Ignor
errors     indexes   ble di    t do no    t",
          points.c   "You    nal da    le, con   to a    parate
       at for    t into    tabase

          n.dat' =    ions c   ed from    origina   table.    s
inc.   any \"      up\" d    at has   aggrega.   higher    l
geogr.    .");

    v $MAXL    ($all   00 : 10,
       init>

         tyle="p     :10 20          >
%      h my $t   nts.ou    region.   ut','p   dat','r   dat')
%         en(IN,    e/$f"))
%         ine=0;
<P>
     ../com,    r, tit    f, leve    °>
       notes{
          >
%         hile (<.
%         if ($h      $MAXL       {
<TR><     1span=3.    vle="te.   oration.   rline"     "<% se    $r,all=
```

```
">Show      </a></r     r>
                  +;
%         }
%       c) = s        \t/);
<TR>
% my      );
%  fore     c) {
   n style    ding-r     x; bor    ttom: 1    id #f0    ertica.    n:top;
       ~-family    d; fon      :10px       =~ m/^\.    ? 'ali    ht' :
       if ($t     egion.    {
%h      First    s dp_b    nd: dis    t as a
%       my $p =    Place-     omDpBi      $_);
%         (ref
%           = "$_      TD sty    font-si    \">($p     e})</TD.

       }
       %>

%
%       ol++;
%  }
</TR>
       }
   ABLE>
       close

%
%</d
# aja    .html

  args>

       results      n
</
<%o
use A     :Const     w(OK);
use JS
my $what_    ength
   %once>
     it>
     at = $s,         "     ($what      > '    max_len    f lengt.
$wha    $what_     ngth;
$m->c.  uffer;
r->con    ype('te.    in');
  ->send_    header;
     output
     son = n    N(prett    , auto    > 0);
my     it = su     $what,      + 1);    up str    ter la
sem.   .
$inpu    <@^\s*(.    -*$@$1@;
if( $i       {

     my @1    okens    t ' ',    ;

     v $quer    lt_cou    .
       %unique    = ();
       word_pa    in ' o    ap {            '*    input_t
       ish_cma    o->{sc    sePath},    -e -f    geoSwis    Path} -
display_    asc -p    y_name    word_pa
     open    TS, "-    exec(s,    ', $sh    md )) u    "ERROR    TSHING
   \n";
     for my    <RESUL    {
       chomp
       next u    $line =    d+)\si    \s"id=    \s(\d+    *)"$/;
       v ( $ia    d, $id3    , $desc    on ) =    $2, $    $5 );
```

```
            ip = 0;
        fo      token(      t_token
            $token,
            u      $descr          =~ /$          i ) {
                  n = 1;
            }

        ne      $skip,

        if( o     $uniq      t{$desc        on} && .      e_what   iption,    )
{
            next,
        lse {
            unique_    $descr,      1 = 1;
        }
        las      +$quer      lt_cou      $max_re
        push      out, [      iption      d, 'i'

        RESUL
#           STDERR     ->objTo       @outpu

    init>
      son->o      on(\@ou       %>
       t/aut      sugges

/**
 * An a      gest t      contro
   @class
     scope

fu      n AutoS      Contro
/*:H       tEleme                                       xtbox
/*:H       tEleme.              oPr      /*:Sug     nProvi
                                              )

    /**
     * The cu      v sele      uggesti
       scope p.

    t       r /*:in      -1;

    /**
     * The      own lis      r.
     * @scop      ate

        layer =      :

    /*.
     * S      ion pr      for th      sugges      ure.
     * @sc      ivate.
     */
      is.prov.      /*:Sugg      Provide      oProvi

    ,      textbox      nture.
     * u      privat
     */
    this.te      /*:HTM      Element      Textbo

      nitiali      contro
        init();
```

```
 *    suggest    or more    estions    hat the    has ty
 * i   suggest    are pas   , then    osugges   urs.
 * @s   rivate
 * @par    ggesti    array    ngestio   ings.
 * @param   eAhead    e contro   uld pro    type a    suggest
*/

    uggestC    .proto   utosugg    functic    uggesti    *:Array
                                              eAhead    lean*/

        cur = 
    /   sure t    at le    e sugge
    if    gestio    th > 0
            TypeAhe
              typeAh    uggest   ]);
        }
        this..    ggestio    uggest
        se {
            his.hide    stions(
    }
 ;


    ates t    odown i    o disp    ltiple    stions.
    he priv
    */
AutoSu    Contro    otype.c    DropDow    nction

    var    = this;

        //create    layer a    ign sty
        s.laye    cument.    eElemen    ");
            layer.    ame =    stions
        l   ayer.st    sibili    hidden
        th    er.sty    th = th    tbox.o   idth;

        //when    ser c    n the    estion,    he tex    erHTML
        //and p    t into    tbox
        his.laye    ousedow
        s.layer.    seup =
            layer.o    over =    ion (o    {
            vent = o    || win    ent;
            et = o    target    vent.sr   nt;

            it    nt.type    ousedo
                textbox    a = oTa    firstch   devalue,
                o    ideSugg    s();
            else    vent.ty    mouse    {
                oThis    lightSug   n(oTar
                se {
                his.te    focus(),
        }
     ;


        nt.body    ndChild    layer),
};

    ets the    coordi    f the    x.
    ope pr
        urn The    coordi    f the t    in pi
    */
AutoS    Contro    otype.g    = func    () /*:
```

```
    ar oNo     his.tex
        iLeft

  ,     oNode.      e != "B       {
              t += o.    ffsetLe
            = oNo    setParel.
    }

      turn iL
};

/**
 * Gets    op coor    e of t    tbox.
 * @scope     te
   @return      op coor    e of th    tbox in     s.

A   gestCon    prototy    Top =      on () /      */ {

   v   de = t    xtbox;
   va    ` = 0;

   while     tagNam    BODY")
         iTo   Node.ot    p;
       oNode    de.offs    ent;


   re    Top;


   dles t    eydown      .
 *    e priv
 * e.     oEvent    vent o    for the    wn eve.
 */
AutoSug    ntrol.    ype.han    Down =    ion (o    /*:Even    c

    switch    t.keyC
       case    //up ar
           th    viouss    ion();
           brea
        se 40: ,    arrow
        this.ne.    estion
           reak;
        c    : //ent
            hideSug    ns();
             L


};

 **
   andles    events
    ope pr.
      am oEve.    event    t for t.    up eve.
 */
Autos    tContro.    otype.i    KeyUp =    ion (o    /*:Even.    c

    var    de = o    keyCode.

    //for b    ce (8)    lete (    hows su    ions w    typeah
        (ikeyc    8 ||    de == 4.
       this.p    .reque    estions    false,

    //    sure no    interfe    h non-c    er keys
```

```
        } els_    iKeyCo        ? || (i       e >= 33        eyCode        || (iK        >=
        && iKey     = 123),
            //ig
        se {
            reques   estions    the su    on prov    ith typ   d
            s.prov   equestSu   ions(th.   ue);
    }


    s the s   ion dr    .
 *   privat
 */
AutoSug    ontrol.   ype.hi   estions    ction (.
    this.   .style.    lity =    en";


 *   ights t   en node   he sugg   s drope
 * @.   orivate
 * @pa.   uggesti   e The n   oresen   sugges.   in the .   n.
 */
   oSugge   rol.pro   .highl   gestic   function    estion.   {
      or (va.    i < th   ver.chi   s.leng   +) {
         var o   this.   childNo   ;
         if (oN.   oSugge   ode) {
             oNode   sName =    ent"
            se if   .classn    = "curr   {
             Node.c   me = "",
         }
     }



/**
 * In.   zes the   box wit.   t hand   or
 * auto   st fun   lity.
 * @scope   te

    Suggeste   .proto   init = .   n () {

      ve a re   e to t.   ect
         this = t.

    //a.   the onk   vent ha
    this..   x.onkey   function   ent) {

        //ch   n the p   locati   the eve.   ect
        if (!o   {
            oEve.   indow.e


        .   the ha   yUp() m   with t.   nt obj.
        oT.   ndleKey   vent);
    .

    ign onk   n event   ler
    .   extbox   own = .   n (oE.
        k for .   per lo   of the   object
        i   vent) {
            t = win   ent;
        }

        call t.   dleKeyD.   method   the eve.   ect
         is.han.   own(oE.
```

```
    };

        //assign        r event     er (hi       gestio
           .textb     lur = t.       n () {
            This.h     estions
    },

    //cre    he sugg    ns dropc
    this.c    opDow

/**
 * Hi    ts the        sugges    n the o.    n and
 * plac    e sugge     into t.    tbox.
 * @scop    ate

    uggest     l.proto    extSug    n = fun    () {
       cSugg    Nodes =     layer.    Nodes;

           uggest     s.leng    && th    < cSug    nNodes.    h-1) {
               oNode     gestion.    ++this
               highlig    estion   );
          t    xtbox.v    oNode.    Child.    lue;
    }

/**
 * Hi    ts the    us sug    n in th    ndown a
 * plac    sugge    into th    box.
 * @scope    ate

    uggest     l.proto    revious.    tion =     ion ()
       cSugg    Nodes =     layer.    des;
          Suggest    des.len    0 && t    r > 0)
           oNode    ggestio    s[--th    ;
               highl    ngestio    e);
       c    extbox.    = oNo    tChild.    alue;
    }


/*
 * S    s a rang    text i    textbox.
 * @s    public
 * @par    art The    t index    0) of    lectio
 * @param    th The    r of ch    rs to
    uggest    l.proto    lectRa    functio    art /*.    iLen
/.    ) {
    /    ext ra.    or Inte.    xplore
    if    textbo    teTexth    {
           ange =    textbox.    eTextR    ;
        oR    oveSta    aracter    art);
        oRan    veEnd(    ter",    h - th    tbox.va    ngth);
        oRang    ct();

        setSele    Range()    ozilla
    }    if (thi    box.se    tionRan
           textbox.    lectio    (iStart    ngth);
    }

    /set fo    ck to t.    tbox
    s.textb    us();
};
```

```
    * ...ilds ... ...gestion... ...r conte... ...oves i... ...positi...
    *      display... ...e layer...
    *     ...e priv...
    * @...    aSugges... s An ar... ...sugges... for the ...rol.
    */
AutoSugg... ...ntrol.....ype.sho... ...stions ...tion (...stions ...ray*/)

        var oD... ...ll;
        ...his.laye... ...erHTML   //cle... ...ntents ...  layer
            ...var i=... aSugge... s.lengt... ) {
                ...iv = do... ...creat... ...nt("div
                    append... ...docume... ...ateTex... ...aSugges... ...i]));
                ... ...ayer.a... ...hild(o...
        }

        ...is.laye... ...e.left ... ...getLe... ...px";
        ...layer... ...top = ... ...etTop... ...s.textb... ...setHei... ...px";
        ...layer.s... ...isibili... "visib...
    ...:


    ...erts a ...stion i... ...e text... ...ighlig... ...the
    *  ...sted p... ...e te...
    * @...    privat...
    * @p... ...Suggest... ...he sugg... for th... ...tbox.
    */
    ...toSugge... ...trol.pr... ...e.type... = funct... ...Sugges... ...*:Strin...
        //chec... ...support... ...ypeahea... ...tionali...
        ...f (this... ...box.cre... ...tRange ... ...s.textu... ...tSelec... ...nge){
            var i... ...this.te... ...value;...
            ...his.te... ...value = ...estion,
            ...is.sele... ...e(iLen, ...estion... ...h);
        }
    ...:

    ...*******.  ...*****.  ...*******   ...*******   .******   .******.  .*****
    ...**/
/...
* ...  ...toremo... ...est ho... ...mmon co...
*/
functio... ...AutoSug... ...ntrol(... ...tbox, o... ...er, sel... ...Callba...
   ...ableTy... ...d ) {

            var ... ...new Au... ...estCon... ...oTextb... ...rovider

            ...elf.pr... ...Text =

            ...e defau... ...llback ... ...l if n... ...is sup...
            ... ...electi... ...back = ... ...ionCa...

        //O... ...den to ... ...selecti... ...back
        self.... ...ggestic... ...unction
                ...Sugges... ...des = t... ...ayer.ch... ...des;
                ...uggesti... ...s.leng... ... && th... ... <
cSugge... ...Nodes.l... ...1) {
                ...r oNod... ...uggesti... ...s[++t... ...r];
                ...s.high... ...ggestic... ...de);
                ...textbo... ...e = oNo... ...stchil... ...value;
                ... ...is.sele... ...allback
                        ...this.se... ...nCallb... ...Node.d...
```

```
        //Overridden to        selecti     back
        self.   ousSugg      n = func     () {
              cSugges  odes =    ayer.ch    des;
              Suggest  es.leng    ) && th    > 0) {
                  var one  cSugges     des[-- ur];
                  this.hig   Suggest    Node);
                        s.text  lue = o   irstCh   devalue,
                          this.se   nCallba
                          this.  tionCal   oNode.  );
        };

        . enable   head =    TypeAh
        ,    ajax s  roblem    id rep   xt.
        se  dleKey   functio   ent) {
              r curS   his.te   value;
                curSt   his.pre  )
                    retu
              e   his.pre.   curSt.

              var  de = ou  keyCode
              if( ik   e == 32
                  ore spa
              else it  Code ==   iKeyCu  46) {
                  th   vider.r   Sugges   this, i.
              e if (i   e < 32  eyCode  && iKe    < 46)
(iKey   = 112 a   vCode <   ) {
                  //ignore
              } els
                    provid   uestSug   ns(th
     nable   ad);

        };

              erridd   support   data no   n this   we can   reuse
arent's    ion.
        se   ent_ty   d = se   eAhead;
        sel   Ahead =   tion (s   tion) {
              sSugge   .toLowe   ).index
    th   xtbox.va   Lower   ) < 0
                  retu
        th   ent_ty   d( sSug   n );

        //   dden to   e json   resul   he firs   nestion
st is a   selecte
        self.a   ngest =   ion( a   tions,   head )
        thi   = -1;
        if (a   tions &   ngestio   ngth > 
              if   eAhead
                  is.type   aSugge   [0][0]),
              }

              all se   nCallba   the fi   ggestio
                    his.se   nCallba
                    this.   tionCal   aSugge   s[0] );
        th   wSugges   aSugge   );
        e {
              this.   ngestio
        }
        };
    };
        //Overr   to hand   n array   ts - e   ggesti   l carry
addi   data
```

```
    s    owSugge      = func     (aSugge      ) {
              var oDiv      ll;
           is.laye     rHTML =    //clea    ents o     layer
            (var i    aSugge   .lengt    ) {
                oDiv     ment.c    lement(   );

    Div.app     ild(do   .create    de(aSug   ns[i]

              ke eac   estion   data
          ata = a    tions[

           this    .appen    (oDiv);
           }
          thi    r.styl     = this    ft() +
          this.      style.   (this.    ()+this.    ox.offs    ht) +
  ";
          his.laye   le.vis.    v = "vi    ";
      };

         Overri     call     ionCal     - there    ething    with t
        his fun    must be     d aga    .
         reateD      n = fu       () {
          var o    this;
            /create    layer a   ign st
          is.laye    cument.   Elemen    ");
            .layer.    ame =    tions
             layer.s    sibili   hidden
          th     er.sty   th = th    tbox.o    width;

         //whe    user c    on the    estion,    the tex    erHTML
         //and p    it into    tbox
          is.laye    usedow
          s.layer.   seup =
            layer.o    over =    ion (oE    {
              oEven    vent ||   .event
              Target    ent.tar    oEven    lement
            (oEven.    == "m    wn") {
                oTh   tbox.v    arge    stChil   alue;
                oThi    Suggest
                if( o    ection    ck ) {
                  select    lback(o    .data
              }
            } else    Event.t    "mouse    {
                  highlig    estion    et);
              lse {
                oTh    tbox.fo
            }

         ent.bod    ndChil    .layer),

         create    wn();
         self;

  ********    *******    *******    ******    *******    *******    ****
              */
  /*
   * T   ersion    oremot    st
   */
  functio.    AutoSug    ntrol(   box, oP     r, sel    Callbac
         v    f = new    AutoSug    ntrol(    box, o    er,
        ctionCa    );
         retu    f;
  }
  /**    *******    *******    *******    ******    *******    *******
  ****
```

```
/**
 * Place v     of aut    esugges
 *       genera    differs    Topics     e of th    ilation    lay
function  hereAu    estCon      Textbox    ovider,    tionCa.    ) {
       self =     BaseAuto   stContr    extbox,    vider,
 electio    back, t

       //     dden to    populat
       self.   uggesti    functi    uggesti
            oDiv =
            layer.1.   ML = "    clear c    s of th    er
               fo    r i=0;    Suggest.    ength;
                 Div =      nt.crea    ement("d
                 iv.data    uggestio
                    Span =     ment.cre    ement(    );
                 eft = c    nt.crea    ement("sp
                va.   ht = a    nt.crea    ent("sp
             oSpa.   ssName
             sLeft.    Name =    t";
             sRight.    ame = a    t";
                eft.inn    = aSu    ons[i]
                ht.inne    = aSu    ons[i]
                    appenda    sLeft),
             o    ppendCh    ight);
             oDi.   ndChild    );
             this.    appenda    oDiv);
           }
           this    r.style.    = this.    ft() +
           this.    style.    (this.ge    )+this.    ox.offs    ht) +
           is.laye    le.visi    = "vis
       };

       verride    call s    ionCall
         nextSug    ion = fu    n () {
           var c    ionNod    this.la    hildNoc
           if (cS    ionNode    th > 0    is.cur
  estionN    length-.
                 va    de = cS    ionNode    his.cur
                 thi.   lightSu    ion(oNoc
                 this.    x.value    ode.fir    d.nodev
                 if( th    ectionC    k )
                    electio    back( o    ata );
           }
       };

       //Over    to ca    ectionc    k
       elf.pre    Suggesti    functic    {
           v    uggestio    = thi    r.chilc.
           if    estionN    length    & this.c    ) {
                 oNode    ggestic    s[--thi    :
                 .highli    ggestio    e);
                 extbox.    = oNoc    stChild.    alue;
              i    s.selec    llback
                    his.sel    Callba    Node.dat.
       }

       /    idden t    l selec    llback    re's su    ng wrong    this
       se    teDropc    functi.   {
           r oThis    s;
             eate th    r and e    styles
                 layer =    ent.cre    ment("c
             ti.   ver.cla.   = "sug    ons";
```

```
            this.    style.v.    ity = ',    ";
               +his.la    vle.wid.   +his.tex    ffsetw.

            en the    licks u    a sugg    , get    xt (inn    )
            place    n a tex.
         t.   ver.onm    wn =
         thi    r.onmou
         this.    onmouse    = funct.   Event)
                  nt = oE    | windo    nt;
            t = oE    rget |    nt.srcE.    ;
         o    = oTarg    rentNode
            f (oEve    e == "m    wn") {
                  o.    xtbox.v    wn =
oTarget    ntNode.    ];
                        //oTh.    Sugges.    );
                  if    s.sele.    lback
                     +his.se    Callba
      t.paren    data );
            } e.    (oEve    e == "m    er") {
                  is.hig    Suggest    arget.    Node);
            } else    vent.t    = "mouse    {
                  re this
               lse {
                  oThi    box.fo.
            }

         nt.body    ndChil    layer),

      create    wn();

   se    hlights    ion = .    on (oSu    ionNode.
            r (var    i < th.    r.chil    lengt.    ) {
               va.   de = th    r.chil    [i];
               if    == oSu    ionNode)
                  de.clas.    = "cur
            } else    ode.cla    == "c    ") {
                  o.    lassNa.    '";

   };

      //Overri.    n call    tionCa.
   f.nextS    ion = .    on () {
            var    estionN    this.    hildNo
            if (c    tionN    ngth > .    this.cur
   gestio    .length
            de = c    tionNo    this.cu
               th    hlights    ion(oN.
            this.    ox.val    Node.da.
            if( th    ection    back )
                  select    lback( .    data );
            }
   };

   //Ove    n to ca    lection    ck
   self.pr    Sugges    funct    {
            uggesti    s = th    r.chi    s;
            if    gestio    length    & this.    0) {
               r oNod    uggesti    s[--th    ];
               s.high    ggesti    de);
                  textbox    = oNod    a[0];
            s.selec    llback
                  +his.se    nCallba    Node.da
```

```
        ret.    lf;
,

/***    *******.    *******.    *******    *******.    *******    *******.
*****).
/**
    Policy.    1 such    toRemo    st der.    es must    the sam
        ocol be
        is one u   s from    riginal    the add    of a c    k to a
ac    when re.
*  e    turned   fore a   ngest i   ed.
* @c.
* @sc   blic
*/
    tion R.  uggest.   emoteu   lection   ck ) {
        if (type    HttpRe   != "un    d") {
            this.    new XM.   Request
            se if (   Active   ct !=    ined")
            is.http   Active   ct("MS.   mlHttp.
        }
            ("No XM.   equest   avai   This f   nality.   ot
  k.");
        }
    is.remo   = remo.
    .reque   = 0;
        selecti   back =    tionCal.
}
    *
    equest   stions   he give.   suggest   ol.
        ope pr   d
        am oAut.   stCont.  he autos   contr   rovid   estions
    */
Remot.   stions.   type.re   Suggest.   funct.
        nSugges   ol /*:   ggestCo    */,
    u    head /   ean*/


    r oHttp   Reques   : // th   p;
        request.   ++this.   stNum;

    /,    ' the URL
    var   hString   toSugg   ntrol.te   value.   e(/^\s   \s*$/,
  l");
    var su.  this.remu   + enc   Compone.   rchstr.

    nen con   n to su   txt fi
        .open(    sURL ,   :
  v.   = this,
    oHL   readyst.   nge = n   ct () {
        questN.   me.requ   ) { //   re recen.   est has   made,
  ing thi.   back o   e
        ttp.abo.
    }
        re
    }
    c (oHttp   State .   {
        //eval   he retu   ext Ja   ot (an   )
        ar aSug   ns = e   ttp.res,   ext);
        me.se   Callba.
        me.sele   allback   estion.
    ide sug   ns to u   ntrol
        oA   gestCon   autosug   Suggest   bType.   :

    }.
```

```
    oHttp     (null);

/******    /******.    /******.    /******.    ******    /******,    /******    ****
/*            /
# b     import     table_    tor_hma

#! /usr   /bin/p    

    strict,
    3I qw(:     oes);
u:    dBin qw      );
use    "$Bin/..    ib";
use i    Bin/../.    kp2/li
use Te    V_XS;

    vinq::.
    ata::Du
    nq::C2;
us     ot::Lon

our (     ame, $a    e, $tab    e, $sta    9, $end

    IN {
        $confNa     dpigho_
        ataFile     :
        leName     
    }

 use con     SCRIPT    NS => {     Name=s'    confNa
                    le=s' =.    taFile
                    ta     e=s' =>    leName
                    star    =s' =>    tDate,
                    endDa    => \$en    ;

use c    t USAG    <<EOF;
$0 - U     system    in DP

    TIONS:
        onfName=    => REQU    Use th    figura    n deter    he data
        aFile=<.    REQUI    se this    file to    into da    a
        eName=<    REQUIR    ad the    into th    leName
EOF

use lit    /../../    ?/bin";
    e comm    n;


#     he con    tion re    o use.
###
my $    inq::C    $confNa

f (! $c
    my $er    = "Unab    create    nuratic    ct for    ame: '$    me'";
    ie($er
    

my    h = Vin    new(co    ct=>$c    abase=    atabase

my $csv    t::CSV_    w;
    ($curr    $gscin    $sth,    gsc, %    fields,    ds, $po    ,
    r_idfi    firstli    ieldty
    ind_dat    d, $dp    id, $b    v_type    houndai    _id, %    ds,
    $    scid,    lumn_i    splay_n    $value,    mat_ia    name);

# ge    all fie    s from    irst li    the dp    da_sum    4.dat
```

```perl
              sition
       (IN1,       aFile"),
  .     (<IN1>,
          p $_;
          ds = sp     /, $_),
      fo    my $f,   @fields
          _fielo    field);    nsition
      }
      last;
   }

c.   N1;

#getu  he posi.    of the    lds in     ata file
$first.    1;
  pen(IN2,    da_kpi_    txt"),
  le (<IN
    f ($fi    e) {
        $firs.    = 0;
       se {
        homp $_,
          rr_gsc
          csv->pa.   curr_gs
           elds =    >fields
            inforet  elds[1]  iigsciu    fields[
           foref->   ds[1])    nositic   $data_t    $fields
          $h    ds{$fie    = 1;

      }
   ι
   ose IN.
     fields{.   leid} =
       lds{ye   1;
$.    ds{stus    1;

#prep    the ha    contai    cator n    nd the.   els wh    ll be u
to pop    display    in ino    n table
 firstli.
    en(IN2,    x_meta    hmda.da
    e (<IN2>
       ($firs.   ) {
        $first    0;
         e {
         homp $_;
          csv->pa    _)) {
           elds =    >fields
            olay_na   -($fiel   } = $f    ]
           lay_name   $fields   =~ s/,/
           $h   ds{lc    ds[3]),
           if    fields   m/^pc.   | (lc(s    [7]) =~    ercent
(lc(s    s[7]) =    ercent
           $f   ds{lc(    s[3])}
          elsif    fields.   m/^do    ') || (i   lds[7],    / dolla
  || (lc   ds[7]    income
           format_   ($fiel   = 2;
      }    (lc($    7]) =~    tio /)
           nat_ids   fields[   3;
      }
   }

   e IN2;
    aring a    to cont   ndicato   s and ι   types w   will be    to
c.   the di
$f.   e = 1;
open(   "<hmda_.   oes.dat
```

```
ile (<1       (
    if ($f      ne) {
        $fir       = 0;
        lse {
        homp $_
            ($csv-         ($_))
            fields      v->fie
            ieldtyp   fields[0,    fieldsL

}
clo      ;
# Rea    the dat     and g      ing the     script     at file    data t
and in       mn tab
 firstl      ;
 n(IN1,      aFile
    OUT1,     leName
   JT2, ">,  ighosh/   /hmda/    Name.da
 op    3, ">/  hosh/l    mda/in    leName
whi      1>) {
# Gen      g the C    TABLE s    nt fo    table
  if        tline)
        p    OUT1 "D     BLE $sta     e;\n";
        pri      1 "CRE    BLE $sta    e (\n
        print    "     ndary_      d     cha     r varyi     .\n";
        print      "       dary_ty     inte      ";
        print OU          nd_id    er";
            mp $_;
            = $geo    prepare   T NEXT   ind_da    seq')")
            execute
        $i    aset_i    th->fet    arrayre     0];
        if (    parse      {
            @    = $csv    ds ();
            for    y $fie    ields)
                ($field    geoscan        {
                } el     t OUT1         ($field     inte
                } el    lc($fie    count    || (lc    eq     ")) {
                    pr    T1 ",\u    "    eld)    haracte
    ing(100,
            lsif (    field) e    fid') |    $field)    nsapma5
( (    eld) eq    cd')
                || (    field) e    unty')   -($fiel    uplace
|| (l    ld) eq    05') |    $field)    metrod0
                    OUT1         $field)    charac
    rying(
            } else
                print       ",\n    " . lc    d) . "
$i    vpes{l    ld)};

# Gen    g the    file for    column
            $st    eodbh->    re("SE    EXTVAL    column_    ");
            $sth    ute();
            $ind_c    id = $s    tchrow    ref()->
            f (not   s($idfie    ($fie    {
                $db_n    lc($fie
                rint O
"$i    mn_id,    ataset_    h_name,    ay_name    $field),    l,$form
s{lc(    )}\n";
            }

            t OUT1    ";
        }
        $first    0;
        e {
            ($csv-     ($_))
```

```perl
                    elds = .        fields
    oping c    oscalei       and 12      ro05 ai    ro05d a    t there
e.    g data.
                if      fields[u  11) ||    ds[0] =    ) {
  $field_  infore.        ary_uni
                $bou    type_i    scinfor    fields    kpigsc
                $sth =    dbh->pr    "SELECT    ound_id    boundar    ntifier
  = bounda    it_id =    d bound  pe_id =
                    h->exe    bounda    t_id, $u    ry_type
                ie = $s    tchrow_    ef();
                und_id    lue->{o    d_id};
            it    lds[0j    ) {
                ound_iu
            }
        unless    ound_i
            print    n't fu    _bound_    r geosc    $fields
bu   v type .  ary_typ_    boundai    t id $b    y_unit_
            ext;
        }
        pri    2 $bour    nit_iu    ";
        print    $bounda    oe_id .    ;
        print    dp_boun
        oreach    eld (@u    ) {
            if ($u    q ".")
                $fi    "0";

            t OUT2    ld";
        }
        print    "\n";

    }

}
print    "COPY >    Name FR    home/igu    ncal/hm    bleNam    DELIM1
',';\n",

 rint OU    ERT IN    d_datas    d_datas    series    table_r
    play_nam    eation_    publis    data_fi    lpath,
 OUT1
n.    ta_file_    ath, st    options    te )\n",
pr    T1 "    LUES (u    ataset    . '$tab    ', 'Ho    tgage
Disc.    Act (Fu    Finan    institut    xamina    ouncil)    (), 't
'/usr/    /shared/    ing/da    /$datar    \n";
 rint OU    to_date    artDate    vy-mm-u    o_date    Date',
vy-mm-u    Federa.    ncial    utions    ation u    l',
 /local,    d/dpsta    dataset.    x_meta    nda.dat    ta impo
    .delim    , 'Impo    ;\n";
pr    T1 "CO    COLUMN    column    nd_data    , db_na    isplay_
for_    y, for_    for_cha    rmat_    M
'/home    sh/loca    /ind_$u    name.dat    TMITER    ";
 lose I.
 ose OUT.
    e OUT2,
    OUT3;

# c    /js/co    ism

<%flag_
        t => '.    nexpir    ler'
    flags>
    r>
n.    enab    Cache =
</.

/* ---    -------    --------    -------    -------    ----his
```

```
art----   -------   --------     -------    --------        '
    ese two      are re    d to sy      tory/co
    istoryL    andPres      false;
Va    toryCa    Trigger    false;
win     load =    ryInit,
funct   istory   {
         lHistor   tialize.
      istory.    istener(    oryCall    );

    ion his   xtract    omLocat   location.
       var m    /^h_(    lePage|     e|chart.   '.exec(   ion );
       return   h && l    length (  ch[0].     >= 2 )
matc   substri    : '';
}
function    oryExt    aFromL    ion( loc    ) {
    v    a = Ob    :
    var   string .    tion.s    ing( loc    .indexc   ) + 1 ),
    var    = key_s    split(
    for(   i < pa    ngth;    {
          air = p    ].spl    );
       d    ir[0]]    r[1];

       , data;

    ion his   et( pag    a ) {
       if( p    '' )    false;
       var anc    '#' +
        r pairs    ray();
        ( var    ta ) {
          if(    i] !=
              s.push(   '=' + a    );
       }
       var u    tra = p    ioin('&
       if( ur    a != '
          r += '     l_extra

         lHistor   ancho   e );
       ar i i   )
          if( da    == ''    a[i] ==    fined'
              ryStora   ove( i
              e
             his   orage.   . data
       istorySt   put(    page
        rn tru

    nction    ryCallba   ocation   ation_a   {
       his   allback   red =
       if(    yDPCobr   sent =   se ) //   reset    k here
dp   nd wil    l this   ion wh   obrand    tialize
          n;
       ( locat    '' )
          DPC    d.showP    orofil    );
          histo   lbackTr   d = fa
          return.
       }
       var p    histor   ctPageF   ation   tion );
       if( pag    '' ) {
          and.sho   ( DPCob    efault   );
          hi   allbac   ered =
          retu
       }
       va    = hist   ractDa   Locatio   cation
       swit    ge ) {
          prof    e':
              hist   splayPr   Page( lo   n_data,    );
```

```
                          ak;
        case 'ma        :
              h.      Display.    ne( loca    data, u
              bre
              'chartPa
              histor     layChart.    locatic   a, data
              reak;
        defau            brand.s    e( DPCo     default    );

    }
    history    kTrig     = false,
}
functio    toryDis,    ofileL    location    data ,
         Cobran    ntPage     ' && DP      d.curre    != 'p   age' )
            Cobran    age( D.   nd.curr   e ).hid
    }
    DPCobra    wPage(    lePage
    r p = b   nd.get.   orofil    ');
       typeof    places    undei    ) {
            var    Cobran   age('p   age');
            var c    = p._   dget.g   s();
            ar h_p    = new S   data     s'] );
            places .   aces.sp    ');

          ve
         va   places    ay();
         for   i = 0;    places.    h; ++i
               h_plac   dexOf(    es[i]    )
               exp_   s.push(   ces[i

         exp_pl    length
              var    = p._pr   able.ge   ns();
              for(    = 0; i    .lengt(    ) {
                  xp_plac   dexOf(    l.name    0 ) {
                      p._pr   able.re   lumn(    ].name
                      areaw    oldRem   a( col    ame

                  }
                  o._pro   ble.re   );
          }

          //Add
          r new_p    = Arra
          ( var i    i < h_    .length,    )
                  if(    $/.tes   laces[i    c_plac   dexOf(
h_pla.    ) < 0
                  if( i.   aces.le   {
                      var i    < new    s.leng   i )
                      p._a   net._o   rea( ne   es[i] ),
                  p.    widget.   Area(),

    }
    nction    yDispla   age( lo   _data,    ) {
         if(   brand.c   Page !=    & DPCob.   urrent.   = 'mapr    ) {
             Cobran   age( DP   d.curre    ).hid
         }
         //Place    ndicato   ired
         ( type   a['indi    '] ==    ined')
```

```
          || (ty,    data['p,    l == 'u,    ed')
          || (!/^\       test( a,    indicato         )
          || (!/^x\      est( da    aces']
    ) {
                rand.sh     ( DPCob,    efaultF
          re
        e {
    DPCob,    howPage     age');
    }
    var  p    Cobran     Page('ma,    ');
    var  ma,    getMap
    var  lege    n.legen     et._dpL

         dicator
         dicator     v DPIn     r( data    cators
    DP,    addLis     indica    dataloa     nction
         f( type    a['per    ] != 'un    d' &&     }$/.tes
    u    periods    {
                ind    setAc    ar( dat    iods']
              if    of data    r'] !=    fined'
                dicator     ctiveC    data['c      );
              }

              typeo.    '['nbran     != 'un    ed' ) }
                  in     n.setAc     Ranges    ['nbran     );
              i    of dat    ndary'    undefin         {
                indicato    ActiveTi    cBound     data['bo     );
          map.se     ator(in     r)
          gend.s     cator(i     or);
    });
    //Map t     ings o     a
          (ty,    data['z      unde     )
         && (    data[      != 'un     d')
         && (ty,    data['l,    = 'unde.     )
    )    {
              .cente    om( new     Lng( da    at'], a    ng'] ),
    da    l'] );
         else {
              va    e = ne     lace( da    aces'],     tion(p)
                  p.cent    lace(p);
         } );
              e( typeo    '['zl'    ndefine
                  map    To( dat     '] );
    }
function    toryDis,    hartPage     ation_    data )
             Cobran     entPage    && DP      d.curre      != 'ch     e' )
          DPCobr    tPage(    rand.cu    Page ).h
    }
    DPCob,    howPage    artPage
    if( typ    ata['pl     == 'un    d'
              eof dat    icators    unde
         || f data    ds'] =    efine
         aler     ramete    be mis,    places    icators,    ds )'
          retur,
    }
    var  p    Cobran    ge( cr    e' );
    var  pl     new S     data['      '] );
    laces =    es.spl     :
       u_plac     new Obj.
```

```
for     i = 0;      laces.l      ++i )
            ( /^x\d        st( pla      1 ) )
                u_p      r places      = 1;

        r_plac      Array(),
            var i       laces )
                r_pla      sh( i )

    if( i    es.leng    {
            c_plac      i__areah    getArea
            i      nve pla
            va    places      ray();
        for     i = 0;      places      th; ++i
                r_pla    indexOf(    ces[i]      )
                    ol    es.push    aces[i]
            f( old_p    .lengt
                va.      = p.      getColu
                for      i = 0;    ols.len      +i ) {
                    old_p.    indexOf    s[i].nam    ) >= 0 ,
                        p.r    Area( cu    name[0,
                        p._a    het._re    ea( col    name[0]
                    _table.    eColumn    s[i].na

                }
            }
            p._ta    efresh(
        }
        //A     ces
        var n    ces = A    ;
        for( va    0; i <    ces.leng    +i ) {
            places.    f( r_p    i] )  <
                new_pla    sh( r_t    [i] );
        }
    }
    if(    places.    ) {
            clearAr
            var i    i < new_    s.lengt      i )
                p.ad    new_pi    i] );
        p.    sh();

    /*          .
            indicato.    ew Str    data['in    ors'] ),
        i    ors = i    ors.sp      );
        va    dicators    w Obje
        for(    = 0; i    dicator    th; ++i
            /^\d+$/    ( indic    i] ) )
                u_in    rs[ inc    rs[i] ]
        r_ind.    s = Arr
            var i    indicato
                r_in    rs.push
        it    dicato    gth ) {

                c_ind    s = Arr
                var i    indicat
                    if( p.    cators    true
                        dicator    ( i );

        //remo

            r( var      i < c    cators.    h; ++i
                if(    dicator    xOf( c_    ators[      0 ) {
                    removel.    or( c_    tors[i
                    table.re    w(1);
```

```
            ld
             var i =        < r_ind     s.lengt     i )
               if( c_    tors.in       r_ind     s[i] )
                          indicato    indicato        );

     }


     ar peri      new St    data['       s'] );
       riods =       ds.spl      );
       _perio     ew Obj
        var i =      perio    ngth; ++
          if( /^\       '.test   ods[i]
                 ods[ p     [i] ] =
     }
     var r_p      = Arra
        r( var    _perio
          r_      s.push(
         period    th ) {

          ar c_pe       = Arra
            r( var  .  _perio
               c_p     .push(

          //    Perio
          var    eriods       y();
          for(      = 0; i      eriods..     : ++i
                   _perio    exOf( c    ds[i]       )
                     old_p    .push(     iods[i
            old_pe    length
               var     p._ta    tColumn
               for(    = 0; i    periods     th; ++
                   var j =    < cols.    h; ++j
                     if( c    name[     ld_per    ] ) {
                         ovePer    ld_per     );
                         p    le.remo    mn( co    name


                 }
                   _table     sh();
          }

          //Add Per
          new_pe      = Array
             var i =       < r_pe    length;
               if( c_    s.inde    _perio      < 0 )
                      eriods.     r_peri     );
             if(      riods.l      ) {
                    var i     < new_    ds.leng     i )
                       p.ad     d( new_    ds[i] ),
                   p.    sh();


     */

          //b    image
          if(    f data      By'] !=    efined    typeo     'colorb
     '    ned') &    eof dat    itBy']    ndefine
                 '^x\d+$     ( data    By'] )     '\d+/.t
     data     By'] )
```

```
                $('char       ').src         $co->{     .} %>a      rtImage
                                          ?column        + data         ators'
                                             laceKey     data['
                                        +     iods='          ]'peri
                                        +     nBy='  +     group
                                        + '&      v=' + a     olorBY
                      }                 + '&li     ' + dat     mitBy'],

        }
        /* --       --------    ------        --------      --------       -----hi
        end---       --------    -------       --------      --------        */
          DPCob      {
            s : {},
             ntPage
        a      Page :       lePage

        load     ction()
          DPCob     ddPage(     ge', ne     apPage    age', '    );
          DPCobra    Page('     ePage',     PProfi    ('profi     ), 'Ne     hoods
          les');
             brand    e('char   ', new      tPage(    Page','     nd Char
             and.ad      ranks      new DP     age('r    ge', 'k     s'));
//           rand.p   w Peri    Execute    ction(
        DPCob    andlePe    nk(); },     0);

          t-----       -------    --------      -------       ory
             hist     obrand    t = tru
             var c     locat      Str     htmlHis     etCurr     ation()
             if( his     llback      red ==        {
                    h      Callba     rrent_i     n);
                 se if(    nt_loca    length >      //boo      access
                    hist    lback(     nt_loca      :
             }
             PCobran    wPage(     and.de    ge );
           }    /* ----       -------    --------       ----- *
        end-       --------    -------       ----- *
                                         ----his

          $('me      ').appe     d(DPCo     etMenu

       Permal     functio
//        ath = i    locati    hname.      '/');
//     v     e = pa    h.lengt    oLower     ;
        switc    e) {
         case
         case 'p      ':
             PCobran    wPage(     lePage')
             eak;
              'map':
              rand.sh     ('mapPa
           b
        case       ts':
             PCob    howPage     rtPage'
             break;
              se 'ran    :
               obrand    age('ran     ');
              :
          de
```

```
        DPCob      showPage      filePag
        break;

  },

  addP       functi   eName,        {
    DPCob     ages[p    ne] = pa


      ap : fu      () {
           n DPCob     ages[    e].ge
  },

  showP     functio    eName)
    if (DP     d.curre    e == p     e) retu
      or(var    PCobra     es) it      pageNa
        PCobran    s[p].hi
        {
          rand.cu      Page = t    me;
      b.    nd.page    eName]..
    } ca      ) {
      thro

  g     : fun    pageNa
      re   PCobra    es[page
  },

  etMenu      ction()
     r ul =    ent.cre    ement('
        classNa     DPMenu
          ar p i    brand.p      {
            = doc     create    t('li'),
        i     HTML =      brand.p    ].getCa      );
        li.    ame =      Item';
        li.on     = DPCo    makeM    m(p);
        ul.appe     d(li);

       rn ul;


  _mak    tem : t     n(page
    retu    tion()
      DPCob    howPage

  },

  var b    age = c    reate(
    Object.    d(DPMap    prototy      Page.p    pe);
    Object.e     DPMapPa    rototype,
      widget      ,
        ndWidge     ull,

    i     ize :        n(id)
      D      rototy     tialize     (this,    ents);
      var      new DP    cument.    ementBy    p'));
      map.a     ure(DP_    RE_LAYE    DARY_DY     );
      map.ad     e(DP_F    LAYER     DYNAMI
       p.addC     new DP    oomCon    );
        addCon      ew DPC    nentCon    );

    /    ide map    er for        v
    va    rySeto     = func    oomdir
```

```
v        ation =      'History       rrentL      n();
if(       ion )  
            n data =      oryExtr    aFromL      n( loca.      ;
           (typeo    'places'  'undef.
           && (      /.test    'place.
           && (ty    ata['in    rs'] !=      fined'
            (/\    st( dat    icators
           (typeo    'perio      = 'unde.
            /\d{4}/    ( data[    ds'] )

        va      ms = Ob      ;
        para   laces']    a['place
        params    icators    ata['in    rs'];
         arams    ds'] =      periods
           typeo    n['colo    'undef.
            pa   olor']    a['colo.
          neof da   branges      'undef.
           params   nges' =    a['nbra      :
        if(    f data   dary'] =    defined
             ams['b    v'] = a      oundary
        params[    = map.   mLevel
         r cente.   p.get   atLng(
           ms['la    center.
           s['lng'    enter.l
        h    set( h   ge', p      );
};

var kaN    map.kaN
 r zc =    tZoomC      ();
  sc = z    erConta

ka    ldOnMou    = kaNav    seup;
kaN    ouseup    ction(
       rySetO    );
     k    oldOnMo    (e);


    ldOnMous    sc.onm      n;
   ouseup    tion(e,
       oldonM    n(e);
       torySetO    ();
}

    oldZo    zc.zoo    click;
   oomIn.    k = fun      map,       {
    zc.olo    ( map,
      istorys    oom();
}

zc.old      t = zc..    t.oncl
  .zoomO    lick =      ion( ma      ) {
    c.oldZo    map,
      torySe    n();

this.    map;
var se    this;
PEvent.    stener    ap, 'i    orchang    nction      {
    sel    ndWidge    ndicat      );
    self.    dWidget.      );

D    addLis    self.ma    emovein      r', fu      (ind)  
        f.lege      t.hide
```

# EXHIBIT 2(F)

```
        c_place    xOf( d     laces']    ) ) {
            c_pla   ush( da    aces']
            p.addA    data['p     ] );
    }
    var c    ds = A
    for( va    iod in     riods )
            ods.pus    iod );
        c_per    ndexOf(    perio       < 0 )
            p.au    d( data    iods']
            c_per   ush( da    riods'
    }
    var   icators     y();
    for( v   d in p.    ators )
            icators.    ind );
        c_ina    s.index    ta['ind   rs'] )        {
            c_    ors.pus    ta['ind   s'] );
            p.ad    ator( a    indicato   );
    }

    //Set    ry
    history    h_char    , {    rs':
  places    ',','),
     icator    '(','),                  'in   rs':
                                'perio
  c_    's.join                    upBy':
                                 rBy':
                              By': da   riods']

    p   ndicato    a['indi    '] );
    p.a   iod( da    riods'
    p.re    );

    '/force
      obrand    ntPage    rtPage


    }
  }
}

    Indica    get = C    reate(
 Ob   xtend(    catorW    rototy    Widget.    ype);
 Obje   tend(D    atorWid   ntotype
 _ind    s : [[    ation",   ulation   13],["C    n",605    oreign
born",6    ["Pers   years    0516],    house   s ago",   ,["%
me hous   ears ag   18]]],   lation   e/Ethn   [["Per   ith
 speci    60519],   k non-    ic",60    White
  ispanic   1],["H   6052   sian/P.  n-Hispa    60523],
 r   on-Hispa   60524],   ack non    nic",6     ["% wh
non    nic",6   ["% His    60527,   sian/   n-Hispa    60528],
othe    non-H    6052    "Family    Factor    "Persons    poverty
determ    60530],   perso   0531],   y rate    60532],   ons in
 abor fo    60533],   loyed    s",605   Unempl   rate
 ,6053    ersons   ars ol   36],["E   d pers   + years
  60537],   op. 16+    employ   538],[   ns 25+    ",60539   rsons
  diplo   40],["   ns w/o   ploma",   ,["Fa   with
ch   ",6054   emale-h   familie   h child   0543],   male-he
fam   with ch.   ",60544   "Isolat   icator   "Occup   sing
units   5],["Hh    a phon    546],["   with a   ",6054   Hs with
```

```
",6054,    HHs with    car",6       ["% HHs    a car",    ]],["
    -Being    ators",     ldren w.    verty o    ned",6        ["Poor
re    en",60     % chil    n pover    9553],[     s with    weight
re    d",6024,   irths w   w birth    ht (<5    ",6024,    low we
birt    5.5 lbs.     48],["t    with mo    s age r    d",602      Births
teen    s",602    % birth    een mot    60251],    income
conditi    s",["Fami    60560),    regate i    income    year
",6056.    verage    y incom   t year    0562],    TANF
nts",6     ["Chil    clients    02],["    ood sta
    s",601    "Child    tamp c    ",60104,   Housing    tions",    tal
h    units",    ],["Va    ental n   n units    8],["Re   acancy
(%)",    9],["Ow   occupie   ng unit    9570],["   nership
(%)",    ]],["H    Marke    gle-Fam    mes)",    er of
sales",    ,["Mea    les pr   0188],   n sales    e (2005
",6018     Mortga    nding    Purchase   s)",[["    for hom
hase",    ,["Num    housi    ts (HMD    )",6026,   ans pe    0
    ing unit   769],["   borro   come (   270],["   borrowe   ome
    )",602,   Subprim   s",602   Conven   loans",   ],["% s   e
loa    0274]]]
oni    orSelec    ll,
init:    : func    d) {
this.    atorSe    null;
PWidge    otype.    lize.ap    is,argu   );
    is.set    Choose    ator');
    html =    ndicat
    = '<fo    le="mar   0 0 0,    lect st   width:    font-si
10px    ion va.    ">-- Se    Catego   /optio   lect></   ';
    htm    <div st   adding    m: 5px"   >';
    html    elect    width:    font-s    10px">   n value   Select
    Indica    </opti    elect>
    ml +=    style=    n: 0 0    >Search    Datap.
    tor:<b    ut name   ry" type   tbox" v   "" sty    t-size:
w    135px">   t style   t-size:    type=    t" valu   rch"><
hre    ascript   rowse l   ors</a>    style="   q-botto
0px">    </form
this.    ntent(h
this.    teCats
this.se    ers();


    teCats    tion()
    v    = this.    v.getE    ByTagNa   ELECT'),
    fo    i = 0;    s.ind   rs.leng   ) {
    v    = docu   reateE   ('optio
    opt    = opt.   TML =    indica   [0];
    s[0].    dChild(

}.

_set    rs : fu   () {
var    = thi    dow.get   tsByTa   'a')[0]
var se    this;
browse.    k = fu    () {
    var p    DPIndi   rowser(
    .onInd    Select   .onInd   Select;

v    = this.    dow.get   tsByTag   'form')
frm.    mit =    n() {
var    s = '';
var v    .query.
params    +v;
    r p = n   ndicat   ser(par
    nIndica   ect = s   Indica   ect;
    ide = t   n() {
    .query.    = '';
```

```
        }
      return

      = thi_ _dow.ge_ _ntsByTa_ _'SELEC_
    v_ _t = s_
    va_ _ = s[1_
    scat_ _nge = _ _ion() {
        _se _pulate_ _this.va_
    _
    _nd.onch_ _ funct_ {
        if (se_ _ndicato_ _t) sel_ _dicator_ _(this.v_ _ _

    },_

    popula_ _: func_ _catego_
      var si_ _his._wi_ _eteleme_ _TagName _CT')[1_
      _hile (s_ _ildNode_ _th > _
        sind.r_ _hild(s_ _ildNode_ _.child_ _length-_

    _ _ i = 0, _this._ _ors.le_ _++) {
        _his.in_ _rs[i][_ _catego_
          _inds = _indic_ _i][1];
          _var j = _ < inds._ _;j++)
            _ opt = _ent.cre_ _ment(_ _n');
            _innerH_ _nds[j]_
            _lue = _ _[1];
          _s_ _endChi_ _);
        _
        _ak;
      }
    _

    },

    var L _widget _ss.crea_
    Object. _d(DPAr_ _et.prot_ _DPWid_ _ntotype,
    _bject.e_ _DPArea_ _.proto_
      _laces _ _shingto_ _wards _ _ard 1",_ _7],["Wa_ _135438_ _rd
    _35443],_ _4",13_ _["Ward _ _436],_ _6",1354_ _"Ward
    _5440],[_ _,1354_ _"Washing_ _C. Clus_ _[["Clu_
    _51],["C_ _10",15_ _["Clust_ _,13545_ _luster
    12", _6],["Cl_ _13",13_ _"Cluste_ _13547_ _luster
    15",1_ _["Clus_ _",1354_ _"Cluster _135460],_ _ster
    18",13_ _"Cluste_ _135455_ _luster _447],[_ _C
    ",1354_ _"Cluster _35454],_ _ster 22 _48],["C_
    135476],_ _luster 2_ _469],_ _er 25"_ _],["Clu_
    354521,_ _ter 27_ _74],["_ _28",1_ _],["Clus_
    2_ _475],[_ _er 3",1_ _["Clus_ _0",1354_ _luster
    31", _57],["C_ _32",13_ _["Clus_ _",13546_ _luster
    34",1_ _,1354_ _35",1354_ _"Cluste_ _135464_ _luster
    37",13_ _["Clust_ _,13546_ _luster _35462],_ _ter
    ",13547_ _luster _5479],_ _er 6"_ _],["Clu_ _,1354_ _luster
    135453],_ _ster 9 _78],"C_ _Tracts _Tract 0_ _6685],[
    _1",550_ _"Tract 0_ _23160],_ _act 00_ _324],["_
    _ _5441],[_ _00050_ _38],["T_ _00502_ _1],["Tra_
    00_ _7647],[_ _000701 _5],["Tr_ _00702_ _1],["Trac_
    0008_ _7792],[_ _000802 _5],["T_ _00901"_ _],["Trac_
    00090_ _82],["_ _01001",_ _002",5_ _["Tract
    0011",4_ _["Tract _,53419_ _act 001_ _9432],_ _t
    _1302",_ _["Tract _01",164_ _2564_ _rac_
    _",4806_ _ract 00_ _4531],_ _00170_ _530],[_
    _",2167_ _ract 00_ _49519],_ _t 001_ _1468],[_
    0_ _25341],_ _ct 001_ _8592],_ _00190_ _97],[",
    002_ _4689],[_ _00200_ _90],["_ _002101"_ _],["Tr_
    0021_ _538],[",_ _002201_ _],["Tra_ _2202",6_ _["Trac_
```

2301",2_   ["Tract  02",584_   "Tract 0   67068]   t
01",27_  "Tract    7155]   ct 002   82],["
4488   ract 00   53958]   ct 0028   434],[
00   20109],["    003301   87],["Trac   030",73   "Tract   21567]   t
003   70],["    003301   87],["Trac   030",73   "Tract   21567]   t
0034",   ["Tr   003301   "Tract 0   54094]   t 0037   7],["Tr
0038",2   ["Trac   ",4298   ract 00   49145]   t 0037   7],["Tr
04002",   ["Trac   ",3889   "Tract   52929]
02",22   "Tract   .52930]   ct 0044   87],["Tr
67238]   ct 004.   28],["   004801"   "Tra
0   31483]   ct 004   52704]   t 00490   18],["
005   15],["   0051",   ["Trac   01",50_   "Tract
0052   98],["   005301   1],["Tr   05302",   ["Trac
005401   8],["Tract   05402"   "Tract 0   4077   ract
056",45   "Tract   ",536   "Tract 0   ,22505]   ct
8",278   02",518   ",9488]   t 0060   42],["
02",518   ract 00   9221]   t 00620   59],["Tr
29025   190],[   0065",   20838]   t 0063   454],[
00   190],[   0065",   ["Trac   6",1595   ract 0   337],[
0068   286],[   006802   ["Tra   6804",   ["Trac
0069",   ["Tra   0",312   ract 0   4681]   t 0072   ],["Tra
07301",   ["Trac   7302",1   "Tract   04",227   Tract
7308",1   ["Trac   01",611   "Tract   ,5722   ct
04",42   "Tract 00   ,4684   act 00   56929]
",3977   ct 0075   8993]   t 0075   707],["
00   38441]   ct 0075   5250]   t 00760   3],["Tr
007   1129],[   00760   4],["Tr   07605",   ["Tr
00770   38],["   007707"   ["Trac   708",55   "Tract
07709"   1,["   7803",1   ["Tract   04",27   ract
7806",   ["Trac   07",21   "Tract 0   ,2774   ract
09",58   ["Trac   07",2792   ract 00   17858]   ct
",3881   Tract 00   21527]   ct 008   47],["
6550],[   t 0083   752],["   008302"   1],["
008-   5044],   t 0084   793],["   0085",   ["Trac
0086   2],["Tr   08701",   ["Tract   02",37   Tract
008802   1],["Tr   08803",   ["Trac   04",54   Tract
08903",   ["Trac   904",69   "Tract   5",6909   ract
90",6085   act 00   43773]   ct 0091   290],[
01",396   "Tract 0   ,51917   ct 00   2094],[
",22616   act 00   17117]   t 0094   ],["Tra
00   5461],   t 00950   410],["   009504"   ["Tra
009   9687],   t 00950   96],["Tr   09508"   ["Trac
00950   27],["   009601",   ["Tr   02",1   "Tract
09603   ["Tra   9604",6   "Tract   ,11495   ract
09801",   ["Trac   02",53   "Tract 00   ,34759   ct
04",21   "Tract 0   2974   ract 00   10821],[
8",1062   ract 00   64323]   ct 0099   167],[
0   43671]   ct 0099   2147]   t 00990   ["Tr
009   4400],   t 00990   99],["   009907"   ]],"Zip
Codes   001,11.   [20002,   [200   232],[2   10436],[
20006,   1,[200   140],[20   02376]   9,12043   010,120   20011,
14],[20   9735],   103401,   16,982   0017,10   [20018   ],[200
23709]   9,11922   024,116   20032,   ],[2005   551],[20   1230]
045,9865   0319,11   },
Loaded   1,
_   : [],

```
init_   : func   d) {
  DPWid_   _ototype.   _alize._   this, _
  this.se   ('Add A
  _is.onAr   ded = n_
  _._areas
  _   initCo   );
  t_   opulate
  thi_   Handle_
```

```
    Content      nction(
    .    ml = ',    ea to      s:';
    ht.    <sele     le="wi     00%; fo     e: 10px     tion va     ">-- Se
Geogra    -</opti    select>
    html     iv sty.    dding-b     5px">     ';
    html +=    ect s    "width:        font-s.    0px"><o    value=     Select
    rea --     on></st
    s.setCo    html);
    }

    _set    rs : fu     n() {
    var    is._win     tEleme    TagName    T');
    var ge    0];
    ar area     1];
    - self =
    nchang    nction(
    popula    (this.v
    }
    area    nge =    on() {
    self.    rea(thi    e);
    self.u    rea();


    get    : func    { 
    retu    is._are
    },

    arArea    nction(
    .    area    ;
    }

    _ado    funct    ) {
    id =    id +
    if (id    ') if (    str(0,1    'x') id    + id; ,    s x be    d if
    sent
    is._area    h(id);


    _re    rea : fu    n(id)
    id    id :
    if (1    ') if (    str(0,    'x') io    ' + id;    ds x be.    d if
    sent
    is._ar    this._a    eject(    on(v) {    n v ==


    _pu    eGeo :    ion() {
    var    his._w.    qetEleme    TagNam    ECT');
    for(v    n in th    laces) {
    var o    ocument    teElemer    tion'),
    opt.val    ot.inne    = geo;
    0].appe    ld(opt),
    },

    _popu    rea : fu    n(geogr    {
    var ar    this._w.    qetElem    TagNam    ECT')[
    while (    hildNod    gth >
    rea.rem    ild(area    dNodes    hildNou    ngth-1
    
    var i=0,    is._pla    ography    th; i+
    ace = t.    laces[    hy][i],
    va    = docum    reateEl    option
```

```
    opt.in    ML = pla   ··
    nt.valu    lace[1],
    a.appe    d(opt);
},

update    funct    ) {
  var ids    odeURl    ent(th   eas.joi   ');
            /*   .. re   hese ha   s, rep   th cob   ecific    lt */
    params   rofile   ' + (io   ' ? '&    =' + io
'a    s=x1354.
    D.   transpo    URL('   ->{base   >ajax/p   Data.h   params,
  this.   aLoade   (this).
},

  nArea    funct   on) {
    (this.   oaded)
    s.onAre   d(json
    areas =    on[0]).    ;
},

  selec   : funct   on) {
  ar s =   window   lements   ame('S   ');
    v {

    h(e) {
      selecte   x = -1;
    s   lected   = -1;
  }
}


v   rofile   = Class   e();
Obj   tend(D   leTable   ntype, e.proto
Objec   nd(DP   Table.   vpe, {
  initi   funct   d, igno.
  ignore   eof i   == 'un   d' ? [   ored;
    PTable.   type.in   ize.app   s, [id,   , ['id   ar', 'v   ,
    m', 'to
    _heade   = 'pr   ableHe
    ndicator    = new    umn('',   this._   rIndic   ind(th
    t   dColumn   , ind   Column),
  var   Column =   PColum   ck to v   true,   render   ind(th
  this.   umn('to   toolC
  this.o   llClic   ll;


  erRow   tion(ro   umns,   {
  t   c in   s) if (   s[c].v   ) {
    c   s[c].re   ow, dat
  }
  if (ty   ata.va   = 'unde   ')
    row.cla   = 'DP   ding';
   e
    classN   ';
},

  ren   icator   tion(r   ll, col   son) {
  var h   ';
  if (jso   ]) htm   a hre   script.   Metada   ow(' +   id'] +
    <img s   $co->{   eURL} >   e/icon   ta.gi   e="bor
    </a> ',
    += json   n.name   son['ye   ? ' - '   n['yea   ');
  r   html;
},
```

```
 keMapCa      k : fun      'data, p      {
      self       ;
       n func      ) {
          elf.on       torSele
          nIndic       lect(da     lace);
      }
  };


      ools :     ion() {
   v      s = th   ble.ge    ntsByTa      'TR');
   var   = this._   ns['to    order;
   for(     0; i<ro    gth; i
          = rows    ildNode    .getEl     ByTagNa     ELECT'),
          i    ngth >     0].sel    ndex =


  _cr     ool : fu    n(capt     click)
   var     ocument.   eElemen    );
   a.inn     = capt
   .href     ascrip
     onclic      click;
      rn a;
  }

  _mak     Callba     function      {
   var s     this;
   return     ion()
     if (sel      hartCli     lf.onCh      ck(data


  _mak     sCallba    functio      ) {
   var      this;
   return     ion ()
     if (se     nksCl     elf.onR     lick(dat


  _t      functio     tion)
     ret    ocument.    TextNo    tion);
  },

      nderTo      function    cell,    , data
       .inne      = '';
         hartTo    ._cr     ol('Ch      this._m     rtCall     ta));
       v     nkTool     ._creat    'Rank    this._m     nksCall    ata));
     if    f data    s != '  ned')
       var     = this.   lumns().    ll(fun     e) { re     .name.s     ing(0,
   = 'x' }
     if (co     gth ==
         var pla   ew DPP     ls[0].
         r mapTo    his._   ool('Ma   his._ma    allback    place
        .appen    mapToo
          appendc    his._tx    ');
       c    pendch    rtTool,
// c    pendch    is._txt    '));
      ce    ndChil    Tool);
     return,

       if (co     gth >
       = doc    createE    ('sele
       e.fonts     "10px";
```

```
        var i    documen    teEleme    tion'),
        item.in    ML = 'Ma
        append    item);
            var i=   ols.len    ++) {
            item =    nt.crea    ment('op    ');
            nnerHTM    ls[i].     n;
            ite    ue = cu    .name;
        s.ap    ild(ite
        }
        cell.w    250;
        .appen    (s));
        append    this._    '));
        c    pendch    artToo
//      ce    endchi    is._tx    '));
        ce    endchi    Tool);
        s.send    this;
        .onchan    functio
            if (t    lected    0)
                this.sen    Indica    lect) {
                    var p    new
DPPlac    option    s.selec    ex].va
                    is.send    Indica    ect(dat    ce);
            }
        selecte    x = 0;
        rn;
    }
    els
        ret    ap';
    }
    se {
        chart.    this._    eTool('    all',    makecha    callbac    ));
        innerh    '';
        pendch    hartToo
    }
    },

    makechar    llback    ction(    {
        src =    data.s    data.fr    data.to
            inds =    uck('i    mpact()
            aces =    uck('v    ).colle    nction(    return    keys()
    }).     n().comp
        var s    src.    'year'    act();
        var s    this;
        return    ion() {
            f (sel    artAllC
            lf.onc    lClick    places    s);

    }
    });



//    trigger    to ge    of dpco    map ha    endency
var DP    atorBro    Class.    ();
object.    (DPInd    rowser.    type, D    .proto
    ect.ex    PIndica    rowser.p    e, {
        alogURL    % $co->    RL} %>    or/cho    html',
        erClass    ndicato    erHead
    atorSe    null,
    in    ze : fu    n(param
        par    typeof    s) !=    ned' ?    s + '&a    ' : 'aj
```

```
PPopup.      type.in     ize.app    s, [thi    logURL,      ms,
    _fina     d.bind(              ]);
    .setTi     nbsp;'),
    nIndic     lect = .
},

_bindL    functi    f, para.
 var se    his;
   turn fu    () {
      f.load     (href,    ms, se    alizeL    nd(self,

},

_bind    torLink    ction(    params)
  var se    his;
   turn     n() {
      r id =     s.match    +)'/)
       id)
         self.on    torSele    elf.on    torSele    1]);
         ide();
/*
    DP    d.getMa    tIndic    id(id
   self.    );
   catch
   lert('    d indic    ' + id,
  };
 },

 finaliz    : func.    opup)
   r self    s;
      pdate
      inks =     window.    lements    ame('a',
   v    new P    RLParse
   p.s    'this._    URL);
   var c    URL = p    st();
   if (p.s    t() !=
      dialogu    :' +    port();
       r(var i    links.    i++)
        e = li    ';
         URL(e.h
      ef = dia    + p.s    hname(),
      va    ms = p.s    rystri
      e.hr    javascr
      if (e.    HTML ==    ) {
       e.oncl    this._b.    icator    ref, pa.

      lick =    bindLi    f, par
   };
   // b    ose bu
   var cl    = $$(    n_top_l.    [0].ge    ntsByTa    'a');
   f (clo.    length    {
      oseBtn    seBtn[c    n.leng
       seBtn.o    = func    ) {
         .hide()
   }
   cl    href =    script.
   }
   // bin    h form
   r frm =    _windo    lements    ame('t    0];
      onSubm.    ';
      nsubmit    ction(
       rams =    seriali    s);
      se    dFromU    f._dia    params    ax=1',
```

```
    f._fina    oad.bin    ));
        turn t

    p    setCen
    po     ow();
    Form    First    (frm);
    }


    itBound    lse;
    //    //dean.   ds.nam    og/2006,    ain/
    /*    zilla *
    if (    t.addE    stener
        ent.ad    Listen    MConten    d", DPC    d.load,    );
            ind = t.


    /    Interne    lorer *
    /*    @*/
    /*@i    in32)
            ment.w    script    ie_on    fer
    c=java    :void(    script>
        va    ipt = a    t.getE    yId("_    nload"),
        scr    readys    nge = _    on() {
            (this.    tate ==    lete")
            DPC    d.load(    all t    oad han
            ound =
    end @*
        r Safa

    i    Kit/i.    navigat    rAgent)    sniff
        ar _tim    setInte   function
            i    aded|co    /.test    ent.rea    e)) {
            PCbra    d(); //    the on    andler
            earInte    timer);
        }
        }, 1
        initB    true;
    }


    f (!in    d)
        vent.ob    window,    d', DPC    d.load),
        ent.ob    window,    ze', D    nd.resi

    D    ort.en    tivity(    activ


    functio    _left(    l) {
        var a
        for (v    ;j<l.l    i++) {
        a =    [j]);

        rn a;
    }


    nction    ight(f,    ) {
        var a =
        r z =    th-1;
        (var i    >= 0; -
        = f(l    );
    }
```

```
          retur.

      ect/sh      r.html

  <%a
  $w =>
  $h => 4
    n # fi
      rgs>
         s>
  i        => '..,      handle
  </%.
  <%in
  use ma        t;
   se Geo:.      File;
      >clear_    ;


  #      s comma.    option.
  #

    v $wid    *w;
      $heigh.     ;

  .      o = nev      cript::.  ("$co->      mentRo      nfiles/.    ry_laye      ");
  my       error    mapscri.    rorObj.

  my $s      ile = $.
  my $fi        = $fn;

      ename      shp$//,      et rid    ension,    se of      Geo::Sh    e
        s
  my      s = Geo.    eFile->.    filename.    ie "Co    load    ile";
  my      t = ($.    min(),    ->y_min    hp->x_n    $shp->.   );
  $map-    xtent(.    );
  my $la    $map->    erByNam    ional_    county".    ie "Co    get la
    regional_    count    get_ma    rs($ma    r);
      map->{he    $map-    h}) =    ht, $w1
      er->{sta    = $maps    ::MS_ON.
      ->{data    hapefi
  my      ss = $la    netClas.
  my      = $clas    tStyle
  $styl    lor}->s    255, 2    5);
  my $img    p->draw    die "C    t draw    " . get_    rrors(    ror);

      clear_    :
      ntent_    image/p.
  $    d_http_    r;
  $m-    ($img-    tes());
  $m->a    K);

   b get_    rrors {
      my ($n    or) =
      ny @errs

      e ($map    && $m    or->{'c    != $ma    t::MS_N
          h(@errs,    map_er    routin    map_er    message
          error =    error-    );
      }

      apscrip.    esetErr    ();
      urn jo    ", @errs    \n";
  }
  </%i.
```

```
 rc/dra     /CDS-Dr     e/misc.

#   de <dpp
#i     <dpdr    e.h>
#inc    "EXTERN
#inclu    rl.h"
#include    g.h"
  nclude    t.h"

   et_png     v *pngs    ng **pn
{
       nt i;

      i = 0;     v_len(      i++) {
         **sv =      tch(pn      0);
          mp = Sv    v*)SvRv      ;
          s[i] =      TR(dpp    tmp);
      }

         qptrs[1     LL;
}

 d set    uct dp_     _themat    le *ts,     envelo    *breaks
     rs)

      int i;

      envelo    safemal    v_len(e    e)+1)     of *ts-    lope);
      reaks =    malloc(     n(break    * size    s->brea
   t.    ors =    lloc((a    colors    sizeo    colors

   if (   nvelope    ts->bre    !ts->    )
      cro    uldn't    ate mem    ");

      (i =    av_len    lope);i
       SV **sv    fetch(    e, i,
         ->enve    l = SvN    ;
      }

      for (    i <= av    breaks),    {
         SV    av_fe    eaks,
         ts->b    i] = s    sv);
      }

         = 0;i     len(co    i++) {
         *sv = av    h(colo    0);
            lors[i]    v(*sv)
      }

         numqu    s = av_    eaks);
}
 src/dra    e/CDS-    me/misc

      ude "EX    h"
#    de "per
#i     "XSUB.

#inclu    port.h

   tern vo    pngptr    *pngs,    **pngpt
     rn voi    ts(struc    mapnik    icstyl    AV *e    e, AV *    , AV
     s);
#    rawthem    DrawThe    wTheme.

#incl    ppng.h>
```

```
     clude      wtheme..
       lude "m     "
       de "EX      "
#i     de "perl.
#inc     "XSUB.h

*include    ort.h"

    LE = CL    wTheme        PAC      CDS::D.    me
     YPES: L    5

int
rende. file_fr   (shape,   dbf_fil   column,   h, heig    velope,
breaks,     s, out.
          shapef
         ch     f_file
         cha     olumn
         int w.
         int he
          *enve
          *breaks
          lors
          c    utfile
    PREINIT
       struc    mapnik_    urce ds
       struct     nik_th    style

         type =     NIK_DA    CE_SHA
          apefil    apefile
       c    file =     ile;
       ds     n = db    n);
       set_     enve   breaks,   s);
//    fprin   err, "e    e is %1    f %f, b    are %f    %f %f    %f
%f,     s are     %x %x %    %x %x %    ts.env    0], ts.    lope[1],
ts.en    [2], t    lope[3    breaks    .breaks    ts.brea
ts.brea    ts.br    4], ts    [5], ts    s[6],    aks[7],    reaks[8
s.color    ts.col    ts.co    ], ts.c    [3], ts    s[4],    ors[5],
    colors    .color
       RETV    dp_mapr    nder_to_    &ds, wi    eight,    outfile

       safefre    nvelop
        fefree    eaks);
         efree(t    rs);
    OU
          

re    to_tile    _shp(sh    le, db    dbfco    width,    , enve.
bre     olors,    ngth, r
          r *sha
          *dbf_
          dbfcolu
       in    h
       int    t
       AV *e    e
       AV *bre
        *colo
         tilele
         ngs
    PREIN
       dp     ngptrs,
       struc    mapnik_    urce ds
       struct     nik_th    style

         type =     NIK_DA    CE_SHA
```

```
        a_     efile =      file;
        ds.     ile = d       ;
        ds.c       = dbfco
        set_ts     envelop    eaks, co
            ngptr      malloc     en(pngs,     sizeo     trs);
            pngpt    s, pngp

        R     = dp_m     render_    les(&ds,     h, heig     s, til    h,
    trs);

        safefr     envelo
            afefree     eaks);
             efree(     ors);
               free(pn    );
    OUTPU
        RE

)
rei    n_file_    ostgis      dbname     r, pass     table,     , srid,
geom     lumn, w    height,     lope, c    , color    file)
          *host
          *dbname
        c     ser
        cha     sword
        char
        char *
        har *s
        r *geom    lumn
          idth
          ight
)
        AV     lope
        AV *
        AV *co
        har *ou
P       :
            t dp_m    dataso    s;
             dp_map    hematic    ts;
    CODE:
        ds.     DP_MA     ATASOUR    TGIS;
        ds.ho    ost;
        ds.dbna    bname;
        s.user =
            passwor    ssword,
            ble = t
        umn = co
        fp     tderr,     is %s,    etryCol     %s\n",    geome    umn);
        ds.s    srid;
        ds.geo    olumn =     etryCo
        et_ts(    nvelope,    ks, co
//         intf(s    "envel      %f %t    f, break    %f %f     %f %f
%f, co     e %x %    %x %x %    x %x:\    envelo    ts.env    1],
 .envel    ts.e      [3], t    ks[0],    eaks[1],    reaks[
    breaks    break    ts.brea    ts.br    ], ts.b    7], ts.    s[8],
    lors[0]    colors    .colors    ts.col    ts.co    , ts.c    5],
     rs[6],    lors[7]
        RETVAL    mapnik    to_fil    width    ht, &ts    file);
            free(t    lope);
             free(ts.    );
        s     e(ts.co
    OUTPUT:
        RETV

int
rende    iles_f    tgis(h    bname,    passwo    able, c    srid,
```

```
ometry     , width,      ht, env      breaks    ors, t1    th, png
        ch    st
        char      me
        char
        har *p    d
        r *tab
        *colum.
        L    'srid
        ch    ometry
        int
        int h
        AV *env
        *break.
        *colors
        A    ileleng.
    PREINI
    dppng       ptrs;
    struct       onik_da.    ce ds;
        truct a    ik_them    yle ts.
    C
        pe = D    TK_DATA    POSTG.
        L    = hos
    ds.    e = dbn.
    ds.u    user;
    ds.pas    = passv
    s.tabl    le;
        column    umn;
        rid = s.
    L    metryC    = geome    umn;
    se    ts, en    break    ors);
    png    safema    av_len    2) * s.    *pngpt
    set_p    (pngs,    s);

        TVAL =    onik_re    o_tiles    width,    t, &ts,    length,
    pngptr_

        sa    e(ts.e    );
        safe    ts.bre
        safet    color.
        safefr    trs);
        T:
        TVAL
# map/    l

    kage Cb.    perl::.

#    marks:
# 1    ache l    7ms kt    init l    3 - 3ms,    ct_data    - 8ms,
init    new Map.    ile() -

se str
    warnir.

    ache::R    ;
us.    ::Dumpe
use    og4per.    et_logg    vels);

use CDS.    ;
    e CDS::    atile;
    CDS::M.
    inq::Ut

use    ant NO_    => 0;    means    HE :/
```

```
    @sca
    -1,          0,    1        36000,    2000,        00,   2        576
    52000,      00, 460       921600    32000,       00, 73        14745
);

timer    tart"),
return  );

    main {
      $log    logger   ap.kti

               =    he->req
    m        = ::Requ    ew($r);
    my   ms = {   r->par.    };

   futur   rence

         if ((  nnectio   mote_ip
/^   .215\.1   07\.13    \.]81\.   34\.)/   >the_re    =~
/si    ) || $  der_in(   agent   Google     f
##       $r  om resp  403, "  dering i  lease"),
#       $r->   (403);
         ader_ou   ation',   o://ma  he.data  org/rou   xt');
         $r->sta   7);
#       307;
#}

=cut


    ######  '#######  '#######  '#######  '######  '#######  '#
    Reque   me in   avors.
      1. ?  irect=1 /tile   /$foo c   tile 1  ing,
         so   /timein   $foo req  and re   it.
      ktile   op= &t   &scale=  rs=

## E.    way, g   to ge
## sc  yers t   left

   ($scal  vers,   $tleft

     params->   edirec
       ?is_req   1 come   httpd.  ewrite
         hen /t  es/$fo  hed tile  issing
      quest =  he_requ
         ($  $layer  op, $t   = parse   images_  t("$req   );
      # wa   om pars  images.  st: sca   ale la  layers
t  op tle   left";
      e {
         cale,   s, $tto  left) =   arams}{  le lay  op tle
/};
      , "from  s: scal  le lay  ayers t   top tle   left";
    }


      registe  nup(\&  nit::c  tabase     # TBD   s shoul
some.   less d

## r  ing out   insta  ons for  r inte  on with   later..
my ($   dbh) =  nit::  (MyApp.   n::C2   _NAME);
my ($s  nger) =   :Init:.  loggers

    $geodbh   ::Init.  ect dat  $co, "  abase"  => 1);
    util =  MapUtil   { co =>   geodbh  eodbh
```

```
    # This    use CDS    Metatile   create t.    le on a.
       $loca   = get_c    tile(
       { scale,   scale,   => $la   tleft    eft, t    $ttop
       co =>      eodbh =    odbh, m    > $mut
    );
    # wa    ocalfi   calfile

    return    rams->   nt};

    ess (-r    lfile)
       v $oran   = "$c   umentR   mage/or   t.png";
       g->err   Could.   ad loca.   $loca    servi    rangedo
    insteau   file = .  edot;
    }

       Now se   up..
       doexpir   $co->{   ageCac   ? 1 : 0,   Send   s" hea
       serve   d_file(   ocalfi   doexpir   $doexp   );
    }


    /time   URL l   ike thi.

## images,   lexmre   8432000,   d
## ,cid_z.   olor_o   ats_8.t   type_c   ooly,pc   ne
## /   t-2000,   01-2000,   01-1800   =4.05
   ub par   eimages   est {
    my $    + = shi.

    # There   ot of   n there.
      ($scale   vers, $   $tleft   equest
       tileih
       [^/]*              ile_ver.
       \d+ )              ale = s.
       ed)
       me    [^/]+        # s = $2
       t l    [\d   # mtop   t
       t ( l   )       $ttop
       l ( [\d   )       $tleft
       .] png              mgtype
       s+ $
    x or   nvalid   ages r   : " . $.   t);

       But we   are ab   few bi
       n ($sc   layers,   . $tle.
    }


    Given t   le, la   top, an   t use   tatile   ate an
    che the   yiel   outtile   for se   as stat.
    s   t_cache   {
       $args,   ) = @_,
       cale, s   s, $tto   left) =   s}{qw   e layers   tleft
       my   $geod   util) =   ils}{q   geodbh   /};

    my $i   et_logg   n.map.k.   ;

    layers   ase';
       vers =   t /,/,   s ] un   ref $l   eq 'AR
    m   type   ';
```

```perl
    my $fr      = 't'      op . ' )     left .        $imgty,

        $outba     = $co->      mgRamCac       ;   #     ally /   cal/map

    h.    cache =

    my $.    rgs =          e,
            su      =>        e,
            laye    => $.   .
            ttop    => $tt
            tleft     > $tle
            ngtype      $imgty
               ename      filenam
             sedir =   +based
          n      => CHE,
    };
       print _     "Metai    s " .    ($meta_
       $metati   DS::Map   ile->n        , $geo      util, >   args);

    #   X # Dis    on 4/2t,    reena     his onc    cache us
    ##n     was her   last_a    ile

    my $ok    atatile     ileViam  e();
     log->de    $$ get1     Metati  rned

           localf   $metati    uttilep
            $loca.
    }


     rve th      $loca.      over th     he MP1     erl ha     $r.
      rve_cac    file {
         $r, $l    ile, $ar      @_;

    my   xpires     sts $ar   oexpire     $args->   ires}
    my    cache =    CHE;

    my $lo      t_logge     .map.kt

        n my $.     '<'     lfile
         r $log-   ie("$$    n't rea    alfile:

    $r     ent_typ    ge/png
    if    pires)
       $.    der_out     res',    1 Jan     0:00:00      :
        $do.    he = 0;

       'Sdonoc       {
        r->heao   +("Cache    rol" =>    cache, i    re");
    }

    $r->s   tp_hea

     ocal $/   def;     rp mode
       int STDO   img_in>,
         $img_.

    re    ';


     future r    ce

# D    d on 4/      reen    his on    Cache c    OE
```

```
    if (u      $args{l      ray_til
        my      efts;
        $top     0] = [      s{ttop},      gs{tlef
        $tople      l = [ s       ./, $$a.    st_arra    a}) ];
        f ($#{      efts[1]      l) {
            $tople      ] = ($$       ilent},      : [ $$    top],      {tleft
#           print S       "-cache      rgs{sca.  $args{    l from
    oplefts     l,$top,      0][1] t.      lefts[1.    toplef    l] exce,
        lefts[      $tople.     [1]\n";
        }          ->prec      $$args{s      $$arg      rs}, @      s);
        }

=cut

        refere.

ht.      ev2.kn       eplex.o      0/tile      /v2.0 b      ece/18      /mergea,      c
id       color_o.      ats_8.     type_c      poly,pc      ne/meta_     0/t-200
00/t-.      1800.pn      05

        alfile      /local/u      n/tile.      v8/184.      merged,      id_214.     or_oliv
        ts_8.te      type_co      oly,po      e/meta_      0/t-200      0/t-120      0.png
        r/loca.      he/htdo      ece/dp/      tile.p.      183.

http:.      .knowl     ex.org:      reece/c      ktile.      n=prod&      1200&t
    1800&      base.c      23.col       ve.cats_      und_ty      nty,po      tline&
        plexm.      scale=t      00&g=un

        file=/u      al/map      ileimag      184320      ged/ba      21423.      oliv
e.      8.tbou       e_count      ,point      eta_t-2      2000l-.      12001-     ng
at      local/a,      htdocs,      e/dp/ma,      e.pl l      3.

=cut
    lib/CDS/      aryType

    ne CDS::      aryType.

requ      .005;
requ       orter;

    e stri
        consta.      => '$Io      daryTy,      10933      1-07 07.      z mark
        constan       ION => s       f("%d",      vision:      $ =~ /.      ');
su      sion {      ON; }

use      nt CENS      ACT
use co      CITY
se cons      OUNTY      =>
    consta.      STOM_GE      HY => s
    constan,      SION      => 14,
    nstant      ROAD      => 9;
us       tant ME       ITAN_A.      3;
use      ant NAT.      6;
use c       t PLACE      ;
use con.      REGION      =.
    e const      TATE      =>
    consta       AN_AREA      => 8,
    nstant      ODE      => 2;
u.       stant N.      > 16;
use      ant BL       OUP      17;
use c      nt CB_z.      RD      8;
```

```perl
        consta    2_DC_C       => 1
      onstan     NYC_COMM     DISTRIC    20;
u.    stant  Cb   POLICE_      CT => 2
use   nt CB_     BBOROUG    => 23;

  ur %EXF    GS = (
              T      s => [
    OLITAN    NATION                      ENSUS_TR    TTY COU    JOR_ROA
  REGI    VISION    OCK_GR           URBAN_    ZIP_CODE    OM_GEOG
  CB_2_DC    CB_2_D    TER              CB_NYC    NITY_D    T
    NYC_SCH    STRICT    _POLIC    INCT C    SUBBORO   EA)
              ]
          );
  our     T_OK = c    SUS_TRA    TY COUN    JOR_ROA    OPOLITA
                  N PLAC    E URBAN    ZIP_CO    TOM_GEO    REGION
    VISION   LOCK_GR    B_2_DC    B_2_DC    TER CB_N   MMUNITY_    TCT
    NYC_SCH    STRICT   C_POLIC    INCT C    SUBBORO   REA);
  u.   stant    NAME =>   TON,           'Na         STATE,
  'St
  'City'           DIVIS         ision',      RE
    gion',         ETROPOL   REA, '    olitan    URBAN_
          Area',   CODE,        'Zip         ACE,
  'Pla
  'Census    ',   MA   AD,   Major R        'S_TRAC
    nor Civ   ision'   CUSTO   RAPHY,   om Geo    ', MC
      ngton D.   d',   OCK_GR      'B    roup',   CB_2_D    ,
              DC_CLUS.   'Wash   D.C. C
    C   COMMUN   STRICT,   Communi   strict',
    CB_   HOOL_D   T, 'NYC   l Dist
    CB_N   ICE_PRE   'NYC R   Precin
    CB_NYC_   ROUGH_A   'NYC Sub   gh Are

us   tant I   LURAL_N   {NATI         ions',       s
      es',         OUNTY,      'C   es',       CITY,
    'C        SION,   'Divi    ',     EGION,
    'Regi         ME   ITAN_A   'Metropo   Areas',
U   REA,    n Areas   ZIP_CU   Codes',    PL
    es',         OR_ROA   'M   Roads',
  ENSUS_T   'Census   ts',   M_GEOGR   'Cust   graphie   D,
    'Minor   Divis   BL   UP,   lock G
CB_   WARD,   ngton D.   rds',   CB_2_D   TER,   ngton   lusters
    R_NYC_C   TY_DIS   'NYC   ity
```

```
  ·tricts
                                   CL   SCHOOL_    CT, 'N.   ool Dis    ·'
                                   CB_   LICE_PR      T, 'NYC   e Prec.
                                   CB_NY    BOROUGH_      'NYC s    rough A.
  };

  'use con      SMALL_   RGE =>     '_GROUP,     'IS_TRAC.   CE, ZIP.
       TROPOLI.   EA, CO   STATE,       N, NATIC

       nstant     .TO_LAN       [CENSU.   T, CB_N    RBOROUG.
  Cb   POLICE_   CT, CB   CLUSTER    _DC_WAR      NYC_CO   TY_DIST.
  CB_N    HOOL_DI     T, PLAC.   _CODE,    POLITAN_   MCD, C       STATE,
  REGIO   TION];

    e const   NCLOSED_    {5 =.   TON,        te => N.
                       4   =>           #      v => St.
                         => Cu          # M.   litan A    Count,
                       => COU.          # Urb  ea => Cc
                      COUNT          # City    unty
                       PLACE,       ' Commun   istrict   ty
                  21      ACE,       chool L   t => C.
                  2  =.     E,      n Code   v
                  10 =>     Y,    n   e => C1.
                  9  => P.         # i    Road =>
                       => PLA    # Ce.   Tract =>
  #
  Bloc.    p => Cu   Tract              BLOCK_G   CENSUS_    #
                            1c   OUNTY    Minor   Divisio   County
  ';

     constar.   LOSES =.   => STA.         ion =>     .
                       COUNT.         #   e => Cc
                     PLACE,        # C  => City
                  3     ACE,       # Me.   litan A.   City
                  8  =.   E,       # Urba.   a => C1
                  7 =>     S_TRAC.    # City =   sus Tra.
                  2  => C.   TRACT,    Zip Coa   ensus
                   => CEN   RACT          ace =>   s Tract
                                 IS_TRAC.   CK_GROU.

  };

  use cu    t NAME_,   => {'N.          => N.
                     'Sta.           => STA.
                     'Count          => COUN.
                     'City'            CITY,
                       ivision          DIVISION.
                      ion'           GION,
                        oolita.     '    =.   OPOLITA.   ,
                     'U.   rea'       =>    AREA,
                     'Zip        '     => Z.   E,
                     'Place         => PLA.
                     'Major.       -> MAJOR_
                     Census '          CENSUS_
                        stom Geo   v'    USTOM_G   HY,
                        r Civil   ion'    ''   => C   K_GROUP,
                        Group'       =>   K_GROUP,
                     'Wa.   ton D.C.    =>   C_WARD,
                     'Wasi.   n D.C.   r' =>   DC_CLUST.
                     'NYC C.   ty Dis.   => CB_   OMMUNIT.   RICT,
                     'NYC Sch   istrict    CB_NYC   OL_DIST.
                        C Polic   cinct'   B_NYC_.   _PRECIN.
                        Sub-bo   Area'    NYC_SU   UGH_AREA.
```

```
    const    EDRAWN_      => {N        1,
                      STA.
                      COUN1
                      CITY,
                       VISION,
                         ION, 0,
                            POLITAN        1,
                       L   AREA, 0,
                      ZI        . 1,
                      PLAC
                      MAJOR_        1,
                      CENSUS_        1,
                       STOM_GE        IY, 0,
                            1,
                            GROUP,
                      CB_       WARD,
                      CB_      CLUSTER,
                      CB_NY    MUNITY_L     CT, 0,
                      CB_NYC_      _DISTR
                       NYC_P       PRECIN
                       NYC_SUb.      H_AREA,
                  };


          /table       tml

      <%ar
      $colu
      placek
        eriods
            >  ale
              1s>
      <
      inh      >  '../       andler
      </%fi
      <%attr>
       o_sessi        0
        %attr>
          ce>
          ON;
      my       = get_       "dp.ma      edata",
      </%
      <%ini

        ash to      results
          %dp_b       d, %res      = ();

      #       laces
      for     key (       $_ } s        ',', $     eys ) )
          m     ce = C    lace->ne    ey($co     y) or    nvalid      key:
      $pkey
          $res    aces}{        = $mut.    tPlace     API( $        );
          $dp_bo    d{$pkey,    lace->      dp_bou      ;


      #G      e indic     nd ing.     data b      n peri     latest     when
      peri    e given
      for my      ( grep    split      $colu      ) ) {
          $r    indicat     key} =      l->getl    orHash     ($key,      ) or
       e "Inva    dicat        $key";

          #List y    o retai    years     ove.
            ( @yea.    retain    );
            $period
               %coun
```

```
                int{$_}        ch ( sp      ',$per       keys
        esult{,      tors}{$,      ears}}
            @ye      _retain    op { $c     _} > 1       s %coun
        lse {
            my $la    ear = (,    ' $a <=>      keys
%{$re    indica    'key}{ye    )[-1];
            rs_to_    n = grep      == $la    ear } 
    '$resul    ators,    }{years,
        }

        et data    d on cu    id, yea    r's ci    e id,    bound
            my $ye    years_,   ain ) {
            v $year_   s $resu    dicator    v}{year    ar} or
            $ind =    indica    umn->ne    ol( $cu    ar_cid
            my $pke    s %dp_    id ) {
            esult{o    pkey}    {$key}    d->valu    _bound_    key} );
        }

}

my $j     new JSO    ty => _
  /%init.
    $f %>    son->ob    n(\%res    %>);
      b/CDS/    atile.p.

pa     CDS::    atile;

use s
our (@    EXPORT,

    Export
        cntl '.         ';
u.     IX;
use     MapUt
use    rawThe
use CD     ng;
use CDS:    mGeog
 e CDS::    es;
    Data::D    es;
      ing::Ut
u.     e::Path    path);
use     ::Temp q    file);
use      Basename    irname,
use Ti    Res qw(     eofday     terval)
  e maps.
      Log::L    l qw(ge    ger :l    :

m,    FILES
                m_geog     => "cu    eograph    ",
            ),

# Create    w MapM     e object

    new {
      (sclas    o, $ge     mutil,    ) = @_,

        og = ge    ner('CD    Metati
    un     sco && ,   h && s    && sarg
      error(    id para    t to Ma    ile ob    Expect
   Metati    v(co, g    mutil,    ), got    atile-    sco, $ge
      il, sar
        retur
```

```
    my %s      %$args;

        r my $p     qw(sca     o tleft    s)) {
            unless    ned($se     ram)))
                $log     r("Cou     create     atile     miss    ram in
hash",
                eturn;
        }
    }

        lf{co}     o;
        {geodb     $geod
    $    util}     util;
    $se    lesize}     mutil-    SIZE},
    $sel    edmetal    ze} ||=    il->{ME    ETATILE    ;
    $self    edmetal    ze} ||    il->{RE    _METAT    ZE};
        self{ou    dir} ||    f{co}-    mgRamCa    ;

        ss ($se    top} &    f{mmtl     {
            self{'n    ', 'mmt    ) = $     ->snapT    etatile    {ttop},
    $self    , $sel    edmetal    ze});
    }

        nless    f{rmtto    $self{r    }) {
            (@se    ttop',    ft'}) =    l->snap    oMetati    lf{mmt
    $s    tleft},    f{rende    atiles.

        my    mttop,    mtleft)    til->s    eToMet    $self{
    elf{tle    $self{r    dmetat    e});

        log->de    $$ Crea    apMetat    ject fu    :
t    mmttop    f{mmtle    tile: u    {ttop}i    tleft}
        {mapti    CDS::     s->new    $geodb    til, {
            le =>     scale},
            => $se    ttop},
            => $se    left},
            tt    $sel    op} + $    ergedme    nsize}    f{tiles
            tle    $self    ft} + $    ergedme    esize}    f{tile
            layer    self{l
            layerba    => $se    verbase

        my    = \%se
        bless    f, $clas

        self{ou    dir} =
"    outbase    tileima    self->    {tileve    umber}/    scale},    d/
"     ", @    {layers
    $    uttile    =
"$self    ledir}/    t${out_    /t${ou    o}l$ou    ft}/$se    lename}

        print    RR Dump    lf);
        eturn

sub ge    viaMeta    r
    my    ) = @_;
    my $    et_log    f $sel

        imer(2,    ing loc
            $rv = $    getLoc
            (2, "g    k... no    rating    unles    == 0 (    e)
        debug("    Lock re    $rv,    cache w    elf->{    e");
```

```
    if ($rv          {
        $log->        n("$$ a      proces    dered th       e, so r        ld be         q
in    ledir",
            turn 0,
    }
    my        = $se     aptiles,     derTile
    $$sel     ender}
    $log->q      "$$ don      erating       now w      to map      );
        mer(2,      genera       tiles, ,      riting t   emp");
        if->wri      sToCac     iles);
        >debug(      one wri      iles to    , now          ing + r     ing");
    t     .  "Done      ing ti    cache,     eturnin
    if        == 1) {
          >        unLock        ->{out    r});
    } elsi      lf->{lo        ) {
        clos    lf->{loc

            1;
    }

    bd: fi    ace thi     rely

    tLock {
        $self)
           g = ge      er(ref      );
    my       iledir
"$self-    iledir,     t$self      top}/t      >{rmtt     elf->{r       }";

    if (-f     ->{outt        h} && :   ->{noca        {
        $log         g("$$       image: :      >{outt     h}");
        $log->           "For n      writing      anyway       se cac     be bac
         return
    }          {
            $self->        he}) {
             og->de       $ Nocac
        } '
             >debug      ile not      in cac     lockir       to ind       that
           writin      $outti     t$self-     }l$sel     ft}.$s      imgtyp
        }

    my        ile = '      iledir,     f->{mm      $self->     ft}.loc
    my $n      "t$sel      op}l$se      +left}",

        (-f $     le) {
        if (!lo     elf->{i      , $loc      ) {
            $log       )r("$$ .    - Can'     lockfi     . Renc       on our
own"),         return

        } else
            mkpa     ittileg
            # $lo     ug("$$      - Crea    ockfil      kfile t      e
$ou      dir/t$s     ttop}l      {tleft      f->{im       ...");

             !open(     >{locki       ", $loc      )) {
            log->er    $ $mti      n't cre     ckfile      Render       n our
     n");
                 n -1;
        }

        ck($se     ockfh},      EX|LOCK        {
```

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KNOWLEDGEPLEX, INC.

        Plaintiff,

v.

METONYMY, INC. D/B/A PLACEBASE,
INC.

        Defendant.

Civil Action No. 1:07-CV-02315-RMU

Hon. Ricardo M. Urbina

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

        THIS MATTER, coming before the Court on Defendant Metonymy, Inc. d/b/a Placebase,

Inc.'s Motion to Dismiss;

        WHEREAS, the Court has considered Defendant's Motion to Dismiss on the merits; and

        WHEREAS, the Court finds no good cause for Defendant's Motion to Dismiss,

        IT IS THEREFORE ORDERED:

        The Court shall deny Defendant's Motion to Dismiss.

IT IS SO ORDERED:


Dated: _____


_____
RICARDO M. URBINA
United States District Judge

Presented By:
DRINKER BIDDLE & REATH LLP


_____ */s/ Brian A. Coleman* _____

CH02/ 22515714.1