# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KNOWLEDGEPLEX, INC.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** 1:07-CV-02315-RMU |
| ) | |
| ) | |
| ) | |
| **METONYMY, INC.** ) | |
| **D/B/A PLACEBASE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S MOTION FOR SANCTIONS UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant Metonymy, Inc. d/b/a Placebase, by and through counsel, hereby moves under Rule 11 of the Federal Rules of Civil Procedure for an order imposing sanctions against Plaintiff KnowledgePlex, Inc. ("KPI") and its counsel, Brian A. Coleman, Richard W. Young, and David J. Moorehead, and the law firm of Drinker Biddle & Reath LLP. The reasons in support of this motion are set forth in the accompanying memorandum.

In accordance with Rule 11(c), counsel for Defendant served the accompanying memorandum on Plaintiff's counsel on April 4, 2008. On April 23, 2008, Plaintiff's counsel responded that they would not take the corrective action sought by Defendant.

A Proposed Order is attached hereto.

Dated:  April 29, 2008                    Respectfully Submitted,

                                          ___/s/ Kenneth W. Brothers____
                                          Kenneth W. Brothers (D.C. Bar No. 441113)
                                          Dickstein Shapiro LLP
                                          1825 Eye Street, N.W.
                                          Washington, D.C.  20006
                                          (202) 420-2200

                                          *Attorney for Metonymy, Inc. d/b/a Placebase*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KNOWLEDGEPLEX, INC.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** 1:07-CV-02315-RMU |
| | ) | |
| | ) | |
| | ) | |
| **METONYMY, INC.** | ) | |
| **D/B/A PLACEBASE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Dated:  April 29, 2008

Kenneth W. Brothers (D.C. Bar No. 441113)
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  20006
(202) 420-2200

*Attorney for Metonymy, Inc. d/b/a Placebase*

## TABLE OF CONTENTS

Page No.

TABLE OF AUTHORITIES ........................................................................ iv

IDENTIFICATION OF KEY PLAYERS AND ACRONYMS .................................. vi

I.    INTRODUCTION ........................................................................1

II.   VERIFIED STATEMENT OF FACTS AS DEMONSTRATED BY DOCUMENTS
      AVAILABLE TO KPI AND ITS COUNSEL.................................................2

      A.  The Fannie Mae Foundation, Creator Of KnowledgePlex and DataPlace ..................2

      B.  KnowledgePlex, Inc., Alleged Successor-In-Interest to FMF .......................3

      C.  Vinq, LLC, Contractor To FMF On KnowledgePlex and DataPlace ..........................4

      D.  Placebase, Experts "In Community Statistical Systems And GIS Software"...............5

      E.  The Development of DataPlace ...................................................7

            1.    DataPlace Version 1, DataPlex ........................................7

            2.    DataPlace Version 2, Community Data System .............................9

      F.  KPI's Allegations Are Contradicted By Its Subsequent Admissions .........................13

            1.    KPI admits that DataPlace is an "open source platform" ................15

            2.    KPI has disclaimed any rights to Pushpin, and has no rights to
                  Rendermap ........................................................15

III.  GOVERNING LEGAL PRINCIPLES ...........................................................17

      A.  Rule 11 Permits Sanctions ........................................................17

      B.  Sanctions May Be Imposed Based On False Allegations In Support of
          Venue ..........................................................................19

IV.   ARGUMENT:  KPI AND ITS COUNSEL FAILED TO CONDUCT A
      REASONABLE INVESTIGATION PRIOR TO CERTIFYING TO THE COURT
      OF THE ACCURACY OF ITS STATEMENTS .............................................20

      A.  KPI's Complaint Makes Factual Contentions In Support Of Its Contract
          Claims That Lack Any Evidentiary Support.....................................20

ii

      1.     Placebase did not submit a proposal in response to KnowledgePlex's Request for Proposals for DataPlace.............................................................22

      2.     There is no factual support for KPI's breach of contract claims ....................23

B.  KPI's Complaint Makes Factual Contentions In Support Of Its Intellectual Property Claims That Lack Any Evidentiary Support .................................................24

      1.     DataPlace is not a pioneering effort with "no prior designs, roadmaps, or modules available to use"............................................................25

      2.     KPI did not "insist that all work [for DataPlace] be original".........................26

      3.     Pushpin is not "nearly identical" to DataPlace .................................................26

      4.     PolicyMap is not "substantially similar" to DataPlace ....................................28

      5.     KPI was fully aware of Placebase's pre-existing know-how...........................29

C.  KPI's Complaint Makes Factual Contentions Regarding Its Registered Copyright That Lack Any Evidentiary Support.............................................................30

D.  KPI Improperly Asserts Venue In This Court ...........................................................31

E.  KPI's Allegation of Common Law Trade Secret Misappropriation is Unsupported by Law............................................................................................32

V.     CONCLUSION...................................................................................................................33

## <u>TABLE OF AUTHORITIES</u>

Page

<u>Cases</u>

*Accuimage Diagnostics Corp. v. Terarecon, Inc.*, 260 F. Supp. 2d 941 (N.D. Cal. 2003) ...........31

*Brubaker v. City of Richmond*, 943 F.2d 1363 (4th Cir. 1991)................................................18, 20

*Capital Sav. Bank v. Pac. Northwest Bell*, 117 F.R.D. 672 (W.D. Wash. 1987) .........................23

*Chosin Few, Inc. v. Scott*, 209 F. Supp. 2d 593 (W.D.N.C. 2002) ................................................18

*\* DSMC, Inc. v. Convera Corp.*, 479 F. Supp. 2d 68 (D.D.C. 2007) ......................................31, 32

*Freeman v. Bianco*, No. 02 Civ. 7525, 2003 WL 179777 (S.D.N.Y. Jan. 24, 2003) .............20, 31

*Giganti v. Gen-X Strategies, Inc.*, 222 F.R.D. 299 (E.D. Va. 2004)..............................................18

*Gutierrez v. Fox*, 141 F.3d 425 (2d Cir. 1998) .............................................................................18

*\* In re Kunstler*, 914 F.2d 505 (4th Cir. 1990) .................................................................18, 19, 20

*Jenkins v. Methodist Hosps. of Dallas*, 478 F.3d 255 (5th Cir. 2007)..........................................19

*Lucas v. Spellings*, 408 F. Supp. 2d 8 (D.D.C. 2006) .............................................................19, 21

*M. S. Chambers & Son, Inc. v. Tambrands, Inc.*, 118 F.R.D. 274 (D. Mass. 1987)....................19

*McLaughlin v. Bradlee*, 602 F. Supp. 1412 (D.D.C. 1985) .........................................................28

*\* Methode Elecs., Inc. v. Adam Techs., Inc.*, 371 F.3d 923 (7th Cir. 2004) .....................19, 20, 31

*Reynolds v. U.S. Capitol Police Bd.*, 357 F. Supp. 2d 19 (D.D.C. 2004) ...............................18, 32

*Truesdell v. Southern Cal. Permanente Med. Group*, 293 F.3d 1146 (9th Cir. 2002) .................19

*Washington Bancorporation v. Said*, 812 F. Supp. 1256 (D.D.C. 1993) ......................................18

iv

Statutes

17 U.S.C. § 201.................................................................................................................29

Rules

Fed. R. Civ. P. 11…........................................................................................... passim

Other Authorities

Microsoft Computer Dictionary, 5th ed. 2002............................................................15

## <u>IDENTIFICATION OF KEY PLAYERS AND ACRONYMS</u>

**CI**:  Community Informatics, a non-profit co-founded by Neal Richman and Jaron Waldman

**FMF**:  Fannie Mae Foundation

**J. Waldman**:  Jaron Waldman, co-founder, President and CEO of Placebase

**KPI**:  KnowledgePlex, Inc., a non-profit corporation organized in April 2007

**M. Torrance**:  Mark Torrance, founder and principal of Vinq

**N. Richman**: Neal Richman, Director of the Center for Neighborhood Knowledge at UCLA

**NKCA**:  Neighborhood Knowledge California

**P. Simmons**: Pat Simmons, Director of Housing Demography at FMF from 2002-2007

**Placebase**:  Metonymy, Inc. d/b/a Placebase, a for-profit corporation founded by Jaron Waldman

**T. Anderson**: Troy Anderson, President and CEO of KPI

**Vinq**:  Vinq, LLC with Mark Torrance as Principal

Defendant Metonymy, Inc. d/b/a Placebase ("Placebase"), by and through its counsel, submits this Memorandum of Points and Authorities in support of its motion, pursuant to Rule 11 of the Federal Rules of Civil Procedure, for an order imposing sanctions against Plaintiff KnowledgePlex, Inc. ("KPI") and its counsel, Brian A. Coleman, Richard W. Young, and David J. Moorhead, and the law firm of Drinker Biddle & Reath LLP, for failure to conduct a reasonable inquiry into the factual predicates of KPI's Complaint, and for filing or causing to be filed pleadings containing claims, legal contentions, and allegations of fact, for which there is no legal or factual basis.

## I.      INTRODUCTION

Placebase seeks an order that remedies KPI and its counsel's misconduct by (1) dismissing KPI's complaint with prejudice, and (2) requiring reimbursement of Defendant's costs and reasonable attorneys' fees incurred in defending against KPI's baseless claims.  KPI and its counsel knew or should have known that its Complaint and Memorandum in Opposition to Placebase's Motion to Dismiss ("Opposition") were not supported by fact or law.  Prior to filing its complaint, KPI and its counsel were under an obligation to conduct a reasonable investigation into the basis for its factual allegations, especially because Placebase put KPI on notice of KPI's factual and legal errors.  KPI and its counsel ignored the record and failed to conduct a reasonable investigation of the facts.

This brief shows that KPI's filings with this Court – the Complaint and Opposition – are replete with misleading, vague, and false statements of fact.  These errors are not accidental; they are the result of a deliberate refusal to conduct a reasonable investigation prior to certifying to the Court that the contents of KPI's pleadings were well-founded.  Had KPI and its attorneys conducted a reasonable inquiry into the veracity of their allegations, they would have known that

their claims are without merit.  Each of these individual improprieties alone is an embarrassing violation of Rule 11.  When considered together, the failings of KPI and its counsel support the imposition of severe sanctions.

Not only was KPI's factual investigation deficient, but KPI's legal theories have no legal basis.  KPI's assertion that venue is proper in this district is wrong as a matter of law. KPI's common law trade secret misappropriation claim is contrary to established case law and without a legal basis.  KPI's errors of law have caused Placebase to expend substantial sums defending itself in a case that should never have been filed, justifying the imposition of sanctions.

## II.     VERIFIED STATEMENT OF FACTS AS DEMONSTRATED BY DOCUMENTS AVAILABLE TO KPI AND ITS COUNSEL

A reasonable investigation by KPI and its counsel of the relevant facts would have shown the following objective and undisputed facts, all of which are supported by documents in the actual possession of KPI or its alleged predecessor-in-interest Fannie Mae Foundation, and which were available to or accessible by the Drinker Biddle law firm and its attorneys:

### A.     The Fannie Mae Foundation, Creator Of KnowledgePlex and DataPlace

The Fannie Mae Foundation ("FMF") is a private nonprofit organization that "creates affordable homeownership and housing opportunities through innovative partnerships and initiatives that build healthy, vibrant communities across the United States."[1]  (FMF Website, www.fanniemaefoundation.org/about/index.html.)  One such initiative is KnowledgePlex, "[c]reated by a distinguished team of founding partners and implemented by the Fannie Mae Foundation, KnowledgePlex (www.knowledgeplex.org) is a comprehensive and interactive Web

---

[1]     The FMF website indicates that FMF "has ceased substantially all of its day-to-day operations."  (http://www.fanniemaefoundation.org/about/index.html.)

2

portal, providing information resources for practitioners, policy-makers, scholars, investors, and others interested in affordable housing and community development." (http://www.knowledgeplex.org/programs/knowledge_sharing.html.)

In 2003, "[t]o better meet the needs of the affordable housing community, KnowledgePlex began developing a national data system for sharing information." (KPI's Memorandum in Opposition to Placebase's Motion to Dismiss ("Opp'n") at 1.) This system was initially known as DataPlex, Brothers Decl. Ex: 1 (Apr. 11, 2003 Request for Proposals: DataPlex ("DataPlex RFP")), then was referred to as "Community Data System" or "CDS," Brothers Decl. Ex: 2 (Mar. 30, 2004 Request for Proposals: Community Data System ("DataPlace RFP")), and eventually became known as DataPlace (Compl. ¶ 19).[2] DataPlace (www.DataPlace.org) is "a KnowledgePlex initiative sponsored by the Fannie Mae Foundation, [] designed to offer a one-stop source for housing and demographic data on any location throughout the United States." (http://www.knowledgeplex.org/programs/knowledge_sharing.html.)

### B.    KnowledgePlex, Inc., Alleged Successor-In-Interest to FMF

The KnowledgePlex website states that FMF "has been working on a business plan to establish KnowledgePlex, Inc. as an independent nonprofit organization that will continue to operate KnowledgePlex and DataPlace for the benefit of the affordable housing sector." (http://www.knowledgeplex.org/programs/knowledge_sharing.html.) The KnowledgePlex website further indicates that FMF "currently intends to contribute to KnowledgePlex, Inc. the

---

[2]    The first version of DataPlace based on the 2003 FMF RFP will be referred to herein as DataPlex; the second version of DataPlace based on the 2004 FMF RFP will be referred to herein as DataPlace.

assets and intellectual property used in the KnowledgePlex and DataPlace programs."

(http://www.knowledgeplex.org/programs/knowledge_sharing.html.)

While KPI's Complaint never specifically defines "KnowledgePlex," KPI includes its alleged "predecessor-in-interest the Fannie Mae Foundation" in its use of "KnowledgePlex." (Compl. ¶ 7.)  However, KPI's Opposition identifies KnowledgePlex as "an innovative initiative" launched by FMF that FMF later "spun off" into KnowledgePlex, Inc.  (Opp'n at 3-4.) KPI alleges that at the same time FMF "spun off KnowledgePlex into KnowledgePlex, Inc.," FMF "assigned its rights in the DataPlace project to KnowledgePlex, Inc."  (Opp'n at 4.)  KPI further alleges that "[i]n April 2007, [FMF] transferred and assigned its rights, title and interests in and to each asset of the *KnowledgePlex unit* within [FMF] to KnowledgePlex, Inc."  (Opp'n at 7.)  KPI never identifies whether "KnowledgePlex" is legally the same as FMF, or whether "KnowledgePlex" is a "unit within [FMF]," or whether "KnowledgePlex" refers to the content within the FMF "innovative initiative," or whether "KnowledgePlex" is KPI.

On February 1, 2008, Counsel for Placebase requested a copy of any agreement(s) between FMF and KPI that establish KPI as a successor-in-interest to FMF.  (Placebase Reply to KPI's Opposition to Placebase's Motion to Dismiss ("Placebase Reply") at 7.)  KPI's counsel, however, ignored Placebase's request.  (Placebase Reply at 7.)

### C.    Vinq, LLC, Contractor To FMF On KnowledgePlex and DataPlace

Vinq, LLC ("Vinq") identifies itself as "a full service software development and consulting firm" that "was formed in 2003 to bring together the unique talents of its employees to bear on the web development needs of KnowledgePlex.org, a project of [FMF]."  Brothers Decl. Ex: 3 (Apr. 12, 2004 Vinq Proposal for the Development of Community Data System to FMF at 3 (hereinafter "Vinq Proposal").)  Vinq contracted with FMF to design and implement

both KnowledgePlex, Brothers Decl. Ex: 3 (Vinq Proposal at 3, 25), and DataPlace (Compl. ¶¶ 12-19).

The Principal of Vinq, Mark Torrance, was previously the founder and CEO of StockMaster.com. Brothers Decl. Exs: 3, 4 (Vinq Proposal at 3; "The Do-It-Yourself Angel Round," Inc. Magazine, Apr. 2000.) Troy Anderson, former managing director of Knowledge Management at FMF and current President and CEO of KPI, was Torrance's president and COO of StockMaster.com. Brothers Decl. Ex: 4 ("The Do-It-Yourself Angel Round," Inc. Magazine, Apr. 2000.)

### D.    Placebase, Experts "In Community Statistical Systems And GIS Software"

The April 2004 Vinq proposal to FMF for the DataPlace work succinctly summarized Placebase's key role in the project:

> [Placebase] is a Los Angeles, California based consulting firm specializing in design, development and management of community technology projects. Founded in 2001, its earliest work grew out of the groundbreaking web-based Geographic Information System (GIS) projects developed at the UCLA Advanced Policy Institute. [Placebase] and its Principal, Jaron Waldman, were an instrumental part of these projects, designing a reusable web GIS platform and conceptualizing new technologies to dramatically increase the openness and extensibility of their applications. Since then [Placebase's] work has grown … the firm's network is expansive, encompassing numerous experts on interface design, GIS, project management, data modeling and application design. [Placebase's] core competency lies in helping its clients rapidly conceptualize, design and articulate robust extensible web applications, data models, and community-based data and mapping systems.

Brothers Decl. Ex: 3 (Vinq Proposal at 4.)

5

In 2001, Jaron Waldman,[3] authored the technical specification for an online community mapping system called Neighborhood Knowledge California (NKCA).  Brothers Decl. Ex: 5 (Community Informatics' DataPlex Proposal to FMF ("CI DataPlex Proposal") at 29.)  NKCA, along with multiple other web-based mapping projects were built on a reusable GIS platform.  Brothers Decl. Ex: 5 (CI DataPlex Proposal at 9.)  In 2003, Jaron Waldman and Neal Richman, Associate Director of the UCLA Advanced Policy Institute, Brothers Decl. Ex: 5 (CI DataPlex Proposal at 28), incorporated Community Informatics ("CI"), a new organization emerging from the UCLA Advanced Policy Institute "with a focus on building national level information systems."  Brothers Decl. Ex: 5 (CI DataPlex Proposal at 3.)

As discussed in detail below, in 2003, FMF hired CI to develop DataPlex, a "central clearinghouse for a variety of housing and demographic data," Brothers Decl. Ex: 1 (DataPlex RFP at 1) that implemented the Geographic Content Management ("GCM") platform[4] that grew out of the groundbreaking work developed in connection with the UCLA Advanced Policy Institute.  Brothers Decl. Ex: 5 (CI DataPlex Proposal at 8-9.)  In 2004, FMF terminated the DataPlex project, Brothers Decl. Ex: 6 (P. Simmons Feb. 27, 2004 email to J. Waldman, re: RE: Mar. 3), and issued a Request for Proposals for a second version of DataPlex called Community Data System ("CDS").[5]  Brothers Decl. Ex: 2 (DataPlace RFP.)  FMF granted permission to the prime contractor on that project to use Placebase as a subcontractor due to their "expertise in

---

[3]   In addition to founding Placebase, Jaron Waldman previously worked as an application designer at the UCLA Advanced Policy Institute.  Brothers Decl. Ex: 5 (CI DataPlex Proposal at 3, 29.)

[4]   Placebase's GIS platform is sometimes referred to as the Geographic Content Management platform.  Brothers Decl. Ex: 5 (CI DataPlex  Proposal at 8.)

[5]   The Request for Proposal was entitled "Community Data System for KnowledgePlex.org." Community Data System ("CDS") later became known as DataPlace.

6

community statistical systems and GIS software.  (KPI's Opposition, Ex. 1(A), (hereinafter "FMF-Vinq Contract") at § 3(b).)

FMF was aware that Placebase had ongoing geographic mapping projects for other customers, including the Entertainment Industry Development Corporation. (http://www.entertainmentecon.org/edp/Page/AboutEDP/main.jsp?Content=AboutEDP; Brothers Decl. Ex: 7 (Apr. 13, 2004 Urban Institute Proposal to FMF, at 20); Brothers Decl. Ex: 3 (Vinq Proposal at 21.)  Placebase continued to serve its other customers, and as part of those efforts, in December 2003, Placebase released a new product offering called Pushpin, a toolkit (*i.e.*, an application program interface, or "API") based on the GCM platform for organizations that are building geographic web applications.  (http://www.pushpin.com.)  Since December 2003, Placebase has worked to improve the features and capabilities of Pushpin.[6]

### E.    The Development of DataPlace

#### 1.    DataPlace Version 1, DataPlex

Aware of Placebase's participation in the development of NKCA, in early 2003 FMF requested that Neal Richman and Jaron Waldman[7] submit a "RFP Preparation Proposal" for a system called DataPlex.[8]  Brothers Decl. Ex: 9 (N. Richman Mar. 2, 2003 email to P. Simmons, RFP Preparation Proposal.)  The scope of work called for in the RFP Preparation Proposal included "written and verbal input on the functionalities that would be needed for a successful nationwide interactive data and mapping platform."  Brothers Decl. Ex: 8 (RFP Preparation

---

[6]  See www.place-base.com at www.archive.org for historical data.

[7]  Neal Richman worked for the UCLA Advanced Policy Institute (API) and Jaron Waldman worked for Placebase at the time of the submission.

[8]  "This document is a response to the Fannie Mae Foundation's Request for Information to assist in preparation of and RFP for a new DataPlex section of the KnowledgePlex site, and specifically in the development of functional requirements for the 'National Neighborhood Indicator System' and 'Housing Profiles and Historical Data' areas of the site."  Brothers Decl. Ex: 8 (RFP Preparation Proposal: UCLA Advanced Policy Institute (API) at 1.)

7

Proposal: UCLA Advanced Policy Institute (API) at 1.)  Jaron Waldman subsequently delivered the RFP Recommendations to FMF on March 20, 2003.  Brothers Decl. Ex: 10 (J. Waldman Mar. 20, 2003 email to P. Simmons, re: "RFP Recommendations.")  FMF used these RFP Recommendations "to produce an integrated RFP for the DataPlex." Brothers Decl. Ex: 11 (P. Simmons Mar. 21, 2003 email to J. Waldman, re: "RFP Recommendations.")  FMF had Jaron Waldman review and comment on the DataPlex RFP draft prior to releasing the RFP.  Brothers Decl. Ex: 12 (P. Simmons Apr. 9, 2003 email to J. Waldman, re: "Revised DataPlex RFP.")

On April 11, 2003, FMF released a Request for Proposals for DataPlex that incorporated Neal Richman and Jaron Waldman's RFP Recommendations.  *Compare* Brothers Decl. Ex: 1 (DataPlex RFP) *to* Brothers Decl. Ex: 13 (Housing DataPlex RFP Recommendations.)  CI—the non-profit company co-founded by Neal Richman and Jaron Waldman—submitted a proposal in response.[9]  Brothers Decl. Ex: 5 (CI DataPlex Proposal.) FMF selected this proposal for the DataPlex project.  (KPI Opp'n at 1.)  CI and its subcontractor, Placebase, commenced work on DataPlex during the fall of 2003.  Brothers Decl. Ex: 14 (P. Simmons Sept. 12, 2003 email to T. Anderson, *et. al* re:  Meeting Confirmation.)

Based on the publicly available technical and business approaches established through work on NKCA and other mapping projects, Placebase and CI completed a functional initial version of DataPlex for FMF by February 2004.  Brothers Decl. Ex: 15 (P. Simmons Feb. 11, 2004 email to J. Waldman, re: Prototype comments.)  CI owned the underlying software components to DataPlex.[10]  Brothers Decl. Ex: 16 (P. Simmons Jul. 10, 2003 email to J.

---

[9]    This bid was limited to certain tasks in the DataPlex RFP.  Brothers Decl. Ex: 5 (CI DataPlex Proposal at 1).

[10]    The intellectual property assets of Community Informatics were transferred to Placebase on April 13, 2004.  Brothers Decl. Ex: 18 (J. Waldman Apr. 16, 2004 email to P. Simmons, re: "IP Transfer Agreement.")

Waldman.) On February 27, 2004, despite the success of DataPlex, FMF terminated CI's work on DataPlex.[11] Brothers Decl. Ex: 6 (P. Simmons Feb. 27, 2004 email to J. Waldman, re: Mar. 3.) However, on March 19, 2004, FMF indicated that it still wanted Mr. Waldman to be involved with DataPlex. Brothers Decl. Ex: 17 (T. Anderson Mar. 19, 2004 email to J. Waldman.)

## 2.    DataPlace Version 2, Community Data System

On March 30, 2004, FMF issued a Request for Proposals for DataPlace. Brothers Decl. Ex.: 2 (DataPlace RFP.) The detailed functionality description of this second RFP incorporated the language from the April 2003 DataPlex RFP, which in turn originated from Jaron Waldman's RFP Recommendations. *Compare* Brothers Decl. Ex: 13 (Housing DataPlex RFP Recommendations at 5-10) *to* Brothers Decl. Ex: 1 (DataPlex RFP at 28-33) *and* Brothers Decl. Ex: 2 (DataPlace RFP at App. E, 34-41.)

Vinq submitted a proposal in response to the DataPlace RFP. Brothers Decl. Ex: 3 (Vinq Proposal.) Vinq proposed "to include one subcontractor, [Placebase], whose principal, Jaron Waldman, would be one of [Vinq's] lead developers and who would also serve as [Vinq's] resident GIS expert."[12] Brothers Decl. Ex: 3 (Vinq Proposal at 4.) With reference to Placebase, the Vinq proposal stated that

> [t]he CDS selection committee is very familiar with the details and
> approach taken by Jaron Waldman in his role within Community
> Informatics in developing a prior version of CDS … We trust that the
> previous selection of Community Informatics as the vendor for CDS
> during 2003 indicates the enthusiasm with which the CDS selection team
> regarded the CI approach. We are confident that by incorporating Jaron

---

[11]    FMF paid CI a total of $215,339.00 for the DataPlex project. Brothers Decl. Ex: 19 (Community Informatics Invoice 101 dated Sept. 19, 2003; Invoice 102 dated Oct. 31, 2003; Invoice 103 dated Dec. 4, 2003; and Invoice 104 dated Dec. 19, 2003.)

[12]    Placebase did not submit a proposal and was not a signatory to Vinq's proposal. Brothers Decl. Ex: 3 (Vinq Proposal at 29.)

> [Waldman], a key CI developer, within our team, Vinq will be poised to
> combine the best GIS and usability elements from the CI approach
> together with Vinq's unique approach to the information architecture and
> user interface design.

Brothers Decl. Ex: 3 (Vinq Proposal at 26.)

In July 2004, FMF and Vinq entered into a contract for the development of

DataPlace. (KPI's Opp'n at Ex. 1(A): FMF-Vinq Contract, Professional Services Agreement

between FMF and Vinq dated July 15, 2004 ("FMF-Vinq Contract.")) The FMF-Vinq Contract

incorporated by reference the DataPlace RFP and the Vinq Proposal. (FMF-Vinq Contract at A-

5.) This Contract granted "written permission for [Vinq] to use [Placebase] based in Los

Angeles, CA as a subcontractor due to their participation as part of the proposed team and

expertise in community statistical systems and GIS software." (FMF-Vinq Contract § 3(b).)

In August 2004, over a month after commencing work on DataPlace, Vinq and

Placebase entered into a Professional Services Subcontract Agreement.[13] (KPI's Opp'n Ex. 1:

Professional Services Subcontract Agreement between Vinq and Placebase dated August 2004)

("Vinq-Placebase Subcontract.")) The Subcontract states that the Subcontract is "subject to

those terms of the Prime Contract … *applicable to Subcontractor or the Services*." (Vinq-

Placebase Subcontract § 2.) The Subcontract also contains a choice-of-law provision requiring

the application of California law and a forum selection clause requiring all related actions to be

brought in a court in Santa Clara County, California.[14] (Vinq-Placebase Subcontract § 21.)

---

[13] While the Vinq-Placebase Contract states that the Prime Contract is "attached hereto as
Exhibit A," the Prime Contract was never attached. (Placebase Mot. to Dismiss Ex. C.) KPI's
attachment of the two contracts as two separate agreements likewise suggests that the two
contracts were never combined. (Opp'n Ex. 1.)

[14] The FMF-Vinq Contract's conflicting provisions regarding choice-of-law (§ 15(h)) and
consent to jurisdiction and venue (§ 15(i) are not applicable to Placebase. (Vinq-Placebase
Subcontract § 2.))

The Vinq-Placebase Subcontract specifically provides that Placebase retains all rights to preexisting technology. (Vinq-Placebase Subcontract § 14(a).) Placebase had extensive relevant know-how prior to executing the Vinq-Placebase Subcontract, and the Subcontract does not preclude Placebase from using its own know-how with other clients. (Vinq-Placebase Subcontract.) The Prime Contract expressly includes a non-exclusive agreement provision. (FMF-Vinq Contract § 15(c)).

The Vinq-Placebase Subcontract requires that "[t]he scope of work for each project of work (a 'Project') shall be set forth in an addendum to this Agreement (a 'Statement of Work') that describes the Project and is executed by each party." (Vinq-Placebase Subcontract § 3.) An executed Statement of Work was attached to the Vinq-Placebase Subcontract. (Vinq-Placebase Subcontract at Statement of Work.) The Vinq-Placebase Subcontract required that Placebase "shall perform work at [Placebase's] offices in California." (Vinq-Placebase Subcontract, Statement of Work at 4.) All deliverables were to be delivered to Vinq in California.[15] (Vinq-Placebase Subcontract at 1.) The Subcontract provides for an acceptance test period of fifteen calendar days; silence on the part of Vinq deems a deliverable accepted. (Vinq-Placebase Subcontract § 6.)

DataPlace had its Alpha release in November 2004, Brothers Decl. Ex: 20 (L. Boucher Nov. 8, 2004 email to CDS Distribution List, re: CDS Alpha is here), and its Beta release in December 2004. Brothers Decl. Ex: 21 (T. Anderson Dec. 11, 2004 email to M. Torrance et. al, re: DP launch (describing the Beta release as "a monumental release of a world changing product").) FMF acknowledged the launch of DataPlace was a work in progress and invited users to provide feedback and comments "as we continue this beta release." Brothers

---

[15] While the ultimate deliverables went to FMF, the FMF-Vinq and Vinq-Placebase Contracts are silent as to where that delivery was to take place. (Vinq-Placebase Subcontract at 1.)

Decl. Ex: 21 (T. Anderson Dec. 11, 2004 email to M. Torrance et. al, re: DP launch.)  DataPlace

relies on many underlying technologies, including, but not limited to Apache, Perl, PHP, Mason,

and Linux.  (FMF-Vinq Contract § 6(f).)  The Vinq-Placebase agreement contemplates that

Placebase's preexisting technology may be used in the development of DataPlace.  (Vinq-

Placebase Subcontract § 14(a).)  However, Placebase retained all rights in its preexisting

technology.  (Vinq-Placebase Subcontract § 14(a).)

      Both the FMF-Vinq Contract and Vinq-Placebase Subcontract terminated by early

2005.  Brothers Decl. Ex: 22 (M. Torrance Mar. 19, 2005 email to J. Waldman re: SVWIN,

Business etc.); Vinq-Placebase Subcontract § 16(a).  On March 19, 2005, Placebase emailed

Vinq and expressed its concern that Placebase was "now working without a contract."  Brothers

Decl. Ex: 22 (M. Torrance Mar. 19, 2005 email to J. Waldman re: SVWIN, Business etc.)  Vinq

replied that "though [Vinq] sent [FMF] a signed contract in [J]anuary it has still not been signed

and returned to [Vinq]."[16]  Brothers Decl. Ex: 22 (M. Torrance Mar. 19, 2005 email to J.

Waldman re: SVWIN, Business etc.)  Placebase wrote back to Vinq on March 20, 2005 asking

---

[16]  Vinq's reply stated:

> I agree with you, however though I sent them a signed contract in January
> it has still not been signed and returned to me.  The last I heard from Troy
> [Anderson of FMF] was that they have decided to take advantage of the
> fact they have not yet signed it to reduce the scope of what they plan to
> cover under this contract.  Because of this uncertainty, I'm very
> uncomfortable signing a contract with you until I have a signed contract
> from them.  I realize that I'm asking you to share the risk with me of not
> getting paid for your work on this project, and if you are unwilling to do
> that that would be your prerogative; you should tell me so.

> I will try to get an update on Monday from Troy [Anderson] about the
> timeframe and status of the FMF-Vinq contract.

Brothers Decl. Ex: 22 (M. Torrance Mar. 19, 2005 email to J. Waldman re: SVWIN, Business
etc.)

Vinq to confirm that FMF would "be continuing to pay invoices in the interim."  Brothers Decl. Ex: 24 (J. Waldman Mar. 20, 2005 email to M. Torrance re: SVWIN, Business etc.)  Vinq replied that FMF "assured that [the] current staffing level will be supported until further notice from [FMF]."  Brothers Decl. Ex: 23 (M. Torrance Mar. 20, 2005 email to J. Waldman re: SVWIN, Business etc.)  FMF did continue to pay invoices but without executing a contract with Vinq.[17]  Brothers Decl. Ex: 25 (M. Torrrance Mar. 24, 2005 email to J. Waldman, re: Got paid for January from FMF today.)  Vinq and Placebase continued to work on DataPlace through 2007.  (Opp'n at 3-4.)

### F.    KPI's Allegations Are Contradicted By Its Subsequent Admissions

In October 2007, Placebase learned that KPI had made allegations of intellectual property infringement with regard to Placebase's work for The Reinvestment Fund ("TRF") in connection with a project called PolicyMap.[18]  Mr. Waldman asked KPI for substantiation of its claims and offered to discuss the differences between DataPlace and Placebase's work for other clients.  Brothers Decl. Ex: 26 (J. Waldman Oct. 24, 2007 Letter to T. Anderson.)  The only

---

[17]   Vinq's message stated:

> I received the check for January labor from FMF today.  I will cut your check and get it out in today's mail.  Thank you for your patience!
>
> I am still awaiting word on the contract, but I remind Troy [Anderson of FMF] several times each week about its urgency.

Brothers Decl. Ex: 25 (M. Torrrance Mar. 24, 2005 email to J. Waldman, re: Got paid for January from FMF today.)

[18]   KPI claims that it took approximately three years to develop DataPlace and less than eight months to develop PolicyMap.  (Compl. ¶34.)  In fact, working Alpha and Beta releases of DataPlace occurred in November and December 2004, respectively.  Brothers Decl. Exs: 20, 21 (L. Boucher Nov. 8, 2004 email to CDS Distribution List, re:  CDS Alpha is here; T. Anderson Dec. 11, 2004 email to M. Torrance et. al, re: DP launch .)  KPI demonstrated DataPlace to the press in 2006.  Brothers Decl. Ex: 30 (M. Torrance Apr. 5, 2006 email to T. Anderson re: Rafe's article.)

"substantiation" KPI provided is a claim that based on the description on TRF's policymap.com web site, "the system appears to have substantially the same functionality as the system that Placebase developed for and that is owned by KnowledgePlex." Brothers Decl. Ex: 27 (R. Young Nov. 5, 2007 Letter to J. Waldman.)

Placebase subsequently demonstrated PolicyMap to KPI on December 7, 2007, which showed that PolicyMap is on a Java platform, DataPlace on a Perl platform, and that there is no overlap in the source code. Brothers Decl. Exs: 28, 29 (R. Young Dec. 11, 2007 letter to D. Oshinsky; K. Brothers Dec. 11, 2007 letter to R. Young.) Despite this demonstration, KPI maintained its assertion that PolicyMap "relies on the same technology that Placebase developed for and that is owned by KnowledgePlex." Brothers Decl. Ex: 28 (R. Young Dec. 11, 2007 letter to D. Oshinsky.) Placebase again informed KPI that its allegations were baseless, especially because KPI could verify that there was no overlap in the publicly-viewable portions of the source code. Brothers Decl. Ex: 29 (K. Brothers Dec. 11, 2007 letter to R. Young.) KPI's counsel Rick Young has admitted to Placebase's counsel that no one at his law firm nor his client had compared any portion of the source code of DataPlace (all of which was available to KPI and its counsel) to any portion of the publicly-available source code for PolicyMap prior to asserting KPI's infringement allegations.

On December 21, 2007, KPI filed this lawsuit against Placebase, alleging copyright infringement, breach of contract, and both common law and statutory trade secret misappropriation.[19] (Compl. at ¶ 8-10.) KPI has admitted that "[t]he only claim of copyright infringement alleged in the Complaint is for infringement of United States Copyright

---

[19]    Subsequently, on February 25, 2008, Placebase filed a Motion to Dismiss for lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, failure to join an indispensable party, and failure to state a claim for which relief can be granted. (Placebase Mot. to Dismiss.) KPI filed its Opposition on March 10, 2008, and Placebase filed its Reply on March 17, 2008.

14

Registration No. TXu 1-570-162." (Opp'n at 12.) KPI has also conceded (Opp'n at 9) that the Vinq-Placebase subcontract forms the "basis for this suit."[20]

Since KPI filed this action, it has admitted that the premise of some of its key allegations are wrong.

### 1.    KPI admits that DataPlace is an "open source platform"

On February 21, 2008, Troy Anderson, President and CEO of KPI, admitted that "DataPlace is an open source platform and it is something that we are looking to share."[21] (Google TechTalk "Free Harmonized Data To The People" Troy Anderson, February 21, 2008 available at http://www.youtube.com/watch?v=Q_7MSaNXp-o.) KPI's admission that DataPlace is an open source platform is contrary to KPI's claims of copyright infringement and misappropriation of trade secrets.

### 2.    KPI has disclaimed any rights to Pushpin, and has no rights to Rendermap

KPI alleges in its complaint that "Placebase began developing a *nearly identical* product for itself called Pushpin, and another product *substantially similar* to DataPlace – PolicyMap – for the Reinvestment Fund ("TRF")." (Compl. ¶ 32 (emphases added).) A proper factual investigation, however, would have shown that KPI repeatedly has acknowledged that it has no rights to Pushpin. Brothers Decl. Exs: 31, 32 (T. Anderson Jul. 31, 2007 email to J.

---

[20]    The Complaint never identified the contractual basis for KPI's claims.

[21]    Open source is defined as "[t]he practice of making the source code (program instructions) for a software product freely available, at no cost, to interested users and developers, even though they were not involved in creating the original product. The distributors of open source software expect and encourage users and outside programmers to examine the code in order to identify problems, and to modify the code with suggested improvements and enhancements." Microsoft Computer Dictionary, 5th ed. 2002.

15

Waldman re: contract;[22] T. Anderson Aug. 10, 2007 email to J. Waldman re: contract.[23])  In its

Opposition,  KPI dropped all references to Pushpin and substituted PolicyMap as allegedly "a

nearly identical system" compared to DataPlace.  (Opp'n at 4.)  KPI has no right of exclusivity

(FMF-Vinq Contract § 15(c)); Placebase was free to work on other projects such as PolicyMap

for The Reinvestment Fund and its own product development of Pushpin.

FMF has been aware of Pushpin and Placebase's work on other projects since at least

February 2006.  Brothers Decl. Ex: 33 (J. Waldman Feb. 24, 2006 email to T. Anderson and M.

Torrance re: Pushpin pre-rendered map sample.)  In April 2006, Troy Anderson, then Managing

Director, Knowledge Initiatives at FMF and now CEO of KPI, attended the Location Intelligence

conference where Placebase was launching a new version of Pushpin, called Pushpin LE.

Brothers Decl. Ex: 30 (M. Torrance Apr. 5, 2006 email to T. Anderson, re: Rafe's article.)  In

July 2006, FMF approved a press release regarding a new product offering called RenderMap

that clearly indicates that RenderMap functions in connection with Pushpin.  Brothers Decl. Ex:

---

[22]    During contract negotiations for future work on DataPlace, KPI indicated that it "[wanted] to ensure that KPI has all applicable rights to work-for hire [Placebase] did for KPI/FMF prior; not that KPI has rights to [Placebase] stuff that [Placebase] did off KPI/FMF time (i.e., render farm tech, pushpin, etc.)"  Brothers Decl. Ex: 31 (T. Anderson Jul. 31, 2007 email to J. Waldman re: contract.)

[23]    During contract negotiations for future work on DataPlace, KPI indicated that:

> [I]t seems to me that [Placebase] is worried that KPI will say that KPI will own something that rightfully belongs to [Placebase], but I'm happy to sign something that says, "No, KPI has no interest in, will not claim ownership of, or license to, or the intellectual property of [Placebase's] [stuff] in Schedule A.".  That said, for the work you've done for us and will do for us that adds to what [DataPlace] does, KPI does want to be able to say that KPI owns the rights to that tech – that [DataPlace] is KPI's intellectual property; except for [stuff] in Schedule A, which are Placebase's (pushpin, render farm, etc.).

Brothers Decl. Ex: 31 (T. Anderson Jul. 31, 2007 email to J. Waldman re: contract.)

16

34 (T. Anderson Jul. 28, 2006 email to J. Waldman with attached press release re: Rendermap release v9 final.doc.)

In the fall of 2006, FMF licensed Rendermap from Placebase.  Brothers Decl. Ex: 35 (Rendermap Software End User License Agreement.)  In connection with this license, Placebase installed the code required to operate Rendermap (including Pushpin) on FMF's servers. Brothers Decl. Ex: 35 (Rendermap Software End User License Agreement.)  This license expressly prohibited FMF from transferring Rendermap to any other entity.  Brothers Decl. Ex: 35 (Rendermap Software End User License Agreement.)  If FMF transferred Rendermap to KPI, either as part of the assignment to KPI of FMF's KnowledgePlex-related interests or otherwise, then FMF violated the Placebase Rendermap license, and infringed Placebase's intellectual property rights.

The Rendermap license expired by its terms in July 2007.  Neither KPI nor FMF has a current license to Rendermap or Pushpin.  Brothers Decl. Ex: 29 (K. Brothers Dec. 11, 2007 letter to R. Young.)  On Dec. 11, 2007, counsel for Placebase demanded that KPI cease and desist from using the Rendermap software and return or destroy all of Placebase's intellectual property.  Brothers Decl. Ex: 29 (K. Brothers Dec. 11, 2007 letter to R. Young.)  Counsel for KPI indicated that KPI was not using the Rendermap software but did not agree to return or destroy all of Placebase's intellectual property.  Brothers Decl. Ex: 36 (R. Young Dec. 14, 2007 letter to K. Brothers.)

## III.    GOVERNING LEGAL PRINCIPLES

### A.    Rule 11 Permits Sanctions

By presenting a complaint or other paper to the court, an attorney

certifies that to the best of the person's *knowledge, information, and belief, formed after an inquiry reasonable under the circumstances*:

17

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b) (emphasis added). By its terms, Rule 11 requires "that an attorney conduct a reasonable investigation of the factual and legal basis for his claim before filing." *Brubaker v. City of Richmond*, 943 F.2d 1363, 1373 (4th Cir. 1991); *see Chosin Few, Inc. v. Scott*, 209 F. Supp. 2d 593, 602 (W.D.N.C. 2002). Rule 11 "explicitly and unambiguously imposes an affirmative duty on each attorney to conduct a reasonable inquiry into the viability of a pleading before it is signed." *Gutierrez v. Fox*, 141 F.3d 425, 427 (2d Cir. 1998). The Court may sanction an attorney who fails to conduct an inquiry reasonable under the circumstances and files a complaint or other paper containing factual contentions that lack evidentiary support or otherwise fails to meet the requirements of Rule 11(b). Fed. R. Civ. P. 11(c).

The availability of sanctions is based on an objective determination of whether a reasonable inquiry would have revealed that there was no basis in law or fact for a claim or allegation of fact. *Washington Bancorporation v. Said*, 812 F. Supp. 1256, 1275 (D.D.C. 1993). This court has held that when a "a pleading is not well grounded on fact, not warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, or is interposed for any improper purpose, Rule 11 *requires* that sanctions of some sort be imposed." *Reynolds v. U.S. Capitol Police Bd.*, 357 F. Supp. 2d 19, 24 (D.D.C. 2004) (emphasis in original, internal citations omitted).

18

"To be reasonable, the prefiling factual investigation must uncover some information to support the allegations in the complaint." *Brubaker*, 943 F.2d at 1373; *Giganti v. Gen-X Strategies, Inc.*, 222 F.R.D. 299, 310 (E.D. Va. 2004). Thus, "[a] complaint containing allegations unsupported by *any* information obtained prior to filing, or allegations based on information which minimal factual inquiry would disprove, will subject the author to sanctions." *In re Kunstler*, 914 F.2d 505, 516 (4th Cir. 1990). Simply put, "where there is *no* factual basis for a plaintiff's allegations, the complaint violates Rule 11's factual inquiry requirement." *Brubaker*, 943 F.2d at 1373. "While a lawyer may rely on discovery to reveal *additional* facts to support claims which are well grounded in fact, Rule 11 sanctions are appropriate when a lawyer attempts to use discovery to support outrageous and frivolous claims for which there is *no* factual support."). *In re Kunstler*, 914 F.2d at 516.

A complaint that is factually misleading is a sufficient basis for sanctions. *Truesdell v. Southern Cal. Permanente Med. Group*, 293 F.3d 1146, 1153 (9th Cir. 2002). Even statements made "under information and belief" may give rise to sanctions if counsel knew or should have known that they were false. *Id.* at 1153-54. Even a single misstatement of fact, even when inadvertent, may give rise to sanctions. *Jenkins v. Methodist Hosps. of Dallas*, 478 F.3d 255, 265-66 (5th Cir. 2007). Inferences, though appropriate if stated as such, are sanctionable if they are presented as fact. *Lucas v. Spellings*, 408 F. Supp. 2d 8, 12-13 (D.D.C. 2006). "The sanction imposed because of the Rule 11 violation must be based on the costs actually incurred as a result of that violation. It must also be sufficient to deter others from engaging in similar behavior." *Id.* at 26.

**B.    Sanctions May Be Imposed Based On False Allegations In Support of Venue**

Sanctions may be imposed on the basis of a false allegation made to support venue. *Methode Elecs., Inc. v. Adam Techs., Inc.*, 371 F.3d 923, 928 (7th Cir. 2004) (affirming district

19

court's exercise of inherent power to sanction a party that made false venue allegations). When the chosen "venue clearly was, or should have been known to be, improper when the complaint was filed," the plaintiff may be sanctioned. *M. S. Chambers & Son, Inc. v. Tambrands, Inc.*, 118 F.R.D. 274, 277-78 (D. Mass. 1987). This includes situations in which venue is inappropriate because of a forum selection clause. *See Freeman v. Bianco*, No. 02 Civ. 7525, 2003 WL 179777, *5 (S.D.N.Y. Jan. 24, 2003) (granting sanctions over plaintiff for ignoring forum selection clause).

**IV.    ARGUMENT:  KPI AND ITS COUNSEL FAILED TO CONDUCT A REASONABLE INVESTIGATION PRIOR TO CERTIFYING TO THE COURT OF THE ACCURACY OF ITS STATEMENTS**

Prior to filing suit, KPI and its attorneys failed to conduct the investigation required by Rule 11. KPI's factual "errors pervade the complaint and concern information which either was or should have been known to [KPI]," "provide[d] a false foundation" for KPI's allegations and "are central to the complaint." *In re Kunstler*, 914 F.2d at 514, 516. "A complaint containing allegations unsupported by *any* information obtained prior to filing, or allegations based on information which minimal factual inquiry would disprove, will subject the author to sanctions." *Id.* As explained below, KPI's factual contentions lack evidentiary support. "[W]here there is *no* factual basis for a plaintiff's allegations, the complaint violates Rule 11's factual inquiry requirement." *Brubaker*, 943 F.2d at 1373. Both KPI's Complaint and Opposition to Placebase's Motion to Dismiss violate Rule 11, and therefore, sanctions are appropriate.

**A.    KPI's Complaint Makes Factual Contentions In Support Of Its Contract Claims That Lack Any Evidentiary Support**

KPI alleges breach of contract, but this claim lacks any evidentiary support. An inquiry reasonable under the circumstances would have shown that Placebase and KPI (or FMF)

20

never contracted for the development of DataPlace and that the subcontract forming the basis of the complaint expired years before the alleged breach.

1.    **Placebase did not submit a proposal in response to KnowledgePlex's Request for Proposals for DataPlace**

KPI states "[i]n response to the [DataPlace] RFP, Vinq, LLC, together with its subcontractor Placebase, submitted a proposal." (Compl. ¶ 12.) KPI asserts that it "accepted this proposal" and then ambiguously makes reference to "[t]his agreement" in the following paragraph. (Compl. ¶ 13-14.) While KPI's language is ambiguous, it is clear that KPI is implying that KPI and Placebase were party to an agreement that acknowledged that Placebase (as a subcontractor to Vinq) was "undertaking this project as a work-made-for-hire and assigned all rights in anything developed under the project to KnowledgePlex" and "acknowledged that the project was confidential." (Compl. ¶ 14.) These assertions are not true and KPI knew it. (Opp'n at 2; Brothers Decl. Ex: 3 (Vinq Proposal); FMF-Vinq Contract; Vinq-Placebase Subcontract.)

There never was an agreement between KPI (or FMF) and Placebase. Vinq submitted a proposal to FMF that identified Placebase as a subcontractor. Brothers Decl. Ex: 3 (Vinq Proposal); Opp'n at 2. In July 2004, FMF and Vinq entered into a contract that incorporated the Vinq Proposal by reference. (FMF-Vinq Contract A-5.) In August 2004, Vinq and Placebase entered into a contract that incorporated the *applicable* terms of the FMF-Vinq Contract. (Vinq-Placebase Subcontract § 2.) KPI now concedes (Opp'n at 9) that the Vinq-Placebase Subcontract (Opp'n Ex 1) forms the "basis for this suit." KPI's use of ambiguous language and improper grammar to implicitly or explicitly assert false factual allegations justifies Rule 11 sanctions. *See Lucas v. Spellings*, 408 F. Supp. 2d 8, 12-13 (D.D.C. 2006) (granting Rule 11 sanctions for disguising inferences as facts).

2.    **There is no factual support for KPI's breach of contract claims**

KPI incorrectly asserts that in 2007 a "valid, legal, and duly binding contract existed between Vinq and Placebase." (Compl. ¶¶ 27, 44.) KPI's opposition alleges (Opp'n at 4) that "Placebase had not yet delivered to KnowledgePlex all of the information and tools necessary to operate and maintain DataPlace. KnowledgePlex could not add new data sets, correct bugs in the code, improve the usability of the site, or update the system to function with new browsers and operating systems." This allegation is not in the Complaint, and KPI does not, because it cannot, point to a single requirement in any of the contracts cited by KPI with any such deliverables.[24] Despite the lack of support for its assertions that Placebase failed to complete delivery of DataPlace under any contract, KPI baldly alleges that in 2007 "Placebase was unwilling to continue under the terms of the existing contract" and "Placebase ceased work under the existing contract." (Opp'n at 3-4; Compl ¶¶ 27, 28.)

The Vinq-Placebase Subcontract terminated at the latest with "the expiration or termination of the Prime Contract."[25] (Vinq-Placebase Subcontract § 16(a).) On the face of the FMF-Vinq Contract, the term of the contract expired on July 1, 2006, unless terminated sooner. (FMF-Vinq Contract § 12(a).) The evidence shows that the FMF-Vinq Contract and the Vinq-Placebase Subcontract terminated in early 2005 when FMF terminated the FMF-Vinq Contract and refused to sign a new contract. Brothers Decl. Exs: 22, 25 (Mar. 19, 2005 M. Torrance email

---

[24]    The Vinq-Placebase Contract requires that "[t]he scope of work for each project of work (a 'Project') shall be set forth in an addendum to this Agreement (a 'Statement of Work') that describes the Project and is executed by each party." (Vinq-Placebase Subcontract § 3.) The FMF-Vinq Contract states that "[a]ny proposed work not specified and priced in Addendum A must be separately approved in advance and in writing…." (FMF-Vinq Contract § 4(c).)

[25]    The operative question is whether the Vinq-Placebase Subcontract terminated, an issue which KPI wholly ignores. The Vinq-Placebase Subcontract provides for numerous methods of termination, including expiration of the Prime Contract. (Vinq-Placebase Subcontract § 16(a).)

23

to J. Waldman re: SVWIN, Business, etc.; Mar. 24, 2005 M. Torrance email to J. Waldman re: Got paid for January from FMF today.)

KPI alleges that "[t]he Prime Contract was renewed and continued throughout the development of DataPlace," (Opp'n at 5, n.1) but KPI has not provided any evidence that the FMF-Vinq Contract was extended "by written notice" as required by the FMF-Vinq Contract. (FMF-Vinq Contract § 12(b).) KPI's concession that the Vinq-Placebase Contract is the basis for its claims ignores the fact that the Vinq-Placebase Subcontract had expired by the early spring of 2005. Brothers Decl. Exs: 22, 25 (Mar. 19, 2005 M. Torrance email to J. Waldman re: SVWIN, Business, etc.; Mar. 24, 2005 M. Torrance email to J. Waldman re: Got paid for January from FMF today.) A reasonable investigation would have revealed that the contract on which the action was based had expired in 2005, and could not support KPI's claims. *See Capital Sav. Bank v. Pac. Northwest Bell*, 117 F.R.D. 672, 673-74 (W.D. Wash. 1987) (imposing sanctions where a "modest inquiry would have revealed" that the contractual relationship between the plaintiff and defendants was not as alleged in the plaintiff's breach of contract claims).

### B.   KPI's Complaint Makes Factual Contentions In Support Of Its Intellectual Property Claims That Lack Any Evidentiary Support

KPI has no evidentiary support for its claims of intellectual property infringement or misappropriation of trade secret. An inquiry reasonable under the circumstances would have shown that 1) DataPlace was not a pioneering effort; 2) all work on DataPlace was not original; 3) Placebase had preexisting technology; 4) KPI was aware that Placebase continued to develop Pushpin while it worked on DataPlace; and 5) PolicyMap is built on a different platform with different code than DataPlace. The facts combined show that KPI has no basis for its assertions of copyright infringement and trade secret misappropriation.

24

      **1.     DataPlace is not a pioneering effort with "no prior designs, roadmaps, or modules available to use"**

      KPI's Complaint alleges that in 2004, DataPlace "was a pioneering effort" and that "[t]here were no prior designs, roadmaps, or modules available to use." (Complaint ¶ 10.) KPI even alleges that "[n]o other geospatial tools existed at the time that could be used to make this vision a reality." (Complaint ¶ 10.) These assertions are unsupportable, and KPI knew or should have known it.

      KPI now admits that it began to build DataPlace in 2003. (Opp'n at 1.)[26] KPI characterizes its efforts in 2003 as a "false start," but KPI does not allege that the "false start" with the contractor was due to the contractor's inability to develop the system KPI envisioned, rather KPI was concerned with "securing ownership and intellectual property rights in the system."[27] (Opp'n at 2.)

      Contrary to KPI's allegations that DataPlace "was a pioneering effort" and that "[t]here were no prior designs, roadmaps, or modules available to use" (Compl. ¶ 10), KPI knew that DataPlace was built on "the best GIS and usability elements from the CI approach" from the "prior version of [DataPlace]." Brothers Decl. Ex: 3 (Vinq Proposal at 26.) There are fundamental contradictions between 1) the Complaint's allegations that in 2004 DataPlace was a "pioneering effort" with "no prior designs, roadmaps, or modules available to use," 2) the Opposition's allegations that it was a retread of the 2003 effort meant to secure "ownership and intellectual property rights" in the system, and 3) that Placebase already had preexisting rights to the technology. An inquiry reasonable under the circumstances would have shown that KPI's

---

[26]   DataPlace has had many names, however, for ease of reference, Placebase will refer to the system as DataPlace.

[27]   KPI "issued a new request for proposal [for DataPlace] that specifically required that the work be owned exclusively by KnowledgePlex." (Opp'n at 2.)

allegations surrounding the development of DataPlace in the complaint had no factual basis, and should not have been included.

### 2.    KPI did not "insist that all work [for DataPlace] be original"

KPI's Opposition claims that all work be "originally developed for KnowledgePlex and not be derived from any preexisting proprietary material." (KPI Opp'n at 5). This assertion is contrary to the facts. A plain reading of the exact provision cited by KPI shows that the deliverables "shall not be derived from any copyrighted or proprietary material, or otherwise subject to or infringing upon, any proprietary interest or work *of any third party*." (FMF-Vinq Contract § 8(c).) KPI cannot point to a single provision prohibiting Placebase from using its "proprietary material" in connection with the DataPlace deliverables. In fact, the Vinq-Placebase Subcontract contemplates Placebase utilizing its Preexisting Technology in connection with the development of DataPlace.[28] (Vinq-Placebase Subcontract § 14(a).) KPI explicitly contemplated Third Party Code would be incorporated into DataPlace. (FMF-Vinq Contract §§ 6(f), 8(c).) In fact, KPI has publicly stated that "a strong team [ ] built DataPlace using a variety of open source, commercial and custom built technologies."[29] KPI's unsupported assertion is sanctionable.

### 3.    Pushpin is not "nearly identical" to DataPlace

KPI claims that "Placebase began developing a nearly identical product for itself called Pushpin…." (Compl. ¶ 32.) KPI and its counsel failed to investigate this claim prior to its

---

[28]    "Each party acknowledges that it acquires no rights under this Agreement to the other party's Preexisting Technology, except as may be necessary to such party's performance of this Agreement or Services hereunder, or to the use by such party of any Deliverables." (Vinq-Placebase Subcontract § 14(a).)

[29]    After Placebase's counsel sent a draft of this brief to KPI's counsel on April 4, 2008, KPI removed this admissions from its original location at http://blog.dataplace.org/?page_id=9. It is still available, however, at http://web.archive.org/web/20070701231527/http://blog.dataplace.org/?page_id=9.

26

assertion.  KPI has no basis for this assertion.  Pushpin was developed long prior to DataPlace and has had paying customers since January 2004.  Pushpin is a toolkit (an API) sold to organizations that are building geographic web applications.  (http://www.pushpin.com.) DataPlace, on the other hand, is a free public-facing website aimed at end-users who need free government information about locations.  (http://www.dataplace.org/; Brothers Decl. Ex: 2 (DataPlace RFP).)

KPI has been aware of Pushpin since at least February 2006.  Brothers Decl. Ex: 33 (J. Waldman Feb. 24, 2006 email to T. Anderson and M. Torrance.)  In April 2006, Troy Anderson, president of KPI, attended the Location Intelligence conference where Placebase was launching a new version of Pushpin (Pushpin LE).  Brothers Decl. Ex: 30 (M. Torrance Apr. 5, 2006 email to T. Anderson.)  In July 2006, KPI approved a press release regarding Placebase's product RenderMap that clearly identifies RenderMap working in connection with Pushpin. Brothers Decl. Ex: 34 (T. Anderson Jul. 28, 2006 email to J. Waldman with attached press release.)  KPI has acknowledged that Pushpin "rightfully belongs to [Placebase]."  Brothers Decl. Ex: 32 (T. Anderson Aug. 10, 2007 email to J. Waldman.)   For KPI to now allege that Pushpin infringes KPI's intellectual property rights is inconsistent with every piece of evidence and is a blatantly false allegation.

The facts available to KPI show that Pushpin was, and is, based upon intellectual property independently developed by Placebase prior to entering into the Vinq-Placebase Subcontract.  The Vinq-Placebase Subcontract clearly protects Placebase's preexisting intellectual property rights, including trade secrets and all derivative works.  (Vinq-Placebase Subcontract § 14(a).)  Pursuant to the Subcontract, Preexisting Technology and "all enhancements, alterations and modifications thereto, and derivative works thereof" remain the

27

possession of Placebase.[30]  (Vinq-Placebase Subcontract § 14(a).)  For this reason, Placebase is not now and has not been using KPI's intellectual property.  KPI knew this prior to filing suit. Brothers Decl. Ex: 29 (Dec. 11, 2007 K. Brothers letter to R. Young); FMF-Vinq Contract; Vinq-Placebase Subcontract.  An inquiry reasonable under the circumstances would have shown that the factual contention that Pushpin is nearly identical to DataPlace has no evidentiary support.

### 4.     PolicyMap is not "substantially similar" to DataPlace

KPI claims that "Placebase began developing … another product substantially similar to DataPlace – PolicyMap – for The Reinvestment Fund ('TRF')."  (Compl. ¶ 32.)  KPI's Opposition now states that PolicyMap is "nearly identical" DataPlace.  (KPI Opp'n at 4.)  An inquiry reasonable under the circumstances would have shown that neither of these factual contentions has any evidentiary support.[31]

KPI is aware that PolicyMap and DataPlace were developed in different computer languages.  Brothers Decl. Ex: 29 (K. Brothers Dec. 11, 2007 letter to R. Young at 3.)  Placebase conducted a demonstration of the PolicyMap system for KPI in December 2007, highlighting the differences in the two systems.  Brothers Decl. Ex: 28 (R. Young Dec. 11, 2007 letter to D. Oshinsky.)  Yet KPI has admitted it did not compare the publicly-available source code of PolicyMap and to any of the DataPlace source code.  Placebase and its counsel gave KPI every

---

[30]   "Each party acknowledges and agrees that, as between the parties, each party is and shall remain the sole and exclusive owner of all right, title, and interest in and to its own Preexisting Technology and associated intellectual property rights."  (Vinq-Placebase Subcontract § 14(a).)

[31]   KPI's allegation that PolicyMap as a "web-based product that delivers information based on geographic data on scales ranging from local neighborhoods to the entire nation" (Compl. ¶ 33) is misleading because it is so general.  This description fits many products, for example DataPlex, Google Maps, and MapQuest.

opportunity to verify that DataPlace and PolicyMap are not substantially similar or nearly identical, and KPI and its counsel willfully blinded itself to the facts.

###### 5.    KPI was fully aware of Placebase's pre-existing know-how

KPI was well aware of Placebase's know-how and prior contributions to DataPlex, a prior version of DataPlace.  Brothers Decl. Ex: 3 (Vinq Proposal at 3, 26.)  Jaron Waldman defined the original requirements for DataPlex; the same requirements that were used for DataPlace.  *Compare* Brothers Decl. Ex: 13 (Housing DataPlex RFP Recommendations at 5-10) *to* Brothers Decl. Ex: 1 (DataPlex RFP at 28-33) *and* Brothers Decl. Ex: 2 (DataPlace RFP at App. E, 34-41.)  An inquiry reasonable under the circumstances would have shown that Placebase had the preexisting know-how to develop Pushpin and PolicyMap.

A reasonable inquiry by KPI or its attorneys would have shown that there is no evidence that Placebase improperly used any copyrighted or trade secret material owned by KPI. Despite a demonstration by Jaron Waldman establishing that Placebase did not improperly use any KPI intellectual property and despite Placebase's counsels' repeated pleas for KPI to provide any evidence that Placebase is infringing KPI's intellectual property, Brothers Decl. Exs: 29, 37 (K. Brothers Dec. 11, 2007 and Jan. 9, 2008 letters to R. Young), KPI continues to falsely allege such misappropriation.  KPI's unsupported allegations, particularly "in the face of abundant warnings from [] defendants herein" regarding the veracity of those assertions, is sanctionable behavior.  *See McLaughlin v. Bradlee*, 602 F. Supp. 1412, 1418 (D.D.C. 1985) (the court considering a party's failure to heed repeated warnings as evidence of bad faith in sanctioning the party).

**C.    KPI's Complaint Makes Factual Contentions Regarding Its Registered Copyright That Lack Any Evidentiary Support**

KPI claims that United States Copyright Registration No. TXu 1-570-162 is "for the code required to operate DataPlace."  (Compl. ¶ 26.)  If KPI was attempting to register "the code required to operate DataPlace," then KPI misrepresented to the Copyright Office the facts surrounding the registration for at least three reasons.  First, KPI registered its work as unpublished despite the fact that DataPlace has been published since 2004.  DataPlace had its alpha release in November 2004 and its beta release in December 2004.  Brothers Decl. Ex: 20 (L Boucher Nov. 8, 2004 email to CDS Distribution List, re: CDS Alpha is here); Brothers Decl. Ex: 21 (T. Anderson Dec.11, 2004 email to M. Torrance et. al, re: DP launch.)  The DataPlace website, www.dataplace.org, has been available since at least 2005.[32]  KPI knew that the client side of the DataPlace code had been published prior to seeking a copyright registration, but falsely claimed that it was unpublished.

Second, KPI did not register its work as a derivative work.  KPI identifies that "DataPlace" had a year of completion as 2007, however, earlier published versions of DataPlace existed as early as 2004.  Brothers Decl. Exs: 20, 21 (Boucher Nov. 8, 2004 email to CDS Distribution List, re: CDS Alpha is here; T. Anderson Dec.11, 2004 email to M. Torrance et. al, re: DP launch.)  KPI knew that this is not the first version of DataPlace.  Any version of DataPlace that was completed in 2007 is not, and can not be, an original, unpublished work.

Third, copyright authorship must be identified as the actual author, unless the work is a work-for-hire.  17 U.S.C. § 201.  Placebase began work on DataPlace before an executed contract for Placebase's work existed.  Moreover, the Vinq-Placebase Subcontract terminated in

---

[32]    The WayBack Machine (www.archive.org) shows www.dataplace.org as early as Sept. 24, 2005.

30

early 2005.  Placebase's work after the Subcontract terminated was not as a work-for-hire.
Therefore, Placebase should be listed as an author on any copyright.

Additionally, as explained in more detail in Placebase's Motion to Dismiss, KPI's
claim for copyright infringement by Placebase is also unfounded because the certified copy of
the deposit for United States Copyright Registration No. TXu 1-570-162 is only 42 pages (26
unique pages) and does not represent "the code required to operate DataPlace" as KPI certified to
the Copyright Office. (KPI Opp'n at 13, Ex. 2).  When Placebase brought this deficiency with
the copyright deposit to KPI's attention, KPI responded that it "*currently is investigating*" the
*"mystery"* of why the certified copy of deposited material at the Copyright Office is not the
correct material.  (Opp'n at 13 (emphases added).)  This admission proves that neither KPI nor
its counsel conducted an adequate investigation into the factual basis for its claims prior to filing
suit.  Had KPI performed a reasonable investigation prior to filing the present suit as required by
Rule 11, however, it could have discovered and potentially solved this "*mystery*" without causing
unnecessary burden to Placebase.  By including these allegations without conducting an adequate
investigation, KPI and its counsel have violated Rule 11.

D.    **KPI Improperly Asserts Venue In This Court**

KPI alleges venue is proper in this Court "pursuant to agreement by the parties."
(Complaint ¶ 4.)  A reasonable investigation, however, would have shown: (1) that there was
never an agreement between KPI and Placebase, (2) the Vinq-Placebase Subcontract, which KPI
acknowledges is  "the basis for this suit," (Opp'n at 9) required Placebase to work in and provide
all deliverables in the state of California, and (3) perhaps most significantly, the Vinq-Placebase
Subcontract required venue in California.  (Motion to Dismiss, Ex. C.)  Sanctions are therefore
particularly appropriate here, where not only did KPI misrepresent that there was an agreement

between the parties, KPI failed to disclose to the court the venue requirement of the Vinq-Placebase Subcontract. *See Methode Elecs., Inc. v. Adam Techs., Inc.*, 371 F.3d 923, 928 (7th Cir. 2004) (affirming district court's sanctions against a party that made false venue allegations); *Freeman v. Bianco*, No. 02 Civ. 7525, 2003 WL 179777, *5 (S.D.N.Y. Jan. 24, 2003) (granting sanctions against plaintiff for ignoring forum selection clause).

>   **E.    KPI's Allegation of Common Law Trade Secret Misappropriation is Unsupported by Law**

Counts three and four of KPI's Complaint respectively allege common law misappropriation of trade secret and misappropriation under D.C. Statute, stating "Placebase has willfully and maliciously misappropriated KnowledgPlex's trade secrets." (Complaint ¶¶ 50, 54.) Placebase's Motion to Dismiss pointed out several deficiencies with respect to these allegations. (Placebase Mot. To Dismiss at 20-22.) In particular, Placebase explained that KPI's Third Count fails to state a claim for which relief can be granted because common law misappropriation of trade secrets has been preempted by statutory trade secret misappropriation law and is not available as a remedy to alleged trade secret misappropriation. (Placebase's Motion to Dismiss, at 22 (citing *Accuimage Diagnostics Corp. v. Terarecon, Inc.*, 260 F. Supp. 2d 941, 954 (N.D. Cal. 2003).)

KPI continues to pursue its common law trade secret misappropriation claims, stating its "claims of common law trade secret misappropriation do not conflict with the District of Columbia Uniform Trade Secret Act ["DCUTSA"] and are well-stated." (Opp'n at 17.) KPI's Opposition itself cites to *DSMC, Inc. v. Convera Corp.*, 479 F. Supp. 2d 68, 83-84 (D.D.C. 2007). In *DSMC*, this court granted summary judgment to defendant on plaintiff's common law claims that were "clearly predicated on misappropriation of trade secrets" because such "claims are preempted." *DSMC*, 479 F. Supp. 2d at 83-84.

DSMDB-2430781

In the present case, KPI's common law and statutory trade secret misappropriation claims contain identical allegations.  (Compare Complaint ¶¶ 49-52 to ¶¶ 53-56.)  Thus, their common law trade secret misappropriation claim is preempted by DCUTSA.  *DSMC*, 479 F. Supp. at 83-84.  A reasonable inquiry would have revealed that there is no legal basis for their common law trade secret claim.  Accordingly, sanctions should be imposed against KPI and its attorneys.  *Reynolds v. U.S. Capitol Police Bd.*, 357 F. Supp. 2d 19, 24 (D.D.C. 2004) (stating Rule 11 requires sanctions when "a pleading is not well grounded on fact, not warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, or is interposed for any improper purpose.").

## V.        CONCLUSION

For the foregoing reasons, KPI's Complaint should be dismissed with prejudice and Plaintiff KnowledgePlex, Inc. ("KPI") and its counsel, Brian A. Coleman, Richard W. Young, and David J. Moorhead, and the law firm of Drinker Biddle & Reath LLP, should be ordered to jointly and severally pay Placebase's costs and legal fees in defending this action.

33

Dated: April 29, 2008                    Respectfully submitted,


  /s/   K. Brothers
Kenneth W. Brothers (D.C. Bar No. 441113)
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  20006
(202) 420-2200

*Attorney for Metonymy, Inc. d/b/a Placebase*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2008 a copy of Placebase's Memorandum of Points and Authorities in Support of Defendant's Motion for Sanctions Under Rule 11 of the Federal Rules of Civil Procedure was served via electronic transmission on the following:

       Brian A. Coleman
       DRINKER BIDDLE & REATH LLP
       1500 K Street, NW
       Suite 1100
       Washington, DC 20005-1209

       David J. Moorhead
       DRINKER BIDDLE & REATH LLP
       191 North Wacker Drive
       Suite 3700
       Chicago, IL 60606-1698

       Richard W. Young
       DRINKER BIDDLE & REATH LLP
       191 North Wacker Drive
       Suite 3700
       Chicago, IL 60606-1698

Dated:  April 29, 2008                       _/s/ Kenneth W. Brothers_____
                                         Kenneth W. Brothers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KNOWLEDGEPLEX, INC.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** 1:07-CV-02315-RMU |
| | ) | |
| | ) | |
| | ) | |
| **METONYMY, INC.** | ) | |
| **D/B/A PLACEBASE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF
DEFENDANT'S MOTION FOR SANCTIONS UNDER RULE 11 OF THE FEDERAL
RULES OF CIVIL PROCEDURE**

I, KENNETH W. BROTHERS, declare as follows:

1.      I am an attorney with Dickstein Shapiro LLP.  I am admitted to practice in the

District of Columbia and practice in my firm's Washington, D.C. office.  I have personal

knowledge of the facts stated herein, and, if called to testify, I would testify as stated herein.

2.      Exhibit 1 is a true and correct copy of the Apr. 11, 2003 Request for Proposals:

DataPlex ("DataPlex RFP").

3.      Exhibit 2 is a true and correct copy of the Mar. 30, 2004 Request for Proposals:

community Data System ("DataPlace RFP").

4.      Exhibit 3 is a true and correct copy of the Apr. 12, 2004 Vinq Proposal for the

Development of Community Data System to FMF ("Vinq Proposal"); redacted to remove

personal information of the author or recipient.

5.      Exhibit 4 is a true and correct copy of the "The Do-It-Yourself Angel Round," Inc. Magazine, Apr. 2000.

6.      Exhibit 5 is a true and correct copy of the Community Informatics' DataPlex Proposal to FMF ("CI DataPlex Proposal").

7.      Exhibit 6 is a true and correct copy of the P. Simmons Feb. 27, 2004 email to J. Waldman, re: RE: Mar. 3; redacted to remove privileged matter.

8.      Exhibit 7 is a true and correct copy of the Apr. 13, 2004 Urban Institute Proposal to FMF.

9.      Exhibit 8 is a true and correct copy of the RFP Preparation Proposal:  UCLA Advanced Policy Institute (API).

10.     Exhibit 9 is a true and correct copy of the N. Richman Mar. 2, 2003 email to P. Simmons, "RFP Preparation Proposal;" redacted to remove privileged matter.

11.     Exhibit 10 is a true and correct copy of the J. Waldman Mar. 20, 2003 email to P. Simmons, re: "RFP Recommendations;" redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

12.     Exhibit 11 is a true and correct copy of the P. Simmons Mar. 21, 2003 email to J. Waldman, re: "RFP Recommendations;" redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

13.     Exhibit 12 is a true and correct copy of the P. Simmons Apr. 9, 2003 email to J. Waldman, re: "Revised DataPlex RFP;" redacted to remove privileged matter.

14.     Exhibit 13 is a true and correct copy of the Housing DataPlex RFP Recommendations.

15.     Exhibit 14 is a true and correct copy of the P. Simmons Sept. 12, 2003 email to T. Anderson, et al re: Meeting Confirmation; redacted to remove privileged matter.

16.     Exhibit 15 is a true and correct copy of the P. Simmons Feb. 11, 2004 email to J. Waldman, re: Prototype comments; redacted to remove privileged matter.

17.     Exhibit 16 is a true and correct copy of the P. Simmons Jul. 10, 2003 email to J. Waldman; redacted to remove privileged matter.

18.     Exhibit 17 is a true and correct copy of the T. Anderson Mar. 19, 2004 email to J. Waldman; redacted to remove privileged matter.

19.     Exhibit 18 is a true and correct copy of the J. Waldman Apr. 16, 2004 email to P. Simmons, re: "IP Transfer Agreement;" redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

20.     Exhibit 19 is a true and correct copy of the Community Informatics Invoice 101 dated Sept. 19, 2003; Invoice 102 dated Oct. 31, 2003; Invoice 103 dated Dec. 4, 2003; Invoice 104 dated Dec. 19, 2003.

21.     Exhibit 20 is a true and correct copy of the L. Boucher Nov. 8, 2004 email to CDS Distribution List, re: CDS Alpha is here; redacted to remove privileged matter.

22.     Exhibit 21 is a true and correct copy of the T. Anderson Dec. 11, 2004 email to M. Torrance et al, re: DP launch; redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

23.     Exhibit 22 is a true and correct copy of the M. Torrance Mar. 19, 2005 email to J. Waldman re: SVWIN, Business etc.; redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

DSMDB-2430421

24.     Exhibit 23 is a true and correct copy of the M. Torrance Mar. 20, 2005 email to J. Waldman re: SVWIN, Business etc.; redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

25.     Exhibit 24 is a true and correct copy of the J. Waldman Mar. 20 2005 email to M. Torrance re: SVWIN, Business etc.; redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

26.     Exhibit 25 is a true and correct copy of the M. Torrance Mar. 24, 2005 email to J. Waldman, re: got paid for January from FMF today; redacted to remove privileged matter; redacted to remove personal information of the author or recipient.

27.     Exhibit 26 is a true and correct copy of the J. Waldman Oct. 24, 2007 letter to T. Anderson.

28.     Exhibit 27 is a true and correct copy of the R. Young Nov. 5, 2007 letter to J. Waldman.

29.     Exhibit 28 is a true and correct copy of the R. Young Dec. 11, 2007 letter to D. Oshinsky.

30.     Exhibit 29 is a true and correct copy of the K. Brothers Dec. 11, 2007 letter to R. Young.

31.     Exhibit 30 is a true and correct copy of the M. Torrance Apr. 5, 2006 email to T. Anderson re: Rafe's article; redacted to remove privileged matter.

32.     Exhibit 31 is a true and correct copy of the T. Anderson Jul. 31, 2007 email to J. Waldman re: contract; redacted to remove privileged matter.

33.     Exhibit 32 is a true and correct copy of the T. Anderson Aug. 10, 2007 email to J. Waldman re: contract; redacted to remove privileged matter.

34.     Exhibit 33 is a true and correct copy of the J. Waldman Feb. 24, 2006 email to T. Anderson and M. Torrance re: Pushpin pre-rendered map sample; redacted to remove privileged matter.

35.     Exhibit 34 is a true and correct copy of the T. Anderson Jul. 28, 2006 email to J. Waldman with attached press release re: Rendermap release v9 final.doc; redacted to remove privileged matter.

36.     Exhibit 35 is a true and correct copy of the Rendermap Software End User License Agreement; redacted to remove privileged matter.

37.     Exhibit 36 is a true and correct copy of the R. Young Dec. 14, 2007 letter to K. Brothers.

38.     Exhibit 37 is a true and correct copy of the K. Brothers Jan. 9, 2008 letter to R. Young.

39.     On April 4, 2008, I forwarded to Plaintiff's counsel a draft of the enclosed Memorandum in Support of Defendant's Motion for Sanctions Under Rule 11 of the Federal Rules of Civil Procedure.

40.     On April 23, 2008 Plaintiff's counsel responded that they reviewed the draft Memorandum and that they would not take the corrective action regarding KPI's Complaint and Opposition sought by Defendant.

41.     On April 28, 2008, in accordance with Local Rule 7(m), I conducted a telephone conference with Plaintiff's counsel regarding the present motion.  Plaintiff's counsel represented that they would oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Signed at Washington, District of Columbia on April 29, 2008.

      /s/ Kenneth W. Brothers    
Kenneth W. Brothers

# EXHIBIT 1

# REQUEST FOR PROPOSALS: DATAPLEX

## (Addendum to KnowledgePlex.org Request for Proposals)


ISSUE DATE:                                    April 11, 2003

TITLE:                                         DataPlex

ISSUING ORGANIZATION:                          Fannie Mae Foundation
                                               4000 Wisconsin Avenue, NW
                                               North Tower, Suite One
                                               Washington, DC 20016-2804

ISSUING ORGANIZATION CONTACT:                  Patrick Simmons
                                               *Director, Housing Demography*
                                        Email: kplex2-rfp@fanniemaefoundation.org

SCOPE OF WORK SUMMARY:  Design, develop, and implement the DataPlex, a new
section of KnowledgePlex.org.  The DataPlex will be a central clearinghouse for a variety of
housing and demographic data and will serve as a key component of the national
information infrastructure for housing and community development.

LOCATION WHERE SITE WILL BE
HOSTED AND MANAGED:                            Not Decided

PROJECT DURATION:                              3 years

TOTAL PROJECT BUDGET:                          $1,500,000

RFP DEADLINES:
    Notification of intent to submit:          April 25, 2003 (via email to the contact
                                               above)
    Submission:                                May 9, 2003, 5:00PM (ET)

# Addendum to KnowledgePlex.org Request for Proposals:

## DATAPLEX REQUEST FOR PROPOSALS

**INTRODUCTION**

The DataPlex, a new section of KnowledgePlex.org, will be a central clearinghouse for a variety of housing and demographic data.  It will serve as a key component of the national information infrastructure for housing and community development.

This document is the Fannie Mae Foundation's (the "Foundation's") Request for Proposals (RFP) to provide several services that will support the design, development, implementation, and maintenance of DataPlex over its *first three years* of operation.  These services break down into the performance of five data assembly and analytic tasks and one web applications development and maintenance task as defined below:

1.  Assembling and structuring national data-files with sub-jurisdictional data that will form the National Neighborhood Indicators System (NNIS) component of DataPlex.

2.  Developing a series of data collection and analytic guidebooks, illustrative "model" studies, and other materials that will assist users in analyzing and applying the NNIS data and in developing and applying their own data resources at the local level.

3.  Designing and recurrently updating current housing and demographic profiles and historical data for selected large geographic areas.

4.  Preparing data source descriptions and users' guides to facilitate the use of all data resources used in the NNIS, profiles, and historical data.

5.  Designing, developing, implementing, and maintaining web applications (e.g., mapping, tabulating, charting, etc.) and spatial content for the DataPlex.

6.  Planning and conducting tests of the DataPlex and collecting other feedback.

Appendix A to this RFP provides a more detailed description of Dataplex, including content and system overviews, potential functionalities, and several sample use scenarios.

The Foundation recognizes that completion of the tasks listed above may require more time than the 90 days allotted for delivery of KnowledgePlex 2.0. (See KnowledgePlex.org RFP, provided separately.) However, bidders are encouraged to think creatively about how the release of KnowledgePlex 2.0 might be used to promote DataPlex or test a prototype and about possibilities for staged deployment of DataPlex.

Furthermore, the Foundation also recognizes that completing all of the tasks listed above may not be within the expertise or capabilities of a single bidder. Therefore, the Foundation expects that some bidders may choose to submit bids on selected tasks or, alternatively, form teams to submit a joint bid covering all of the tasks. Using the "Requirements Summary Template" provided in Appendix B to this RFP, the bidder should indicate the tasks covered in its proposal.

In preparing proposals, bidders should follow the "Submission Instructions" and other guidance, and complete all forms, as provided in sections 3.0-9.0 of the KnowledgePlex.org RFP, with the following exceptions:

- As noted above, DataPlex bidders are not required to adhere to the 90-day project delivery schedule for KnowledgePlex 2.0.
- The deadline for notification of intent to submit a proposal for DataPlex is April 25.
- Bidders should use the "Requirements Summary Template" provided in Appendix B to this RFP (rather than the template provided in the KnowledgePlex RFP).
- Time and Material proposals will be accepted for this RFP.
- The "Description of Approach" (see section 3.4.3.1 of the KnowledgePlex.org RFP) is limited to 7 pages *per task*. The description should cover all proposal requirements outlined in this RFP and those contained in section 3.4.3.1 of the KnowledgePlex.org RFP, as appropriate.

Note, however, that:

- As with the KnowledgePlex RFP, selection of vendor(s) will be determined by quality, time and costs associated with the proposal. Note that the budget estimate provided with this RFP is intended to provide rough guidance on project scale and should not be interpreted as a budget target for proposals. Proposals will be evaluated on criteria including the utilization of approaches that leverage existing resources or capabilities to realize efficiencies and lower project costs and that will deliver quality solutions at competitive prices.
- Contractor(s) will be required to submit, where applicable, deliverables described in section 2.4 of the KnowledgePlex.org RFP, in addition to those deliverables described herein.

The following sections provide requirements and guides for prospective bidders in preparing their proposals to perform each of the six tasks listed above.

## TASK 1 – ASSEMBLING AND STRUCTURING DATA SOURCES FOR NNIS

### 1.1    Purpose and Scope

The National Neighborhood Indicator System (NNIS) will allow users to view housing and demographic profiles or thematic maps for user-defined "neighborhoods" created by aggregating user-selected census tracts, block groups, or zip codes. (Other potential functionalities for the NNIS are described in Appendix A.)  At minimum, the NNIS will use data from the decennial census and the Home Mortgage Disclosure Act data files. Preferably, both current and historical data from these sources will be included in the NNIS. Other national data sources that contain automated data for small sub-areas of cities and counties (e.g., census tracts, zip codes) should also be considered for inclusion.

See the section "Spatial Data Layers" under Task 5 for a description of data that are currently in the possession of the Foundation and available to support this task.  The bidder may propose to provide these or comparable data in response to this RFP, but if so should provide a justification for doing so.

### 1.2    Contractor Requirements

The contractor selected for this task will be responsible for recurrently assembling all of the data required for NNIS from the original sources, ensuring and documenting that the data so assembled can be distributed without charge through the DataPlex, helping to select indicators and formats for NNIS profile and map displays, coordinating this task with the design and development of web applications in Task 5, participating in the design of a database model that serves all of the web applications of DataPlex, and structuring the NNIS files and submitting them to the Foundation ready for integration into the NNIS on a regular basis over the first three years of DataPlex operations.  More specifically, the contractor will be expected to fulfill the following requirements:

1. **Project Initiation Meeting.** Participate in a project initiation meeting where Foundation staff provide guidance on the work under this task in response to plans suggested in the contractor's original proposal.
2. **Design and Year 1 Work Plan Development.** Based on the project initiation meeting, develop a complete NNIS Data Design and Year 1 Work Plan that will include final delivery of NNIS data needed to support the first release of DataPlex.  The plan shall specify all activities, timing, and costs.  The plan shall also include final design proposals (specific datasets contractor proposes to acquire for NNIS, all indicators the contractor proposes for inclusion in NNIS, delivery of datasets for Year 1 in format consistent with the database model for DataPlex, suggested designs for NNIS profiles and map displays, relevant analyses and literature to support selections, proposed analyses of the data to

facilitate applications by other users). The plan will differentiate between those elements intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation

3. **Design and Work Plan Review Meeting.** Participate in design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors. Revise NNIS Data Design and Year 1 Work Plan based on the meeting.

4. **Acquire and Prepare Data.** After Foundation review, revision and approval of the Year 1 Work Plan, acquire the first wave of specified source data files, conduct analyses, test and clean the files as may be necessary, prepare presentation files for submission to the Foundation and submit the files in a form ready for integration into the NNIS.

5. **On-Site Integration and Testing**. Where necessary, assist on-site installation, integration, and testing of various DataPlex and KnowledgePlex components.

6. **Revise Year 1 Work Plan**. Based on results from testing and other forms of user feedback (see Task 6), revise the Year 1 Work Plan as may be needed and then similarly acquire, clean and submit additional data files as called for in the revised Plan. Provide technical support and maintenance related to NNIS data as needed.

7. **Design and Year 2 Work Plan Development.** Prepare an assessment of the operation and use of NNIS (from Task 6 below and other sources) and develop a Year 2 Work Plan. The Year 2 Work Plan will specify additional data sets and indicators proposed for the NNIS and methods of presenting them. It will also propose improvements to the existing files, indicators and the method of presenting them.

8. **Design and Work Plan Review Meeting.** Participate in a design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 2 Work Plan. Revise Year 2 Work Plan based on the meeting.

9. **Acquire and Prepare Data.** After Foundation review and approval of revised Year 2 Work Plan, acquire, clean and submit updates of all data files incorporated in NNIS during the first year and any new data sets agreed to be included.

10. **Year 3 Work Plan Development.** Prepare an assessment of the operation and use of the NNIS in Year 2 (from Task 6 below and other sources) and develop a Year 3 Work Plan to incorporate any proposed improvements to the files, indicators and the method of presenting them.

11. **Work Plan Review Meeting.** Participate in a design review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 3 Work Plan. Revise Year 3 Work Plan based on the meeting.

12. **Acquire and Prepare Data.** After Foundation review and approval of revised Year 3 Work Plan, acquire, clean and submit updates of all data files

incorporated in NNIS during the first two years and any new data sets agreed to be included.

### 1.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a.  Complete listing of all national data source files the bidder proposes for inclusion in NNIS, along with rationale for including the file (include citations of relevant literature, examples of how the data has been used in housing and community development applications in the past, and bidders ideas of possible uses in the DataPlex environment). Differentiate between those elements intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation.

b.  Basic specifications for each source file (providing information on source organization, content, frequency, geographic level, coverage, etc, and cite web-address and other sources for more detailed technical documentation)

c.  Indicators from each file (including derived variables) bidder proposes for inclusion in NNIS (and rationale for their inclusion).  Possibilities for derived variables calculated across different source files for the same units of geography should also be discussed.

d.  Description of bidders proposed approach to acquiring, cleaning, formatting and storing NNIS data files.

e.  Description of bidders proposed approach to involving local and other potential users in identification of data and indicators for inclusion in NNIS.

f.  General proposal on how bidder believes the information could be best displayed in NNIS (include discussion of advantages and disadvantages of various optional approaches).

g.  Statement of the bidders' approach to preparing a series of brief analyses of NNIS data (studies designed to facilitate the applications of other users) and how results should be incorporated in DataPlex.

h.  Statement of how bidder would generally approach the work plan over time as outlined in the Contractor Requirements section above.

### 1.4    Bidder Qualifications

Proposals should include materials documenting the bidder's experience and qualifications specifically related to the requirements as stated above.  Bidders should note which of the proposed data files they have already acquired and/or worked with in the past and describe the specific work they have done with those files.  They should also provide information on direct experience in this regard of key staff being proposed for the DataPlex project.  The

Foundation regards solid prior experience and an established reputation in research and policy analysis in housing, community development and related fields as important to carrying out this task effectively. Bidders should provide a description of the prior experience of the firm, and of key staff being bid, in these areas.


## TASK 2 – DATA COLLECTION AND ANALYSIS GUIDES

### *2.1    Purpose and Scope*

The availability of such a tremendous range of recurrently updated information as is contemplated for DataPlex opens up new opportunities for the development of guides and other materials to assist potential users at all levels. However, that may work best when it is done in conjunction with local data and applications. The purpose of this task is to develop, assemble and make available a series of guidebooks, illustrative "model" studies, forms and other materials (hereafter, simply "guides") that will enhance the ability of local practitioners to utilize the data provided in DataPlex and collect and analyze their own local data. Examples of the types of guides the Foundation has in mind are as follows:

- Coulton, Claudia J., with Lisa Nelson and Peter Tatian. 1997. *Catalog of Administrative Data Sources for Neighborhood Indicator Systems*. The Urban Institute.
- Kirschenbaum, Josh, and Lisa Russ. 2002. *Community Mapping: Using Geographic Data for Neighborhood Revitalization: A Tool from the Equitable Development Toolkit*. PolicyLink.
- Berkowitz, Bill, and Eric Wadud. "Identifying Community Assets and Resources" University of Kansas Community Toolbox on the web at http://ctb.lsi.ukans.edu/

However, there are many other types of topics that could be covered. For example, it would be attractive to offer "A Local Practitioners' Guide to Analyzing HMDA Data," similar guides related to other data files in NNIS, and guidebooks related to the development and use of local surveys for different purposes (along with documentation on sample survey questions used successfully in the past.)

### *2.2    Contractor Requirements*

In this task, the contractor will be required to: (1) examine the array of data available to state and local decision makers through administrative systems and other sources; (2) establish relationships with local data intermediaries and others as needed to get direct information on

factors affecting guide development (needs, potentials and barriers); (3) identify existing guides that might address needs and might be considered for inclusion on DataPlex; and (4) develop a series of guides that would be of value to local users nation-wide, allowing the Foundation to regularly advance the state of the art in this field. In this work, the contractor should give emphasis to the development of guides that could use DataPlex information alone or in conjunction with local data. It is expected that many of these guides will be documents that can be distributed in hard-copy form as well as via KnowledgePlex, however, interactive web-based guides and guides in other forms should also be considered. More specifically, the tasks anticipated over the three-year period are as follows:

1. **Project Initiation Meeting.** Participate in a project initiation meeting where Foundation staff provide guidance on the work under this task in response to plans suggested in the contractor's original proposal.

2. **Year 1 Work Plan Development.** Based on the project initiation meeting, develop a complete Work Plan for the task for the first year, specifying the Data Collection and Analysis Guides to be developed or acquired. The plan shall specify all activities, timing, and costs. It is assumed that this planning process will include examinations of the array of data available to local decision makers, of other guides along these lines that are already available and of opportunities for partnering with local entities in this task. The plan will differentiate between those guides intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation

3. **Design and Work Plan Review Meeting.** Participate in design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors. Revise work plan based on the meeting.

4. **Develop Guides**. Upon Foundation review, revision and approval of the Work Plan, develop the Data Collection and Analysis Guides that have been agreed to. Identify other existing guides for possible incorporation into the site.

5. **Year 2 Work Plan Development.** Prepare an assessment of the operation of the guide development agenda during year 1 (from Task 6 below and other sources) and develop a Year 2 Work Plan for this work.

6. **Design and Work Plan Review Meeting.** Participate in a design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 2 Work Plan. Revise Year 2 Work Plan based on the meeting.

7. **Develop Guides.** After Foundation review and approval of revised Year 2 Work Plan, develop the second wave of Data Collection and Analysis Guides. Identify other existing guides for possible incorporation into the site.

8. **Year 3 Work Plan Development.** Prepare an assessment of the use of Data Collection and Analysis Guides in year 2 (from Task 6 below and other sources) and develop a Year 3 Work Plan for guide development.

9.  **Work Plan Review Meeting.** Participate in a design review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 3 Work Plan. Revise Year 3 Work Plan based on the meeting.
10. **Develop Guides**. After Foundation review and approval of revised Year 3 Work Plan, develop the third wave of Data Collection and Analysis Guides. Identify other existing guides for possible incorporation into the site.

### 2.3    Proposal Requirements

Bidders' proposals for this task should include the following:

1.  Description of bidder's proposed approach to guide development (identifying substantive themes and topics to be given emphasis, how information will be obtained on needs and opportunities in the planning period, how the bidder will identify existing guides for possible inclusion in the DataPlex, and how the bidder will establish relationships and partner with local and other entities in guide development, and rationale for the approach).
2.  Specific list of guides the bidder would propose for development in the first year, including those that would be ready for the first release of DataPlex and those ready for later waves of implementation (provide description of each guide including discussion of purpose and content, intended audience, length and forms of presentation, draft table of contents, length and general format, and proposed authors and development partners).
3.  Statement of how bidder would generally approach the work plan over time as outlined in the Contractor Requirements section above.

### 2.4    Bidder Qualifications

Proposals should include materials documenting the bidder's experience and qualifications specifically related to the requirements as stated above.  Bidders should note prior experience of the firm and partner organizations as well as individual authors/developers proposed, in developing similar guides in the past.  Bidders should also describe their existing and past working relationships with local organizations that regularly use data at the local level in policy analysis and community building activities (and/or networks of such organizations) – important for assessing how rapidly the bidder could start-up and produce this work reliably over the long term.

## TASK 3 – PROFILES AND HISTORICAL DATA

### 3.1    Purpose and Scope

This section of DataPlex is designed to provide easy access to a broad array of well-structured information on housing and demographic conditions and trends at geographic levels larger than neighborhoods.  More specifically, this component of DataPlex will provide short (i.e., no more than several pages in length) pre-prepared housing and demographic profiles for the nation, regions, divisions, states, and the largest metropolitan areas, counties, and cities.  Data sources will include decennial census and HMDA data, but depending on level of geography will also include other public and private sources.  Desired functionalities include the abilities to easily select geographies (e.g., through maps or drop-down boxes), access historical data tables (in Excel or other widely used file format) directly from the profiles, comparison and ranking tables, and simple maps.  (For example, a ranking table or map showing variations across states in the number of privately owned housing units authorized in permit issuing places in the most recent year.) Bidders are encouraged to think creatively about the content and format of the profiles, data sources, links between the profiles and historical data, and graphic and tabular means for presenting the data.

See the section "Spatial Data Layers" under Task 5 for a description of data that are currently in the possession of the Foundation and available to support this task.  The bidder may propose to provide these or comparable data in response to this RFP, but if so should provide a justification for doing so.

## 3.2    Contractor Requirements

In many ways, this task parallels the work in Task 1 on NNIS development, but different data sources and levels of geography are involved.   The contractor will be responsible for recurrently assembling all of the data required for Profiles and Historical Data from the original sources, ensuring and documenting that the data so assembled can be distributed without charge through the DataPlex, helping to select indicators for inclusion in the Profiles and Historical Data, performing analysis to test out alternative formats and profile designs, suggesting designs for profiles and other approaches to display, coordinating this task with the design and development of web applications in Task 5, participating in the design of a database model that serves all of the web applications of DataPlex, and structuring the data-files in a manner consistent with the database model and submitting them to the Fannie Mae Foundation on a regular basis ready for incorporation into DataPlex.  More specifically, the work will entail the following over the three-year performance period:

1. **Project Initiation Meeting.** Participate in a project initiation meeting where Foundation staff provide guidance on the work under this task in response to plans suggested in the contractor's original proposal.
2. **Year 1 Work Plan Development.** Based on the project initiation meeting, develop a complete Work Plan for the first year that will include final delivery of data for the Profiles and Historical Data needed to support the first release

*DataPlex Request for Proposals*

of DataPlex.  The plan shall specify all activities, timing, and costs.  The plan shall also include final design proposals (specific data-sets contractor proposes to acquire, all indicators the contractor proposes for inclusion, suggested designs for display, relevant analyses and literature to support selections, delivery of data sets for Year 1 in format consistent with the database model for DataPlex, proposed analyses of the data to facilitate applications by other users). The plan will differentiate between those elements intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation.

3.  **Design and Work Plan Review Meeting.** Participate in design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors. Revise Work Plan based on the meeting.

4.  **Acquire and Prepare Data.**  After Foundation review, revision and approval of the Year 1 Work Plan, acquire the first wave of specified source data files, conduct analyses, test and clean the files as may be necessary, prepare the first Profile and Historical Data displays for submission to the Foundation, and submit the files in a form ready for integration into the DataPlex.

5.  **On-Site Integration and Testing**. Where necessary, assist on-site installation, integration, and testing of various DataPlex and KnowledgePlex components.

6.  **Revise Year 1 Work Plan**. Based on results from testing and other forms of user feedback (see Task 6), revise the Year 1 Work Plan as may be needed and then similarly acquire, clean and submit additional data files as called for in the revised Plan.  Provide technical support and maintenance related to Profiles and Historical Data as needed.

7.  **Design and Year 2 Work Plan Development.** Prepare an assessment of the operation and use of Housing Profile and Historical Data displays (from Task 6 below and other sources) and develop a draft Year 2 Work Plan.  The Year 2 Work Plan will specify additional data sets and indicators proposed for the Housing Profile and Historical Data and methods of presenting them.  It will also propose improvements to the existing files, indicators and the method of presenting them.

8.  **Design and Work Plan Review Meeting.** Participate in a design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 2 Work Plan. Revise Year 2 Work Plan based on the meeting.

9.  **Acquire and Prepare Data.** After Foundation review and approval of revised Year 2 Work Plan, acquire and clean required data and prepare and submit updates, adjustments and additions to the displays as agreed.

10.  **Year 3 Work Plan Development.** Prepare an assessment of the operation and use of the Housing Profile and Historical Data displays and develop a

Year 3 Work Plan to incorporate any proposed improvements to the files, indicators and the method of presenting them.

11. **Work Plan Review Meeting.** Participate in a design review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 3 Work Plan. Revise Year 3 Work Plan based on the meeting.

12. **Acquire and Prepare Data.** After Foundation review and approval of revised Year 3 Work Plan, acquire and clean required data and prepare and submit updates, adjustments and additions to the displays as agreed.

### 3.3    Proposal Requirements

Bidders' proposals for this task should include the following:

1. Complete listing of all national data source files the contractor proposes for inclusion in Housing Profile and Historical Data displays, along with rationale for including the file (include citations of relevant literature, examples of how the data has been used in housing and community development applications in the past, and bidders ideas of possible uses in the DataPlex environment). Differentiate between those elements intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation.

2. Basic specifications for each source file (providing information on source organization, content, frequency, geographic level, coverage, etc, and cite web-address and other sources for more detailed technical documentation)

3. Proposed basic structure of Housing Profile and Historical Data displays and supporting rationale (provide illustrative display formats as needed to show intent and breadth of indicators to be included).

4. Statement of the bidders' approach to preparing a series of brief analyses of data being assembled for Housing Profile and Historical Data displays (studies designed to facilitate the applications of other users) and how results should be incorporated in DataPlex.

5. Description of bidders proposed approach to involving potential users in Housing Profile and Historical Data display design.

6. Statement of how bidder would generally approach the work plan over time as outlined in the Contractor Requirements section above.

### 3.4    Bidder Qualifications

Proposals should include materials documenting the bidder's experience and qualifications specifically related to the requirements as stated above.  Bidders should note which of the proposed data files they have already acquired and/or worked with in the past and describe the specific work they have done with those files.  They should also provide information on

direct experience in this regard of key staff being proposed for the Profiles and Historical Data component of the DataPlex project.  The Foundation regards solid prior experience and an established reputation in research and policy analysis in housing, community development and related fields as important to carrying out this task effectively.  Bidders should provide a description of the prior experience of the firm, and of key staff being bid, in these areas.

# TASK 4 – DATA SOURCE DESCRIPTIONS AND USER GUIDES

### *4.1    Purpose and Scope*

Proper documentation of data sources is essential to ensure the integrity and usefulness of the information in the NNIS, Profiles and Historical Data.  As data are recurrently added to the system, sources and definitions must be updated so that data can be properly compared over time.  In technical parlance, data documentation is often referred to as "metadata," that is, data about data.    Metadata should provide answers to questions such as:[1]

- What does the data set describe?
    - o  What is the title of the data set?
    - o  What geographic area does the data set cover?
    - o  Does the data set describe conditions during a particular time period?
    - o  What are the types of geographic units present?
    - o  For each unit, what attributes do the data describe?

- Who produced the data set?
    - o  Who created the data set?
    - o  Formal authors of the published work
    - o  Compilers and editors who converted the work to digital form
    - o  To whom should users address questions about the data?

- Why was the data set created?
    - o  What were the objectives that resulted in this data set?
    - o  How do you recommend that the data be used?
    - o  Are you concerned that nonspecialists might misinterpret the data? If so, of what aspects of the data set should they be especially wary?

- How was the data set created?

---

[1] Adapted from "Metadata in plain language," U.S. Geographical Survey web site, http://geology.usgs.gov/tools/metadata/tools/doc/ctc/, May 1, 2002 (accessed March 12, 2003).

- o How were the data generated, processed, and modified?
- o How were the data collected, handled, or processed?
- o For this activity did you use data from some other source?
- o What similar or related data should the user be aware of?

- How reliable are the data; what problems remain in the data set?
    - o What can you say about the accuracy of the observations?
    - o How accurately are the geographic locations known?
    - o Where are the gaps in the data? What is missing there?
    - o Do the observations mean the same thing throughout the data set?

- How can someone get a copy of the data set?
    - o Who distributes the data?
    - o Are there legal restrictions on access or use of the data?
    - o In what formats are the data available?

- Who wrote the metadata?
    - o When were the metadata last modified?

The federal government has promulgated a set of formal metadata standards through the Federal Geographic Data Committee (FGDC). The FGDC is developing the National Spatial Data Infrastructure (NSDI) in cooperation with organizations from State, local and tribal governments, the academic community, and the private sector.  The NSDI encompasses policies, standards, and procedures for organizations to cooperatively produce and share geographic data.

Because the FGDC metadata specification is becoming the de facto standard for geographical data in both the public and private sectors, the contractor's proposal for a metadata system for the NNIS, Profiles, and Historical Data components should incorporate elements of this standard into its design.  Implementing the full FGDC standard may not be practical or desirable for this project, however, so the contractor should specify which elements it intends to implement for the NNIS, Profiles, and Historical Data components.  A copy of the FGDC standard may be found on their web site (http://www.fgdc.gov/metadata/contstan.html).

Furthermore, because of the diversity of audiences who are expected to access DataPlex, the contractor should also describe additional forms of documentation that will address their needs.  These could be derived from the formal metadata, but should also include more descriptive forms of documentation, "how-to" guides, example applications for the data, and other practical and pedagogical guidance that will enhance the usefulness of the site.

### 4.2    Contractor Requirements

In this task, the contractor will be required to:  (1) coordinate with Tasks 1, 3, and 5; (2) propose elements of the FGDC metadata standard to be implemented for the NNIS, Profiles, and Historical Data components; (3) describe how the proposed standards will be implemented, including any software tools needed to create, maintain, and distribute the metadata; (4) explain how the metadata will be incorporated into the design of the DataPlex site; (5) describe other elements of data documentation that the contractor will develop for the site.  More specifically, the tasks and overall schedule over the three-year period are as follows:

1. **Project Initiation Meeting.** Participate in a project initiation meeting where Foundation staff provide guidance on the work under this task in response to plans suggested in the contractor's original proposal.

2. **Design and Year 1 Work Plan Development.** Based on the project initiation meeting, develop a metadata and documentation design and Year 1 Work Plan that will include final delivery of metadata and documentation to support the first release of DataPlex.  The plan shall specify all activities, timing, and costs. The plan shall also include final design proposals (specific metadata elements, implementation strategy and software, incorporation of metadata into web site, and other documentation elements). The plan will differentiate between those elements intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation.

3. **Design and Work Plan Review Meeting.** Participate in design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors. Revise Year 1 Work Plan based on the meeting.

4. **Prepare Metadata**. After Foundation review, revision, and approval of Year 1 Work Plan, the contractor shall develop metadata for the first wave of data sets to be incorporated into the NNIS, Profiles and Historical Data, review the metadata for accuracy and format, and prepare appropriate files to submit to the Foundation in a form ready for integration into DataPlex.

5. **On-Site Integration and Testing**. Where necessary, assist on-site installation, integration, and testing of various DataPlex and KnowledgePlex components.

6. **Revise Year 1 Work Plan**. Based on results from testing and other forms of user feedback (see Task 6), revise the Year 1 Work Plan as may be needed and then similarly prepare and submit metadata for subsequent data files to be added to the NNIS, Profiles and Historical Data.

7. **Design and Year 2 Work Plan Development.** Assess the quality and usefulness of the metadata and documentation (from Task 6 below and other sources) and develop a Year 2 Work Plan to incorporate any proposed

improvements to the metadata, documentation, and methods used to communicate them.

8. **Design and Work Plan Review Meeting.** Participate in a design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 2 Work Plan.  Revise Year 2 Work Plan based on the meeting.

9. **Prepare Metadata.** After Foundation review and approval of revised Year 2 Work Plan, prepare revised metadata and documentation files from Year 1 data, and prepare new metadata and documentation necessary for updated and new data sets.

10. **Year 3 Work Plan Development.** Assess the quality and usefulness of the metadata and documentation (from Task 6 below and other sources) and develop a Year 3 Work Plan to incorporate any proposed improvements to the metadata, documentation, and methods used to communicate them.

11. **Work Plan Review Meeting.** Participate in a design review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 3 Work Plan. Revise Year 3 Work Plan based on the meeting.

12. **Prepare Metadata**. After Foundation review and approval of revised Year 3 Work Plan, prepare revised metadata and documentation files from previously acquired data, and prepare new metadata and documentation necessary for updated and new data sets.

### 4.3    Proposal Requirements

Bidders' proposal for this task should include the following:

1.    Complete listing of all FGDC metadata standard elements to be incorporated into the NNIS, Profiles and Historical Data metadata standards.

2.    Description of process to be used to create metadata, including software tools and procedures for reviewing metadata for quality.

3.    Description of format for presenting metadata on DataPlex site.

4.    Description of additional documentation elements that will be provided to address the needs of different audiences using the NNIS, Profiles and Historical Data.

### 4.4    Bidder Qualifications

Proposals should include materials documenting the bidder's experience and qualifications specifically related to the requirements stated above.  In particular, bidders should note their previous experience with the FGDC standard and describe work they have done to implement these standards in other projects.  They should also describe their prior experience in documenting and communicating information about data to a diverse

audience of users.  Experience of both the firm and key staff being bid should be noted in all of these areas.


# TASK 5 – DESIGN, DEVELOP, AND MAINTAIN WEB APPLICATIONS AND SPATIAL CONTENT TO SUPPORT THE DATAPLEX

## *5.1     Purpose and Scope*

The NNIS, profiles, and historical data features of DataPlex will require design, development, and maintenance of a variety of web tools for querying datasets and producing, displaying, and downloading maps, tables, charts, and housing and demographic profiles.  The bidder should consult Appendix A for an overview of the full range of potential functionalities associated with these tools.

**Spatial Data Layers for Web Mapping**

The spatial data that will support DataPlex web mapping will be:

1. 1990 Census Tract boundaries with decennial census attributes and Home Mortgage Disclosure Act (HMDA) data.
2. 2000 Census Tract boundaries with decennial census attributes and HMDA data.
3. 2000 Census Block Group boundaries with census attributes.
4. Maps and reports generated during the project to depict the profiles for specific cities, counties, MSAs, states, regions, divisions, or the United States.  The Foundation anticipates the development of 200-300 of these profiles for the first release of DataPlex and 5-10 maps (and accompanying report) per profile.  The maps and reports will be simplistic in design with standard map elements (title, legend, north arrow, scale, data source, and logo) and standard report elements (title, column headings, data source, logo).
5. National level base map layers such as major roads, rivers, lakes, state and county boundaries and city points.

DataPlex web mapping should also be designed to include 5-digit zip codes boundaries, although the Foundation recognizes that attribute data associated with these boundaries may not be included in the first release of DataPlex.

The current status of the above spatial data layers and attributes at the Foundation is:

- 1990 Census Block Group boundaries and census attributes stored in ESRI's SDE/SQL Server format
- 1990 Census Tract boundaries and census attributes stored in ESRI's shape file format
- 2000 Census Block Group boundaries and census attributes stored in ESRI's shape file format
- 2000 Census Tract boundaries and census attributes stored in ESRI's shape file format

- National level roads, rivers, lakes, state and county boundaries, and city points stored in GDT/ESRI route server application.

### 5.2    Contractor Requirements

The contractor selected for this component will be responsible for designing and developing the web applications for the DataPlex; assembling the spatial data layers provided by the Foundation or through Tasks 1, 3, and 4 to support web mapping; producing pre-defined profile maps and reports; working with other KnowledgePlex vendors to design an integrated database model to support all aspects of DataPlex; working with other KnowledgePlex vendors to ensure integration among all components of DataPlex and integration with the larger KnowledgePlex site; and providing ongoing system maintenance and service. This Task will require close coordination with Tasks 1 and 3 to develop an integrated database model that serves all of DataPlex and to develop designs for profiles, maps, tables, charts, and other means of displaying data.  It will also require close coordination with Task 4 around integration of metadata into the site.  More specifically, the contractor will:

1. **Project Initiation Meeting:** Participate in a project initiation meeting where Foundation staff provide guidance on plans for the work and design in response to plans suggested in the contractor's original proposal.
2. **Design and Year 1 Work Plan Development:** Based on the project initiation meeting and any additional, necessary discussions with Foundation staff or other contractors, develop a complete web applications Design and Work Plan for the task for the first year.
   a. Design elements will include:
      i.   Data (including data sources, database design and metadata)
      ii.  Formal functional specifications for web applications
      ~~ii.~~iii.   User interfaces
      ~~iii.~~iv.   Templates for map, chart, and table outputs for the NNIS
      ~~iv.~~v.   Templates for the maps, charts, and tables to be developed for an estimated initial 200-300 housing and demographic profiles
      ~~v.~~vi.   Recommended system administration procedures
   b. The design should emphasize issues of platform openness, availability of data, and functionality of site to local users nationwide.
   ~~b.~~c. The Year 1 Work Plan shall specify all activities, timing, and costs.
   d. The Year 1 Work Plan will differentiate between those elements intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation.
   ~~e.~~e. The Year 1 Work Plan will also include ongoing web application service and maintenance activities.

3. **Design and Work Plan Review Meeting:**  Participate in design review meeting with Foundation staff and other KnowledgePlex contractors.  Revise Design and Year 1 Work Plan based on the meeting.

4. **Spatial Data Assembly:**  After Foundation review, revision and approval of the Design Document and Year 1 Work Plan, assemble the following data/map layers for the first release of DataPlex:

    a.  Spatial data layers loaded into ArcSDE/SQL Server

    b.  Metadata

    ~~d.~~f. Maps, charts and tables for initial profiles

5. **Application Development:**  After Foundation review, revision and approval of the Design Document and Year 1 Work Plan, develop the web applications for the first release.  Initial development and testing should be followed by a demonstration for Foundation review of the web applications.

6. **On-Site Integration and Testing:**  Perform on-site installation, integration, and testing of the web applications with other DataPlex and KnowledgePlex components prior to first release of DataPlex.

7. **Work Plan Revisions:**  Based on results from testing and other forms of user feedback (see Task 6), recommend changes to the Year 1 Work Plan.   Review these recommendations with Foundation staff to agree upon priorities for the remainder of year 1 efforts and budget.

8. **Year 1 Review/Year 2 Work Plan and Design:**  Prepare an assessment of the operation and use of the web applications in their first year of use (from Task 6 below and other sources) and develop a Year 2 Work Plan to incorporate any proposed improvements to the web applications and provide ongoing service and maintenance of the applications.

9. **Design and Work Plan Review Meeting.** Participate in a design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 2 Work Plan. Revise Year 2 Work Plan based on the meeting.

10. **Year 2 Development.**  After Foundation review and approval of revised Year 2 Work Plan, incorporate agreed-upon enhancements and data sets into the web applications and provide ongoing service and maintenance of the application.

11. **Year 2 Review/Year 3 Work Plan and Design:**  Prepare an assessment of the operation and use of the web applications (from Task 6 below and other sources) and develop a Year 3 Work Plan.

12. **Work Plan Review Meeting.** Participate in a design review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 3 Work Plan. Revise Year 3 Work Plan based on the meeting.

13. **Year 3 Development.**  After Foundation review and approval of revised Year 3 Work Plan, incorporate agreed-upon enhancements and data sets into the web applications and provide ongoing service and maintenance of the application.

### 5.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a. Complete listing of all functionalities the bidder proposes for inclusion in Dataplex, along with a rationale (include citations of relevant literature, examples of how the functionalities have been used in community development applications in the past, and bidders ideas of possible uses in the Dataplex environment, both in the short and long term). Differentiate between those elements – interfaces, functionalities, etc – intended for incorporation in the first release of DataPlex and those to be added in later waves of implementation. For each functionality or set of functionalities, include a URL for a public website that demonstrates a similar approach to that which the bidder would take in developing the user interface for that specific functionality. Along with each sample URL indicate what the bidder's role was in the development of the example site (if any) and give a brief description of the example site and its target user groups. In choosing example URL's, prioritize sites that have been developed by the bidder, as well as sites used in housing and community development.

b. Description of bidders proposed approach to involving local and other potential users in identification of appropriate interfaces and functionalities for inclusion in first release of Dataplex and subsequent releases.

c. Description of bidders proposed approach to assembling and loading the required data into the web applications.

d. Description of bidders proposed approach to designing and developing the required web applications.  Description should include major application and software development frameworks, platforms, and operating systems.

e. Statement of how bidder would generally approach the work plan over time as outlined in the Contractor Requirements section above.

f. Because DataPlex is an ongoing, evolutionary project, the bidder should demonstrate a modular, componentized approach whereby relatively minor changes, particularly to the user interface, can be supported without undue changes to the underlying code of the system.

g. Brief discussion of manner in which the bidder would ensure that the platform is, broadly speaking, "open and accessible" to local data users and to all of the audience segments described in section 2.2.3 of the KnowledgePlex.org RFP.

### 5.4    Bidder Qualifications

Proposals should document the experience and qualifications of the bidder organization and key staff specifically related to the requirements as stated above.  Such documentation

should include web site addresses, lists of clients and project partners, development budgets and project schedules.

Prior experience and a solid reputation in functional and technical design, implementation, and modification based on user feedback of similar interactive web-based information tools for housing and community development purposes should be documented. Bidders should have experience in developing open and accessible data platforms that serve the needs of a variety of users at different knowledge and skill levels. Bidders should also note which of the proposed data files they have already acquired and/or worked with in the past and describe the specific work they have done with those files.  Similarly, prior experience in working with the technical tools and platforms proposed for the DataPlex project should be demonstrated. Bidders should document successful working relationships with clients during the maintenance and improvement phases for similar web applications and success in providing maintenance and technical support for high-profile web sites. Finally, bidders should describe any existing and past working relationships with organizations that regularly use Internet GIS at the local level in policy analysis and community building activities (and/or networks of such organizations), important for assessing how rapidly the bidder could start-up and produce this work reliably over the long term.

## TASK 6 – USER TESTING AND FEEDBACK

### *6.1    Purpose and Scope*

In theory, the availability of such a sizeable range of recurrently updated information as is contemplated for DataPlex should open up opportunities for a variety of new applications by potential users at all levels.  However, the only way to find out about the value of the data, metadata, guides, other content, and functionalities of DataPlex in this regard is to conduct direct tests with and collect feedback from actual users.  The purpose of this task is to design and implement such a program of testing and feedback collection during the first three years of the DataPlex project.  The program should include highly controlled tests; test experiences that allow for creative, intensive approaches developed in collaboration with local users; and other means of collecting user feedback such as user surveys or focus groups.

### *6.2    Contractor Requirements*

This Task includes several requirements.  The first need is to design a set of trial applications of the DataPlex (and/or a way to design such trial applications in conjunction with partners) and to develop a plan for using other means (e.g., focus groups) to collect feedback on the site.  The second is to design procedures for monitoring, evaluating, and reporting the test results and other feedback.  Because of the need to collect input from local users, the third need is to find a way to identify and enter into workable relationships with

*DataPlex Request for Proposals*

local entities involved in affordable housing and community development work to participate in the tests or assist in collecting other forms of feedback.

Testing and feedback plans should cover both prototype and public versions of DataPlex. Tests or other mechanisms should collect feedback from users representing the diverse audiences and user goals described in sections 2.2.3 and 2.2.4 of the KnowledgePlex.org RFP.  More specifically, the contractor will:

1. **Project Initiation Meeting.** Participate in a project initiation meeting where Foundation staff provide guidance on how tests should be performed and other user feedback collected in response to ideas suggested in the contractor's original proposal.

2. **Year 1 Work Plan Development.** Based on the project initiation meeting, develop a complete Year 1 Work Plan for user testing and feedback. The plan shall specify all activities, timing, and costs. The Plan will include tests and other means of feedback collection at the local level involving organizations engaged in local affordable housing and community development work. The Plan shall specify all activities entailed in the test and their timing.

3. **Design and Work Plan Review Meeting.** Participate in design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors. Revise Year 1 Work Plan based on the meeting.

4. **Conduct Tests and Collect Feedback**. After Foundation review, revision and approval of the Year 1 Work Plan, implement the specified activities for user testing and feedback.  A report on results will then be prepared and submitted to the Foundation.

5. **Assess Results**. Participate in the Foundation assessment of testing and feedback results, assist in interpreting results, and make any necessary revisions to results report.

6. **Design and Work Plan Review Meeting.** Participate in a design and work plan review meeting with Foundation staff and other KnowledgePlex Contractors to discuss Year 2 Work Plan. At the meeting, present test/feedback results and assessment to Foundation staff and other Contractors.

7. **Year 2 Work Plan Development**. Develop a new long term Work Plan for user testing and feedback based on results of testing/feedback, design and work plan review meeting, and input from Foundation.

8. **Conduct Tests and Collect Feedback**. After Foundation review and approval of the new Work Plan, implement the second testing/feedback wave, collect and assess results, and submit a report to the Foundation

9. **Assess Results**. Participate in the Foundation assessment of testing and feedback results, assist in interpreting results, and make any necessary revisions to results report.
10. **Work Plan Review Meeting.** Participate in a design review meeting with Foundation staff and other KnowledgePlex Contractors. Present test/feedback results and assessment to Foundation staff and other Contractors.

### 6.3    Proposal Requirements

Bidders should recognize that user testing and feedback could take a number of forms, including: (1) web site usage statistics, (2) user surveys and focus groups, (3) applications that can be rigorously defined and tested in a consistent way across multiple users, and (4) more complicated applications (e.g., involving real policy issues and community processes). It is expected that the contractor should involve local participants in the design of the trial applications, particularly in the last category.

Proposals should include a full plan for the way the bidder proposes to meet all of the contractor requirements as specified above.  Subsections should detail the nature and purpose of each of the proposed types of tests and other means of collecting user feedback and of how they will be performed (subtasks, entities responsible, timing).  The proposal should also include a full description of the bidder's plan for contracting with local groups to participate and clear suggestions on involving such groups and others in the testing/feedback design process.

### 6.4    Bidder Qualifications

Proposals should include materials documenting the bidder's experience and qualifications specifically related to the requirements as stated above (explicit experience of proposed staff for this project as well as of the organization overall).  The Foundation regards three types of qualifications as important in performing this task.  First, the bidder should demonstrate experience in collecting feedback on functional design and content of public web sites. Second, the bidding organization should have considerable experience and an established reputation for high quality work in the field of public program evaluation.  Third, the bidder should have established working relationships, or demonstrate the ability to quickly develop such relationships, with local organizations working on housing and community development issues in diverse locations that can participate in tests and other means of providing feedback.  Bidder's statements should provide evidence supporting qualifications in these three areas.

**DataPlex Request for Proposals**

**APPENDIX A:**
**CONTENT AND SYSTEM OVERVIEWS, POTENTIAL FUNCTIONALITIES,**
**AND SAMPLE USE SCENARIOS**

## CONTENT OVERVIEW

The Foundation's goal is for DataPlex to serve as a key component of the national information infrastructure for housing and community development. By providing access to diverse housing market data in multiple formats, the DataPlex will serve all of the audiences described in section 2.2.3 of the KnowledgePlex.org RFP.  The DataPlex will provide access to data through dynamic interfaces that allow users to produce tables, maps, and charts; pre-prepared housing and demographic profiles for geographic areas; housing databooks and descriptive housing market reports; and topic-specific data extracts in Excel and other formats. It will also provide information to facilitate data use, such as variable definitions, data source descriptions, and guides for collecting and analyzing local data.  The content of DataPlex is outlined as follows:

### Local Data Access and Analysis Tools

- *National Neighborhood Indicator System (NNIS)*
  A web-based mapping and analysis tool that will allow users to tabulate, chart, and map data down to the neighborhood-level. Data sources will include at minimum the decennial census and Home Mortgage Disclosure Act (HMDA) data.
- *Data Collection and Analysis Guides*
  Guides, forms, and model studies that will assist users in analyzing and applying the NNIS data and in developing and applying their own data resources at the local level. Examples of possible content include a guide to local sources of administrative data, sample survey questionnaires, and sample studies that illustrate analysis and application of data from the NNIS.

### Housing Market Reports and Databooks

- *National Housing Reports and Databooks*
  A collection of national housing market reports and databooks in Portable Document Format.  Examples of possible content include *The State of the Nation's Housing*, *Housing Statistics of the United States*, the *American Housing Survey for the United States*, and housing characteristics reports from the decennial census.
- *State, Metropolitan, and City Housing Reports and Databooks*
  A collection of state, metropolitan, and city housing market reports and databooks in Portable Document Format.  Examples of possible content include American Housing Survey reports for selected metropolitan areas, housing characteristics reports from the decennial census, *Housing in the Nation's Capital*, and *The State of New York City's Housing and Neighborhoods.*

### Housing At-A-Glance

- *Profiles and Historical Data*
  Housing and demographic profiles for the nation, regions, divisions, states, and the largest metropolitan areas, counties, and cities. Data sources will include decennial census and HMDA data, but depending on level of geography will also include other public and private data sources.
- *Census Quick-Takes*

Short descriptive analyses of decennial census data that might include sources such as the Census Bureau's *Census Briefs*, the Fannie Mae Foundation's *Census Notes*, and the Brookings Institution's *Living Cities Census Series*.

- *Housing Briefs*
  Short descriptions of housing patterns, conditions, and trends that might include sources such as the Fannie Mae Foundation's *Housing Facts and Figures* and the Census Bureau's *American Housing Briefs.*

**Other Resources and User Support**

- *Data Source Descriptions*
  Descriptions of principal sources of housing data.
- *Excel Data Files*
  A collection of Excel data sets on specific topics such as homeownership, segregation, and household wealth.
- *Data Resources on the Web*
  A collection of links to other World Wide Web sites with housing data.

## SYSTEM OVERVIEW

KnowledgePlex.org is a public website.  The expected users are people interested in affordable housing topics, including all of the audiences described in section 2.2.3 of the KnowledgePlex.org RFP.

The current KnowledgePlex.org website receives on average 34,000 hits, 23,000 page views, and 1,100 visitor sessions per day.  The following lists a rough estimate of the anticipated initial load for the first release of DataPlex:

- an average of 2,000 visitor sessions per day
- a maximum of 12,000 visitor sessions per day
- an average of 8,000 map requests per day
- a maximum of  48,000 map requests per day
- 10 simultaneous map requests

These estimates provide rough guidance for the first release of DataPlex, but bidders should propose a robust and scalable solution that can accommodate substantial increases in usage for subsequent releases of DataPlex.

The DataPlex web site functionality and content should be designed such that:

- They conform to the end user configuration, availability/stability, and performance and quality standards described in sections 2.1.3 to 2.1.5 of the KnowledgePlex.org RFP.

- The web site is scalable in that additional data, functionality, hardware and software can be added as user requirements evolve. Because DataPlex will be an ongoing, evolutionary project, web applications should designed to demonstrate a modular, componentized approach whereby relatively minor changes, particularly to the user interface, can be supported without undue changes to the underlying code of the system.
- When possible and appropriate, the DataPlex solution should make use of previous Foundation investments in hardware and software. See sections 2.1.1 and 2.1.2 of the KnowledgePlex.org RFP for a description of the Foundation's network environment and a list of current technologies available from the Foundation. These sections also provide general guidance regarding selection of network environment and technologies.

## POTENTIAL FUNCTIONALITY

This section is intended to be a guide to the types of functionalities that *might* be incorporated into DataPlex. Bidders are not necessarily expected to include all of these functionalities in DataPlex, but should provide a complete listing of all functionalities proposed for inclusion along with a rationale (include citations of relevant literature, examples of how the functionalities have been used in affordable housing and community development applications in the past, and bidders ideas of possible uses in the Dataplex environment, both in the short and long term). Bidders may also propose staged deployment of these functionalities.

Although the functionalities are broken out here individually, end-users should be able to seamlessly switch between tabular, chart, and mapped representations of the site's datasets. Users should also be able to easily move their 'data frame' between geographic scales with ease, at all scales from the lowest aggregations (census tracts or even blocks) to the highest (nationwide data).

### Retrieve Tables and Charts

The DataPlex should provide users with a clean interface to query the database in order to generate their own custom charts and tables based on the site's datasets. These datasets are to be identified by the Foundation with assistance from its consultant(s).

Potential DataPlex charting and tabulation functions include:

View Chart
Users would be able to choose their own variables from available datasets, and use these to generate charts. Available chart types would include, at minimum, pie, bar, and line. Longitudinal dataset analysis would be supported.

View Tabular data

Similarly, users would be able to 'build' their own tables as subsets of the larger datasets housed on the site by selecting variables to output.  Again, longitudinal analysis would be supported, as well as easy shifting of geographic scale (e.g. moving from a county to a metropolitan area).   Tables would also optionally present a) standard statistical ratios and b) comparisons to national and statewide rates of incidence for a variable.

Generate Variables
Allow users to generate and store their own variables on the system.  For instance a user may want to calculate ratios between two variables and then view those in time series or for different geographical areas.

Download Chart, Table
Users would have the option to download a chart or table, in standard web graphical formats (.jpg or .gif), in comma-delimited or Microsoft Excel formats.  Where large datasets are requested, the site would automatically compress the data for download using a standard compression algorithm like WinZip. The size of the datasets that are available for download will be limited based on FMF determinations.

Print Chart, Table
Provide a link to a version of any chart or table produced that is formatted for printing.

Integrated Data Dictionary
Throughout the site, users would be provided with links to rich text descriptions explaining the datasets being queried and viewed.  Note that this relates to the implementation of a rigorous system of metadata on the site (see Task 4 of the DataPlex RFP).


**Interactive Mapping**

Interactive mapping of all datasets should be supported at a number of geographic scales. Where possible, datasets should be summarized at higher geographic scales, and the system should automatically choose the appropriate scale for display based on the user's chosen zoom factor.

Potential DataPlex mapping features include:

Search by Geography
This screen would present the user with a variety of options for retrieving geographic information.   Users would be able to retrieve a map by entering a state, county, city, zip code, census tract or address.   This is also normally the first screen a user is presented with when request is made to view geographic data.  Users would also be able to 'zoom' to their desired geography by clicking on a nationwide map.

Display Several Boundary Layers on a Single Map
Users would have control to display or hide boundary layers like City, County, Zip Code, or Congressional District.

Add or Remove Layers

*DataPlex Request for Proposals*

Change the active themes that are being displayed on the map at a given time.  Mapping would support simultaneous thematic display of up to two sets of attribute data (spatially joined to boundary layers like County or Census Tract) along with a point theme.  The system would have the capability of displaying point and polygon themes that are added by users alongside all other themes (e.g. Census, HMDA).

In addition, the maps would display common boundary themes and additional themes for improved user orientation.  These themes include state, county, city, "place", streets, interstate highways, congressional districts, zip codes, CMSA, etc.

Define Theme Classification
Users would be able to flexibly define a classification for a polygon theme by selected attributes, and choose the color scheme used to represent each interval in the custom-defined theme.

Classify Point Theme by Attribute
Users would have the ability to generate classifications for their point themes, and the system would be able to display different icons for different user-defined categories in the point data.

Label Point Data
Users would be able to choose the label that appears with their point data.

Zoom In, Zoom Out, Pan, Recenter
These options allow users to increase or decrease the map's scale, change area displayed on the map, or recenter the map around a point clicked by the user. These four functionalities would be available on all screens displaying interactive maps.  Users would be able to choose their zoom level, for example by selecting a 'zoom factor' between 1 and 10.

Identify
Retrieve more detailed information on a data point or polygon that a user clicks on.  This information would be presented in tabular form.

Create Custom Neighborhoods
Polygon drawing tool that allows users to create custom, user-defined "neighborhoods" built from census tracts, block groups, or 5-digit zip codes, which may be stored for future use in a user's profile.  Once created, census or other data would be able to be viewed for the user's neighborhoods.

Users would be able to use a point-and-click tool to create their own "neighborhoods" consisting of a group of census tracts, block groups, or 5-digit zip codes embedded within the selected polygon.

Retrieve or Download Information for Custom Neighborhoods
Users would be able to retrieve data, profiles and reports for their chosen neighborhood. The application will provide summary results (tables and charts) and a thematic map for the defined neighborhood by:

*DataPlex Request for Proposals*

- Aggregating pre-defined attributes for the selected census tracts, block groups, or zip codes (sum, average/weighted average, min, max) and show comparison profiles for larger geographic areas (e.g., cities, MSAs).
- Allowing the user to select from a set of variables to create a customized map and tabular report for the neighborhood.

Users would also be able to download attribute data for their defined neighborhood in comma-delimited or Microsoft Excel formats.

Generate Reports by Boundary Layers
Users would be able to create printable reports on point-based user datasets.  Reports will list which points within one or all categories fall into selected boundary layers and/or user-created neighborhoods.

Search by Distance
For point themes, find all points that fall within a certain radius of an address, intersection, or mouse-click on a map.

Print Map
Brings up a configurable print version of the current map on display with instructions.

Download Map
This option will initiate a dialogue that allows users to store a map to their hard drive.  The maps would be in JPG or other common graphics format, so as to allow easy embedding in word processing documents.


**Profiles**

A profile is a short (i.e., no more than several pages) document that may include text, charts, tables, and/or maps to depict the general housing, demographic, or lending profile for a given geographic area by showing values for pre-selected variables. Users can choose to view or download pre-developed profiles already generated and saved on the system for the nation, census regions, census divisions, states, and selected large cities, counties, and metropolitan areas.  Users may select available profiles from a drop-down list or from a map display.  In addition users may be offered a link to 'switch' to a particular profile when they generate a map of an area that has a profile in the system.

Additional functionalities to accompany profiles might include the ability to access historical data tables (in Excel or other widely used file format) directly from the profiles and view comparison and ranking tables and simple maps.  (For example, a ranking table or map showing variations across states in the number of privately owned housing units authorized in permit issuing places in the most recent year.)

Profiles must be constructed in such a way that their contents vary depending on the geographic scale of viewing.  In general, more data will be available at higher scales. Profiles would also offer users comparisons between the area being analyzed and higher geographical areas (e.g. if one of the variables in a county profile is vacancy rate, the vacancy rate at the state or national level would be shown as well).

An important architectural point is that the system should support the easy addition or modification of these profile templates without development of large sections of code.


**"My DataPlex" – User Profile Areas**

Users who sign up for an account would be able to store content – maps, tables, charts and datasets they have uploaded – across multiple sessions based on limits established by the Foundation.

DataPlex might support the following functions in the user profile area:

Retrieve Stored Content
Any map, table, or chart produced by users would be available to be stored in their profile area.  Users can access these through their "My Dataplex" profile, and also add new items to store or delete unwanted items.  The amount of storage space allowed users will be determined by the Foundation.

User Upload of Excel, MS Access, or Comma-Delimited Data
Within limits established by the Foundation, users would be able to use a series of web-based forms to upload a file containing point or thematic data for mapping.   Point datasets would contain addresses (address columns to be specified by the user during the upload process), which would be geocoded by the system.   Other datasets may be thematic, and users will have the option to specify a 'spatial join' between their data and boundary layers. For instance, if a user wants to join data to census tracts, their data must contain precise FIPS codes for the census tracts specified.

Users would also be able to specify labels to display on the map for uploaded point datasets, and classifications and color schemes for their uploaded thematic data.

User Edits to Point Datasets
Users would also be able to add or delete points one at a time to their datasets via a point and click, map-based interface.

View Dataset in Tabular Format
Allows users to review their uploaded datasets in tabular format.

Zoom to User Dataset
Takes users directly to an interactive map at the extent of their uploaded dataset with that dataset on display.

Change Profile Info
When users sign up for accounts, they are prompted for a number of facts about who they are, contact info, e-mail address, etc.   This area allows users to edit that information.

Change Preferences
Allows users to specify their display preferences, e.g., map size.

*DataPlex Request for Proposals*

My Neighborhoods
A user would be able to add, edit, or remove custom-defined neighborhoods (see *Create Custom Neighborhoods* above).


**Site Administrator Functionalities**


Administrative controls include items used by Foundation staff to configure the way that the application behaves for end-users.   Wherever possible, authorized non-technical staff should be able to control site behavior without needing to make requests from technical staff or contractors.

Potential DataPlex administrative functions include:

Master Control over Available Site Layers
Administrators would be able to define which boundary and data layers are available on the site.  A complete list of these layers will be stored in site metadata tables, and administrators would have the ability to 'hide' or 'display' any layer on the site.

Control Dynamic Site Content Areas
Foundation staff would have a central administrative area to add, edit, archive and remove dynamic site content (such as news items, policy reports, etc.).   Dynamic site content has not been specified in this functional breakout.

Change Size Limit on Users' Personal Storage
Control size of users' personal storage area.  Administrators would also be able to individuate this size limit, allocating additional storage area to project partners.

Interfaces to Support Translation into Multiple Versions
Site administrators would be able to control the text on the site, and the translation of that text into other languages.

Retrieve Site Usage and Evaluation Reports
Administrators would have available in real-time a number of site usage reports, both general (number of sessions over time, number of hits over time, etc.) and specific (number of users currently on the system, user profiles, return visitors, etc.).

View/Edit Geocoding Queue
Geocoding requires intensive use of server resources, so requests to geocode uploaded point datasets would be queued to minimize impact on server performance.  If their dataset has been placed in a queue, users would be notified via e-mail when their dataset has been geocoded.


# SAMPLE USE SCENARIOS

The following sample use scenarios illustrate the utility and desired interactivity of the content and potential functionalities described above. They also illustrate the potential for integrating DataPlex with the rest of KnowledgePlex.

**Scenario 1. Eduardo.**
Eduardo is the project manager at a community development corporation in Dallas, Texas. While most of his time is spent working on property acquisition and tenant outreach, a small portion of his job requires him to do research for grant proposal writing. However, he has little time allotted for grant writing, and often struggles to locate relevant background demographic and housing data for the neighborhood that his CDC serves. Specifically, his organization would like to adopt a more comprehensive community development outlook, and begin to move their clients from being renters to homeowners. His grant proposal to the Local Initiative Support Corporation would be enhanced with data and maps that show the homeownership rate, income, race, and lending information for his target neighborhood.

Eduardo hears about DataPlex through a colleague. He goes to the site, and decides that it probably can meet his needs. He creates an account in MyDataPlex, and proceeds directly to the mapping section. He zooms in to his CDC's service area by typing the organization's street address, city, and state. He then uses the polygon drawing tool to select the five census tracts that compose his CDC's service area. Using a drop-down list, he views the demographic, housing, and home lending profiles for his service area. He downloads the profiles in Portable Document Format so that he may include them with his grant application. The lending profile provides home purchase loan rejection rates by income category from HMDA for his service area, city, and metropolitan area. The profile also provides a direct link to a chart that graphically depicts these variations. Eduardo thinks the chart helps to substantiate the need for a homeownership education and counseling program in his neighborhood, and thus downloads the chart image in a graphical file format that he later imports into the Word file containing his grant application.

On the lending profile page, Eduardo notices that the DataPlex has provided him with a link to a practitioner's guide for analyzing HMDA data. After reviewing the guide, he decides to include in his grant application a proposal for a four-year study of lending in his service area, city, and metropolitan area. The intent of the study is to provide some preliminary insights into how the organization's outreach, education, and counseling program might be affecting access to mortgage credit in its service area.

Eduardo's grant application is accepted, and he implements the homeownership program later in the spring. The tables and charts that he creates in DataPlex are later used on his organization's website to increase their community transparency and communication with their funders.

**Scenario 2. SangHyun.**
Sanghyun is the staff Organizer at an anti-gentrification community organization in Las Vegas. One of his organization's projects is to create maps that show the relationship between the location of viable local businesses and neighborhood change. They created their own list of key local businesses by conducting interviews and walking door-to-door. But he needs to locate a source of neighborhood demographic and housing data that he can map with his locally collected data.

*DataPlex Request for Proposals*

He searches on Google.com and locates DataPlex.  Once he gets to the home page, he sees a link for "New visitors."  This page gives him an overview of DataPlex along with its history, tools, guides, and ways that he might use the site.  He uses the site help features, which guide him through uploading his list of businesses and then creating maps and other outputs that can help him in presenting his information.

Sanghyun creates an account on DataPlex, selects the 8 census tracts that compose his organization's service area, and then proceeds to the data uploading tool.  He uploads 25 businesses using their addresses.  From a menu, he selects system-provided variables showing changes in racial composition and income.  He then produces maps that show the relationship between business locations and changes in racial composition and income in the census tracts that compose his service area.  He is very satisfied with the maps that DataPlex provides, so he downloads .jpg files for including in his organization's quarterly newsletter. He also downloads the race and income data for the census tracts in his service area into an Excel file for future use.

Before he leaves DataPlex, Sanghyun notices that the system has provided him with links to content elsewhere on KnowledgePlex.org through a carefully integrated content management system.  He suddenly finds himself with access to a wide variety of links to articles, news, and conferences about gentrification.  He uses this new information to help shift the organization's approach from a sole reliance on  "defending turf" through conflict-based organizing into a more "pro-active" development approach that protects "at risk" housing stock.

**Scenario 3. Helen.**

Helen is a real estate reporter for a major regional newspaper in California. She regularly visits KnowledgePlex.org for the latest news and studies on housing and community development.  On a recent visit to the site, she found a research report on the "Great Housing Collapse" in California. Intrigued by the report, she decided to prepare an article for the real estate section of her paper that describes the California "housing collapse" and places it within the context of housing production trends in the nation.

Following a link to DataPlex provided on the landing page of the "Great Housing Collapse" research report, she accesses a housing profile for the State of California. The profile provides the most recent available data on housing permits issued and manufactured homes placed in California, which she uses to update production statistics provided in the research report. This and other profiles provide a variety of useful demographic and housing data that she will use to paint a current portrait of the State and use as background for the article.  Because she is also interested in contextual data for the nation, she accesses the housing and demographic profiles for the United States. The profiles not only provide her with current conditions, but also direct links to historical housing production and population growth data.  She downloads these historical data into Excel files and mails them to her section's database editor, who then analyzes the data and uses it to prepare two graphics for the article.

**DataPlex Request for Proposals**

**APPENDIX B:**

**REQUIREMENTS SUMMARY TEMPLATE**

## Appendix B: Requirements Summary Template

| Task | Solution Provided in Response (Y/N) | Approach Summary Description | Solution Dividable among Contractors (Y/N) | Expected Time & Material Costs | Technology/ies Utilized |
|---|---|---|---|---|---|
| 1. Assembling and structuring national data-files with sub-jurisdictional data that will form the National Neighborhood Indicators System (NNIS) component of DataPlex | | | | | |
| 2. Developing a series of data collection and analytic guidebooks, illustrative "model" studies, and other materials that will assist users in analyzing and applying the NNIS data and in developing and applying their own data resources at the local level. | | | | | |
| 3. Designing and recurrently updating current housing and demographic profiles and historical data for selected large geographic areas. | | | | | |
| 4. Preparing data source descriptions and users' guides to facilitate the use of all data resources used in NNIS, profiles, and historical data | | | | | |
| 5. Designing, developing, implementing, and maintaining web applications (e.g., mapping, tabulating, charting, etc.) and spatial content for the DataPlex. | | | | | |
| 6. Planning and conducting tests of the DataPlex and collecting other feedback. | | | | | |

April 11, 2003                         1

# EXHIBIT 2

# REQUEST FOR PROPOSALS

ISSUE DATE:                                March 30, 2004

TITLE:                                     Community Data System for
                                           KnowledgePlex.org

ISSUING ORGANIZATION:                      Fannie Mae Foundation
                                           4000 Wisconsin Avenue, NW
                                           North Tower, Suite One
                                           Washington, DC 20016-2804

ISSUING ORGANIZATION CONTACT:              Troy Anderson
                                           Managing Director, Knowledge Initiatives
                                   Email:  cds@knowledgeplex.org

SCOPE OF WORK SUMMARY:   Spec, develop, implement, maintain and integrate Web
applications and user interface for a new Community Data System (CDS) as a part of
KnowledgePlex.org (http://www.knowledgeplex.org).  The CDS will be a central clearinghouse for
a variety of housing and demographic data and will provide multiple means of accessing and
displaying data and metadata.  The Fannie Mae Foundation's objective is for the CDS to serve as a
key component for a national information infrastructure for the affordable housing and community
development industry, as well as serve as part of a foundation for an infrastructure that will serve
other domains.

PROJECT DURATION:                          2 years

TOTAL PROJECT BUDGET:                      $500,000

PROPOSAL SUBMISSION DEADLINE:              April 13, 2004, 5:00PM (ET)

OTHER BIDDER REQUIREMENTS:                 Finalists for the contract will make a proposal
                                           presentation in Washington, DC, on or before
                                           April 26, 2004.

RFP SECTIONS:                              1.0 OVERVIEW
                                           2.0 REQUIREMENTS
                                           3.0 SUBMISSION INSTRUCTIONS
                                           4.0 ASSUMPTIONS
                                           5.0 PROPOSAL AGREEMENT
                                           6.0 App. A: Requirements Template
                                           7.0 Appendix B: Reference Template
                                           8.0 Appendix C: Resume Template
                                           9.0 Appendix D: Cost Proposal Template
                                           10.0 Appendix E: Details on Functional
                                           Requirements
                                           11.0 Appendix F: Sample Use Scenarios

# 1.0   OVERVIEW

## 1.1   FANNIE MAE FOUNDATION

The Fannie Mae Foundation creates affordable homeownership and housing opportunities through innovative partnerships and initiatives that build healthy, vibrant communities across the United States.  The Fannie Mae Foundation has been on the forefront of the nation's most pressing affordable housing issues for more than 20 years. It continues to have a tremendous impact on the revitalization of American cities and neighborhoods year after year.

## 1.2   PROJECT SUMMARY

The Fannie Mae Foundation created the vision for KnowledgePlex more than three years ago.  KnowledgePlex is a leading Web portal for information on affordable housing and community development that is free and accessible to all.  This project looks to build on this foundation of content and provide a world-class internet Community Data System (CDS) that provides access to a variety of housing and demographic data at geographic scales ranging from the neighborhood to the nation.  The CDS will provide multiple indicator display formats (e.g., maps, tables, and charts) that are understandable for diverse KnowledgePlex audiences including policy makers, practitioners, and researchers. The scope of work for this RFP also involves integrating metadata and user guides (see RFP section 1.3.1 below) with the CDS user interface; creating a Web-based tool for creating, editing, and outputting metadata; integrating the metadata tool with the CDS; and developing a CDS administration site that will allow Fannie Mae Foundation staff and/or other project participants to control certain site features, add content (for examples, see RFP section 1.3), and monitor site usage statistics and user feedback provided through the site.  The CDS will be developed in stages over the two-year contract period, with the first version released within 150 days of contract award and each subsequent release informed by user testing and feedback.

## 1.3   COLLABORATION

The successful bidder will be required to work collaboratively with other project contractors and Foundation staff. This entails regularly interacting with other contractors and Foundation staff and offering input and suggestions to work of other contractors.  It also entails collaboratively developing and submitting a consolidated project work plan for Foundation approval that sets forth a detailed project schedule, services to be performed, deliverables, key project dependencies, and key project decision points. Finally, the Contractor will work collaboratively with the Foundation and other project contractors on site design, with the Foundation making final decisions in this regard.

The roles of other project contractors and the Foundation are described as follows:

1.3.1   **The Urban Institute.**  The Urban Institute is responsible for the following tasks:

1.3.1.1   *Data set and indicator acquisition and preparation.*   The Urban Institute will acquire, structure, and recurrently update nationwide data files with sub-jurisdictional data for inclusion in the CDS.  It will also identify appropriate indicators from these data sets for incorporation in the CDS. The table lists data sets already acquired and prepared by the Urban Institute and possible future data sets.

| Data set | Geographic Level | Frequency of Update | Years available for CDS |
|----------|------------------|---------------------|-------------------------|
| *Data Sets Acquired* | | | |
| Home Mortgage Disclosure Act | Census Tract | Annually in August | Annual 1997 to 2002 |
| Decennial Census | Census Tract, Block Group | Every ten years | 1990, 2000 |
| Section 8 Expiring Use | Point | Monthly | 2003 |
| *Possible Future Data Sets* | | | |
| A Picture of Subsidized Housing | Census Tract, Point | Unknown | 1998, 2000 |
| Low Income Housing Tax Credit | Point | Annual | 1994-2000 |
| Federal income tax files, incl. EITC | Zip Code | Annual | 1997, 1998, 2000-2001 |
| Legal Immigrant Admissions Data | Zip Code | Annual | 1990-2000 |
| Zip Business Patterns | Zip Code | Annual | 1994-2000 |
| FDIC-Insured Institutions | Point | Weekly | 2003 |
| GSE Mortgage Data | Census tract | Annually | 1993-2002 |
| HOPE VI | Point-level | Annually | 1993-2002 |
| NCES Common Core of Data | Point-level | Annually | 1991-2001 |
| NCCS nonprofit database | Point-level | Annually | 1998-2001 |
| EPA Databases | Point-level | Various | Various |
| HUD Neighborhood Watch | Zip Code | Monthly | Current year |
| D & B Marketplace | Zip Code | Quarterly | 1995-2002 |
| Experian Credit Summaries | Zip Code | Annually | Current year |

1.3.1.2   *Statistical profiles.* The Urban Institute is designing tabular profiles that will provide easy access to a broad array of well-structured information on housing and demographic conditions and trends at geographic levels ranging from individual census tracts to the nation.  (For a sample profile mockup, see Appendix E.) At higher levels of geography, the profiles will include data from sources other than those listed in section 1.3.1.1 that are available on a regular basis for larger geographic units. For example, profiles for states might include data from the Census Bureau's American Community Survey, Housing Vacancy Survey, and Building Permit Survey. Currently, the

following types of profiles are planned for the CDS: overview, social/demographic, housing, mortgage lending, and economic/labor market.

1.3.1.3    *Guides*. The availability of such a tremendous range of recurrently updated information as is contemplated for the CDS opens up new opportunities for the development of guides and other materials to assist potential users at all levels. Therefore, the Urban Institute is developing a series of guidebooks, illustrative "model" studies, analytic briefs, and other materials (hereafter, simply "guides") that will enhance the ability of local practitioners to understand and utilize the data provided in the CDS and collect and analyze their own local data.

1.3.1.4    *Metadata*. The Urban Institute is preparing and reviewing metadata for all data sources to be included in the CDS.

1.3.2    **Building Community Technology (BCT) Partners.** BCT Partners is responsible for conducting technical and usability assessments of CDS and for collecting other forms of user feedback. This task includes conducting heuristic evaluations of the site, scenario-based usability testing, and user surveys and focus groups. It also entails collecting feedback from an advisory panel.

1.3.3    **Andrew Reamer and Associates.** Andrew Reamer and Associates is assembling a collection of website links that will allow users of the CDS to link to on-line housing, demographic, and socioeconomic data sources, such as the U.S. Census Bureau.  This contractor is also preparing short descriptions of the data sources accessible through the website links.  Andrew Reamer and Associates will also update these links on a monthly basis and prepare and maintain a "Housing Data News" section for the CDS.

1.3.4    **Fannie Mae Foundation.** The Fannie Mae Foundation will be responsible for the following tasks:

- Providing guidance and making final decisions on CDS design, look and feel, data and other content, and functionalities;
- Working with the Contractor to ensure successful integration of the CDS and KnowledgePlex;
- Reviewing and approving work plans and revisions thereto prior to commencement or continuation of work;
- Reviewing and approving site functional and technical specifications prior to development of web applications and user interfaces;
- Managing the overall project in accordance with the work plan;
- Reviewing and approving project deliverables; and
- Providing selected site content (such as housing market reports and data books in pdf format)

## 1.4    **IMPORTANT NOTICES**

1.4.1   **Ownership.** All work produced or created by the successful bidder, including but not limited to, the designing, developing, implementing, and maintaining of the CDS, whether individually by the successful bidder (or its employees, agents, or subcontractors), or by the Fannie Mae Foundation, or jointly, shall belong solely and exclusively to the Fannie Mae Foundation, which will possess all ownership rights in and to such work and any intellectual property rights associated therewith, including without limitation, patent, trademark, copyright and trade secret rights. Contractor agrees that it shall include and enforce such provisions in all subcontracts to ensure the exclusivity of the Foundation's ownership interest as set forth herein.

1.4.2   **Disclosure of restrictions or limitations on ownership or use.** Any software licenses, hardware or other requirements needed to implement the vendor's proposed solution must be disclosed at the time the proposal is submitted along with any restrictions, limitations or otherwise that would impact the Foundation's rights, users, or development of the site, its user base, or ongoing costs.

## 2.0   REQUIREMENTS

This section outlines the requirements for the CDS.  Proposed solutions should adhere to all functional requirements outlined below.  The Contractor is encouraged to be innovative and to propose whatever approach and technologies they feel will provide the best solution to meet these requirements.

### 2.1   TECHNICAL REQUIREMENTS

The chosen solution must support the following technical requirements and must have the vision and extensibility to anticipate and address the needs of future versions of the CDS.

#### 2.1.1   FMF Network Environment

The Foundation's network environment is collocated at AT&T and partially on Akamai and comprises a variety of operating systems, software and machines. A detailed list of the equipment and software the Foundation currently uses is available, but the Contractor may propose a solution that resides on and/or otherwise utilizes this network environment or not. The Contractor is not required to use the Foundation's network environment for their solution and is free to propose a solution that resides at a separate hosting facility or network environment. Please be advised that the Foundation's system administrator and the Foundation's Database Administrator are each only 10% dedicated to KnowledgePlex activities.  Therefore, should the Contractor choose to utilize the Foundation's network, they must indicate what network resources are required by their proposed solution, how those requirements will be met, and why those resources will be able to support a 24/7 year-round web site with the proposed solution.

#### 2.1.2   Available Technologies

The following technologies are owned by the Foundation and are therefore available to – though not required of – the Contractor to incorporate into their proposed solution so that the overall budget maximum is not exceeded.  If the Contractor chooses to propose a solution that does *not* utilize these technologies, and if the technologies below closely approximate solutions to Foundation requirements, they must provide a compelling justification why these technologies are excluded, how their proposed solution will otherwise provide the functionality offered by these technologies, and why their alternative solution is superior.

##### 2.1.2.1      LexisNexis News

The Foundation subscribes to a LexisNexis news service that provides 400-500 articles daily across eleven categories.

##### 2.1.2.2      Digichat

The Foundation owns Digichat (http://www.digichat.com), a web software package that allows users to participate in real-time, online chats; transfer and exchange files; create "buddy" lists; and receive notification when designated "buddies" are also online.  Digichat also allows administrators to moderate discussions, save chat transcripts, and set up private chat rooms.

##### 2.1.2.3      WebTrends

The Foundation owns WebTrends (http://www.webtrends.com), a web analytics and reporting software package that tracks web site usage and delivers real-time, accurate answers to better

understand web visitors' behavior, improve web site performance and availability, and improve a return on web site development investments. Although the chosen solution is not required to utilize WebTrends, it must support usage analytics and reporting capabilities. Therefore, the Contractor should describe how their proposed solution will be able to deduce and infer user trends that are important to KnowledgePlex staff, whether through URL string commands, pages, or URL structure.

### 2.1.2.4    ArcIMS/ArcSDE

The Foundation currently uses three software resources that the Contractor could utilize in support of the CDS requirements outlined in Section 2.2 of this RFP. These software resources are:

- ArcIMS Standard Edition Server/CPU - A software solution for distributing spatial data and maps over the Internet, including user interface tools.
- ArcSDE Developer Support Group for 1 Server and up to 2 CPUs - A software solution for managing spatial data in databases. ArcIMS accesses data through a SQL database via ArcSDE
- Microsoft SQL Server - a commercial/enterprise database management system.

## 2.1.3   End User Configuration

### 2.1.3.1    Browsers

KnowledgePlex is an internet web application available to end users via a standard web browser. Proposed solutions for the KnowledgePlex CDS involving client-side applications or plug-ins will need to prove their value over server-side applications. Proposed solutions must support browsers that are Internet Explorer 5.x and higher and Netscape 4.x and higher. Furthermore, proposed solutions must be compatible with a minimum 800x600 screen resolution and a maximum 1024x768 screen resolution, and must adhere to a standard "web safe" color palette of 216 colors.

### 2.1.3.2    Platforms

Proposed solutions must support users on both Windows and Mac platforms.

## 2.1.4   Availability/Stability

Users will have uninterrupted, 24/7 365 access to the KnowledgePlex Internet web site from any Internet connection using a standard web browser. The Contractor must propose a solution that provides a minimum of 99% reliability, highlight any single points of failure in their proposed solution, and outline how high availability and reliability will be ensured through load balancing, redundancy, and fail-over mechanisms. Finally, the Contractor must propose a solution that is scalable to a public audience of hundreds of thousands of users, that supports tens of thousands of hits per day, and that anticipates and accounts for the availability and stability needs of future versions and audiences of KnowledgePlex.

## 2.1.5   Performance & Quality

The chosen solution must meet benchmark performance and quality measures. For performance, the expected wait time per page over a 28.8kps connection should be less than two seconds per page. For maps, the expected wait time for page load should be less than three seconds per page. The faster the performance the better. Connections to

content and other links off the site must all work and provide tracking information to web log files.

## 2.2  FUNCTIONAL REQUIREMENTS

The primary means by which a Contractor will be evaluated and chosen is its ability to execute a quality solution on time and within budget that delivers the functional requirements outlined below.  The Foundation is not looking for strategy and planning support, but a focus on rapid, quality execution.

While this section provides substantial detail regarding the needs of the CDS, it is not intended to be a hard-coded means to an end.  In other words, the Contractor may propose a solution that does not adhere to the exact letter of the requirements so long as they:

- Clearly demonstrate an understanding of the goals and objectives of the CDS by proposing a solution that respects the "spirit" or intent of the requirements.
- Provide, for any and all deviations from the requirements, compelling justification why the requirements were not met, how their proposed solution will otherwise support the intent of the requirements, and why their alternative solution is superior.
- Ensure that any changes to the requirements under 2.2.2 nonetheless conform to the structure and information requested in Section 6.0 of this RFP.

### 2.2.1  Introduction

The purpose of KnowledgePlex is to provide a highly customizable, interactive, and informative resource for the affordable housing and community development field.  The CDS will substantially enhance this resource by making accessible for the first time in one place a variety of nationwide housing and demographic data sets and presenting these data in multiple forms suitable for diverse KnowledgePlex users and syndicated customers.  The Fannie Mae Foundation's broader vision is for the CDS to become the hub of a national data infrastructure for the affordable housing and community development industry, as well as serve as part of a foundation for even broader data sets.  For example, the CDS might fill this "hub" role by providing an open-source metadata tool and administrative interfaces that enable easy distribution of nationwide data sets to existing local community statistical systems (for examples of such systems, see the National Neighborhood Indicators Partnership at http://www.urban.org/nnip/index.htm), by serving as a starting technology platform for the development of new local community statistical systems in cities that do not yet have such capacity, and by designing the metadata tool so that it enables local systems to more easily document and share their local data.  The chosen solution will implement as much of this broader vision for the CDS as possible within the time, resource, and quality constraints set forth in this RFP and will also lay a foundation for future development work in pursuit of this vision.

### 2.2.2  CDS Principal Requirements

This section contains a summary of the minimum principal requirements that should be met in an initial version of the CDS to be delivered within 150 days of contract award. Bidders should consult Appendix E for more complete and detailed descriptions of selected minimum requirements, as well as additional desired functionalities for the CDS. Furthermore, it is likely that desired functionalities other than those described herein will be identified after user feedback is obtained on the initial version of the CDS.

In general, the user interface should be designed to allow users to select their geographic area of interest with as little effort as possible and to move between data display modes (map, profile, table, and chart) with ease.  The user interface should also be designed to be graphically consistent with the larger KnowledgePlex site. Metadata and data analysis guides (to be developed by the Urban Institute; see section 1.3.1 of the RFP) should be seamlessly integrated with the user interface and data displays.  Finally, the administrative interface should make it easy for Fannie Mae Foundation staff and other project contractors to add content (for examples, see RFP sections 1.3 and 1.4) to the site.

2.2.2.1    *Select geographic area of interest*. The user interface will provide simple means for users to select and zoom to a geographic area of interest (the nation or a region, state, metropolitan area, Congressional District, county, city, zip code, or census tract) for displaying data in the form of a map, profile, table, or chart. Methods for selecting the geographic area of interest might include typing in a street address, city, and state; typing the name of the desired area in a search box; or selecting the area from a map or pull-down menu.

2.2.2.2    *Interactive Mapping*. This component will consist of an advanced, yet easy to use nationwide mapping platform that permits simultaneous display of up to two sets of attribute data (spatially joined to boundary layers like county or census tract) along with a point theme.  The mapping platform must be able to accommodate data sets listed in section 1.3.1.1 of this RFP and provided by the Urban Institute, along with basemap data layers (e.g., boundaries of geographic units, streets and highways, water bodies) provided by the successful bidder.  The maps should scale and provide a consistent user experience whether on a national scope or local (e.g., neighborhood or parcel) scope, as the data warrants. (For a sample map mockup, see Appendix E.)

2.2.2.3    *Statistical Profiles*. In addition to creating and viewing thematic maps, the user should have the ability to view dynamically generated, multi-indicator tabular profiles for the selected geographic area of interest. The profiles should also provide data for comparison areas.  For example, a profile for a census tract might contain comparative data for the county and state in which the tract is located and for the nation as a whole. (For a sample profile mockup, see Appendix E.)

2.2.2.4    *Tables and Charts*. Users should be able to retrieve simple tables and charts directly from maps. In addition, users should be able to link directly to charts for a given indicator from a statistical profile. (For a sample chart/table mockup, see Appendix E.)

2.2.2.5    *Metadata Tool*. The CDS will include a Web-based, open-source, FGDC-compliant metadata tool for importing, creating, editing, and outputting metadata. The tool will be installed on the CDS administrative interface for access by project participants.

2.2.2.6    *Integrated metadata and user guides*. Throughout the site, and particularly on data display pages (i.e., maps, profiles, tables, and charts), users will be provided with links to descriptions of data sets and indicators and to guides and illustrative analyses that demonstrate use of the data.

2.2.2.7    *Administrative Interface*. The Foundation should be able to control behavior of the site wherever possible through an administrative interface rather than by making expensive programming changes. The administrative interface should also allow the Foundation and other project contractors to add content such as metadata and descriptions of and links to housing and demographic data resources on the Web (see section 1.3 of the RFP). It will also provide access to site usage statistics and to user feedback collected through the CDS interface.

2.2.2.8    *Data Output.* The user should be able to output data displays (e.g., maps, profiles, charts) by printing formatted versions of the displays or by downloading electronic files.

2.2.2.9    *Security*. Due to the proprietary nature and expense involved in creating the CDS data sets, the vendor must provide an adequate security and digital rights access plan for CDS. No solution should allow massive spidering or stealing of these data.

Moreover, users who input information into CDS must be able to rely on CDS to keep it private should the user so want and be able to connect between CDS and KnowledgePlex and its syndicated partners.

2.2.2.10    *User Feedback*. The interface should include features that allow users to provide feedback and report errors. This feedback should be accessible through the administrative interface.

### 2.2.3    Project Timeline

2.2.3.1    *Introduction*. The Contractor must outline a credible technical approach and solution that meets the minimum requirements outlined in Section 2.2.2 of this RFP within 150 days of contract award.  Thereafter, additional functionalities described in Appendix E and not included in the initial release of the CDS will be added through a staged approach in response to user testing and feedback. User feedback will also be used to modify, as appropriate, functions included in the initial release.  Functionalities to be included in each version of the CDS over the two-year project period should be clearly indicated in the proposal. The Contractor should demonstrate a track record of responsiveness and a history of delivering successful solutions under demanding time constraints.

2.2.3.2    *Assumptions*. In preparing a project timeline, bidders should assume a project meeting involving all contractors within one month of contract award and approximately two months of user testing and evaluation following delivery of the first version of the CDS.

### 2.2.4    Audiences

The audience or group to which the user belongs is a critical dimension for presenting and sharing knowledge within KnowledgePlex and the CDS.  Bidders should address how their solution will help meet the primary versus the secondary audiences of KnowledgePlex.

KnowledgePlex and the CDS will serve the information needs of the audiences described in this section.  Priority audiences are policy makers and practitioners:

2.2.4.1    Practitioners

Practitioners are those involved in the design, support, creation, and delivery of housing, economic, social and community development programs and services.  This includes people working for Community Based Organizations (CBOs) and Intermediaries.  Executive Directors and Funders are key members of this audience – the former because of the key role their decisions play in determining the strategic direction and operational priorities and effectiveness of their respective organizations' programs and the latter because of the critical role they play in providing funds and support for the work of Community Based Organizations.  Other members of this audience include, but are not limited to, CDFIs, Foundations, CDCs, and Housing Authorities.

2.2.4.2    Policy Makers

Policy Makers are those who influence and are involved in the formulation, enactment, and implementation of housing and community development policy and regulation at all levels of government.  Legislative Assistants and Agency Executives are key members of this audience because of the nature of their relationship with others in the policy sphere and the roles they play

as both influencers and decision makers in the legislative and regulatory process.  Other members of this audience include, but are not limited to, representatives, representative staffers, and lobbying organizations.

Secondary audiences that will visit CDS include:

### 2.2.4.3    Press

Members of the press are those who write about, report on, or are involved in the covering housing and community development issues.  This includes news media professionals at the national, regional, and local levels.

### 2.2.4.4    Professors/Pundits

Professors and pundits are those devoted to the study of affordable housing and community development to further knowledge, inform policy and practice, and for a variety of other purposes.  Scholars and Research Directors are key members of this audience, but other members include, but are not limited to, Think Tank and other non-professorial scholars and researchers.

### 2.2.4.5    Professionals

Professionals are those whose industries are intimately involved in the business of housing and community development, including finance, investment, and construction.  Members of this audience include, but are not limited to, venture capitalists, banks, developers, and entrepreneurs.

### 2.2.4.6    People

People are those users who are not members of any other audience, but are more specifically the people ultimately affected by affordable housing and community development initiatives.  Specific sub-sets of this audience for whom information and services within KnowledgePlex may be customized include low income home owners, rural residents, urban residents, and the homeless.

### 2.2.4.7    Pupils

Like Professors/Pundits, pupils are those devoted to the study of affordable housing and community development.  Members of this audience include all students from grade school children to graduate students and Ph.D. scholars and researchers.

## 2.2.5    Sample Use Scenarios

Appendix F provides examples of potential use scenarios for the CDS.

## 2.3    DELIVERABLES

The following deliverables are required to document and effectively direct the KnowledgePlex CDS project.  However, the Foundation reserves the right to identify additional deliverables throughout the project that may be needed and requires that the Contractor be prepared to respond to any currently unanticipated needs as appropriate.

## 2.3.1    Project Plan

The Contractor will work with the Foundation to develop a Project Plan that will guide the CDS implementation and provide the means for coordinating activities, measuring progress, and meeting key milestones in a timely and cost effective manner. The Contractor Project plan and schedules must include graphic representations of program activities for tracking, Microsoft

Project or comparable tools should be used to develop and maintain the project plan and schedule. The Contractor will also work with other project contractors to develop a consolidated project work plan.

### 2.3.2   Process Documentation

The Contractor will provide the Foundation with all process documentation associated with the project.  This includes, but is not limited to, documentation of project decisions, project management documents such as status reports and meeting minutes, and implementation documents and plans outlining the business processes, roles, responsibilities, and maintenance procedures associated with the solution.

### 2.3.3   Program/System Code

The Contractor will provide the Foundation with all program and system code used to design and implement the proposed solution.  This code shall adhere to standard best practices and shall be well documented with internal developer comments, instructions, names and dates as well as documented in the technical documentation described in Section 2.3.4 below.

### 2.3.4   Technical Documentation

The Contractor will develop and deliver detailed technical documentation for their proposed solution.  This technical documentation will include screen mockups and technical specifications for each release of the CDS and any and all manuals or administration guides associated with the hardware and software products included in the proposed solution, as well as documentation of any and all modifications, extensions, or customizations to these products.

### 2.3.5   Training Materials

The Contractor will develop a Training Plan for Foundation review and approval that outlines the activities and materials proposed to support the successful design, delivery, and maintenance of their proposed solution.  The Training Plan will outline the training methods, materials, and curricula required for all relevant groups, including but not limited to end users, administrators, and content managers.   The Contractor will also develop for each of these audiences training materials, which will include step-by-step guides, visual aids, and formal classroom presentations and syllabi.

### 2.3.6   Testing Plan

The Contractor will develop a testing plan for all applications to be released into production for CDS.  Appropriate QA and checking will be mandatory requirements before proceeding to launch and changes.


## 3.0   SUBMISSION INSTRUCTIONS


### 3.1   RECEIPT DATE

**Proposals are due to the Foundation no later than 5:00 PM (ET) on April 13, 2004.**

### 3.2   DELIVERY

Proposals are to be submitted as one signed original, two paper copies, and one electronic copy (.PDF file submitted on CD-ROM or emailed to cds@knowledgeplex.org). Faxed proposals will not be considered.

Proposals will include the 'Proposal Agreement' as included in the RFP, signed by an employee of the Contractor authorized to make legally binding commitments.

Proposals are to be stapled or in a three-ring binder, but not otherwise bound. Unnecessarily elaborate brochures or other presentations beyond those sufficient to present a complete an effective response to this solicitation are not desired and may be construed as an indication of the Contractor's lack of cost consciousness.

## 3.3   INQUIRIES

Any questions about the project or this RFP may be sent to cds@knowledgeplex.org.  Inquiries via phone or fax will not be accepted.  The Foundation will review and compile all inquiries received and will share questions and answers for any matters of significance with all vendors on a periodic basis.

## 3.4   PROPOSAL FORMAT

### 3.4.1   Cover Sheet

Proposals shall contain a cover sheet of no more than one page containing the following information:

#### 3.4.1.1    Contact information
- Name, address, and URL of Contractor
- Name, telephone and fax number, and email address of authorized negotiator(s)
- Name, telephone and fax number, and email address of any subcontractors involved in the delivery of services
- Identification of whether the Contractor or any subcontractor is a minority- or woman-owned business

#### 3.4.1.2    Proposal summary
- Statement of proposed services
- Proposed start and end dates
- Total bid amount

### 3.4.2   Executive Summary

The Contractor shall provide a succinct executive summary of no more than one page outlining the following information:

#### 3.4.2.1    Scope of Submission
The Contractor needs to submit a proposed solution that addresses functional requirements outlined in Section 2.2 of this RFP.   The Contractor must summarize here the overall scope of their proposed solution.  (The Contractor must use the Requirements Summary Template provided in Appendix A of this RFP to provide a more detailed clarification of precisely which functional requirements are addressed by their solution and shall incorporate this into the Technical Approach section of their proposal).

#### 3.4.2.2     Uniqueness of Approach

The Contractor shall discuss the uniqueness of their approach and any differentiators that allow the Contractor to offer the Foundation higher quality, a faster time to delivery and/or lower costs than can be found from other Contractors.

#### 3.4.2.3     Company Overview

The Contractor shall provide an overview of their firm.  This overview shall include a brief history of the firm, including how long it has been in business and the historical nature of its work and clientele. It should also include a discussion of the core competencies of the firm and how they are relevant to the project, as well as a description of the size and skill sets of its personnel and the number and location of its main offices.

#### 3.4.2.4     Dividing responsibilities

On all sections of this RFP, the Contractor must provide evidence of its ability to work with other contractors and teams.

### 3.4.3   **Technical Approach**

#### 3.4.3.1     Description of Approach

The Contractor shall provide a detailed description of no more than ten pages – preferably organized in the approximate order of items detailed in Section 2.0 of this RFP – outlining the contactor's technical approach to meeting the CDS requirements.  This shall include the following:

##### *3.4.3.1.1     Overview of Proposed Technologies*
The Contractor shall provide a description of the technologies their proposed solution entails. In describing the technologies proposed, the Contractor shall address the following:

- Development Platform(s) - The Contractor shall describe the development platform(s) required by each technology and provide an overall description and diagram of the proposed solution's architecture.

- Operating System(s) - The Contractor shall describe the operating system(s) each technology supports as well as the specific OS proposed for each technology.  The overall architecture description/diagram described above should include this information.

- Development Language(s) - The Contractor shall describe the development language(s) required for developing and maintaining each technology.

- Extensibility - The Contractor shall outline any potential upgrade issues associated with their proposed solution and the technologies it entails.  Furthermore, the Contractor shall describe the activities, the technical difficulty, and the level of development effort required for future upgrades and extensions to their proposed solution.

The Contractor shall use the Requirements Summary Template provided in Appendix A of this RFP to provide a more detailed clarification of precisely which functional requirements are addressed by their solution.  For each requirement, the Contractor shall briefly describe their approach and the technology or technologies it requires.

##### *3.4.3.1.2     Implementation*

The Contractor shall outline their methodology or strategy for successfully implementing their proposed solution and shall describe the project "life cycle" of their proposed solution,

outlining key activities, resources, and any project management methodologies that distinguish their technical approach from that of other Contractors.

### 3.4.3.1.3    *Training & Support*

The Contractor shall outline the training and support activities necessary to ensure a successful, long-term CDS solution. The Contractor shall outline the training qualifications of proposed personnel as they directly relate to the technology or technologies proposed and to projects of similar size and scope. The Contractor shall also outline their pre- and post-release support capabilities and directly relevant experience, including help desk support, upgrades and feature extensions, and on-going service level agreements (SLA).

## 3.4.4    Reference Template

The Contractor shall provide references for five projects performed within the past five years that are of similar size and complexity to the CDS using the Reference Template provided in Appendix B of this RFP or comparable documentation. For at least three of these projects, the Contractor must demonstrate successful performance within a multi-vendor environment. The Foundation is also particularly interested in past projects that reflect an iterative development approach that responds to user testing and feedback.

## 3.4.5    Staffing Plan

The Contractor shall describe the type and number of personnel required to successfully implement the proposed solution and outline a staffing plan of no more than three pages responding to the instructions below:

### 3.4.5.1    Project Leadership

The Contractor will designate one key personnel as project leader to serve as the primary point of contact with the Foundation. The point of contact for the Foundation will be Troy Anderson, who is the KnowledgePlex program leader.

### 3.4.5.2    Client Role

The Contractor will state in the proposal the people, skills, and time needed from the Foundation throughout the implementation of the project as well as for the long-term maintenance of the solution proposed. This should include any teams, focus groups, executive presentations, etc., as necessary, and approximate dates or intervals at which those individuals and groups will be needed.

### 3.4.5.3    Contractor Personnel & Partners

The Contractor will describe all employees as well as subcontractors or partners, if any, involved in the project and describe their roles and responsibility for deliverables. The Foundation requires that key personnel all have proven successful experience with this type of implementation and technology. Any exceptions must be explained.

The Contractor is not required to be the sole source for application development as it relates to the CDS. However, the Contractor must act as the primary point of contact and have the necessary relationships or partnerships to present a coordinated team able to develop and implement their proposed solution in its entirety. For instance, if there is a community solution that delivers the requirements listed below from a commercial package with which the Contractor is familiar, then the Contractor should propose how that software will deliver on the requirements under budget and on time and how they bring value as the implementer or team lead.

3.4.5.4        Resume Template

The Contractor shall include resumes for all key personnel using the Resume Template provided in Appendix B of this RFP and should specifically note their experience and achievements with similar projects.  Resumes are not included in the three-page staffing plan limit.

### 3.4.6  Cost Proposal Template

The KnowledgePlex CDS project will be awarded on a Fixed Price basis.  The Contractor shall use the Cost Proposal Template provided in Appendix D of this RFP to detail project costs as outlined below.  The Foundation appreciates any cost considerations for its status as a nonprofit organization.

3.4.6.1        Personnel

Personnel costs must be presented in a chart detailing the name, level (director, manager, etc), project role, billing rate, project days, project hours, and total cost for each employee. The total estimated personnel costs should then be divided by the total estimated hours to provide a blended fee per hour.

3.4.6.2        Products

Product costs must include all costs associated with acquiring, implementing, and supporting the proposed solution.  For each software product proposed, describe the licensing model, the discount percentage (if any) off the official list prices for software licenses, and all anticipated license costs as well as all costs associated with annual maintenance, technical support, and future upgrades.  For hardware, describe all components of the proposed solution and their associated costs.  Please provide detailed server requirements, including operating system, number of CPUs, memory, and storage requirements.

3.4.6.3        Ongoing Costs

The Contractor shall outline ongoing costs, if any, not accounted for by personnel or product cost estimates above and shall describe the anticipated frequency and duration of these recurring costs.

3.4.6.4        Other

The Contractor shall detail other project costs, if any, not accounted for by personnel, product, or ongoing cost estimates.

### 3.4.7  Schedule

The Contractor will submit a detailed schedule of no more than three pages outlining the tasks, subtasks, and milestones required for completion of this project. The Contractor shall use MS Project or a comparable format in their submission to detail project task duration, resource requirements, and any anticipated dependencies among tasks to be carried out by the Contractor team or by the Foundation, partners, or subcontractors.

### 3.4.8  Workspace

The Contractor shall describe in no more than one page what workspace is needed at the Foundation by detailing the number of people needed at various points on the timeline, and their technology or other resource needs. Foundation workspace is tight, but every attempt will be made to provide the Contractor with a suitable and effective workspace.

NOTE: Personnel who will work on-site at the Foundation for more than five days may be subject to a criminal background check. The check will include ten years for felony convictions and three years for misdemeanors in each of the county/counties in which the person has resided. The Foundation shall provide a form upon award of the contract with the pertinent information required.

## 3.5    EVALUATION CRITERIA

Submissions will be evaluated based on the criteria outlined below:

### 3.5.1    Quality

For quality measures, submissions will be judged for consistency with web standards, consistency of user experience, conformance to standard user practices, usability, number of clicks to goal resolution, and other qualitative measures for the user experience.

#### 3.5.1.1    Consistency with standard web practices

The Contractor shall observe industry best practices and standards in the creation and maintenance of the site.  The Contractor must describe how their technical approach will ensure that these standards and practices are met and should highlight similar projects that have successfully adhered to standard web practices.

#### 3.5.1.2    Usability

The chosen solution must be intuitive and easy to use for all audiences outlined in this RFP.  The Contractor shall describe how their technical approach will ensure usability and what methods and activities, including user interface design and proposed collaboration with BCT Partners for usability testing and user feedback, they propose.  The Contractor shall outline the design and usability expertise and experience of proposed staff.

#### 3.5.1.3    Technical Qualifications

The Contractor must demonstrate directly relevant technical qualifications in the technologies proposed and with projects similar in size and complexity to the CDS.  The Contractor will outline the technical qualifications of all proposed personnel, including project experience, training, certifications, or related education.

#### 3.5.1.4    Extensibility

The proposed solutions for this RFP will also be measured on how well they allow the Foundation to manage and update the CDS independently without continued support of the Contractor.  The Foundation plans to employ one skilled full-time engineer to support the entire KnowledgePlex site as well as the Foundation's intranet site and the technology infrastructure of related knowledge management initiatives. Therefore, the Contractor should describe how such limited resources could manage future product updates and upgrades of their solution.

### 3.5.2    Cost

#### 3.5.2.1    Labor Rates

The Contractor will be evaluated on the competitiveness of the hourly labor rates for proposed personnel keeping in mind the Foundation's nonprofit status.

### 3.5.2.2     Efficiencies

The Contractor should highlight any aspects of their technical approach that leverage synergies, capitalize on opportunities, or otherwise take advantage of existing resources or capabilities in order to realize efficiencies and lower project costs. The Contractor should demonstrate a track record of delivering successful solutions at competitive prices and should highlight similar projects, if any, that were successfully delivered under budget.

### 3.5.2.3     Ongoing maintenance

The Contractor's cost proposal must outline the ongoing maintenance costs of their proposed solution.  The Foundation will evaluate the cost effectiveness of not only the initial implementation but also the ongoing maintenance of proposed solutions.

### 3.5.2.4     Future development

The Contractor's cost proposal must outline the costs associated with future development and upgrades of their proposed solution.  The Foundation will evaluate proposed solutions, in part, on the technical difficulty, the level of development effort, and the costs required for future upgrades and extensions.

## 3.5.3    Time

### 3.5.3.1     Time to Delivery

The Contractor must outline a credible technical approach and solution that meets the requirements outlined in Section 2.2 of this RFP through a staged approach over the two-year project period.  This staged approach should include public release of the first version of the CDS within 150 days of contract award. Functionalities to be included in each release of the CDS over the two-year project period should be clearly indicated in the proposal. The Contractor should demonstrate a track record of responsiveness and a history of delivering successful solutions under demanding time constraints.

### 3.5.3.2     Efficiencies

The Contractor should highlight any aspects of their technical approach that leverage synergies, capitalize on opportunities, or otherwise take advantage of existing resources or capabilities in order to realize efficiencies and shorten time to delivery.

## 3.5.4    Past Performance

### 3.5.4.1     Relevance to CDS Requirements

The Contractor must demonstrate a track record of innovation, responsiveness, and success in projects that are of similar size and complexity to the CDS.  Particular emphasis will be placed on recent Contractor experience in projects with similar requirements, functionality, or time constraints.

### 3.5.4.2     Multi-Vendor Team Experience

The Contractor must demonstrate an ability and willingness to work with other contractor teams to deliver an integrated, successful solution in a timely manner.  The Contractor shall provide references (using the Reference Template provided in Appendix B of this RFP or comparable documentation) for at least three projects in which they coordinated closely with other Contractor teams to deliver an integrated solution.

# 4.0  ASSUMPTIONS

## 4.1  PROJECT CONFIGURATION

### 4.1.1  Scope of Submissions

Contractors are invited to propose a solution that addresses *all* of the functional requirements outlined in Section 2.2 of this RFP.   Therefore, the Contractor must clearly indicate the scope of their proposed solution in their Executive Summary and in their Technical Approach using the Requirements Summary Template provided in Appendix A of this RFP.

### 4.1.2  Multi-Vendor Team Experience

Because the CDS project involves a multi-contractor approach, the Contractor must demonstrate an ability and willingness to work with other contractor teams and is asked to specifically highlight past project experience in which they coordinated closely with other Contractor teams to deliver an integrated solution. Furthermore, the Contractor must demonstrate an ability and willingness to coordinate the design and development of CDS with the remainder of the KnowledgePlex site to ensure compatible approaches, processes, design, and technologies.

## 4.2  PERSONNEL REVIEW

### 4.2.1  Qualifications

The Foundation reserves the right to review the qualifications of personnel selected by Contractor to perform services pursuant to this project. The Contractor agrees to remove, at Foundation's request at any time, any person who, in Foundation's opinion, is unacceptable, uncooperative, not qualified to perform services, or has performed services in an unsatisfactory manner. If the Foundation so requests, the Contractor will promptly provide a qualified replacement satisfactory to Foundation.

### 4.2.2  Criminal Background Check

The Contractor shall perform, and provide to the Foundation the results of, a Criminal Background Check on each of its employees who will have access to Foundation facilities for more than five consecutive days. Each such Background Check shall (i) extend to all counties in which the Contractor's employee has resided at any time during the past 10 years and (ii) cover 10 years for felony convictions and three years for misdemeanor convictions in each such county. The Foundation shall provide the Contractor a form specifying the information required and, if so desired, a recommended vendor.

## 4.3  INSURANCE REQUIREMENTS

Prior to commencement of work under this Contract, Contractor will provide the Fannie Mae Foundation with Certificates of Insurance, or at the Fannie Mae Foundation's request, true and certified copies of policies of insurance, with insurance companies acceptable to the Fannie Mae Foundation evidencing the following insurance.  Contractor shall include all subcontractors as insured under its policy or shall furnish separate certificates and endorsements for each subcontractor Contractor intends to use.

### 4.3.1   Worker's Compensation

The Contractor shall provide Workers' Compensation insurance in accordance with the laws of all jurisdictions (state, province or federal) which may apply to the work and/or premises and including coverage for employers' liability with a limit of not less than:

| | |
|---|---|
| $1,000,000 | Each Accident |
| $1,000,000 | Disease Each Employee |
| $1,000,000 | Disease Policy Limit |

### 4.3.2   Commercial General Liability

The Contractor shall provide Commercial General Liability insurance with bodily injury, including personal injury and property damage limits of not less than:

| | |
|---|---|
| $1,000,000 | Per Occurrence |
| $1,000,000 | Personal Injury/Advertising Injury |
| $1,000,000 | General Aggregate |
| $1,000,000 | Products/Completed Operations Aggregate |

The insurance will include the following hazards and the certificates will so indicate:

(i)   <u>Independent Contractors</u> - covering Contractor for any work performed by subcontractors.

(ii)   <u>Contractual</u> - covering any indemnity obligations specified in this Agreement.

(iii)   <u>Products</u> - Covering any products provided under this Agreement.

(iv)   <u>Completed Operations</u> - covering any work performed or Services rendered under this Agreement.

### 4.3.3   Automobile Liability

The Contractor shall provide Automobile Liability insurance covering all owned, non-owned and hired vehicles with a combined single limit for bodily injury and property damage of not less than $2,000,000 per accident.

### 4.3.4   Professional Liability

The Contractor shall provide Professional Liability insurance covering professional errors, acts or omissions arising out of the scope of services of Contractor shown in this Contract with limits of not less than $1,000,000 per loss and in the aggregate.  The policy form <u>may not</u> exclude:

(i)   claims arising out of pollution from environment work;
(ii)   claims arising out of asbestos;
(iii)   laboratory analysis; or
(iv)   bodily injury and property damage

and naming the Fannie Mae Foundation as an Additional Insured.

Contractor shall not commence Work under this Contract until all insurance as required hereunder has been obtained, and certified copies of such insurance have been submitted

by Contractor and accepted by the Fannie Mae Foundation.  Contractor is responsible for any losses, claims, and costs of any kind which Contractor's insurance does not cover.

Contractor will only use insurance companies acceptable to the Fannie Mae Foundation. Insurers must have a minimum rating of an A -: VI as evaluated by the most current A.M. Best rating guide.  If the insurer has rating lass than an A -: VI, Contractor must receive specific written approval from the Fannie Mae Foundation prior to proceeding.  The Fannie Mae Foundation will request that their Abatement Contractor add Contractor as an additional insured on their Asbestos Liability Insurance Policy, and if agreed, Contractor shall be provided Certificates of Insurance evidencing such coverage.

All Certificates of Insurance shall indicate that (1) this insurance is primary to other insurance in event of a covered loss, (2) the Fannie Mae Foundation will be advised not less than 30 days prior to any change involving a reduction in the amount of coverage provided under the policy or cancellation of policy by written notice to the Fannie Mae Foundation, and (3) Insurers' rights of subrogation against the Fannie Mae Foundation are waived.  The above limits required may be shown as a combination of primary and excess umbrella limits.

## 5.0   PROPOSAL AGREEMENT

In compliance with this Request for Proposals and to all the terms and conditions imposed herein, the undersigned offers and agrees to furnish the services in accordance with the attached Proposal or as mutually agreed upon by subsequent negotiation.

### ACCURACY OF DATA

By submitting an offer, the Contractor acknowledges that it has available to it all specifications and data referenced in this solicitation and that they are adequate to enable the Contractor to perform the work called for herein with the performance schedule.

### SUBSTITUTIONS

Materials, products and equipment described in the Proposal establish the standard of required function, dimension, appearance, and quality required for the Services.  The Contractor represents that its Bid is based upon these products, equipment, and execution of the Service as described in the Proposal.  No substitutions shall be allowed during bidding.

### PROPOSAL COSTS

This RFP does not commit the Fannie Mae Foundation to pay any costs incurred in the submission of a proposal, including the cost for any travel, or the making of any necessary studies or designs for the preparation thereof.

### CONTRACT TYPE AND PRICING REQUIREMENTS

A Firm Fixed Price proposal is preferred for this procurement. Proposals must include prices for all services and materials necessary to complete the Statement of Work. If subcontractors are utilized in Contractor's proposal, Contractor shall clearly identify the estimated value of each subcontractor's effort.

**The Fannie Mae Foundation shall require a change order to grant any increases in the proposed prices after award of the Contract.**

### DISPOSITION OF PROPOSAL DOCUMENTS

All data delivered by you in response to this RFP will become the property of the Fannie Mae Foundation and will not be returned.

Any specifications, drawings, and other technical information furnished with this RFP are intended solely for the purpose of bidding and shall be held in confidence.

### PERIOD FOR ACCEPTANCE OF OFFER

In compliance with the solicitation, the Contractor agrees, if this is accepted within 90 calendar days from the date specified in the solicitation for receipt of offers, to furnish any or all items on which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the Schedule.

**CERTIFICATION OF INSURANCE**

By signing this agreement, the Contractor certifies that it will be able to provide Certificates of Insurance as required by the Foundation and section 4.3 of this RFP.

**RESTRICTION ON DISCLOSURE AND USE OF DATA**

Contractors who include in their proposals or quotations data that they do not want disclosed to the public for any purpose or used by the Fannie Mae Foundation except for evaluation purposes, shall:

(a)    Mark the title page with the following legend:

"This proposal or quotation includes data that shall not be disclosed outside the Fannie Mae Foundation and shall not be duplicated, used, or disclosed-in whole or in part- for any purpose other than to evaluate this proposal or quotation. If, however, a contract is awarded to this Contractor as a result of-or in connection with-the submission of this data, the Fannie Mae Foundation shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Fannie Mae Foundation's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [*insert number or other identification of sheets*];" and

(b)    Mark each sheet of data it wishes to restrict with the following legend:

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation."

**CONFIDENTIALITY**

No information regarding this project is to be discussed with or released to any other party in any form without the express written permission of the Fannie Mae Foundation.

**Reviewed and Agreed to:**

Name and Address of Firm:

_____    Date: _____

_____    By: _____
                                            Print Name

_____    By: _____
                                            Signature in Ink

Telephone Number:(___)_____    Title:_____

## 6.0   APPENDIX A: REQUIREMENTS TEMPLATE

| RFP Section | Functional Requirement | Version of CDS and Release Date (months from contract award) | Technical Approach Summary Description | Expected Time & Material Costs | Technology/ies Utilized |
|---|---|---|---|---|---|
| **2.2.2 Minimum Requirements for Initial Release of CDS** | | | | | |
| | 2.2.2.1. Select geographic area of interest | | | | |
| | 2.2.2.2. Interactive mapping | | | | |
| | 2.2.2.3. Statistical profiles | | | | |
| | 2.2.2.4. Tables and charts | | | | |
| | 2.2.2.5. Metadata tool | | | | |
| | 2.2.2.6 Integrated metadata and user guides | | | | |
| | 2.2.2.7. Administrative interface | | | | |
| | 2.2.2.8 Data output | | | | |
| | 2.2.2.9 Security | | | | |
| | 2.2.2.10 User feedback | | | | |
| **Other Functionalities** | | | | | |

| | Add rows as necessary to describe other functions that are included in the proposed solution (for the initial or subsequent releases of the CDS) but not covered in 2.2.2 above. | | | | |
|---|---|---|---|---|---|

**7.0   APPENDIX B: REFERENCE TEMPLATE**

| Project Title: | |
|---|---|
| Client Organization: | Client Contact:<br>Phone:<br>Email: |
| URL: | |
| Technologies Used: | Duration: |
| | Cost: |
| Content: | Functionality: |
| Vendor Role/Project Team Composition: | |
| Project Description: | |

## 8.0   APPENDIX C: RESUME TEMPLATE

| 1.  Name: | 2.  Current Title/Job Position: | 3.    Length of Time in Present Position: |
|---|---|---|
| 4. Proposed Position: | 5. Education: | |

| 6.    Technical Skills: |
|---|
| |

| 7.    Related Training/Certifications: |
|---|
| |

| 8.    Relevant Experience: |
|---|
| |

## 9.0   APPENDIX D: COST PROPOSAL TEMPLATE

The KnowledgePlex CDS project will be awarded on a Fixed Price basis.  The Contractor shall use the tables below to outline the costs associated with their proposed solution.

### 9.1   PERSONNEL COSTS

| # | Name | Title | Project Role | Hourly Labor Rate | Estimated Project Hours | Total Cost |
|---|------|-------|--------------|-------------------|-------------------------|------------|
| 1 | | | | $ | | $ |
| 2 | | | | $ | | $ |
| 3 | | | | $ | | $ |
| 4 | | | | $ | | $ |
| 5 | | | | $ | | $ |
| 6 | | | | $ | | $ |
| 7 | | | | $ | | $ |
| 8 | | | | $ | | $ |
| 9 | | | | $ | | $ |
| 10 | | | | $ | | $ |
| …etc. | | | | $ | | $ |
| | | | | $ | | $ |
| | | | | $ | | $ |
| | | | | $ | | $ |
| | | | | $ | | $ |
| | | | | $ | | $ |
| | | | | $ | | $ |

| $ | / | $ | = | $ |
|---|---|---|---|---|
| Total Estimated Project Labor Cost | (divided by) | Total Estimated Project Hours | (equals) | Blended Hourly Labor Rate |

9.2  PRODUCT COSTS

9.2.1  Software Licenses

| | License Pricing Model (check all that apply) | Cost Per License | Number of Licenses | License Discount (if any) | Total License Cost | Annual Maintenance Cost (per year) | Support Costs (per year) |
|---|---|---|---|---|---|---|---|
| | License per User | $ | | | $ | $ | $ |
| | License per Server | $ | | | $ | $ | $ |
| | License per CPU | $ | | | $ | $ | $ |
| | Enterprise License | $ | | | $ | $ | $ |
| | Other Pricing Model (if any) | $ | | | $ | $ | $ |

9.2.2  Software Upgrades

| Expected Date of Upgrade | Objective(s) of the Upgrade | Expected Cost of Upgrade |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **Total Cost** | $ |

### 9.2.3    Software Technical Support

| Availability Scenario | Annual Cost | Assumptions (if any) |
|---|---|---|
| __hours per day; ___ days per week | $ | |
| __hours per day; ___ days per week | $ | |
| __hours per day; ___ days per week | $ | |
| __hours per day; ___ days per week | $ | |

### 9.2.4    Hardware

| Hardware Element Description | # of Elements Required | Estimated Cost |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **Total Cost** | $ |

**9.3    ONGOING COSTS**

| Cost Element Description | Estimated Cost | Frequency of Occurrence (x/year) | Duration of Occurrence (# of years) | Total Cost |
|---|---|---|---|---|
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | | | **Total Cost** | $ |

**9.4  OTHER COSTS**

| Cost Element Description | Estimated Cost |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **Total Cost** | $ |

## 10.0   APPENDIX E: DETAILED FUNCTIONALITY DESCRIPTION

This section is a guide to the types of functionalities desired for the CDS.  Bidders should provide a complete listing and description of all functionalities proposed for inclusion in the CDS.  It is expected that bidders will propose staged deployment of these functionalities in an iterative development process that responds to user testing and feedback.

Although the functionalities are broken out here individually, end-users should be able to seamlessly switch between profile, tabular, chart, and mapped representations of the site's datasets.   Users should also be able to easily move their 'data frame' between geographic scales with ease, at all scales from the lowest aggregations (census tracts or even blocks) to the highest (nationwide data).

**Select Geographic Area of Interest**

This is normally the first screen a user will see when a request is made to view geographic data. The screen would present the user with a variety of simple means for selecting and zooming to a geographic area of interest (the nation or a region, state, metropolitan area, Congressional District, county, city, zip code, or census tract) for displaying data in the form of a map, profile, table, or chart. Methods for selecting the geographic area of interest might include typing in a street address, city, and state; typing the name of the desired geographic area in a search box; or selecting the area from a map or pull-down menu.

**Interactive Mapping**

Interactive mapping of all datasets should be supported at a number of geographic scales.  Where possible, datasets should be summarized at higher geographic scales, and the system should automatically choose the appropriate scale for display based on the user's chosen zoom factor.

*The following mapping features should be included in the first release of the CDS:*

Toggle Display of Basemap Layers
Users should have control to display or hide basemap layers like boundaries of cities, counties, zip codes, congressional districts; highways; streets; etc.

<u>Add or Remove Thematic Layers</u>
Select and change the themes to be displayed on the map.  Mapping should support simultaneous thematic display of up to two sets of attribute data (spatially joined to boundary layers like county or census tract) along with a point theme.

<u>Zoom In, Zoom Out, Pan, Recenter</u>
These options allow users to increase or decrease the map's scale, change area displayed on the map, or recenter the map around a point clicked by the user. These four functionalities would be available on all screens displaying interactive maps. Users would be able to choose their zoom level, for example by selecting a 'zoom factor' between 1 and 10.

<u>Print Map</u>
Brings up a configurable print version of the current map on display with instructions.

<u>Download Map</u>
This option will initiate a dialogue that allows users to store a map to their hard drive. The maps would be in JPG or other common graphics format, so as to allow easy embedding in word processing documents.



*The following additional mapping functionalities are desired, but need not be included in the first version of the CDS:*

<u>Define Theme Classification</u>
Users would be able to flexibly define the interval ranges and color scheme for a given polygon theme.

<u>Upload User-Provided Polygon or Point Data</u>
Within limits established by the project team, the user would have the ability to up-load their own polygon or point data for mapping in conjunction with system-provided data.

<u>Classify Point Theme by Attribute</u>
Users would have the ability to generate classifications for their point themes, and the system would be able to display different icons for different user-defined categories in the point data.

Label Point Data
Users would be able to choose the label that appears with their point data.

Create Custom Neighborhoods
A point-and-click polygon drawing tool that allows users to create custom, user-defined "neighborhoods" built from census tracts, block groups, or 5-digit zip codes, which may be stored for future use in a user's profile. (See "User Profile Areas" below.) Once created, census or other data would be viewable for the user's neighborhoods in map, profile, or chart/table format.

Retrieve or Download Information for Custom Neighborhoods
Users would be able to retrieve data for their chosen neighborhood. The application will provide summary results (e.g., profiles, tables and charts) and a thematic map for the defined neighborhood by:

- Aggregating pre-defined attributes for the selected census tracts, block groups, or zip codes (sum, average/weighted average, min, max) and show comparison profiles for larger geographic areas (e.g., cities, MSAs).
- Allowing the user to select from a set of variables to create a customized map and tabular report for the neighborhood.

Users would also be able to download attribute data for their defined neighborhood in comma-delimited or Microsoft Excel formats.

Generate Reports by Boundary Layers
Users would be able to create printable reports on point-based user-provided datasets.  Reports will list which points within one or all categories fall into selected boundary layers and/or user-created neighborhoods.

Search by Distance
For point themes, find all points that fall within a certain radius of an address, intersection, or mouse-click on a map.

Identify
Retrieve more detailed information on a data point or polygon that a user clicks on. This information would be presented in tabular form.

Map Profiles
Similar to tabular statistical profiles (see "Statistical Profiles" below), the CDS might also include pre-defined and designed map "profiles" that are developed by the project team to illustrate spatial variations in key indicators or relationships between indicators.

**Statistical Profiles**

A profile is a short (i.e., no more than several pages) table that is generated dynamically by the CDS and that depicts the housing, demographic, economic, or lending profile for a given geographic area by showing values for pre-selected variables. Profiles must be constructed in such a way that their contents vary depending on geographic scale.  In general, more data will be available for higher scales like states than for lower scales like census tracts.  (For example, annual estimates of housing units authorized by building permits are available for states, but not census tracts.)  Profiles should offer users comparisons between the area of interest and higher geographical scales (e.g. if one of the variables in a county profile is vacancy rate, the vacancy rate at the state or national level would be shown as well). An important architectural point is that the system should support the easy addition or modification of these profile templates without development of large sections of code.

*The following statistical profile features should be included in the first release of the CDS:*



View Profile
Users should be able to select available profiles from a drop-down list.  In addition users should be offered a link to 'switch' to a particular profile when they generate a map of an area.

View Map or Chart from Profile
By clicking on an icon next to a given indicator on the profile page, the user can link directly to a chart or thematic map depicting variations in the indicator.

Download Profile
Users should have the option to download a profile, in standard web graphical (.jpg or .gif), comma-delimited, or Microsoft Excel formats.

Print Profile
Provide a link to a version of any profile that is formatted for printing.

*Additional functionalities that are desired, but need not be included in the first release of the CDS*, include the ability to access historical data tables (in Excel or other widely used file format) directly from the profiles and view comparison and ranking tables and simple maps.

**Tables and Charts**

*The following tabulation/charting features should be included in the first release of the CDS:*



View Chart or Tables

From a map or statistical profile, the user should be able to link directly to tables and charts. From a map, the user should be able to click on a geographic unit and see a table and chart that present data corresponding to the active theme(s) on the map. From a statistical profile, the user should be able to click on an individual indicator and see a chart and table that depict indicator values. Charts and tables should include comparisons with larger geographic areas that are relevant to the geographic area of interest selected by the user. (For example, if a county is the selected geographic area of interest, comparison areas might include the nation and state and metropolitan area (if applicable) of which the county is part.)

Download Chart, Table

Users should have the option to download a chart or table, in standard web graphical (.jpg or .gif), comma-delimited, or Microsoft Excel formats.

Print Chart, Table

Provide a link to a version of any chart or table produced that is formatted for printing.

*An additional tabulation/charting functionality that is desired, but need not be included in the first version of the CDS,* is the ability for users to choose their own variables from available data sets to create custom tables and charts based on the site's datasets.

**Administrative Interface**

A site administrative interface will include functions used by Foundation staff to configure the way that the application behaves for end-users. Wherever possible, authorized non-technical staff should be able to control site behavior without needing to make requests from technical staff or contractors. Administrative functionalities also include the ability to view site usage statistics and user feedback submitted through the CDS interface and to add content to the site.

*The following administrative functionalities should be included in the first release of the CDS:*

Control Site Content

Foundation staff and selected project contractors should have the ability to add, edit, archive and remove site content (such as news items, housing market reports, links to other data resources on the Web, etc.).   The metadata tool (see RFP section 2.2.2.5) should also be integrated with the administrative interface.

Retrieve Site Usage and Evaluation Reports

Administrators would have available in real-time a number of site usage reports, both general (number of sessions over time, number of hits over time, etc.) and specific (number of users currently on the system, user profiles, return visitors, etc.).  Evaluation reports would also include user feedback and bugs reported by users.

Master Control over Available Site Layers

Administrators should be able to define which boundary and data layers are available on the site.  A complete list of these layers will be stored in site metadata tables, and administrators would have the ability to 'hide' or 'display' any layer on the site.

*The following additional administrative functionalities are desired, but need not be included in the first version of the CDS:*

Change Size Limit on Users' Personal Storage

Control size of users' personal storage area.  (See "User Profile Areas" below.)  Administrators would also be able to individuate this size limit, allocating additional storage area to project partners.

Interfaces to Support Translation into Multiple Versions

Site administrators would be able to control the text on the site, and the translation of that text into other languages.

View/Edit Geocoding Queue

Geocoding requires intensive use of server resources, so requests to geocode uploaded user-provided point datasets would be queued to minimize impact on server performance.  If their dataset has been placed in a queue, users would be notified via e-mail when their dataset has been geocoded.


**User Profile Areas**

*Although not required for the first release of the CDS, user profile areas are a desired site feature*.  Users who sign up for an account would be able to store content – maps, tables, charts and datasets they have uploaded – across multiple sessions based on limits established by the Foundation.

CDS might support the following functions in the user profile area:

<u>Retrieve Stored Content</u>
Any map, table, or chart produced by users could be stored in their profile areas.  Users can access these through their "My CDS" profile, and also add new items to store or delete unwanted items.  The amount of storage space allowed users will be determined by the Foundation.

<u>User Upload of Excel, MS Access, or Comma-Delimited Data</u>
Within limits established by the Foundation, users would be able to use a series of web-based forms to upload a file containing point or thematic data for mapping.  Point datasets would contain addresses (address columns to be specified by the user during the upload process), which would be geocoded by the system.  Other datasets may be thematic, and users will have the option to specify a 'spatial join' between their data and boundary layers.  For instance, if a user wants to join data to census tracts, their data must contain precise FIPS codes for the census tracts specified.

Users would also be able to specify labels to display on the map for uploaded point datasets, and classifications and color schemes for their uploaded thematic data.

<u>User Edits to Point Datasets</u>
Users would also be able to add or delete points one at a time to their datasets via a point and click, map-based interface.

<u>View Dataset in Tabular Format</u>
Allows users to review their uploaded datasets in tabular format.

<u>Zoom to User Dataset</u>

Takes users directly to an interactive map at the extent of their uploaded dataset with that dataset on display.

<u>Change Profile Info</u>

When users sign up for accounts, they are prompted for a number of facts about who they are, contact info, e-mail address, etc.   This area allows users to edit that information.

<u>Change Preferences</u>

Allows users to specify their display preferences, e.g., map size.

<u>My Neighborhoods</u>

A user would be able to add, edit, or remove custom-defined neighborhoods (see "Interactive Mapping" above).

<u>Generate Variables</u>

Allow users to generate and store their own variables on the system.  For instance a user may want to calculate ratios between two variables and then view those in time series or for different geographical areas.

<u>Download Full Data Sets</u>

Selected registered users might also be able to download full datasets from the site.  Limitations on data downloading will be determined by the Foundation in consultation with project contractors.

# 11.0   APPENDIX F: SAMPLE USE SCENARIOS

The following sample use scenarios illustrate the utility and desired interactivity of the content and potential functionalities described in Appendix E. They also illustrate the potential for integrating the CDS with the rest of KnowledgePlex.

**Scenario 1. Eduardo.**
Eduardo is the project manager at a community development corporation in Dallas, Texas.  While most of his time is spent working on property acquisition and tenant outreach, a small portion of his job requires him to do research for grant proposal writing.  However, he has little time allotted for grant writing, and often struggles to locate relevant background demographic and housing data for the neighborhood that his CDC serves.  Specifically, his organization would like to adopt a more comprehensive community development outlook, and begin to move their clients from being renters to homeowners.  His grant proposal to the Local Initiative Support Corporation would be enhanced with data and maps that show the homeownership rate, income, race, and lending information for his target neighborhood.

Eduardo hears about CDS through a colleague.  He goes to the site, and decides that it probably can meet his needs.  He creates an account and proceeds directly to the mapping section.  He zooms in to his CDC's service area by typing the organization's street address, city, and state.  He then uses the polygon drawing tool to select the five census tracts that compose his CDC's service area. Using a drop-down list, he views the demographic, housing, and home lending profiles for his service area.  He downloads the profiles in Portable Document Format so that he may include them with his grant application.  The lending profile provides home purchase loan rejection rates by income category from HMDA for his service area, metropolitan area, state, and the nation. The profile also provides a direct link to a chart that graphically depicts these variations. Eduardo thinks the chart helps to substantiate the need for a homeownership education and counseling program in his neighborhood, and thus downloads the chart image in a graphical file format that he later imports into the Word file containing his grant application.

On the lending profile page, Eduardo notices that the CDS has provided him with a link to a practitioner's guide for analyzing HMDA data. After reviewing the guide, he decides to include in his grant application a proposal for a four-year study of lending in his service area and metropolitan area. The intent of the study is to provide some preliminary insights into how the organization's outreach, education, and counseling program might be affecting access to mortgage credit in its service area.

Eduardo's grant application is accepted, and he implements the homeownership program.  The tables and charts that he creates in CDS are later used on his organization's website to increase their community transparency and communication with their funders.

**Scenario 2. SangHyun.**

Sanghyun is the staff Organizer at an anti-gentrification community organization in Las Vegas.  One of his organization's projects is to create maps that show the relationship between the location of viable local businesses and neighborhood change.  They created their own list of key local businesses by conducting interviews and walking door-to-door.  But he needs to locate a source of neighborhood demographic and housing data that he can map with his locally collected data.

He searches on Google.com and locates the KnowledgePlex CDS.  Once he gets to the home page, he sees a link for "New visitors."  This page gives him an overview of CDS along with its history, tools, guides, and ways that he might use the site.  He uses the site help features, which guide him through uploading his list of businesses and then creating maps and other outputs that can help him in presenting his information.

Sanghyun creates an account, selects the 8 census tracts that compose his organization's service area, and then proceeds to the data uploading tool. He uploads 25 businesses using their addresses.  From a menu, he selects system-provided variables showing changes in racial composition and income.  He then produces maps that show the relationship between business locations and changes in racial composition and income in the census tracts that compose his service area.  He is very satisfied with the maps that the CDS provides, so he downloads .jpg files for including in his organization's quarterly newsletter. He also downloads the race and income data for the census tracts in his service area into an Excel file for future use.

Before he leaves the CDS, Sanghyun notices that the system has provided him with links to content elsewhere on KnowledgePlex.org through a carefully integrated content management system.  He suddenly finds himself with access to a wide variety of links to articles, news, and conferences about gentrification.  He uses this new information to help shift the organization's approach from a sole reliance on "defending turf" through conflict-based organizing into a more "pro-active" development approach that protects "at risk" housing stock.

**Scenario 3. Helen.**

Helen is a real estate reporter for a major regional newspaper in California. She regularly visits KnowledgePlex.org for the latest news and studies on housing and community development.  On a recent visit to the site, she found a research report on the "Great Housing Collapse" in California. Intrigued by the report, she decided to prepare an article for the real estate section of her paper that describes the California "housing collapse" and places it within the context of housing production trends in the nation.

Following a link to the CDS provided on the landing page of the "Great Housing Collapse" research report, she accesses a housing profile for the State of California. The profile provides the most recent available data on housing permits issued and manufactured homes placed in California, which she uses to update production statistics provided in the research report. This and other profiles provide a variety of useful demographic and

housing data that she will use to paint a current portrait of the State and use as background for the article.  Because she is also interested in contextual data for the nation, she finds the comparison data for the United States that are provided in the California profiles to be of great value.  The profiles not only provide data on current conditions, but also direct links to historical housing production and population growth data.  She downloads these historical data into Excel files and mails them to her section's database editor, who then analyzes the data and uses it to prepare a graphic for the article.

# EXHIBIT 3

# VINQ PROPOSAL FOR DEVELOPMENT OF COMMUNITY DATA SYSTEM

CONTRACTOR:                      VINQ, LLC
                                 2025 Park Royal Drive
                                 San Jose, CA 95125
                                 Web address: www.vinq.com

AUTHORIZED NEGOTIATOR:           Mark Torrance
                                 408 267-1598 (w)**REDACTED**(cell)
                                 408 516-9479 (fax)
                                 Email: mark@vinq.com

PROPOSED SUBCONTRACTOR:          Metonymy, Inc.

WOMAN-OWNED BUSINESS:            VINQ, LLC is a woman-owned business

PROPOSAL SUMMARY:

Vinq, LLC (Vinq) proposes to spec, develop, implement, maintain and integrate Web applications and user interface for a new Community Data System (CDS) as a part of KnowledgePlex.org (http://www.knowledgeplex.org). The CDS will be a central clearinghouse for a variety of housing and demographic data and will provide multiple means of accessing and displaying data and metadata.

Vinq proposes to provide these services as outlined in detail within this proposal, which are designed to fulfill the specifications provided in the Request For Proposals titled *Community Data System for KnowledgePlex.org* dated March 30, 2004, over the period of the 2 years following the initial contract date (expected to be on or around April 30, 2004). NOTE: Vinq will not be prepared to start until April 30, 2004 if the initial contract date is earlier than that, due to the need to hire additional staff to supplement our staff on the KnowledgePlex project, freeing up the resources who are herein proposed to work on CDS.

PROPOSED TIMEFRAME               Initial beta release for use by Urban Institute within 110
                                 days of contract date, first public release (version 1.0)
                                 within 140 days of contract date. 2 subsequent releases
                                 during the 2 years following contract date.

PROPOSED BUDGET                  Vinq proposes to complete version 1.0, 1.1, 1.2, and 1.3
                                 of the KnowledgePlex CDS project as herein proposed
                                 within a budget of $494,184.

TABLE OF CONTENTS

*EXECUTIVE SUMMARY* _____ **3**

*TECHNICAL APPROACH* _____ **4**

  **Overview of Proposed Technologies**_____ **4**
    Extensibility _____ 5

  **Implementation** _____ **5**
    User Interface Design _____ 5
    Ideas From Other Mapping Products _____ 6
    Specialized Needs _____ 7
    Prototype _____ 9
    Performance Analysis _____ 10
    Project Management Methodology _____ 11
    Training and Support _____ 11

*CDS Requirements (per Template provided in RFP)* _____ **12**

*Cost Proposal* _____ **15**

  **Personnel Costs** _____ **15**

  **Product Costs** _____ **15**
    Software Licenses _____ 15
    Software Upgrades_____ 15
    Software Technical Support_____ 16
    Hardware _____ 16

  **Ongoing Costs**_____ **16**

*Schedule* _____ **17**

  **Audience** _____ **17**

*Ownership* _____ **18**

*Staffing Plan* _____ **18**

  **Mark Torrance**_____ **19**

  **Michael Dvorkin**_____ **20**

  **Jaron Waldman** _____ **21**

  **Ellen Boucher** _____ **22**

  **David Newhoff** _____ **23**

*REFERENCE CLIENTS / PROJECTS* _____ **24**

  **StockMaster.com** _____ **24**

  **KnowledgePlex.org** _____ **25**

  **Neighborhood Knowledge California**_____ **26**

*CONCLUSION*_____ **27**

*PROPOSAL AGREEMENT* _____ **28**

## EXECUTIVE SUMMARY

Vinq, LLC is a full service software development and consulting firm specializing in the design, implementation and maintenance of large scale interactive customer-facing web based software systems. Vinq was formed in 2003 to bring together the unique talents of its employees to bear on the web development needs of KnowledgePlex.org, a project of Fannie Mae Foundation (FMF). FMF remains Vinq's largest client; Vinq has continued to expand its role for FMF, and now has full architecture, design and implementation responsibility over 4 FMF web properties including KnowledgePlex 2.2, FannieMaeFoundation.org 1.1 and 2.0, HelpTheHomelessDC.org (annual, recurring), and HomeBuyingGuide.org. Vinq has recently added NHP Foundation as a new client; our project for NHPF is not yet deployed but is currently underway. Vinq currently employs 7 people, though we would supplement that staff with 2 additional employees if we win this project. Vinq has successfully teamed with a variety of other contractors either as a subcontractor (to Project Performance Corporation) or as a prime contractor (working with subcontractors Semagix and Online Focus).

Vinq's core competencies include experience building and deploying large-scale interactive web applications which incorporate graphics and well-designed user experiences. One example of this is StockMaster.com, a top-10 consumer finance site which was developed between 1993 and 2000 by the Principal of Vinq, Mark Torrance. StockMaster delivered upwards of 2.2 million pageviews per day to over 1 million unique visitors per month, on products including portfolios, beautiful historical and intraday charts (simple, fundamental and technical), and custom-formatted SEC filings as part of an Investor Relations package.  StockMaster also demonstrated our expertise in cobranding or private-labeling of selected web content in a custom way for over 240 paying corporate customers; a need which is identified as part of the possible future plans for CDS.

Vinq is pleased to submit this proposal, which we believe covers the essential requirements for the development and maintenance of the Community Data System for KnowledgePlex as laid out in the RFP of 2004, including the development and maintenance of an interactive website providing maps, data tables, charts, and profiles based on the data sets outlined in the RFP, along with the supporting material such as documentation and training materials which were requested. Details of our approach can be found in the next section, including exactly which features and on what schedule we are proposing to implement.

We believe we can offer Fannie Mae Foundation a unique ability to deliver the product envisioned by the core CDS team, based on our recent experience working with the KnowledgePlex team on the design and implementation of KnowledgePlex. We are aware that, as with all software projects, requirements may be underspecified at the start, and we believe that the Foundation will benefit from working with an experienced contractor who can not only cooperate with other vendors as needed to integrate a complete solution, but who has demonstrated a willingness to flexibly and rapidly implement and maintain stable, large-scale web systems in the face of late-changing requirements. This flexibility and speed will help KnowledgePlex to take advantage of business opportunities as they arise.

We would caution, however, that at some point if the requirements continue to change beyond the scope outlined in the RFP, and if the budget herein proposed has been spent completing the requirements as we have herein outlined fully, we would then expect to undertake any further work under a new contract or an extension to this contract with an increased budget.

We propose to include one subcontractor, Metonymy, Inc., whose principal, Jaron Waldman, would be one of our lead developers and who would also serve as our resident GIS expert.

Metonymy, Inc. is a Los Angeles, California based consulting firm specializing in design, development and management of community technology projects. Founded in 2001, its earliest work grew out of the groundbreaking web-based Geographic Information System (GIS) projects developed at the UCLA Advanced Policy Institute. Metonymy and its Principal, Jaron Waldman, were an instrumental part of these projects, designing a reusable web GIS platform and conceptualizing new technologies to dramatically increase the openness and extensibility of their applications. Since then Metonymy's work has grown, and although its core personnel consists of three people (Mr. Waldman along with two expert web application developers), the firm's network is expansive, encompassing numerous experts on interface design, GIS, project management, data modeling and application design.

Metonymy's core competency lies in helping its clients rapidly conceptualize, design and articulate robust extensible web applications, data models, and community-based data and mapping systems.

## TECHNICAL APPROACH

### Overview of Proposed Technologies

Vinq has explored a variety of possible map serving technologies for use in this CDS application. Based on the goals outlined in the RFP, we believe using open-source technology for the map server would provide the most robust, flexible, and affordably-scalable solution both now and in the future.

Mapserver, originally developed at University of Minnesota, provides a robust, high performance C-based web mapping engine which is compatible with the most popular GIS standards, including ESRI Shapefiles (.SHP), the PostGIS language available with the PostgreSQL database, Web Map Server layers and Web Feature Server content (both as a provider and as a consumer). Vinq has put together a prototype (described below), which demonstrates very effectively the performance we believe we can expect from a Mapserver/PostgreSQL based solution.

Vinq would propose to build the front-end web facing interface technology using Perl, mod_perl, Apache, Mason, and MySQL. This is the same technology mix used in KnowledgePlex.org today; by using it, CDS would be able to interface and interact seamlessly with the user authentication, topic classification, presentation of related topics and related content from KnowledgePlex.

The dominant technology used industry-wide for mapping is the ESRI Web Map Server; its advantages are more widespread use and deployment, a greater number of features for the rendering of maps, and available commercial support from ESRI. Disadvantages would include price (a per-CPU cost would make the solution potentially expensive if the usage on the combined CDS application grew large), and lower flexibility to customization (only relevant if future versions of CDS require features which are not yet available as part of the ESRI WMS application). While Vinq has not previously worked directly with this map server technology, we have confidence that with the help of our proposed subcontractor Metonymy, Inc., we would be able to help us integrate our proposed Perl-based front-end technology with the ESRI Web Map Server if this solution is desired by the Foundation. We would need to revisit our budget to include the cost of the ESRI software, and potentially lower costs for the selection of attractive

map layers, etc. Because we have not yet explored the cost or scalability/performance characteristics of ESRI Web Map Server, we cannot guarantee at this time that Vinq would be able to deliver all of the proposed features for versions 1.0 through 1.3 within the proposed budget if this option were selected by the Foundation.  Our proposal assumes we will be using the free, open source UMN Mapserver.

|  | Web Servers (2 + 1 dev) | Database Server (1) |
|---|---|---|
| Operating System | Red Hat Enterprise Linux ($1000) | Red Hat Enterprise Linux ($1000) |
| Disk space required | 500 GB | 1 TB |
| Third party software installed (all software and packages are free / open source) | UMN Mapserver Apache webserver Mod_perl Perl 5.8 PHP for charting FreeType libraries Truetype fonts (+ other assorted libraries for Perl and PHP, all free + open source) | PostgreSQL with PostGIS extensions MySQL database (for KnowledgePlex content and user profiles) Perl 5.8 |

**Extensibility**

We believe our proposed solution offers an unusually cost-effective opportunity for extensibility, as either the web servers or the database server can be replicated in a cost-effective way by simply purchasing and installing additional hardware. All software costs other than Linux are $0 per CPU, due to their open-source nature.

*Implementation*

**User Interface Design**

Vinq has undertaken to develop a preliminary design for the CDS based on the requirements set forth in the RFP. We are quite excited about even this preliminary work, as we believe it already demonstrates the compelling potential of the data and mapping system which Fannie Mae Foundation has outlined in its project description.  We also believe we have designed some innovative approaches to selecting, showing and interacting with the type of region-valued and point-collection-oriented datasets which will be prevalent in the CDS.

While we have invested some effort to date in the production of this design and a simple prototype to demonstrate its functionality in an interactive way, we fully expect to revisit any or all aspects of the design based on feedback from the KnowledgePlex and CDS team at Fannie Mae Foundation, the KIAC committee, and potential users of the CDS functionality prior to and subsequent to its initial launch.



**Figure 1: Community Data Explorer – Initial Proposed Design from Vinq**

## Ideas From Other Mapping Products

There are many mapping and GIS systems available on the Web today. Most of them are focused on generalized mapping or imaging of physical data and features, such as mountain ranges, elevation, water features, precise coastlines, roads, driving directions, seismic data and the like.

While different from CDS in their focus, these systems have several things in common with the CDS.

- The need to show accurate place outlines for states, counties, census tracts, cities and city-equivalents, and possibly blocks and even parcels where appropriate.
- The general ability to select (somehow) which content (layers) will be shown on the map
- Standardized tools which mimic desktop tools for common functions including zoom in on a point, zoom out, pan, zoom to rectangle, zoom directly to a particular location, zoom out to the full extent of the map, and place name search
- Ways to present metadata about each included map layer or dataset
- Selective disclosure of detail, so that more fine-grained data is used only as the area of map coverage becomes more narrow.

Commonly accepted standards have developed for many of these areas, including algorithms for selective disclosure of detail (embedded in the map image server and implemented by good design choices made by the implementor), the use of magnifying glasses containing + and – for zoom in and zoom out, etc. We propose to adhere tightly to these existing best practices so as to help ensure the CDS interface will feel at once familiar, simple and powerful.

We have also worked to innovate in the area of location specification. Whereas previous efforts to let users specify a location of interest expect the user to explicitly choose the method by which they plan to specify the location (e.g. by zip code, census tract, county, metropolitan region, or state), modern search engines provide a very powerful example supporting general location searching. Yahoo Maps and Mapquest have long provided searching by place name, with separate fields for the address and the city, state, and/or zip.  These interfaces are quite robust to incomplete information. More recently, local.google.com has emerged with a single box to type in any address or location desired within the U.S. as a starting point for a locally-focused search or mapping activity.

We believe we can match this functionality through the use of database content indexed by name and covering spatial extents. Some innovations we propose include showing the list of matching alternative places within a popup window, sorting these alternatives by population by default (given the focus of CDS), and exploring the possibility of showing the top few alternative matches within the popup browser window as a mini-map, with javascript mouseover for each alternative so the user can just click on the correct one (we propose this feature not before release 1.2 of the CDS product).


## Specialized Needs

In addition to these areas, we see a number of other more specialized needs for CDS which are not typically addressed by the user interfaces of other web-based mapping systems:

1. Make the process of selecting datasets convenient, fast, and flexible, including both search and browse methods as well as promoting other related datasets during the act of "browsing" for a dataset of choice.
2. Color-code region based data as a primary way of showing data values on maps
3. Provide other ways, including charts and data tables, of viewing the content of region or point-collection based datasets which have been selected.

Point 1 leads us to design a separate screen for the selection of data sets, linked from the text "+ add another data set…" on the design.  Our design for this screen is still in process, but it would be rich (not just a pulldown), and should be designed somewhat like a shopping site, with a

lattice-like taxonomy, strong search engine, and multivalued ways to find each dataset. The shopping site metaphor works well here, because we believe users may frequently want to explore a number of similar or related datasets, and by allowing them to "continue shopping" in the large popup window to select other related datasets, we enable them to maintain the context of their search and/or browsing within the hierarchy we will define.

Point 2 leads to the importance of selecting good defaults for the color coding of regions, the powerful ability to roll region-based data up into larger regions (including caching of these roll-ups as separate datasets in the database for performance), and the importance of carefully selecting the method by which distinctions in the region-coloring choices are made. The principals of Vinq have extensive experience with large-scale consumer-friendly charting applications in which automatic scaling was required – this background will come into play here in a significant way.  We imagine the autoscaling of color coding to regions can be done on either a linear or logarithmic scale, with a user-selected number of distinctions between 4 and 12.  Our previous work on autoscaling leads us to recognize the danger of leaving boundaries at mathematically accurate but hard-to-read values, hence the value of having the autoscale levels "snap" to simpler decimal values. We also envision a user choice which would (1) leave the color coding scale based on the national distribution of values, or (2) readjust the scale to the currently selected region, creating new color variation so that fine-scale patterns can be seen but at the cost of removing the "stability" of the color coding from its national norm.

Point 3 leads to our design which separates the display-independent controls (Location, Group By, and the list of datasets) from the display-dependent controls. We have grouped the display dependent controls within the outlined box of a set of tabs, which include Map, Chart, and Data Table. Each of these tabs would include the display of the information from the current datasets in the selected format, along with any appropriate controls which are specific to that form of display.

On the Map tab, next to the map would be tools to allow the user to control the map: zoom in, pan-drag, reset to full extent, and zoom out, as well as a Scale control that supports rapid zooming to other scales and reporting of the current scale. Other tools would include Download Map as a PDF (which would draw a higher-resolution version of the map on the server and embed it in a PDF file), a legend,  and a panel to choose the details of how the data sets are displayed on the map.  This panel would let the user independently control the attributes of color, shading, symbols, and one or more sets of textual data labels to define exactly the desired map image. Because exposing so many of these options at first may be imposing, we recommend showing only the Color option, with a small "reveal" triangle next to it or a blue hyperlink below labeled "advanced options…" which would refresh the page, exposing all the choices. The final set of proposed options at the bottom would include the ability to resize the map (debatable, since it would take the design outside the 750 pixel wide design currently used on the new KnowledgePlex 2.2), the ability to select a background image such as elevation contours or a particular flat color, and the ability to add certain limited foreground layers such as roads + water features.  These last choices are deliberately limited compared to the flexibility found on other online mapping systems, since they do not represent the principal emphasis of the CDS toolset.



**Figure 2: CDS Prototype by Vinq**

## Prototype

Figure 2 depicts a working prototype incorporating some features of our design for CDS, developed by Vinq, which we would be happy to demonstrate to the CDS selection team if we are selected as a finalist. Because this prototype is a work in progress, and because it incorporates incomplete National coverage in terms of its datasets, we would prefer to be present for any demonstrations of its interactive functionality. We have designed it following our original mockup shown in Figure 1, and incorporated additional features and finesse based on best practices from National Map, The Atlas of the United States, and other wide-scale GIS projects.

This prototype is already built to fit within the KnowledgePlex 2.2 look and feel, and within the

800x600 proposed minimum screen resolution (the header of KnowledgePlex 2.2 is 750 pixels wide). Most web mapping applications offer the user a choice of map image sizes; this could present a problem in terms of compatibility with the current design of KnowledgePlex, which operates within a fixed 750 pixel width even when the user's browser window is much wider. We would propose either a "stretchy" design for the CDS portion of the KnowledgePlex application, which would cause the map to be automatically enlarged to the full browser width, or a manual resize control which lets the user decide how large an interactive map image to view. Either of these choices would require the development of a "stretchy" header, and possibly the removal of the right-side line which is shown in our current CDS prototype.

## Performance Analysis

The RFP specifies that the CDS system should deliver pages in under 2 seconds on a 28.8Kbps modem, and maps in under 3 seconds. We take that to mean pages containing maps should take 3 seconds, and pages not containing maps should take 2 seconds. We herein describe the feasibility of this goal.

At 28,800 bits per second, a 2 second limit means that the (compressed) version of the pages must weigh in at under 7 KB, only about 7000 characters.

Our mapping prototype page includes under 4 KB worth of HTML text, plus a single map image that averages about 22 KB in size at a resolution of 400x400 pixels, in PNG format. Other images on the page total under 15 KB, and all of these can be cached so that they are reloaded / reused by the browser. Likewise, we employ a large CSS stylesheet, 16 KB in size, which can also be cached to increase performance. The download size is clearly dominated by the size of the map image; this would result in a need to download about 55 KB worth of content on the first pageview (about 18 seconds on a 28.8 modem), and about 22-26 KB on subsequent pageviews (about 6-7 seconds on a 28.8 modem). We can remove the need to redownload, and redisplay, the containing HTML page each time by embedding the map image on a separate layer. The containing page would need to be refreshed when its content changed (e.g. when new datasets were selected or if the zoom level changes significantly), but not otherwise. We would also expect to include additional Javascript files which would be separately loaded (once) on initial pageview, and thereafter cached – these files would define the "draggable zoom rectangle" and "pannable map" functions.

We believe this design, while heavier than the requested 2 seconds for text pages and 3 seconds for maps, represents the best compromise given the goal of presenting valuable data in graphical map form. We could certainly reduce the download time by making the map image smaller, but this would likely defeat the purpose of the application. Still, we may offer smaller as well as larger map image sizes in order to have the application scale to meet the performance, research, and bandwidth available to each individual user. We wish to make it clear that the rate limiting piece in our proposed application, for users on a 28.8 or even 56Kbps modem, would be the download speed of their modem, and that we would use every method available to us to improve the perceived peformance of the application as delivered to these modem users, the lowest-common-denominator clients.

Moreover, alternative mapping technologies frequently take several seconds even on a high speed connection simply to render the map on the server and provide it as a set of layers to the client viewer object; we believe we can cut that time dramatically through our recommended use of

well-optimized open source software including PostgreSQL with PostGIS extensions and Mapserver.  In our initial tests, maps are typically drawn on the server in between 300 and 500 ms using data from the database.

We have not completed prototype versions of either the Chart or Data Table tabs, but we feel confident based on our past experience that we can optimize the application to deliver these types of content as fast as is practical, and in any case with performance comparable to or superior to that of the maps.

## Project Management Methodology

Vinq has successfully used a project management tool called DotProject, which we have customized to further meet the project monitoring and reporting needs of the KnowledgePlex team at Fannie Mae Foundation. This tool allows management and other interested parties from FMF to monitor progress, and influence priorities in real time, of the detailed tasks which make up the KnowledgePlex project. Vinq proposes to use this same tool to manage the coordination of development efforts for the CDS project.

## Training and Support

Vinq has included 20 engineering days + 4 project-management days of effort for the development of training materials in our budget. We plan to engage the services of an additional subcontractor for this development, with experience using tools to create online versions, powerpoint-based classroom materials, and interactive online help content. We expect to find that we can afford additional days of effort if we are able to identify a contractor who would cost somewhat less than our projected weighted average cost.  We have some leads on such a contractor, but have not engaged these services pending the outcome of this CDS proposal selection process.

Vinq has been delivering 24x7 support for KnowledgePlex, with a very respectable practical response time. We have focused on hiring highly experienced developers and support personnel, and we're sure the CDS team will find that the existing FMF staff who have interacted with Vinq for support issues are quite satisfied with the speed and quality of the response they have received over the past 6 months.

## CDS Requirements (per Template provided in RFP)

| RFP Section Functional Requirement | Version of CDS and Release Date (months from contract award) | Technical Approach Summary Description | Expected Time & Material Costs | Technology/ies Utilized |
|---|---|---|---|---|
| **2.2.2 Minimum Requirements for Initial Release of CDS** | | Note: these costs for the specific requirements do not include other general costs associated with development of the core database engine, time to coordinate efforts with FMF and Urban Institute, and time to work through any issues or problems with the data which arise upon initial use of the alpha and beta releases of the CDS product. We have outlined and estimated these costs in more detail in our spreadsheet, Vinq CDS Proposed Budget.xls. Where this table is found to disagree with the provided spreadsheet, please consider the spreadsheet to be our definitive proposal in terms of the specific project costs. | | |
| 2.2.2.1. Select geographic area of interest | 1.0, 4-5 months | Google-like text search area, using SWISH-E for rapid search across all named geographic features with extent. Results shown in pop-up window if more than one, with final choice affecting map, data table, or chart domain within main mapping window. | 8 + 20% days | SWISH-E search engine, data in PostgreSQL database |
| 2.2.2.2. Interactive mapping | 1.0, 4-5 months | Open source Mapserver with custom-chosen colorsets, autoscaling, data layer selection. Ability to add WMS and WFS map layers from other sources later. | 23 + 20% days | UMN Mapserver, PostgreSQL database, Javascript/PNG technology to make the maps interactive. |
| 2.2.2.3. Statistical profiles | 1.0, 4-5 months | Use data from PostgreSQL database to implement profiles using the indicators selected by Urban Institute, per the RFP | 5 + 20% days | |
| 2.2.2.4. Tables and charts | 1.0, 4-5 months | Powerful charts with well-chosen, autoscaling axes. Data tables with independently selectable rollups. Maps, tables and charts are subtabs which share the choice of data sets and location extent as defined by the top area per the Vinq prototype + mockup | 10 + 20% days | Perl front end makes direct calls to database to render selected data as charts and tables. Use GD/GIF based chart drawing software such as JpGraph (already used for user statistics on KnowledgePlex) |
| 2.2.2.5. Metadata tool | 1.0, 4-5 months | Perl-based forms to be used in conjunction with the uploading of datasets. | 8 + 20% days | Written in Perl. Requirements are still unclear, so this schedule may need to be adjusted depending on the final requirements from Urban Institute for this tool. |
| 2.2.2.6 Integrated metadata and user guides | 1.0, 4-5 months (metadata only) 1.1-1.3 for training materials and user guides, | This includes presenting the metadata through integrated popup forms/dialogs, and the creation and integration of user guides, as well as all online help and classroom training materials | 35 + 20% days. Note: development of training materials cannot begin until the completed | Perl, presenting database and filesystem content |

| | over the next 2 years | required elsewhere in the spec. | application is deployed. | |
|---|---|---|---|---|
| 2.2.2.7. Administrative interface | 1.0, 4-5 months | We would integrate the administrative interface into the existing KnowledgePlex administrative interface, providing extra controls for reporting usage in a detailed way as well as controlling access and usage by individuals and organizations. | 10 + 20% days for 1.0, plus more later | Perl, interacting with MySQL database for user profile information and with PostgreSQL database for mapping, GIS and location based information. |
| 2.2.2.8 Data output | 1.0, 4-5 months | Data downloads in 1.0 would not be group access controlled, but for later versions they would be. We would provide data export for limited subsets of data (as defined by CDS team) in 1.0, in CSV format for use in Excel or other apps. If desired, .SHP file data export can be made available as well within this timeframe | 6 + 20% days for 1.0, more later | Perl, interacting with PostgreSQL database to construct subsetted data output on the fly in response to user demand. This also provides a chance to control/limit the data output later as group access policies are instituted in subsequent releases. |
| 2.2.2.9 Security | 1.0, 4-5 months | We would work with the CDS team to define the limits of acceptable use, and ensure that the web front end imposed those limits, in the form of maximum pageviews per minute, maps per day, quantity of data downloaded, and the like. If automatic data scraping is viewed as a significant threat, we could also incorporate technology such as "type the word you see here" to make it very difficult for automated programs to sign up for user accounts. We could also identify abusive IP addresses and block them or throttle their usage. | 5 + 20% days for 1.0, more later | Perl, MySQL database, and client-side cookies for authentication / session management, possibly augmented with Perl modules to generate images of words for security of initial KnowledgePlex account signup. |
| 2.2.2.10 User feedback | 1.1, 7-8 months | We would support the capture of user feedback related to data sets, map outlines, particular topics for the user guides, etc.  We would provide a tool to let CDS staff browse this user feedback to find the most commonly suggested ideas by using word and phrase frequency. | 4 + 20% days, during development of 1.1 | We propose this feature for version 1.1; depending on the schedule we may be able to push it up into the first public release (at least the part that captures the user feedback), though the sophisticated analysis may have to wait. |
| **Other Functionalities** | | | | |
| Add rows as necessary to describe other functions that are included in the proposed solution (for the initial or subsequent releases of the CDS) but not covered in 2.2.2 above. | | Please refer to our detailed spreadsheet for this information. | | |

## Cost Proposal

*Personnel Costs*

| # | Name | Title | Project Role | Hourly Labor Rate | Estimated Project Hours | Total Cost |
|---|------|-------|--------------|-------------------|------------------------|------------|
| 1 | Mark Torrance | Principal | Project Lead / UI developer | $XXX | 1000 | $XXX |
| 2 | Ellen Boucher | Product Manager | CDS product manager | $XXX | 400 | $XXX |
| 3 | Mike Dvorkin | Sr. Software Engineer | Admin Interface + Metadata Tool Engineer | $XXX | 512 | $XXX |
| 4 | Jaron Waldman | GIS Lead | Mapping Guru, Database design, Community dataset expert | $XXX | 920 | $XXX |
| 5 | David Newhoff | Sr. Product Manager | CDS Sr. Product Manager | $XXX | 126.4 | $XXX |
| 6 | TBD – Author of Training Materials and Online Help | Help Content Developer | Develop training materials + help content | $XXX | 200 | $XXX |

| $458,056 | / | 3158.4 | = | $145.03 |
|----------|---|--------|---|---------|
| Total Estimated Project Labor Cost | (divided by) | Total Estimated Project Hours | (equals) | Blended Hourly Labor Rate |

*Product Costs*

### Software Licenses

| License Pricing Model (check all that apply) | Cost Per License | Number of Licenses | License Discount (if any) | Total License Cost | Annual Maintenance Cost (per year) | Support Costs (per year) |
|-----------------------------------------------|------------------|--------------------|-----------------------------|--------------------|-------------------------------------|---------------------------|
| License per User | $ | | | $0 | $0 | $0 |
| License per Server (for Red Hat Linux Enterprise operating system) | $1,000 | 4 | | $4,000 | $0 | $0 |
| License per CPU | $ | | | $0 | $0 | $0 |
| Enterprise License (for data – any map layers required for development which are not provided by Urban Institute, such as water layer, streets, parcel outlines, etc.) | $10,000 | | | $10,000 | $0 | $0 |
| Other Pricing Model (if any) | $ | | | $0 | $0 | $0 |

### Software Upgrades

| Expected Date of Upgrade | Objective(s) of the Upgrade | Expected Cost of Upgrade |
|--------------------------|------------------------------|---------------------------|
| | (none expected) | $ |
| | Total Cost | $ |

**Software Technical Support**

| Availability Scenario | Annual Cost | Assumptions (if any) |
|---|---|---|
| _8_ hours per day; _5_ days per week | $10,000 | Years 1-2 free, included in development cost |
| _24_ hours per day; _7_ days per week | $25,000 | Years 1-2 free, included in development cost |

**Hardware**

| Hardware Element Description | # of Elements Required | Estimated Cost |
|---|---|---|
| Cisco LocalDirector hardware load balancer | 1 | $17,000 |
| We assume other web and database hardware will be purchased by FMF outside of this budget, as explained in the response to CDS questions forwarded by email on April 9, 2004. If this is incorrect, please clarify to Vinq ASAP and we will revise our budget and proposed features to be included in order to accommodate the required hardware purchases (1 database server, 2 production web servers, 1 development web server) | | $ |
| | | $ |
| | | $ |
| | **Total Cost** | **$18,000** |

*Ongoing Costs*

| Cost Element Description | Estimated Cost | Frequency of Occurrence (x/year) | Duration of Occurrence (# of years) | Total Cost |
|---|---|---|---|---|
| Red Hat Enterprise Linux ES license renewal (total for all 4 servers) | $1,000 | 1x / year | 5 | $5000 |
| | $ | | | $ |
| | $ | | | $ |
| | | | **Total Cost** | **$5000** |

Note: These ongoing costs are estimates at this point, and are not included in the budget. The initial purchase cost of this operating system software is included in the budget spreadsheet.

## Schedule

The following proposed schedule is quite rough, but we have examined the required engineering and design tasks closely and feel confident that we can hit the milestones outlined in this section.

Sign contract, work begins on "initial contract date", but not before April 30, 2004 (to give Vinq time to add and train staff who will take over ongoing development and maintenance work on the KnowledgePlex project, freeing the proposed project contributors to work on CDS).

First 30 days: Complete design, including Chart and Data Table tabs, Javascript functionality, dataset selection interface, database schema design to capture metadata from Urban Institute standard. Work with CDS and KnowledgePlex team, and selected KIAC members to finalize the design and naming of the initial CDS 1.0 product. Start implementation.

Next 30 days: Complete implementation of initial 0.9 version which would incorporate just one or two datasets, but which would demonstrate complete mapping, charting, and data tables functionality. Work with Urban Institute to acquire latest clean datasets, and to ensure their emerging metadata standard is appropriately compatible with the relevant Federal GIS standards for metadata. Work on place-name lookup database and interface. Leverage the login and group-access-based security model of KnowledgePlex to control access permissions to CDS, including allowing users to upload personal datasets which will be available to them alone unless + until they choose to share them with a group or with the community as a whole.

Next 30 days: Work on performance tuning of mapping engine through caching alternative-scale versions of datasets, design and implementation of metadata management interface and other administrative tools for managing and reporting usage of CDS.

Next 30 days: Make alpha version of the 1.0 product available to Urban Institute so they can begin to develop Guides. Incorporate links to these Guides into the product. Add ability for users to download data from the datasets; pending determination by CDS and KnowledgePlex team of the terms under which they would allow dataset downloads. Add ability for users to provide feedback about specific features, functionality, datasets, or location details to the CDS team, and provide reports summarizing this feedback as part of the administrative interface.

Next 30 days: Complete implementation. Launch a beta of the 1.0 site within 150 days of initial contract date. Run a public beta test of the site, incorporating feedback into the 1.0 feature set as requested by CDS staff at FMF. Finalize 1.0 and launch it.

Next 30 days: Begin implementation of version 1.1.

Subsequent project schedule would be adjusted based on the requirements as they evolve in response to user feedback on version 1.0.

### Audience

The RFP asks that we discuss how our approach will serve the information needs of the various audiences KnowledgePlex has identified, with particular emphasis on Policy Makers and Practitioners.

We assume that the initial RFP has been created with these audiences in mind, and hence would expect that our proposal to implement the tool as it is described in the RFP and on the requested schedule would go a long way towards meeting their needs. However, to the extent actual members of these audiences have not yet been consulted about their specific information needs

with respect to such a demographic-focused mapping resource, we would propose that the Fannie Mae Foundation leverage its relationships with members of these audiences to request time for short usability studies during the development of the initial version of the product. We feel it would be most valuable for the product if one of the detail-oriented members of the CDS-Vinq project team were to conduct these interviews.

We would further caution that if the feedback from these audiences should for some reason be surprising regarding the proposed design or the proposed data sets to be included, we realize this could cause some rethinking and changes in requirements which might, in the worst case, be dramatic. We are fully prepared to engage on delivery of this project on time as specified; if, however, dramatic changes to the feature set or functionality are requested during the initial development phase, we would only be able to commit to incorporating such changes if the 150-day schedule for the initial release were able to be relaxed.

## Ownership

Vinq understands that Fannie Mae Foundation desires to retain all ownership and intellectual property rights in the software which is developed by the winning bidder. While we believe there may be protectible intellectual property claims present in even the work Vinq has done to date in deriving a user interface well suited to the CDS application needs, and we think even more creative, original, and potentially patentable work will be done during the course of the development of the CDS application, Vinq is prepared to assign the rights to any and all such intellectual property to Fannie Mae Foundation, so that the entire project can be treated as a work for hire.

## Staffing Plan

Vinq proposes its Principal, Mark Torrance, as the primary project leader, coordinating efforts and requirements with the principal contact Troy Anderson from Fannie Mae Foundation. Vinq will also be involving Ellen Boucher as primary product manager at 25% time, coordinating project schedules and engineering deadlines, and reporting to FMF on a periodic basis about progress. We have also allowed for the involvement of David Newhoff, a more senior product manager from Vinq, who brings a breadth of additional ideas and input to the project including strong input on how the CDS project can be most closely aligned with KnowledgePlex, for which development he acts as the Senior Product Manager.

Principal engineering for CDS will be performed by Mark Torrance (Information Architecture [taxonomy, hierarchy], User Interface Design + Implementation, and front end business logic), Mike Dvorkin (administrative tools, metadata tool), and Jaron Waldman from Metonymy, Inc. (data layer incorporation, database design, GIS expertise).

We have provided the details of our proposed budget as a separate Excel sheet entitled Vinq CDS Proposed Budget.xls – it indicates a precise breakdown of the features we expect to include in each version 1.0 through 1.3, and the total number of engineering and project management days required to complete this development.

The next 5 pages present resumes for the 5 proposed contributing engineers and product managers who compose our team.

*Mark Torrance*

| 1. Name:<br>Mark Torrance | 3. Current Title/Job Position:<br>Principal, Vinq, LLC. Position is<br>Software Architect and Web Designer | 4. Length of Time in Present<br>Position:<br>12 years in software, 1 year at Vinq |
|---|---|---|
| 5. Proposed Position:<br>Backup Project Lead,<br>UI Designer, KnowledgePlex<br>integration Lead | 6. Education: B.S., Symbolic Systems, Stanford. M.S., Computer Science,<br>MIT, all Ph.D. coursework completed with minor in Business. | |

| 6. Technical Skills: |
|---|
| Perl, Java, JSP, Linux, MySQL, PostgreSQL, PostGIS, PHP, graphic design. Successfully designed and deployed web-scale application infrastructure for dynamic image-generation at StockMaster.com (attractive charts of historical and real-time intraday data drawn in under 200ms, supporting up to 2.2 million page-views per day) |

| 7. Related Training/Certifications: |
|---|
| M.S. and Ph.D. work included Programming Language Design, Algorithms, Data Structures, practical development experience in Java and Perl. |

| 8. Relevant Experience: |
|---|

**Consulting Web Architect, Fannie Mae Foundation**
As Principal of Vinq, LLC, I personally designed, implemented, and managed the implementation of KnowledgePlex.org 2.0–2.2, FannieMaeFoundation 1.1, helpthehomelessdc.org, and homebuyingguide.org, including database and schema design, code architecture, backend periodic processing such as news fetching and datafeed cleaning, administrative tools for content management and metadata input (about documents and news articles), user registration management and usage reporting, graphic design of icons, header graphics, and other user interface elements using Photoshop, and server-side automatic image generation libraries for dynamic headers and thumbnail images of documents which include drop shadows. This development has been done on both Linux and Windows platforms, using MySQL, Perl, PHP, Apache, mod_perl, mod_php, IIS, ISAPI, and ASP using both VB and Perl as scripting languages.

**Chief Technology Officer, Knowmadic, Inc.**
Developed vision, strategy and architecture for Knowmadic's next-generation enterprise-class rapid software/data integration platform, based on UI-layer integration technology including web and screen scraping coupled with J2EE server infrastructure and standards-compliant web services orchestration (Business Process Modeling).

Designed and implemented RAD *Integration Studio* in Java/Swing, a developer and analyst tool for rapid automation of business processes, including graphical orchestration and J2EE-based execution of Web Services. Incorporated innovative UI elements to enhance ease-of-use, including integrated search across both remote Web Services and local Knowmadic components, and type-specific contextual menus to support the incremental addition of components to an existing dataflow-based orchestration. This Studio incorporated a novel combination of dataflow and process flow on a single diagram, which users judged favorably as compared with Microsoft BizTalk (a competing environment).

**Founder, CEO and CTO, StockMaster.com**
Designed, implemented and managed implementation of top-10 financial content site (45mm views to about 1mm unique people per month) supported by both advertising (Doubleclick) and direct sales of Investor Relations services to 240 public companies including 13 of the DJIA 30, plus over 20 branded sites for partners including Plumtree. This product developed a passionate customer base that was attracted to the powerful yet clear user interface I designed. Built and oversaw professional engineering, product management, marketing, finance and sales teams, growing to include 65 employees, but continued to devote over 1/2 my time to product development and writing code. As CEO, managed growth through two rounds of angel funding ($5.5mm), TTM revenue of $7.5mm, and a successful sale to Red Herring Communications in March, 2000.

*Michael Dvorkin*

| 1.  Name:<br>Michael Dvorkin | 7.   Current        Title/Job<br>     Position:<br>Sr. Software Engineer | 8.   Length of Time in<br>     Present Position:<br>8 months |
|---|---|---|
| 9.   Proposed Position:<br>Sr. Software Engineer | 5. Education:<br>M.S. in Computer Science, Vilnius University, Lithuania | |

| 7.   Technical Skills: |
|---|
| Development tools: C, C++, PHP, Perl, Java, Posix, Win32, .Net<br>Databases: MySql, Oracle, Microsoft SQL Server<br>OS: Windows, Linux, Solaris, HP/UX |

| 9.   Related Training/Certifications: |
|---|
| |

| 10.   Relevant Experience: |
|---|
| - Senior developer and designer of administrative interfaces for content management tools used by editorial staff of KnowledgePlex.org. Integrated discussion forums using PHP with core codebase using Perl. Incredibly fast and responsive to customer needs and change requests, even late in the development process. Good team player as part of Vinq, LLC, able to bring resources together and work well as part of a distributed team of designers and software engineers.<br><br>- Built a web site and implemented e-commerce infrastructure for IT software marketplace (catalog, shopping cart, online orders, etc.). Integrated discussion forums, built tools to track marketing efforts and submissions (CodeOcean, Inc.).<br><br>- Led product architecture of White Pajama's award-winning hosted CRM solution. Directly participated at all stages, from the idea inception and product requirements definition to designing, developing, and deploying working solution.<br><br>- Led the engineering team at all stages of design, development, and product release of NextAge Workforce Manager, award-winning forecasting, scheduling, and monitoring software for contact centers.<br><br>- As part of advanced research and development group at Mainsoft ported major pieces of Win32 API source code to UNIX (file system, window management, controls, etc.). Participated in successful porting of Internet Explorer v3 to UNIX.<br><br>- Implemented Genesys common database server (SunOS, Solaris, AIX) to provide unified database APIs for all Genesys products. Supported Oracle, Sybase, and Informix databases; used Rogue Wave db.h++/UNIX class libraries for database access and TCP/IP for client/server messaging. |

*Jaron Waldman*

| 1.   Name:<br>Jaron Waldman | 10.  Current Title/Job Position:<br>Principal Consultant, Metonymy Inc | 3.  Length of Time in Present Position:  3 years |
|---|---|---|

| 11.  Proposed Position:<br>Project GIS expert, Perl and Database designer/developer. | 12.  Education:<br>M.A. in Urban Planning from UCLA; B.A. (hon), U of Toronto |
|---|---|

| 8.   Technical Skills:<br>Industrial-strength web application design and development experience with many platforms: Java, ArcIMS, ArcSDE, MS SQL Server, .NET/C#, ColdFusion, VB, XML, Perl and ArcIMS. |
|---|

| 11.  Related Training/Certifications:  Graduate coursework in advanced GIS at UCLA. |
|---|

| 12.  Relevant Experience:<br>8 years programming, project management, conceptual and technical leadership on major community-oriented and commercial Internet applications.   Long leadership and involvement with community technology projects.<br>**President and Principal Consultant, Metonymy, Inc.**, Los Angeles CA (2001-present)<br>Entertainment Data Project: Designed and constructed data warehouse for multi-year study of production trends in entertainment industry.  Designed and leading development of project website featuring interactive web-based data retrieval/query tool, which will also map shooting locations for productions in the Los Angeles region.  Technologies: ESRI ArcIMS, ArcSDE, Java, JSP, Perl, MS SQL Server<br>Raised funds and authored technical design for Neighborhood Knowledge California, a statewide community data and mapping platform.  Designed and led development of first-of-its-kind NKCA application to support continuous updating of database from distributed, heterogeneous sources.  Project was selected for CommerceNet's 2002 "Next Generation Internet" program.  Technologies: MS SQL Server/DTS, .NET, C#, ESRI ArcIMS, ArcSDE XML.<br>**Associate Director, Community Informatics**, Los Angeles CA (2003-2004): Co-founded nonprofit startup.<br>**Director of Product Development, eSourceWorld**, Palo Alto CA (1999 – 2001)<br>Startup e-business solution provider targeting manufacturing firms.  Led authorship of business plan and financial projections.  Led technical business development efforts and negotiations with various clients including a Fortune Global 100 manufacturer.  Closely engaged with fundraising activities.  Designed, specified and implemented company's core products with handpicked team of developers.  Technologies: n-tier Java architecture, JRun, Servlets, JSP, JDBC, XML, Oracle 8.<br>**Application Designer**, **UCLA Advanced Policy Institute**, Los Angeles CA  (1998 – 1999)<br>Designed and implemented groundbreaking e-government applications including the City of Los Angeles Housing Department's Internet-based Management Information System (MIS) for their Housing Inspection Program.  The MIS Project facilitates real-time integration of housing inspections conducted on Palm Pilots in the field with city property database, and was responsible for millions of dollars in residential home improvements.  Technologies: Cold Fusion, MS SQL Server, MS Access, Windows NT, Palm OS.<br>**Internet Application Developer**, **Inform Interactive**, Toronto ON, Canada (1997 – 1998)<br>Technical designer and lead programmer on Internet groupware project for employees of major international banking institution.  Designed database; built web interfaces, security and administrative functionality.  Also was lead programmer on platform facilitating communication on Y2K issues for international technical teams.  Platform deployed for pharmaceutical firms including Perkin-Elmer and MDS International, and was featured in Canada's *Financial Post* newspaper. Technologies: Perl, MS SQL Server/Windows NT, Java, Oracle/Linux |
|---|

*Ellen Boucher*

| 1.  Name:<br>Ellen F. Boucher | 13.  Current Title/Job Position:<br>Product Manager | Length of Time in Present Position: 4 years |
|---|---|---|
| 4. Proposed Position:<br>Product Manager, CDS | colspan | 5. Education: B.S. CSci, Leningrad Polytechnic Institute, Russia<br>MBA, Haas School of Business, UC Berkeley |

9.  Technical Skills:
- Ability to manage full product development cycle from brainstorming and definition stage to product launch and promotion. Past products include enterprise level systems, shrink-wrapped software, Internet and wireless applications and services.
- Web product management experience in graphical data presentation (charting) technologies and personalized user experience.
- Ability to analyze customer requirements and translate them into technical specifications.
- Experience in design, development and testing of system and application level software.
- Effective communication with 3-d party developers, outside vendors and co-branding partners.

13.  Related Training/Certifications:
   Certificate in "Management of Technology" - Haas School of Business, UC Berkeley

14.  Relevant Experience:

Consulting Sr. Product Manager - Web Services, Knight-Ridder Digital, 2003
   Performed relevant market research and analysis, interviewed domain experts and created MRD, FRD and use cases for the user registration component and other personalization features of the new Web Services initiative. These requirements were included in the final RFP document.
Product Manager - Wireless Technologies, MorphInk Corporation, 2001 – 2002

   Managed all stages of MorphInk animation player development for graphics-enabled mobile platforms including PalmOS, BREW™, J2ME and I-mode.  Leading edge animation technology was based on proprietary patent-pending compression and automatic morphing algorithms and offered to users and partners through both commercial products and developer APIs.

Product Manager – Investor Channel, Red Herring Online, 2000
   Identified several immediate high-impact opportunities to integrate newly acquired StockMaster stock data charting and personalized portfolio technologies with RedHerring news and editorial online content. Defined, documented and delivered those product changes on schedule immediately after the merger.
   Developed business cases to prioritize a list of suggested products and incoming ideas.
   Participated in the evaluation of consulting companies, services and products to make "build or buy" decisions.
Product Manager – Charts, Portfolio and Personalization, StockMaster.com, 1999 – 2000

   Led pre- and post- launch activities for the new version of the interactive site, including thorough testing, a demo site, web advertising and post-mortem discussions with Marketing and Engineering teams. Developed and managed fast-paced schedule for a cross-functional team, consisting of Engineering, Operations and Quality Assurance, to ensure a successful launch of interactive functionality for Charting and Portfolio components of StockMaster.com site.
Software Engineer – Visioneer, Inc., 1997 – 1998
   Led the development of the new web server software solution. Conducted initial brainstorming, marketing research, competitive analysis, and functional definition of the product. Presented and discussed product modifications and integration with multiple OEM partners. Prepared proposal for OEM project, which integrated software and hardware products from three companies. Developed the initial architecture, designed and implemented the beta version of the product.
Software Engineer - Autodesk, Inc., 1994 – 1997
   Designed and developed new generation of AutoCAD APIs based on COM and OLE Automation technologies. Integrated VBA development environment into AutoCAD.  Developed sample applications for use by third-party developers
Associate Programmer and Team Leader - IBM, Co., 1992 - 1994

*David Newhoff*

| 1.  Name: David Newhoff | 2.      Current Title/Job Position: Sr. Product Manager | 14. Length of Time in Present Position: 3 Months |
|---|---|---|
| 15.  Proposed Position: Sr. Product Manager, Web Designer, QA Lead | 5. Education: University of San Francisco *cum laude* BA History, Minor in Computer Science Award: Herlihy Prize in History<br><br>London School of Economics Graduate studies in Information Systems | |

| 10.  Technical Skills: |
|---|
| Proficient in Excel, Word, Project, PowerPoint, Access, Visio, Flash and Photoshop. Experience working with Vignette, PHP, SQL, HTML, XML, JavaScript and MySQL |

| 15.  Related Training/Certifications: |
|---|
| Various seminars in Project Management, Team Building and Budgeting. |

**16.  Relevant Experience:**

**Product Development**
Created product evaluation matrix to determine viability of new and existing initiatives against department budget and engineering resources. | Prioritized product pipeline across engineering, design and product functions while assessing research, concept, evaluation, production and maintenance requirements. | Set product goals by determining company core-competency, customer needs, competitive landscape and impact on internal resources. | Managed finance channel, content syndication system, database driven content tools and special report content.

**Management and Strategic Planning**
Leader of ten-person web development team.  Experience structuring teams to match business needs and maximize specific skill sets and goals.  Team built products that resulted in site traffic of 16 million page-views per month. | Developed mission statement defining department objectives, strategy and core-values resulting in new products and initiatives such as a focused CRM system, additional newsletters, new content deals and finance channel. | Organized and led cross-functional team and process to evaluate, determine and prioritize business and product opportunities resulting in new

**Site and Tech Production**
Established project management process using tools and documentation resulting in effective use of department expenses and resources. | Determined site information hierarchy and taxonomy to match customer needs, traffic and business requirements.  Result: increased page views per visit, unique visitors, return traffic and improved sales. | As chief user advocate, defined customer interface requirements for user tools, search, page layout and navigation.

**Client Relations**
Managed relationships with site partners such as Reuters, Vignette, Oracle, Yahoo, Dow Jones, Hoovers, Stock Point and SmartMoney. | Managed 200-person portfolio for large non-profit. Customer stewardship and development lead to increase of over one million in raised contributions.

## REFERENCE CLIENTS / PROJECTS

*StockMaster.com*

| Project Title: StockMaster.com | |
|---|---|
| Client Organization: Internal to StockMaster.com, Inc. (company founded and operated by Mark Torrance) | Client Contact:  Speak to Troy Anderson of FMF for reference / background on this project<br>Phone:<br>Email: tanderson@fanniemaefoundation.org |
| URL:  www.stockmaster.com | |
| Technologies Used:<br>Perl, Apache, Informix, flat files, NFS, Cisco LocalDirector | Duration:<br>1993 – 2000 |
| | Cost: About $8 million over that period of time |
| Content:<br>Real-time and delayed stock quotes, historical + intraday charts, user entered portfolios, embeddable charts + quotes, cobranded SEC filings and other investor relations content for over 240 paying corporate Investor Relations departments | Functionality:<br>Highly praised interactive, clear graphical charts drawn very fast (< 200 ms), real-time data embedding in charts using high performance infrastructure. Top-10 finance site, competitive with Quote.com and Bigcharts. Later acquired by Red Herring Communications. |
| Vendor Role/Project Team Composition:<br>Mark Torrance, Principal of Vinq, was the lead developer and architect of StockMaster from inception through about 1999, when his team was augmented with other engineers. Mark continued as the creative force behind new product feature introductions through March, 2000, when the company was acquired. | |

Project Description:

StockMaster provides an excellent comparable to the technology and functionality required for CDS. It demonstrated the following relevant core competencies now honed and owned by Vinq:

1. High quality information architecture, user interface design, interaction design
2. High performance web-based HTML-producing infrastructure using database-backed mod_perl enabled middleware
3. Optimized, fast C-based graphical generation of charts
4. Work with large quantitative datasets and their associated metadata
5. Management of a team of developers working to rapidly create and improve the feature set in response to demand from a large and growing customer base
6. Custom cobranding of web content, including development of administrative interface tools to enable business development / sales force to customize look + feel of new cobrands themselves.
7. Interactive reporting of timeseries data, including alignment of many disparate datasets and their selection from a hierarchy, which directly informs and influences our proposed design for CDS.

*KnowledgePlex.org*

| | |
|---|---|
| **Project Title: KnowledgePlex.org** | |

| | |
|---|---|
| Client Organization: Fannie Mae Foundation | Client Contact:  Troy Anderson<br>Phone:<br>Email: tanderson@fanniemaefoundation.org |

| |
|---|
| URL:  www.stockmaster.com |

| | |
|---|---|
| Technologies Used:<br>Perl, Apache, MySQL, XML, Mason, flat<br>files, SWISH-E | Duration:<br>2003 – 2004 |
| | Cost: About $1.1 million to date for Vinq-direct work |

| | |
|---|---|
| Content:<br>PDF, HTML and Word documents, News<br>delivered via XML feed over http from<br>Lexis-Nexis, custom content such as primers,<br>newsletters, and calendar events created by<br>editors and users through CMS tools built by<br>Vinq for FMF | Functionality:<br>Automatic relevance-ranking of documents using domain<br>terms managed by editors. Grouping documents, news,<br>calendar events into topics using this ranking. Discussion<br>forums integrated with single-sign-on. User management,<br>and extensive administrative dashboard. Designed custom<br>icons for the topics. Fast, powerful search and advanced<br>search, including fielded search. Pivoting from authors,<br>organizations. Proper name extraction. |

| |
|---|
| Vendor Role/Project Team Composition:<br>Vinq began as a subcontractor to Project Performance Corporation on the development of version 2.0 of<br>KnowledgePlex, after having built a powerful prototype during the RFP process in Spring, 2003. Vinq took<br>over development of version 2.0 as the project lead when FMF made the decision to switch to a Perl-based<br>architecture which grew out of the prototype codebase. Since then, Vinq has developed and launched<br>version 2.1 (with minor feature enhancements), and recently version 2.2 with may significant feature<br>enhancements, plus a redesigned look + feel in response to external feedback provided by Online Focus,<br>another web consultancy engaged for this evaluation purpose in December, 2003. |

| |
|---|
| **Project Description**:<br>KnowledgePlex.org is the umbrella web application into which the CDS project must fit. Vinq is uniquely<br>qualified to build the CDS functionality in a way which is well aligned with the existing KnowledgePlex<br>tools and technologies.<br><br>KnowledgePlex already includes user and role-based authentication, stored and updateable user profiles, a<br>topical taxonomy, modules for showing relevant content from the MySQL database including related<br>documents, events, news stories and the like, and technology for automatic extraction of proper names<br>which could contribute to a feature which relates named places and other entities from KnowledgePlex<br>documents into CDS maps and datasets.<br><br>Other relevant technologies and competencies demonstrated by Vinq in the development of<br>KnowledgePlex include:<br>1. Web scraping to import content from other sites (with their permission)<br>2. Design of user interface which is simple and approachable, yet powerful<br>3. Information architecture to provide clear, dependable organizational structure to the disparate<br>   content of KnowledgePlex.<br>4. Flexible, fast delivery of new requested features in the face of late-changing and hard-to-anticipate<br>   requirements from the KnowledgePlex team<br>5. Operating the web infrastructure of KnowledgePlex to ensure high availability and stability of the<br>   environment for both production and ongoing development<br>6. Work with Akamai to optimize delivery of images and document content, leveraging FMF's<br>   contract with that vendor |

*Neighborhood Knowledge California*

| Project Title: Neighborhood Knowledge California (NKCA) | |
|---|---|
| Client Organization: UCLA School of Public Policy | Client Contact:  Neil Richman, but Troy Anderson and Pat Simmons are familiar with the project<br>Phone:<br>Email: |
| URL:  www.stockmaster.com | |
| Technologies Used:<br>ESRI Web Map Server, GIS database, Cold Fusion middleware layer | Duration:<br>2002 – 2003 |
| | Cost: N/A (internal to UCLA) |
| Content:<br>Interactive maps and quantitative profiles showing demographic, housing, and other statistics across different counties, census tracts, and zip codes within California | Functionality:<br>Highly praised interactive, clear graphical maps. One-click access to related profile content. |
| Vendor Role/Project Team Composition:<br>Jaron Waldman, Principal of Metonymy, Inc., was the technical project lead on the development of this project. He will bring this experience to bear on the herein-proposed Vinq development of CDS | |
| Project Description:<br><br>The CDS selection committee is very familiar with the details and approach taken by Jaron Waldman in his role within Community Informatics in developing a prior version of CDS.  Unfortunately, due to time and distance constraints Vinq was unable to coordinate with Metonymy, Inc. for the writing of this portion of our response.<br><br>We trust that the previous selection of Community Informatics as the vendor for CDS during 2003 indicates the enthusiasm with which the CDS selection team regarded the CI approach. We are confident that by incorporating Jaron, a key CI developer, within our team, Vinq will be poised to combine the best GIS and usability elements from the CI approach together with Vinq's unique approach to the information architecture and user interface design. | |

**CONCLUSION**

Vinq appreciates having been given the opportunity to submit this proposal in response to the RFP for building a Community Data System. We hope FMF will consider our proposal carefully, and will respond to us soon with any questions of clarification, requests for us to flesh out some of the alternatives we have discussed (such as using the ESRI web map server in place of UMN Mapserver, if desired), and/or an invitation to present our proposal and prototype in person at FMF as a finalist. Thank you for your consideration.

## PROPOSAL AGREEMENT

In compliance with this Request for Proposals and to all the terms and conditions imposed herein, the undersigned offers and agrees to furnish the services in accordance with the attached Proposal or as mutually agreed upon by subsequent negotiation.

### ACCURACY OF DATA

By submitting an offer, the Contractor acknowledges that it has available to it all specifications and data referenced in this solicitation and that they are adequate to enable the Contractor to perform the work called for herein with the performance schedule.

### SUBSTITUTIONS

Materials, products and equipment described in the Proposal establish the standard of required function, dimension, appearance, and quality required for the Services.  The Contractor represents that its Bid is based upon these products, equipment, and execution of the Service as described in the Proposal.  No substitutions shall be allowed during bidding.

### PROPOSAL COSTS

This RFP does not commit the Fannie Mae Foundation to pay any costs incurred in the submission of a proposal, including the cost for any travel, or the making of any necessary studies or designs for the preparation thereof.

### CONTRACT TYPE AND PRICING REQUIREMENTS

A Firm Fixed Price proposal is preferred for this procurement. Proposals must include prices for all services and materials necessary to complete the Statement of Work. If subcontractors are utilized in Contractor's proposal, Contractor shall clearly identify the estimated value of each subcontractor's effort.

**The Fannie Mae Foundation shall require a change order to grant any increases in the proposed prices after award of the Contract.**

### DISPOSITION OF PROPOSAL DOCUMENTS

All data delivered by you in response to this RFP will become the property of the Fannie Mae Foundation and will not be returned.

Any specifications, drawings, and other technical information furnished with this RFP are intended solely for the purpose of bidding and shall be held in confidence.

### PERIOD FOR ACCEPTANCE OF OFFER

In compliance with the solicitation, the Contractor agrees, if this is accepted within 90 calendar days from the date specified in the solicitation for receipt of offers, to furnish any or all items on

which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the Schedule.

**CERTIFICATION OF INSURANCE**

By signing this agreement, the Contractor certifies that it will be able to provide Certificates of Insurance as required by the Foundation and section 4.3 of this RFP.

**RESTRICTION ON DISCLOSURE AND USE OF DATA**

Contractors who include in their proposals or quotations data that they do not want disclosed to the public for any purpose or used by the Fannie Mae Foundation except for evaluation purposes, shall:

    (a)    Mark the title page with the following legend:

> "This proposal or quotation includes data that shall not be disclosed outside the Fannie Mae Foundation and shall not be duplicated, used, or disclosed-in whole or in part- for any purpose other than to evaluate this proposal or quotation. If, however, a contract is awarded to this Contractor as a result of-or in connection with-the submission of this data, the Fannie Mae Foundation shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Fannie Mae Foundation's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [*insert number or other identification of sheets*];" and

    (b)    Mark each sheet of data it wishes to restrict with the following legend:

> "Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation."

**CONFIDENTIALITY**

No information regarding this project is to be discussed with or released to any other party in any form without the express written permission of the Fannie Mae Foundation.

**Reviewed and Agreed to:**

Name and Address of Firm:

Vinq, LLC                    Date: April 12, 2004

2025 Park Royal Drive       By: Mark Torrance

                                          Print Name

San Jose, CA 95125         By: _____

                                          Signature in Ink

Telephone Number: (408) 267-1598      Title: Principal

# EXHIBIT 4

4 of 4 DOCUMENTS

Copyright 2000 Goldhirsh Group, Inc.
Inc.

April, 2000

**SECTION:** COVER; How to Finance [Almost] Anything; Pg. 123

**LENGTH:** 2037 words

**HEADLINE:** THE DO-IT-YOURSELF **Angel ROUND**

**BYLINE:** by ILAN MOCHARI; Ilan Mochari (ilan.mochari@inc.com) is a reporter at Inc.

**HIGHLIGHT:**
Looking for capital?  Here's how one company bootstrapped its own funding

**BODY:**

   BACK IN 1993, when he began StockMaster.com Inc. as a graduate student at MIT, Mark Torrance had no idea it would blossom into a viable business.  All he wanted, at first, was a way to chart his own portfolio without breaking out the graph paper.  By the summer of 1996, however, things had changed dramatically.  Torrance now ran the company out of his condo in Quincy, Mass.  He'd moved StockMaster to an Internet service provider's servers, since it had been using too much bandwidth over at MIT.  His wife, Leslie, had $ 30,000 in company-induced debt on her credit card. And Torrance had become what seemed like an anomaly in the 1990s business world: a tech-savvy Internet founder *without* wads of start-up funding.

   By the end of 1997, StockMaster had broken another Web stereotype: it had turned a profit on $ 1 million in revenues, which came from its advertisers and from designing and producing content for investor-relations Web pages.  By that time Torrance had moved the company to Silicon Valley.  But by the end of 1998, StockMaster still had gotten no seed money -- even though it was again profitable, on sales of $ 1.8 million.  Torrance's patience was melting.  "We had 12 employees, and I was stretched completely thin," he says.

   Torrance knew he needed capital, but like so many other small-business owners, he was in a bind about how to get it.  He couldn't afford to hire an investment bank; he also didn't want to take himself away from the day-to-day issues. His solution: he turned to someone he'd recently hired, chief financial officer Jim Drury.  Over the next two months Drury developed a capital-raising game plan, by both studying how other companies had done it and networking with alacrity.  His strategy ended up paying huge dividends for StockMaster and can serve as a useful primer on capital-raising fundamentals for any company.

   Of course, when Drury set out to raise money, StockMaster, with its five-year, highly bootstrapped run, looked a lot more like a conventional brick-and-mortar small business than it did a cash-infused Internet start-up.  And like many of his not-com cohorts, Torrance wasn't overjoyed about his financing possibilities, despite all he'd heard about an abundance of capital out in the Valley.  Yes, he'd had some attention from venture capitalists.  But "I thought their offers would be more like buyouts.  VCs might say, 'Give up two-thirds.  We'll grow it for you,'" he says.

   The venture folk, naturally, have their reasons for wanting control.  "I've heard of venture funds asking for as much as 90%," says Bill McCready, president of Venture Planning Associates Inc., a financial consulting firm with a venture arm.  "That's because a lot of these entrepreneurs have no business experience."

   But Torrance, now 30, had come too far to relinquish so much.  So that's where CFO Drury came in.  His first decision was that StockMaster should target angel investors rather than the venture community.  The decision aligned with Torrance's company goals.  Both for the sake of control and to maximize cash-outs through an initial public offering, Torrance's main capital-raising agenda was to *not* surrender big chunks of equity.  "It's my first company, and I value highly how much wealth I'm building," he says.

THE DO-IT-YOURSELF Angel ROUND Inc. April, 2000

Despite his 18 years of accounting and finance experience, Drury didn't have much of a track record in angel woo-ing.  So he began his search for would-be investors with two trustworthy sources: his fellow employees and the com-pany's attorneys at Pillsbury Madison & Sutro, a firm known for its work with emerging businesses.  He asked that they refer him only to angels who'd made seed investments before.  One particularly helpful employee was president and chief operating officer Troy Anderson, whose father was acquainted with angel John Stephens.  In addition, Drury found four investors by schmoozing with Barry Turkus, the president of BT Commercial, StockMaster's real estate bro-kerage firm.

Drury also turned to the company's law firm to help get himself up to speed quickly.  Officially, his agenda with Pillsbury Madison & Sutro was making sure that company records and employee-stock-option agreements fulfilled le-gal requirements for a first round of financing.  But Drury also hoped to learn from his lawyers how successful IPO-bound companies had behaved during their early-stage offerings.  "I'd show them documents I'd found and ask them why one company did something different from another," he says.

Soon he was acting in a similarly inquisitive manner with his accountants at PricewaterhouseCoopers.  In doing so, Drury discovered several capital-raising principles, many of which were de rigueur to them but foreign to him.  He learned, for example, to issue equity in preferred stock rather than in common stock in order to avoid what's known as the "cheap stock" issue.  That problem can arise if the Securities and Exchange Commission sees a large discrepancy between an IPO stock price and the price at which pre-IPO common stock options were issued.  The SEC may then re-quire that companies record an expense on par with the disparity.  "In the Internet world, where there are some ex-tremely high IPO prices, you can end up with some significant charges," says Jim Burton, a partner at Grant Thornton's San Jose office.  "We've seen it in the millions."

Another key lesson was making sure StockMaster's stock-purchase agreements -- the part of a private-placement memorandum that spells out (among other things) how company control changes with the issuance of equity -- were written in terms most favorable for StockMaster executives.  Being stringent about stock-purchase-agreement specifics is something start-ups often neglect, especially when they're desperate for investors.

Once Drury understood what terms to pitch to angels, the next step was actually pitching them.  Having asked his lawyers and accountants "tons" of questions about the best methods, Drury devised a wooing method that combined individualized investor attention with planned professionalism.

First came the phone calls and E-mail messages to potential angels, with the referring parties making the initial contact.  The likeliest prospects were passed on to Drury, who stressed his 24-hour availability for investor queries -- something he was able to do since Torrance had relieved him of some of his other duties.  He left his cell-phone number with all his messages and returned all calls within hours.  "People called at all hours of the night, and they *always* got a live person," he says.

Drury's simple aim was getting face time with all the names on his list, since he'd learned that when one angel likes a deal, he or she is likely to rope in others.  And so it went for StockMaster.  Turkus, for example, told some investors about the company, and they in turn got word to their networks.  Venture Planning's McCready, who often connects clients with angels, agrees that viral strategies work.  "You can get 50 to 100 leads from a list of 5 or 10 of the right people," he says.

To fully capitalize on his leads, Drury scheduled group presentations for investors, at which he and Torrance made their case.  To illustrate potential return-on-investment scenarios, Drury used industry figures, basing his numbers on the SEC registration statements of financial-information Internet companies that had revenues, sales growth, and page views similar to StockMaster's.  Because the registration statements contained histories of companies' equity distribu-tions, Drury could provide reasonable ROI calculations by comparing private-round stock prices with IPO prices.  "It's not a bad approach, though you've got to recognize other variables when comparing yourself with industry leaders," says Chris Rodskog, a senior vice-president at Point West Ventures, a venture firm in San Francisco.  "But nothing is perfect.  You've got to use whatever numbers you've got."

Which is exactly what Drury did, never forgetting to emphasize the speculative nature of comparing StockMaster's illiquid stock with the stock of public companies.  "He presented a fair evaluation of what they were doing and didn't hype the story at all," says John Dunning, a member of the Angels' Forum, who subsequently invested in StockMaster (though he declines to disclose how much he put in).  Including Dunning, StockMaster amassed 55 investors for its first round, which was completed last April at $ 2.50 a share for $ 3.2 million -- approximately 8% of the company.

THE DO-IT-YOURSELF Angel ROUND Inc. April, 2000

Of the 92% of StockMaster equity not issued in the first round, Torrance still held 70%. He hopes to take Stock-Master public later this year and expects to keep more than a 40% share -- which is a lot more than he imagines he would have had if he'd gone the VC route a few years ago.

Retaining equity has given StockMaster an edge not only in recruiting but also in making acquisitions. Last year the company acquired one business in exchange for stock and another for a mix of stock and cash. Still, Torrance and Drury have several regrets about how they conducted their first round of financing. "We picked a fixed end date for the round because we thought we had to," admits Drury, who has since learned to cap an investment round at a dollar amount rather than a date. In StockMaster's second round, for which shares are valued at $ 3.60, the company is shoot-ing for $ 10 million. Drury also learned how to arrange StockMaster's offering so that if the company is acquired before its IPO, investors will receive an additional payout. But he learned too late of a better way to protect investors. If he could have changed the provisions for StockMaster's second round, he would have included a preferred-stock provision giving all the second-round investors the option of choosing the acquisition price or the share price plus 50%.

Although he's pleased with the networking it took to lure the 55 investors, all of whom put in between $ 50,000 and $ 300,000, Drury wishes StockMaster had channeled more effort into recruiting outside board members. (At press time, John Stephens was the only investor who had joined the board.) Then there are the managerial headaches of handling 55 investors. Drury has morphed from CFO into investor-relations manager. "Investor relations has turned into a half or a third of Drury's job," laments Torrance.

In an effort to attract board members -- and reduce its investor maintenance -- StockMaster is considering VC firms for its second round of financing, even though that might mean less equity and control for the management team. "There's always a trade-off," says Jim Nolen, a finance professor at the University of Texas at Austin. "With 55 small investors, no one has enough of a chunk to force an issue. The question is, What else do the VCs bring? It's worth a lot to have someone like Kleiner Perkins opening doors for you. I'd rather own 20% of a big pie than 50% of a smaller one."

Torrance is still debating what the company will do, but he can be certain about at least one thing: StockMaster is at long last shaped like a classic Internet company. In the past year it's swelled to 60 employees, a number that grows by the week. Each day, Drury gets "a steady stream of calls" from across the nation as news spreads about StockMaster's path on the IPO fast track. With the increased spending on infrastructure and advertising, StockMaster now has one other thing in common with standard Web companies: it's no longer profitable.

That's OK with Torrance, who still remembers his glee when StockMaster received its first check, four years ago. "We got $ 27,000 that month selling ads," he says. Back then, of course, his wife's credit card funded StockMaster's debt. Because of Drury's legwork and his own staying power, Torrance believes that StockMaster faces a much brighter future. He also believes he'll personally pocket more cash this way than he would have under different financing cir-cumstances. And that, ultimately, is this grad-student-turned-entrepreneur's bottom line. "In the end, the thing that mat-ters most is creating value," he says, "for me and my wife."

**GRAPHIC:** Photo, STOCKMASTER CEO, Mark Torrance, and CFO Jim Drury, EDWARD CALDWELL

**LOAD-DATE:** April 7, 2000

# EXHIBIT 5

# DATAPLEX PROPOSAL

**Principal Contractors:**

Community Informatics, Inc.
3440 Greenfield Avenue
Los Angeles, CA 90034
http://www.community-informatics.net/

**Subcontractors:**

UCLA Advanced Policy Institute
3317 Public Policy Building
Box 951656
Los Angeles, CA  90095
http://api.ucla.edu/

ESRI – VA office
8620 Westwood Center Dr.
Vienna, VA 22182

**Authorized Negotiator:**

Dr. Neal Richman
E-mail: nrichman@ucla.edu
Phone: 310-825-0577
Fax: 310-206-9105

**Proposal Summary:**

Community Informatics and the UCLA Advanced Policy Institute propose to complete task 5 of the DataPlex RFP, as well as jointly participate in the completion of tasks 4 and 6 with project partners.   Proposed start date is June 1, 2003 and proposed end date is June 1, 2006.

Total bid amount: $885,280 over 3 years.

**Table of Contents**

1.0    Executive Summary........................................................................................................3

2.0    Technical Approach – Task 5 (Web applications)...............................................5

3.0    Technical Approach – Task 4 (Data Source Descriptions)..........................13

4.0    Approach – Task 6 (User Feedback)...................................................................16

5.0    Project Reference .....................................................................................................21

6.0    Staffing Plan .............................................................................................................26

7.0    Cost Proposal ...........................................................................................................36

8.0    Project Schedule ......................................................................................................42

9.0    Workspace ................................................................................................................45

APPENDIX A:  Proposed Functionalities .....................................................................46

APPENDIX B: Community Mapping Resource Reference .......................................48

# 1.0  Executive Summary

### 1.1    Scope of Submission

This submission covers all functional requirements described in task 5 of the DataPlex RFP. This submission also includes a proposal to complete the more technical aspects of task 4, as well as certain design, technology, outreach, and evaluation aspects of task 6.

### 1.2    Uniqueness of Approach

We bring the experience and understanding that comes from more than seven years of building publicly available housing and community development information systems and training users on how to utilize data to bring about changes that improve neighborhoods. Our team would approach the development of Dataplex through a customized implementation of our existing software components that are the distillation of our many years of work in developing information systems for community development. Every day we receive feedback from users on our Neighborhood Knowledge California (NKCA) project, enabling us to improve interfaces and develop new features that respond to their needs. Thus our statewide system enables us to "experiment" on data delivery in ways that can consistently inform the development of Dataplex through our direct local experience.

Dataplex should be an investment in a national information infrastructure. The Community Informatics-UCLA Team (CI-UCLA) is ideally positioned to leverage this investment, using Dataplex, as the keystone in building a network of community information systems that cover the nation. Dataplex, if implemented correctly, can help support the efforts of local data intermediaries who are involved in community development efforts in their home districts. CI-UCLA, under the technical approach proposed herein, would support a movement toward an information terrain characterized by interlocking open systems projects that "talk to one another" through the use of web services and coordinated metadata, linking for example, parcel information with available national-level data sets available on Dataplex.

### 1.3    Company Overview

Our work began in the mid-1990s under UCLA's HUD-funded University Community Partnership program. Hence, the entire IT staff at the UCLA Advanced Policy Institute (API) brings to our efforts graduate education in the field of urban planning. Emerging from API, a new organization--Community Informatics (CI)--was just incorporated with a focus on building national level information systems. Under the direction of Neal Richman Ph.D. and Jaron Waldman, Community Informatics will serve as project lead, contracting with API on an as-needed basis. Leadership from the Marguerite Casey Foundation has expressed a strong interest in providing CI with start-up core administrative funding should we able to secure a contract for the development of the Dataplex platform.

### 1.4    Dividing Responsibilities

To offer the best product to the Foundation, we have decided to assemble a team that also includes the Urban Institute (UI) and ESRI's Washington D.C. office. This submission has been closely coordinated with that of the Urban Institute, which has submitting a related proposal for tasks 1-3. Tasks 4 and 6 are proposed jointly by the Urban Institute and the CI-UCLA team. UI and CI-UCLA will jointly develop evaluation methodology and share implementation, with technical responsibilities and west coast focus group sessions to be conducted by the CI-UCLA team.

| Task | Solution Provided in Response (Y/N) | Approach Summary Description | Solution Dividable among Contractors (Y/N) | Expected Time & Material Costs | Technology/ies Utilized |
|---|---|---|---|---|---|
| 1. Assembling and structuring national data-files with sub-jurisdictional data that will form the National Neighborhood Indicators System (NNIS) component of DataPlex | No | | | | |
| 2. Developing a series of data collection and analytic guidebooks, illustrative "model" studies, and other materials that will assist users in analyzing and applying the NNIS data and | No | | | | |
| 3. Designing and recurrently updating current housing and demographic profiles and historical data for selected large geographic areas. | No | | | | |
| 4. Preparing data source descriptions and users' guides to facilitate the use of all data resources used in NNIS, profiles, and historical data | Yes | The Community Informatics – UCLA team will develop an open, flexible, metadata tool (closely integrated with the rest of the DataPlex) in conjunction with the developer of tasks 1-4. | Yes | $40,000 | Selected CI-UCLA team components, ArcSDE, Macromedia ColdFusion, Microsoft SQL Server. |
| 5. Designing, developing, implementing, and maintaining web applications (e.g., mapping, tabulating, charting, etc.) and spatial content for the DataPlex. | Yes | The CI–UCLA team proposes to design and develop DataPlex as information infrastructure supporting the broad aims of individuals and organizations involved in housing and community development. | No | $785,280 | Selected CI-UCLA team components, ESRI ArcIMS, ArcSDE, Macromedia ColdFusion, Microsoft .NET, Microsoft SQL Server. |
| 6. Planning and conducting tests of the DataPlex and collecting other feedback. | Yes | The CI-UCLA team will implement components to track detailed usage, as well play a supportive role in design and implementation of overall user evaluation. | Yes | $60,000 | Selected CI-UCLA team components, ESRI ArcSDE, Macromedia ColdFusion, Microsoft SQL Server. |

4

## 2.0    Technical Approach – Task 5 (Web applications)

### 2.1    Description of Approach

The affordable housing and community development constituency is badly in need of an open, nationwide information repository to help identify and analyze trends at various geographic levels, to inform policy and program development, and to promote development to support community goals.  Because this user community consists of a wide variety of users with differing skill levels, the system should be easy to use, supporting the needs of non-experts.  At the same time, it needs to invite advanced users as well as more sophisticated researchers and policy analysts.

The Community Informatics – UCLA team proposes to design DataPlex as information infrastructure supporting the broad aims of individuals and organizations involved in housing and community development because the team, with a background in urban planning, understands the issues that users want to research.  CI-UCLA's biggest strength lies in the usability of its systems, and DataPlex would be easily integrated with local level data in ways that are most useful for shaping housing policy and practice.

#### 2.1.1    Overview of Proposed Functionalities

The UCLA-Community Informatics team will implement each of the proposed functionalities listed in Appendix A to the DataPlex RFP.  Table A.1 in Appendix A of this document itemizes each of the functionalities, along with links to an example.   Release will be phased: a basic set of functionalities is to be released in a "DataPlex Prototype" 90 days following the project start date.  The prototype will be fully available to the public.  It will offer querying of a variety of Census and HMDA variables through an intuitive user interface to produce tables and charts, as well as geographic search and interactive mapping capability.  The prototype will also contain a series of housing profiles nationwide.

A larger set of functionalities ("DataPlex 1.0") is to come online in the release version 9 months following the start date.   The remaining advanced functionalities are released intermittently as "Staged Enhancements" over the next 6 months.  Table A.1 in Appendix A lists the RFP functionalities and their proposed release phase.

As shown in Table A.1, the UCLA-Community Informatics team has previously implemented 27 of the 34 functionalities listed in the RFP on one or more of its public website projects.  Each of CI-UCLA web projects cited as hosting a required functionality is widely used and recognized in the field of housing or community development.  The functionalities specified in the RFP are listed in table 1 of Appendix A, with links to examples of each and phase of release.

All DataPlex 1.0 functionalities proposed are strictly provisional, pending a detailed evaluation and analysis of the required functionalities conducted via ongoing dialogue with target user groups.   Task 6 (jointly proposed by the Urban Institute and CI-UCLA) describes in detail the methods of engaging target users in such an evaluation of site

functionalities, including collection of statistics on user behavior, and extensive nationwide usability testing.

The proposed functionalities listed in A.1 fall into four categories: Retrieve Tables and Charts, Interactive Mapping, My DataPlex, and Site Administrator Functionalities.  Each is discussed below, with reference to its relevance in the context of community development and among target DataPlex user groups.   Screen shots from the live NKCA site (http://nkca.ucla.edu - also developed by the CI-UCLA team) shown below.

### 2.1.1.1      Retrieve Tables and Charts

Supporting sound analysis and policymaking depends on easy access to detailed information.  The most basic and useful way to present this information is in the form of tables (including multiple variables over time with rates of change), and charts such as pie, graph, and bar.  Getting the right information in a timely manner should be made easy.   Printing or retrieving the end product from the platform into, for instance, an Excel spreadsheet or Word document should also be very simple.   Community development corporations, for instance, use similar functions on NKCA on a regular basis to rapidly churn out detailed analyses of Census and HMDA data for their grant proposals.

More complex policy analysis should also be supported on the site by allowing users to generate simple variables for analysis and store those in their profiles.  Such functions connect with the needs of students, researchers and policy experts who seek to find deeper relationships in the data.



**Retrieve Data and Charts**                    **Interactive Mapping**

6

2.1.1.2     Interactive Mapping

Interactive mapping applications are popular among a wide variety of users to rapidly investigate and communicate social trends, relationships and impacts.   CI-UCLA is proposing a very advanced, yet simple to use, nationwide mapping platform.  Users would be able to toggle between 'simple' and 'advanced' versions of the map interface.  Simple mapping features include basic navigation features, as well as the ability to choose themes to display on the map.  More advanced features include control of boundary layers, ability to create custom 'neighborhoods' for aggregation of data, and even the ability to add layers.

Interactive mapping features would target groups involved in affordable housing and community development that lack the resources to use GIS systems to build maps and construct a case for change.  For example in Los Angeles, Community Coalition has used our web mapping sites to pilot an "electronic community watch" which enabled senior citizens to monitor nuisance properties—liquor stores, motels with prostitution, etc.  Their nuisance property database—overlaid with parcel and demographic information—enabled them to challenge violations of conditional use permits by irresponsible property owners.



MyNKCA                                    Site Administration

2.1.1.3     My DataPlex

The "My DataPlex" features enrich user experience and deepen interaction by providing an area for storage of user-generated content such as maps, tables and charts.  This includes all of the functionalities listed in Table A.1 #3, including powerful capabilities for users to

upload their own data to combine with site datasets for custom analysis. Users will also be provided with the ability to share the content they have generated with others both on and off the site. Local community development groups could add their own data on potential redevelopment sites, and selectively share this information with developers, banks, and government officials to get these groups on the same page regarding their proposed project.

### 2.1.1.4    Site Administration

FMF should be able to control the behavior of the site wherever possible through administrative interfaces rather than by making expensive programming changes. The ability to control which datasets appear on the site, how they appear, limit users storage, and control over site content and translations give non-technical FMF staff control over the site. This eases maintenance and lowers the cost of site ownership over time. Administrative interfaces for evaluating site usage (the "evaluation dashboard") are described in section 4.2 below.

CI-UCLA has integrated all of these administrative functionalities into its housing and community development sites, resulting in high levels of satisfaction among users in these constituencies. Sites that do not frequently update their content don't tend to receive a high rate of repeat visits. Easing the content updating process through administrative interfaces that give FMF staff the ability to, for instance, add site datasets will lower the barriers to keeping site content fresh.

### 2.1.2    Overview of Proposed Technologies

### 2.1.2.1    CI-UCLA technologies

The CI-UCLA team has developed a Geographic Content Management platform (see Appendix B for further documentation), consisting of a series of flexible, reusable ColdFusion MX components (CFC's), which the Dataplex applications will implement. In order to provide a platform that can serve as a broad infrastructure to the housing and community development constituencies, the CI-UCLA approach will involve provision of web service application interfaces via Simple Object Access Protocol (SOAP).[1] This will extend the potential functionalities of the DataPlex to partner organizations who may wish to retrieve web-based maps or datasets programmatically. It will also open the door to easy integration with KnowledgePlex and automation of data update mechanisms, as future data partners will be able to connect directly to the platform (there are a growing number of online community data resources—see Appendix B for some examples). ColdFusion MX CFC's have built-in support for remote SOAP calls, and the CI-UCLA components have been constructed with this purpose in mind. Adhering to the SOAP standard will ensure the maximum extensibility of DataPlex, allowing other projects and partners to make the most of the information resources provided by FMF.

---

[1] From W3C (http://www.w3.org/TR/SOAP/): "SOAP is a lightweight protocol for exchange of information in a decentralized, distributed environment. It is an XML based protocol…". SOAP is rapidly emerging as an industry standard for implementing web services.

The Dataplex project would not be starting as a custom development done from scratch or from generic templates provided in an application construction toolkit such as ArcIMS. Using the CI-UCLA components Dataplex would be built on a modular platform, which supports rapid development and easy future upgrades to core components.  The following web projects are among the many that have been built using the CI-UCLA platform:

- NKCA: http://nkca.ucla.edu
- LILA: http://lila.ucla.edu
- NKLA: http://nkla.ucla.edu
- HCHC: http://www.healthycityhealthychildren.org
- UCLA in LA: http://la.ucla.edu

The administrative server statistics tracking functionalities described in 2.1.1.4 above are supported by the CI-UCLA components, which support an event-tracking framework whereby data documenting site activity are assembled in a multidimensional OLAP store for analysis during the evaluation process.

### 2.1.2.2    ESRI Technologies

ESRI has published an extension for the ColdFusion Server that connects a CFML tag with specified action to its ArcIMS product (see below).   The ColdFusion connector is a tag that enables ArcXML containing queries to be passed between the application and the ArcIMS server.   ArcXML will be parsed by ColdFusion code in response to user input via web forms, and sent via the connector.  ArcXML is the syntax used to build requests particular geographies for viewing in the user browser.

ArcIMS is ESRI's Internet Map Server.  ArcIMS will take requests in ArcXML format specifying coordinates and data layers for view, and render images which are returned to the web server and displayed to the user's browser.

ESRI ArcSDE is a layer that runs as a separate process from SQL Server, organizing and controlling access to binary GIS data layers that are stored in the database.  ArcSDE will be used to control access to all map data, with the exception of certain updates to attribute data, which can be conducted directly through SQL queries.  ESRI is a CI-UCLA partner for this DataPlex proposal.  See 4.3.2 for a description of ESRI's professional services.

### 2.1.2.3    Third party technologies

Macromedia ColdFusion MX Server Enterprise Edition will be used to serve all application elements.  ColdFusion MX Server interprets and processes text files that combine the ColdFusion Markup Language (CFML) with HTML.   The ColdFusion Server works between the web server and the database to validate user input and process application logic.

All hardware will run Microsoft Windows 2003 Advanced Server.  The project will use Microsoft Internet Information Server (IIS), which is integrated into the Windows 2003 Server operating system.  The site will be fully compatible with Microsoft Internet Explorer 4.0 or greater, and Netscape Navigator 4.0 or greater.  Unless otherwise recommended by FMF, The project will use Microsoft's full-featured relational database server, SQL Server

2000.  CI-UCLA consistently meets various W3C standards, and provides pathways to users for achieving their aims with the fewest number of clicks.

### 2.1.3     Implementation

The CI-UCLA application development life cycle consists of 5 major phases: design, development, test, deployment/production, and evaluation, which leads back into maintenance and the design phase and the next round of development.

*Design*

The design phase will be conducted in conjunction with the Foundation, along with project partners for tasks 1-4 and 6.  Our application design methodology is user focused (see 4.3 below), centered on achieving "design-for-test" and "design-for-evaluation" goals, resulting in measurable outcomes with real accountability to the needs of target user communities. This includes development of detailed requirements documentation, use cases, and full test and evaluation plans from project outset.  ESRI will provide expert consultation on the overall system design, to ensure that the DataPlex solution is scaleable and robust.

Part of the design phase includes coordination with project partners because the CI-UCLA Team will not assemble the site data itself.   The team has very close ties with the Urban Institute through its participation in the National Neighborhood Indictors Partnership, and has already collaborated with the Urban Institute on an approach to metadata and data loading on the platform.   Prior to data assembly, the CI-UCLA Team and the Urban Institute (or other party chosen to conduct Tasks 1 and 3) would jointly develop a data model and an exact database schema for storage of site datasets for first release.  This would result in CI-UCLA producing T-SQL code for creation of the database tables that will store the data.  From this point development of the web-based applications and assembly of the data can proceed independently, with all involved (those conducting the data assembly, metadata, and CI-UCLA) having a clear understanding of the 'end point'—a set of database tables that will act as the data store for web-based applications.

The first product of the CI-UCLA design process is a functional specification, including screen mockups and detailed site flow details.  Following approval of the functional specification by the client, the technical specification is developed, which outlines exact implementation details and serves as a blueprint for the development phase.

*Development*

Developers work on the components and pages of the site in the order specified in the technical specification, with an iteration of coding and testing for each.  In some cases certain aspects of the application are rapidly prototyped for the client for approval from which point development proceeds.

*Test*

Testing is conducted continuously from development through deployment and evaluation. Testing is multi-faceted, including unit tests (written to run in batches against project

components to check for expected outcomes), integration tests (run at the end of the development and deployment phases), and usability tests (especially important in the evaluation phase). CI-UCLA final testing and Quality Assurance before deployment is formalized and will include integration and load testing before go-live.

*Deployment*

The earliest phase of deployment includes training for the clients on how to administer their sites. In the case of DataPlex this would involve on-site trainings and demonstration for non-technical FMF staff assigned to maintain the site. CI-UCLA would also train FMF staff on its error-tracking mechanisms, so that staff could report and track response on all errors.

*Evaluation*

This reporting mechanism is also integrated with the feature request tracking mechanism which is a key aspect of the evaluation phase. All user and project team feedback is collected centrally. CI-UCLA will provide a single access-protected location on the DataPlex site for all members of the project team to review this feedback as well as general site and server statistics (also discussed in 4.2 below). All this material, along with the results of usability testing, is fed back into design phase of the next round of development. For instance, with the DataPlex prototype, all Foundation, team and user feedback on the prototype will be collected centrally and evaluated as input to the design phase of DataPlex 1.0.

### 2.1.4    Outreach

CI-UCLA has many years of experience in meeting the needs users in each of the Foundation's "Seven P" categories. For detail on these relationships and how they have been developed see section 4.6.

### 2.1.5    Training & Support

The long-term success of DataPlex relies on FannieMae Foundation retaining some in-house expertise on administering the site. All site administration will be available through secure, user-friendly web interfaces that require no deep technical skill. CI-UCLA will, prior to deployment, train a group of FMF staff on site administration. CI-UCLA also builds support into its sites in-context, meaning that the FMF staff will have online help available to guide them through site administration.

Questions from the broader user community will be directed to FMF administrators through a user feedback mechanism. FMF administrators will have the capability to pass on questions that are technical in nature to CI-UCLA staff.

For the best possible support, CI-UCLA recommends retention of a third party managed hosting solution to provide 24 by 7 technical support for high availability. CI-UCLA has trusted partners who it can recommend to provide hosting. The price estimates for managed hosting are included in section 7.3 (Ongoing Costs), and the prices shown include a 99.99% uptime service guarantee. CI-UCLA will act as second-level support, and will

immediately address application issues beyond the capabilities of the hosting provider in the unlikely event that they should arise.  Our partnership with ESRI on this proposal ensures the maximum possible technical depth for resolution of any technical problems or bugs.

## 2.2    CI-UCLA Qualifications

The CI-UCLA team has spawned pioneering Web sites that are transforming lives and communities throughout California. Making public records easily accessible to the citizenry, Neighborhood Knowledge Los Angeles (http://nkla.ucla.edu) helps residents reverse entrenched patterns of urban decline and disinvestment by identifying financially abandoned buildings before they become neighborhood problems. Living Independently in Los Angeles (http://lila.ucla.edu), was created in large part by residents with disabilities, who mapped local resources for disabled citizens and seniors. In just 2 years, this program has become Los Angeles' primary disability resource, helping thousands of its citizens. These sites are now models for the nation's first community information system built to serve users throughout an entire state, Neighborhood Knowledge California (http://nkca.ucla.edu). In 2001, the NKLA website was a finalist for the Stockholm Challenge Award, an award that focuses on pioneering IT projects around the world. More recently, our work has been chosen as a finalist for the Innovations in American Government Award, a program based at Harvard University's John F. Kennedy School of Government.

CI-UCLA has worked on issues of making government and administrative datasets accessible, both from the standpoint of providing easy to use interfaces for national datasets such as Census and HMDA, and in 'liberating' government parcel-level datasets that are otherwise only available at great expense through private information services.

# 3.0    Technical Approach – Task 4 (Data Source Descriptions)

### 3.1    Description of Approach

CI-UCLA has developed its proposal for task 4 in close collaboration with the Urban Institute, whose proposal contains more detail on its programmatic aspects.  Should the CI-UCLA and Urban Institute team be chosen as the developers of this task, the CI-UCLA role would be a technical one, assisting in the design guidelines outlined by the non-technical Task 4 provider and implementing a metadata tool according to these guidelines.  CI-UCLA would build an open, flexible tool for storage, update and display of metadata elements that is fully integrated with the DataPlex task 5 application.

#### 3.1.1    Proposed Functionality: Metadata Tool

The metadata tool would allow administrative users to update the FGDC metadata for the entire DataPlex site.  This would be a modular tool, which would plug into the platform and make SOAP interfaces available for automated updating of metadata, or integration with other third party tools.

#### 3.1.2    Overview of Proposed Technologies

The metadata tool will be built using the same technologies specified in section 2.1.2, and will be fully integrated with the DataPlex application.   CI-UCLA has existing metadata components which can be extended to include the FGDC standards.

#### 3.1.3    Implementation

Implementation of the metadata tool will proceed via a similar methodology as specified in 2.1.3.  Update or addition of metadata could be conducted by authorized non-technical FMF or partner staff through a series of web interfaces integrated into the DataPlex site.

Display of metadata elements would occur in-context.  When users request indicators on a map, table, chart, or profile, they would see a metadata summary on the first response page which would hyperlink to pages containing the full metadata entry.

The design phase will involve collaboration with the Task 4 partners to specify which metadata elements are to be used.  Preliminary coordination with the Urban Institute revealed that the following FGDC metadata elements as a minimum should be included for all datasets:

| Metadata Elements |
|---|
| Identification_Information: |
| Citation |
| Description |
| Time_Period_of_Content |
| Status |
| Spatial_Domain |

| |
|---|
| Keywords |
| Access_Constraints |
| Use_Constraints |
| Point_of_Contact |
| Data_Set_Credit |
| Security_Information |
| |
| Data_Quality_Information: |
| Attribute_Accuracy |
| Logical_Consistency_Report |
| Completeness_Report |
| Positional_Accuracy |
| Lineage |
| |
| Spatial_Data_Organization_Information: |
| Indirect_Spatial_Reference |
| Direct_Spatial_Reference_Method |
| |
| Spatial_Reference_Information: |
| Horizontal_Coordinate_System_Definition |
| Vertical_Coordinate_System_Definition |
| |
| Entity_and_Attribute_Information: |
| Overview_Description |
| Detailed_Description |
| |
| Distribution_Information: |
| Distributor |
| Resource_Description |
| Distribution_Liability |
| |
| Metadata_Reference_Information: |
| Metadata_Date |
| Metadata_Review_Date |
| Metadata_Contact |
| Metadata_Standard_Name |
| Metadata_Standard_Version |

### 3.1.4    Training and Support

The CI-UCLA team would integrate support for metadata into the DataPlex directly, as well as provide training for FMF staff and user manuals which could be made available to end-users via the site.

### 3.1.5    Qualifications

The CI-UCLA team has developed a rigorous approach to metadata on its previous sites, including a design for a series of relational triggers and tables that enforce good use of metadata.

The team also provides deep in-context help and user guides on its sites.   Help on datasets (descriptions and metadata) always appear to users in context, often through 'captions' on the sides of pages that serve functionality (see, for example http://nkca.ucla.edu).  The CI-UCLA team has also done hundreds of trainings in which datasets are described and explained to our users.

## 4.0    Approach – Task 6 (User Feedback)

### 4.1    Task component elements and requirements

There are four major elements in task 6:

a) Design: User analysis, compilation of user scenarios and preparation of a prototype
b) Use Profiling tools:  Building server statistics and other tools into the platform to capture user behavior and comments
c) Usability Testing:  designing and implementation of User Tests, the results of which inform iterative improvements to the interface design
d) Field applications:  real-world case studies of the use of DataPlex data with local sources

The CI-UCLA team would collaborate with an outside expert, taking on all aspects of (b) as well as assisting in (a) and (c) based on our extensive experience in evaluating user requirements.

The feedback requirements would be met by taking the following steps:
- Collaborative design of mechanisms to gather user feedback
- Development of server statistics package and evaluation dashboard
- Launch of selected online evaluation mechanisms in month 3 (DataPlex prototype)
- Ongoing evaluation of prototype including usability testing, external evaluation, collection of all user and partner feedback to single location (evaluation dashboard)
- Outreach to and engagement of target user constituencies in gathering feedback on prototype, feeding user requirements into design for DataPlex 1.0
- Redesign of evaluation mechanisms for DataPlex 1.0
- Launch of new evaluation mechanisms on DataPlex 1.0
- Ongoing evaluation of DataPlex 1.0 including usability testing, collection of all user and partner feedback to single location (evaluation dashboard)
- Ongoing evaluation of staged enhancements during year 3

### 4.2    The server statistics package

Authorized administrative users will have access to detailed data on user and site behavior for multiple time frames, including breakouts of user requests by geography, dataset, map layer, point of entry, user type, user session, site section or site page and date/time frame. This is a vital to the evaluation process by which site datasets and functionalities can be reviewed, and improvements made to the user experience.

All site and server statistics will be available to authorized administrators, evaluators and partners at one on-site location through an evaluation dashboard web page.  Implementation

of the package will build off existing CI-UCLA components, and will be conducted under the implementation framework described in 2.1.3, simultaneously with task 5 components.

### 4.3     User-focused design process

CI-UCLA carefully consults with researchers, policymakers, private sector developers and banks, other practitioners in community-based organizations, and community residents when conceptualizing a new project by conducting individual meetings and focus groups. During the development of the project, we strive to get feedback from organizations on research methodologies (e.g. survey design, focus group questions) and information tools (e.g. a website, GIS, data base). Once the project is implemented, we work to involve these groups in the evaluation of impact and further planning. CI-UCLA attempts to connect with as much of the affordable housing and community development public as possible, by making its sites accessible and interesting to experts and non-experts alike. This connects with our organizational mission, which is to build up the information infrastructure for community development.

One of the aspects of our approach that makes us unique is our emphasis on the idea that our users feel a sense of ownership around our projects. In the LILA and NKCA projects for instance, users are capable of customizing their experience by uploading their own data and participating in community forums. More importantly, we make a special effort to create opportunities to get to know our users through conferences, regular training activities, and support through phone calls and emails. The ideas and feedback that we get through these interactions is the most important factor is deciding how to prioritize project upgrades. The focus on the end user means that we spend a significant amount of time in designing the user interface, talking to people, and modifying existing code. Compared to other comparable projects, this "user" focus leads to higher utilization, most customer satisfaction, and achievement of positive outcomes in terms of achieving goals in community development.

### 4.4     Usability Testing Methodology

Compared to similar projects, CI-UCLA websites have a high rate of user satisfaction. In part, this is due to dedicated, ongoing usability testing. We collect information in several ways. First, we concentrate on setting up short sessions where we can observe testers actually using the website. As research has shown, how a user reports their browsing experience will often differ from their actual usage. After these short sessions, we document observations, and establish priorities for interface modification. Second, we hold regular training workshops where we do in-depth instruction to show people how to use our website. Similarly, someone will take notes and document comments, suggestions, and any problems that occur for users in trying to reach their goals. People who attend these trainings are an extremely heterogeneous and motivated slice of users. Third, we conduct online surveys that enable all users to give feedback and suggestions. Lastly, we continually demonstrate our website in conferences, public meetings, and other venues where we can gather extensive   These presentations expose our work to a large number of people at once. One of the strengths of our usability testing model is that after the initial process, we have several different forms of ongoing testing.

### 4.5    Evaluation Methodology

CI-UCLA evaluation techniques have several aspects:

- Website usage analysis
- Dynamic evaluation of user behavior
- Internal qualitative and quantitative analysis
- External qualitative and quantitative analysis

Our evaluation and analysis is made of up of both ongoing online reports and periodic written reports. These reports analyze the user community, its data usage and pattern of web site access. In addition, we also create a series of maps that show the spatial distribution of the user community. The data for these reports mostly comes from surveys that are completed by frequent users, sign-in information, server statistics, web log analysis, and online survey instruments. We also have internal and external evaluators conduct in-depth interviews with our users. These reports also contain a narrative of project development and outreach activities. Our experience has indicated that connecting online information resources with their intended user groups requires deep expertise and concerted efforts. Fortunately, CI-UCLA has built very strong relationships over the years with groups that are at the core of the DataPlex target constituency.

### 4.6    Outreach experience of the CI-UCLA team with target user community

Section 2.2.1.1 of the KnowledgePlex RFP refers to the target "Seven P" user community (policy makers, professors, press, pupils, professionals, people and practitioners). CI-UCLA sites have developed close involvement with all of these target constituencies over the years. For instance, in September 2001 an external evaluation of the Neighborhood Knowledge Los Angeles (NKLA) site revealed that the site had 5200 registered users with the following distribution of user affiliation:

| User Profile | Entire Period | Percent |
|---|---|---|
| Employee at Non-Profit | 815 | 15.67 |
| Tenant in an Apartment | 190 | 3.65 |
| Student | 992 | 19.08 |
| Government Employee | 754 | 14.50 |
| Community Resident | 505 | 9.71 |
| Educator/ Researcher | 699 | 13.44 |
| Other or None Chosen | 1245 | 23.94 |
| **Total** | **5200** | **100.00** |

User Affiliation Distribution for NKLA (2001)

Many CI-UCLA staff members have previous experience as community development practitioners, community organizers, graduate students, and administrators of nonprofit organizations. CI-UCLA has created a wide network in academic, government, and community-based practitioner communities with whom we collaborate on research and

various outreach projects.  These partnerships have been realized both formally (e.g. as part of funded project such as the Fannie Mae Foundation University-Community Partnership Initiative) and informally (e.g. as part of UCLA API's vast community-based training programs).  In either case, we strive to engage community residents and organizations in all stages of our research and project implementation.

CI-UCLA has worked on several applied research projects that have enabled us to meet our goal of impacting policy and practice.   NKLA is a web site dedicated to providing public access to vital data and information for neighborhood improvement in Los Angeles. NKLA assembles public records such as property tax delinquency, building permits, and building code violations from Los Angeles city and county agencies in a single, easy-to-use website. NKLA warehouses more than 8 data sets for nearly a million properties in the City of Los Angeles.  Moreover, API has conducted hundreds of community-based training sessions on using NKLA and works with community groups in targeted neighborhoods to gather community-based data (e.g. community assets) that are directly entered into the website data base and displayed on live maps.

For instance, the Fannie Mae Foundation University-Community Partnership Initiative was a two-year project (1999-2001) in which UCLA API used NKLA as a tool for community improvement and development. Under the partnership, API worked with community-based groups in Vernon Central and Boyle Heights/East Los Angeles to support their agendas in homeownership preservation, infill housing development, and youth empowerment through the use of technology and information tools such as NKLA. Community partners for the project included Concerned Citizens of South Central Los Angeles, Dunbar Economic Development Corporation, and LA Neighborhood Housing Services.

In 1998, UCLA API worked with the Western Center on Law and Poverty and California Housing Law Project to conduct research on California's affordable housing crisis.  Working with our community partners, we identified appropriate data sets and created charts and maps in a report titled, "Affordable Housing: America's Dream, California's Nightmare." The community partners used the report to successfully argue for increased attention to the need for affordable housing by state legislators.

CI-UCLA is also working closely with the Westside Center for Independent Living (WCIL) and other Los Angeles County independent living centers to continue to develop the Living Independently in Los Angeles (LILA) project.  LILA (http://lila.ucla.edu) is a consumer-directed and regionally focused online project to benefit people with disabilities living in Los Angeles County. LILA uses a GIS-based interactive information resource database, created by local residents with disabilities using their personal "expert knowledge" to identify and map local independent living resources.

From 1999-2001, API collaborated with Los Angeles Neighborhood Housing Services (LA NHS) to evaluate the impact of LA NHS's home ownership and revitalization efforts in three target neighborhoods: Hyde Park, Pacoima, and San Pedro.  This project was part of the Neighborhood Reinvestment Corporation's Neighborhood Revitalization Through Home Ownership Pilot research project.

UCLA-API has conducted many trainings over the years for staff of the City and County of Los Angeles.  In 2001 the State of California Economic Development Department, through CommerceNet, funded Neighborhood Knowledge California as an information resource for policymakers and the public in general.

Professors and students consistently use our sites for data gathering and generating maps for inclusion in research reports.

## 5.0     Project Reference

| | |
|---|---|
| **Project Title:** Neighborhood Knowledge California | |
| Client Organization: CommerceNet, NTIA's Technology Opportunities Program | Client Contact: Ash Vasudevan, VP, CommerceNet<br>Phone: (408) 446-1260 x201<br>Email: ash@commerce.net |
| URL: http://nkca.ucla.edu | |
| Technologies Used:<br>ESRI ArcIMS, ArcSDE and ArcObjects, Macromedia ColdFusion, Microsoft .NET, IIS, SQL Server | Duration: Initial development: 8 months, improvements and outreach is continuous. |
| | Cost: $1.5 Million |
| Content:<br>Focused on housing and investment | Functionality: Statewide mapping, data and charting site, that also allows end-users to easily upload and map their own datasets against a backdrop of housing and demographic information. |
| Vendor Role/Project Team Composition: CI-UCLA team described herein led all aspects of design, development and hosted site. Consulted with target end-users to prioritize functionalities for inclusion. | |

Project Description:

NKCA, The CI-UCLA team's newest project, provides data, interactive maps, and other on-line neighborhood research tools for the state of California. API received a one-year grant from CommerceNet in 2001 to develop the technical infrastructure for NKCA and conduct initial outreach on the system, along with two outreach partners in other parts of the state. We have conducted focus groups with community-based organizations in Oakland, Fresno, Los Angeles and San Diego. In November, 2002, UCLA-API Received a $700,000 grant from the National Telecommunications and Information Administration Agency (NTIA) of the U.S. Department of Commerce.

The project's policy focus is on issues of housing, community development and investment statewide. The Los Angeles Housing Rights Center, for instance, uses NKCA to identify census tracts with high levels of subprime lending, so that they can monitor predatory practices among "bottom feeders" in the financial industry.

| Project Title: MIS for City of LA Housing Department's Systematic Code Enforcement Program (SCEP) | |
|---|---|
| Client Organization:<br>City of Los Angeles Housing Department | Client Contact:  Ken Simmons, Associate General Manager, City of LA Housing Department<br>Phone:  1-213-367-9499<br>Email: ksimmons@lahd.lacity.org |
| URL:  http://www.lacity.org/lahd/   http://www.business2.com/articles/mag/0,1640,35982%7C2,00.html | |
| Technologies Used:<br>MS SQL Server, IIS, MS Access, ColdFusion, Satellite Forms. | Duration:<br>18 months |
| | Cost: $800,000 |
| Content:<br>Web-based forms and palm pilot | Functionality:  Centralized database for code enforcement; manages all paperwork regarding complaint, inspection, and |
| Vendor Role/Project Team Composition: Consulted with LAHD on application, and designed and developed all aspects of the integrated database-web form-Palm Pilot inspection system. | |

Project Description:

The MIS for the Systematic Code Enforcement Program (SCEP) was a custom-developed web-based Intranet application designed to better manage the code enforcement process and thereby improve the productivity of the department.  Inspectors synchronize their Palm Pilot with the database at their desktop machines, go out into the field to do inspections, and collect the inspection information on the Palm.  This information is then synchronized with the central database, generating a central repository and inspection history over time.  The system flags violations for follow-ups, and generates paperwork including notices to owners for compliance and hearings.  Our team conducted a series of trainings for the over 70 inspectors working at the Housing Department.

SCEP has been responsible for over $200 million in residential code enforcement improvements.

Our team has also assisted the housing department in its outreach efforts surrounding the program.  One major goal for LA City Housing Department's SCEP was to encourage low-income residents who might not have easy access to the City and its programs to ask for support. To meet that objective, the Department entered into outreach contracts with wide variety of community-based organizations, which play a role in helping residents fully participate in the SCEP initiative. These outreach groups help identify new requests for inspection from LA residents and assist these households in following up on the implementation process. In order to accomplish this goal, our team designed an online information database so that the groups could share information on all of those who are brought into this program. Additionally, these groups are using specially developed tools to monitor the implementation of code enforcement requests through the Department's process.

| Project Title: Neighborhood Knowledge Los Angeles | |
|---|---|
| Client Organization: City of Los Angeles, NTIA's Technology Opportunities Program | Client Contact:  Don Drucker, NTIA<br>Phone: 1-202-482-2051<br>Email: ddruker@ntia.doc.gov |
| URL:  http://nkla.ucla.edu | |
| Technologies Used:<br>ESRI ArcIMS, ArcSDE and ArcObjects, Macromedia ColdFusion, Microsoft .NET, IIS, SQL Server | Duration:  1 year development, operating continuously with ongoing outreach since 1996 |
| | Cost:  $1.5 million (project lifetime) |
| Content:<br>L.A. "Neighborhood Early Warning System" as well as a wealth of context and tenent-focused information for nonexpert 'neighborhood research.' | Functionality:<br>Provides online parcel-level data and maps on housing conditions and disinvestment for the City of Los Angeles.  Asset mapping projects highlight social assets of local communities. |
| Vendor Role/Project Team Composition: Led all aspects of design, development and hosted site. Consulted with target end-users to prioritize functionalities for inclusion. | |

Project Description:

NKLA is a web site dedicated to providing public access to vital data and information for neighborhood improvement in Los Angeles. NKLA assembles public records such as property tax delinquency, building permits, and building code violations from Los Angeles city and county agencies in a single, easy-to-use website.  NKLA warehouses more than 8 data sets for nearly a million properties in the City of Los Angeles.  Moreover, API has conducted hundreds of community-based training sessions on using NKLA and works with community groups in targeted neighborhoods to gather community-based data (e.g. community assets) that are directly entered into the website data base and displayed on live maps.

Community Coalition uses NKLA to pilot an "electronic community watch" which enabled senior citizens to monitor nuisance properties—liquor stores, motels with prostitution, etc—and build an online GIS-based data system. This information has been used to challenge violations of conditional use permits by irresponsible local property owners.

Steps are being taken to redevelop the NKLA website with a new 2.0 release.  The new site will include a major new component called the LA Land Opportunities Tracking System (LA LOTS).  In addition to being a tool that will promote Transit Oriented Development, emphasis will also be placed on using a comprehensive inventory of brownfield sites for infill housing development.

| Project Title: Living Independently in Los Angeles (LILA) | |
|---|---|
| Client Organization:<br>Westside Center for Independent Living<br>The California Endowment | Client Contact: John Whitbread, Project Manager,<br>Westside Center for Independent Living<br>Phone: 310-390-3611<br>Email: john@wcil.org |
| URL: http://lila.ucla.edu | |
| Technologies Used:<br>ESRI ArcIMS and ArcSDE, Macromedia<br>ColdFusion, IIS, SQL Server | Duration: Initial development was conducted in 6 months. Outreach has been ongoing for several years. |
| | Cost:$1.2 million (project lifetime) |
| Content: Community-generated list of resources in LA county relevant to the disability community | Functionality: Interactive web mapping listing more than 1100 community assets for seniors and people with disabilities in LA County. An online public forum to spread the word about advocacy efforts, exchange ideas, activities, post jobs and ads. |
| Vendor Role/Project Team Composition: WCIL – Project specifications and design. API – Alan Toy, Project Director, CI-UCLA team has conducted all technical work on the site. | |

Project Description:
LILA is a community-building website developed by the Westside Center for Independent Living and the UCLA Advanced Policy Institute. The website is designed specifically by and for people with disabilities in Los Angeles County. It is a one-stop resource center and virtual community where they can gather and share information online. LILA is a tool to take people out of their homes and into the community they live in. LILA uses a GIS-based interactive information resource database, created by local residents with disabilities using their personal "expert knowledge" to identify and map local independent living resources.

Thus, information about bike shops that also do inexpensive wheelchair repairs, accessible hiking trails in the Santa Monica mountain range, or informal support networks for parents of children with disabilities are among the 1300 community assets that have been mapped and described on LILA. Hundreds of links lead users to websites detailing specific disability and related information about benefits, housing, employment and countless other vital government and non-governmental resources.

People with disabilities, disabilities, themselves, have put up over 90 percent of the assets on LILA. The LILA partnership includes city and county government, independent living centers, social service agencies, businesses, rehab hospitals, art institutions, sports groups and so on.

LILA provides system developers with valuable experience on how to use an information portal to build a geographically dispersed "community of interest". In some ways, this represents an ongoing challenge as well for Knowledgeplex/Dataplex and its "user community".

| Project Title: Southern California Association of Governments' (SCAG) Housing Southern California | |
|---|---|
| Client Organization:<br>Southern California Association of Governments | Client Contact:  Joe Carreras<br>Phone: 213-236-1856<br>Email: carreras@scag.ca.gov |
| URL: | |
| Technologies Used:<br>SQL Server Database<br>ArcSDE<br>ArcIMS<br>Cold Fusion | Duration:<br>Six years |
| | Cost:$650,000 mostly in outreach |
| Content:<br>Regional portal to promote "fair share" housing development throughout the region and to improve professional practice, especially among the staff of HUD Participating Jurisdictions. | Functionality<br><br>Data-base driven site with a wide range of content to promote infill development, including a regional husing needs assessment and online mapping to promote a number of promising housing development strategies. |
| Vendor Role/Project Team Composition:<br>Contract work:  CI-UCLA Team did all technical work and led on outreach and training | |
| Project Description:<br><br>Funding for this six-year project has come from primarily two sources. Federal dollars were made available for the work through HUD's HOME and CDBG training programs.   State dollars were committed to support the efforts of this Regional Council of Governments to develop a regional housing needs assessment based on projections of population growth and trends in housing production.<br><br>Beginning with intensive outreach that encompassed six separate Southern California counties, the project team was able to identify the gap in local IT capacities among housing program staff as well as impediments to accessing the necessary information to improve program design and implementation.<br><br>While online content was identified throughout the web to assist local government staff, it soon became clear that a more focused housing development portal was necessary. This portal began life as a vehicle to make clear and transparent the calculations that lay behind the Regional Housing Needs Assessment (RHNA).  These RHNA numbers must be incorporated in the local housing elements with a clear plan to achieve local development targets.<br><br>The Housing California site therefore also had to provide a wide range of strategies to promote infill development as well as establish mandates for local production.  Within the last two years, a renewed emphasis has been placed on electronic training materials including the introduction of regional mapping to support the achivement of housing goals.  Trainings sessions and site content have focused on such topics as regional economic development, expiring-use subsidized housing, brownfield redevelopment, changing demographics and housing plans, etc.  The next training will link directly to community reinvestement tools and research for the region. | |

## 6.0    Staffing Plan

### 6.1    Project Leadership – Community Informatics

Jaron Waldman will serve as project lead and primary point of contact on the project.

### 6.2    Client Role

The foundation should designate at least two staff on a part-time basis to administer the DataPlex project.  Administration functions include addressing user inquiries, monitoring and adjusting site behavior through web interfaces, and working with CI-UCLA and other partners to evaluate and design functionality and content.

### 6.3    Contractor Personnel & Partners

Community Informatics will play the lead role on the project team.   The director of Community Informatics is Dr. Neal Richman.  Neal will be administrative director on the DataPlex project, overseeing the project director and all activities.  Jaron Waldman is associate director of Community Informatics, and will coordinate all aspects of the project technical design and implementation.   Young Kim will be lead developer on the CI-UCLA team, and Tom Kemeny will bring his many years of expert user interface design to the team as an interface developer.

All members of the CI team have long experience in building community development related web sites and information services.  The team has many years experience in direct use of all technologies cited in the technical approach.

#### 6.3.1    UCLA Advanced Policy Institute

UCLA staff assigned to the DataPlex project include Director of Information Technology Yoh Kawano, who will be the technical lead on the project.  Yoh has been a national pioneer in the area of using web-based GIS for planning and community development.

Nick Rattray will oversee issues of usability for and outreach to the target constituencies.  Bill Pitkin will lead evaluation of the project, and serve as liaison with evaluation partners.  Charanjeet Singh will coordinate with task 1-4 partners to ensure that the data provided fit seamlessly into the platform technical architecture.  Charanjeet will be writing code as well as overseeing quality assurance on the site.

Dr. Neal Richman has served as the fifty-percent time Associate Director of API for the past six years, overseeing all of the Institute's information technology projects.   He will continue in that role, but take a leave from his fifty-percent teaching appointment on the faculty of the UCLA Department of Urban Planning.  He will use that time instead to lead Community Informatics, providing coordination and integration of the activities of both groups, during the design and implementation of DataPlex.

#### 6.3.2    ESRI

ESRI would play a role in designing the systems approach to DataPlex, as well as in providing added technical depth to the team and level 3 technical support for any deeper technical issues that may arise related to the use of their platforms on DataPlex. ESRI will help to ensure that the software platforms that run DataPlex are optimized for best performance.

ESRI will offer its wide range of high-quality professional services supporting Geographic Information System (GIS) design, implementation, and application. While perhaps best known for its flagship software products, ArcInfo, ArcView, ArcIMS, MapObjects, and Spatial Database Engine (SDE), ESRI also maintains a significant presence in the provision of related services. Since 1969 ESRI staff have supported thousands of organizations throughout the world in the implementation of GIS tools and technology. Support services range from short-term implementation support to the development of digital databases and application solutions.

The Professional Services organization at ESRI includes the technical, management, and administrative staff required to provide GIS support services to a broad range of user agencies throughout the world. The technical staff are comprised of consulting, data conversion, and programming experts with extensive experience in GIS and IT domains. These include systems engineering, geodesy, cartography, computer science, operations research, logistics management, facilities management, planning, land surveying, terrain modeling and analysis, geology, hydrology, forest science, and many others. Most hold advanced degrees. They have in-depth understanding of ESRI products, have direct access to ESRI product development staff, and have practical experience in integrating ESRI products with related technologies.

ESRI also provides senior level assistance to other organizations involved in supporting our end customers. ESRI can assist in providing professional and technical consulting staff who can help facilitate the configuration and implementation of the ESRI COTS tools effectively. This support and technology transfer can help reduce overall costs, minimize potential component conflicts and leverage other systems and applications in an open and scalable way. Areas of specific support for the DataPlex project include:

- Recommendations regarding system architecture, performance, security and network infrastructure
- Configuration of ESRI COTS client and server components
- Geodatabase design support and review
- Data conversion specification review
- Systems performance evaluation and tuning
- Technology transfer and core software training

6.4    Resume Templates

See below.

| 1.  Name:<br>Neal Richman | 2.  Current Title/Job Position:<br>Director, Community Informatics<br>Associate Director, UCLA Adv. Policy<br>Institute | 3.  Length of Time in<br>Present Position:<br>6 years, API; 2 months, CI |
|---|---|---|
| 4.  Proposed Position:<br>Administative Director—<br>overseeing project director and all<br>activities. | 5. Education:<br>Ph.D. Planning and Development, (AUC) M.A.Urban Planning, (UCLA)<br>B.A. Sociology/Biology (UCSC) | |

**6.  Technical Skills:**
Skills to plan, oversee and evaluate a wide range of information technology programs in the area of housing and community development.  Twenty-five years experience in planning, real estate, and related fields.

**7.  Related Training/Certifications:**
Nationally and Internationally recognized for leadership in community information systems through such entities as the Harvard JFK Innovations in Government program,  the Stockholm Awards, and the National Telecommunications and Information Agency

**8.  Relevant Experience:**

Dr. Richman has twenty-five years of experience in affordable housing management and development, contributing to the rehabilitation/construction of more than one thousand dwelling units in Southern California. Most of these projects were designed as scattered-site, infill developments with the aim of strengthening the fabric of distressed neighborhoods. His development work has relied on expanding resident-controlled housing and broadening opportunities for ownership by lower income households. His development research clients have included organizations in Europe, Africa and the former Soviet Union.

He has just assumed the directorship of a new community information technology organization, Community Informatics.  He will continue in fifty percent capacity, as the associate director of UCLA Advanced Policy Institute, where he has been exploring the use of new information and communication technologies to support grassroots community development activities. Funding for this technology outreach and training program is currently provided by FannieMae Foundation, Microsoft Foundation, and the National Telecommunications Information Agency. The Neighborhood Knowledge Los Angeles (NKLA) internet site, which provides access to a searchable database that for the first time anywhere provides information on property tax delinquencies, code violations, and other city and country data, can be accessed at http://nkla.sppsr.ucla.edu. In partnership with the Southern California Association of Governments, Dr. Richman has also been conducting training programs for government officials, and representatives of private industry on how new technologies will reshape urban development and finance.

Since 1991, he has been teaching in the UCLA Department of Urban Planning with courses on such topics as real estate finance and development, planning theory, non-profit management and professional practice. He received a doctoral degree for his cross-national research on housing provision from the Department of Development and Planning at the University of Aalborg in Denmark where he sometimes teaches a module in planning theory. He received his Master's Degree in Urban Planning from UCLA in 1982.

| 2.  Name:<br>Jaron Waldman | 5.  Current Title/Job Position:<br>Associate Director, Community Informatics | 6.  Length of Time in Present Position: 2 months |
|---|---|---|

| 7.  Proposed Position:<br>Project Leader | 5. Education:<br>B.A., University of Toronto ; MA UCLA Urban Planning (pending thesis) |
|---|---|

7.  Technical Skills:
Industrial-strength application design and development experience with numerous platforms including Java 2, MS SQL Server, Oracle, .NET/C#, ColdFusion, VB, XML, Perl and ArcIMS.

9.  Related Training/Certifications:

10.  Relevant Experience:
7+ years programming, project management and technical leadership on major commercial Internet applications.   Long leadership involvement with community technology projects.

Associate Director, Community Informatics Inc. (2003)

Principal Consultant, Metonymy, Inc. (2001-2003)
NKCA: Authored technical specification.   Designed and lead development of NKCA application to support continuous updating of database from distributed, heterogeneous sources.  Project selected for CommerceNet's 2002 "Next Generation Internet" program.  Technologies: MS SQL Server/DTS, .NET, C#, ESRI ArcIMS, XML.

Director of Product Development, eSourceWorld, Palo Alto CA (1999 – 2001)
Startup e-business solution provider targeting manufacturing firms.  Led authorship of business plan and financial projections.   Led technical business development efforts and negotiations with various clients including a Fortune Global 100 manufacturer.   Closely engaged with fundraising activities.  Designed, specified and implemented company's core products with handpicked team of developers.   Technologies: n-tier Java architecture, JRun, Servlets, JSP, JDBC, XML, Oracle 8.

Application designer, UCLA Advanced Policy Institute, Los Angeles CA  (1998 – 1999)
Designed and implemented groundbreaking e-government applications including the City of Los Angeles Housing Department's Internet-based Management Information System (MIS) for their Housing Inspection Program.  The MIS Project facilitates real-time integration of housing inspections conducted on Palm Pilots in the field with city property database.  Project featured in *Business 2.0* (http://www.business2.com/articles/mag/0,1640,35982|2,FF.html).
Technologies: Cold Fusion, MS SQL Server, MS Access, Windows NT, Palm OS.

Internet Application developer, Inform Interactive, Toronto ON, Canada (1997 – 1998)
Technical designer and lead programmer on Internet groupware project for employees of major international banking institution.  Designed database; built web interfaces, security and administrative functionality.  Technologies: MS SQL Server, Perl, Windows NT.
Lead programmer on platform facilitating communication on Y2K issues for international technical teams.   Platform deployed for pharmaceutical firms including Perkin-Elmer and MDS International.   Project was featured in Canada's *Financial Post* newspaper.

29

| 1.   Name:<br>Yoh Kawano | 2.   Current Title/Job Position:<br>Director of Information Technology | 8.   Length of Time in<br>Present Position:<br>5 years. |
|---|---|---|
| 3.   Proposed Position:<br>Technical Lead | 4.   Education:<br>B.A. Sociology (International Christian University in Tokyo)<br>Master of Arts in Urban Planning (UCLA) | |

| 8.   Technical Skills:<br>ColdFusion, SQL Server 2000, ArcIMS, ArcSDE, ArcGIS |
|---|

| 11.  Related Training/Certifications:<br> Certified in ArcIMS and ArcSDE by ESRI. |
|---|

| 12.  Relevant Experience:<br><br><br>As the Director of IT at UCLA Advanced Policy Institute, Yoh's duties include the direction of all technical aspects of each project, from scoping out functional and technical specifications, building databases, writing code, working with graphic designers, working with focus groups, coming up with marketing strategies, develop training materials and ultimately conducting outreach and training. His expertise lies in the development of web-based GIS (Geographic Information Systems). All API projects have interactive mapping components, as we believe that GIS plays a key role as a flexible tool to query, analyze and map data to support any decision making process. Yoh ensures that projects follow the mission of our institute, and oversees the harmony within a team of people from diverse backgrounds in developing innovative projects that are constantly pushing the technological boundaries in the field of urban planning.<br><br>Yoh has also taught a class in the Department of Urban Planning at UCLA, instructing graduate students on how to develop web based information systems. |
|---|

| 1.  Name:<br>Nicholas Rattray | 9.    Current Title/Job Position:<br>Project Manager | 10.  Length of Time in<br>Present Position:<br>2.5 years |
|---|---|---|
| 11.  Proposed Position:<br>Usability designer | 5. Education:<br>Rutgers University, Edward J. Bloustein School of Planning and Pul Policy, New Brunswick, NJ<br>M.C.R.P Master's of City and Regional Planning (2000)<br>Rutgers Excellence Fellowship, Bloustein Memorial Scholarship, Graduate Scholar Award<br><br>University of California, Berkeley, CA<br>A.B Anthropology (1998)<br>Honors with Distinction, Dean's Honor List – Fall 1996, Spring 1997 | |

| 9.    Technical Skills: |
|---|
| JavaScript, Flash, Cold Fusion, SQL, Photoshop, GIS: ArcMap, ArcIMS/XML |

| 13.  Related Training/Certifications: |
|---|
| |

| 14.  Relevant Experience: |
|---|
| Project Manager, UCLA Advanced Policy Institute, Los Angeles, CA (2000 – present) Co-developed "Neighborhood Knowledge California" (NKCA; http://nkca.ucla.edu), a statewide internet-mapping project empowering community residents with publicly available research tools and impacting public policy in housing and community reinvestment. Provided longitudinal, neighborhood-level demographic and housing data to nonprofits, researchers, students throughout CA. Performed web development and training on Neighborhood Knowledge Los Angeles (NKLA; http://nkla.ucla.edu) and Living Independently in Los Angeles (LILA; http://lila.ucla.edu). Published article on neighborhood GIS in *Community Technology Review,* Winter 2002 Conducted asset-mapping projects with youth from urban neighborhoods (Summer 2001) Trained over thirty community groups/year; convened annual "User Conferences" Instituted "Bug Tracking" system to increase productivity |

| 1. Name:<br>Bill Pitkin | 2. Current Title/Job Position:<br>Research Director, UCLA Advanced<br>Policy Institute | 12. Length of Time in<br>Present Position:<br>6 years |
|---|---|---|
| 3. Proposed Position:<br>Evaluation Lead | 5. Education:<br>Ph.D., Department of Urban Planning, Expected 2004.<br>M.A., Department of Urban Planning (UCLA), 1997.<br>M.A., Theological Studies Wheaton College, Wheaton, IL, 1991. | |

| 10. Technical Skills:<br>Cold Fusion, ArcGIS, SQL Server, Statistical Analysis (Stata, SAS) |
|---|

| 15. Related Training/Certifications: |
|---|

| 16. Relevant Experience: |
|---|

Research Director, UCLA Advanced Policy Institute, 1997-Present
Activities: Initiate and conduct research on community development and the impact of information technology in urban policy. Maintain and evaluate usage on community development-related website (http://nkla.ucla.edu). Provide technical assistance, outreach and training to local governments and nonprofit organizations.

Researcher, Centro De Investigaciones CIUDAD, Quito, Ecuador, 1996
Activities: Worked on assessment phase of SIPSEP (*Servicios Integrales Para Sectores Populares*) Project in Quito squatter settlements. Designed and oversaw resident survey. Conducted community-based research.

Director of Resource Development, Soledad Enrichment Action, Los Angeles, CA 1995-1996
Activities: Researched and wrote grant proposals for nonprofit organization. Oversaw public relations office and evaluation project. Developed and maintained contacts with community leaders and public officials.

Regional Director, Hope In Youth, Los Angeles, CA 1993-1995
Activities: Trained and supervised Family Outreach Teams for community empowerment strategy. Oversaw operations and data collection. Organized assemblies and political actions.

Selected Publications:
"Los Angeles City Report" (with Neal Richman). Forthcoming for the 2003 *United Nations Global Report on Human Settlements*. United Nations HABITAT Programme.

"Community Informatics for Community Development: Hope or Hype?" Forthcoming in *Connected Communities*, edited by Patrick Purcell, 2003.

"A Historical Perspective of Technology and Planning." *Berkeley Planning Journal* vol. 15, pp. 32-55, 2001.

"Internet-based Neighborhood Information Systems: A Comparative Analysis" (with Neal Richman and Danny Krouk). In *Community Informatics: Enabling Communities with Information and Communication Technologies*, pp. 275-97, edited by Michael Gurstein, Hershey, PA: Idea Group. 2000.

"NKLA: Neighborhood Improvement and Recovery is Not Just for the Experts!" *Planners Network*, May/June 2000.

| 1.   Name:<br>Charanjeet Singh | 13.  Current Title/Job Position:<br>Project Manager | 14.  Length of Time in Present<br>Position: 1.5 yrs |
|---|---|---|
| 15.  Proposed Position:<br>Database Programmer/QA Lead | 5. Education: B.Tech (Const Tech) M.Tech (Housing) M.A. (Urban Planning) | |

| 11.  Technical Skills:<br>Geographic Information Systems (GIS): ArcView, ArcIMS, ArcSDE, ArcInfo, ArcGIS, ArcXML<br>Programming Languages: HTML, SQL, ColdFusion, Java<br>Other Packages: MS-Office, MS-Access, MS-Project, SPSS, Adobe, Macromedia Dreamweaver, Crystal Reports, Flash, Filemaker pro<br>Systems Administration: Windows NT/2000 (Server/Advanced Server), Veritas Backup Systems, SQL Server |
|---|
| 17.  Related Training/Certifications:<br>Introduction to ArcIMS<br>ArcSDE Administration for SQL server |
| 18.  Relevant Experience:<br><br> Advanced Policy Institute, UCLA<br><br>Projects: Neighbourhood Knowledge California (http://nkca.ucla.edu), Living Independently in Los Angeles (http://lila.ucla.edu), Neighbourhood Knowledge Los Angeles (http://nkla.ucla.edu)<br><br>Designed information management solutions for various e-community applications focusing on housing and community development issues.<br><br>Implemented and integrated interactive database-driven websites with GIS based mapping functionalities across different platforms.<br><br>The tools created have been effectively used in collecting & disseminating valuable data, opinions and specialized knowledge resulting in generation of valuable content and outreach. |

| 1.  Name:<br>Young Kim | 2.   Current Title/Job Position:<br>Lead Developer, Community<br>Informatics | 16.  Length of Time in<br>Present Position:<br>4 months |
|---|---|---|
| 3.   Proposed Position:<br>Lead Developer | 5. Education:<br>1996 ~ 2000<br>University of California, Berkeley<br>B.A, Applied Mathematics emphasis in Computer Science | |

12.  Technical Skills:

**Programming**: Web: Cold Fusion, ASP, JavaScript, PHP, CGI, XML, DHTML, and HTML. Language: C, C++, Java, Pascal, and MIPS Assembly. Database: MS SQL 2000, FileMaker, and MS Access

**Theory:** The Structure and Interpretation of Computer Programs**.** Data Structures. Machine Structures. Efficient Algorithms and Intractable Problems. Programming Languages and Compilers. Foundation of Computer Graphics

19.  Related Training/Certifications:

20.  Relevant Experience:

LesbianAlliance.com
2002 ~ Present, San Francisco, CA
*Web Engineer*
Establish and Maintain server environment and connection. Designed architectural structure and manage contents of the website. Creation of robust website using: Cold Fusion, JavaScript, CGI, HTML and DHTML, Application and Session Management for security and efficiency, MS SQL 2000

Korean Community Center of the East Bay
1999 ~ Present, Oakland, CA
*Web Engineer and Network Administrator*
Establish and Maintain server connection. Designed architectural structure and manage contents of the website. Creation of robust website using: Cold Fusion, JavaScript, CGI, HTML and DHTML, Application and Session Management for security and efficiency, MS SQL 2000. Creation of 9 Social Awareness Campaign websites. Design and Maintenance of managed computer network in Windows 2000/XP environment.

KoreanZ.com
1999 ~ 2000, Los Angeles, CA
*Web Engineer and Digital Media Technician*
Designed architectural structure and manage contents of the website. Captured live video feed from Democratic National Convention. Edited, encoded, and published digital video under extreme time pressure. Captured, edited, encoded, and published keynote speeches and interviews from Comdex 2000 at Las Vegas, NV.

| 1.  Name:<br>Tom Kemeny | 4.   Current Title/Job Position:<br>User Interface Lead, Community Informatics | 17.  Length of Time in<br>Present Position:<br>New |
|---|---|---|
| 5.   Proposed Position:<br>Interface Designer | 5. Education:<br>MASTERS OF ENVIRONMENTAL STUDIES, York University. 1997-1999.<br>BACHELOR OF COMMERCE, Queen's University. 1992-1996. | |

**13.  Technical Skills:**
Strong user interface design skills, art direction, and information architecture.

**21.  Related Training/Certifications:**

**22.  Relevant Experience:**

*UI LEAD / PROJECT MANAGER*
zinc Roe Design, Toronto, Ontario, 2003
　　Directed the design, development and implementation of a large Canadian arts portal aimed at community-building and elevating the stature of young Canadian creators.  Led user interface design of a complex, CSS and XHTML-Transitional website.  Maintained high level of accessibility and usability standards without compromising visual excellence.  Created robust information architecture to ensure precision and consistency.  Produced regular reports to stakeholders regarding project progress, identifying potential bottlenecks, making recommendations to increase efficiency. Managed team resources and led budgeting and overall project management

*UI LEAD / PROJECT MANAGER*
Consolidated Media Inc. Toronto, Ont, 2001- 2002
　　Led a multidisciplinary team through the development of several medium-sized web applications. Responsibilities included budgeting and strategic planning.  Managed web projects with budgets of $20,000-$100,000 from initial client contact and requirements definition to deployment.  Led meetings with clients, made oral presentations to large groups and directed user acceptance processes in the implementation phase. Coordinated and directed diverse teams of designers, developers and programmers  Led user interface design process to ensure that interface met with usability constraints set out in requirements process

*ART DIRECTOR*
The NRG Group. Toronto, Ont. 2000
　　Directed a team of user-interface designers through the design lifecycle from discovery phase to final implementation for a variety of web and print design projects. Managed workflow, mentored and coordinated up to 6 people in a cross-functional design team.  Streamlined and redefined the design lifecycle resulting in significant design cost reductions.  Led the conceptual, strategic, and tactical re-branding of two organizations: the NRG Group and Youthography.  Directed the creation of 4 robust multimedia CD-ROMs in 3 months for consulting clients.  Clients included: Federal Government of Canada, Kids Help Phone, Ford Canada, Kellogg's,

## 7.0    Cost Proposal

The following is a summary of the estimated DataPlex costs for services described in this proposal.

**Cost Summary:**

| Item | Year 1 Cost | Year 2 Cost | Year 3 Cost | Total Cost |
|---|---|---|---|---|
| Personnel | $455,460 | $105,200 | $64,000 | $624,660 |
| Software | $25,120 | $0 | $0 | $25,120 |
| Support | $20,000 | $20,000 | $20,000 | $60,000 |
| Managed Hosting, Support, Upgrades | $51,000 | $51,000 | $51,000 | $153,000 |
| Other Costs | $7,500 | $7,500 | $7,500 | $22,500 |
| TOTALS: | $559,080 | $183,700 | $142,500 | $885,280 |

### 7.1    Personnel

Below are the estimated hours for project personnel.

| # | Name | Title | Project Role | Hourly Labor Rate | Estimated Project Hours | Total Cost |
|---|------|-------|--------------|-------------------|-------------------------|------------|
| Community Informatics Team | | | | | | |
| 1 | Neal Richman | Director | Administrative Dir. | $150.00 | 80 | $12,000 |
| 2 | Jaron Waldman | Associate Director | Project Lead | $130.00 | 1700 | $221,000 |
| 3 | Tom Kemeny | UI Lead | Interface Design | $100.00 | 140 | $14,000 |
| 4 | Young Kim | Programmer | Lead Developer | $110.00 | 1100 | $121,000 |
| | | | | | | |
| UCLA Advanced Policy Institute Team | | | | | | |
| 1 | Neal Richman | Director | Administrative Dir. | $150.00 | 80 | $12,000 |
| 5 | Charanjeet Singh | Data Specialist | Programmer/QA lead | $110.00 | 550 | $60,500 |
| 6 | Bill Pitkin | Research Director | Evaluation Lead | $130.00 | 280 | $36,400 |
| 7 | Yoh Kawano | Director of IT | Technical Lead | $130.00 | 360 | $46,800 |
| 8 | Nicholas Rattray | Project Manager | Usability Design | $130.00 | 160 | $20,800 |
| 9 | Administrator | Administrator | Administration | $60.00 | 160 | $9,600 |
| ESRI Team | | | | | | |
| 10 | Various ESRI Specialists | | Systems design and Support | $160.00 | 441 | $70,560 |

| $624,660 | **/** | 5051 | **=** | $123.67 |
|----------|-------|------|-------|---------|
| Total Estimated Project Labor Cost | (divided by) | Total Estimated Project Hours | (equals) | Blended Hourly Labor Rate |

37

7.2    Product Costs

### 7.2.1  Software Licenses

The price shown here is for a 2 CPU license to the following products: ESRI ArcIMS 2 CPU, ESRI ArcIMS Route Server, ESRI ArcSDE. Other pricing model is for ESRI GDT USA Data Pack License for up to 5,000,000 transactions.

| | License Pricing Model (check all that apply) | Cost Per License | Number of Licenses | License Discount (if any) | Total License Cost | Annual Maintenance Cost (per year) | Support Costs (per year) |
|---|---|---|---|---|---|---|---|
| | License per User | $ | | | $ | $ | $ |
| | License per Server | $ | | | $ | $ | $ |
| 1 | License per CPU | $15,120 | 1 | | $15,120 | $0 | $0 |
| | Enterprise License | $ | | | $ | $ | $ |
| 1 | Other Pricing Model (if any) | $10,000 | 1 | | $10,000 | $0 | $0 |

### 7.2.2  Software Upgrades

| Expected Date of Upgrade | Objective(s) of the Upgrade | Expected Cost of Upgrade |
|---|---|---|
| | ** Upgrade costs included in Managed Hosting quote. | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | Total Cost | $0 |

*7.2.3   Software Technical Support*

| Availability Scenario | Annual Cost | Assumptions (if any) |
|---|---|---|
| 24 hours per day; 7 days per week | $ | Level 1 support by managed hosting provider (see ongoing costs below) guarantees 99.99% site availability. |
| 8 hours per day; 5 days per week | $20,000 | Level 2 support by CI-UCLA team for rapid response to any application-level problems. |
| 8 hours per day; 5 days per week | $Included in labor | Level 3 support by ESRI for fine tuning and maintenance—cost included in labor estimate above. |
| __ hours per day; ___ days per week | $ | |

*7.2.4   Hardware*

| Hardware Element Description | # of Elements Required | Estimated Cost |
|---|---|---|
| Price of hardware is included in managed hosting (see below) | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **Total Cost** | $0 |

7.3     Ongoing Costs

| Cost Element Description | Estimated Cost | Frequency of Occurrence (x/year) | Duration of Occurrence (# of years) | Total Cost |
|---|---|---|---|---|
| Managed hosting solution – includes cost of hardware, 24x7 high availability, security, 64Kbps bandwidth burstable to 2Mbps. | $4,250/month | 12 | 3 | $153,000 |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |
| | | | **Total Cost** | **$153,000** |

40

7.4     Other Costs

| Cost Element Description | Estimated Cost |
|---|---|
| Travel: Project Meetings, Training, Outreach | $22,500 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **Total Cost** | **$22,500** |

**8.0    Project Schedule**

The project schedules shown below are broken out into major task 5 and its subtasks, and major task 4 and 6 and their subtasks.  Although not every task shown will be conducted solely by the CI-UCLA team, all major CI-UCLA team tasks are reflected on the schedules below.

## Project Schedule – Task 5



| ID | Task Name | Duration |
|----|-----------|----------|
| 1 | **Development TimeLine** | **778 days?** |
| 2 | **Task 5 (Design, Develop and Maintain Web Applications and Spatial** | **625 days?** |
| 3 | Project Initiation Meeting | 2 days |
| 4 | Design and Year 1 Work Plan Development | 2 wks |
| 5 | Design and Work Plan Review Meeting | 1 wk |
| 6 | **Data Assembly** | **45 days** |
| 7 | Coordination with Data Assembler on Database Schema for Dataplex Prototype tables | 3 wks |
| 8 | Receipt of Indicator Data from Data Assembler | 6 wks |
| 9 | **Application Development** | **259 days?** |
| 10 | Dataplex Prototype Design with FMF and Partner | 2 wks |
| 11 | Dataplex Prototype Development | 8 wks |
| 12 | Dataplex Prototype Test | 8 wks |
| 13 | On-Site Integration and Testing | 7 days |
| 14 | Dataplex Prototype Launch | 0 days? |
| 15 | Dataplex Prototype Evaluation | 4 mons |
| 16 | Coordination with Data Assembler on Database Schema for Dataplex 1.0 tables | 6 wks |
| 17 | Dataplex 1.0 Design | 1.5 mons |
| 18 | Workplan Revisions | 5 days |
| 19 | Dataplex 1.0 Development | 3 mons |
| 20 | Dataplex 1.0 Test | 3 mons |
| 21 | On-site Integration and Testing | 13 days |
| 22 | Dataplex 1.0 launch | 0 days |
| 23 | Dataplex 1.0 Evaluation | 4.3 mons |
| 24 | Year 1 Review/Year 2 Work Plan and Design | 2 wks |
| 25 | Year 2 Design and Work Plan Review Meeting | 1 wk |
| 26 | Staged Enhancements Design | 12 mons |
| 27 | Staged Enhancements Development | 12 mons |
| 28 | Staged Enhancements Test | 12 mons |
| 29 | Staged Enhancements Deployment | 12 mons |
| 30 | Staged Enhancements Evaluation | 12 mons |

43

## Project Schedule – Tasks 4 and 6



| ID | Task Name | Duration |
|----|-----------|----------|
| 1 | **Project TimeLine** | **778 days?** |
| 2 | **Task 4 (Data Source Descriptions, User Guides)** | **276 days** |
| 3 | Project Initiation Meeting | 2 days |
| 4 | Design and Year 1 Work Plan development | 4 wks |
| 5 | Design and Work Plan Review Meeting | 1 day |
| 6 | Building Meta Data Tool (App'n, interface for Update and Display of Metadata) | 3 mons |
| 7 | Metadata Assembler prepares, loads Metadata | 28 wks |
| 8 | On-Site Integration and testing | 11 days |
| 9 | Revise Year 1 Work Plan | 14 days |
| 10 | Design and Year 2 Work Plan Development | 2 wks |
| 11 | Design and Work Plan Review Meeting | 1 wk |
| 12 | **Task 5 (Design, Develop and Maintain Web Applications** | **561 days?** |
| 13 | **Application Development** | **109 days?** |
| 14 | Dataplex Prototype Launch | 0 days? |
| 15 | Dataplex 1.0 launch | 0 days |
| 16 | Staged Enhancements Deployment | 12 mons |
| 17 | **Task 6 (User testing and Feedback)** | **778 days** |
| 18 | Project Initiation Meeting | 2 days |
| 19 | Year 1 Work Plan Development | 2 wks |
| 20 | Design and Work Plan Review Meeting | 1 wk |
| 21 | Conduct Tests and Collect Feedback (Prototype | 2 mons |
| 22 | Assess Results (Prototype | 1 mon |
| 23 | Conduct Tests and Collect Feedback (1.0) | 2 mons |
| 24 | Assess Results (Dataplex 1.0) | 1 mon |
| 25 | Year 2 Work Plan Development | 2 wks |
| 26 | Work Plan Review Meeting | 1 wk |

44

## 9.0    Workspace

This project will not require any workspace at the Fannie Mae Foundation on an ongoing basis.   During the initial consultation phase, and for training and consultation with Foundation staff around project rollout dates, there will be a need to schedule meeting rooms at Foundation headquarters on an intermittent basis.

## APPENDIX A:  Proposed Functionalities

This chart shows each functionality listed in the DataPlex RFP, a sample URL linking to a similar functionality (or screen shot of that functionality where direct linking is impossible), who developed the sample referenced, and the proposed timing for rollout.  Items marked as 1 will rollout in the DataPlex prototype (90 days from project start), those marked 2 will rollout with DataPlex 1.0 9 months from project start, and those marked 3 will rollout in a series of staged enhancements 9-12 months from the project start.

| Function (from RFP Appendix A) | Rollout | Sample URL | Developer of sample |
|---|---|---|---|
| **1. Retrieve Tables and Charts** | | | |
| View chart | 1 | http://nkca.ucla.edu/charca/Page_1.htm | CI-UCLA |
| View table | 1 | http://nkca.ucla.edu/charca/Page_1.htm | CI-UCLA |
| Generate variables | 3 | http://www.chis.ucla.edu/main/default.asp | CHPR |
| Download chart or table | 2 | http://www.chis.ucla.edu/main/default.asp | CHPR |
| Print chart or table | 2 | http://nkca.ucla.edu/charca/Page_2.htm | CI-UCLA |
| Integrated data dictionary | 2 | | CI-UCLA |
| **2. Interactive Mapping** | | | |
| Search by Geography | 1 | http://nkca.ucla.edu/charca/Page_11.htm | CI-UCLA |
| Multiple boundary layers on single map | 3 | http://nkca.ucla.edu/charca/Page_4.htm | CI-UCLA |
| Add/Remove layers | 1 | http://nkca.ucla.edu/charca/Page_5.htm | CI-UCLA |
| Define theme classification | 2 | http://nkca.ucla.edu/charca/Page_6.htm | CI-UCLA |
| Classify point theme by attribute | 3 | http://nkca.ucla.edu/charca/Page_6.htm | CI-UCLA |
| Label point data | 2 | http://nkca.ucla.edu/charca/Page_7.htm | CI-UCLA |
| Zoom in/out, pan, recenter | 1 | http://nkca.ucla.edu/charca/Page_8.htm | CI-UCLA |
| Identify | 1 | http://nkca.ucla.edu/charca/Page_8.htm | CI-UCLA |
| Create custom neighborhoods | 2 | http://nkca.ucla.edu/charca/Page_9.asp | CI-UCLA |
| Retrieve or download information for custom neighborhoods | 2 | http://nkca.ucla.edu/charca/Page_10.htm | CI-UCLA |
| Generate reports by boundary layers | 3 | http://nkla.ucla.edu (logged in LANEWS->Area Search) | CI-UCLA |
| Search by distance | 3 | http://nkca.ucla.edu/charca/Page_11.htm | CI-UCLA |
| Print map | 2 | http://nkca.ucla.edu/charca/Page_12.htm | CI-UCLA |
| Download map | 2 | http://nkca.ucla.edu/charca/Page_12.htm | CI-UCLA |
| **3. My DataPlex (user profile area)** | | | |
| Retrieve stored content | 2 | http://nkca.ucla.edu/charca/Page_13.htm | CI-UCLA |
| User upload of datasets | 2 | http://nkca.ucla.edu/charca/Page_14.htm | CI-UCLA |
| User edits to point datasets | 3 | | |
| View dataset in tabular format | 2 | http://nkca.ucla.edu/charca/Page_15.htm | CI-UCLA |
| Zoom to user dataset | 3 | | |
| Change profile information | 2 | http://nkca.ucla.edu/charca/Page_16.htm | CI-UCLA |
| Change preferences | 2 | http://nkca.ucla.edu/charca/Page_19.htm | CI-UCLA |
| My neighborhoods | 2 | http://nkca.ucla.edu/charca/Page_17.htm | CI-UCLA |

| Function (from RFP Appendix A) | Rollout | Sample URL | Developer of sample |
|---|---|---|---|
| 4. Site Administrator Functionalities | | | |
| Master control over available site layers | 2 | | |
| Control dynamic site content areas | 2 | http://nkca.ucla.edu/charca/Page_20.htm | CI-UCLA |
| Change size limit on users' personal storage areas | 2 | | |
| Interfaces to support translation into multiple versions | 2 | http://nkca.ucla.edu/charca/Page_21.htm | CI-UCLA |
| Retrieve site usage and evaluation reports | 2 | http://nkca.ucla.edu/charca/Page_22.htm | CI-UCLA |
| View/edit geocoding queue | 3 | | |

**Table A.1: Proposed Functionalities**

## APPENDIX B: Community Mapping Resource Reference

http://www.communitymap.org/

The Community Mapping Program sponsored by a partnership of the Orton Family Foundation and the Vermont Institute of Natural Science, supports students, educators and community organization representatives in a process of discovery and learning. Students work with community groups, using hands-on resources, including geographic information systems (GIS) and global positioning systems (GPS), to actively investigate social, economic and ecological systems, identify and solve local problems, and develop enduring connections. Displays, brochures, wall maps, data bases and web pages are among the products created by this community mapping work to help the public understand more about where they live.

http://www.huduser.org/datasets/gis.html

Research Maps (R-MAPS), a Policy Development and Research (PD&R) initiative, initiates a new series of HUD products designed to democratize housing and urban data, making the data more widely accessible and useful to researchers, policymakers, and practitioners.

http://tiger.census.gov/

The Census Bureau's mapping services available online from LISC's Center for Home Ownership "Gathering and Presenting Information About Your Neighborhood"

*Technical Assistance Providers: (Next 11 sources are local partners of NNIP)*

http://murmur.arch.gatech.edu/~dapa/

Established in 1992 by Dr. David S. Sawicki, a professor of City Planning and Public Policy at Georgia Tech, DAPA serves as an advocate for community capacity building through the dissemination of local socio-economic data to Atlanta residents and organizations that have historically been denied access to such information.

http://www.tbf.org/current/pcs.html

The Boston Indicators Project of the Boston Community Building Network, part of the Boston Foundation, are intended to inform, monitor, evaluate and drive change at the neighborhood, city and regional levels. The Indicators are expressed as positive goals designed to represent the values of a healthy and sustainable community.

**http://povertycenter.cwru.edu/cando.htm**

CAN DO's sharing of neighborhood data in Cleveland can assist community organizations in their planning and program development, especially as it relates to poverty and low-income populations and neighborhoods.

**http://www.urbanstrategies.org/data_unit.htm**

The mission of the Data Unit is to provide high-quality data and information in a variety of forms to support and inform Urban Strategies Council's policy, advocacy and community building work. The Data Unit provides data and maps on a fee-for-service basis to non-profit and government agencies that work on initiatives targeted toward alleviating persistent urban poverty in Oakland.

**http://www.provplan.org**

The Providence Plan is a nonprofit strategic planning organization established by the city of Providence and the state of Rhode Island. Its mission is to direct the revitalization of Rhode Island's capital city. A comprehensive GIS system, based largely on census and administrative and agency data, has been created to help guide this process.

**http://www.dcagenda.org/pages/nis/index2.html**

The Center of Neighborhood Information Services was created by DC Agenda to provide District of Columbia citizens with a comprehensive place to find and share neighborhood information, spatial data, interactive mapping applications and neighborhood resources

http://www.bnia.org/  -- The Baltimore Neighborhood Indicators Alliance (BNIA) is group of citywide partners developing a comprehensive, integrated Neighborhood Information System to support efforts to enhance and maintain the quality of life in Baltimore City.

**http://www5.myflorida.com/cf_web/myflorida2/healthhuman/commserv/sfcspc/main_page.htm**

The Community Services Planning Center is documenting, tracking and building a virtual Database Warehouse that contains information about the people, organizations, and activities which are part of the fabric that makes up the health and human services system in South Florida.

**http://www.uwm.edu/People//mbarndt/mindex.htm**

The Data Center program at the Nonprofit Center of Milwaukee (formerly M.A.U.D.), an association of 240 nonprofit organizations in the Milwaukee, Wisconsin region, has been offering training and technical support to nonprofit organizations exploring telecommunications options.

**http://www.trfund.com/social-impact/index.html**

TRF plays an important role in regional affordable housing production in the Philadelphia region. Loan officers have financed or assisted approximately 10 -15% of all developer-created low- and moderate income housing efforts that require some kind of public sector housing subsidy. This includes both for- and non-profit developers

**http://www.savi.org/**

SAVI Interactive based in Indianapolis, IN allows residents to access the Social Assets and Vulnerabilities Indicators database allowing them to customize maps and tables and interactively question the database to search for features based on various criteria.

**http://www.mapcruzin.com/community-research/**

Clary-Meuser Research Network (CMRN) assists tribes, governments, community groups, students, educators and businesses to do research, analyze and to communicate the various facets of environmental health and social problems, solutions, and achievements. Besides all the free resources they provide, including their free gis, free maps, global environmental risk maps, and their new toxic locating tools, they also provide a growing number of maps, free Learn2Map GIS tutorial and many services.

**http://nris.state.mt.us/gis/gis.html**

The Montana Natural Resource Information System, Geographic Information System (GIS) acts as a clearinghouse for GIS databases and provides services to State, Federal, Private, Non-Profit, and Public groups or individuals needing access to GIS technology.

**http://www.urban.org/nonprofit/phila_pa_ES.html**

Mapping Nonprofits in Philadelphia, Pennsylvania by the Urban Institute

**http://www.urban.org/nonprofit/summit_co_ohio_ES.html**

Mapping Community-Based Organization in Summit County, Ohio

**http://www3.telus.net/cground/index.html**

Common Ground is a community-based mapping
and planning project based in Victoria, BC, which provides mapping and learning resources and opportunities for schools, neighborhoods and communities wishing to undertake sustainable community development and planning projects

**http://gis.ci.cambridge.ma.us/**

The City of Cambridge Geographic Information System (GIS) is a computer based system used for geographic data creation, maintenance, storage, analysis and mapping. The system is being implemented by the MIS Department throughout many  of the City of Cambridge departments

# EXHIBIT 6

# REDACTED

-----Original Message-----
From: Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
Sent: Friday, February 27, 2004 4:04 PM
To: Jaron Waldman
Cc: nrichman@ucla.edu; Anderson, Troy
Subject: RE: Mar. 3

Hi Jaron, Thanks for the offer of completing the March 3 release and for
taking the time to discuss contract issues with Troy and me this
afternoon.  On advice from our contracting department, it would be best
that you stop work on the project until we meet next Thursday and
discuss these issues.  We sincerely hope to resolve our differences
quickly so that we can move forward on the project together. We really
appreciate all the work you've put into the prototype so far. Pat

-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@community-informatics.net]
Sent: Friday, February 27, 2004 6:42 PM
To: Simmons, Patrick
Subject: Mar. 3


Hi Pat,

With this AM's release we are probably 90% of the way to a Mar. 3
release. I'm wondering if you'd prefer that we follow through with this
next release and resolve the remaining changes/fixes or, in light of the
contract issues that have arisen, whether we should stop work at this
point.  I'm willing to commit to getting us through to the near-term
goal on the good faith that we will be able to work through the legal
issues together.  Please advise.

Have a good weekend.

Jaron

# EXHIBIT 7

# Cover Sheet

## *Community Data System for KnowledgePlex.org*

### Proposal Prepared for the
### Fannie Mae Foundation

### Submitted April 13, 2004

**Main Contractor:**     Urban Institute
2100 M Street NW
Washington, DC 20037
www.urban.org

**Negotiators:**     Peter Tatian
Tel:  202-261-5588
Fax:  202-872-9322
Email:  ptatian@ui.urban.org

G. Thomas Kingsley
Tel:  202-261-5585
Fax:  202-872-9322
Email:  tkingsle@ui.urban.org

**Subcontractors:**     Metonymy, Inc.
739 N Hayworth Ave. #4
Los Angeles, CA 90046
Contact:  Jaron Waldman
Tel:  323-860-6560
Fax:  323-927-1523
Email:  jwaldman@place-base.com

Vinq, LLC
2025 Park Royal Drive
San Jose, CA 95125
Contact:  Mark Torrance
Tel:  408 267-1598
Email:  mark@vinq.com

*Vinq is a woman-owned business.*

## 1.  EXECUTIVE SUMMARY

### 1.1  Scope of Submission

The Urban Institute and its partners have proposed a solution which addresses all of the functional requirements set forth in the RFP.  Our design encompasses the full set of minimal requirements—including fully interactive mapping, table and chart generation, metadata integration, and an administrative interface—as well as the capacity to incorporate all of the advanced features contemplated in the RFP.  The solution we have proposed relies on industry best practices and standards, while making innovative use of proven technology, and the combination of the Urban Institute and its technical subcontractors provides a great potential to maximize the usability of the site.  Furthermore, our experience in this area will allow us to deliver a functioning product far in advance of the Foundation's requested timeline—only 90 days for the first release.

### 1.2  Uniqueness of Approach

The Urban Institute proposal benefits from the unique combination of key personnel who would be working on the development of the Community Data System.  The Urban Institute already has a deep commitment to and familiarity with the project as the content and metadata provider, and therefore is in an ideal position to direct the successful development of the site.  In leading the technical development, the Urban Institute will place a heavy emphasis on solid information design and usability principles, and will coordinate with the Foundation and its other CDS contractors in the overall development of the CDS.

Subcontractor Metonymy will be the main technical provider responsible for building the site. They benefit from a programmer team with extensive prior experience creating community mapping sites for the web.  Subcontractor Vinq will draw upon its involvement in the existing KnowledgePlex site to help create the user interface and integrate the CDS into KnowledgePlex.

### 1.3  Company Overview

Established as a private, nonprofit corporation in Washington, D.C. in 1968, the Urban Institute has become nationally known as an objective and nonpartisan policy research and educational organization that examines the social, economic, and governance problems facing the nation.  It provides information and analysis to public and private decision makers to help them address these problems and strives to raise citizen understanding of the issues and tradeoffs involved in policy making (2000 operating budget of $61 million).

### 1.4  Dividing Responsibilities

The Urban Institute will serve as prime contractor for this project, managing the efforts of subcontractors Metonymy and Vinq.  The Institute has a proven track record of being able to collaborate in projects involving multiple partners and contractors.   As the current content and metadata provider for the Community Data System, the Urban Institute has demonstrated its ability to work effectively with the Fannie Mae Foundation, BCT Partners, Andrew Reamer and Associates, and the previous technical contractor, Community Informatics.

## 2. TECHNICAL APPROACH

### 2.1  General Description of Approach

Our approach to developing the KnowledgePlex Community Data System (CDS) takes full advantage of the substantive knowledge and understanding of the Urban Institute and the unique technical expertise of Metonymy and Vinq.  As the content and metadata provider for CDS, the Urban Institute is in an exceptional position to understand the information requirements of the site and how they affect the overall design.  Furthermore, the extensive background of the Institute in community development and neighborhood indicators places us in a strong position to evaluate the data needs of practitioners and policy makers.  The Urban Institute will leverage these assets to coordinate with the Foundation, BCT Partners, and Andrew Reamer and Associates in creating a sound design that addresses the needs of these key audiences.

In order to position KnowledgePlex CDS as the centerpiece of the information infrastructure for affordable housing and community development, the underlying technical platform must be robust, flexible, extensible and scalable.  The approach outlined here brings together a small number of industrial strength, best-of-breed application development platforms, including Java for application development, JSP for front-end scripting, Microsoft SQL Server as the data repository, and ESRI ArcIMS and ArcSDE to serve geographic information.  This combination of technologies will offer CDS unparalleled scalability and flexibility.

The openness of the CDS platform is also critical in order for the Foundation to play the role of information intermediary, assisting its partners with timely, relevant data and information.  Having an open platform design will greatly facilitate the future expansion of the site to accomplish these goals.  Although it needs to be well balanced with security concerns, the openness of platform will be achieved by adopting recognized web-based standards and protocols.  All web interfaces will be built using standard HTML, and these HTML pages and associated Cascading Style Sheets will be validated for adherence to standards using the W3C's MarkUp validation service prior to each release.

Another web standard that will be used on CDS is the Simple Open Access Protocol (SOAP).  Our proposed application architecture is highly componentized, making it easy to extend Application Programming Interfaces (APIs) with SOAP web services to permit secure remote invocation of various aspects of the CDS application suite.   Our technical approach will allow the Foundation to leverage CDS as a resource providing much richer and more complex information services to targeted partner organizations than would otherwise be possible.

At the same time, our technical team is sensitive to providing broadly targeted information services to constituencies of non-expert users.  Because the databases described in 1.3.1.1 of the RFP contain a very large array of social indicators, it is important that the contractor deliver a well-abstracted and highly encapsulated interface between the site's data repository and its presentation-oriented applications.  As future datasets are added to the CDS repository, they must be immediately available to the mapping and profile application without requiring integration by developers.  In previous work together, members of this project team successfully developed and prototyped just such a seamless approach to integration between data repository and presentation. For CDS, indicators will need to be easily grouped into meaningful hierarchical and relational taxonomies to avoid overwhelming the users by sheer volume of information.  The project team will

extend its successful approach to dynamic, metadata-driven categorization of site datasets, ensuring that users are presented with coherent and well-documented options for generating statistical profiles, maps, charts and data.

To further enhance the usability of the site, multi-tiered context-dependent help will wrap all presentations on the site. Beginner users will feel at home in the on-site environment, and individuals who have never before used Geographic Information Systems or other advanced research tools will be able to retrieve customized information about their neighborhoods. The project team has extensive experience working with the Foundation's target audiences, particularly in developing information services for practitioners and policy makers. We will craft presentation of the CDS in a manner that is highly relevant and accessible to these audiences by, for instance, linking data presentations to KnowledgePlex documents that are relevant to these individuals. At the same time, the site will broadly support the needs of secondary CDS audiences (press, professors/pundits, professionals and people).

Our approach also extends administrative control over most aspects of site content and behavior by non-technical staff. Disintermediation of programmers in making changes and additions to the site is critical to the long-term success of CDS, because it lowers cost of ownership and decreases the barriers and time delays involved in updating content or responding to fast-moving changes in the focus of the target communities. We will make it possible for project stakeholders to add and update their own datasets, make changes to the statistical profiles, and even control the appearance of maps and other aspects of the applications without requiring any changes to the underlying site programming.

## 2.2  Approach by Core Requirement

The following core requirements will be implemented in version 1 of the site, to be delivered within 90 days of the project start date. **See Appendix A for Requirements Summary.**

### 2.2.1  Select Geographic Area of Interest

The geographic area of interest can be selected through a Google™-style text box, which will initiate a scan of a master catalog of geographies mapped to geographic units in the ArcSDE geographic layer files. Ambiguous geographies will be resolved by presenting the user with a list of matching options in order of relevance before proceeding. A separate, distinct search interface will also be provided that allows users to select common geographies from a drop down, or progressively specify a particular geography (for example, state and metropolitan area).

The selected geography will stay with the user as a default throughout the session (and beyond if the preference is stored in the user's profile, see 2.3.6 below) unless changed. Persisting the geographic focus reduces the need for frequent reselection of geographies, and permits better performance through session-based caching of map and layer definitions.

Geographic search functionality will also be combined with KnowledgePlex search features to enrich the user experience. Links to documents of high relevance to a particular area will be presented to users after search. Similarly, the geographic search API will be open to KnowledgePlex, so that relevant articles and documents can easily provide links to retrieve geographies via CDS.

The project team has extensive experience working with the technical platforms necessary to best resolve user-entered strings to Geographic areas.  Metonymy has a deep working knowledge of ArcIMS and ArcSDE, and building database collections.   The Urban Institute provides expert knowledge of administrative and GIS boundary layer data.  Vinq has integrated a custom search utility on KnowledgePlex that combines results from various collections on the site.

### 2.2.2  Interactive Mapping

Once the requested geographic unit is identified as described in 2.2.1, a spatial query is run against the ESRI ArcIMS server to determine the center coordinates of the map as well as the ideal map extent, which will display the requested geography at the lowest possible map extent that does not cut out any part of the geography requested.

On the result screen the user is presented with a familiar interface allowing use of some standard (and not-so-standard) features to navigate geography and data.  Simple navigation features (pan in eight directions, zoom in, zoom out and identify) will be available.  Users will also be presented with a series of drop-down menus for overlaying up to two shaded thematic data layers (users will also choose colors and classification schemes controlling the mapping behavior of the indicator data).   Foundation administrators will control indicators available for thematic mapping through the same secure interface that will be developed for administering the statistical profiles (see 2.2.3 below), allowing easy inclusion/exclusion and grouping of indicators for the mapping interface.  As with the persistence of geographic focus discussed in 2.2.1 above, the user's thematic indicator choices will persist unless changed or turned off.

Best practices in web-based interactive mapping include avoiding Java applets, browser plug-ins, or controls that require users to download software before viewing maps.  (Many of the web viewer applications that typically ship out-of-the-box with GIS servers and products employ this approach.)  Most web-GIS contractors will build sites by combining a generic template-driven approach with a minimal level of customization.  This results in substandard user interfaces that are difficult for non-expert users to master and are impossible to customize in the deep ways that clients and users often need.

In contrast, Metonymy builds highly intuitive user interfaces from the ground up using the lowest-level APIs provided by ESRI ArcIMS.  To better understand the dramatic differences in the quality of ground up versus template driven mapping interfaces, one need only compare the difficult mapping interfaces on a typical web GIS site like the Federal Government's Geospatial One Stop (go to http://www.geodata.gov/gos and click on "Launch the National Map") with the much more intuitive and easy to use mapping interface that is characteristic of the approach that Metonymy will bring to CDS (see for instance the 'maproom' at http://nkca.ucla.edu).

### 2.2.3  Statistical Profiles

Statistical profiles will be dynamically generated based on the geographic and subject matter selections of the user.  Because not all indicator datasets are available at all geographies, profiles within the same topic may vary according to what geography the user has chosen within the nested catalog of boundary layers contained on the site.   Users will be presented with a seamless interface to allow them to switch to alternate geographies based on the data they are interested in seeing.

There will also be an easy avenue to change geographies from the main profile page.  In a manner similar to the persistence of geographic focus discussed in 2.2.1 above, the user's chosen statistical profile will be retained (unless changed) as they move through the site.  Following the release of version 3 of the site, users will also be able to store a view to their user profile.

Once imported to the CDS repository, the indicator datasets described in 1.3.1.1 of the RFP will be available to the statistical profile section.  Rather than requiring programmers to update profiles as indicators are added to the system or as profiles evolve, our approach provides secure web-based administration to the data experts themselves, allowing them to easily create, edit and update profiles appearing to end-users of the site.  Our metadata-intensive approach also makes it easy to attach certain configurations and descriptions of variables to particular headings or sub-headings.   As project manager for the development of the CDS, the Urban Institute would be able to ensure that the development team is highly responsive to the Foundation's needs in publishing highly accurate, informative and flexible statistical profiles.

### 2.2.4  Tables and Charts

We will develop a well-abstracted table-generating application to permit end users to easily specify tables comparing data across three dimensions: indicators, time series, and geographies.  Tables will be linked to charts generated by Corda's PopChart 6 Professional, which provides an API for producing very clean, easy to read and detailed charts and graphs in a variety of common graphics formats.   The user interface will provide direct links to maps for a table/chart combination, as well as a link to statistical profiles associated with a table.

### 2.2.5  Metadata Tool

The metadata tool will be an open source framework for storing, sharing and retrieving metadata on social indicator datasets according to a new technical standard that fits within the broader federal geographic (FGDC) standards for metadata.  The tool will consist of a strongly typed XML Schema for metadata along with an entity-relational model (and database schema) for storing and retrieving metadata elements.  It will also be packaged with a Java API that supports easy construction of web interfaces for adding, storing, and editing metadata records.   The metadata tool will provide easy access to a catalog of indicator data and records, supporting distributed (enterprise-wide and beyond) calls to the API to retrieve particular metadata records for an entire dataset or a particular indicator.

This team has already conducted a significant degree of analysis and development on the metadata task, and has completed a prototype of an open source metadata tool.  We have a good understanding of the FGDC standard, and worked through which elements of the standard are most relevant to social indicator data in constructing the tool.   Further work can therefore focus on improving and fine-tuning the tool in relation to the needs of the target user constituency, addressing such issues as presentation, and collection of metadata for user-uploaded datasets.

### 2.2.6  Integrated Metadata and User Guides

The user guides being developed by the Urban Institute will be linked into the site as dynamic content objects.  Administrative control over guide content will be available (for instance, uploading of new PDF format guidebooks, and edit capacity over HTML format guides).  Having the

guides online in dynamic format will also make it easy to link guide content to other content on the CDS and broader KnowledgePlex site.

Similarly, links to metadata records will be presented when the user's context in the site is warranted.  Context can be determined via the metadata itself, for instance, when a user selects a collection of indicators a hyperlink will appear which leads to the appropriate collection of metadata.

### 2.2.7  Administrative Interfaces

As discussed throughout this section, our approach is to give Foundation staff and partners complete administrative control over all dynamic site content and, wherever possible, site behavior via easy to use web interfaces.  Differential administrative access will also be supported, so that control over various site areas can be limited to particular individuals.  Beginning with the first release of the CDS, administrative interfaces will be provided to access dynamic site content objects (such as news), to define statistical profiles, to add and edit metadata records, to retrieve site usage and evaluation reports (including user feedback), and to control boundary layers available to end-users.

### 2.2.8  Data Output

Hyperlinks to printable and downloadable versions of all dynamic site outputs (profiles, charts and maps) will be available.

### 2.2.9  Security

Security for the CDS system will be achieved via three broad avenues.  The first will be to close off all technologies or frameworks to non-authenticated users.  While the web server will be open to everyone via HTTP, other platforms such as SQL Server will only allow access to specific users (e.g. representing ArcSDE).  Sensitive information such as usernames and passwords will be stored in secured areas accessible only to system administrators.

Second, individual users will have attached "roles," which are then mapped to site privileges.  Privileges are checked against the user each time actions are taken on the site, such as viewing a secure administration page or retrieving information in a user's stored content area.

Third, scraping of CDS data by automated processes on the net will be prevented through several options:

Option 1:   Only signed in users can do massive downloads. This assumes that only human users will be able to register.

Option 2:   Test for human user by integrating an imaged code entry mechanism.

Option 3:   Limit downloads to a configurable amount per time.  For example, let a session download 1 map per 4 seconds or 100 maps per hour.  Carefully monitor sessions and new session initiations for unusual patterns of downloading activity.

These options are not mutually exclusive.  Which ones are chosen and the extent to which they are implemented will be worked out once requirements in this area are more precise.

Secure Socket Layer (SSL) will also be used in cases when the user must enter sensitive data, such as passwords.  SSL will encrypt data as it is coming into the site, preventing unauthorized persons from intercepting this information.

## 2.3  Approach by Additional Requirement

The following additional features are included under the budget outlined in this proposal and are fully implementable using the technologies we have proposed.  In keeping with our iterative design approach, however, we advocate a thorough review and prioritization of these features according to the needs of the target user constituencies prior to the release of site versions 2 and 3.  This review would be based the user feedback and testing to be undertaken following the first release.  As part of its role, the Urban Institute will work with BCT Associates to design, implement, and interpret a user testing protocol that will inform these decisions.

### 2.3.1    Additional Interactive Mapping Features

Users should be able to define custom neighborhoods and store them in their profile in version 2 of the site.  The point-and-click tool for aggregating a series of boundary areas into a custom neighborhood will be built using Javascript.  Aggregation of data for the custom neighborhoods will happen at the database level, where custom neighborhood FIPS code listings will be joined to the appropriate indicator datasets for maximum performance.  Users will have access to reports by Boundary Layer, involving a spatial query to determine the breakdown of points falling within any of the CDS boundary layers.  Users will be able to classify point theme by attribute, involving differential display of point data depending on a variable contained in a point data layer (whether user-uploaded or provided on the site).  Users will also be able to search by distance, involving spatial query to report on proximity of points to a location, and choose label field for uploaded point layers from any text label in the associated attribute data.

### 2.3.2    Additional Table and Charting Features

Users will be able to store tables and charts to their profiles following the release of version 3 of the site.   To provide maximum extensibility, a programming interface for generating and retrieving tables and charts will be provided so that other areas of KnowledgePlex as well as distributed applications can integrate CDS as a resource.  Vinq's assistance in designing the interface will be particularly important here, as they have developed the outside KnowledgePlex applications that will retrieve tables and charts from the CDS.

### 2.3.3    Additional Administrative Interface Features

Later releases will build in administrative control over the size of users' personal storage areas, the behavior of the geocoding queue for uploaded datasets (see 2.3.5 below), language and string translation, and a "gallery" of site content (annotated snapshots of analysis), including maps and profiles, which could for instance be highlighted at various points of the site.

### 2.3.4    Additional Data Output Features

Version 3 of the site will include a SOAP API to permit secure programmatic retrieval of data outputs from within KnowledgePlex or from outside applications within Fannie Mae Foundation or at partner sites.

*2.3.5    Upload User-Provided Data*

The upload utility user interface will be a series of wizard-like web pages that guide the user through the process of uploading an Excel, MS Access, or comma-delimited data file from their hard drive and establishing appropriate metadata for that file.  The web interfaces will be, however, simply a front end to a SOAP web service that can also be invoked remotely by custom clients developed for or by partner organizations.  This opens the possibility of conducting regular, automatic updates of partner-generated datasets, greatly minimizing the maintenance costs and increasing the utility of KnowledgePlex to the Foundation's syndication partners.

Data sent through the uploading service is registered in the geodatabase and will be available through site interfaces (a user's custom uploaded data will be available to them through features such as interactive mapping and retrieve data and charting).  Users will also provided with the ability to share the content they have generated with others both on and off the site.

Because of potential strain on system resources, point datasets (containing address and zip code fields) will be queued for geocoding by the system at off-peak hours, and users will be notified via email when their dataset is ready.  Area-based datasets (containing for instance census tracts or zip codes) will be matched against the key identifier field for the site boundary layer in question.  In either case detailed statistics on the match rate will be reported to the user.

Metonymy has an existing file updater service built using ADO.NET (components that are part of the Windows 2000 operating system) for which it will grant a perpetual extended enterprise ASP license to the Foundation at no cost.  This can become the foundation of the service, which will be integrated with the geocoding service, user interface, profile and administrative areas of the site.

*2.3.6    User Profile Area*

Through their profile area, users will have the ability to retrieve data, charts and maps that they have stored from site interfaces, view and edit their uploaded datasets in tabular format, zoom directly to their datasets by means of a spatial query to the ArcIMS server, change their site display preferences, and retrieve stored neighborhood definitions.

Users will also be able to create their own variables for data and charts, and to overlay these variables as themes on the interactive mapping application.  When a user builds a variable, SQL code will be generated for retrieval of views of the variable as an extended column to the core indicator set upon which the variable is based, which offloads the calculation onto the database server for maximum performance.  This also allows the system to handle generated indicators in precisely the same manner as indicators defined by hard values.

*2.3.7    Download Datasets*

By the third release of the site, users will be able to specify subsets of indicator datasets for download in Excel, MS Access or comma-delimited format.   Users will specify their datasets according to three dimensions: indicators, locations, and time periods.  For instance, a user might be interested in seven individual HMDA variables for the state of Kansas for the years 1998 and 1999. The system would query the database and generate the data for the user to download in the requested format.



Urban Institute Proposal: Community Data System for KnowledgePlex.org          10

Site administrators will have the ability to change the site download policy through the administrative interface.  Policy changes include turning downloads on or off for particular data sets, configuring the maximum allowable download size of these datasets, and controlling the summary levels at which data are made available (for example at the county, MSA or census tract level). Administrators will also be provided an interface to monitor utilization patterns of the download utility.

## 2.4  Overview of Proposed Technologies

The following chart illustrates the main elements of our proposed technical solution:



**Proposed Technical Solution: High Level Overview**

### 2.4.1   Development Platforms

*Microsoft IIS – web server.*  This technology will serve the HTML pages generated by the application code (see Tomcat below).

*Apache Tomcat – application server program for the CDS business logic.*  This technology is provided by the Apache Jarkarta group and is free to use under the Apache License.  It serves JSP pages and runs the Java code to handles the logic of the CDS solution.  It integrates with Microsoft IIS to dynamically generate HTML pages for the users.

*ESRI ArcIMS – map server.*  This program generates map images and fulfills spatial queries.  The CDS solution communicates with this program to deliver map images to the user.

*ESRI ArcSDE – GIS data server.*  This technology runs as a standalone application that queries and maintains GIS data.  The CDS core logic will communicate with this program to alter new GIS information.  The main purpose for this server, however, is to communicate with ArcIMS to produce map images for the user.

*Microsoft SQL Server – relational database management system.*  Almost all the data in CDS system will exist in a database managed by this program.  ArcSDE, .NET and Tomcat will communicate with this server to read and write data.

*Corda PopChart – chart server.*  This program is a standalone service that generates chart images.  Its role in the CDS solution is to communicate back to the CDS logic running in Tomcat.  It receives the data from Tomcat and generates a chart image for delivery to the user.

*Microsoft .NET –* This technology is much like Tomcat in that it will house application logic for the CDS solution.  It is required for reading and writing of Microsoft specific data formats such as Excel worksheets and Access.  It is bundled with the Windows server operating system.

*Web Trends –* Our solution will take advantage of the Foundation's license for Web Trends for tracking site usage.

### 2.4.2   Operating Systems

The CDS solution scoped and proposed here will use the Windows 2000 operating system.  Other possibilities exist.  The chart below describes the compatibility between operating systems and the technologies proposed for CDS.

| Platform | Windows | Redhat Linux | (HP/IBM/SUN)Unix |
|---|---|---|---|
| Microsoft IIS | ● | | |
| Apache Tomcat | ● | ● | ● |
| Microsoft SQL Server | ● | | |
| Microsoft .NET | ● | | |
| ESRI ArcIMS | ● | ● | ● |
| ESRI ArcSDE | ● | ● | ● |
| Corda PopChart | ● | ● | ● |

The most attractive alternative to a Windows OS solution is Linux.  Our analysis shows that a Linux implementation is workable although it may impact project timeline and cost as stated in this proposal.  The Redhat brand of Linux is most appropriate because ESRI's applications are 100% compatible with it.

*Microsoft IIS* – Does not run on Linux.  A good replacement would be Apache's web server.  There is little risk in this switch as this platform is merely a gateway to the application server.  However, integration of security used between CDS, KnowledgePlex and other partners may depend on the web server.  Another dependency between CDS and this platform is in its role in providing access to .NET Web Services.

*Apache Tomcat* – Compatible with Linux as with Windows operating systems.

*Microsoft SQL Server* – Incompatible with Linux.  Switching to another database (e.g. Oracle) would require small programmatic changes to CDS (port infrequently used TSQL code).

*Microsoft .NET* – Incompatible with Linux.  An alternative is the .NET platform provided by the open-source Mono project.  Another option is to use third party libraries to read and write the Microsoft proprietary file formats (e.g. Excel, Access).  However, an equally reliable library will have a monetary cost for licensing.

*ESRI ArcIMS* – Compatible with Redhat Linux.

*ESRI ArcSDE* – Compatible with Redhat Linux using the Oracle 9i RDBMS.

*Corda PopChart* – Compatible with Linux.

### 2.4.3   Development Languages

All users (except for system administrators) will interact with CDS through web pages scripted with JSP and HTML.  While the presentation of data will be handled by Java Server Pages (JSP), the logic of the system (e.g. loading profiles from the database) will be written in Java.  The web service that allows reading and writing of Microsoft file formats (e.g. Excel) will be written in C#.  The core business logic has SQL code embedded in it to access the underlying CDS data in the relational database.  While SQL is generally portable across RDBMS's, the T-SQL used for writing stored procedures and functions in the database is MS SQL Server-specific.   ArcXML is an XML-based query language used to specify and request maps from the ArcIMS server.

### 2.4.4   Extensibility

To ensure that CDS has a secure and stable future technology path, great care has been taken to choose platforms and development languages that are supported by large and growing communities of developers.  The technologies chosen are also robust.  The various components in the system can be upgraded normally without significant interruption of service.   Major upgrades or extensions to the system would require careful configuration and application changes.  Below are some examples:

*Upgrading to a New Windows Operating System:*  We recommend that a testing machine be used to test the compatibility of the product with the new operating system.  This machine should

meet the criteria for running performance tests.  Tests would be run through the CDS web server (or a copy of it) thus testing how new configuration performs in a production environment.

*Porting to a New Non-Windows Operating System*: Since there are multiple machines suggested for running CDS, it is possible to upgrade one machine (e.g. the Web Server) to a new OS while keeping Windows on the others.

Although it is possible to change the OS on the Data Server, Microsoft SQL Server runs only on Windows.  Similarly, ArcSDE is compatible with particular database vendors depending on the operating system (e.g. DB2 cannot be used with ArcSDE under Linux).  These issues and upgrades would require a system administrator who is familiar with CDS, database systems, and ArcSDE. They would be required to install new software, move data from one database to another, configure CDS and run tests to make sure CDS is operational under the new environment.

Changing the operating system on the Web Server would require replacing IIS with, for example, Apache.  This would also require a reinstallation of Tomcat.  CDS configuration settings will have to be changed ("\" separators in filenames to "/").  The Mono .NET project would need to be installed to replace the Windows .NET framework.  While there is no code that will require changing, this process will likely need a developer familiar with CDS to fix compatibility problems if they arise.

*Adding CDS Features*:  Adding features to CDS will require the writing HTML/JSP files, Java classes and SQL queries.  There is no issue with this except for creating potential security violations in giving one user access to another user's private data.  Modifying existing functionality will carry the risk of breaking related functionality and would require regression testing.  These activities will require a developer familiar with CDS, the languages mentioned and the ESRI technologies.

## 2.5  Implementation

Implementation details are included with the project schedule in section 6.1, including detailed deliverables.  Our team's project life cycle has 5 phases: design, development, test, deployment/production, and evaluation.  The evaluation stage leads into the design phase of the following round of development.  **Please see section 6.2** for a detailed description of these phases.

## 2.6  Training and Support

Training on all administrative interfaces will be provided to Fannie Mae Foundation personnel as part of the project lifecycle.  Metonymy's staff have conducted numerous training sessions on web applications to nonprofit, corporate, and government personnel.   Technical staff are also available for conducting end user trainings should the need arise.

Full application support is available from 9AM to 5PM EST, provided by Metonymy. Metonymy will also be on call for emergency application support.  Emergency application support will be provided between the hours of 9AM and 10PM EST Monday through Friday and 10AM to 4PM on weekends.  Emergency application support is provided in the event of any problems on the production site related to ESRI or Metonymy-developed applications, or the interaction of those applications with the operating system or network environment.

After go-live and as part of its maintenance service, our team will address up to 8 unique change requests, totaling up to 16 hours of engineering time per month.  We will promptly respond to



change requests submitted via email with an estimate of the hours required to address the change. Modifications to agreed-upon site behavior as described in functional specifications are considered changes. If the client approves of the estimate, Metonymy will make the change as quickly as possible.   Client will be billed for changes requiring more than 16 hours of work in a given month at Metonymy's standard billing rate.

## 2.7  Adherence to Standards

In the development of CDS, our team will follow web standards for development of the site, including the W3C XHTML 1.0 (and use of Cascading Style Sheets) and Document Object Model specifications.   We will ensure adherence to these standards through use of HTML and XML validating software.  CDS will not use any client-side plugin software, rather a standard browser (Internet Explorer 5 or higher or Netscape 4.0 or higher), on Windows and Mac platforms. Resolutions between 800x600 and 1024x768 will be supported using a web-safe color palate.

The CDS will employ web services to open the platform to partners, and these will adhere to the W3C's Simple Open Access Protocol (SOAP).  Geographic metadata records will adhere to the Federal Geographic Data Committee's Content Standard for Digital Geospatial Metadata.

## 2.8  Availability, Stability, Performance and Quality

Our approach to achieving availability well above the 99% threshold will combine the existing resources within the Foundation with our team's support and expertise.   The most efficient approach will be to leverage existing KnowledgePlex network resources, including AT&T's secure 24/7 hosting.   Our team will conduct the installation and robust configuration of the application within the network environment.   We will provide a set of clear documentation and both automatic and easily followed measures for restoring the application.   We propose that AT&T and Foundation-assigned staff provide basic network maintenance and support for issues that arise at the network and operating system levels.   We do not expect that this responsibilities will significantly increase the workload of the Foundation staff.  This will be augmented by Metonymy's support on issues that arise at the application level, including support for the ESRI server products.  See section 2.6 above for more details on support.

Page load times will generally be kept under 2 seconds (3 seconds for pages involving maps), and although certain complex queries or data downloads may take longer, average, and median page load times will be kept below these thresholds.  Our approach to keeping page load times short is twofold: minimize total processing time on the servers, and reduce page size

To ensure fast processing of page requests, we have chosen platforms that are among the best performing technologies available.  Because of the volume of data to be housed and contained on the site, our approach will emphasize reliance on the Database tier to do calculations wherever possible, denormalizing as necessary.  Approaches that rely on processing of indicator datasets in the scripting or application server tiers will severely lag in performance because application servers are inferior to RDBMS's in performing large numbers of calculations or spatial joins.

Through Metronymy's work in community technology, our team has a great deal of experience building lightweight user interfaces targeted at a variety of low-bandwidth users.  Our approach is to strip pages down to their most essential elements, avoiding the use of heavy graphics or animations that can require long download times over low bandwidth connections.


Urban Institute Proposal:  Community Data System for KnowledgePlex.org                    15

As mentioned above, all HTML and CSS will be validated for adherence to W3C standards, and tested on multiple browser platforms before release.  All hyperlinks appearing on the site will be automatically checked by a scheduled job on a regular basis to prevent broken links.

Once properly tuned and configured, ESRI has reported that their ArcIMS/ArcSDE server combination should support 24,000 transactions per hour (or about 6.7 transactions per second) given the proposed production hardware configuration.[1]  Given that fulfillment of the typical map page request involves 1 to 2 transactions, the solution will support the foundation's goal of 48,000 map requests per day while keeping page load times to under three seconds.

Perhaps the biggest advantage of the development platforms chosen for our approach lies in the scalability of the overall solution.   If demands on KnowledgePlex CDS increase beyond what is currently anticipated, Windows Server technology facilitates load balancing and clustering of any of the servers.   Furthermore, unlike most other Internet GIS server packages, ESRI's ArcIMS scales easily and independently of the OS.  ArcIMS allows easily clustering of additional map servers to meet any conceivable level of demand.

## 2.9  Pre-existing code components

Although the bulk of the project will be integrated using newly created technology, two code libraries that could be useful to CDS have been developed in the course of building similar projects. The first library is Java code that demonstrates a well-tested approach to the problems of organizing, retrieving and displaying indicator datasets.

The second is a SOAP web service which imports Excel, Access or comma delimited files to a geodatabase.  The web service will be integrated with geocoding functionality and the CDS user interface to support upload of user-provided data (see 2.3.5 above).

Metonymy has documentation and license to these existing technologies, and if the Urban Institute team is awarded the contract, Metonymy will grant the foundation a perpetual extended enterprise and ASP license to use and modify these components at no cost.   As stated in section 1.4.1 of the RFP, all original work produced for CDS including modifications and the integrated product of these libraries with other technologies will remain sole property of the Fannie Mae Foundation.

In addition, Metonymy and the Urban Institute have prototyped an open source metadata framework written in Java, consisting of a series of programming interfaces which may be used to retrieve, search, add and update metadata describing social indicator datasets.   As developers of the metadata tool, Metonymy personnel will leverage work done on this prototype in order to accelerate development of the Metadata requirements of the CDS.

## 2.10  Integration with KnowledgePlex

Mark Torrance and Vinq, LLC will be overseeing the tight integration of the CDS with the rest of the KnowledgePlex site.  Vinq will be consulting on interface design on CDS to ensure that it works seamlessly with all applications on the forthcoming KnowledgePlex 3.0.

---

[1] Based on a 3-server configuration with 2-CPU web server, map server and Database server.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                                    16

Close application-level integration will be achieved by building a clean Application Programming Interface (API) for access of the CDS metadata, data/charting, mapping and statistical profiles by KnowledgePlex applications.   Where necessary CDS applications could read the MySQL database directly via JDBC, or invoke any KnowledgePlex applications using JPL.

Vinq will consult with Metonymy as it builds custom collections of data on the CDS site, which can be indexed by the KnowledgePlex search technologies (Swish-e and custom PHP search technologies).  KnowledgePlex single sign-on will be supported, again by direct reads against the MySQL database.  Another option that will be explored is the development of a shared LDAP repository of user information, which would securely extend the KnowledgePlex user database to applications running within and beyond the enterprise.

**2.11  Project Timeline**

See 6.0 for detailed project and deliverable schedule.



## 3.  REFERENCE TEMPLATE

This section includes descriptions of five projects that illustrate the capacities of the Urban Institute, Metonymy, and Vinq to carry out the proposed work for the Community Data System:

- Urban Institute:  Neighborhood Change Database

- Urban Institute:  DC Data Warehouse

- Metonymy:  Entertainment Data Project

- Metonymy:  eSourceWorld.com

- Vinq:  KnowledgePlex.org



Urban Institute Proposal:  Community Data System for KnowledgePlex.org          18

| Project Title: Neighborhood Change Data Base | |
|---|---|
| Client Organization: Rockefeller Foundation | Client Contact:  Darren Walker<br>Phone:  (212) 852-8350<br>Email:  dwalker@rockfound.org |
| URL:  http://www.urban.org/nnip/ncua | |
| Technologies Used:  Proprietary software distributed on CD-ROM | Duration:  9/00 - 3/04 |
| | Cost:  $350,000 |
| Content:  Decennial census data from 1970 to 2000 at census tract level | Functionality:  Data extraction through selection of variables and geographies, table and chart generation, interactive mapping |
| Vendor Role/Project Team Composition:  Prime contractor/Tom Kingsley (co-PI), Peter Tatian (co-PI), Kathy Pettit; subcontractor: Geolytics, Inc. | |

Project Description:

Over a decade ago, the Urban Institute developed a data base (now called the Neighborhood Change Data Base, NCDB)  which has been a valuable source of information on trends in U.S. neighborhoods.  It is the only source of census tract level data with consistent variable names and definitions and consistent tract boundaries for 1970, 1980, and 1990.  This project added data from the 2000 Census in a consistent manner and will use the file to create a number of research products.

Before the end of  2000, Urban Institute executed a subcontract with Geolytics, Inc., to carry out the main data processing work necessary to prepare the NCDB.  Geolytics specializes in the reselling of U.S. Census and other data in a format that is very convenient and easy to use.  A series of products and a schedule for deliverables that coincides with the release of 2000 Decennial Census data was jointly defined.  In early 2003, Geolytics prepared the weighting files needed to conform prior data to 2000 tract definitions.  They also converted all 1970, 1980, and 1990 Underclass Database variables to 2000 census tracts using these new weightings. Geolytics then created appropriate variables from the 2000 SF-1 tabulations for the first (short form) NCDB product based on Institute guidance.  The beta version of the NCDB CD, was then produced and evaluated, corrections were made, and the initial Short-Form version of the NCDB was released to the public in September 2002.

Urban Institute was responsible for overseeing the work done by GeoLytics and ensuring that it met quality standards.  Urban Institute reviewed all data and tested the CD-ROM software to identify any errors or problems and directed GeoLytics to make corrections.  Several rounds of testing and evaluation were carried out before the release of the final product.

Institute staff have prepared the first two research papers using NCDB data to examine population growth and decline (by race) at the neighborhood level.  Later reports will take advantage of  "long-form" data examining, among other things, inter- and intra-metropolitan changes in the pattern and extent of concentrated poverty. Institute staff have prepared the first two research papers.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org          19

| Project Title: DC Data Warehouse and Neighborhood Information Service | |
|---|---|
| Client Organization:  Annie E. Casey Foundation | Client Contact:  Irene Lee<br>Phone:  (410) 223-2923<br>Email:  ilee@aecf.org |
| URL:  http://www.dcagenda.org/nis | |
| Technologies Used:  SAS, ESRI ArcGIS, HTML | Duration:  9/00 – 12/04 |
| | Cost:  $320,000 |
| Content:  Data from national and local sources on District neighborhoods presented at different levels of geography, including census tracts, neighborhood clusters, Advisory Neighborhood Commissions, and wards. | Functionality:  Data are presented on the NIS web site as static HTML tables (neighborhood profiles).  Users can select the area of interest through a map or text links.  Users can also use an online data request form to ask for data not available on the site. |
| Vendor Role/Project Team Composition:  Project has been done in partnership with DC Agenda's Neighborhood Information Service/Peter Tatian (PI), Jennifer Comey, Noah Sawyer, Deborah Kaye, Chris Snow. | |

Project Description:

The Annie E. Casey Foundation seeks to significantly expand the District of Columbia's local capacity to track and analyze key indicators of family and child well-being at the neighborhood level.  Over the course of this project, the Urban Institute has worked in partnership with DC Agenda to acquire and assemble neighborhood-level data sets for the District, to use these data to construct meaningful indicators at the neighborhood level, to generate analytic products that help to inform local strategic discussions, and to engage the community in discussions on how this information can help improve the quality of life in the city and its neighborhoods.

The DC Data Warehouse project has assembled a collection of data on the District's neighborhoods and has been actively disseminating and promoting the use of this information for answering questions of interest to the community and local policymakers.  The Warehouse includes past and recent data from the U.S. Census, crime statistics and 911 calls from the Metropolitan Police, birth and death records from State Center on Health Statistics, TANF cases, mortgage lending activity, and home sales.  These data have been used to publish a comprehensive set of data profiles on the world wide web that present information for the city's wards, neighborhoods, ANCs, and other subareas.  Data from the Warehouse have also contributed to other community development and information efforts going on in the city, including the Urban Institute's and Fannie Mae Foundation's Housing in the Nations Capital report, the 2002 KIDS Count report, the D.C. Office of Planning's Neighborhood Data Books, and the Washington Area Women's Foundation's Portrait of Women and Girls in the Washington Region.

We have also used data from the Warehouse to produce the first in a series of policy briefs.  The first such was a report on the changes in poverty levels in the District's neighborhoods.  Subsequent briefs will look at racial segregation and the spatial mismatch between city services and the locations of at-risk youth.



Urban Institute Proposal:  Community Data System for KnowledgePlex.org          20

| Project Title: Entertainment Data Project | |
|---|---|
| Client Organization:<br>Entertainment Industry Development Corporation | Client Contact:  Kathleen Milnes, Senior VP<br>Phone: (323) 785-1851<br>Email: kathleen_milnes@eidc.com |
| URL:  Project website under development. | |
| Technologies Used:<br>Java, JSP, Perl MS SQL Server , ESRI ArcIMS, ArcSDE | Duration:   3 years. |
| | Cost:  $750,000 total project budget |
| Content:<br>Data and map presentations documenting production trends in the entertainment industry | Functionality:<br>Interactive querying mechanism for retrieval of data and maps showing trends in the Entertainment industry. |
| Vendor Role/Project Team Composition:<br>Project team composed of EIDC (client), research firm, project management firm and Metonymy. | |

Project Description:

For the last several years, EDP has been conducting the most expansive and accurate study ever performed on the economics of the entertainment industry. The initial results are now complete, and the project website allows users to query some of this original data. It also contains a compendium of articles, reports, and links for other information and resources on the industry.

Metonymy has played a key role in the multi-vendor project team modeling and constructing a relational data warehouse application that merges numerous databases on the entertainment industry to render a coherent picture for researchers, policymakers, workforce development professionals and the industry itself.

For the online application, consultations were conducted with industry, academic and community stakeholders during the development of the information design for the site.  The online application will not only present numerous interfaces to retrieve information on global trends in film production, but also to interactively map local shooting activity in the Los Angeles region.

| Project Title: eSourceWorld.com | |
| --- | --- |
| Client Organization:<br>eSourceWorld | Client Contact:  Tomas A. Facet, former CEO<br>Phone: (202) 623-1188<br>Email: tomasf@iadb.org |
| URL: | |
| Technologies Used:<br>n-tier Java architecture, JRun, Servlets, JSP,<br>JDBC, XML, Sun Solaris, Oracle 8. | Duration:  2 years. |
| | Cost:  $1.3 million |
| Content:<br>Charts and graphs representing production levels<br>at factory facilities. | Functionality:<br>Collected and aggregated data from remote factory<br>production facilities in order to present visibilities<br>through the enterprise and to suppliers. |

| Vendor Role/Project Team Composition:<br>Multi-vendor project team composed of eSourceWorld staff, Neometron, VerticalNet developers and<br>various client automation contractors. |
| --- |

| Project Description:<br><br>Startup e-business solution provider eSourceWorld developed software projects to facilitate sharing of data<br>and information from devices on the factory floor in real time.   Jaron Waldman was co-founder and<br>directed development efforts on all internet and server products, working on distributed data collection and<br>secure publication of these data.<br><br>Efforts included development of a multi-tier server application with multiple vendors and consultants<br>including Neometron.  The application was designed to securely integrate and publish data from multiple<br>sources on a streaming basis.   This was integrated for clients in the manufacturing space including a<br>successful cross-site implementation for Unilever, one of the world's largest manufacturing companies. |
| --- |

| | |
|---|---|
| **Project Title: KnowledgePlex.org** | |
| Client Organization:<br>Fannie Mae Foundation | Client Contact:  Troy Anderson<br>Phone:<br>Email: tanderson@fanniemaefoundation.org |
| **URL:  http://www.knowledgeplex.org/** | |
| Technologies Used:<br>Perl, Apache, MySQL, XML, Mason, flat files,<br>SWISH-E | Duration:  2003 – 2004 |
| | Cost:  About $1.1 million to date for Vinq-direct<br>work |
| Content:<br>PDF, HTML and Word documents, News<br>delivered via XML feed over http from Lexis-<br>Nexis, custom content such as primers,<br>newsletters, and calendar events created by editors<br>and users through CMS tools built by Vinq for<br>FMF | Functionality:<br>Automatic relevance-ranking of documents using<br>domain terms managed by editors. Grouping<br>documents, news, calendar events into topics using<br>this ranking. Discussion forums integrated with<br>single-sign-on. User management, and extensive<br>administrative dashboard. Designed custom icons for<br>the topics. Fast, powerful search and advanced<br>search, including fielded search. Pivoting from<br>authors, organizations. Proper name extraction. |
| **Vendor Role/Project Team Composition:**<br>Vinq began as a subcontractor to Project Performance Corporation on the development of version 2.0 of<br>KnowledgePlex, after having built a powerful prototype during the RFP process in Spring, 2003. Vinq took<br>over development of version 2.0 as the project lead when FMF made the decision to switch to a Perl-based<br>architecture which grew out of the prototype codebase. Since then, Vinq has developed and launched<br>version 2.1 (with minor feature enhancements), and recently version 2.2 with may significant feature<br>enhancements, plus a redesigned look + feel in response to external feedback provided by Online Focus,<br>another web consultancy engaged for this evaluation purpose in December, 2003. | |
| **Project Description:**<br>KnowledgePlex.org is the umbrella web application into which the CDS project must fit. Vinq is uniquely<br>qualified to build the CDS functionality in a way which is well aligned with the existing KnowledgePlex<br>tools and technologies.<br><br>KnowledgePlex already includes user and role-based authentication, stored and updateable user profiles, a<br>topical taxonomy, modules for showing relevant content from the MySQL database including related<br>documents, events, news stories and the like, and technology for automatic extraction of proper names<br>which could contribute to a feature which relates named places and other entities from KnowledgePlex<br>documents into CDS maps and datasets.<br><br>Other relevant technologies and competencies demonstrated by Vinq in the development of<br>KnowledgePlex include:<br>    1.  Web scraping to import content from other sites (with their permission)<br>    2.  Design of user interface which is simple and approachable, yet powerful<br>    3.  Information architecture to provide clear, dependable organizational structure to the disparate<br>       content of KnowledgePlex.<br>    4.  Flexible, fast delivery of new requested features in the face of late-changing and hard-to-anticipate<br>       requirements from the KnowledgePlex team<br>    5.  Operating the web infrastructure of KnowledgePlex to ensure high availability and stability of the<br>       environment for both production and ongoing development<br><br>Work with Akamai to optimize delivery of images and document content, leveraging FMF's contract with<br>that vendor | |

## 4.  STAFFING PLAN

### 4.1  Project Leadership

The Urban Institute will designate **Peter Tatian** as the project leader to serve as the primary point of contact with the Foundation.  Mr. Tatian will also act as co-project director for the Urban Institute team, sharing that role with **G. Thomas Kingsley**.

### 4.2  Client Role

Apart from its responsibilities as outlined in RFP section 1.3.4, we are proposing that the Foundation provide basic network maintenance and support as described in section 2.8 of this proposal.   We do not anticipate this placing a great additional burden on the Foundation or its staff.

### 4.3  Contractor Personnel & Partners

#### 4.3.1  Urban Institute

The Urban Institute will act as the prime contractor for this project.  Three members of the Institute team, Peter Tatian, G. Thomas Kingsley, and Kathryn L.S. Pettit, are also currently serving as key personnel in developing the content and metadata for the Community Data System under a separate contract.  We feel that the integration of the content and technical providers under the Urban Institute's leadership will greatly facilitate the development of the site, especially with regards to designing it for maximum usability.  The Urban Institute will take a lead role in making sure the user testing and feedback information is fully reflected in the design choices made for the site.

As noted above, **Peter Tatian** will serve as project leader and co-project director for the Urban Institute team.  Mr. Tatian has been with the Urban Institute's Metropolitan Housing and Communities Policy Center for 13 years and has extensive project management and technical experience.  He is presently director of the DC Data Warehouse project, where his responsibilities include identifying and selecting administrative data sets to be added to the warehouse, defining procedures for data cleaning and warehouse integration, and developing indicators and products illustrating the usefulness of neighborhood data for policy makers and community organizations.

Mr. Tatian is co-director of the Neighborhood Change Database project, where he has been responsible for developing the overall design for the database and the methodology for mapping tracts from previous years to 2000 boundaries.  Mr. Tatian was directly responsible for overseeing and evaluating the technical work done by the subcontractor, GeoLytics, and for instructing and guiding them on the development of the NCDB data and software.

In addition, Mr. Tatian is an experienced programmer in his own right.  He is co-chair of the Urban Institute's SAS Users Group and has made presentations to Institute staff on a variety of SAS topics, including proper programming style and documentation.  He presented a paper at the most recent Northeast SAS Users Group meeting on using the SAS Output Delivery System to create web-based data profiles for neighborhoods in the District of Columbia.  He also just completed a redesign the user group's intranet site.

**G. Thomas Kingsley** will serve as co-director of the Urban Institute team.  Mr. Kingsley is a senior researcher and research manager in housing, urban policy, and governance issues at the

Urban Institute, and is the author of numerous publications in those fields.  He served as the director of the Institute's Center for Public Finance and Housing from 1986 through 1997.  Mr. Kingsley has been the director of the National Neighborhood Indicators Partnership (NNIP) since it began in 1995. He also serves a director of our project to develop databases and data profiles for the Annie E. Casey Foundation, co-director of our project to develop the Neighborhood Change Database, co-director of a research project on the relationship between neighborhood conditions and health for HHS, and coordinator for our Neighborhood Change in Urban America research series.

**Kathryn L.S. Pettit** will act as an advisor on information design issues related to this work. Ms. Pettit is a research associate whose work also focuses on urban and regional research and database development.  She has been the leading researcher in a project to develop databases and data profiles for the Annie E. Casey Foundation and in an analysis of trends in concentrated poverty and other aspects of the Neighborhood Change in Urban America research program.  She has also assisted in projects on the development and use of local community health scorecards and on a baseline analysis of Washington, D.C. to inform the District's strategic economic plan.   She currently serves as deputy director of the National Neighborhood Indicators Partnership (NNIP).

**David D'Orio** will act as technical advisor to the Urban Institute project directors on this effort.  Mr. D'Orio has been a Programmer/Analyst in the Urban Institute's Information Technology department since 1999.  Mr. D'Orio has experience with a wide array of systems and software, including PHP, ColdFusion, JavaScript, SAS (PC and VMS), SPSS, MapInfo, and C++.  Mr. D'Orio has worked with Urban Institute researchers to design and implement various online data collection and reporting tools.  For example, Mr. D'Orio designed and implemented a web-based data collection system for a multi-site, multi-year nationwide housing discrimination study. The system features included data entry with complex skip patterns and data validation, system security that allowed data entry access to vary depending on a user's role, a database design that maintained record integrity, a reporting system that allowed analysts to check on adherence to sample design and other study protocols and allowed for data entry verification and correction.  In addition, Mr. D'Orio designed online systems for the collection of documentation for survey data for internal researchers.

*4.3.2  Metonymy, Inc.*

**Metonymy, Inc.** is a Los Angeles, California based consulting firm specializing in management, design and development of community technology projects.  Founded in 2001, Metonymy's earliest work grew out of the groundbreaking web-based Geographic Information System (GIS) projects developed at the UCLA Advanced Policy Institute.  Metonymy will serve as the main technical contractor for the work under this contract, being responsible for developing the web site and implementing all technology solutions necessary to build and maintain the site. Metonymy's core competencies lie in helping its clients design, conceptualize, and articulate technology projects, data and information modeling, rapid and robust web application development, and the development of community-based data and mapping systems.

Metonymy's Principal, **Jaron Waldman**, has been an instrumental part of Metonymy's projects from the beginning, designing a reusable web-GIS platform and conceptualizing new technologies to dramatically increase the openness and extensibility of their applications.  Since then Metonymy's work has grown.   Though its core personnel remains small (Mr. Waldman along with two expert web application developers), the firm's network is expansive, encompassing numerous experts on interface design, GIS, project management, data modeling and application design.  In this

project, Mr. Waldman is joined by two of Metonymy's experienced developers, **I Wei Lai** and **Moran Ben-David.**

*4.3.3  Vinq*

        **Vinq, LLC** is a full service software development and consulting firm specializing in the design, implementation and maintenance of large scale interactive customer-facing web based software systems.  Vinq was formed in 2003 to bring together the unique talents of its employees to bear on the web development needs of the Fannie Mae Foundation's KnowledgePlex.org.  The Foundation remains Vinq's largest client.  Vinq has continued to expand its role as a technical provider for the Foundation, and now has full architecture, design and implementation responsibility over 4 Foundation web properties including KnowledgePlex 2.2, FannieMaeFoundation.org 1.1 and 2.0, HelpTheHomelessDC.org (annual, recurring), and HomeBuyingGuide.org. Vinq has recently added NHP Foundation as a new client; our project for NHPF is not yet deployed but is currently underway. Vinq employs 7 people, and has also successfully teamed with a variety of other contractors either as a subcontractor (to Project Performance Corporation) or as a prime contractor (with subs Semagix and Online Focus).

        Vinq's core competencies include experience building and deploying large-scale interactive web applications which incorporate graphics and well-designed user experiences. One example of this is StockMaster.com, a top-10 consumer finance site which was developed between 1993 and 2000 by the Principal of Vinq, **Mark Torrance**.  StockMaster delivered upwards of 2.2 million page views per day to over 1 million unique visitors per month, on products including portfolios, beautiful historical and intraday charts (simple, fundamental and technical), and custom-formatted SEC filings as part of an Investor Relations package. StockMaster also demonstrated our expertise in cobranding or private-labeling of selected web content in a custom way for paying customers; a need which is identified as part of the possible future plans for CDS.

        **David Newhoff**, a senior product manager at Vinq, will also join Mr. Torrance on the Vinq project team.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                    26

**4.4  Resume Templates**

Urban Institute Proposal:  Community Data System for KnowledgePlex.org          27

| 1.  Name:<br>Peter A. Tatian | 2.  Current Title/Job Position:<br>Senior Research Associate, Urban Institute | Length of Time in Present Position:<br>13 years |
|---|---|---|
| 4. Proposed Position:<br>Project leader, co-director | 5. Education:<br>1986      B.S., Mathematics, Massachusetts Institute of Technology | |

**6.  Technical Skills:**
Advanced SAS programming, Desktop mapping, Basic HTML, C and VisualBasic programming

**7.  Related Training/Certifications:**
n/a

**8.  Relevant Experience:**
Mr. Tatian is presently directing the DC Data Warehouse, a project to develop a database of neighborhood-level indicators for the District of Columbia.  His responsibilities include overseeing all aspects of this work, including:  identification and selection of administrative data sets to be added to the warehouse, negotiation of data sharing agreements with D.C. agencies, preparation of analytic reports highlighting the usefulness of neighborhood data for policy makers and community organizations, and developing the capacities of the local entities to understand and make use of data for community building purposes.

A key member of the Institute's National Neighborhood Indicators Partnership (NNIP) staff, Mr. Tatian started and maintains the "NNIP News" email discussion list.  In addition to setting policies and procedures and serving as list moderator, Mr. Tatian also provides content to the list subscribers in the form of the NNIP News Flash! newsletter, which includes information on online resources relating to indicators, community building, geographic information systems, and policy research.  Mr. Tatian has given presentations on NNIP to a variety of groups, including the American Planning Association, University of Tokyo (Japan), the Local Initiatives Support Corporation (LISC), and the Interagency Management Information Systems Roundtable.

Mr. Tatian is co-director of the Neighborhood Change Database (NCDB) project, which will create a national set of comparable tract-level indicators from the 1970 – 2000 censuses.  Mr. Tatian's responsibilities include developing the overall design for the database and the methodology for mapping tracts from previous years to 2000 boundaries, providing direction to and overseeing the work of Institute's subcontractor, GeoLytics, Inc., analyzing and evaluating the quality of the data work done by GeoLytics, and conducting preliminary analyses using these data.

Mr. Tatian has directed several HUD-sponsored studies examining:  the extent of HUD subsidy layering with the Low-Income Housing Tax Credit (LIHTC) program and with Federal Emergency Management Agency (FEMA) flood insurance; the impacts of subsidized and supportive housing projects on neighborhoods; public housing desegregation in Allegheny County, Pennsylvania.

Mr. Tatian is an experienced SAS, C, VisualBasic, and HTML programmer.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                    28

| 1.  Name:<br>G. Thomas Kingsley | 2.  Current Title/Job Position:<br>Principal Research Associate, Urban Institute | Length of Time in Present Position:<br>18 years |
|---|---|---|
| 4. Proposed Position:<br>Project co-director | 5. Education:<br>1962  M.C.P., City Planning, University of California, Berkeley<br>1959   B.S., Public Administration, University of Southern California | |

| 6.  Technical Skills:<br>n/a |
|---|

| 7.  Related Training/Certifications:<br>n/a |
|---|

8.  Relevant Experience:

Tom Kingsley is a senior researcher in housing, urban policy, and governance issues at the Urban Institute, where he served as Director of the Center for Public Finance and Housing from 1986 through 1997.  He currently directs the National Neighborhood Indicators Partnership--a foundation-sponsored initiative to expand the development of advanced data systems for policy analysis and community building in U.S. cities--and is leading efforts to strengthen performance monitoring and evaluation in HUD's HOPE VI program and to use 2000 census data to analyze neighborhood change across cities. His recent work on urbanization in developing countries and Eastern Europe has focused on decentralization policy, local economic development, and land and infrastructure planning and financing.

In the early 1990s, Mr. Kingsley was co-director for the Ford Foundation sponsored Urban Opportunity Program, which produced four books on the status of urban policy issues in America, and assisted HUD Secretary Cisneros in developing a series of essays on the future of American cities. He has also directed several other major policy research programs, including: testing the market effects of housing allowance programs (1974-80, the HUD sponsored Housing Assistance Supply Experiment); analyzing the structure and potentials of metropolitan Cleveland's economy (1980-82, for the Cleveland Foundation); preparing a national urban development strategy for Indonesia (1982-85, for the United Nations); helping the Czech and Slovak Republics design and implement policy reforms in housing and municipal infrastructure (1991-95, for USAID); and assessing American Indian housing needs and programs (1993-95, for HUD).

Mr. Kingsley previously served as Director of the Rand Corporation's Housing and Urban Policy Program, and as Assistant Administrator for the New York City Housing and Development Administration, where he was responsible for the agency's budgeting and policy analysis functions. He has also taught on the faculties of the graduate urban planning programs at the University of California, Berkeley, and the University of Southern California.

| 1.  Name:<br>Kathryn L.S. Pettit | 2.  Current Title/Job Position:<br>Research Associate I, Urban Institute | Length of Time in Present<br>Position:<br>6 years |
|---|---|---|
| 4. Proposed Position:<br>Technical advisor | 5. Education:<br>1997      MPP, Social Policy Track, Georgetown University<br>1992      BSFS, International Affairs and Humanities, Georgetown Univ. | |

**6.  Technical Skills:**
Advanced SAS programming, advanced desktop mapping (Arcview, MapInfo), basic HTML programming

**7.  Related Training/Certifications:**
n/a

**8.  Relevant Experience:**
Ms. Pettit is a researcher at the Urban Institute focusing on measures of neighborhood change and the role of place in social outcomes.   In addition to coordinating many aspects of the National Neighborhood Indicators Partnership, she is currently contributing to several research projects, including a study of homeownership patterns in the Washington, D.C. area, a multi-city study of local health indicators, and a national analysis of the changes in concentrated poverty areas using new Census data.

Previously, Ms. Pettit has assisted the national management and local teams of the Annie E. Casey's Making Connections initiative.  This has included development of uniform site profiles for the 22 cities and providing technical assistance to cities launching new data intermediary institutions.

She has also assisted in projects on the development and use of local community health scorecards and on a baseline analysis of Washington, D.C. to inform the District's strategic economic plan.   In addition, she completed a quantitative analysis measuring the impact of dispersed and supportive housing on the crime rates and housing values of surrounding neighborhoods in Denver.

Before joining the Metropolitan Housing and Communities Center, Ms. Pettit worked at the Center on Nonprofits and Philanthropy where she concentrated on the analysis and documentation of I.R.S. data sources on nonprofit organizations.



| 1.  Name:<br>David D'Orio | 2.  Current Title/Job Position:<br>Programmer Analyst II, Urban Institute | Length of Time in Present<br>Position:<br>5 years |
|---|---|---|
| 4. Proposed Position:<br>Technical advisor | 5. Education:<br>1997       B.A. Sociology , University Of Hartford (*summa cum laude*) | |

| 6.  Technical Skills:<br>PHP, ColdFusion, JavaScript, SAS (PC and VMS), SPSS, MapInfo, C++<br>Databases: SQL Server , MySql.<br>Operating systems: Windows (3.x , 95, XP,2000), UNIX, VMS (DEC ALPHA), Win NT, IIS |
|---|

| 7.  Related Training/Certifications:<br>n/a |
|---|

| 8.  Relevant Experience:<br>Mr. D'Orio worked with researchers to design and implement various online data collection and reporting tools. Most survey tools included skip pattern, data validation, consistency check, administrative, and reporting functions.<br><br>Mr. D'Orio worked with researchers to design and implement an online data collection system for a multi site/multi year nationwide housing discrimination study. The system features included data entry with complex skip patterns and data validation, system security that allowed data entry access to vary depending on a user's role, a database design that maintained record integrity, a reporting system that allowed analysts to check on adherence to sample design and other study protocols and allowed for data entry verification and correction.  He wrote programs to allow researchers to extract the data at any point during data collection to help with data validation and verification.<br><br>Mr. D'Orio designed and maintained a system of programs that reconstruct survey data into analytic data sets for internal researchers. These programs extract data in their collected form and construct new data sets that  are based on the types of sampled interviews.  He worked with researchers to write programs to create analytic variables based on specifications. He designed and programmed a system to construct data sets for public distribution. These programs extract the data from existing data sets based on entries in the data documentation system, create "read in" programs in both SPSS and SAS, and create data documentation release material based on the data being released. He also designed, developed and implemented programs to provide consistency checks between on-line metadata and related data sets to ensure data dictionary and data accuracy.<br><br>Mr. D'Orio also designed and maintained data cleaning and verification systems for a large multi year nationwide survey. These systems checked for adherence to predefined CATI skip patterns, correct interview and sampling frame, structural problems with relationship data, and verification of data across sample frames. He helped design and maintain programs for matching and recoding verbatim responses to predefined values.<br><br>In addition, Mr. D'Orio designed online systems for the collection of documentation for survey data for internal researchers. This system allowed internal researchers to both document and review all information about survey data including question asked, CATI skip patterns, location on data sets, release information, allowable values, searching capabilities, and weighted and unweighted frequencies. |
|---|

| 1.  Name:<br>Jaron Waldman | 2.  Current Title/Job Position:<br>Principal Consultant, Metonymy | Length of Time in Present<br>Position:<br>3 years |
|---|---|---|
| 4. Proposed Position:<br>Project technical lead. | 5. Education:<br>M.A. in Urban Planning, UCLA<br>B.A. (hon), U of Toronto | |

| 6.  Technical Skills:<br>Industrial-strength web application design and development experience with many platforms: Java, ArcIMS, ArcSDE, MS SQL Server, .NET/C#, ColdFusion, VB, XML, Perl and ArcIMS. |
|---|

| 7.  Related Training/Certifications: |
|---|

| 8.  Relevant Experience:  8 years programming, project management, conceptual and technical leadership on major community-oriented and commercial Internet applications.   Long leadership and involvement with community technology projects.<br><br>**President and Principal Consultant, Metonymy, Inc., Los Angeles CA (2001-present).**  Entertainment Data Project: Designed and constructed data warehouse for multi-year study of production trends in entertainment industry.  Designed and leading development of project website featuring interactive web-based data retrieval/query tool, which will also map shooting locations for productions in the Los Angeles region. Technologies: ESRI ArcIMS, ArcSDE, Java, JSP, Perl, MS SQL Server<br><br>Raised funds and authored technical design for Neighborhood Knowledge California (NKCA), a statewide community data and mapping platform.   Designed and led development of first-of-its-kind NKCA application to support continuous updating of database from distributed, heterogeneous sources.  Project was selected for CommerceNet's 2002 "Next Generation Internet" program.  Technologies: MS SQL Server/DTS, .NET, C#, ESRI ArcIMS, ArcSDE XML.<br><br>**Associate Director, Community Informatics, Los Angeles CA (2003-2004).** Co-founded nonprofit startup.<br><br>**Director of Product Development, eSourceWorld, Palo Alto CA (1999 - 2001).**  Startup e-business solution provider targeting manufacturing firms.  Led authorship of business plan and financial projections.  Led technical business development efforts and negotiations with various clients including a Fortune Global 100 manufacturer.  Closely engaged with fundraising activities.  Designed, specified and implemented company's core products with handpicked team of developers.   Technologies: n-tier Java architecture, JRun, Servlets, JSP, JDBC, XML, Oracle 8.<br><br>**Application Designer, UCLA Advanced Policy Institute, Los Angeles CA  (1998 - 1999).**  Designed and implemented groundbreaking e-government applications including the City of Los Angeles Housing Department's Internet-based Management Information System (MIS) for their Housing Inspection Program.  The MIS Project facilitates real-time integration of housing inspections conducted on Palm Pilots in the field with city property database, and was responsible for millions of dollars in residential home improvements. Technologies: Cold Fusion, MS SQL Server, MS Access, Windows NT, Palm OS.<br><br>**Internet Application Developer, Inform Interactive, Toronto ON, Canada (1997 - 1998).**  Technical designer and lead programmer on Internet groupware project for employees of major international banking institution.  Designed database; built web interfaces, security and administrative functionality.  Also was lead programmer on platform facilitating communication on Y2K issues for international technical teams.  Platform deployed for pharmaceutical firms including Perkin-Elmer and MDS International, and was featured in Canada's Financial Post newspaper. Technologies: Perl, MS SQL Server/Windows NT, Java, Oracle/Linux. |
|---|

Urban Institute Proposal:  Community Data System for KnowledgePlex.org    32

| 1.  Name:<br>I Wei Lai | 2.  Current Title/Job Position:<br>Web developer, Metonymy | Length of Time in Present<br>Position:<br>2 months |
|---|---|---|
| 4. Proposed Position:<br>Web developer | 5. Education:<br>1999      B.S. in Computer Science, UCLA | |

**6.  Technical Skills:**
C/C++, Java, JSP, Coldfusion, SQL, ArcIMS, ArcSDE, HTML

**7.  Related Training/Certifications:**

**8.  Relevant Experience:**

**Web Developer, Metonymy, Inc., Culver City / CA (3/2004 – Present).**
- coding in JSP, Java.
- setting up map services with ArcIMS, working with ArcSDE layers.
- involved in interface design, database design (SQL), data manipulation and integration.
- setting up admin functionalities in SQL (database), JSP.

**Web Developer, Community Informatics, Culver City CA (8/2003 – 3/2004).**
- involved in user interface design / flow, database design (SQL), of projects, including implementation of functional mock-ups in Coldfusion / HTML.
- wrote Java classes and objects that interact with Coldfusion / HTML in the front-end.
- built admin and database functionalities in SQL, Coldfusion and HTML.1/2002 - 7/2002.

**Game Programmer, Prolific Publishing, Burbank CA.**
- worked on Playstation 2 3D helicopter game (Return To Fire 3) in C/C++.
- implemented 3D sound and particle effects.
- coded in VU assembly language. 11/1999 - 7/2001.

**Web Programmer, MusicBlitz.com, Inc., Culver City CA.**
- published front-end HTML pages using Coldfusion and HTML.
- created and manipulated SQL databases.
- built administrative functionalities with Coldfusion and HTML.
- audio technologies including the SMIL (Real) format and ASX (Windows Media).
- maintained the website with Microsoft IIS, Coldfusion and SQL Server.
- designed and built databases with Microsoft Access.

| 1.  Name:<br>Moran Ben-David | 2.  Current Title/Job Position:<br>Senior Developer, Metonymy | Length of Time in Present<br>Position:<br>2 months |
|---|---|---|
| 4. Proposed Position:<br>Senior Developer | 5. Education:<br>B.Sc Queen's University (Computer Science Major) | |

6.  Technical Skills:

Programming: Java, .NET, C++, Windows, Unix, JSP, ColdFusion, ASP

---

7.  Related Training/Certifications:

Hands-On Advanced C++ Programming, LTI Inc.

---

8.  Relevant Experience:  7+ years programming and technical leadership in commercial multi-tier applications. Extensive experience in all phases of the project lifecycle in a consultant capacity.

**Senior Developer, Metonymy, Inc., Los Angeles (2004).**

**Senior Developer, Community Informatics, Los Angeles (2003 – 2004).**  Delivered extensible mapping and statistical presentation applications using SQL Server and ESRI ArcSDE/IMS.  Designed relational data model based on the FGDC metadata standard.  Technologies: Java, C#, WebServices, ADO.NET, Sql Server, ESRI ArcGIS, JSP, Cold Fusion, Subversion, Windows 2000

**Senior Developer, ii3, Toronto, Canada (2001-2003).**  Designed and built web-based knowledge management system for law firms to publish and contribute information within and outside their organization.  Levels of security for various documents/information was a critical factor.  Technologies: C++, SQL, COM/ATL, SQL Server, NDS, InterAction CRM, Windows 2000.

**Tech Lead, eSourceWorld.com, Palo Alto, CA (2000 – 2001).**  Lead technical team in architecting and developing web-based service for clients to upload manufacturing data and publish data to partners.  Delivered client tools for monitoring manufacturing activity.  Technologies: Java, SQL Oracle 8, Windows NT, Solaris 8

**Developer ii3, Toronto, Canada (1998-1999).**  Delivered financial management system for Royal Bank of Canada.  Developed using Java, DB2 and interfaced into bank's security framework as well as various financial and HR systems.  Technologies: Java, IBM DB2, Windows NT, TogetherJ

**Developer, Thomas Cook, Toronto, Canada (1997-1998).**  Developed and supported system that handled retail foreign exchange across 130+ branches across North and South America.  Technologies: Powerbuilder, SQL, C++, Sybase, Windows NT

| 1.  Name:<br>Mark Torrance | 2.  Current Title/Job Position:<br>Principal, Vinq, LLC.<br>Software Architect and Web Designer | Length of Time in Present Position:<br>12 years in software, 1 year at Vinq |
|---|---|---|
| 4. Proposed Position:<br>Backup Project Lead, UI Designer, KnowledgePlex integration Lead | 5. Education:<br>B.S., Symbolic Systems, Stanford.<br>M.S., Computer Science, MIT, all Ph.D. coursework completed with minor in Business. | |

| 6.  Technical Skills: |
|---|
| Perl, Java, JSP, Linux, MySQL, PostgreSQL, PostGIS, PHP, graphic design. Successfully designed and deployed web-scale application infrastructure for dynamic image-generation at StockMaster.com (attractive charts of historical and real-time intraday data drawn in under 200ms, supporting up to 2.2 million page-views per day) |

| 7.  Related Training/Certifications: |
|---|
| M.S. and Ph.D. work included Programming Language Design, Algorithms, Data Structures, practical development experience in Java and Perl. |

| 8.  Relevant Experience: |
|---|

**Consulting Web Architect, Fannie Mae Foundation**

As Principal of Vinq, LLC, I personally designed, implemented, and managed the implementation of KnowledgePlex.org 2.0–2.2, FannieMaeFoundation 1.1, helpthehomelessdc.org, and homebuyingguide.org, including database and schema design, code architecture, backend periodic processing such as news fetching and datafeed cleaning, administrative tools for content management and metadata input (about documents and news articles), user registration management and usage reporting, graphic design of icons, header graphics, and other user interface elements using Photoshop, and server-side automatic image generation libraries for dynamic headers and thumbnail images of documents which include drop shadows. This development has been done on both Linux and Windows platforms, using MySQL, Perl, PHP, Apache, mod_perl, mod_php, IIS, ISAPI, and ASP using both VB and Perl as scripting languages.

**Chief Technology Officer, Knowmadic, Inc.**

Developed vision, strategy and architecture for Knowmadic's next-generation enterprise-class rapid software/data integration platform, based on UI-layer integration technology including web and screen scraping coupled with J2EE server infrastructure and standards-compliant web services orchestration (Business Process Modeling).Designed and implemented RAD Integration Studio in Java/Swing, a developer and analyst tool for rapid automation of business processes, including graphical orchestration and J2EE-based execution of Web Services. Incorporated innovative UI elements to enhance ease-of-use, including integrated search across both remote Web Services and local Knowmadic components, and type-specific contextual menus to support the incremental addition of components to an existing dataflow-based orchestration. This Studio incorporated a novel combination of dataflow and process flow on a single diagram, which users judged favorably as compared with Microsoft BizTalk (a competing environment).

**Founder, CEO and CTO, StockMaster.com**

Designed, implemented and managed implementation of top-10 financial content site (45mm views to about 1mm unique people per month) supported by both advertising (Doubleclick) and direct sales of Investor Relations services to 240 public companies including 13 of the DJIA 30, plus over 20 branded sites for partners including Plumtree. This product developed a passionate customer base that was attracted to the powerful yet clear user interface I designed. Built and oversaw professional engineering, product management, marketing, finance and sales teams, growing to include 65 employees, but continued to devote over 1/2 my time to product development and writing code. As CEO, managed growth through two rounds of angel funding ($5.5mm), TTM revenue of $7.5mm, and a successful sale to Red Herring Communications in March, 2000.

Urban Institute Proposal:  Community Data System for KnowledgePlex.org                35

| 1.  Name:<br>David Newhoff | 2.  Current Title/Job Position:<br>Sr. Product Manager, Vinq | Length of Time in Present<br>Position:<br>3 Months |
|---|---|---|
| 4. Proposed Position:<br>Sr. Product Manager, Web<br>Designer, QA Lead | 5. Education:<br>BA History, Minor in Computer Science, U. of San Francisco (*cum laude*)<br>Award: Herlihy Prize in History<br>Graduate studies in Information Systems, London School of Economics | |

**6.  Technical Skills:**
Proficient in Excel, Word, Project, PowerPoint, Access, Visio, Flash and Photoshop. Experience working with Vignette, PHP, SQL, HTML, XML, JavaScript and MySQL

**7.  Related Training/Certifications:**
Various seminars in Project Management, Team Building and Budgeting.

**8.  Relevant Experience:**

**Product Development**
Created product evaluation matrix to determine viability of new and existing initiatives against department budget and engineering resources. | Prioritized product pipeline across engineering, design and product functions while assessing research, concept, evaluation, production and maintenance requirements. | Set product goals by determining company core-competency, customer needs, competitive landscape and impact on internal resources. | Managed finance channel, content syndication system, database driven content tools and special report content.

**Management and Strategic Planning**
Leader of ten-person web development team.  Experience structuring teams to match business needs and maximize specific skill sets and goals.  Team built products that resulted in site traffic of 16 million page-views per month. | Developed mission statement defining department objectives, strategy and core-values resulting in new products and initiatives such as a focused CRM system, additional newsletters, new content deals and finance channel. | Organized and led cross-functional team and process to evaluate, determine and prioritize business and product opportunities resulting in new

**Site and Tech Production**
Established project management process using tools and documentation resulting in effective use of department expenses and resources. | Determined site information hierarchy and taxonomy to match customer needs, traffic and business requirements.  Result: increased page views per visit, unique visitors, return traffic and improved sales. | As chief user advocate, defined customer interface requirements for user tools, search, page layout and navigation.

**Client Relations**
Managed relationships with site partners such as Reuters, Vignette, Oracle, Yahoo, Dow Jones, Hoovers, Stock Point and SmartMoney. | Managed 200-person portfolio for large non-profit. Customer stewardship and development lead to increase of over one million in raised contributions.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                    36

## 5.  COST PROPOSAL TEMPLATE

[[Currently in separate document, to be integrated (9 pages).]]

Urban Institute Proposal:  Community Data System for KnowledgePlex.org                45

## 6. SCHEDULE

### 6.1 Project milestones and deliverables

The following charts illustrate the project milestones and deliverables with reference to section 2.3 of the RFP.   For more information on each project cycle see 6.2 below.

| Item # | CDS Release | Est. Days from Project Start | Milestone | Deliverable (if any) | Dependencies | Phase in Project Cycle |
|--------|-------------|------------------------------|-----------|----------------------|--------------|------------------------|
| 1 | 1 | 15 | Project Initiation Meeting | | Aligning team schedules | Design |
| 2 | 1 | 25 | | Screen Mockup Draft; Project Plan. | 1 | Design |
| 3 | 1 | 45 | | Finalized Screen Mockups; Functional Specification | Feedback on 2 | Design |
| 4 | 1 | 65 | | Project Technical Specification | Foundation approval of 3 | Development |
| 5 | 1 | 65 | | Test plan | | Test |
| 6 | 1 | 90 | **Release 1 Go-live** | Functional and tested production site. | | Deployment |
| 7 | 1 | 100 | | Training materials and documentation. | | Deployment |
| 8 | 1 | 150 | | Release 1 Evaluation Report (with BCT) | 6 | Evaluation |
| 9 | 2 | 165 | Phase 2 initiation meeting | | 8 | Design |
| 10 | 2 | 175 | | Screen Mockup Draft; Project Plan | 9 | Design |
| 11 | 2 | 195 | | Finalized Screen Mockups; Functional Specification | Feedback on 10 | Design |

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                                    46

| Item # (cont'd) | CDS Release | Est. Days from Project Start | Milestone | Deliverable (if any) | Dependencies | Phase in Cycle |
|---|---|---|---|---|---|---|
| 12 | 2 | 215 | | Revised Technical Specification | Approval of 11 | Development |
| 13 | 2 | 215 | | Revised Test Plan | | Test |
| 14 | 2 | 240 | **Release 2 Go-Live** | Functional and tested production site. | | Deployment |
| 15 | 2 | 250 | | Revised training materials and documentation | | Deployment |
| 16 | 2 | 310 | | Release 2 Evaluation Report (with BCT) | 14 | Evaluation |
| 17 | 3 | 325 | Phase 3 initiation meeting | | 16 | Design |
| 18 | 3 | 335 | | Screen Mockup Draft; Project Plan | 17 | Design |
| 19 | 3 | 355 | | Finalized Screen Mockups; Functional Specification | Feedback on 18 | Design |
| 20 | 3 | 375 | | Revised Technical Specification | Foundation approval of 19 | Development |
| 21 | 3 | 375 | | Revised Test Plan | | Test |
| 22 | 3 | 400 | **Release 3 Go-Live** | Functional and tested production site. | | Deployment |
| 23 | 3 | 410 | | Training materials and documentation | | Deployment |
| 24 | 3 | 450 | | Release 3 Evaluation Report (with BCT) | 22 | Evaluation |

Urban Institute Proposal:  Community Data System for KnowledgePlex.org                                    47

| # | Task Name | Quarter 1 | | | Quarter 2 | | | Quarter 3 | | | Quarter 4 | | | Quarter 5 | | | Quarter |
|---|-----------|------|----|----|----|----|----|----|----|----|-----|-----|-----|-----|-----|-----|-----|
| | | M-1 | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | M13 | M14 | M15 | M16 |
| 1 | ⊟ CDS First Release | | | | | | | | | | | | | | | | | |
| 2 | Project Start | | ◆ Project Start | | | | | | | | | | | | | | | |
| 3 | Project Initiation Meeting | | | ◆ Project Initiation Meeting | | | | | | | | | | | | | | |
| 4 | Design Phase | | | | | | | | | | | | | | | | | |
| 5 | Development Phase | | | | | | | | | | | | | | | | | |
| 6 | Testing | | | | | | | | | | | | | | | | | |
| 7 | Release 1 Go-live | | | | | ◆ Release 1 Go-live | | | | | | | | | | | | |
| 8 | Evaluation of First Release | | | | | | | | | | | | | | | | | |
| 9 | ⊟ CDS Second Release | | | | | | | | | | | | | | | | | |
| 10 | Project meeting | | | | | | | ◆ Project meeting | | | | | | | | | | |
| 11 | Design Phase | | | | | | | | | | | | | | | | | |
| 12 | Development Phase | | | | | | | | | | | | | | | | | |
| 13 | Testing | | | | | | | | | | | | | | | | | |
| 14 | Release 2 Go-live | | | | | | | | | ◆ Release 2 Go-live | | | | | | | | |
| 15 | Evaluation of Second Release | | | | | | | | | | | | | | | | | |
| 16 | ⊟ CDS Third Release | | | | | | | | | | | | | | | | | |
| 17 | Project meeting | | | | | | | | | | | | ◆ Project meeting | | | | |
| 18 | Design Phase | | | | | | | | | | | | | | | | | |
| 19 | Development Phase | | | | | | | | | | | | | | | | | |
| 20 | Testing | | | | | | | | | | | | | | | | | |
| 21 | Release 3 Go-live | | | | | | | | | | | | | | ◆ Release 3 Go-live | | |
| 22 | Evaluation of Third Release | | | | | | | | | | | | | | | | | |

**Proposed Project Schedule**

**6.2 Project Life Cycle**

*Design:* The design phase will be conducted under the guidance of the Foundation and its partners.  Our application design methodology is user focused, centered on achieving "design-for-test" and "design-for-evaluation" goals, resulting in measurable outcomes with real accountability to the needs of target user communities.  Our design approach is iterative, centered on collecting user feedback on features and interfaces in conjunction with BCT Partners before proceeding.  We will develop detailed requirements documentation, use cases, and full test and evaluation plans from project outset.   One significant advantage that this team has is the coordinating role played by the Urban Institute, who is conducting the Data Assembly and guidebook tasks and therefore can ensure close coupling between overall project and foundation design goals and the technical design itself.  Close synchronization of the data model and database schema is crucial to the long-range success of the project.  Products of the design process include functional specifications with screen mockups.  Approval of the functional specification leads into a technical specification outlining implementation in more detail and acting as a guideline during the development phase.

*Development:* Developers work on the necessary components and site pages, with an iteration of coding and testing for each.  Rapid prototypes of some application aspects may be conducted, serving as a reference implementation for developers.

*Test:* Continuous testing is conducted from the development stage through deployment and evaluation stages.  Various forms of testing include unit tests (written to run in batches against project components to check for expected outcomes), integration tests (run at the end of the development and deployment phases), and usability tests (especially important in the evaluation phase).  Integration and load testing are conducting in the period proceeding go-live for each release.  This team will work with BCT Partners and the Urban Institute to identify appropriate beta testers.  Formal QA testing is also conducted in this phase.  All HTML interfaces and CSS is validated for adherence to W3C specifications, and tested on multiple browser platforms.

*Deployment:* Deployment involves careful attention to go-live, including the ability to 'rollback' to a stable release version.  Deployment also includes consultation and advice for site administrators on how to use administrative features, and careful monitoring of site activity in the time surrounding deployment.

*Evaluation:*  The evaluation process is integrated with the feature request tracking mechanism which is central to this phase.  All user and project team feedback is collected centrally, and CDS will provide a single access-protected location on the site for the project team read and review feedback as well as usage and availability statistics.   The development team has a good working relationship with BCT Partners, who is conducting the technical and usability assessments of the site.  Their evaluation is enhanced with on-site feedback and presented to the Foundation and should help guide design consultations in the next site release.  Members of the development team whenever possible will accompany usability testers to gather first-hand experience of users engaging with the site.   A continuous series of improvements are also made to fine-tune the production site during the evaluation period.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                    49

## 7.  WORKSPACE

One project team member may spend between one and three days working at the foundation during the deployment phase of each release.  We would request an Internet connection but the team member would bring all other materials required.

 Urban Institute Proposal:  Community Data System for KnowledgePlex.org                                                    50

**Appendix A: Requirements Summary**

| RFP Section | Functional Requirement | Version of CDS and Release Date (months from contract award) | Technical Approach Summary Description | Expected Time & Material Costs | Technology/ies Utilized |
|---|---|---|---|---|---|
| **2.2.2 Minimum Requirements for Initial Release of CDS** | | | | | |
| 2.2.1 | 2.2.2.1. Select geographic area of interest | Version 1 3 months | Geographies specified by user queried vs. ArcIMS/SDE | $30,000 | Java, JSP, ArcIMS, MS SQL Server, ArcSDE |
| 2.2.2 | 2.2.2.2. Interactive mapping | Version 1 3 months | Navigate maps with data overlay layers, no controls or plugins required. | $60,000 | Java, JSP, ArcIMS, MS SQL Server, ArcSDE |
| 2.2.3 | 2.2.2.3. Statistical profiles | Version 1 3 months | Dynamically generated based on geographic and topical preferences | $35,000 | Java, JSP, MS SQL Server |
| 2.2.4 | 2.2.2.4. Tables and charts | Version 1 3 months | Flexible table and chart generating web interfaces. | $30,000 | Java, JSP, MS SQL Server, Corda PopChart |
| 2.2.5 | 2.2.2.5. Metadata tool | Version 1 3 months | Open source FGDC compliant metadata tool (XML, Java/JSP and SQL). | $20,000 | Java, JSP, MS SQL Server (or similar RDBMS) |
| 2.2.6 | 2.2.2.6 Integrated metadata and user guides | Version 1 3 months | Guides and metadata treated as dynamic content objects; can be linked into. | $15,000 | Java, JSP, MS SQL Server |
| 2.2.7 | 2.2.2.7. Administrative interface | Version 1 3 months | Maximum control and visibility of site behavior through admin interfaces. | $25,000 | Java, JSP, MS SQL Server |
| 2.2.8 | 2.2.2.8 Data output | Version 1 3 months | All data presentation pages printable, downloadable. | $10,000 | Java, JSP, ADO.NET (part of Windows OS), MS SQL Server |
| 2.2.9 | 2.2.2.9 Security | Version 1 3 months | Authenticated users only; privilege/role assignment; scraping prevention. | $35,000 | Java, JSP (administration), MS SQL Server, SSL |
| 2.2.10 | 2.2.2.10 User feedback | Version 1 3 months | Collected and available to administrators in single site location. | $10,000 | Java, JSP, MS SQL Server |

| Other Functionalities | | | | | |
|---|---|---|---|---|---|
| 2.3.1 | Create custom neighborhood | Version 2 6 months | Assembly of any boundary layer into a region for data analysis. | $25,000 | Java, JSP, Javascript, MS SQL Server, ArcIMS/SDE |
| 2.3.5 | Upload User-provided data | Version 2 6 months | Extensible web-service interface (web or programmatic upload). | $40,000 | Java, JSP, ADO.NET, MS SQL Server, ArcIMS/SDE |
| 2.3.6 | User Profile Area | Version 2 12 months | Storage and retrieval of site content and personal datasets via single interface. | $30,000 | Java, JSP, MS SQL Server |
| 2.9 | Integrated KnowledgePlex Security, search functions | Version 2 6 months | Single sign-on, single search.  API for KP applications to access CDS. | $35,000 | Perl, Java, JSP, MS SQL Server, PostgreSQL |
| 2.3.7 | Download datasets | Version 3 13 months | Flexibility of site policy possible via administrative options. | $25,000 | Java, JSP, ADO.NET, MS SQL Server |
| 2.3.1 | Additional Interactive Mapping features | Version 3 13 months | Report by boundary, Classify by attribute, search by distance, choose label for point | $15,000 | Java, JSP, Javascript, MS SQL Server, ArcIMS/SDE |
| 2.3.3 | Additional Administrative Interface features | Version 3 13 months | Administrative control over geocoding queue to address performance. | $15,000 | Java, JSP, Javascript, MS SQL Server, ArcIMS/SDE |

# EXHIBIT 8

## RFP Preparation Proposal

UCLA Advanced Policy Institute (API)

### Background

API has been developing online tools for conducting neighborhood analysis since 1996. Neighborhood Knowledge Los Angeles (NKLA) was designed as a tool for both experts and non-experts to investigate conditions of housing and investment on a very local, disaggregated level. NKLA integrates datasets from a variety of city and county sources and makes them available through an easy-to-use public interface. More recently, API has launched NKCA, a California-wide data and mapping platform providing demographic information and highlighting conditions of housing investment at the neighborhood level.

In developing these websites—and conducting extensive training and outreach efforts surrounding them—API has developed a deep understanding of the needs of community-based organizations, particularly those involved in community development and nonprofit housing, as well as the academic community. As such, API has valuable experience and perspective to contribute in the process of developing an RFP for a national-level data and mapping platform. API has less direct experience with the needs of the government sector. API will develop requirements of the government constituency through consultations with the Urban Institute, and by conducting a focus study with the Policy and Planning Division of the City of Los Angeles Housing Department.

This document is a response to the Fannie Mae Foundation's Request for Information to assist in preparation of and RFP for a new DataPlex section of the KnowledgePlex site, and specifically in the development of functional requirements for the "National Neighborhood Indicator System" and "Housing Profiles and Historical Data" areas of the site.

### Scope of Work

API will consult with FMF staff and target constituencies to determine an ideal set of functionalities for a new DataPlex project. API will provide both written and verbal input on the functionalities that would be needed for a successful nationwide interactive data and mapping platform.

### Deliverables

A document containing detailed set of recommendations encompassing the DataPlex functionalities, including:

- Complete list and detailed explanation of recommended functionalities
- Explanations of how individual functions are useful to one or more target constituencies, including actual feedback from target constituencies

- Results from consultations on government uses, including recommendations from Urban Institute and focus group study with Los Angeles Housing Department's policy and planning unit
- "Use scenarios" demonstrating imagined cases of how site applications would be used by target groups in context of their actual day-to-day work
- Recommendations on administrative functionalities (secure web-based interfaces to provide control over site behavior by non-technical Fannie Mae Foundation staff)
- Recommendations on mechanisms to keep site data updated, and add new datasets to the site
- Recommendations on minimum usability and accessibility standards (the site must be available to users with older hardware, slow internet connections and/or disabilities)
- Recommendations on analysis tools, including geographic scales at which to support data aggregation and comparison
- Preliminary suggestions on site organization (how functionalities can be grouped for conceptual coherence)

**Timeline**

The document described above containing RFP recommendations will be delivered before March 14th.

**Costs**

API will bill Fannie Mae Foundation for 30 hours of work at $150.00 per hour, for a total cost of $4,500.00.

# EXHIBIT 9

REDACTED

**From:** Neal Richman [mailto:nrichman@ucla.edu]
**Sent:** Sunday, March 02, 2003 1:45 PM
**To:** Simmons, Patrick
**Cc:** Jaron Waldman
**Subject:** RFI draft proposal

Hi Patrick,

Here is a draft response for the RFI.   I had originally estimated 20 hours of work on this project because we would just distill and re-analyze our focus group work that was conducted for NKLA and NKCA.  Thus, we would adapt the functional specification of both projects to meet the objectives of the FMF Dataplex project.

However, upon further thought, I realized that one of the major differences between our work is that NKLA/CA has primarily a community (non-governmental) user orientation since both are "digital divide" projects.  I don't feel that we ever adequately surveyed city or county levels of government because they were not identifed as our priority users of the systems.  Of course, both are now being utilized in just this way, but this was not our primary aim.

FMF is in a different business with State and local government became a primary focus of its outreach and training efforts.  Therefore, I thought it appropriate to augment our prior research with some direct dialogue on the needs of governmental users with the Urban Institute and with planning staff of the City of LA Housing Department.

I know that I quoted you only twenty hours but I think spending ten more in these ways makes a lot of sense.

Attached, please find our draft proposal in response to the RFI.

Look forward to talking more about all of this.

Neal

# EXHIBIT 10

REDACTED

```
-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@metonymyinc.com]
Sent: Thursday, March 20, 2003 11:17 PM
To: PSimmons@FannieMaeFoundation.org
Cc: nrichman@ucla.edu
Subject: RFP Recommendations
```

Hi Patrick,

Here it is.  Neal and I have put some serious sweat into it over the last while.

If you have any questions or need clarifications please feel free to give Neal or I a call.  My mobile number is **REDACTED**

Jaron

btw if there's any trouble viewing the proposed project schedule on p.22, I could replace the embedded MS Project object with a regular image.

# EXHIBIT 11

REDACTED

-----Original Message-----
From: Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
Sent: Friday, March 21, 2003 6:38 AM
To: 'Jaron Waldman'
Subject: RE: RFP Recommendations

Hi Jaron. Thank you very much for all the hard work on this and for the timely submission. I will be working with this over the weekend to produce an integrated RFP for the DataPlex. I'll be back in touch on Monday. Pat

-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@metonymyinc.com]
Sent: Friday, March 21, 2003 1:17 AM
To: PSimmons@FannieMaeFoundation.org
Cc: nrichman@ucla.edu
Subject: RFP Recommendations


Hi Patrick,

Here it is.  Neal and I have put some serious sweat into it over the last while.

If you have any questions or need clarifications please feel free to give Neal or I a call.  My mobile number is   **REDACTED**

Jaron

btw if there's any trouble viewing the proposed project schedule on p.22, I could replace the embedded MS Project object with a regular image.

# EXHIBIT 12

REDACTED

-----Original Message-----
From: Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
Sent: Wednesday, April 09, 2003 7:53 AM
To: 'Jaron Waldman'
Subject: RE: Revised DataPlex RFP

Jaron, Thank you very much for the quick read and the helpful comments.
You've been extremely helpful. Pat

-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@metonymyinc.com]
Sent: Wednesday, April 09, 2003 2:32 AM
To: Simmons, Patrick; Kathryn Pettit (E-mail); Neal Richman (E-mail)
Subject: RE: Revised DataPlex RFP


Patrick,

Neal and I think you have crafted a great RFP.  The whole thing is cohesive
and clear, and any concerns that we had with the earlier version have been
fully addressed.

I just listed a few points here.. nit-picky stuff, nothing substantial:

p. 5, 11: May want to think about including a requirement regarding
contractor's ability to assemble these datasets in a way that supports
data-driven applications.. or that experience/understanding of how to do
this should be on the team.

p.17 #2: May want to include a "functional specification" in the design
documentation.  Bidder provides list of functionalities on p.18 (a) but
these are before-the-fact, more of a scope document(a functional
specification has elements like use cases, site flow diagrams, test plan,
etc).  Requiring a formal functional spec will increase time and cost of the
project.. but they're often worth it when you're working with vendors.
Putting more detail down on paper ahead of time tends to avoid
misunderstandings.

p.17 #4(d): This is probably not important at this stage, but I'm uncertain
about what "pre-defined" means (I see it again on p. 18, p.30).  I'm not
sure if this is referring to static analysis templates that can be
dynamically applied to different geographies, or rather static maps &
charts.

p.19: Suggestion for additional proposal requirement (or add on to d.): High
level description of the bidder's technical approach, listing the major
application and software development frameworks, platforms, and operating
systems that the bidder proposes to use.  (You have this in the
qualifications already but not the proposal requirements).  This may help in
sorting out the BS.. if someone comes to you saying they're going to do this
project in Fortran or something.

1

Jaron

-----Original Message-----
From: Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
Sent: Tuesday, April 08, 2003 5:45 PM
To: Kathryn Pettit (E-mail); Neal Richman (E-mail);
'jwaldman@metonymyinc.com'
Subject: Revised DataPlex RFP


Thanks so much for agreeing to take another look at the DataPlex RFP draft
on such short notice. Pat

 <<DataPlex RFP rev4.doc>>

------------------------------------------------------
Patrick Simmons
Director, Housing Demography
Fannie Mae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC 20016
psimmons@fanniemaefoundation.org
202-274-8071
202-274-8111 (f)

2

# Exhibit 13

# Housing DataPlex RFP Recommendations

Compiled for the FannieMae Foundation
by the UCLA Advanced Policy Institute

Thursday, March 20, 2003

# Table of Contents

Overview ..........................................................................................................4

A.    Recommendations on Site Functionality.......................................................5
  1.    Functionalities to Include on Housing DataPlex ......................................5
    1.1    Retrieve Tables and Charts ................................................................5
    1.2    Interactive Mapping ...........................................................................6
    1.3    Housing Profiles.................................................................................8
    1.4    "My DataPlex" – User Profile Areas ...................................................9
    1.5    Site administrator functionalities .....................................................10
  2.    Usability and accessibility standards....................................................12
  3.    Feedback from Target User Groups ......................................................15
  4.    Use Scenarios ......................................................................................17
  5.    Sustainability and Platform Openness ..................................................20
    5.1    Metadata and Standards...................................................................20
    5.2    Modularity ........................................................................................20

B.    Request for Proposals ................................................................................21
  Introduction .................................................................................................21
  DataPlex Project Timeline ...........................................................................22
  Task 1 – Develop Functional and Technical Specifications..........................23
    1.1    Purpose and Scope ..........................................................................23
    1.2    Contractor Requirements .................................................................23
    1.3    Proposal Requirements.....................................................................23
    1.4    Bidder Qualifications ........................................................................24
  Task 2 – Build and Release DataPlex 1.0 ...................................................24
    2.1    Purpose and Scope ..........................................................................24
    2.2    Contractor Requirements .................................................................24
    2.3    Proposal Requirements.....................................................................25
    2.4    Bidder Qualifications ........................................................................25
  Task 3 – Collect Feedback from Target User Communities ..........................25
    3.1    Purpose and Scope ..........................................................................25
    3.2    Contractor Requirements .................................................................26
    3.3    Proposal Requirements.....................................................................26
    3.4    Bidder Qualifications ........................................................................27
  Task 4 – Design DataPlex 2.0 Specifications ..............................................27
    4.1    Purpose and Scope ..........................................................................27
    4.2    Contractor Requirements .................................................................27
    4.3    Proposal Requirements.....................................................................28
    4.4    Bidder Qualifications ........................................................................28
  Task 5 – Build and Release DataPlex 2.0 ...................................................28
    5.1    Purpose and Scope ..........................................................................28
    5.2    Contractor Requirements .................................................................28
    5.3    Proposal Requirements.....................................................................28
    5.4    Bidder Qualifications ........................................................................29

[ Table of Contents, continued ]

Task 6 – Provide Ongoing Service and Maintenance......................................29
   6.1    Purpose and Scope ................................................................29
   6.2    Contractor Requirements ......................................................29
   6.3    Proposal Requirements..........................................................29
   6.4    Bidder Qualifications .............................................................29

Appendix A: Sample Contract Language ...........................................................30

# Overview

This document is a response to the FannieMae Foundation's (FMF) Request For Information on the elements of a new and expanded version of KnowledgePlex. Specifically, this document details the functional requirements for the Local Data Access and Analysis Tools ("National Neighborhood Indicator System" and "Housing Profiles") that are to be part of the Housing DataPlex.

The document is broken into two sections. Part A is list of recommended functionalities to include in the data retrieval and interactive mapping sections of the site. Part B (the draft for the Request for Proposals) is an explanation of each of the tasks involved in the building and providing these functionalities, along with what will be required of the contractor, what bidders are required to submit, and set of qualifications suggested by the bidding party.

# A. Recommendations on Site Functionality

## 1. Functionalities to Include on Housing DataPlex

The following functionalities should be supported with the aim of allowing users to create customized tables, maps and charts for their states, regions, counties, cities and/or neighborhoods using any of the data sources on the site.   These are preliminary recommendations based on our experience in developing similar sites.

Although the functionalities are broken out here individually, end-users should be able to seamlessly switch between tabular, chart, and mapped representations of the site's datasets.   Users should also be able to easily move their 'data frame' between geographic scales with ease, at all scales from the lowest aggregations (census tracts or even blocks) to the highest (nationwide data).

## 1.1 Retrieve Tables and Charts

The Housing DataPlex should provide users with a clean interface to query the database in order to generate their own custom charts and tables based on the site's datasets.  These datasets are to be identified by FMF with assistance from its consultant(s).

API Recommends the following functionalities to allow users to produce custom charts and tables:

*View Chart*
Users should be able to choose their own variables from available datasets, and use these to generate charts.  Available chart types should include, at minimum, pie, bar, and line.    Longitudinal dataset analysis should be supported.

*View Tabular data*
Similarly, users should be able to 'build' their own tables as subsets of the larger datasets housed on the site by selecting variables to output.  Again, longitudinal analysis should be supported, as well as easy shifting of geographic scale (e.g. moving from a county to a metropolitan area).   Tables should also optionally present a) standard statistical ratios and b) comparisons to national and statewide rates of incidence for a variable.

*Generate Variables*
Allow users to generate and store their own variables on the system. For instance a user may want to calculate ratios between two variables and then view those in time series or for different geographical areas.

*Download Chart, Table*
Users should have the option to download a chart or table, in standard web graphical formats (.jpg or .gif), in comma-delimited format, or in SAS or Microsoft Excel formats. Where large datasets are requested, the site should automatically compress the data for download using a standard compression algorithm like WinZip. The size of the datasets that are available for download will be limited based on FMF determinations.

*Print Chart, Table*
Provide a link to a version of any chart or table produced that is formatted for printing.

*Save Chart, Table to Profile*
Registered users should be presented with the option of saving any chart or table to their "MyDataPlex" profile.

*Integrated Data Dictionary*
Throughout the site, users should be provided with links to rich text descriptions explaining the datasets being queried and viewed. Note, this relates to the implementation of a rigorous system of metadata on the site (see section 5.1).

## 1.2 Interactive Mapping

Interactive mapping of all datasets should be supported at a number of geographic scales. Where possible, datasets should be summarized at higher geographic scales, and the system should automatically choose the appropriate scale for display based on the user's chosen zoom factor.

It is recommended that DataPlex support the following mapping features:

*Search by Geography*
This screen should present the user with a variety of options for retrieving geographic information. Users should be able to retrieve a map by entering a state, county, city, zip code, census tract or address. This is also normally the first screen a user is presented with when request is made to view geographic data (gateway to the "Maproom"). Users should also be able to 'zoom' to their desired geography by clicking on a nationwide map.

*Display Several Boundary Layers on a Single Map*
Users should have control to display or hide boundary layers like City, County, Zip Code, or Congressional District.

*Add or Remove Layers*
Change the active themes that are being displayed on the map at a given time. Mapping should support simultaneous thematic display of up to two sets of attribute data (spatially joined to boundary layers like County or Census Tract) along with a point theme. The system should have the capability of displaying point and polygon themes that are added by users alongside all other themes (e.g. Census, HMDA).

In addition, the maps should display common boundary themes and additional themes for improved user orientation. These themes include state, county, city, "place", streets, interstate highways, congressional districts, zip codes, CMSA, etc.

*Define Theme Classification*
Users should be able to flexibly define a classification for a polygon theme by selected attributes, and choose the color scheme used to represent each interval in the custom-defined theme.

*Classify Point Theme by Attribute*
Users should have the ability to generate classifications for their point themes, and the system should be able to display different icons for different user-defined categories in the point data.

*Label Point Data*
Users should be able to choose the label that appears with their point data.

*Zoom In, Zoom Out, Pan, Recenter*
These options allow users to increase or decrease the map's scale, change area displayed on the map, or recenter the map around a point clicked by the user.

These four functionalities should be available on all screens displaying interactive maps. Users should be able to choose their zoom level, for example by selecting a 'zoom factor' between 1 and 10.

*Identify*
Retrieve more detailed information on a data point or polygon that a user clicks on. This information should be presented in tabular form.

*Create Custom Neighborhoods*
Polygon drawing tool that allows users to create custom neighborhoods built from census tracts, which are stored for future use in a user's profile. Once created, census or other data should be able to be viewed for the user's neighborhoods.

Users should be able to use a point-and-click tool to create their own "neighborhoods" consisting of a group of census tracts embedded within the selected polygon.  Users should then be able to retrieve data, profiles and reports by their chosen neighborhood.

*Generate Reports by Boundary Layers*
Users should be able to create printable reports on point-based user datasets. Reports will list which points within one or all categories fall into selected boundary layers and/or user-created neighborhoods.  This would result, for instance, in a breakout for an uploaded dataset by all the congressional districts in Kansas.

*Search by Distance*
For point themes, find all points that fall within a certain radius of an address, intersection, or mouse-click on a map.

*Print Map*
Brings up a configurable print version of the current map on display with instructions.

*Download Map*
This option will initiate a dialogue that allows users to store a map to their hard drive.  The maps should be in JPG or other common graphics format, so as to allow easy embedding in word documents.


## 1.3 Housing Profiles

From a functional perspective, a housing profile consists of an analytic 'template' built by site administrators that contains a series of pre-defined queries to generate maps, charts and tables for a particular geographic area.   Users may select available profiles from a drop-down list.  In addition users may be offered a link to 'switch' to a particular profile when they generate a map of an area that has a profile in the system.

Profiles must be constructed in such a way that their contents vary depending on the geographic scale of viewing.  In general, more data will be available at higher scales (county rather than zip code) because data available at lower levels of aggregation should be summarized up to higher levels.  Profiles should also offer users comparisons between the area being analyzed and higher geographical areas (e.g. if one of the variables in a county profile is vacancy rate, the vacancy rate at the state or national level should be shown as well).

An important architectural point is that the system should support the easy addition or modification of these profile templates without development of large sections of code.

## 1.4 "My DataPlex" – User Profile Areas

Users who sign up for an account should be able to store content – maps, tables, charts and datasets they have uploaded – across multiple sessions based on limits established by FMF.

DataPlex should support the following functions in the user profile area:

*Retrieve Stored Content*
Any map, table, or chart produced by users should be available to be stored in their profile area.  Users can access these through their "My Dataplex" profile, and also add new items to store or delete unwanted items.  The amount of storage space allowed users will be determined by FMF.

*User Upload of Excel, MS Access, or Comma-Delimited Data*
Users will be able to use a series of web-based forms to upload a file containing point or thematic data for mapping.   Point datasets must contain addresses (address columns to be specified by the user during the upload process), which should be geocoded by the system.   Other datasets may be thematic, and users will have the option to specify a 'spatial join' between their data and boundary layers.  For instance, if a user wants to join data to census tracts, their data must contain precise FIPS codes for the census tracts specified.

Users should also be able to specify labels to display on the map for uploaded point datasets, and classifications and color schemes for their uploaded thematic data.

*User Edits to Point Datasets*
Users should also be able to add or delete points one at a time to their datasets via a point and click, map-based interface.

*View Dataset in Tabular Format*
Allows users to review their uploaded datasets in tabular format.

*Zoom to User Dataset*
Takes users directly to an interactive map at the extent of their uploaded dataset with that dataset on display.

*Change Profile Info*
When users sign up for accounts, they are prompted for a number of facts about who they are, contact info, e-mail address, etc.   This area allows users to edit that information.

*Change Preferences*
Allows users to specify their display preferences, including language, map size, etc.

*My Neighborhoods*
A user should be able to add, edit, or remove custom-defined neighborhoods (see *Create Custom Neighborhoods* in section 1.2 above).

## 1.5 Site administrator functionalities

Administrative controls include items used by FMF staff to configure the way that the application behaves for end-users.   Wherever possible, authorized non-technical staff should be able to control site behavior without needing to make requests from technical staff or contractors.

The following administrative functions are recommended:

*Master Control over Available Site Layers*
Administrators should be able to define which boundary and data layers are available on the site.  A complete list of these layers will be stored in site metadata tables, and administrators should have the ability to 'hide' or 'display' any layer on the site.

*Control Dynamic Site Content Areas*
Although it remains uncertain at this point as to whether DataPlex features will be integrated with content management, FMF staff should have a central administrative area to add, edit, archive and remove dynamic site content (such as news items, policy reports, etc.).   Dynamic site content has not been specified in this functional breakout.

*Change Size Limit on Users' Personal Storage*
Control size of users' personal storage area.  Administrators should also be able to individuate this size limit, allocating additional storage area to project partners.

*Interfaces to Support Translation into Multiple Versions*
Site administrators should be able to control the text on the site, and the translation of that text into other languages.

*Retrieve Site Usage and Evaluation Reports*
Administrators should have available in real-time a number of site usage reports, both general (number of sessions over time, number of hits over time, etc.) and specific (number of users currently on the system, user profiles, return visitors, etc.).

*View/Edit Geocoding Queue*

Geocoding requires intensive use of server resources, so requests to geocode uploaded point datasets should be queued to minimize impact on server performance.  If their dataset has been placed in a queue, users should be notified via e-mail when their dataset has been geocoded.

## *2.    Usability and accessibility standards*

Perhaps the most significant barrier to accessibility is language.  The site should support multilingual content, at minimum in English and Spanish.  The technical infrastructure should support adding new language versions with minimum difficulty (this implies that site text content needs to be very well abstracted from the overall user interface).

DataPlex should be accessible to people with varying disabilities and barriers to using websites.  In addition, accessible web design increases the viewing audience and conforms to legal standards and improves site flexibility and scalability.  DataPlex should follow the W3C's "Web Content Accessibility Guidelines 2.0" (WCAG 2.0; http://www.w3.org/TR/WCAG20/) wherever possible.

A few of the most relevant sections of the WCAG 2.0 guidelines are listed and discussed below.  Many of them were left out (they are available at the address provided above).  They are organized according to Guidelines and Checkpoints below.  The links provided below go directly to the corresponding location in the WCAG 2.0.

Guideline 1 - Perceivable. Design content that allows users to perceive presentation according the user's needs and preferences
> Checkpoint 1.1 Provide a text equivalent for all non-text content.
> Examples of text equivalents are alt text for images, labels for submit buttons, descriptions of graphs or maps.  All buttons or graphics should have alt-texts.  Audio or video should be at least generally transcribed in text.
> Checkpoint 1.3 Separate content and structure from presentation.
> This guideline will force effective use of style sheets.  Formatting elements such as colors, heading structure, etc. should be kept separate from actual text or content of the site.  This way site appearance can be customized as needed, be consistent site-wide, and change it over time.

Guideline 2 - Operable.  Ensure that interface elements are operable by any user.
> Checkpoint 2.1 Ensure that all content is operable through character input.
> Submit buttons on forms and other "event handlers" should be accessible by mouse clicks, the keyboard, or through keyboard-equivalent voice input.  The main idea here is to make all functions useable through keyboard.

Guideline 3 - Navigable.  Flexible content orientation and navigation.
> Checkpoint 3.3 Provide multiple site navigation mechanisms.
> This makes site navigation much easier for the user.  For example, every page should indicate its own location in small text at the top left; the Help

Page on Mapping would look like "Home:  Help:  Mapping" ,  Also, the site navigation feature should always be easily discernable from the site text.

Checkpoint 3.5 Provide consistent and predictable responses to user actions.
There should be tight integration between the site's design elements and the outcome of user interactions.  If, for instance, clicking a button will open a new browser window or play a sound, the user should be advised of this in advance *at minimum* through differentiation of the user interface.

Checkpoint 3.6 Provide methods to minimize error and provide graceful recovery.
When an error is encountered, users should be notified and provided with a list of options for continuing their session without loss of state.   Error statement should notify users that site administrators have been notified and, where possible, provide an option for the user to send feedback.

Guideline 4 - Understandable. Make it as easy as possible to understand the content and controls
Checkpoint 4.1 Write as clearly and simply as is appropriate for the content.
Design and develop for users with the lowest skill levels.. This could be people with: 1) a learning disability 2) little education 3) few years (children) 4) non-experts.
Checkpoint 4.2 Emphasize structure through presentation, positioning, and labels.
This recommends that the structure of the document, content, or data is tied to the presentation, labels and positioning e.g headers for the tops of tables, chapters in a long document.
Checkpoint 4.3 Annotate complex, abbreviated, or unfamiliar information with summaries and definitions.
The help features should be robust.  Summaries, tutorials, defintions all should intersperced throughout the site.  Abstracts or summary should be at the top of pages.  Data tables, maps, graphs should be summarized.  There should be a section in the help section on "geographical literacy."
Checkpoint 4.4 Use consistent presentation.
Similar items to should look similarly, and presentation (color, font size, font, position) should be controlled globally through the style sheets.

Guideline 5 - Robust. Design for maximum compatibility and interoperability in the present and future
Checkpoint 5.1 Use technologies according to specification.
HTML and other markup should pass the validity tests of the language.  Code should follow available programming standards.  Application Programming Interfaces should be invoked according to documented use.
Checkpoint 5.3 Choose technologies designed to support acessibility

Technologies that do not support the accessibility features of the operating system, or do not have well documented interfaces for accessibility, should be avoided.

Checkpoint 5.4 Design user interfaces compatible with assistive technology.

The interface should be tested using a variety of assistive technologies and preferably real people with disabilities who use assistive technologies to determine that assistive technologies can access all information on the page or hidden within the page.

## 3. Feedback from Target User Groups

A group of users were prompted to provide feedback on NKCA (http://nkca.ucla.edu) an existing California website that provides many of the functionalities described in section one above, with regards to those functions' usefulness on a national platform like DataPlex.[1]  The response was overwhelmingly positive.

The items that would be in greatest demand include:

- Nationwide interactive data, charting, and mapping capabilities for multi-year census and HMDA data
- Ability to move very seamlessly between data and geographic display of variables
- Detailed block-group level data (from census)
- User-defined multi-census tract neighborhoods with housing and demographic profiles that provide comparison to city, county, state, or national profiles
- Ability to compare cities to counties, states, or the nation in a similar manner
- Ability to download and print these profiles, as well as data, tables and charts
- Flexibility in defining the intervals for thematic display on maps
- Exhaustive detail in documenting data sources, and links to the websites of the organizations that provide those sources
- Ability to go directly to either map or profile of city or zip code of choice
- Clean, easy to read and comprehensive profiles
- Easy selection of major cities of interest from a drop-down
- Ability to overlay two variables simultaneously on a map (using a cross-hatching technique for areas of highest/lowest incidence of the second variable)
- Ability to add data to the platform and overlay on top of census and HMDA data

Much of the user feedback was at a very high level of detail, but the enthusiasm for the functionalities described in section 1 above were overwhelmingly positive. NKCA (the site used for gathering this feedback) is itself the result of a long process of many focus sessions and rounds of feedback with grassroots community development organizations, students, researchers, and policy experts and has demonstrated great usefulness to these target communities.  FMF can

---

[1] Because of the extremely short timelines for this RFI, it was not possible to conduct comprehensive feedback, or to collect feedback in any scientific or highly organized manner. However, these 'early returns' should be helpful in assessing relative need of functionalities described in section 1.

proceed with some confidence in identifying the NKCA functionalities as the basis for Dataplex Version 1.0.

## 4.    Use Scenarios

In order to illustrate the usefulness of the functions described above, we have included a series of use cases.  These cases illustrate potential uses of the DataPlex.  They connect the users need or problem with a hypothetical solution and/or outcome.

**Scenario 1.  Eduardo.**
Eduardo is the project manager at a community development corporation in Fresno, CA.  While most of his time is spent working on either property acquisition or tenant outreach, a small portion of his job requires him to do research for grant proposal writing.  However, he has little time allotted for grant writing, and often struggles to locate relevant background demographic data for the neighborhoods that his CDC serves.  Specifically, his organization would like to adopt a more comprehensive community development outlook, and begin to move their clients from being renters to homeowners.  His grant proposal to the Local Initiative Support Corporation would be enhanced with data and maps that show the rate of home ownership, income and race, and the HMDA information on home loans for his target neighborhood.

Eduardo hears about DataPlex through a colleague.  He goes to the site, and decides that it probably can meet his needs.  He creates an account in MyDataPlex, and proceeds directly to the Data section to gather Census 2000 information on the rate of home ownership, income and race. He has an idea of the census tract that he is in, but can't remember the exact number.  Since he knows what it looks like, he chooses his census tract by selecting it from a map. Now that he has the correct census tract, he selects three his three indicators. For race and ethnicity, he decides to output the data as pie charts.  Following the dialogue box, he proceeds to save two pie charts to his own desktop in order to paste them into his proposal (a Microsoft Word document).  He also saves these two charts in MyDataPlex so that he can use them again if he needs them.

Eduardo also would like to show how a city-funded program that was in place from 1992-1997 increased the rate of owning homes in his target neighborhood. To support this claim, he chooses the rate of home ownership from the census from both 1990 and 2000 for a time-series comparison.  However, he would like to include the resulting data in his own spreadsheet, so he downloads as a tab-delimited text file for use in Lotus 123.  For the HMDA data, Eduardo wants to show a map of the rate of home ownership by census tract in Fresno County to demonstrate need.  He clicks on the map room. This shows a basic map of his census tracts with a list of datasets to overlay.  He maps out "Home loans by census tract for 1998" (the most recent year), and proceeds to output the map with a customized legend and title.  He also saves the map in his MyDataPlex profile.

Eduardo's grant is accepted, and implements the home-ownership program later in the spring. The maps and charts that he creates in DataPlex are later used on his organization's website to increase their community transparency and communication with their funders.

**Scenario 2. Nancy and Marcella.**
Nancy works for an umbrella organization representing various grassroots housing advocacy groups in Chattanooga, TN. She realizes that her constituents require technical assistance in managing their data, including membership and community health data. In particular, several of the member groups would like to map datasets that they collect and store in Microsoft Excel spreadsheets, but lack the money and technical expertise to produce GIS renderings of their data.

Nancy works with Marcella, a representative from a community health organization, to upload her organization's Excel data to DataPlex using the step-by-step, context-specific help provided on the site. The process involves signing up for a user account, finding the DataPlex community data site area, clicking 'browse' on the site and finding the file on the local hard drive, and hitting submit to upload. Once the file has been uploaded, the system parses the file and presents the data back to Nancy and Marcella. They identify which columns are to be included in the community data set, and the title and significance of those columns.

Once the metadata has been attached, the system prompts Nancy and Marcella for a geographic link between the data they have uploaded and the data already contained on DataPlex. Fortunately, the uploaded data contains addresses with zip codes, and Nancy and Marcella correlate the addresses to one of the matching systems provided by the site. The system uses their definitions to geocode the uploaded data, achieving an 88% matching rate, and creates a new table using only the matched data.

Marcella shares her password with other members of her group, who can now log in and view their group's information. By overlaying the group's information with DataPlex data documenting employment trends, she and her colleagues help to construct a convincing argument for the link between affordable housing development and community health, which they use to build new coalitions to lobby city and state officials.

**Scenario 3. SangHyun**
Sanghyun is the staff Organizer at an anti-gentrification community organization in Las Vegas. One of his organization's main projects in the last year was to create maps that show the relationship gentrifying areas and the location of viable, local businesses. They gathered data on gentrification from DataQuick (private data provider), and created their own list of key local businesses by conducting interviews and walking door-to-door. The maps were well received,

but Sanghyun he would like to improve their quality and be able to input the list of businesses into a database to create more permanent and useable information.

Sanghyun has used ArcView on his desktop computer but found it somewhat confusing.  He searches on Google.com and locates DataPlex.  Once he gets to the home page, he sees a link for "New visitors."  This page gives him an overview of the project along with its history, tools, and ways that he might use the site.  He uses the site help features, which guide him through uploading his list of businesses and then creating maps and other outputs that can help him in presenting his information.

Sanghyun creates an account on DataPlex and proceeds to the data uploading tool.  Using a four-step process, he uploads 25 businesses with their address, name, description, and photo.  He also names the newly created database and saves in his MyDataPlex page.  He then downloads the dataset onto his desktop as a text file and manipulates the data in Excel against his gentrification data.

Having created and used his new database, he goes back to the DataPlex Maproom and produces maps that show the relationship between his dataset of businesses and census information.  He is very satisfied with the maps that he comes up with.  DataPlex has assisted Sanghyun in improving his organization's information management, publicly published community maps, and increased his organization's ability to document local gentrification.

DataPlex connect Sanghyun to KnowledgePlex through a carefully integrated content management system.  He suddenly finds himself with access to a wide variety of links about anti-gentrification strategies that aim at preserving long-term affordable housing.  He uses this new information to help shift the organization's approach from a sole reliance on  "defending turf" through conflict-based organizing into a more "pro-active" development approach that protects "at risk" housing stock.

## *5. Sustainability and Platform Openness*

This section contains a number of additional recommendations on how to build a DataPlex that will be able to evolve according to changing technologies and user requirements over time.   DataPlex has been envisioned as an information platform to support community development efforts at the national level.  In order to provide DataPlex as an open resource with maximum benefit to the target user communities, DataPlex's functional and technical design should be "open", providing maximum availability and utility to target user constituencies.  Below are some issues that impact sustainability

### 5.1  Metadata and Standards

The term metadata refers to data that describe data, and the concept is important to successful development in several ways.   Good use of metadata that describe the datasets and geographic layers on the site will deepen and improve the help features on the site.  Users consistently want to know as much detail as possible about the site variables and mapped components that they are working with.

In addition, good use of technical metadata (data that the system relies on to describe the system's data and drive advanced administrative functions) eases the road to integration.  In particular, supporting the exchange of national and local indicator datasets between local data partners and the DataPlex (via user uploads and downloads) is a complex task that can only be supported through the collaborative development and implementation of metadata and standards.

A good system of metadata will also support a design that integrates the NNIS and Housing Profiles areas with the broader KnowledgePlex Content Management system.  Web-based interfaces could be built to allow Foundation staff to link static and dynamic KnowledgePlex content (policy briefs, news items, FAQ's etc.) to particular geographies or data features.

### 5.2  Modularity

Because KnowledgePlex is an ongoing, evolutionary project, the contractor should demonstrate a modular, componentized approach whereby relatively minor changes, particularly to the user interface, can be supported without undue changes to the underlying code of the system.

This is particularly important in the area of analysis.  Creation of new housing profile templates, for instance, will be much more easily achieved if the underlying components that drive dynamic site behavior are well modularized and separated from user interface code.

A module should be included that serves as a mechanism for integrating feedback from site users and FMF staff with bug-tracking software used by the developer.

# B. Request for Proposals

## *Introduction*

This section is the template for the FMF's RFP to provide services that support the initial years of operation of the Housing Dataplex.   In particular, this portion of the RFP covers the data access and mapping tools of the Housing DataPlex, and does not include other important tasks such as data assembly.

The project will be implemented in a phased manner for a more rapid rollout; DataPlex 1.0 is to be released very quickly, and contain a subset of the overall functionality.  DataPlex 2.0 is to be based on feedback on DataPlex 1.0, with a longer timeframe for implementation.

The data access and mapping services involve the completion of 6 tasks, listed here below:

1.  Develop Functional and Technical Specifications

2.  Build and Release DataPlex 1.0

3.  Collect Feedback from Target User Communities

4.  Design DataPlex 2.0 Specifications

5.  Build and Release DataPlex 2.0

6.  Provide Ongoing Service and Maintenance

The following sections of the RFP describe these tasks, provide contract and proposal requirements, and outline qualifications for bidders.

## *DataPlex Project Timeline*

This is the preliminary project timeline for conducting the data and mapping tasks of DataPlex.  Each of the tasks is broken out in detail in the following sections. Note: Task 6 (Provide Ongoing Service and Maintenance) continues for a 5-year renewable term.



| ID | Task Name | Duration | Year 1 | | | | Year 2 | | | | Year 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Q1 | Q2 | Q3 | Q4 | Q5 | Q6 | Q7 | Q8 | Q9 |
| 1 | Task 1: Functional and Technical Specs | 12 wks | | | | | | | | | |
| 2 | Task 2: Build and Deploy DataPlex 1.0 | 26 wks | | | | | | | | | |
| 3 | Task 3: Focus Feedback from Users | 46 wks | | | | | | | | | |
| 4 | Task 4: Design DataPlex 2.0 | 36 wks | | | | | | | | | |
| 5 | Task 5: Build and Deploy DataPlex 2.0 | 42 wks | | | | | | | | | |
| 6 | Task 6: Ongoing Service and Maintenance | 156 wks | | | | | | | | | |
| | | | | | | | | | | | |

## *Task 1 – Develop Functional and Technical Specifications*

### 1.1    Purpose and Scope

The development of an application roughly equivalent to the functional description in Section A (above) would provide a tremendous resource to parties involved in all aspects of community development, or with interests in local housing conditions across the USA.   Functional and technical specifications are a vital part of the project development cycle, and also serve to get all parties on the same page regarding the trajectory of development.  This task involves selection of a subset of the overall functionality for inclusion in a rapid release of DataPlex 1.0 (task 2 below).

### 1.2    Contractor Requirements

The contractor selected for this task will conduct the following activities:

a) Participate in a project initiation meeting to collect feedback from Foundation staff (week 1).
b) Review proposed functionality described in section A of this document, and draft a comprehensive functional specification for DataPlex 1.0 in conjunction with FMF staff (weeks 1-5).
c) Upon signoff from FMF on the functional specification, draft and submit a complete technical specification.  The technical specification should document in detail the technical solution to implementation of the functionality described (weeks 6-11).  Technical design should emphasize issues of platform openness, availability of data, and functionality of site to local partners nationwide.
d) Revise and finalize technical specification according to feedback from FMF staff and other project partners (week 12).

### 1.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a) Sample functional specification document for a publicly available housing or community development information system.
b) Description of the bidder's proposed technical approach, given the functionality described in Section A of this document.  Should include a list of proposed platforms, languages, and third party components to be integrated as part of a finished project.
c) Brief discussion of manner in which bidder would ensure that the platform is, broadly speaking, "open" to local community data intermediaries nationwide, such as members in the National Neighborhood Indicators Partnership, as well as other FMF-identified stakeholders.

## 1.4    Bidder Qualifications

Proposals should include extensive materials documenting the bidder's qualifications and experience in functional and technical design of community-oriented, data intensive web applications for housing and community development information.   Such materials should include website addresses, lists of project partners, development budgets and project schedules.   Bidders should also demonstrate their experience in the development of online GIS mapping tools, and interactive online retrieval of data and charts as described in Section A (above).  Bidders should have experience in development of open data platforms (including availability for users to add local datasets to the data repository).

Prior experience and a national reputation in ***designing*** interactive information tools for housing and community development purposes is very important to the effective completion of this task, and successful proposals should demonstrate the bidder's qualifications in this regard.

## *Task 2 – Build and Release DataPlex 1.0*

### 2.1    Purpose and Scope

This is the build-out phase, and the goal will be to rapidly implement a version of the housing DataPlex's data and analysis tools.  This will involve development, testing, and deployment of the functional aspects of the site agreed upon in task 1.   Emphasis should also be placed on careful documentation of the applications.

### 2.2    Contractor Requirements

The contractor selected for this task will conduct the following activities:

a) Participate in a project initiation meeting to collect feedback from Foundation staff (week 1).
b) Development of DataPlex 1.0 according to functional scope and technical specification agreed upon in task 1 (weeks 13 – 34).
c) Conduct unit, integration, load, and usability tests of DataPlex 1.0 (weeks 17 – 39), addressing any errors or glitches that come up.
d) Deploy DataPlex 1.0 on the KnowledgePlex Site (week 38).
e) Produce complete documentation of all applications developed, and how they interact with third party components used (weeks 26-39).

## 2.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a) Description of approach to managing all aspects of technology project lifecycle.
b) As in 1.3.b above, a description of the bidder's proposed technical approach, to support the functionality described in Section A.  Should include a list of proposed platforms, languages, and third party components to be integrated as part of a finished project.
c) Brief discussion of manner in which bidder would ensure that the platform is, broadly speaking, open to local community data intermediaries nationwide, such as members in the National Neighborhood Indicators Partnership, as well as other FMF-identified stakeholders.
d) List of at least five URLs, accompanied by client references, for web-based housing or community development applications that the bidder has built.

## 2.4    Bidder Qualifications

Bidder should document long experience in working with technical tools and platforms that they propose for site build-out (in section 2.3.b above).  Bidders should also provide a detailed discussion of their software development methodology, including emphasis on transparency in development process and an approach to documentation.

Prior experience and a national reputation in *developing* successful, widely used interactive information tools for housing and community development purposes is very important to the effective completion of this task, and successful proposals should demonstrate the bidder's qualifications in this regard.

## *Task 3 – Collect Feedback from Target User Communities*

## 3.1    Purpose and Scope

The initial stage in designing the site tools is to collect focused feedback from target user communities.  These target communities are broad and include:

- Researchers
- State and Local Government Employees
- Housing and Community Development Practitioners

- Analysts
- Reporters
- Information Specialists
- Students

Conducting a series of nationwide focus groups will generate feedback on the functionalities of DataPlex 1.0.   Users will be presented with the draft site functionalities described above in section A, and mock-ups of the site to aid in visualization.  Following DataPlex 1.0 launch user feedback will be solicited on the site itself.   Participating groups will be asked to fill out a web-based survey following the focus group, and will have the opportunity to participate in an online discussion regarding the design of the site.  Number of focus groups and regions to conduct meetings in will be determined in conjunction with FMF staff. Following deployment of DataPlex 1.0 (week 39), analysis of site usage patterns and user surveys should commence, which should also inform DataPlex 2.0 design.

## 3.2    Contractor Requirements

The contractor selected for this task will, with collaboration from FMF and project partners, coordinate feedback from a series of focus group sessions.  This includes the following activities:

a) Participate in a project initiation meeting to collect feedback from Foundation staff (week 1).
b) Based on project initiation meeting, develop a work plan for the first year. The plan will list all activities and deadlines, including focus group times and reporting schedule (week 9).
c) Prepare materials for focus groups, including site mockups, lists of questions, agendas, and handouts (weeks 9-12).
d) Organize the meetings with relevant participants in conjunction with the FMF (weeks 9-16).
e) Lead the focus groups, videotape them and collect feedback (weeks 17-50).
f) Promptly produce reports from each meeting to FMF staff and project partners (weeks 17-50).
g) Analyze DataPlex 1.0 use patterns and present to FMF Staff (Weeks 39-55).
h) Conduct at least three sessions with site users to discuss current features and usability, planned future changes (weeks 39-55).
i) Produce a summary report of all user feedback (weeks 51-55).

## 3.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a) Description of the bidder's proposed methodology for the feedback sessions.
b) A list of proposed groups bidder would approach to invite to the focus sessions, including brief description of the group and history of the bidder's relationship with each group.

## 3.4    Bidder Qualifications

Proposals should include supporting materials, including documentation of the bidder's experience in leading such focus group sessions for collecting feedback on functional design of a public website that provides housing and community development data.   While some lessons may be drawn from focus groups which inform the development of intranet information systems, bidders must demonstrate experience in using feedback to structure a system which provides full public access.  Bidder should note prior experience of the individual focus group leaders proposed.  Bidders should also provide sample documentation summarizing recommendations from actual focus sessions with target user groups (Researchers, State and Local Government Employees, Housing and Community Development Practitioners, Analysts, Reporters, Information Specialists, Students), and document long-term relationships with groups in as many of these target areas as possible.  Proposals should also document bidder's experience in running "conferences of users" of a community development or housing website.

## *Task 4 – Design DataPlex 2.0 Specifications*

### 4.1    Purpose and Scope

This task is similar to task 1, and will involve collaborative development of the functional and technical specifications that will be the roadmap for DataPlex 2.0.

### 4.2    Contractor Requirements

The contractor selected for this task will conduct the following activities:

a) Synthesize feedback from task 3, and draft a comprehensive functional specification for DataPlex 2.0 in conjunction with FMF staff (weeks 40-50).
b) Upon signoff from FMF on the functional specification, draft and submit a complete technical specification.  The technical specification should document in detail the technical solution to implement the functionality described in 4.2.a (weeks 52-72).  Technical design should emphasize issues of platform openness, availability of data, and functionality of site to

all local usersnationwide, including expanded access and privileges for FMF designated partners.

c) Revise technical specification according to feedback from FMF staff and other project partners (weeks 72-76).

## 4.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a) Same as 1.3 above.

## 4.4    Bidder Qualifications

In addition to the qualifications shown in 1.4 above, proposals should document experience in integrating feedback from users of a community development website.

# Task 5 – Build and Release DataPlex 2.0

## 5.1    Purpose and Scope

The goal is to carefully implement a DataPlex that serves the broad needs of the target constituencies.   This will involve development, testing, and deployment of the functional aspects of the site agreed upon in task 4.   Complete documentation of the application should also be produced.

## 5.2    Contractor Requirements

The contractor selected for this task will conduct the following activities:

a) Development of DataPlex 2.0 according to functional scope and technical specification agreed upon in task 4 (weeks 77-114).
b) Conduct unit, integration, load, and usability tests of DataPlex 2.0 (weeks 85-119), addressing any errors or glitches that come up.
c) Deploy DataPlex 2.0 on the KnowledgePlex Site (weeks 115-119).
d) Produce complete documentation of all applications developed, and how they interact with third party components used (weeks 80 – 119).

## 5.3    Proposal Requirements

Bidders' proposals for this task should include the following:

a) Same as 2.3 (above).

### 5.4    Bidder Qualifications

See 2.4 (above).


## *Task 6 – Provide Ongoing Service and Maintenance*

### 6.1    Purpose and Scope
Ultimately, the sustainability and long-term success of DataPlex relies on development of a close ongoing relationship between FMF and the contractor.  It is therefore important for FMF to be able to enter into a five-year annually renewable contract for provision of upgrades and site maintenance.

In addition, because the ways in which users will interact with KnowledgePlex are ultimately unpredictable, careful monitoring of how the site is being used will be vital to the development of DataPlex.  Ongoing use of feedback mechanisms like user conferences and online surveys will inform the areas to emphasize in the next version.

### 6.2    Contractor Requirements
The contractor selected for this task will conduct the following activities:

    a) Deploy a centralized, transparent mechanism for collecting both user and FMF staff feedback, which integrates with bug-tracking and repair mechanisms used by the developer (week 51).
    b) Conduct quarterly meetings with FMF and project partner staff to review usage reports (throughout).
    c) Ensure Make repairs and upgrades where required, and conduct maintenance to the DataPlex on a regular basis (throughout).

### 6.3    Proposal Requirements
Bidders' proposals for this task should include the following:

    a) Description of bidder's approach used to collect user feedback.
    b) Description of bidder's approach to error trapping and tracking.
    c) Proposed terms of service for site maintenance.

### 6.4    Bidder Qualifications
The bidder should demonstrate experience in provision of highly reliable and available web sites and application.  The bidder should also demonstrate experience in monitoring and understanding usage of housing and community development websites.  The bidder should document successful working relationships with major clients during the maintenance and improvement phases for web applications, and in provision of maintenance for high profile websites.

# Appendix A: Sample Contract Language

What follows is some sample contract language surrounding issues of ownership and intellectual property of the delivered platform.  Bidders should be willing to adhere to the terms outlined here.

LICENSE GRANT:  Subject to the terms and conditions set forth in this Agreement, [THE CONTRACTOR] hereby grants to Licensee a nonexclusive, royalty-free, worldwide license in the deliverables to use and reproduce the deliverables in connection with Licensee's authorized use of the [THE CONTRACTOR]'s software and data for support of which the deliverables were supplied ("Software" and "Data," respectively).

PATENTS AND INVENTIONS:  Each party shall retain title to any inventions, innovations, and improvements ("Inventions") made or conceived solely by its principals, employees, consultants, or independent contractors (hereinafter called "Inventors") during the term of this Agreement.  The parties shall jointly own any Invention made jointly by Inventors from both parties.  With respect to such Inventions of Licensee relating to the Software, Licensee hereby grants and agrees to grant to [THE CONTRACTOR] an irrevocable, royalty-free, nonexclusive, worldwide right and license, with right to sublicense, use, make, sell, offer to sell, or import such Inventions for any purpose, whether or not patented in the country of such past or intended use.

Except as provided in the next paragraph, where an Invention is jointly owned, each party shall share equally the costs of acquiring protection for the Invention and furnish the other joint owner with assistance reasonably required for acquiring protection.

A joint owner ("Assigning Owner") electing not to acquire or maintain protection on any Inventions in any country or countries shall assign such of its rights in such Inventions to the other joint owner ("Beneficial Owner") as is necessary to enable the Beneficial Owner to protect such Inventions in such country or countries at its expense and for its exclusive benefit.  In such event, the Assigning Owner shall make available to the Beneficial Owner the Assigning Owner's Inventors and shall otherwise cooperate with the Beneficial Owner in order to assist the Beneficial Owner in protecting such Inventions.  The Beneficial Owner shall reimburse the Assigning Owner for all reasonable out-of-pocket expenses incurred in rendering such assistance.  If any such Inventions are so protected by the Beneficial Owner, then the Assigning Owner shall have a license with respect to the subject matter of such protected Inventions in such country or countries.

Neither party may license, transfer, sell, or otherwise alienate or encumber its interest in jointly owned Inventions without the written consent of the other party, which shall not be unreasonably withheld.

CONFIDENTIALITY, OWNERSHIP, AND EXPORT CONTROLS:  Except as
specifically granted in this Agreement, [THE CONTRACTOR] or its
licensors own and retain all right, title, and interest in the
deliverables.

The deliverables are confidential and Licensee shall preserve and
protect their confidentiality.  Insofar as its rights may be legally
restricted, Licensee agrees not to reverse engineer or decompile
deliverables delivered only in object code, executable code, or similar
formats (collectively, "Secure Formats").  For deliverables delivered
in source code or other human-readable formats, Licensee shall have met
its obligations under this Agreement if its disclosure of deliverables
is limited to deliverables in Secure Formats, provided that the means
for reverse engineering, decompiling, or disassembling such
deliverables is withheld from such disclosure, and the person or entity
in receipt of such deliverables similarly agrees not to perform such
acts or allow others to do so.

Except as provided in the preceding paragraph, Licensee shall not
disclose the deliverables to employees or third parties without the
advanced written consent of [THE CONTRACTOR].  However, Licensee may,
without such consent, make such disclosures to employees to the extent
reasonably required to allow Licensee to use the Software or Data in a
manner authorized under applicable licenses.

The disclosures permitted under the preceding paragraph shall not
relieve Licensee of its obligation to maintain the deliverables in
confidence and comply with all applicable laws and regulations of the
United States including, without limitation, its export control laws.
Furthermore, before disclosing all or any portion of the deliverables
to employees or third parties as permitted in the preceding paragraph,
Licensee shall inform such employees or third parties of the
obligations in this Agreement and obtain their agreement to be bound by
them.

# Exhibit 14

# REDACTED

**From:** Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
**Sent:** Friday, September 12, 2003 11:14 AM
**To:** Anderson, Troy; Beard, Peter; Collins, Jan; Davis, Bo; Erdman, Jason; Jaron Waldman (E-mail); Kathy Pettit (E-mail); Neal Richman (E-mail); Randal Pinkett (E-mail); Tom Kinglsey (E-mail)
**Cc:** Miller, Tia
**Subject:** RE: Meeting Confirmation


I've attached the agenda for next Friday's DataPlex project initiation meeting. Please let me know if you have any questions. And thanks to Tom and Kathy for helping to put the agenda together.

I look forward to seeing you next week and to getting DataPlex underway.

Pat


        -----Original Message-----
        **From:** Clark, Tia
        **Sent:** Tuesday, August 19, 2003 9:32 AM
        **To:** Anderson, Troy; Beard, Peter; Collins, Jan; Davis, Bo; Erdman, Jason; Jaron Waldman (E-mail); Kathy Pettit (E-mail); Neal Richman (E-mail); Randal Pinkett (E-mail); Simmons, Patrick; Tom Kinglsey (E-mail)
        **Subject:** Meeting Confirmation

        The DataPlex Initiation Meeting will take place on Friday, September 19 at the Fannie Mae Foundation.  An agenda for this all day meeting will be forwarded to you once is finalized.

        Thanks
        Tia

        _____

        Tia Clark Miller
        **Program Associate, Housing Policy**
        Fannie Mae Foundation
        202-274-8037
        tmiller@fanniemaefoundation.org
        _____

# Exhibit 15

REDACTED

**From:** Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
**Sent:** Wednesday, February 11, 2004 9:53 AM
**To:** Jaron Waldman
**Cc:** Erdman, Jason
**Subject:** Prototype comments

Jaron,

Thanks for all the work you and your team have invested so far in developing the prototype. You've made considerable progress since delivering the components in December.

After reviewing the prototype, Jason and I have identified a number of issues/errors that need to be addressed as soon as possible. The attached spreadsheet lists specific items (in no particular order of priority), but here's a summary of the major issues:

- The select geography function is returning inconsistent and sometimes incorrect results. In some contexts (mostly mapping), the function appears to work fine. But in others, it returns incorrect geographies. For example, selecting zip code 20016 in NW Washington gets you to the correct location on a map, but returns the following profile geographies: Fairfax County, VA; Baltimore metro (PMSA?), and District of Columbia. Selecting Prince William County, Virginia, also takes you to the correct map location, but yields the following profile areas: Prince William County, Maryland, U.S.
- The user interface and site navigation could be made more direct, intuitive, and consistent. One example is that you need to go through the mapping interface to change the geographic area in a profile. Another example is that you can't change the type of profile directly from the screen on which the current profile is displayed. Another is that the option for changing your geographic area is in a right-side bubble for profiles and charts/tables, but in a small link at the bottom of the map window.
- Map displays are sometimes disorienting. The primary issues here are that the selected geography is not always clearly identified (by having labels and boundaries that stand out), the full extent of the selected geography doesn't always show in the map window, boundaries of basic geographic units (e.g. states) don't always stand out, and some prominent geographic landmarks (e.g., rivers) don't always display.

If possible, I'd like to set up a conference call with you and Jason for tomorrow to begin a discussion of priority changes prior to external testing and a schedule for implementing changes and fixes. What is your availability for late morning through early afternoon (your time) tomorrow?

Also, I wanted to check on the schedule for your visit next week. I'd really like to set aside a block of 4-5 hours during your visit for the three of us and Kathy to sit down and go through the site live, discuss the issues we've identified, and talk about options for changes/fixes.

Thanks again for all your efforts and the progress to date.

Pat

<<prototpye comments v2.xls>>

-----------------------------------------------------
Patrick Simmons
Director, Housing Demography
Fannie Mae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC 20016
psimmons@fanniemaefoundation.org
202-274-8071
202-274-8111 (f)

# Exhibit 16

REDACTED

-----Original Message-----
From: Simmons, Patrick [mailto:PSimmons@FannieMaeFoundation.org]
Sent: Thursday, July 10, 2003 10:55 AM
To: 'Neal Richman'; 'Jaron Waldman'
Cc: Anderson, Troy; Erdman, Jason
Subject: DataPlex meeting notes

Neal and Jaron, Thanks for your participation in the conference call
yesterday. I think we're off to a good start. Here are meeting notes. Let me
know if you have comments, additions, etc. Talk to you tomorrow. Pat

Ownership
*      The Foundation will own the DataPlex deliverables, whereas Community
Informatics will own the underlying software components. The deliverables
include the user interface, databases, data presentations, look and feel.
*      Community Informatics will consult with the Foundation before
undertaking other projects that might compete.
*      The Foundation will have representation on Community Informatic's
Board.

Contractual Relationships
*      Individual contracts with three organizations.
*      Tom Kingsley will help with the Memorandum of Understanding.

Contract Type
*      Fixed price for the prototype and details to be worked out on other
phases later.
*      Neal will put together a proposed payout schedule by project phase,
major milestone, and calendar year.

Other DataPlex Content/Integration
*      Administrative interface and metadata tools built by Community
Informatics will allow Foundation staff to manage other DataPlex content and
integration with KnowledgePlex.
*      Foundation assumes most of responsibility for integration with
KnowledgePlex.
*      In late August, we will determine what from DataPlex should be
released with KnowledgePlex 2.0.

Community Informatics
*      In the event that Community Informatics would not survive, UCLA
would have the first right to assume the project under the existing terms
and conditions. If UCLA doesn't assume the project under existing terms and
conditions, ownership in the intellectual property rights in the project
(software, patents, etc.) would transfer to the Foundation.
*      Any funding from Marguerite Casey will not be able to help cover
startup costs for first (prototype) phase of DataPlex, but would help to
cover initial cost with later project phases.

--------------------------------------------------------

Patrick Simmons
Director, Housing Demography
Fannie Mae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC 20016
psimmons@fanniemaefoundation.org
202-274-8071
202-274-8111 (f)

# Exhibit 17

REDACTED

-----Original Message-----
From: Anderson, Troy [mailto:tanderson@FannieMaeFoundation.org]
Sent: Friday, March 19, 2004 1:04 PM
To: jwaldman@community-informatics.net
Subject: Hi

Jaron,

I heard through the grapevine that you're going independent.  We'd really like you to be
part of DataPlex and was wondering if you might have time next week to discuss.

Best,

Troy

# Exhibit 18

REDACTED

-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@metonymyinc.com]
Sent: Friday, April 16, 2004 12:08 PM
To: Pat Simmons
Subject: IP Transfer agreement

Hi Pat,

I just faxed the Community Informatics - Metonymy IP transfer agreement to
your attention. If you or Troy have any questions please give me a call at
**REDACTED** .

Thanks
Jaron

# Exhibit 19

# Community Informatics

## I N V O I C E

| | |
|---|---|
| **Invoice #:** | **101** |
| **Invoice Date:** | **19/09/03** |
| **Customer ID:** | **FMF** |

**Bill To:**
Fannie Mae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

202-274-8000

**Ship To:**
Fannie Mae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

| Date | Sales Rep. | P.O. Num | Terms |
|---|---|---|---|
| 19-Sep-2003 | Jaron Waldman | | 30 Days |

| Quantity | Hours | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | | Dataplex Prototype draw 1 of 3 (a) | $59,189.00 | $59,189.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal | $59,189.00 |
| Tax | |
| Shipping | |
| Miscellaneous | |
| Balance Due | $59,189.00 |

Thank you.

**Community Informatics**       3440 Greenfield Ave        Los Angeles, CA 90034
Phone: (310) 712-1286 Fax: (323) 957.1523     Email: info@community-informatics.net

# Community Informatics

## I N V O I C E

| | | |
|---|---|---|
| **Invoice #:** | **102** | |
| **Invoice Date:** | **10/31/03** | |
| **Customer ID:** | **FMF** | |

**Bill To:**
FannieMae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

202-274-8000

**Ship To:**
FannieMae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

| Date | Sales Rep. | Contract Num. | Terms |
|---|---|---|---|
| 31-Oct-2003 | Jaron Waldman | | 30 Days |

| Quantity | Hours | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | | Dataplex Prototype draw 2 of 3 (b) | $57,808.00 | $57,808.00 |
| | | - Prototype technical implementation (database schema) | | |
| | | - Screen mockups | | |
| | | - Metadata tool specification | | |
| | | - Prototype specification | | |
| | | | | |

| | | |
|---|---|---|
| | Subtotal | $57,808.00 |
| | Tax | |
| | Shipping | |
| | Miscellaneous | |
| | Balance Due | $57,808.00 |

SALE TO NON-PROFIT FOUNDATION

Thank you.

**Community Informatics**
Phone: (310) 712-1286 Fax: (323) 927-1523    8559 Higuera St. Suite B    Culver City, CA 90232
Email: info@community-informatics.net

# Community Informatics

## I N V O I C E

**Invoice #:** *103*
**Invoice Date:** *12/4/03*
**Customer ID:** *FMF*

**Bill To:**
FannieMae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

202-274-8000

**Ship To:**
FannieMae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

| Date | Sales Rep. | Contract Num. | Terms |
|---|---|---|---|
| 4-Dec-2003 | Jaron Waldman | | 30 Days |

| Quantity | Hours | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | | Dataplex Prototype draw 3 of 3 (c) | $57,808.00 | $57,808.00 |
| | | - Ongoing prototype technical implementation | | |
| | | - Metadata tool development | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal | $57,808.00 |
| Tax | |
| Shipping | |
| Miscellaneous | |
| Balance Due | $57,808.00 |

SALE TO NON-PROFIT FOUNDATION

Thank you.

**Community Informatics**
Phone: (310) 712-1286 Fax: (323) 927-1523
8559 Higuera St. Suite B
Email: info@community-informatics.net
Culver City, CA 90232

# Community Informatics

## I N V O I C E

**Invoice #:** *104*
**Invoice Date:** *12/19/03*
**Customer ID:**  *FMF*

**Bill To:**
FannieMae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

202-274-8000

**Ship To:**
FannieMae Foundation
4000 Wisconsin Ave., NW
North Tower, Suite One
Washington, DC
20016-2804

| Date | Sales Rep. | Contract Num. | Terms |
|------|-----------|---------------|-------|
| 19-Dec-2003 | Jaron Waldman | | 30 Days |

| Quantity | Hours | Description | Unit Price | Total |
|----------|-------|-------------|-----------|-------|
| 1 | | Community Data project 1.0 draw 1 of 3 (a) | $40,534.00 | $40,534.00 |
| | | - Delivery of prototype components | | |
| | | - Phase 1 functionalities ready for integration testing | | |
| | | - Does not include 10% retainer for prototype period | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal | $40,534.00 |
| Tax | |
| Shipping | |
| Miscellaneous | |
| Balance Due | $40,534.00 |

SALE TO NON-PROFIT FOUNDATION

Thank you.

**Community Informatics**
Phone: (310) 836-3886 Fax: (310) 836-3556

8559 Higuera St. Suite B
Email: info@community-informatics.net

Culver City, CA 90232

# Exhibit 20

REDACTED

**From:** Lena Boucher [mailto:lena@webmstr.com]
**Sent:** Monday, November 08, 2004 4:16 AM
**To:** cds@vbcs.knowledgeplex.org
**Subject:** CDS Alpha is here

Hi everyone,

Development team has been working very hard to deliver on our first major milestone – an Alpha release of the CDS.

Before you hurry to experience it for yourself at http://cds-demo.knowledgeplex.org/cds please read this brief summary of what you should and should not expect to see:

CDS Alpha includes:

* Main functional elements of the Beta version:
      Maps (map options, 10 zoom levels, legend, common boundary themes)
      Charts/Data Tables (chart tool, ability to add indicator(s)/location(s) for comparisons, toggle on/off chart/table)
      Profiles (all profiles available from pull-down menu or directly from home page)
           *Note: Overview and Housing profiles are not populated, since we don't have HMDA data uploaded yet*

* Examples with thumbnail previews on the home page
* Consistent navigation elements for typing or selecting indicator and location
* Indicator Chooser (enables search & browsing of categories)
* Geography Chooser (search by the geo type: state, county, census tract)
* Data Uploader (currently for use only by Urban Institute only)
* Facility to add notes/warnings about the data
* "My recent indicators/locations" (only within the same session, don't require login)
* "My favorite indicators/locations" (persistent across sessions, require login)

* *Currently uploaded  data: Census 2000 only*

* Back-end: Alpha includes all major components of the infrastructure that are required to enable application features planned for Beta and Production Releases of the CDS.

CDS Alpha does not include:

Final UI design for home page, map & chart tabs      (will be completed by OF, need final approval by Troy/Pat)
Final name and logo      (expected before Beta release ☺)
Additional Resources (Data News and Links, "How to" Guides)  (expected from Pat this week)
Bug free experience
Performance enhancements
Admin tools
HMDA data      (expected to be uploaded this week)

Sect 8 Expiring Use point data
Census 1990 data
Data Notes and Warnings
"Related on KP"
Help/FAQ                                        (possibly post-Beta)
CDS-branded Login/Register pages


In the next few weeks the dev team will work with all of you on completing the items in the second group. We'll also be doing a lot of performance, load and features testing.
This application is still work in progress, so please don't be alarmed by bugs and glitches. However feel free to email me with any questions/concerns/observations at any time.
I'll be tracking all the issues and bugs and working with Troy and Pat on prioritizing them.

Thanks,
Ellen


```
------------------------
This message is part of a discussion named:
Project Discussion
and can be found at:
http://vbcs.Knowledgeplex.org/gm/message-1.24.200
```

# Exhibit 21

REDACTED

**From:** Anderson, Troy [mailto:tanderson@FannieMaeFoundation.org]
**Sent:** Saturday, December 11, 2004 3:24 PM
**To:** Mark Torrance; Simmons, Patrick; Jaron Waldman; KPettit@ui.urban.org
**Cc:** ellen@vinq.com; tkingsle@ui.urban.org
**Subject:** RE: DP launch

Thanks Mark, Pat, Kathy, and Jaron!

It seems like we launched a bit prematurely.  It wasn't my intention to drive all this work into the weekend.  While it is a release and releases don't go to a weekday schedule at times, we didn't need to release so soon.  So, thank you all for all the hard work, but I'll take the lesson on this one and hope not to replicate it; please help encourage me to slow down when I get encouraged in the future!

Given our continued bugginess and our continued releasedness, the one thing that would be wonderful to add ASAP, is a message on DP saying something similar to the message on the KP home page that this is:
  o A work in process
  o Filled with bugs, but also revolutionary capabilities
  o Something that could use a user's feedback, compliments, and comments

Mark had suggested this text between the banner and the tabs.  If that works, that'd be great.  If we went in the interim with: "Thank you for visiting DataPlace!  We're hard at work making data easy to use and view.  Help us make this site better and provide us your feedback and comments, as we continue this beta release."

Thanks,

Troy


-----Original Message-----
**From:** Mark Torrance [mailto:mark@vinq.com]
**Sent:** Saturday, December 11, 2004 5:00 PM
**To:** Simmons, Patrick
**Cc:** ellen@vinq.com; tkingsle@ui.urban.org; Jaron Waldman; Anderson, Troy; KPettit@ui.urban.org
**Subject:** Re: DP launch


On Dec 11, 2004, at 12:16 PM, Simmons, Patrick wrote:

Data News

The Office of Federal Housing Enterprise Oversight produces a quarterly repeat sales price index for single-family homes with mortgages purchased or securitized by Fannie Mae and Freddie Mac. The index is calculated for the nation, regions, states, and metropolitan areas. The calendar for this series is available at:
http://www.ofheo.gov/HPINextReport.asp

fixed

Web Data Links

.

**ALL LINKS CHECKED AND WORKING**

.

Remove extra "Migration and Geographic Mobility Subheading under Places.

removed

# Profiles

.

Housing profile for place Denver yields a column of "N/A" in between column for Denver and Colorado. Same error occurs when place Washington, DC, is selected.

.

The problem of incorrect enclosing comparison geographies is still occurring: Social/demographic profile of Camden, NJ (place) yields Philadelphia County, PA as enclosing county.

Ellen, please enter bugs for these 2, and assign to Jaron

# Chart/Table

When I remove the U.S. from the sample chart/table of overcrowding in Miami and US, get following error: "JpGraph Error: A plot has an illegal scale. This could for example be that you are trying to use text autoscaling to draw a line plot with only one point or that the plot area is too small. Try increasing the graph size or correct the lineplot."

Ellen, let's remove lineplots completely until we get them working in all situations.

Earlier year only shows up in title for multi-year charts. Example: The home page sample table for severe overcrowding in Miami and USA for 1990 and 2000 is labeled, "Indicator(s) in 1990 in Miami, FL"

Ellen, please enter a bug for this for Jaron to fix

Table indicator values are sometimes crowded next to one another.

We need some concrete examples to know what to fix -- there is a tradeoff between allowing the full width of the 800px site for the table, or moving the table closer to the chart (which was a separate request from Troy, but which would make the table more squished). We need some thought from Pat and Troy about the relative importance of having the full-width table, vs having the table closer to the chart, vs having the related on knowledgeplex content prominent (above the fold) in the right column as it is now.

"xK" value still showing up in y axis for some charts. Example: For a chart of "Pct. Pop 65+" in Georgia, y axis has "10K" instead of "10.00"

I was unable to replicate this bug; Pat, if you can, could you send us the URL?

# Metadata

"?" showing up in "Format" field of Attributes metadata.

Bug for Jaron

"Unit of Measure" field is often incorrect. This is an old problem. Examples:

o

families is unit for severe rent burden indicator

o

households is unit for median family income

o

families is unit for vacancy rates

These data problems can be fixed by Kathy using the tools Jaron has provided to her. If you would like us to work on correcting data problems as well, we should coordinate with Kathy so we don't duplicate work or undo each other's changes. If we're waiting on Kathy to make the change, then we need a timeline from her, and we may want to get her participating in the dotproject bug tracking system so we can assign tasks to her.

# Indicator Chooser

.

Indicator chooser yields incorrect indicator in the following context:

o

From home page, search for "homelessness" in "Minnesota"

o

From indicator search results (which says no match), follow link "Choose an indicator…"

o

Selected "pct pop 25+ w/ college education" from social/demo category

o

Hit continue

o

Result was a map of "Pct. Non-Hispanic White alone population" in Minnesota

I tried to reproduce this problem and was unable to -- I got the correct indicator I requested through that popup. Let's have Vinq QA try to reproduce this problem and see what they find. Ellen, please assign to Laurie or Pam.

-----Original Message-----
**From:** Anderson, Troy
**Sent:** Saturday, December 11, 2004 12:28 AM
**To:** 'Jaron Waldman'; ellen@vinq.com; Simmons, Patrick; 'Mark Torrance'
**Subject:** DP launch

DP review:

In FireFox

-

Iframes aren't working

They are working for me, though there is some bug which indicates that the browser has not finished loading content from dataplace. We will investigate this, though with lower priority since Firefox currently represents only 3% or less of our audience.

-

Status message hangs...

Same issue

Also, there are Firefox issues with the slider. Ellen, please ensure we have a bug in for these issues; they are priority "2" in my opinion due to the smaller audience using Firefox.

In general:

-

add year on a chart doesn't add a year on a bar graph, unless you change chart options (should default given behavior or it looks broken)

Jaron plans to work on automatically choosing the best "chart option" as you add/remove indicators, years, and places. Not sure the timeframe on this. I believe we should show all of the datapoints we have on the chart unless we have 3 dimensions (e.g. multiple indicators, years and places) -- in that case, we should present 2 of those dimensions on the chart, and make a very visible way to choose which 2 are shown (a pulldown, perhaps). That pulldown should disappear when the choices it contains are not applicable.

o

although, it does add to the table

o

e.g., Minnesota over 65 1990 and 2000

-

still getting the jpgraph error on line graphs

o

for two data points, e.g., Minnesota over 65 1990 and 2000

Yes; we should remove line graphs until we are able to present the line graph option only when it makes sense. Ellen, if you agree, Jaron or I can make this change in the code.

-

printable chart of Minnesota over 65 1990 and 2000 looks terrible still

Fixed, checked in, but not hotfixed in production yet (added more charwidth in comp/charttable.comp for printable version)

-

CSDGM, Attributes, etc. still undefined…

Troy, can you say more about what you want here? online help? definitions to appear on the page?

-

Lots more…

No word yet on Keynote, Ellen?  What are you… locked out of your house or something!

This is a monumental release of a world changing product.  But, it is not ready to be marketed as a beta product that is as good as we say on the KP home page.  I think we can call it beta, still… but we need to couch what KP beta quality is. It's not Google, that's for sure. Therefore, I forced Mark to change the marketing on KP, against his wishes, to be more reflective of the nature of the beta.  Hope you like.  Jennifer, please change if it's editorially evil.

Also, made some brief changes to /cds/feedback.html.

Should be cool.


Thanks,


Troy


------------------------------------------------------------------------------------------------
Mark Torrance, Principal, Vinq, LLC www.vinq.com mark@vinq.com
408 267-1598 (w) **REDACTED** (cell) 408 516-9479 (fax)
2025 Park Royal Drive, San Jose, CA 95125

# Exhibit 22

REDACTED

```
-----Original Message-----
From: Mark Torrance [mailto:mark@vinq.com]
Sent: Saturday, March 19, 2005 10:35 PM
To: Jaron Waldman
Subject: Re: SVWIN, Business etc.
```

On Mar 19, 2005, at 2:09 PM, Jaron Waldman wrote:

> Hi Mark,
>
> There are a few issues that I wanted to bring to light.
>
> 1) We haven't been able to connect for further discussion on the SVWIN
> RFP,
> which is understandable given how hectic our schedules are.  I
> discussed the
> situation with Craig Henderson who is the guy in the Workforce space
> that
> has been connecting us to these opportunities.  He feels strongly that
> based
> on the track record of the San Diego project that we should move
> forward
> with a Placebase-led bid.  He has no qualms about teaming with Vinq on
> the
> bid.  I am enthusiastic about working with you on SVWIN.  So I don't
> know
> whether you are moving ahead with a bid of your own, but I do want to
> invite
> you to participate in our proposal, as I sincerely do want to find
> further
> opportunities to work with Vinq (either as a subcontractor or a
> prime).  Do
> you have an update on the "freeing" of the Dataplace IP?  If there's
> progress it might affect how we bid on this.

This is a good question.  Since we hadn't talked further, and because I
felt that it was likely that you would want to proceed with a
Placebase-led bid, I decided that it would be best for us to bid
independently and without reference to you as a subcontractor.  If we
end up winning the project, I would be very interested in involving you
as a subcontractor if you're willing and able at that point.  But I do
want Vinq to have an independent presence in this category, and I think
that's what Troy is most interested in supporting at this point.

I have talked with him about licensing the dataplace IP, and there is a
good chance that will be made possible at least for a limited list of
projects.  It was discussed at the highest levels recently, and
paperwork is being prepared; they also know our timeframe.  It's not

1

yet clear to me whether it will come through in time, however, so I
will probably bid the project as though I have access to that
technology, and plan to "eat" the cost of independent development
otherwise if it does not come through.


>
> 2) Last week I had put further thought into the idea of merger/joint
> venture
> etc. in preparation for our conversation.  I am still interested.
> Earlier
> this year I laid out some of my goals for myself and Placebase for you
> in an
> email, which still stand and should give you a sense of where I'm
> coming
> from.  I don't think I can really lead the discussion further at this
> point,
> just because I'm not completely clear on where your thinking is at, and
> overall there is a lot of ambiguity in the terms of what we're talking
> about.  Also I think the situation is somewhat clouded by uncertainty
> surrounding the direction of FMF (both in terms of the spinout and the
> long-term direction of Dataplace).  My sense at this point is that I
> need to
> understand better what you have in mind, because I'm having trouble
> getting
> through the many ambiguities in the basic concept.  But I'm still
> interested in moving the conversation forward.


This is perfectly fair.  I should think more about what I would want
out of this type of arrangement, and propose to you something concrete.


> 3) Contract.  We are now working without a contract and I don't feel
> this is
> a good idea.  Not because of any lack of trust that we'll get paid for
> the
> work we do (you've always been more than fair).  Last we spoke you
> said that
> you had to work out with Troy what the workload would be for 2005.
> That was
> before the latest troubles hit.  At this point I think it's less
> important
> to sign something that fixes any type of amount for the year.  I'd
> like to
> have something in place that at least covers payment for the resource
> levels
> through (say) the end of May.  Of course with the understanding that
> if FMF
> cuts back you would cut back as well.. this flexibility was built into
> the
> last version.


I agree with you, however though I sent them a signed contract in
January it has still not been signed and returned to me.  The last I
heard from Troy was that they have decided to take advantage of the
fact they have not yet signed it to reduce the scope of what they plan
to cover under this contract.  Because of this uncertainty, I'm very
uncomfortable signing a contract with you until I have a signed
contract from them.  I realize that I'm asking you to share the risk
with me of not getting paid for your work on this project, and if you
are unwilling to do that that would be your prerogative; you should
tell me so.


I will try to get an update on Monday from Troy about the timeframe and
status of the FMF-Vinq contract.


>
> I know you're probably swamped right now and I apologize for adding

2

```
> all of
> these issues to the lineup.
>
> Thanks,
> Jaron
>
>
------------------------------------------------------------------------
-----------------------
Mark Torrance, Principal, Vinq, LLC   www.vinq.com    mark@vinq.com
408 267-1598 (w)   REDACTED (cell)   408 516-9479 (fax)
2025 Park Royal Drive, San Jose, CA 95125
```

# Exhibit 23

# REDACTED

-----Original Message-----
From: Mark Torrance [mailto:mark@vinq.com]
Sent: Sunday, March 20, 2005 5:32 PM
To: Jaron Waldman
Subject: Re: SVWIN, Business etc.


On Mar 20, 2005, at 1:35 PM, Jaron Waldman wrote:

> Hi Mark,
>
> This all sounds reasonable.  Good luck with your proposal.

Thank you; good luck with yours!

> Regarding the
> contract, I definitely wouldn't ask you to sign one with me until
> yours is
> in place with them.  For some reason I thought you had passed that
> hurdle
> already.  It definitely is of some concern to me that we're all working
> without a contract-- the contract between Vinq and FMF causes me more
> worry
> than the PB-Vinq contract.  I'm willing to continue sharing risk, as
> long as
> the indications are positive, and I assume if they weren't you
> wouldn't be
> putting Vinq's time into it.  You mentioned before that they'd be
> continuing
> to pay invoices in the interim, is that correct?

I appreciate this.  Yes, I'm operating at some risk as well right now.
I have not yet been paid for work performed in January; that bill is
now nearly 15 days overdue.  Troy assures me that it has been signed
recently by the acting CEO, and that it will be paid very soon.  The
next bill will be due shortly after the 10th of next month, which will
be 30 days from when I got it in to them.  I am expecting to be paid in
the interim for all the work we do, and I've been assured that our
current staffing level will be supported until further notice from
them.


--Mark

------------------------------------------------------------------------
------------------------
Mark Torrance, Principal, Vinq, LLC   www.vinq.com    mark@vinq.com
408 267-1598 (w)   **REDACTED** (cell)    408 516-9479 (fax)
2025 Park Royal Drive, San Jose, CA 95125

# Exhibit 24

REDACTED

-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@place-base.com]
Sent: Sunday, March 20, 2005 2:35 PM
To: Mark Torrance
Subject: RE: SVWIN, Business etc.

Hi Mark,

This all sounds reasonable.  Good luck with your proposal.  Regarding the
contract, I definitely wouldn't ask you to sign one with me until yours is
in place with them.  For some reason I thought you had passed that hurdle
already.  It definitely is of some concern to me that we're all working
without a contract-- the contract between Vinq and FMF causes me more worry
than the PB-Vinq contract.  I'm willing to continue sharing risk, as long as
the indications are positive, and I assume if they weren't you wouldn't be
putting Vinq's time into it.  You mentioned before that they'd be continuing
to pay invoices in the interim, is that correct?

Jaron

-----Original Message-----
From: Mark Torrance [mailto:mark@vinq.com]
Sent: Saturday, March 19, 2005 9:35 PM
To: Jaron Waldman
Subject: Re: SVWIN, Business etc.


On Mar 19, 2005, at 2:09 PM, Jaron Waldman wrote:

> Hi Mark,
>
> There are a few issues that I wanted to bring to light.
>
> 1) We haven't been able to connect for further discussion on the SVWIN
> RFP,
> which is understandable given how hectic our schedules are.  I
> discussed the
> situation with Craig Henderson who is the guy in the Workforce space
> that
> has been connecting us to these opportunities.  He feels strongly that
> based
> on the track record of the San Diego project that we should move
> forward
> with a Placebase-led bid.  He has no qualms about teaming with Vinq on
> the
> bid.  I am enthusiastic about working with you on SVWIN.  So I don't
> know
> whether you are moving ahead with a bid of your own, but I do want to
> invite
> you to participate in our proposal, as I sincerely do want to find
> further
> opportunities to work with Vinq (either as a subcontractor or a
> prime).  Do

1

> you have an update on the "freeing" of the Dataplace IP?  If there's
> progress it might affect how we bid on this.

This is a good question.  Since we hadn't talked further, and because I
felt that it was likely that you would want to proceed with a
Placebase-led bid, I decided that it would be best for us to bid
independently and without reference to you as a subcontractor.  If we
end up winning the project, I would be very interested in involving you
as a subcontractor if you're willing and able at that point.  But I do
want Vinq to have an independent presence in this category, and I think
that's what Troy is most interested in supporting at this point.

I have talked with him about licensing the dataplace IP, and there is a
good chance that will be made possible at least for a limited list of
projects.  It was discussed at the highest levels recently, and
paperwork is being prepared; they also know our timeframe.  It's not
yet clear to me whether it will come through in time, however, so I
will probably bid the project as though I have access to that
technology, and plan to "eat" the cost of independent development
otherwise if it does not come through.

>
> 2) Last week I had put further thought into the idea of merger/joint
> venture
> etc. in preparation for our conversation.  I am still interested.
> Earlier
> this year I laid out some of my goals for myself and Placebase for you
> in an
> email, which still stand and should give you a sense of where I'm
> coming
> from.  I don't think I can really lead the discussion further at this
> point,
> just because I'm not completely clear on where your thinking is at, and
> overall there is a lot of ambiguity in the terms of what we're talking
> about.  Also I think the situation is somewhat clouded by uncertainty
> surrounding the direction of FMF (both in terms of the spinout and the
> long-term direction of Dataplace).  My sense at this point is that I
> need to
> understand better what you have in mind, because I'm having trouble
> getting
> through the many ambiguities in the basic concept.   But I'm still
> interested in moving the conversation forward.

This is perfectly fair.  I should think more about what I would want
out of this type of arrangement, and propose to you something concrete.

> 3) Contract.  We are now working without a contract and I don't feel
> this is
> a good idea.  Not because of any lack of trust that we'll get paid for
> the
> work we do (you've always been more than fair).  Last we spoke you
> said that
> you had to work out with Troy what the workload would be for 2005.
> That was
> before the latest troubles hit.  At this point I think it's less
> important
> to sign something that fixes any type of amount for the year.  I'd
> like to
> have something in place that at least covers payment for the resource
> levels
> through (say) the end of May.  Of course with the understanding that
> if FMF
> cuts back you would cut back as well.. this flexibility was built into
> the
> last version.

2

I agree with you, however though I sent them a signed contract in
January it has still not been signed and returned to me.  The last I
heard from Troy was that they have decided to take advantage of the
fact they have not yet signed it to reduce the scope of what they plan
to cover under this contract.  Because of this uncertainty, I'm very
uncomfortable signing a contract with you until I have a signed
contract from them.  I realize that I'm asking you to share the risk
with me of not getting paid for your work on this project, and if you
are unwilling to do that that would be your prerogative; you should
tell me so.

I will try to get an update on Monday from Troy about the timeframe and
status of the FMF-Vinq contract.


>
> I know you're probably swamped right now and I apologize for adding
> all of
> these issues to the lineup.
>
> Thanks,
> Jaron
>
>
-------------------------------------------------------------------------
------------------------
Mark Torrance, Principal, Vinq, LLC   www.vinq.com    mark@vinq.com
408 267-1598 (w)   **REDACTED** (cell)   408 516-9479 (fax)
2025 Park Royal Drive, San Jose, CA 95125

# Exhibit 25

# REDACTED

```
-----Original Message-----
From: Jaron Waldman [mailto:jwaldman@place-base.com]
Sent: Thursday, March 24, 2005 2:31 PM
To: Mark Torrance
Subject: RE: Got paid for January from FMF today

This is excellent excellent news.. thank you!

-----Original Message-----
From: Mark Torrance [mailto:mark@vinq.com]
Sent: Thursday, March 24, 2005 1:22 PM
To: Jaron Waldman
Subject: Got paid for January from FMF today


Jaron,

I received the check for January labor from FMF today.  I will cut your
check and get it out in today's mail. Thank you for your patience!

I am still awaiting word on the contract, but I remind Troy several
times each week about its urgency.

--Mark

----------------------------------------------------------------------
------------------------
Mark Torrance, Principal, Vinq, LLC   www.vinq.com    mark@vinq.com
408 267-1598 (w)   REDACTED   (cell)   408 516-9479 (fax)
2025 Park Royal Drive, San Jose, CA 95125
```

1

# Exhibit 26



821 Traction Ave. Suite 103
Los Angeles, CA 90013
t. (866) 246-9249
f. (213) 785-1025

Troy Anderson
President & CEO
KnowledgePlex, Inc.
3 Bethesda Metro Center
Suite 700
Bethesda, MD 20814
(202) 652-2446
(866) 441-9249

Oct. 24, 2007

Troy:

Having had some time to consider our conversation of last Friday, I am now deeply concerned that unfounded allegations of intellectual property infringement by Placebase are being made by KnowledgePlex, Inc. ("KPI," which includes, for purposes of this letter, KPI's board members) in a deliberate effort to harm Placebase's relationship with The Reinvestment Fund ("TRF"). I am writing because I need your help in alleviating this concern, or Placebase may be forced to pursue legal action. And lest you believe that my basis for this concern is misplaced or somehow fabricated, please understand that I have talked with my contacts at TRF to make sure I had not misunderstood anything that has been said to them, and I also called my lawyer to better understand my legal rights.

If you do indeed have a good faith belief that Placebase's current work with TRF may somehow be infringing on the work conducted as part of the DataPlace project, then I will need to see some substantiation of this belief as soon as possible. At a minimum, I would ask you to produce documentation that you believe provides a basis for your infringement claims. I do not believe that any such documentation exists. Nevertheless, based on what you may be able to produce, I would be happy to have a discussion with you in order to help you understand the differences between DataPlace and Placebase's current work for other clients.

If, however, you are unable to substantiate these allegations of intellectual property infringement, then I will have no choice but to assume that you knowingly made these allegations to a Placebase client out of an intentional and malicious desire to harm Placebase's relationship with this client, and unless I get your immediate, written assurance that there was some sort of misunderstanding that led to these allegations, I will be seeking my lawyer's input on what rights I might have, and what relief I might be entitled to pursue. In addition, if I should learn at any point that you or any of your KPI or Fannie Mae Foundation colleagues have been making similar claims to other Placebase clients or prospects, I can assure you that the Placebase response will be immediate and severe.



821 Traction Ave. Suite 103
Los Angeles, CA 90013
t. (866) 246-9249
f. (213) 785-1025

The foregoing is without waiver of any and all rights of Placebase, all of which are expressly reserved herein.

Sincerely,



Jaron Waldman
President
Placebase

# Exhibit 27

## DrinkerBiddle Gardner Carton

Richard W. Young
(312) 569-1460 Direct
(312) 569-3460 Fax
Richard.Young@dbr.com

Law Offices

191 North Wacker Drive
Suite 3700
Chicago, IL
60606-1698

312-569-1000 phone
312-569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

November 5, 2007

**_By Overnight Courier_**

Mr. Jaron Waldman
President
PlaceBase, Inc.
821 Traction Ave., Suite 103
Los Angeles, CA  90013

Re:    **Use of KnowledgePlex, Inc's Confidential, Proprietary, and Trade Secrets Information**

Dear Mr. Waldman:

We represent KnowledgePlex, Inc.

As you know, Place Base's agreements for development of a mapping system for KnowledgePlex's DataPlace provide that KnowledgePlex owns "all rights in and to such Work and any Intellectual Property Rights associated therewith, including without limitation, patent, trademark, copyright and trade secret rights." Those agreements prohibit PlaceBase from using or disclosing information relating to the DataPlace mapping system. The agreements also require that PlaceBase return to KnowledgePlex all KnowledgePlex property, including materials containing or embodying KnowledgePlex's confidential information.

KnowledgePlex recently learned that PlaceBase is developing a mapping system for The Reinvestment Fund. That system is described on TRF's policymap.com web site. Based on TRF's description, the system appears to have substantially the same functionality as the system that PlaceBase developed for and that is owned by KnowledgePlex. Although it took PlaceBase more than three years to develop the mapping system for KnowledgePlex, it appears that PlaceBase has developed the mapping system for TRF in only six months. At the same time, KnowledgePlex has asked PlaceBase repeatedly for the return of KnowledgePlex's confidential information and a proper transition of PlaceBase's work for KnowledgePlex. PlaceBase has failed and refused to comply with the Agreement and continues to retain documents, materials and confidential information belonging to KnowledgePlex even as it is developing the same mapping system for others.

PlaceBase must immediately cease use of KnowledgePlex's intellectual property, including trade secrets and remove, disable, and destroy any materials created or used in connection with the TRF project that incorporate or were created in reliance upon any of

Drinker Biddle & Reath LLP
Established 1849

Mr. Jaron Waldman
November 5, 2007
Page 2


KnowledgePlex's intellectual property including but not limited to copyrights and trade secrets (specifically including any products already provided to TRF).  PlaceBase must also immediately return all KnowledgePlex property, including materials and documentation containing or embodying KnowledgePlex's confidential information.

I must have your written confirmation of compliance with our demands as well as all of the requested code, documentation of Work, products and services and related materials no later than November 15, 2007.

As permitted by its Agreement with PlaceBase, Knowledge Plex hereby rescinds its offer to allow PlaceBase to use KnowledgePlex's name, logo, statements or testimonials.

Very truly yours,

Richard W. Young

RWY/DJM
CH02/ 22499404.5

# Exhibit 28

DrinkerBiddle GardnerCarton

Richard W. Young
(312) 569-1460 Direct
(312) 569-3460 Fax
Richard.Young@dbr.com

*Law Offices*

191 North Wacker Drive
Suite 3700
Chicago, IL
60606-1698

312-569-1000 phone
312-569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 11, 2007

**_By E-Mail and U.S. Mail_**

David B. Oshinsky
Cadence Law Group LLP
P.O. Box 351510
Los Angeles, CA  90035
dave@cadencelaw.com

**Re:    KnowledgePlex / PlaceBase Issues**

Dear David:

Friday's demonstration of PlaceBase's product for The Reinvestment Fund makes clear that the product uses KnowledgePlex's intellectual property rights.  The product relies on the same technology that PlaceBase developed for and that is owned by KnowledgePlex.  PlaceBase required an exhaustive trial-and-error process over three years to develop DataPlace.  KnowledgePlex paid PlaceBase over $3 million for that development work.  The demonstration established that TRF's PolicyMap was built on the foundation of work required for DataPlace.  PlaceBase prepared the TRF product in just over six months.

Nonetheless, KnowledgePlex is interested in exploring a proposal that builds on your suggestion of resolving this matter in a transaction of some kind.  KnowledgePlex is willing to work with PlaceBase to work out an agreement that would enable PlaceBase to move forward with its product and that would secure the completion, delivery, and proper transition of PlaceBase's work on DataPlace for KnowledgePlex.

KnowledgePlex invites you to make a proposal for such a transaction.  To keep this moving, please get back to me by close of business tomorrow.

Very truly yours,

Richard W. Young

RWY/DJM

CH02/ 22506795.1

Drinker Biddle & Reath LLP
*Established 1849*

# Exhibit 29

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

December 11, 2007

VIA EMAIL to Richard.Young@dbr.com

Richard W. Young
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Re:     Placebase

Dear Mr. Young:

As you are aware, we represent Placebase.  We are in receipt of your letter on behalf of your
client, KnowledgePlex, Inc. ("KPI") to Jaron Waldman dated November 5, 2007, and your letters
to David Oshinsky dated November 27, 2007 and December 11, 2007.  We are also aware of
your letter of November 8, 2007 to Dr. Jeremy Nowak, CEO of The Reinvestment Fund
("TRF").  We are aware of your telephone conversations and email exchanges with Placebase's
corporate counsel, David Oshinsky.  We had hoped that Mr. Waldman's December 7, 2007 video
demonstration of the policymap.com product that Placebase developed for TRF would be
sufficient to persuade KPI that there was no factual basis for your allegations of misappropriation
of trade secrets.  We are advised by Mr. Oshinsky, however, that yesterday you advised him that
your client is unwilling to withdraw its charges.

We regret that KPI has rejected Placebase's repeated efforts to amicably resolve the parties'
differences, and that KPI continues to threaten Placebase and its business partners.  We write to
formally advise KPI of Placebase's response to your letters and explain why KPI's allegations
are without factual basis; to advise you that KPI is in breach of certain agreements and to
demand that it immediately return certain Placebase technology; and to demand that KPI cease
and desist from engaging in unfair business practices.

**Response to the allegations in your November 5 and December 11, 2007 letter**

Your letter of November 5 alleges that Placebase somehow is in the possession of KPI's
intellectual property, and demands that Placebase cease and desist from the use of all such
intellectual property, and return all such intellectual property to KPI.  Your letter of December
11 asserts that policymap.com uses KPI's intellectual property rights, but provides no support for
that assertion.  Your letters are incorrect for several reasons.

Washington, DC  |  New York, NY  |  Los Angeles, CA

**DICKSTEIN**SHAPIRO LLP

Richard W. Young
December 11, 2007
Page 2

First, there is no agreement between Placebase and KPI. Your assertion that KPI has paid Placebase over $3 million is simply wrong. Placebase has received no payments from KPI.

Second, to the extent that you are basing your letters on any agreements between Placebase and Vinq, you have made no showing that KPI is an appropriate successor in interest to any Vinq agreement.

Third, the language that you quote in your November 5 cannot be found in any agreement of which we are aware. The agreement that you later transmitted to David Oshinsky is a June 15, 2007 memorandum of understanding that is not executed by Vinq, and the language that you cited in your November 5 letter does not match the language in that agreement.

Fourth, and assuming that KPI is in fact the legal successor-in-interest to Vinq, the rights and obligations between the parties are defined in the August 2004 agreement between Vinq and Placebase. That Agreement specifically provides that Placebase retained all rights to preexisting technology. The relevant section provides:

     14. <u>Intellectual Property Ownership</u>

          a. <u>Preexisting Technology</u>. "Preexisting Technology" means the technology owned by a party and/or whose intellectual property rights are held by such party, prior to the Effective Date, together with any and all enhancements, alterations and modifications thereto, and derivative works thereof. Each party acknowledges and agrees that, as between the parties, each party is and shall remain the sole and exclusive owner of all right, title, and interest in and to its own Preexisting Technology and associated intellectual property rights. This Agreement does not affect such ownership. Each party acknowledges that it acquires no rights under this Agreement to the other party's Preexisting Technology, except as may be necessary to such party's performance of this Agreement or Services hereunder, or to the use by such party of any Deliverables.

As your client should know, since at least 2001 Placebase has been developing mapping systems for a wide variety of clients, and is recognized as a leader in the area of community-oriented mapping applications. In 2001, Placebase led the development of an online community mapping system called Neighborhood Knowledge California (NKCA). Based on the publicly available technical and business approaches established in work on NKCA, Placebase and Community Informatics completed a functional initial version of DataPlace for Fannie Mae Foundation (FMF) in early 2004. We have documentation showing that FMF recognized that the underlying IP was retained by and Community Informatics. Community Informatics formally transferred the IP underlying the initial DataPlace system to Placebase in 2004.

**DICKSTEIN**SHAPIRO LLP

Richard W. Young
December 11, 2007
Page 3

The 2004 Vinq contract engaged Placebase to build a second version of DataPlace. As set forth above, DataPlace was modeled after technical and business approaches established by NKCA and the first version of DataPlace. This fact was acknowledged by personnel from Vinq and Fannie Mae Foundation in 2003 and 2004. The 2004 Agreement clearly protects Placebase's preexisting intellectual property rights, including trade secrets and all derivative works.

Thus, the DataPlace system was and is based upon intellectual property independently developed by Placebase prior to the August 2004 Agreement. Pursuant to that Agreement, "all enhancements, alterations and modifications thereto, and derivative works thereof" remain the possession of Placebase: "Each party acknowledges and agrees that, as between the parties, each party is and shall remain the sole and exclusive owner of all right, title, and interest in and to its own Preexisting Technology and associated intellectual property rights." For this reason, Placebase is not now and has not been using KPI's intellectual property. Your letter of December 11 completely ignores these facts.

Fifth, as Jaron Waldman explained to you and your clients on December 7, the policymap.com system that Placebase has developed for TRF is substantially different from the DataPlace system. For example, one is on a Java platform; the other on a Perl platform. There is no overlap in the code. No KnowledgePlex intellectual property was used to develop the policymap.com site. You have never provided any support for your allegations to the contrary.

Sixth, for the same reasons, there is no factual basis for your suggestion that Placebase has used any KPI trade secrets in connection with Placebase's other work, including its work for TRF. Placebase had extensive relevant know-how prior to the signing of the 2004 Vinq contract, and that contract does not preclude Placebase from using its own know-how with other clients, including TRF. You have not identified any KPI know-how that Placebase supposedly used, because there is none.

Your December 11 letter infers that because Placebase's work on DataPlace spanned three years, any subsequent Placebase mapping product must have relied on that work. As KPI is aware, Placebase had a working prototype of DataPlace running within 90 days of the initial contract. All further work was due to changes and expansions in the scope of work. If you have any factual basis to support your assertion that Placebase has used KPI's intellectual property to develop policymap.com, you should identify them, or withdraw your unfounded allegation.

In short, the allegations in your November 5 and December 11 letters and related conversations are unsupported by the facts. We demand that you reexamine the facts and immediately withdraw your letter.

**DICKSTEIN**SHAPIRO**LLP**

Richard W. Young
December 11, 2007
Page 4


**Response to your November 27, 2007 letter**

Your letter of November 27 alleges that Placebase may be in breach of an agreement with Vinq. As you know, the 2004 Vinq contract governed the relationship between the parties.  KPI has never previously asserted that Placebase's work pursuant to the 2004 agreement was incomplete. Your recent allegation that Placebase has failed to complete certain work is without merit, for three reasons:  (1) Vinq accepted Placebase's deliverables nearly two years ago; (2) work on the 2004 agreement was completed nearly two years ago (in January 2006), and Placebase received full payment without objection; and (3) all work Placebase work thereafter was on a time and materials basis.

While you do not identify in your letter the source of the obligation, we are advised by David Oshinsky that you are basing this allegation on a single bullet point of an unexecuted memorandum of understanding from July 2007 regarding Placebase's time and materials work in 2006 and 2007.  That bullet points states:  "Placebase agrees to support FMF with support, consult, and other services for the code the parties develop on behalf of FMF."  That bullet point, as well as the entire document, does not support your contention that there is an ongoing contractual obligation upon Placebase to provide support at no additional cost.

**Cease and Desist Demand Regarding Rendermap**

Your letters claim that KPI is the successor in interest in rights to the DataPlace project as granted by the Fannie Mae Foundation.  Although we have seen no evidence of this, if this is accurate, then those rights included an end-user license agreement granted to Fannie Mae Foundation regarding the Rendermap grid computing management software application ("Rendermap"), an online map rendering solution that was developed by Placebase.  That license was transferred to KPI without Placebase's consent, in violation of paragraph 11 of that agreement.  Any further action may include an investigation into KPI's relationship with the Fannie Mae Foundation.

Neither KPI nor the Fannie Mae Foundation ever possessed any ownership interest in Rendermap.   The Rendermap license agreement specifically provided that Placebase retained all rights to that product:

> 3.  Ownership of Intellectual Property.  All right, title and interest in and to the Software and the Placebase Marks are and will remain at all times the sole and exclusive property of Placebase.  You have no right to resell, sublicense, distribute, or in any way modify the Software, and you will in no way alter, remove, cover or otherwise modify any proprietary rights notices (of Placebase or of any third party) contained in the Software or in any Software documentation. In addition, you will not decompile, disassemble, or reverse engineer the

DSMDB.2365587

**DICKSTEIN**SHAPIRO LLP

Richard W. Young
December 11, 2007
Page 5

Software, or modify, enhance or otherwise change or supplement any Software documentation, in whole or in part, or attempt to do any of the foregoing. Except as expressly set forth in paragraph 2, nothing contained in this Agreement will be construed as granting or conferring any rights by license or otherwise, express or implied, for any patents, copyrights, trademarks, know-how or other proprietary rights of Placebase. You retain right, title and ownership over all map image tiles resulting from use of this software product.

By its terms, the Rendermap license agreement expired on July 31, 2007. Because KPI never had the legal right to use Rendermap, and because that license has expired, KPI must immediately cease use of Placebase's intellectual property including trade secrets and remove, disable, and destroy any materials created or used in connection with Rendermap that incorporates or were created in reliance upon any of Placebase's intellectual property including but not limited to copyrights and trade secrets (specifically including any products already provided to KPI). KPI must also immediately return all Placebase's property, including materials and documentation containing or embodying Placebase's confidential information.

**Cease and Desist Demand Regarding KPI Unfair Business Practices**

KPI has engaged in a campaign to destroy Placebase's business. For example, various personnel associated with KPI have falsely stated that Placebase has misappropriated KPI's technology. Placebase clients have been warned to not do business with Placebase or use Placebase's products or risk liability to KPI.

Your letter of November 8, 2007 to Dr. Jeremy Nowak, CEO of TRF, is another example of unfair business practices by or on behalf of KPI. Had you conducted an adequate investigation of the facts, you would have known that there was no basis for your allegations. The sole purpose of your letter was to improperly interfere with Placebase's business relationship with TRF, in violation of California Law Section 17200.

As a result of the actions of KPI and its attorneys and agents, Placebase has suffered and will continue to suffer irreparable injury. We demand that KPI and your firm immediately cease as desist from engaging in such prohibited conduct, and immediately contact all persons and organizations to which it has made such representations with appropriate retractions and apologies.

\*      \*      \*

Placebase has tried to resolve this matter without resorting to litigation counsel. David Oshinsky specifically advised you that your negotiations with him were the best chance to avoid escalating the dispute. Regrettably, by rebuffing Mr. Oshinsky's offers and continuing to assert factually specious claims and damaging Placebase's business, your client had forced my client's hand.

**DICKSTEIN**SHAPIRO LLP

Richard W. Young
December 11, 2007
Page 6


Placebase remains hopeful that, upon a more reasoned reexamination of the facts, the parties can resolve this matter amicably once all of the relevant facts are considered.  Placebase reiterates its offer to further assist KPI.  Your client, however, promptly must first address the issues set forth above to repair the damage caused to my client.  Because KPI's actions continue to cause irreparable injury to Placebase, we request an immediate response, no later than December 14, 2007.

Sincerely,

/s/

Kenneth W. Brothers
(202) 420-4128   direct dial
brothersk@dicksteinshapiro.com

KWB/clh

cc:     David Oshinshy (via email to dave@cadencelaw.com)
        Jaron Waldman (via email at jwaldman@placebase.com)

# Exhibit 30

REDACTED

-----Original Message-----
From: Mark Torrance [mailto:mark@vinq.com]
Sent: Wednesday, April 05, 2006 11:38 PM
To: Anderson, Troy
Cc: jwaldman@place-base.com; david@vinq.com; Reed, Walter
Subject: Re: Rafe's article
Importance: High

Good article. I imagine Placebase is somewhat disappointed since they were hoping to focus Rafe's attention exclusively on Pushpin during his visit, as we discussed. I think in the end the article is accurate, though, and it still positions Placebase as the go-to vendor for customized commercial-grade maps. Hopefully a win for everyone.

--Mark

On Apr 5, 2006, at 9:46 PM, Anderson, Troy wrote:

> http://reviews.cnet.com/4532-10921_7-0.html?author=5127431
>
> I guess he was confused about the mapping there... guess I didn't help
> matters!
>
> Anywho, it's not a bad article. If it gets picked up or has more
> play, the traffic could get interesting!
>
> Be on the lookout!
>
> <http://reviews.cnet.com/i/ff/ae/ed_rafen_sm.gif> April 05, 2006,
> 1:37 PM PDT
> Dive into these maps <http://reviews.cnet.com/
> 4531-10921_7-6484056.html?tag=blog>
> Posted by: Rafe Needleman <http://reviews.cnet.com/
> 4532-10921_7-6484056.html?authorId=5127431&tag=blog>
>

> I popped in to the Location Intelligence <http://
> www.locationintelligence.net/conference/> conference for mapping
> professionals the other day and saw a few very interesting new tools,
> such as DataPlace <http://www.dataplace.com> , a service set up by the
> Fannie Mae Foundation <http://www.fanniemaefoundation.org/
> > (and free to access) that takes publicly available demographic
> information, such as census data, and lets you display it in a variety
> of useful formats, including maps.
>
> It is very easy to get absorbed in browsing this system, surfing for
> average mortgage prices in your community, tax return information, the
> proportion of single-parent families, and so on.
> There are also nonmap ways to slice and compare the data. It's a
> treasure trove of information for anybody who's interested in
> marketing their products or services. It's also great fun to play
> with.
>
> While the base maps the system uses look just like Google's maps, they
> are not. Instead, they are built by the mapping tools company
> Placebase <http://www.placebase.com> , which, if you're looking to
> build out a commercial mapping system, offers better options. For
> example, you don't have to run the Google logo on Placebase maps, you
> won't suffer from the bandwidth limitations Google puts on maps used
> in mashups, and the company layers data in a way that makes zone maps
> (like DataPlace) possible. Yet the end user controls are exactly the
> same as Google Maps, so users don't have to learn a new way of moving
> around their maps. The downside: Unlike Google Maps, Placebase tools
> and services are not free.
>
>


Jaron Waldman
Placebase
(213) 785-1025
www.pushpin.com

# Exhibit 31

REDACTED

---

**From:** Troy Anderson [mailto:TAnderson@kplex.org]
**Sent:** Tuesday, July 31, 2007 10:53 PM
**To:** Jaron Waldman
**Subject:** RE: contract
**Importance:** High

Hey Jaron,

Glad to get it!  Looks good all around.  I had a few changes:

- ensure that KPI has all *applicable* rights to technology you develop for us that isn't yours (e.g., we have rights to the map info_tool code, but not to javascript or AJAX)
- want to ensure that KPI has all applicable rights to work-for-hire pb did for KPI/FMF prior; not that KPI has rights to pb stuff that pb did off KPI/FMF time (i.e., render farm tech, pushpin, etc.)
- that pb will give us a contract, should this contract end, to technology we use that pb developed (i.e., render farm tech) at reasonable rates
- KPI has the right to examine placebase books *relating to its account* – as opposed to all of pb's books, etc.
- put back in sections relating to our 501c3 status and requirements (i.e., pb won't be doing work for us as government lobbyists ;^)
- pb will help do more than just programming (e.g., marketing, strategy, etc.)
- various typos, address insertions, etc. (can't say I caught every one)

Hopefully these all seem reasonable.  I should be around most all of tomorrow if you have any questions.

Attached are all the diffs between what you'd sent, if it were the final version, and my changes.

Troy

---

**From:** Jaron Waldman [mailto:jwaldman@placebase.com]
**Sent:** Tuesday, July 31, 2007 8:49 PM
**To:** Troy Anderson
**Subject:** FW: contract

Hi Troy.. here it is at long last.  Very sorry for the delay.  Let's discuss once you've had a chance to review.

Jaron

---

REDACTED

# Exhibit 32

REDACTED

**From:** Troy Anderson [mailto:TAnderson@kplex.org]
**Sent:** Friday, August 10, 2007 11:49 AM
**To:** Jaron Waldman
**Subject:** RE: Contract

Let's discuss next week… Monday work?  It'd be good to have an understanding of what constitutes owning the copyright to the work developed, but not having the ability to own patents, trademarks, those trade secrets, etc. for those copyrighted works. Maybe a diagram of what this would mean or even the filling out of the below:

Copyright entitles you to:


Copyright does not entitle you to:


Would it also be possible to get a Schedule A (attached) that specifies what is the Contractor's Property?

It seems to me that PB is worried that KPI will say that KPI will own something that rightfully belongs to PB, but I'm happy to sign something that says, "No, KPI has no interest in, will not claim ownership of, or license to, or the intellectual property of PB's [stuff] (Schedule A)."  That said, for the work you've done for us and will do for us that adds to what DP does, KPI does want to be able to say that KPI owns the rights to that tech – that DP is KPI's intellectual property; except for [stuff] in Schedule A, which are PB's (pushpin, render farm, etc.).

I've marked off between 2p and 5p on my calendar Monday, if sometime within there would work.  I can make time after 5p, certainly, the rest of the day will be trickier to intervene on.

Troy

---

**From:** Jaron Waldman [mailto:jwaldman@placebase.com]
**Sent:** Friday, August 10, 2007 1:38 PM
**To:** Troy Anderson
**Subject:** Contract

Hey Troy see attached.  We went through and did accept/reject changes.  Some of your changes worked for us others didn't.  If the IP stuff is a problem for you we should discuss next week.

Jaron

Jaron Waldman
Placebase
(213) 785-1025
www.pushpin.com

# Exhibit 33

REDACTED

From: Jaron Waldman [mailto:jwaldman@placebase.com]
Sent: Friday, February 24, 2006 9:33 PM
To: Anderson, Troy; 'Mark Torrance'
Subject: Pushpin pre-rendered map sample

Here's a look at the map images we've been rendering for foreclosure.com-- still in 'stealth mode' on it, and it's a work in progress.    The client/viewer in this case is straight up open source ka-map (we've aligned our output grid with theirs) but we've also done some work on fronting ka-map with a js API that lets them embed it.

http://dev.placebase.com/kamap4p/

There are still a few glitches but the next go-around will be even sweeter.  The rendering engine as I mentioned is ESRI's ArcGIS Engine.  I think it's a good option for DP.

Let me know what you think, thoughts/critiques/etc.

Jaron

Jaron Waldman
Placebase
(213) 785-1025
www.pushpin.com

# Exhibit 34

REDACTED

---

**From:** Anderson, Troy [mailto:tanderson@FannieMaeFoundation.org]
**Sent:** Friday, July 28, 2006 7:49 AM
**To:** Jaron Waldman
**Subject:** FW: Rendermap release v9 final.doc

See how fast we move...  finally approved copy

---

**From:** McDaniel, Tina
**Sent:** Friday, July 28, 2006 10:30 AM
**To:** Anderson, Troy
**Cc:** Yeast, Cindy
**Subject:** Rendermap release v9 final.doc

Hi Troy,

The placebase release has been approved and the revised version is attached. Peter asked that we work in "affordable housing" in your quote, which we did. Please let me know if you have any questions.

Thanks,
Tina

# Exhibit 35

REDACTED

REDACTED

View revision:

**Revision 3994, 8.6 kB (checked in by rick, 1 year ago)**
#373: implementing copyright notice
- Property **svn:eol-style** set to `native`

**Line**

1   RENDERMAP SOFTWARE END USER LICENSE AGREEMENT

2

3   IMPORTANT READ THESE TERMS AND CONDITIONS CAREFULLY

4

5   The Rendermap grid computing management software application (the

6   "Software") is an online map rendering solution that was developed by

7   Placebase ("Placebase").  This End User License Agreement (this

8   "Agreement") sets forth the terms that apply to your use the Software,

9   and you must agree to all of these terms before making any use of the

10  Software.  It is your obligation to review these terms from time to

11  time, and if at any time you should no longer be in agreement with all

12  of those terms, you must immediately cease all use of Rendermap and

13  delete all Rendermap files from your computer network.

14

15  This Agreement is a legal agreement made between you, a user of the

16  Software ("you") and Placebase.  This Agreement contains the terms and

17  conditions that must be complied with if you wish to use the Software.

18

19  PLACEBASE IS WILLING TO PERMIT YOU TO USE THE SOFTWARE ONLY UPON THE

20  CONDITION THAT YOU ACCEPT ALL OF THE TERMS CONTAINED IN THIS AGREEMENT.

21  BY USING THE SOFTWARE, YOU ARE ACKNOWLEDGING YOUR ACCEPTANCE OF ALL OF

22  THE TERMS OF THIS AGREEMENT.  IF YOU DO NOT AGREE TO THESE TERMS, THEN

23  PLACEBASE IS NOT WILLING TO PERMIT YOU TO USE THE SOFTWARE.  PLEASE

24  CEASE ALL USE OF THE SOFTWARE AND PROMPTLY DELETE ANY AND ALL SOFTWARE

25  FILES FROM YOUR SYSTEM.

26

27  You agree as follows:

28

29 1.    Term.  The term of this Agreement (the "Term") commences on August

30 1, 2006, and terminates on July 31, 2007, unless earlier terminated as

31 set forth herein or extended by mutual written agreement of the parties.

32 Upon the expiration or earlier termination of this Agreement, you must

33 obtain written approval from Placebase in order to continue any use of

34 the Software whatsoever.

35

36 2.    License Grant.  Placebase hereby grants you the limited,

37 fully-paid, royalty-free, nonexclusive, non-transferable,

38 non-sublicensable and non-assignable right and license during the Term

39 to install use the Software, in object code only on up to ten servers

40 that you own or control, and to permit users to access the Software via

41 a single website.  Placebase further grants you the limited,

42 nonexclusive, non-transferable, non-sublicensable and non-assignable

43 right and license during the Term to use the trademarks, logos, trade

44 names, and service marks of Placebase relevant to the Software (the

45 "Placebase Marks") for the limited purpose of operating the Software and

46 promoting the Software to prospective users.

47

48 3.    Ownership of Intellectual Property.  All right, title and interest

49 in and to the Software and the Placebase Marks are and will remain at

50 all times the sole and exclusive property of Placebase.  You have no

51 right to resell, sublicense, distribute, or in any way modify the

52 Software, and you will in no way alter, remove, cover or otherwise

53 modify any proprietary rights notices (of Placebase or of any third

54 party) contained in the Software or in any Software documentation.  In

55 addition, you will not decompile, disassemble, or reverse engineer the

56 Software, or modify, enhance or otherwise change or supplement any

57 Software documentation, in whole or in part, or attempt to do any of the

58 foregoing.  Except as expressly set forth in paragraph 2, nothing

59 contained in this Agreement will be construed as granting or conferring

60 any rights by license or otherwise, express or implied, for any patents,

61 copyrights, trademarks, know-how or other proprietary rights of

62 Placebase.

63

64 4.    Compliance with Laws.  You represent, warrant and covenant that:

65 you will install and operate the Software in accordance with all

66 applicable documentation and other materials and information provided by

67 Placebase, and with all applicable laws, rules and regulations; you will

68 comply with any and all applicable export laws, restrictions, and

69 regulations of any United States or foreign agency or authority; and you
70 will not export or re-export, or allow or authorize the export or
71 re-export of any product, technology or information you obtain or learn
72 pursuant to this Agreement (or any direct product thereof) in violation
73 of any such laws, restrictions or regulations.
74
75 5.    Confidentiality and Publicity.  Neither party will issue any press
76 release, public statement or other announcement relating to this
77 Agreement or to the relationship of the parties hereunder without the
78 prior written consent of the other party.  In addition, you agree to
79 maintain the confidentiality of all of the terms of this Agreement, and
80 not disclose anything contained herein to any third party without the
81 prior written consent of Placebase, which Placebase may withhold in its
82 sole discretion.  In addition, you agree at all times to maintain the
83 confidentiality of all Software features, architecture and content that
84 are not publicly available or generally discernable through use of the
85 Software by end users.
86
87 6.    License Agreement.  Upon your written request, Placebase agrees to
88 negotiate with you in good faith regarding a long-form, written license
89 agreement for commercial use of the Software (the "License Agreement")
90 and, if the parties can reach agreement on its terms, promptly to
91 prepare such License Agreement and other basic documents elaborating the
92 terms of your right to resell and otherwise make commercial use of the
93 Software; provided, however, that neither party shall have any liability
94 to the other for any failure to execute the License Agreement.
95
96 7.    Termination for Breach.  Either party may terminate this Agreement
97 in the event that the other party materially breaches any provision
98 hereof, which breach is not cured within 30 days after receipt of
99 written notice from the non-breaching party describing in detail such
100 breach, or, if the breach is not immediately susceptible to cure, fails
101 to commence reasonable efforts toward a cure within such 30 day period.
102
103 8.    Disclaimer of Warranties. TO THE MAXIMUM EXTENT PERMITTED BY LAW,
104 PLACEBASE EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, WITH
105 RESPECT TO THE SOFTWARE AND YOUR USE AND YOUR USERS' USE THEREOF,
106 INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY
107 AND FITNESS FOR A PARTICULAR PURPOSE.  YOU UNDERSTAND AND ACKNOWLEDGE
108 THAT PLACEBASE DOES NOT AND CANNOT WARRANT THAT THE SOFTWARE WILL BE
109 FREE OF ALL ERRORS OR OPERATE ON AN UNINTERRUPTED BASIS, OR THAT THE

110 SOFTWARE WILL NOT OCCASIONALLY PROVIDE UNPREDICTABLE OR INACCURATE
111 RESULTS.
112
113 9.     Limitation of Liability.  IN NO EVENT SHALL EITHER PARTY BE LIABLE
114 FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, OR
115 DAMAGES FOR LOSS OF PROFITS, REVENUE, OR USE BY THE OTHER PARTY OR ANY
116 THIRD PARTY, WHETHER IN AN ACTION IN CONTRACT OR TORT, EVEN IF ADVISED
117 OF THE POSSIBILITY OF SUCH DAMAGES.
118
119 10.     General Provisions.  The parties shall at all times act
120 independently, and nothing contained in this Agreement shall be
121 construed to make one party the partner, joint venturer, principal,
122 agent or employee of the other party hereto.  Each party will bear its
123 own costs and expenses, including legal fees, relating to its activities
124 or obligations in connection with this Agreement or any related
125 negotiations or discussions. The waiver, modification, or failure to
126 insist by a party on any of the provisions of this Agreement will not
127 void, waive, or modify any of the other provisions nor be construed as a
128 waiver or relinquishment of such party's right to performance in the
129 future of any such provision.  If any provision of this Agreement is
130 determined by a court of competent jurisdiction to be invalid or
131 unenforceable, such provision will be interpreted to the maximum extent
132 to which it is valid and enforceable, all as determined by such court,
133 and the remaining provisions of this Agreement will continue in full
134 force and effect without being impaired or invalidated in any way.  The
135 provisions of paragraphs 3, 5, 9 and 10, as well as any other provisions
136 of this Agreement that, by their nature, are intended to survive, will
137 survive the expiration or early termination of this Agreement.
138 California law will govern this Agreement and all matters arising out of
139 or relating to this Agreement, without reference to rules regarding
140 conflicts of laws.  This Agreement may not be altered, amended, or
141 modified except by an instrument in writing signed by each party.
142
143 BY USING THE SOFTWARE, YOU ACKNOWLEDGE THAT YOU HAVE READ THIS
144 AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND
145 CONDITIONS. YOU FURTHER AGREE THAT IT IS THE COMPLETE AND EXCLUSIVE
146 STATEMENT OF THE AGREEMENT BETWEEN YOU AND PLACEBASE, AND THAT IT
147 SUPERCEDES ANY PROPOSAL, PRIOR AGREEMENT OR UNDERSTANDING, ORAL OR
148 WRITTEN, AND ANY OTHER COMMUNICATION BETWEEN YOU AND PLACEBASE RELATING
149 TO THE SUBJECT MATTER OF THIS AGREEMENT, ALL OF WHICH ARE EXPRESSLY
150 MERGED HEREIN.

**Note:** See TracBrowser for help on using the browser.

## Download in other formats:

- Plain Text
- Original Format

 Trac Powered

Powered by **Trac 0.10.3**
By Edgewall Software.

Visit the Trac open source project at
http://trac.edgewall.com/

REDACTED

# Exhibit 36

# DrinkerBiddle GardnerCarton

Richard W. Young
(312) 569-1460 Direct
(312) 569-3460 Fax
Richard.Young@dbr.com

*Law Offices*

191 North Wacker Drive
Suite 3700
Chicago, IL
60606-1698

312-569-1000 phone
312-569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 14, 2007

**_By Email_**

Kenneth W. Brothers
Dickstein Shapiro
1825 Eye Street, N.W.
Washington, D.C.  20006-5403

Re:     Placebase

Dear Ken:

This responds to your December 11 letter.  I write to correct several misstatements, respond to your unfounded allegations, and renew KnowledgePlex's offer to explore a proposal that resolves this matter in a transaction of some kind.

Contrary to your suggestion, KnowledgePlex remains interested in resolving the parties' differences.  We have repeatedly worked with Placebase to reach such a resolution, and my most recent letter plainly stated that we are interested in exploring a resolution.  I invited Placebase to make a proposal.  Your letter contained no such proposal.  KnowledgePlex's invitation remains open, and we are hopeful that Placebase will take advantage of this opportunity.

Some of your statements are based on incorrect assumptions so I will share the operative facts with you in an effort to move our discussions forward.  KnowledgePlex was launched in 2000 as an initiative to support the efforts of practitioners, grantors, scholars, investors, and others in the affordable housing and community development fields.  From the beginning, KnowledgePlex's purpose has been to provide these individuals with a complete source for relevant news, reliable data, timely research, and tools for collaboration.  KnowledgePlex's ultimate goal was and remains helping transform disadvantaged communities and neighborhoods by driving markets and empowering individuals and communities alike.

In 2004, KnowledgePlex, through its predecessor-in-interest, the Fannie Mae Foundation, issued a request for proposal in which it sought to build on its foundation by developing a new, proprietary technology platform.  KnowledgePlex envisioned a web-based data system that would allow users to identify specific geographic areas, at levels ranging from a neighborhood to the entire nation, and obtain the area's relevant housing, demographic, and other community data.

KnowledgePlex understood the value of this pioneering effort, including the concept, the project, and the software and products that had to be developed.  Since the time that it issued its request for proposal, KnowledgePlex worked to protect its proprietary system

Kenneth W. Brothers
December 14, 2007
Page 2

and maintain confidentiality through the proposal and development process. Most importantly, it required that all work produced or created by the successful bidder belong solely to KnowledgePlex.

The agreement between KnowledgePlex and Vinq/Placebase made clear that the work was going to belong to KnowledgePlex and ensured the confidentiality of the development process and the code ultimately developed. KnowledgePlex made sure in the agreement that it owned all of the work developed as part of the project.

The development process was not easy. Nothing like DataPlace had ever been created before, and there were numerous hurdles that required exhaustive trial-and-error before innovative solutions were achieved. The national scope of the system developed under this project presented numerous challenges unique to a system of this scale. While manual modifications can be made to small scale systems like those previously developed, including some referenced in your letter, a national geospatial information system like this presented abnormalities and complications that required a new set of heuristics. When these issues were identified during development, Placebase, working with KnowledgePlex and others on the project, developed solutions for them through careful strategizing and thorough trial and error experimentation.

KnowledgePlex, Vinq, and Placebase labored together to develop what ultimately became DataPlace, the embodiment of KnowledgePlex's vision for a web-based hub for geospatially related information for the affordable housing and community development industry. It took three years of laborious effort to finally achieve KnowledgePlex's vision. DataPlace finally provided the functionality at the scope, quality, and speed levels that KnowledgePlex envisioned. Users can now gather important information about a particular community, and KnowledgePlex is better able to serve those working to revitalize disadvantaged communities across the United States.

The task required more than 20 full-time, dedicated individuals and over 50 part-time staffers and well over 50,000 billable hours. The unique challenges that Placebase encountered in its part of the project required at least 10 individuals and 24,000 billable hours. Over the course of development, KnowledgePlex has paid over $3 million for Placebase's development work.

Your suggestion that Placebase used preexisting technology in developing DataPlace is belied by the plain facts. Placebase struggled for three years and required over 24,000 billable hours on the DataPlace project to develop in cooperation with KnowledgePlex, Vinq, and others the system necessary to effectuate KnowledgePlex's vision. Placebase did not have the requisite extensive, relevant technology prior to the DataPlace project. Placebase's development work during this project was under a work-for-hire agreement, and Placebase further assigned any rights it may have had in the work to KnowledgePlex. I refer you to sections 14(b) and (c) of the agreement you cited.

Kenneth W. Brothers
December 14, 2007
Page 3

In light of this, KnowledgePlex is rightfully concerned about Placebase's development of a substantially similar system for The Reinvestment Fund. It appears that Placebase developed the TRF system in just over six months – roughly one-sixth of the time that it required to develop DataPlace. The TRF system is a national mapping system that coordinates data geospatially. It is substantially similar to the system that Placebase developed with KnowledgePlex during a labor-intensive, three-year period. KnowledgePlex owns all rights to the system that Placebase developed for that project, and Placebase has no right to use it or enable others to use it. Any such use would cause KnowledgePlex irreparable harm.

Ownership of the intellectual property during future development was the primary issue that divided the parties during contract renegotiations last summer. Placebase refused to continue developing under the prior contract terms because it was apparently no longer willing to continue developing a system that was owned by KnowledgePlex. KnowledgePlex was unwilling to forgo its ownership rights, and the parties could not reach agreement. Placebase, however, failed to complete, deliver, and provide the proper transition for the work it had already completed. KnowledgePlex has had to exert a great deal of time, effort, and energy to remedy these issues. This has caused KnowledgePlex irreparable harm.

Despite KnowledgePlex's concerns, it has taken no action to interfere with Placebase's clients. It is, of course, entitled to protect its intellectual property rights against infringement or misappropriation. Indeed, it has an obligation to do so. It also has a right to respond to third party requests – including from TRF – for information.

With regard to RenderMap, KnowledgePlex, Inc. has never itself used the software. While it remains a product that KnowledgePlex is interested in discussing with Placebase, it is not something that KnowledgePlex currently uses.

Finally, I renew the invitation in my December 11, 2007 letter. Dave Oshinsky previously proposed resolving this matter by a transaction of some kind. I had understood Dave's offer to be genuine and sincere. KnowledgePlex is willing to work with Placebase to develop an agreement that would enable Placebase to move forward with its product and enable KnowledgePlex to secure the completion, delivery, and proper transition of Placebase's work on DataPlace.

Very truly yours,

Richard W. Young

RWY/DJM

cc:     David Oshinsky (dave@cadencelaw.com) (by email only)

CH02/ 22507188.1

# Exhibit 37

**DICKSTEIN**SHAPIRO**LLP**

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

January 9, 2008

VIA EMAIL to Richard.Young@dbr.com

Richard W. Young
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Re:    Placebase

Dear Rick:

During our settlement discussions on December 27, 2007, we understood your client,
KnowledgePlex Inc. (KPI) to be seeking an assignment of Placebase's own technology, as well
as a monetary payment to KPI so that other Placebase clients could use Placebase's technology.
Placebase has carefully considered KPI's proposal.  We provide the following comments, and a
counterproposal.

KPI's demand is not supported by the facts.  As outlined in our letter of December 11, 2007, KPI
has no right of ownership over any Placebase IP, and Placebase has not incorporated any KPI
code into its products.  You have not provided a substantive response to our December 11 letter.
In the absence of an undisputable factual basis for KPI's assertions, Placebase refuses to consider
surrendering its technology to KPI.

Placebase is a small, innovative company that has since 2001 worked successfully with a variety
of community organizations – organizations of the very type that the Fannie Mae Foundation had
as its mission to support.  The Fannie Mae Foundation (FMF) and KPI have long been aware that
Placebase had its own independently-developed product offering, and Placebase has been using
that product to work for a variety of customers in online mapping and data-driven systems since
2001.

KPI's unserved complaint is without factual or legal basis.  For example, it states that "it took
Placebase, working together with others, approximately three years to develop … the DataPlace
product" and complains that an allegedly similar product was developed for TRF in "less than
eight months."  The facts will show that from 2004 – 2007, despite delivering what the
DataPlace project team repeatedly acknowledged as excellent work product to Vinq, Placebase
was witness to ongoing incompetence by KPI and DataPlace management.

The threatened litigation, if pursued by KPI, will demonstrate that, while acting as DataPlace
management for FMF from 2004-2007, KPI's current management showed a total inability to

Washington, DC  |  New York, NY  |  Los Angeles, CA

**DICKSTEIN** SHAPIRO LLP

Richard W. Young
January 9, 2008
Page 2

connect the technology tools that were developed to the needs of the target audience, and that
their failure was a result of gross mismanagement.  For example:

- o  DataPlace management demonstrated a disregard for the valuable funding they
     were provided by repeatedly embarking on re-writes of already-functional
     components.  In late 2006, despite warnings from Placebase, KPI commissioned a
     total rework of DataPlace in the Catalyst framework, which has consumed
     thousands of hours of development time

- o  The DataPlace project went through at least four separate project managers, each
     of whom had long learning curves and different priorities

- o  DataPlace management did not convene regular team meetings, set regular
     schedules or goals, or conduct comprehensive reviews of progress on the project

- o  DataPlace management commissioned extensive work on several projects in
     which they then lost interest or were unable to adequately market for launch,
     including,

     - ▪  a co-brand of the DataPlace platform built for the local information
          intermediary NeighborhoodInfo DC.

     - ▪  Data importation tools

     - ▪  Administrative tools to manage data and track usage

- o  DataPlace management demonstrated a near-total disregard for the needs of its
     users, and despite having spent significant money on studies of user needs, has so
     far ignored most of those findings and developed a system that is too complex for
     mainstream users

- o  DataPlace management ignored the needs of its users, evidenced by the fact that it
     failed to attract or retain a significant audience.  This link shows an independent
     estimate of the traffic history to both websites: http://tinyurl.com/2jptzx.  It shows
     that:

     - ▪  KnowledgePlex and DataPlace have consistently failed to reach a
          significant audience of users

DSMDB.2377535

**DICKSTEIN**SHAPIRO**LLP**

Richard W. Young
January 9, 2008
Page 3

- ▪ KnowledgePlex and DataPlace traffic has fallen dramatically since peaking in early 2006, a reflection of management's incompetence and disregard for the needs of its users

  o DataPlace management showed a lack of ability to focus on any particular set of project issues, creating large numbers of minor tasks without adequately prioritizing them for the development team

  o DataPlace management repeatedly failed to provide input on or review design specifications that they commissioned

  o DataPlace management commissioned thousands of hours in development on features that were not requested or required by any users, such as (to select just one example) Scatterplots.

  o DataPlace management regularly concealed its incompetence from FMF, and sought and obtained millions of dollars of FMF funds under questionable circumstances.

    - ▪ Despite the failure of DataPlace management to build a significant audience, it repeatedly persuaded FMF to award multi-million dollar no-bid contracts to Vinq LLC, a company with close personal and business connections to DataPlace management and KPI.

    - ▪ Despite the DataPlace management's failure to build an audience or constituency, FMF apparently granted an additional $8.5 million to KPI, which are being wasted and diverted.

In short, KPI is an organization that, despite being well funded by FMF, is without a constituency, any track record of success, or significant prospects for building a sustainable business. From our perspective, it appears that, once KPI identified PolicyMap as a potential competitor, KPI made a business decision to attack the PolicyMap initiative by launching a factually unsupported lawsuit against Placebase. KPI appears to be using FMF funds to stifle innovation and prevent competition by making wholly baseless legal accusations that, as KPI is well aware, will likely take years (and hundreds of thousands of dollars) to litigate.

KPI is on the verge of wasting significant amounts of philanthropic dollars on a lawsuit that is intended to stifle innovation by a small company that has done nothing to infringe on KPI's intellectual property. If KPI proceeds to serve its filing, our response will ensure that the facts outlined above become a matter of public record, and will confirm and definitively resolve Placebase's ownership of its pre-existing Intellectual Property.

**DICKSTEIN**SHAPIRO LLP

Richard W. Young
January 9, 2008
Page 4


We believe that the better path is to explore a mutually agreeable solution that will assist KPI to further develop its DataPlace product, while resolving the underlying issues. Placebase is willing to explore a settlement that would provide KPI with two man-weeks of engineering time at Placebase's expense (KPI to pay for travel and other out-of-pocket expenses), in exchange for a mutual release of all claims and counterclaims, including KPI's allegations in the complaint, and Placebase's claims of tortious interference and violation of the Rendermap license.

We look forward to your timely response.

Sincerely,

Kenneth W. Brothers
(202) 420-4128   direct dial
brothersk@dicksteinshapiro.com

KWB/clh

cc:    David Oshinshy (via email to dave@cadencelaw.com)
       Jaron Waldman (via email at jwaldman@placebase.com)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KNOWLEDGEPLEX, INC.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** 1:07-CV-02315-RMU |
| | ) | |
| | ) | |
| | ) | |
| **METONYMY, INC.** | ) | |
| **D/B/A PLACEBASE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration of Defendant Metonymy, Inc.'s d/b/a/ Placebase's ("Placebase")

Motion for Sanctions:

> **ACCORDINGLY**, it is hereby **ORDERED** that Placebase's Motion for Sanctions is

granted.

It is ORDERED that Plaintiff's Complaint be dismissed with prejudice. Plaintiff

KnowledgePlex, Inc. and its counsel are hereby ORDERED to jointly and severally pay

Defendant Placebase's costs and legal fees in defending this action. Defendants shall submit a

declaration setting forth its costs and fees within 20 days of the date of entry of this Order.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Judge

Dated: _____

CC:  Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC  20005-1209
Telephone:  (202) 842-8800
Facsimile:  (202) 842-8465

Richard W. Young
David J. Moorhead
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Telephone:  (312) 569-1000
Facsimile:  (312) 569-3460

*Attorneys for Plaintiff*

CC:  Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

*Attorney for Defendant*