**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KNOWLEDGEPLEX, INC.**<br>**560 S. Winchester Blvd., Suite 500**<br>**San Jose, CA  95128** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **Civil Action No.** 1:07-CV-02315-RMU |
| | ) | **Hon. Ricardo M. Urbina** |
| **PLACEBASE, INC. (A/K/A**<br>**METONYMY, INC.)**<br>**821 Traction Ave., Suite 103**<br>**Los Angeles, CA  90013** | ) ) ) ) ) | |
| **Defendant.** | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO AMENDED COMPLAINT**

Defendant Placebase, Inc. a/k/a Metonymy, Inc.("Placebase"), through its counsel,

respectfully requests a ten (10) day extension of time in which to respond to Plaintiff

Knowledgeplex, Inc.'s Amended Complaint.  The response currently is due on September 2,

2008.  Plaintiff's counsel has consented to this request.

No previous extensions of time have been granted.

Placebase requests an extension so that it may conduct a thorough investigation of

KnowledgePlex Inc.'s claims, including the alleged infringement of a recently issued Copyright

Registration.

Granting this motion will not impact any existing deadlines.

A proposed order is attached.

WHEREFORE, Placebase respectfully request that the Court extend the schedule as specified herein.

Dated:  August 26, 2008                    Respectfully submitted,


/s/ Kenneth W. Brothers
Kenneth W. Brothers (D.C. Bar No. 441113)
Megan S. Woodworth (D.C. Bar No. 488775)
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C.  20006
(202) 420-2200

*Attorneys for Placebase, Inc.*

2

DSMDB-2489675

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KNOWLEDGEPLEX, INC.                          )
                                             )
                                             )
                                             )
                                             )
                            Plaintiff,       )
                                             )
              v.                             )        **Civil Action No.** 1:07-CV-02315-RMU
                                             )
                                             )
                                             )
PLACEBASE, INC. A/K/A METONYMY,              )
INC.                                         )
                                             )
                            Defendant.       )
                                             )

## PROPOSED ORDER

Upon consideration of Defendant Placebase, Inc.'s Unopposed Motion for an Extension

of Time:

**ACCORDINGLY**, it is hereby **ORDERED** that Placebase is granted an extension to file

its response to Plaintiff's Amended Complaint until September 16, 2008.


_____
RICARDO M. URBINA
United States District Judge


Dated: _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KNOWLEDGEPLEX, INC.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** 1:07-CV-02315-RMU |
| | ) | |
| | ) | |
| | ) | |
| **PLACEBASE, INC. A/K/A METONYMY,** | ) | |
| **INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration of Defendant Placebase, Inc.'s Unopposed Motion for an Extension of Time:

**ACCORDINGLY**, it is hereby **ORDERED** that Placebase is granted an extension to file its response to Plaintiff's Amended Complaint until September 12, 2008.

_____

RICARDO M. URBINA
United States District Judge

Dated: _____

DSMDB-2489675

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August 26, 2008 a copy of Placebase's Unopposed Motion for Extension of Time to Respond to Amended Complaint was served via electronic transmission on the following:

     Brian A. Coleman
     DRINKER BIDDLE & REATH LLP
     1500 K Street, NW
     Suite 1100
     Washington, DC 20005-1209

     David J. Moorhead
     DRINKER BIDDLE & REATH LLP
     191 North Wacker Drive
     Suite 3700
     Chicago, IL 60606-1698

     Richard W. Young
     DRINKER BIDDLE & REATH LLP
     191 North Wacker Drive
     Suite 3700
     Chicago, IL 60606-1698

Dated:  August 26, 2008         _/s/ Kenneth W. Brothers_____
                 Kenneth W. Brothers