**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KNOWLEDGEPLEX, INC.**<br>**560 S. Winchester Blvd., Suite 500**<br>**San Jose, CA  95128**<br><br>       **Plaintiff,**<br><br>   **v.**<br><br><br><br>**PLACEBASE, INC. (A/K/A**<br>**METONYMY, INC.)**<br>**821 Traction Ave., Suite 103**<br>**Los Angeles, CA  90013**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No.** 1:07-CV-02315-RMU<br><br>**Hon. Ricardo M. Urbina** |

## ERRATA

On August 26, 2008, Defendant Placebase, Inc. a/k/a Metonymy, Inc.("Placebase")

filed an Unopposed Motion for an Extension of Time to Respond to KnowledgePlex's Amended

Complaint [Docket #20].  The third page of that Motion, which appears to be a proposed order,

was submitted in error, and should not be considered as part of the submission.  The appropriate

proposed order was attached as a separate document to the filing.

Dated:  August 27, 2008     Respectfully submitted,

            /s/ Kenneth W. Brothers
            Kenneth W. Brothers (D.C. Bar No. 441113)
            Megan S. Woodworth (D.C. Bar No. 488775)
            Dickstein Shapiro LLP
            1825 Eye Street, N.W.
            Washington, D.C.  20006
            (202) 420-2200
            *Attorneys for Placebase, Inc.*

DSMDB-2490363

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008 a copy of Placebase's Errata correcting its Unopposed Motion for an Extension of Time to Respond to KnowledgePlex's Amended Complaint was served via electronic transmission on the following:

Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Suite 1100
Washington, DC 20005-1209

David J. Moorhead
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Richard W. Young
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Dated:  August 27, 2008                    _/s/ Kenneth W. Brothers____
                                           Kenneth W. Brothers

DSMDB-2432450v02