UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KNOWLEDGEPLEX, INC., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-2315 (RMU) |
| | : | | |
| v. | : | Document No.: | 8 |
| | : | | |
| METONYMY, INC. D/B/A PLACEBASE, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### Granting The Defendant's Motion To Dismiss

For the reasons set forth in the court's memorandum opinion issued separately this 5th day of September, 2008 it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge